IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>        Defendants. | Civil Action No.: |

# CORPORATE DISCLOSURE STATEMENT

Plaintiffs NETCHOICE, LLC d/b/a NETCHOICE, a District of Columbia organization, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a non-stock Virginia corporation, pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby disclose that (1) NETCHOICE, LLC d/b/a NETCHOICE is a 501(c)(6) District of Columbia organization, and has no parent corporation, nor does any publicly held corporation own 10% or more of its stock; and (2) COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA is a 501(c)(6) non-stock Virginia corporation, and has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Date: May 27, 2021

Brian M. Willen
  (*pro hac vice* forthcoming)
Steffen N. Johnson
  (*pro hac vice* forthcoming)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email:  bwillen@wsgr.com
            sjohnson@wsgr.com

/s/ *Christopher G. Oprison*
Christopher G. Oprison
  Florida Bar No. 0122080
J. Trumon Phillips
  Florida Bar No. 84568
**DLA PIPER LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax:  305-675-6366
Email:  chris.oprison@dlapiper.com
            trumon.phillips@dlapiper.com
            sheila.hall@dlapiper.com

2

<div style="column-count:2">

Lauren Gallo White
  (*pro hac vice* forthcoming)
Meng Jia Yang
  (*pro hac vice* forthcoming)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
Email:  lwhite@wsgr.com
            mjyang@wsgr.com

Douglas L. Kilby
  Florida Bar No. 0073407
Glenn Burhans, Jr.
  Florida Bar No. 0605867
Bridget Smitha
  Florida Bar No. 0709581
Christopher R. Clark
  Florida Bar No. 1002388
**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email:  dkilby@stearnsweaver.com
            gburhans@stearnsweaver.com
            bsmitha@stearnsweaver.com
            cclark@stearnsweaver.com

Peter Karanjia (*pro hac vice* forthcoming)
James J. Halpert (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email:  peter.karanjia@dlapiper.com
            jim.halpert@dlapiper.com

Ilana H. Eisenstein (*pro hac vice* forthcoming)
Ben C. Fabens-Lassen (*pro hac vice* forthcoming)
Danielle T. Morrison (*pro hac vice* forthcoming)
Jonathan Green (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: 215-656-3300
Fax: 215-656-3301
Email: ilana.eisenstein@dlapiper.com
            ben.fabens-lassen@dlapiper.com
            danielle.morrison@dlapiper.com
            jonathan.green@dlapiper.com

*Attorneys for Plaintiffs NetChoice, LLC and Computer & Communications Industry Association*

</div>

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will electronically send a notice of electronic filing to all counsel of record who are active participants to receive such notifications.

                              /s/ *Christopher G. Oprison*
                              Attorney