# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

    Defendants.

_____

Civil Action No.
**4:21-cv-00220-RH-MAF**

## **NOTICE OF APPEARANCE**

Undersigned counsel of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. hereby appear as counsel for Plaintiff, Communications Industry

Association d/b/a CCIA, and request that all correspondence, pleadings, and papers be served upon them at the address below.

Dated: June 2, 2021

          Respectfully submitted,

          */s/ Douglas L. Kilby*

          **Douglas L. Kilby**
          Florida Bar No. 0073407
          **Glenn Burhans, Jr.**
          Florida Bar No. 0605867
          **Bridget Smitha**
          Florida Bar No. 0709581
          **Christopher R. Clark**
          Florida Bar No. 1002388
          STEARNS WEAVER MILLER
          WEISSLER ALHADEFF &
          SITTERSON, P.A.
          Highpoint Center
          106 East College Avenue, Suite 700
          Tallahassee, FL 32301
          Phone: (850) 580-7200
          Email: dkilby@stearnsweaver.com
          gburhans@stearnsweaver.com
          bsmitha@stearnsweaver.com
          crclark@stearnsweaver.com

          *Attorneys for Plaintiff Computer & Communications Industry Association*

# CERTIFICATE OF SERVICE

I certify that on June 2, 2021, a true and correct copy of this Notice of Appearance was electronically served on counsel of record via the CM/ECF system. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today as follows:

**(via e-mail, by agreement of counsel)**
Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

**(via process server)**
Defendant, Patrick Gillespie
In his official capacity as Deputy Secretary of Business Operations
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950

　　　　　　　　　　　　　　　　　　　*/s/ Douglas L. Kilby*
　　　　　　　　　　　　　　　　　　　Douglas L. Kilby

#9519531 v2