**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

Defendants.

**Civil Action No. 4:21-cv-00220-RH-MAF**

---

**PLAINTIFFS' MOTION TO ENLARGE THE WORD COUNT FOR THEIR MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
**(Request for Expedited Consideration)**

Pursuant to Local Rules 7.1 (F) and (G) of the United States District Court for the Northern District of Florida, Plaintiffs, NetChoice, LLC, and Computer & Communications Industry Association (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully request that the Court enter an Order permitting them to file a memorandum of up to 12,500 words in support of their Motion for Preliminary Injunction. In support thereof, Plaintiffs state:

1. On May 27, 2021, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief in the above-captioned action. (ECF No. 1.) The Complaint raises numerous federal constitutional and legal challenges to enforcement of Senate Bill 7072 (the "Act") signed into law by Governor Ron DeSantis on May 24, 2021.

2. Because the Act is scheduled, by its own terms, to take effect July 1, 2021, Plaintiffs intend to file a Motion for Preliminary Injunction asking the Court to enjoin enforcement of the Act. The Act contains three sets of substantive provisions, each of which must be addressed in Plaintiffs' memorandum and each of which raise myriad constitutional and legal issues. Because Plaintiffs intend to respectfully request that the Court consider the Motion for Preliminary Injunction before the law takes effect on July 1, the Motion needs to be filed in short order.

3. Plaintiffs seek leave from this Court to file a memorandum in support of the Motion for Preliminary Injunction containing 12,500 words, exceeding the 8,000-word limit set forth in Local Rule 7.1(F). Good cause exists for such a request

so that Plaintiffs may adequately detail the legal bases supporting the relief Plaintiffs seek in their Motion for Preliminary Injunction.

**WHEREFORE,** Plaintiffs, NetChoice, LLC, and Computer & Communications Industry Association, request that the Court (a) grant this motion, (b) enter an Order permitting them to file a memorandum containing up to 12,500 words in support of their Motion for Preliminary Injunction, and (c) grant such further relief as may be appropriate.

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Plaintiff Computer & Communications Industry Association certifies that he conferred with counsel for Defendants Ashley Brooke Moody, in her official capacity of Attorney General of the State of Florida, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, in a good faith effort to resolve the issue set forth herein. Those defendants do not consent to the relief requested herein. Counsel for Plaintiff attempted several times by telephone and email to communicate with representatives for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, but received no response at the time of filing this Motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiff Computer & Communications Industry Association certifies that this motion contains 320 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today as follows:

**(via e-mail, by agreement of counsel)**
Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

**(via process server)**
Defendant, Patrick Gillespie
In his official capacity as Deputy Secretary of Business Operations
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950

                                              Respectfully submitted,

                                              */s/ Douglas L. Kilby*

Ilana H. Eisenstein (pro hac vice forthcoming)
Ben C. Fabens-Lassen (pro hac vice forthcoming)
Danielle T. Morrison (pro hac vice forthcoming)
Jonathan Green (pro hac vice forthcoming)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: 215-656-3300
Fax: 215-656-3301
Email: ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com
danielle.morrison@dlapiper.com
jonathan.green@dlapiper.com

Christopher G. Oprison
Florida Bar No. 0122080
J. Trumon Phillips
Florida Bar No. 84568
DLA PIPER LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax: 305-675-6366
Email: chris.oprison@dlapiper.com
trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (pro hac vice forthcoming)
James J. Halpert (pro hac vice forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW

Douglas L. Kilby
Florida Bar No. 0073407
Glenn Burhans, Jr.
Florida Bar No. 0605867
Bridget Smitha
Florida Bar No. 0709581
Christopher R. Clark
Florida Bar No. 1002388
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email: dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com

Lauren Gallo White
(pro hac vice forthcoming)
Meng Jia Yang
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH & ROSATI, P.C.

Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

*Attorneys for Plaintiff NetChoice LLC*

1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff Computer & Communications Industry Association*