# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                CASE NO.  4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO
## EXCEED THE WORD LIMIT

The plaintiffs' motion, ECF No. 6, for leave to file a memorandum of excessive length in support of their anticipated motion for a preliminary injunction is granted. The plaintiffs may file a memorandum of up to 12,500 words. Each defendant or group of defendants represented by the same attorneys may file a memorandum of up to 12,500 words in response. The defendants represented by different attorneys should attempt to combine or coordinate their responses. A ruling will never be made based on who writes the longest memorandum or which side says the same thing the most times. Longer memoranda are usually less

persuasive, not more.

    SO ORDERED on June 3, 2021.

                                         s/Robert L. Hinkle
                                         United States District Judge