# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

    Defendants.

Civil Action No. 4:21-cv-00220-RH-MAF

## **NOTICE OF APPEARANCE**

Bridget K. Smitha of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. hereby files this Notice of Appearance as counsel for Plaintiff, Computer &

Communications Industry Association, d/b/a CCIA, and requests that all correspondence, pleadings, and papers be served upon her at the address below.

Dated: June 3, 2021

        Respectfully submitted,

        *s/ Bridget K. Smitha*

**Bridget Smitha**
Florida Bar No. 0709581
**Glenn Burhans, Jr.**
Florida Bar No. 0605867
**Douglas L. Kilby**
Florida Bar No. 0073407
**Christopher R. Clark**
Florida Bar No. 1002388
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email: dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com

*Attorneys for Plaintiff Computer & Communications Industry Association*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2021, a true and correct copy of this Notice of Appearance was electronically served on counsel of record via the CM/ECF system. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

> Blaine H. Winship
> Office of the Florida Attorney General
> The Capitol
> 400 S Monroe St., Ste PL-01
> Tallahassee, FL 32399-6536
> blaine.winship@myfloridalegal.com
> *Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*
>
> Rebekah A. Davis
> Deputy General Counsel - Litigation
> Florida Department of Management Services
> 4050 Esplanade Way, Suite 280
> Tallahassee, FL 32399-0950
> rebekah.davis@dms.fl.gov
> *Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

*s/ Bridget K. Smitha*