# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>      Defendants. | Civil Action No.: 4:21-cv-220-RH-MAF |

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that J. Trumon Phillips, of the law firm DLA PIPER LLP (US), hereby enters his appearance as counsel of record for Plaintiff NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation, and further requests that copies of all correspondence, pleadings and notices be directed to him at the address appearing below.

Respectfully submitted,

Date: June 3, 2021

Brian M. Willen
 (*pro hac vice* forthcoming)
Steffen N. Johnson
 (*pro hac vice* forthcoming)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email:  bwillen@wsgr.com
            sjohnson@wsgr.com

/s/ *J. Trumon Phillips*
Christopher G. Oprison
 Florida Bar No. 0122080
J. Trumon Phillips
 Florida Bar No. 84568
**DLA PIPER LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax:  305-675-6366
Email:  chris.oprison@dlapiper.com
            trumon.phillips@dlapiper.com
            sheila.hall@dlapiper.com

2

Lauren Gallo White
  (*pro hac vice* forthcoming)
Meng Jia Yang
  (*pro hac vice* forthcoming)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
 Email:  lwhite@wsgr.com
            mjyang@wsgr.com

Douglas L. Kilby
  Florida Bar No. 0073407
Glenn Burhans, Jr.
  Florida Bar No. 0605867
Bridget Smitha
  Florida Bar No. 0709581
Christopher R. Clark
  Florida Bar No. 1002388
**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
 Email:  dkilby@stearnsweaver.com
            gburhans@stearnsweaver.com
            bsmitha@stearnsweaver.com
            cclark@stearnsweaver.com

Peter Karanjia (*pro hac vice* forthcoming)
James J. Halpert (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC  20004
Phone:  202-799-4000
Fax:  202-799-5000
Email:  peter.karanjia@dlapiper.com
           jim.halpert@dlapiper.com

Ilana H. Eisenstein (*pro hac vice* forthcoming)
Ben C. Fabens-Lassen (*pro hac vice* forthcoming)
Danielle T. Morrison (*pro hac vice* forthcoming)
Jonathan Green (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA  19103-7300
Phone:  215-656-3300
Fax:  215-656-3301
Email: ilana.eisenstein@dlapiper.com
          ben.fabens-lassen@dlapiper.com
          danielle.morrison@dlapiper.com
          jonathan.green@dlapiper.com

*Attorneys for Plaintiffs NetChoice, LLC and Computer & Communications Industry Association*

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2021, a true and correct copy of the foregoing document was electronically served on counsel of record via the CM/ECF system. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
Email:  blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
Email:  rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

                                                 /s/ *J. Trumon Phillips*
                                                 Attorney