# AFFIDAVIT OF SERVICE

Job # T212869

**Client Info:**
DLA Piper LLP
3111 W. Dr. Martin Luther King Jr Blvd
Suite 200
Tampa, FL 33607

**Case Info:**

**PLAINTIFF:**
NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; et al.
-versus-
**DEFENDANT:**
ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; et al.

United States District Court
Court Division: Tallahassee

Court Case # **4:21-cv-00220-RH-MAF**

**Service Info:**

Date Received by ACCURATE SERVE FL: **5/28/2021** at **02:15 PM**
Service: I Served **Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Dept. of Management Services**
With: **SUMMONS IN A CIVL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**
by leaving with **TOMMY WRIGHT, ASSISTANT GENERAL COUNSEL**

At Place of Employment **4050 ESPLANADE WAY SUITE 280 TALLAHASSEE, FL 32399**
On **5/28/2021** at **03:55 PM**
**Manner of Service: GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

I **MARY GREEN** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

_____
Signature of Server
**MARY GREEN**
Lic # **243**

**ACCURATE SERVE FL**
P.O. BOX 5141
Lakeland, FL 33807

Client # 433727-000003
Job # T212869

SUBSCRIBED AND SWORN to before me this **1st** day of **June**, **2021**, by **MARY GREEN**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

_____
NOTARY PUBLIC for the state of Florida

ALLISON NICOLE COURT
Commission # HH 130020
Expires May 19, 2025
Bonded Thru Troy Fain Insurance 800-385-7019


