## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization; and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

      Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her official
capacity as Commissioner of the Florida
Elections Commission; JASON TODD ALLEN,
in his official capacity as Commissioner of the
Florida Elections Commission; JOHN MARTIN
HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

      Defendants.

**Civil Action No.
4:21-cv-00220-RH-MAF**

_____

## MOTION TO APPEAR PRO HAC VICE

Undersigned counsel files on behalf of Lauren Gallo White ("White") this motion for leave to appear pro hac vice in the above-styled case on behalf of Computer & Communications Industry Association, and says:

1.      White practices with the law firm of Wilson Sonsini Goodrich & Rosati, P.C.

2.      White certifies that she is a member in good standing of the State Bars of California, Massachusetts, and New York.  Attached hereto as <u>EXHIBIT A</u> is a copy of a Certificate of Good Standing for White from the Bar of the State of New York, where she regularly practices.

3.      There are no pending disciplinary proceedings against White in any state or federal court.

4.      White certifies that she has successfully completed (i) the online Attorney Admission Tutorial and exam (confirmation number FLND 16225659194499), and (ii) the online CM/ECF Tutorial.

Wherefore, Lauren Gallo White requests that the Court enter an order granting her leave to appear pro hac vice in the above-styled case, and such further relief as the Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned Counsel for Plaintiff Computer & Communications Industry Association certifies that he conferred with counsel for Defendants Ashley Brooke

Moody, in her official capacity as Attorney General of the State of Florida, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, who <u>consent</u> to the relief requested herein.  On June 2, 2021, Counsel for Plaintiff conferred with counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, but such counsel has not responded as to her client's position at the time of filing this Motion.

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 2nd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

> Blaine H. Winship
> Office of the Florida Attorney General
> The Capitol
> 400 S Monroe St., Ste PL-01
> Tallahassee, FL 32399-6536
> blaine.winship@myfloridalegal.com
> *Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

Respectfully submitted,


*/s/ Douglas L. Kilby*

Douglas L. Kilby
Florida Bar No. 0073407
Glenn Burhans, Jr.
Florida Bar No. 0605867
Bridget Smitha
Florida Bar No. 0709581
Christopher R. Clark
Florida Bar No. 1002388
STEARNS WEAVER MILLER
WEISSLER
ALHADEFF & SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email: dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com

*Attorneys for Plaintiff Computer & Communications Industry Association*

4

#9520664 v2