# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

    Defendants.
_____

**Civil Action No. 4:21-cv-00220-RH-MAF**

## **MOTION TO APPEAR PRO HAC VICE**

Undersigned counsel files on behalf of Meng Jia Yang ("Yang") this motion for leave to appear pro hac vice in the above-styled case on behalf of Computer & Communications Industry Association, and says:

1. Yang practices with the law firm of Wilson Sonsini Goodrich & Rosati, P.C.

2. Yang certifies that she is a member in good standing of the State Bars of California and Washington DC. Attached hereto as <u>EXHIBIT A</u> is a copy of a Certificate of Good Standing for Yang from the Bar for the District of Columbia where she regularly practices. There are no pending disciplinary proceedings against Yang in any state or federal court.

3. Yang certifies that she has successfully completed (i) the online Attorney Admission Tutorial and exam (confirmation number FLND 16225758134503), and (ii) the online CM/ECF Tutorial.

Wherefore, Meng Jia Yang requests that the Court enter an order granting her leave to appear pro hac vice in the above-styled case, and such further relief as the Court deems just and proper.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned Counsel for Plaintiff Computer & Communications Industry Association certifies that he conferred with counsel for Defendants Ashley Brooke Moody, in her official capacity as Attorney General of the State of Florida, and for

Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, who <u>consent</u> to the relief requested herein.  On June 2, 2021, Counsel for Plaintiff conferred with counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, but such counsel has not responded as to her client's position at the time of filing this Motion.

**CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

>Blaine H. Winship
>Office of the Florida Attorney General
>The Capitol
>400 S Monroe St., Ste PL-01
>Tallahassee, FL 32399-6536
>blaine.winship@myfloridalegal.com
>*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*
>
>Rebekah A. Davis
>Deputy General Counsel - Litigation
>Florida Department of Management Services

4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

        Respectfully submitted,

        <u>/s/ Douglas L. Kilby</u>

        Douglas L. Kilby
        Florida Bar No. 0073407
        Glenn Burhans, Jr.
        Florida Bar No. 0605867
        Bridget Smitha
        Florida Bar No. 0709581
        Christopher R. Clark
        Florida Bar No. 1002388
        STEARNS WEAVER MILLER
        WEISSLER ALHADEFF &
        SITTERSON, P.A.
        Highpoint Center
        106 East College Avenue, Suite 700
        Tallahassee, FL 32301
        Phone: (850) 580-7200
        Email: dkilby@stearnsweaver.com
        gburhans@stearnsweaver.com
        bsmitha@stearnsweaver.com
        crclark@stearnsweaver.com

        *Attorneys for Plaintiff Computer & Communications Industry Association*