# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

  Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

  Defendants.

_____

**Civil Action No. 4:21-cv-00220-RH-MAF**

## **MOTION TO APPEAR PRO HAC VICE**

1

Undersigned counsel files on behalf of Brian M. Willen ("Willen") this motion for leave to appear pro hac vice in the above-styled case on behalf of Computer & Communications Industry Association, and says:

1. Willen practices with the law firm of Wilson Sonsini Goodrich & Rosati, P.C.

2. Willen certifies that he is a member in good standing of the State Bar of New York.  Attached hereto as <u>EXHIBIT A</u> is a copy of a Certificate of Good Standing for Willen from the Bar of the State of New York, where he regularly practices.  There are no pending disciplinary proceedings against Willen in any state or federal court.

3. Willen certifies that he has successfully completed (i) the online Attorney Admission Tutorial and exam (confirmation number FLND 16224246674495), and (ii) the online CM/ECF Tutorial.

Wherefore, Brian M. Willen requests that the Court enter an order granting him leave to appear pro hac vice in the above-styled case, and such further relief as the Court deems just and proper.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned Counsel for Plaintiff Computer & Communications Industry Association certifies that he conferred with counsel for Defendants Ashley Brooke Moody, in her official capacity as Attorney General of the State of Florida, and for

Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, who <u>consent</u> to the relief requested herein.  On June 2, 2021, Counsel for Plaintiff conferred with counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, but such counsel has not responded as to her client's position at the time of filing this Motion.

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

>Blaine H. Winship
>Office of the Florida Attorney General
>The Capitol
>400 S Monroe St., Ste PL-01
>Tallahassee, FL 32399-6536
>blaine.winship@myfloridalegal.com
>*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*
>
>Rebekah A. Davis
>Deputy General Counsel - Litigation
>Florida Department of Management Services

4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

          Respectfully submitted,

          */s/ Douglas L. Kilby*

          **Douglas L. Kilby**
          Florida Bar No. 0073407
          **Glenn Burhans, Jr.**
          Florida Bar No. 0605867
          **Bridget Smitha**
          Florida Bar No. 0709581
          **Christopher R. Clark**
          Florida Bar No. 1002388
          STEARNS WEAVER MILLER WEISSLER
          ALHADEFF & SITTERSON, P.A.
          Highpoint Center
          106 East College Avenue, Suite 700
          Tallahassee, FL 32301
          Phone: (850) 580-7200
          Email: dkilby@stearnsweaver.com
          gburhans@stearnsweaver.com
          bsmitha@stearnsweaver.com
          crclark@stearnsweaver.com

          *Attorneys for Plaintiff Computer & Communications Industry Association*

#9518482 v2