# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

    Defendants.

**Civil Action No. 4:21-cv-00220-RH-MAF**

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION
### (Oral Argument Requested)

1

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs, NetChoice, LLC, and Computer & Communications Industry Association (collectively, "Plaintiffs"), for the reasons set forth in the memorandum of law and supporting declarations filed concurrently with this motion,[1] respectfully move for an Order preliminarily enjoining Defendants from implementing or enforcing the operative provisions of Florida Senate Bill 7072 (the "Act"), including but not limited to sections 106.072, 287.137, and 501.2041, Fla. Stat.

## REQUEST FOR EXPEDITED CONSIDERATION

Plaintiffs respectfully request that the Court consider this Motion for Preliminary Injunction on an expedited basis before the Act identified above takes effect on July 1, 2021. As Plaintiffs' Memorandum explains in detail, the Act, signed into law on May 24, 2021, launches a frontal attack on their members' First Amendment rights and is expressly preempted by federal law. Expedited consideration is necessary because the Act would inflict immediate, irreparable harm upon Plaintiffs' member companies. Unless enjoined before taking effect, the Act will throw into legal jeopardy countless moderation measures taken by these businesses on a continual basis, will flatly bar them from removing or regulating large swaths of online content that might be highly objectionable or in violation of

---

[1] Plaintiffs are filing the supporting declarations of Matthew Schruers (CCIA), Carl Szabo (NetChoice), Alexandra Veitch (YouTube), Neil Potts (Facebook), Stacy Rumenap (Stop Child Predators), Servando Esparza (TechNet), and Corinne Pavlovic (Etsy) concurrently herewith.

their rules, and require them to send millions of new, detailed notices to their users. The result would be to expose billions of users online, including families and children, to illegal, dangerous, and objectionable material and to require fundamental and far-reaching changes to how Plaintiffs' members operate their businesses. At a minimum, the Court should have an opportunity to address Plaintiffs' request for a preliminary injunction before these new statutory provisions are allowed to upend the status quo.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(K), Plaintiffs respectfully request oral argument on this Motion, and estimate two hours as the required time for the hearing.

## LOCAL RULE 7.1(B) CERTIFICATION

Undersigned Counsel for Plaintiff Computer & Communications Industry Association certifies that he conferred with counsel for Defendants Ashley Brooke Moody, in her official capacity as Attorney General of the State of Florida, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, in a good faith effort to resolve the issue set forth herein. Those Defendants do <u>not</u> consent to the relief requested herein. On June 2, 2021, Counsel for Plaintiff conferred with counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of

3

Management Services, but such counsel has not responded as to her client's position at the time of filing this Motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel for Plaintiff Computer & Communications Industry Association certifies that this motion contains 347 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

>Blaine H. Winship
>Office of the Florida Attorney General
>The Capitol
>400 S Monroe St., Ste PL-01
>Tallahassee, FL 32399-6536
>blaine.winship@myfloridalegal.com
>
>*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*
>
>Rebekah A. Davis
>Deputy General Counsel - Litigation
>Florida Department of Management Services
>4050 Esplanade Way, Suite 280
>Tallahassee, FL 32399-0950
>rebekah.davis@dms.fl.gov

*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) | Douglas L. Kilby<br>Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen (pro hac vice forthcoming) | Glenn Burhans, Jr.<br>Florida Bar No. 0605867 |
| Danielle T. Morrison (pro hac vice forthcoming) | Bridget Smitha<br>Florida Bar No. 0709581 |
| Jonathan Green (pro hac vice forthcoming) | Christopher R. Clark<br>Florida Bar No. 1002388 |

Ilana H. Eisenstein (pro hac vice forthcoming)
Ben C. Fabens-Lassen (pro hac vice forthcoming)
Danielle T. Morrison (pro hac vice forthcoming)
Jonathan Green (pro hac vice forthcoming)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: 215-656-3300
Fax: 215-656-3301
Email: ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com
danielle.morrison@dlapiper.com
jonathan.green@dlapiper.com

Douglas L. Kilby
Florida Bar No. 0073407
Glenn Burhans, Jr.
Florida Bar No. 0605867
Bridget Smitha
Florida Bar No. 0709581
Christopher R. Clark
Florida Bar No. 1002388
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email: dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com

Christopher G. Oprison
Florida Bar No. 0122080
J. Trumon Phillips
Florida Bar No. 84568
DLA PIPER LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax: 305-675-6366
Email: chris.oprison@dlapiper.com

Lauren Gallo White
(pro hac vice forthcoming)
Meng Jia Yang
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000

trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (pro hac vice forthcoming)
James J. Halpert (pro hac vice forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

*Attorneys for Plaintiff*
*NetChoice, LLC*

Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff Computer & Communications Industry Association*

#9518293 v2