IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

    Defendants.

**Civil Action No. 4:21-cv-00220-RH-MAF**

**PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS**
(CCIA)

1

The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice and Computer & Communications Industry Association d/b/a CCIA, hereby files this Declaration of Matthew Schruers, President of Computer & Communications Industry (CCIA) in support of Plaintiffs' Motion for Preliminary Injunction.

Dated:  June 3, 2021

                                                    Respectfully submitted,

                                                    */s/ Douglas L. Kilby*

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) | Douglas L. Kilby |
| | Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen (pro hac vice forthcoming) | Glenn Burhans, Jr. |
| | Florida Bar No. 0605867 |
| Danielle T. Morrison (pro hac vice forthcoming) | Bridget Smitha |
| | Florida Bar No. 0709581 |
| Jonathan Green (pro hac vice forthcoming) | Christopher R. Clark |
| | Florida Bar No. 1002388 |
| DLA PIPER LLP (US) | STEARNS WEAVER MILLER |
| One Liberty Place | WEISSLER ALHADEFF & |
| 1650 Market Street, Suite 5000 | SITTERSON, P.A. |
| Philadelphia, PA 19103-7300 | Highpoint Center |
| Phone: 215-656-3300 | 106 East College Avenue, Suite 700 |
| Fax: 215-656-3301 | Tallahassee, FL 32301 |
| Email: ilana.eisenstein@dlapiper.com | Phone: (850) 580-7200 |
| ben.fabens-lassen@dlapiper.com | Email: dkilby@stearnsweaver.com |
| danielle.morrison@dlapiper.com | gburhans@stearnsweaver.com |
| jonathan.green@dlapiper.com | bsmitha@stearnsweaver.com |
| | crclark@stearnsweaver.com |
| Christopher G. Oprison | Lauren Gallo White |
| Florida Bar No. 0122080 | (pro hac vice forthcoming) |
| J. Trumon Phillips | Meng Jia Yang |
| Florida Bar No. 84568 | (pro hac vice forthcoming) |
| DLA PIPER LLP (US) | WILSON SONSINI GOODRICH & |

<table>
<tr><td>

200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax: 305-675-6366
Email: chris.oprison@dlapiper.com
trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (pro hac vice forthcoming)
James J. Halpert (pro hac vice forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

*Attorneys for Plaintiff NetChoice, LLC*

</td><td>

ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff Computer & Communications Industry Association*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

    Blaine H. Winship
    Office of the Florida Attorney General
    The Capitol

400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

         Respectfully submitted,

         */s/ Douglas L. Kilby*

#9528444 v1