IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

  Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

  Defendants.

Civil Action No.
4:21-cv-00220-RH-MAF

## PLAINTIFFS' NOTICE OF DECLARATION OF CARL SZABO
(NetChoice, LLC)

  The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice and Computer & Communications Industry Association d/b/a CCIA, hereby files

1

this Declaration of Carl Szabo, Vice President and General Counsel of NetChoice, LLC in support of Plaintiffs' Motion for Preliminary Injunction.

Dated:  June 3, 2021

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) | Douglas L. Kilby<br>Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen (pro hac vice forthcoming) | Glenn Burhans, Jr.<br>Florida Bar No. 0605867 |
| Danielle T. Morrison (pro hac vice forthcoming) | Bridget Smitha<br>Florida Bar No. 0709581 |
| Jonathan Green (pro hac vice forthcoming) | Christopher R. Clark<br>Florida Bar No. 1002388 |
| DLA PIPER LLP (US)<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103-7300<br>Phone: 215-656-3300<br>Fax: 215-656-3301<br>Email: ilana.eisenstein@dlapiper.com<br>ben.fabens-lassen@dlapiper.com<br>danielle.morrison@dlapiper.com<br>jonathan.green@dlapiper.com | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Highpoint Center<br>106 East College Avenue, Suite 700<br>Tallahassee, FL 32301<br>Phone: (850) 580-7200<br>Email: dkilby@stearnsweaver.com<br>gburhans@stearnsweaver.com<br>bsmitha@stearnsweaver.com<br>crclark@stearnsweaver.com |
| Christopher G. Oprison<br>Florida Bar No. 0122080<br>J. Trumon Phillips<br>Florida Bar No. 84568<br>DLA PIPER LLP (US)<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>Phone: 305-423-8500<br>Fax: 305-675-6366<br>Email: chris.oprison@dlapiper.com | Lauren Gallo White<br>(pro hac vice forthcoming)<br>Meng Jia Yang<br>(pro hac vice forthcoming)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Phone: (415) 947-2000 |

2


| | |
|---|---|
| trumon.phillips@dlapiper.com<br>sheila.hall@dlapiper.com | Email: lwhite@wsgr.com<br>mjyang@wsgr.com |
| Peter Karanjia (pro hac vice forthcoming)<br>James J. Halpert (pro hac vice forthcoming)<br>DLA PIPER LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Phone: 202-799-4000<br>Fax: 202-799-5000<br>Email: peter.karanjia@dlapiper.com<br>jim.halpert@dlapiper.com | Brian M. Willen<br>(pro hac vice forthcoming)<br>Steffen N. Johnson<br>(pro hac vice forthcoming)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K St NW<br>Washington, DC 20006<br>Phone: (202) 973-8800<br>Email: bwillen@wsgr.com<br>sjohnson@wsgr.com |
| *Attorneys for Plaintiff NetChoice, LLC* | *Attorneys for Plaintiff Computer & Communications Industry Association* |

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John*

3

*Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

                                        Respectfully submitted,

                                        */s/ Douglas L. Kilby*