## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization; and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

      **Civil Action No.**
      **4:21-cv-00220-RH-MAF**

      Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her official
capacity as Commissioner of the Florida
Elections Commission; JASON TODD ALLEN,
in his official capacity as Commissioner of the
Florida Elections Commission; JOHN MARTIN
HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

      Defendants.

_____

## PLAINTIFFS' NOTICE OF DECLARATION
## OF ALEXANDRA VEITCH
(YouTube)

      The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice

and Computer & Communications Industry Association d/b/a CCIA, hereby files

1

this Declaration of Alexandra Veitch, Director of Public Policy for the Americas at

YouTube in support of Plaintiffs' Motion for Preliminary Injunction.

Dated:  June 3, 2021

Respectfully submitted,

/s/ Douglas L. Kilby

Ilana H. Eisenstein (pro hac vice forthcoming)
Ben C. Fabens-Lassen (pro hac vice forthcoming)
Danielle T. Morrison (pro hac vice forthcoming)
Jonathan Green (pro hac vice forthcoming)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Phone: 215-656-3300
Fax: 215-656-3301
Email: ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com
danielle.morrison@dlapiper.com
jonathan.green@dlapiper.com

Douglas L. Kilby
Florida Bar No. 0073407
Glenn Burhans, Jr.
Florida Bar No. 0605867
Bridget Smitha
Florida Bar No. 0709581
Christopher R. Clark
Florida Bar No. 1002388
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email: dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com

Christopher G. Oprison
Florida Bar No. 0122080
J. Trumon Phillips
Florida Bar No. 84568
DLA PIPER LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax: 305-675-6366
Email: chris.oprison@dlapiper.com

Lauren Gallo White
(pro hac vice forthcoming)
Meng Jia Yang
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000

trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (pro hac vice
forthcoming)
James J. Halpert (pro hac vice
forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff NetChoice, LLC*

*Attorneys for Plaintiff Computer &
Communications Industry Association*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida
Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John*

*Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

Respectfully submitted,

*/s/ Douglas L. Kilby*

#9528836 v1