## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization; and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

   **Civil Action No.**
   **4:21-cv-00220-RH-MAF**

   Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her official
capacity as Commissioner of the Florida
Elections Commission; JASON TODD ALLEN,
in his official capacity as Commissioner of the
Florida Elections Commission; JOHN MARTIN
HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

   Defendants.

_____

## PLAINTIFFS' NOTICE OF FILING DECLARATION
## OF NEIL POTTS
(Facebook, Inc.)

The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice

and Computer & Communications Industry Association d/b/a CCIA, hereby files

this Declaration of Neil Potts, Vice President, Trust & Safety Policy at Facebook,

Inc. in support of Plaintiffs' Motion for Preliminary Injunction.

      Dated:  June 3, 2021

                                Respectfully submitted,

                                */s/ Douglas L. Kilby*

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) | Douglas L. Kilby |
| | Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen (pro hac vice forthcoming) | Glenn Burhans, Jr. |
| | Florida Bar No. 0605867 |
| Danielle T. Morrison (pro hac vice forthcoming) | Bridget Smitha |
| | Florida Bar No. 0709581 |
| Jonathan Green (pro hac vice forthcoming) | Christopher R. Clark |
| | Florida Bar No. 1002388 |
| DLA PIPER LLP (US) | STEARNS WEAVER MILLER |
| One Liberty Place | WEISSLER ALHADEFF & |
| 1650 Market Street, Suite 5000 | SITTERSON, P.A. |
| Philadelphia, PA 19103-7300 | Highpoint Center |
| Phone: 215-656-3300 | 106 East College Avenue, Suite 700 |
| Fax: 215-656-3301 | Tallahassee, FL 32301 |
| Email: ilana.eisenstein@dlapiper.com | Phone: (850) 580-7200 |
| ben.fabens-lassen@dlapiper.com | Email: dkilby@stearnsweaver.com |
| danielle.morrison@dlapiper.com | gburhans@stearnsweaver.com |
| jonathan.green@dlapiper.com | bsmitha@stearnsweaver.com |
| | crclark@stearnsweaver.com |
| | |
| Christopher G. Oprison | Lauren Gallo White |
| Florida Bar No. 0122080 | (pro hac vice forthcoming) |
| J. Trumon Phillips | Meng Jia Yang |
| Florida Bar No. 84568 | (pro hac vice forthcoming) |
| DLA PIPER LLP (US) | WILSON SONSINI GOODRICH & |
| 200 South Biscayne Blvd., Suite 2500 | ROSATI, P.C. |
| Miami, Florida 33131 | One Market Plaza |
| Phone: 305-423-8500 | Spear Tower, Suite 3300 |
| Fax: 305-675-6366 | San Francisco, CA 94105 |
| Email: chris.oprison@dlapiper.com | Phone: (415) 947-2000 |

trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (pro hac vice
forthcoming)
James J. Halpert (pro hac vice
forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff NetChoice, LLC*

*Attorneys for Plaintiff Computer &
Communications Industry Association*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida
Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John*

*Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

Respectfully submitted,

*/s/ Douglas L. Kilby*