IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>    Defendants. | Civil Action No.<br>4:21-cv-00220-RH-MAF |

### <u>PLAINTIFFS' NOTICE OF FILING DECLARATION<br>OF STACIE D. RUMENAP</u>
(Stop Child Predators)

The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice

and Computer & Communications Industry Association d/b/a CCIA, hereby files

1

this Declaration of Stacie D. Rumenap, President of Stop Child Predators (SCP) in support of Plaintiffs' Motion for Preliminary Injunction.

Dated:  June 3, 2021

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) | Douglas L. Kilby |
| | Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen (pro hac vice forthcoming) | Glenn Burhans, Jr. |
| | Florida Bar No. 0605867 |
| Danielle T. Morrison (pro hac vice forthcoming) | Bridget Smitha |
| | Florida Bar No. 0709581 |
| Jonathan Green (pro hac vice forthcoming) | Christopher R. Clark |
| | Florida Bar No. 1002388 |
| DLA PIPER LLP (US) | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. |
| One Liberty Place | |
| 1650 Market Street, Suite 5000 | |
| Philadelphia, PA 19103-7300 | Highpoint Center |
| Phone: 215-656-3300 | 106 East College Avenue, Suite 700 |
| Fax: 215-656-3301 | Tallahassee, FL 32301 |
| Email: ilana.eisenstein@dlapiper.com | Phone: (850) 580-7200 |
| ben.fabens-lassen@dlapiper.com | Email: dkilby@stearnsweaver.com |
| danielle.morrison@dlapiper.com | gburhans@stearnsweaver.com |
| jonathan.green@dlapiper.com | bsmitha@stearnsweaver.com |
| | crclark@stearnsweaver.com |
| Christopher G. Oprison | Lauren Gallo White |
| Florida Bar No. 0122080 | (pro hac vice forthcoming) |
| J. Trumon Phillips | Meng Jia Yang |
| Florida Bar No. 84568 | (pro hac vice forthcoming) |
| DLA PIPER LLP (US) | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 200 South Biscayne Blvd., Suite 2500 | |
| Miami, Florida 33131 | One Market Plaza |
| Phone: 305-423-8500 | Spear Tower, Suite 3300 |
| Fax: 305-675-6366 | San Francisco, CA 94105 |
| Email: chris.oprison@dlapiper.com | Phone: (415) 947-2000 |

trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (pro hac vice forthcoming)
James J. Halpert (pro hac vice forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff NetChoice, LLC*

*Attorneys for Plaintiff Computer & Communications Industry Association*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John*

*Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

                Respectfully submitted,

                */s/ Douglas L. Kilby*

#9528470 v1