# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; BARBRA STERN, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>Defendants. | Civil Action No.: 4:21-cv-00220-RH-MAF |

## DECLARATION OF STOP CHILD PREDATORS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Stacie D. Rumenap, declare as follows:

1. I am President at Stop Child Predators (SCP), an organization founded in 2005, to combat the sexual exploitation of children and protect the rights of crime victims nationwide. I have led SCP since 2006, having worked in all 50 states – including spearheading the passage in 46 states of Jessica's Law, which originated in Florida – on laws and educational efforts to bring together a team of policy experts, law enforcement officers, community leaders, and parents to launch state and federal campaigns to inform lawmakers and the public about policy changes that will protect America's children from sexual predators both online and in the real world.

2. We work with parents, lawmakers, and technology companies to better educate families, schools, and lawmakers about the potential risks children face online, including grooming, luring, bullying, child pornography, and other harms to children.

3. We also launched the Stop Internet Predators (SIP) initiative in 2008 because sex offender management and child safety must be addressed both in the real world and online. SIP recognizes that child predators often use online social-networking platforms to recruit child sex-trafficking victims, to groom children for

1

sexual exploitation, and to sexually victimize children in general. Because previously convicted and registered sex offenders are the most identifiable and likely class of predators to target children online, we focus our policy efforts on keeping social media and the Internet more broadly safe for children.

4.  To do this, we work with leading online platforms, including Plaintiffs' members, to develop and enforce content-moderation and safety policies that prioritize children's safety while still promoting free speech. Our goal is to help these businesses develop tools and mechanisms to identify illegal content—Child Sexual Abuse Material—as soon as possible so that children are not exposed to abuse.

5.  Unfortunately, CSAM is prolific on the Internet. In 2018 alone, leading social media platforms reported over 45 million photos and videos of children being sexually abused.[1] In fact, there are so many reports of child exploitation that FBI and Department of Justice officials said it would require assigning cases to every FBI agent. The government does not presently have the resources to do that.[2]

6.  The government's limited resources underscore the critical importance of private moderation and filtering technologies. In order to detect CSAM, as well as to report it to authorities, online companies must develop and use advanced

---

[1] Katie Benner & Mike Isaac, *Child-Welfare Activists Attack Facebook Over Encryption Plans*, N.Y. Times (Feb. 5, 2020), https://www.nytimes.com/2020/02/05/technology/facebook-encryption-child-exploitation.html.
[2] *Id.*

algorithms and other screening tools.

7. If Florida's S.B. 7072, 2021 Leg. (Fla. 2021) (the "Act") is allowed to go into effect on July 1, 2021, we are concerned that it would be harder to remove objectionable content online.

8. The online platforms we work with remove millions of pieces of content that would enable child predation and harm children. We have grave concerns that the Act will impede their ability to remove such content and undermine my group's efforts to stop child predation. Not only does the Act require online platforms to host content—legal or not—from "journalistic enterprises," it also prohibits them from using algorithms in ways that could flag, remove, restrict, or demote harmful content, including CSAM.

9. Equally concerning is the Act's limit on the number of changes online platforms can make to their algorithms each month. Under the Act, platforms may not change their algorithms more than once every 30 days. This restriction all but guarantees that the online platforms will be hamstringed in responding to new threats to children's online safety and to new methods of distributing or soliciting photos and videos of child sexual abuse. It will also hinder their ability to adapt to predators' schemes. As history and experience have shown, predators continue to find a way around existing safeguards, requiring us, the platforms, and the public to remain ever vigilant.

10. Similarly, the Act's disclosure requirements give child predators a roadmap to escape detection. If they know how algorithms and content moderation work in detail, they will have an even easier time preying on vulnerable children.

11. Likewise, the Act's onerous obligations for account and content removal will likely cause online platforms to moderate less aggressively. That is particularly concerning at a time when we need even more moderation and even more filtering.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June, 2021 at 3:00 pm.

_____
Stacie D. Rumenap