IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>    Defendants. | **Civil Action No.**<br>**4:21-cv-00220-RH-MAF** |

**PLAINTIFFS' NOTICE OF FILING DECLARATION
OF SERVANDO ESPARZA**
(TechNet)

1

The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice and Computer & Communications Industry Association d/b/a CCIA, hereby files this Declaration of Servando Esparza, Executive Director, Texas and Southeast, Technology Network (TechNet) in support of Plaintiffs' Motion for Preliminary Injunction.

Dated:  June 3, 2021

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) <br> Ben C. Fabens-Lassen (pro hac vice forthcoming) <br> Danielle T. Morrison (pro hac vice forthcoming) <br> Jonathan Green (pro hac vice forthcoming) <br> DLA PIPER LLP (US) <br> One Liberty Place <br> 1650 Market Street, Suite 5000 <br> Philadelphia, PA 19103-7300 <br> Phone: 215-656-3300 <br> Fax: 215-656-3301 <br> Email: ilana.eisenstein@dlapiper.com <br> ben.fabens-lassen@dlapiper.com <br> danielle.morrison@dlapiper.com <br> jonathan.green@dlapiper.com | Douglas L. Kilby <br> Florida Bar No. 0073407 <br> Glenn Burhans, Jr. <br> Florida Bar No. 0605867 <br> Bridget Smitha <br> Florida Bar No. 0709581 <br> Christopher R. Clark <br> Florida Bar No. 1002388 <br> STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. <br> Highpoint Center <br> 106 East College Avenue, Suite 700 <br> Tallahassee, FL 32301 <br> Phone: (850) 580-7200 <br> Email: dkilby@stearnsweaver.com <br> gburhans@stearnsweaver.com <br> bsmitha@stearnsweaver.com <br> crclark@stearnsweaver.com |
| Christopher G. Oprison <br> Florida Bar No. 0122080 <br> J. Trumon Phillips | Lauren Gallo White <br> (pro hac vice forthcoming) <br> Meng Jia Yang |

| | |
|---|---|
| Florida Bar No. 84568<br>DLA PIPER LLP (US)<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>Phone: 305-423-8500<br>Fax: 305-675-6366<br>Email: chris.oprison@dlapiper.com<br>trumon.phillips@dlapiper.com<br>sheila.hall@dlapiper.com | (pro hac vice forthcoming)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Phone: (415) 947-2000<br>Email: lwhite@wsgr.com<br>mjyang@wsgr.com |
| Peter Karanjia (pro hac vice forthcoming)<br>James J. Halpert (pro hac vice forthcoming)<br>DLA PIPER LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Phone: 202-799-4000<br>Fax: 202-799-5000<br>Email: peter.karanjia@dlapiper.com<br>jim.halpert@dlapiper.com | Brian M. Willen<br>(pro hac vice forthcoming)<br>Steffen N. Johnson<br>(pro hac vice forthcoming)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1700 K St NW<br>Washington, DC 20006<br>Phone: (202) 973-8800<br>Email: bwillen@wsgr.com<br>sjohnson@wsgr.com |
| *Attorneys for Plaintiff NetChoice, LLC* | *Attorneys for Plaintiff Computer & Communications Industry Association* |

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

                    Respectfully submitted,

                    */s/ Douglas L. Kilby*