# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization; and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

**Civil Action No.
4:21-cv-00220-RH-MAF**

     Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her official
capacity as Commissioner of the Florida
Elections Commission; JASON TODD ALLEN,
in his official capacity as Commissioner of the
Florida Elections Commission; JOHN MARTIN
HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

     Defendants.

_____

## PLAINTIFFS' NOTICE OF FILING DECLARATION
## OF CORINNE PAVLOVIC
(Etsy)

The undersigned, on behalf of Plaintiffs, NetChoice, LLC d/b/a NetChoice

and Computer & Communications Industry Association d/b/a CCIA, hereby files

this Declaration of Corinne Pavlovic, Vice President of Etsy in support of Plaintiffs'

Motion for Preliminary Injunction.

Dated:  June 3, 2021

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice forthcoming) | Douglas L. Kilby |
| | Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen (pro hac vice forthcoming) | Glenn Burhans, Jr. |
| | Florida Bar No. 0605867 |
| Danielle T. Morrison (pro hac vice forthcoming) | Bridget Smitha |
| | Florida Bar No. 0709581 |
| Jonathan Green (pro hac vice forthcoming) | Christopher R. Clark |
| | Florida Bar No. 1002388 |
| DLA PIPER LLP (US) | STEARNS WEAVER MILLER |
| One Liberty Place | WEISSLER ALHADEFF & |
| 1650 Market Street, Suite 5000 | SITTERSON, P.A. |
| Philadelphia, PA 19103-7300 | Highpoint Center |
| Phone: 215-656-3300 | 106 East College Avenue, Suite 700 |
| Fax: 215-656-3301 | Tallahassee, FL 32301 |
| Email: ilana.eisenstein@dlapiper.com | Phone: (850) 580-7200 |
| ben.fabens-lassen@dlapiper.com | Email: dkilby@stearnsweaver.com |
| danielle.morrison@dlapiper.com | gburhans@stearnsweaver.com |
| jonathan.green@dlapiper.com | bsmitha@stearnsweaver.com |
| | crclark@stearnsweaver.com |
| Christopher G. Oprison | Lauren Gallo White |
| Florida Bar No. 0122080 | (pro hac vice forthcoming) |
| J. Trumon Phillips | Meng Jia Yang |
| Florida Bar No. 84568 | (pro hac vice forthcoming) |
| DLA PIPER LLP (US) | WILSON SONSINI GOODRICH & |
| 200 South Biscayne Blvd., Suite 2500 | ROSATI, P.C. |
| Miami, Florida 33131 | One Market Plaza |
| Phone: 305-423-8500 | Spear Tower, Suite 3300 |
| Fax: 305-675-6366 | San Francisco, CA 94105 |
| Email: chris.oprison@dlapiper.com | Phone: (415) 947-2000 |

| | |
|---|---|
| trumon.phillips@dlapiper.com<br>sheila.hall@dlapiper.com | Email: lwhite@wsgr.com<br>mjyang@wsgr.com |
| Peter Karanjia (pro hac vice<br>forthcoming)<br>James J. Halpert (pro hac vice<br>forthcoming)<br>DLA PIPER LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Phone: 202-799-4000<br>Fax: 202-799-5000<br>Email: peter.karanjia@dlapiper.com<br>jim.halpert@dlapiper.com | Brian M. Willen<br>(pro hac vice forthcoming)<br>Steffen N. Johnson<br>(pro hac vice forthcoming)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1700 K St NW<br>Washington, DC 20006<br>Phone: (202) 973-8800<br>Email: bwillen@wsgr.com<br>sjohnson@wsgr.com |
| *Attorneys for Plaintiff NetChoice, LLC* | *Attorneys for Plaintiff Computer &*<br>*Communications Industry Association* |

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all

counsel of record via the CM/ECF system on this 3rd day of June, 2021.  In addition,

because counsel for Defendants have not yet appeared in this case, I caused a copy

of this filing to be delivered today via e-mail to the following, by agreement with

counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida*
*Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John*

*Martin Hayes, And Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie In his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*


Respectfully submitted,


/s/ Douglas L. Kilby

#9528676 v1