# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization; and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

      Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her official
capacity as Commissioner of the Florida
Elections Commission; JASON TODD ALLEN,
in his official capacity as Commissioner of the
Florida Elections Commission; JOHN MARTIN
HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

      Defendants.

Civil Action No.
**4:21-cv-00220-RH-MAF**

---

## PLAINTIFFS' STATEMENT OF COMPLIANCE WITH
## SCHEDULING CONFERENCE ORDER

Plaintiffs NetChoice, LLC, and Computer & Communications Industry

Association ("Plaintiffs"), by and through their respective counsel of record, state as follows:

### Efforts To Identify And Serve Documents On
### Counsel For Defendants

1.      On June 4, 2021, this Court issued an Order Setting a Scheduling Conference (the "Order") (ECF No. 31).  Among other things, the Order directed counsel for Plaintiffs to attempt to learn the identity of the Defendants' attorneys and to immediately provide copies of certain documents to counsel for the defendants. (Order, ¶ 2.)  As detailed below, counsel for Plaintiffs have identified attorneys for each Defendant, at least for purposes of accepting service of filings in this case, and have served the documents on those attorneys.

2.      First, each Defendant was personally served by a process server with a Summons and copy of the Complaint in this lawsuit on Friday, May 28, 2021.  (ECF Nos. 12-17.)

3.      On the same day that service of process was effected, counsel for Plaintiffs began corresponding (via email) with and leaving voice mail messages for attorneys at the Florida Attorney General's Office (both with the Deputy Attorney General and the Assistant Attorney General who ordinarily represents the Florida

Elections Commission), and with the General Counsel's office for the Department of Management Services. (*See* EXHIBIT A, pp. 1-7 (without attachments).)[1]

4.     Blaine H. Winship, from the Office of the Florida Attorney General, advised counsel for Plaintiffs on June 1, 2021, that he would be representing the following Defendants in this lawsuit, and he agreed to accept service of filings in this case on behalf of his clients by email:

    a.     Ashley B. Moody, in her official capacity as Florida Attorney General; and

    b.     Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission.

Undersigned counsel for Plaintiffs confirmed that agreement by email on June 1, 2021 at 4:18 p.m. (*See* EXHIBIT A, pp. 2-3.)

5.     Counsel for Plaintiffs placed phone calls and sent an email to Rebekah A. Davis, Deputy General Counsel (Litigation) for the Florida Department of Management Services, on May 31, 2021, attaching a copy of the Complaint, asking for information about who would be representing defendant Patrick Gillespie, in his capacity as Deputy Secretary of the Florida Department of Management Services,

---

[1]     Counsel for Plaintiffs are mindful of Local Rule 7.1(M), which discourages filing of correspondence between counsel. The correspondence is attached solely for the purpose of demonstrating the efforts made by counsel for Plaintiffs to comply with the Order.

and requesting an opportunity to discuss case management issues. (*See* EXHIBIT B (without attachments).)

6.      On June 2, 2021, Ms. Davis advised counsel for Plaintiffs that, while she was not likely to ultimately appear as counsel of record in this lawsuit on behalf of Mr. Gillespie, in his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services, she did agree to accept service of filings in this case on behalf of Mr. Gillespie by email until counsel of record enters an appearance.   Undersigned counsel for Plaintiffs confirmed that agreement by email on June 2, 2021 at 5:45 p.m.  (*See* EXHIBIT A, p. 1.)

7.      On June 4, 2021 at 12:24 a.m., counsel for Plaintiffs served by email ECF Nos. 22 through 30 on Mr. Winship and Ms. Davis, on behalf of their respective clients.    Those court filings are Plaintiffs' Motion for Preliminary Injunction, supporting declarations, and Memorandum of Law.   (*See* EXHIBIT C, page 3) (without attachment).)

8.      The Court issued the Order on June 4, 2021, which was served on counsel for Plaintiffs via the ECF system at 5:06 p.m.

9.      On June 4, 2021 at 6:46 p.m., counsel for Plaintiffs served by email ECF No. 31, the Court's Order for Scheduling Conference, on Mr. Winship and Ms. Davis.   In that email, counsel for Plaintiffs requested dates from counsel for

Defendants to confer regarding issues outlined in the Order. (*See* EXHIBIT C, page 2) (without attachment).)

10.    On June 7, 2021 at 10:24 a.m., the Clerk served its Notice of Telephonic Hearing via the ECF system. Counsel for Plaintiffs served by email the Clerk's Notice of Hearing on Mr. Winship and Ms. Davis that same day at 10:53 a.m. At the same time, in order to make it clear that all documents identified in the Court's Order had been served on Defendants, counsel for Plaintiffs also served a copy of the Complaint (ECF No. 1) via email on Mr. Winship and Ms. Davis, even though Mr. Winship's and Ms. Davis' clients had already been served with the Summons and Complaint on May 28, 2021. (*See* EXHIBIT D (without attachments).)

11.    Thus, although counsel for Defendants have not yet made an appearance in this case, each Defendant has counsel who has agreed to accept service of filings in this case, and counsel for Plaintiffs have served those attorneys with each of the filings as directed by the Court in its Order. As shown in the exhibits filed herewith, counsel for Plaintiffs have continued to attempt to determine who will appear as counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services, but as of the date of this filing no attorney for Mr. Gillespie, other than Ms. Davis, has been identified.

### Efforts To Confer With Counsel For Defendants Regarding Issues
### For Preliminary Injunction Hearing

12.     Paragraph 3 of the Order directs the parties to confer prior to the scheduling conference in a good faith effort to address a number of issues. Counsel for Plaintiffs have made a number of attempts to schedule a call with Defendants. (*See* EXHIBITS C and D)   As of the time of this filing, Defendants have not responded to those requests to confer.

13.     In an effort to comply with the Order, counsel for Plaintiffs sent a proposal to counsel for Defendants addressing each of the issues as directed by the Court in its Order, and again requested that counsel for Defendants advise their availability for a call. (*See* EXHIBIT C, page 1) As of the time of this filing, counsel for Plaintiffs have not received a response from Defendants.

14.     In light of the language in paragraph 2 of the Order, and the fact that counsel for the Defendants have never responded to any of Plaintiffs' counsels' emails described above, on June 9, 2021 Plaintiffs served the following items by process server on each of the named defendants in this lawsuit: ECF Nos. 1, 22-31, and 32 (a printout of the Clerk's Notice of Hearing).  Such service was accomplished prior to noon on June 9, 2021.  (*See* EXHIBIT E)

Dated: June 9, 2021                Respectfully submitted,


                                   */s/ Douglas L. Kilby*

Ilana H. Eisenstein (pro hac vice          Douglas L. Kilby
forthcoming)                               Florida Bar No. 0073407
Ben C. Fabens-Lassen (pro hac vice         Glenn Burhans, Jr.
forthcoming)                               Florida Bar No. 0605867
Danielle T. Morrison (pro hac vice         Bridget Smitha
forthcoming)                               Florida Bar No. 0709581
Jonathan Green (pro hac vice               Christopher R. Clark
forthcoming)                               Florida Bar No. 1002388
DLA PIPER LLP (US)                         STEARNS WEAVER MILLER
One Liberty Place                          WEISSLER ALHADEFF &
1650 Market Street, Suite 5000             SITTERSON, P.A.
Philadelphia, PA 19103-7300                Highpoint Center
Phone: 215-656-3300                        106 East College Avenue, Suite 700
Fax: 215-656-3301                          Tallahassee, FL 32301
Email: ilana.eisenstein@dlapiper.com       Phone: (850) 580-7200
ben.fabens-lassen@dlapiper.com             Email: dkilby@stearnsweaver.com
danielle.morrison@dlapiper.com             gburhans@stearnsweaver.com
jonathan.green@dlapiper.com                bsmitha@stearnsweaver.com
                                           crclark@stearnsweaver.com


Christopher G. Oprison                      Lauren Gallo White
Florida Bar No. 0122080                    (pro hac vice forthcoming)
J. Trumon Phillips                         Meng Jia Yang
Florida Bar No. 84568                      (pro hac vice forthcoming)
DLA PIPER LLP (US)                         WILSON SONSINI GOODRICH &
200 South Biscayne Blvd., Suite 2500       ROSATI, P.C.
Miami, Florida 33131                       One Market Plaza
Phone: 305-423-8500                        Spear Tower, Suite 3300
Fax: 305-675-6366                          San Francisco, CA 94105
Email: chris.oprison@dlapiper.com          Phone: (415) 947-2000
trumon.phillips@dlapiper.com               Email: lwhite@wsgr.com
sheila.hall@dlapiper.com                   mjyang@wsgr.com

Peter Karanjia (pro hac vice
forthcoming)
James J. Halpert (pro hac vice
forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

Brian M. Willen
(pro hac vice forthcoming)
Steffen N. Johnson
(pro hac vice forthcoming)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff NetChoice, LLC*

*Attorneys for Plaintiff Computer &
Communications Industry Association*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all

counsel of record via the CM/ECF system on this 9th day of June, 2021.  In addition,

because counsel for Defendants have not yet appeared in this case, I caused a copy

of this filing to be delivered today via e-mail to the following, by agreement with

counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida
Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John
Martin Hayes, and Kymberlee Curry Smith, in their official capacities as
Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie in his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

                                        Respectfully submitted,


                                        */s/ Douglas L. Kilby* _____

# EXHIBIT A

## to

## Plaintiffs Statement of Compliance

## Douglas Kilby

| | |
|---|---|
| **From:** | Douglas Kilby |
| **Sent:** | Wednesday, June 2, 2021 5:45 PM |
| **To:** | 'rebekah.davis@dms.fl.gov' |
| **Cc:** | 'Oprison, Chris'; 'Blaine Winship' |
| **Subject:** | RE: NetChoice/CCIA lawsuit; service of papers |

Rebekah –

Thank you for your call just now. I appreciate you agreeing to accept service of papers in this case on behalf of Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of DMS, at least until counsel of record appears in the case. As discussed, I will call you whenever we are required by the Local Rules to confer with opposing counsel on a matter (at least until counsel of record makes appearance), though I fully understand you might not be in a position to respond to such inquiries right away. I am copying Chris Oprison of the DLA Piper firm (Miami office), counsel for NetChoice. Chris will also serve papers on you, or contact you, with the understandings set out above.

I neglected to ask you one somewhat ministerial question in our call just now. Would your client consent to out of state counsel for the plaintiffs being admitted pro hac vice in this matter? The other defendants consent (per Blaine, copied here). Please let me know, as I expect to file CIAA's pro hac motions tomorrow.

Again, thank you for the call, and congratulations once more on your move to DMS.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email: dkilby@stearnsweaver.com
www.stearnsweaver.com


**From:** Douglas Kilby
**Sent:** Wednesday, June 2, 2021 1:12 PM
**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>; 'rebekah.davis@dms.fl.gov' <rebekah.davis@dms.fl.gov>
**Subject:** RE: NetChoice/CCIA lawsuit; service of papers

Blaine –

Attached are two filings we just made at the NDFLA. Thank you for agreeing to accept service of papers for your clients via email until you make an appearance. Again, Plaintiffs will be serving the Deputy Secretary of DMS today via process server with these documents.

The pro hac motions will get filed tomorrow.  Please do not hesitate to let Chris Oprison and me know if you want to discuss this matter.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com



**From:** Douglas Kilby
**Sent:** Wednesday, June 2, 2021 11:06 AM
**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>; 'rebekah.davis@dms.fl.gov' <rebekah.davis@dms.fl.gov>
**Subject:** NetChoice/CCIA lawsuit; service of papers

Blaine –

Thank you for speaking with me this morning.  I understand you do not yet know if you will be representing the Deputy Secretary of DMS.  I do appreciate you agreeing to accept services of papers we will be filing via email, on behalf of the FEC Commissioners and for General Moody, all in their official capacities.

I will arrange separate service on behalf of the Deputy Secretary of DMS.  I am copying Rebekah Davis in the hope she can shed light on who will be representing the Deputy Secretary in this case.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com



**From:** Douglas Kilby
**Sent:** Tuesday, June 1, 2021 4:18 PM

**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>; 'rebekah.davis@dms.fl.gov' <rebekah.davis@dms.fl.gov>
**Subject:** RE: Netsource/CCIA lawsuit; issues for case management; requests for consent under local Rule 7.1

Blaine –

Thank you for calling me back just now.  I am dropping John Guard and Ed Tellechea from this email, as I understand that you will be appearing as counsel for the AG and the FEC Commissioners.  I put a call in to Rebekah Davis at DMS and left a message for her, and understand you are still working to figure out who will be representing DMS.

I have relayed to Chris Oprison (counsel for Netchoice) that your clients (the AG and FEC Commissioners, in official capacities):

1. Consent to our pro hac vice motions;
2. Do not consent to Plaintiffs' motion for additional words;
3. Do not consent to Plaintiffs' preliminary injunction motion;
4. Do not agree that expedited consideration of the PI motion is necessary.

We also discussed service of papers in light of the fact that none of the defendants have made an appearance.  At your suggestion, I will wait until tomorrow morning before filing anything so that you can hopefully bring some clarity to the question of whether you will be representing DMS, and service of papers.  At some point tomorrow though, I will need to file some papers.  *Would you be willing to accept service of motions, notice of appearance, etc., on behalf of the OAG and FEC Commissioners (and DMS, if it turns out you will be counsel for DMS) via email until you make an appearance?*

Again, many thanks for your call, Blaine.  We look forward to working with you on this interesting case.

Sincerely,
Doug

Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email: dkilby@stearnsweaver.com
www.stearnsweaver.com


**From:** Douglas Kilby
**Sent:** Tuesday, June 1, 2021 11:17 AM
**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>; 'Ed Tellechea' <Ed.Tellechea@myfloridalegal.com>;
'john.guard@myfloridalegal.com' <john.guard@myfloridalegal.com>; 'rebekah.davis@dms.fl.gov'
<rebekah.davis@dms.fl.gov>
**Subject:** Netsource/CCIA lawsuit; issues for case management; requests for consent under local Rule 7.1

Blaine [copying John Guard and Rebekah Davis]:

3

Chris Oprison (counsel for Netchoice) and I (local counsel for CCIA) are following up from our email to you from last Friday. I am copying Deputy AG John Guard (to whom we reached out on 5/27) and Rebekah Davis at Florida DMS (to whom we reached out by phone last Friday and email yesterday).

Chris and I understand that you will be representing the Florida Elections Commissioners in this lawsuit, and we are trying to determine who will be representing the other defendants, i.e. the Office of the Attorney General and DMS. We want to speak with counsel for the defendants as soon as possible to discuss some case management issues, as the plaintiffs plan to file a motion for preliminary injunction tomorrow. We would appreciate it if you, John, and/or Rebekah could let us know who will be representing DMS and the OAG.

Chris and I have a few time sensitive questions for your clients and the other Defendants pursuant to Local Rule 7.1:

1. Will Defendants consent to pro hac vice motions for the Wilson Sonsini and out of state DLA Piper lawyers?
2. Will Defendants consent to Plaintiffs having "extra words" for the PI motion? The local rules normally limit a motion to 8,000 words, but this motion has a fair amount to cover as is apparent from the multiple issues raised in the Complaint itself, and there are a variety of issues raised by the law. We intend to ask the Court for leave to file a brief with not more than 12,500 words. Of course, if the defendants want additional words for their opposition papers, we would similarly consent.
3. We read the Local Rules to require us ask whether Defendants would consent to our PI motion. Accordingly, will Defendants consent to a preliminary injunction restraining enforcement of the provisions of SB 7072 until the case can be tried?
4. We intend to request expedited consideration by the Court of our PI motion so that it can be heard and ruled upon before the law becomes effective on 7/1/2021. Will Defendants consent to a request that the PI motion be heard prior to 7/1? If so, we could discuss a briefing schedule, though the Court may issue its own briefing schedule.

Please let us know your positions on each of these items as soon as possible. ***In particular, because we intend to file the PI motion tomorrow, we need to file our motion for file a longer brief today to seek court approval, and would appreciate it if you could let us know Defendants' position on item 2, above, by 3 p.m. today.***

Please let us know if you are available to discuss these items with us.

Sincerely,
Doug

Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email: dkilby@stearnsweaver.com
www.stearnsweaver.com

**From:** Douglas Kilby
**Sent:** Friday, May 28, 2021 5:32 PM
**To:** 'Ed Tellechea' <Ed.Tellechea@myfloridalegal.com>; Blaine Winship <Blaine.Winship@myfloridalegal.com>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>
**Subject:** RE: Netsource/CCIA lawsuit; service of process

Ed – thank you for pointing us in the right direction.

Blaine – I don't think we have worked on a matter together before – nice to meet you.  I am copying Chris Oprison of DLA Piper, counsel for Netchoice.  We would like to coordinate a call with counsel for the defendants on Tuesday next week.  Will you also be representing the Department of Legal Affairs, and/or DMS?  If not, could you please let us know who will be acting as their counsel?

In any event, please let Chris and me know your availability to talk on Tuesday - earlier in the day would be better.

Many thanks
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number:  850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com




**From:** Ed Tellechea <Ed.Tellechea@myfloridalegal.com>
**Sent:** Friday, May 28, 2021 4:22 PM
**To:** Douglas Kilby <dkilby@stearnsweaver.com>; Blaine Winship <Blaine.Winship@myfloridalegal.com>
**Subject:** Re: Netsource/CCIA lawsuit; service of process

I will not be handling the matter.  Blaine Winship will be handling it.

Sent via the Samsung Galaxy S10e, an AT&T 5G Evolution capable smartphone
Get Outlook for Android

**From:** Douglas Kilby <dkilby@stearnsweaver.com>
**Sent:** Friday, May 28, 2021 3:53:21 PM
**To:** Ed Tellechea <Ed.Tellechea@myfloridalegal.com>
**Subject:** RE: Netsource/CCIA lawsuit; service of process

Ed –

Thank you for accepting service on behalf of the Commissioners.  I don't know if you will be handling this matter, but I would enjoy the opportunity to work with you.

I am copying Chris Oprison of DLA Piper (Miami), counsel for Netchoice. FYI, my firm is local counsel for Wilson Sonsini Goodrich & Rosati, for CCIA. Chris and I reached out to (Deputy AG) John Guard yesterday to see if we could coordinate a call with counsel for the defendants to work through some case management issues. Could you please let us know as soon as possible who will be representing the Commissioners so that we can coordinate a call on Tuesday next week?

In the meantime, I hope you have a great weekend.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email: dkilby@stearnsweaver.com
www.stearnsweaver.com




**From:** Ed Tellechea <Ed.Tellechea@myfloridalegal.com>
**Sent:** Friday, May 28, 2021 3:38 PM
**To:** Douglas Kilby <dkilby@stearnsweaver.com>
**Subject:** RE: Netsource/CCIA lawsuit; service of process


I just accepted service on behalf of the Commissioners.



Edward A. Tellechea
Chief Assistant Attorney General
Administrative Law Bureau
Office of the Attorney General
PL-01 The Capitol, Tallahassee, FL 32399-1050
Tel: 850-414-3754
Fax: 850-922-6425
E-Mail: Ed.Tellechea@myfloridalegal.com


**From:** Douglas Kilby <dkilby@stearnsweaver.com>
**Sent:** Friday, May 28, 2021 2:05 PM
**To:** Ed Tellechea <Ed.Tellechea@myfloridalegal.com>
**Subject:** RE: Netsource/CCIA lawsuit; service of process

Understand, and thank you for trying.

Hope you are well, and hope you enjoy the holiday weekend.

Doug

Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number:  850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com

**From:** Ed Tellechea <Ed.Tellechea@myfloridalegal.com>
**Sent:** Friday, May 28, 2021 2:05 PM
**To:** Douglas Kilby <dkilby@stearnsweaver.com>
**Subject:** RE: Netsource/CCIA lawsuit; service of process

Unfortunately no.  I have been taken out of the loop on this matter.



Edward A. Tellechea
Chief Assistant Attorney General
Administrative Law Bureau
Office of the Attorney General
PL-01 The Capitol, Tallahassee, FL 32399-1050
Tel: 850-414-3754
Fax: 850-922-6425
E-Mail: Ed.Tellechea@myfloridalegal.com

**From:** Douglas Kilby <dkilby@stearnsweaver.com>
**Sent:** Friday, May 28, 2021 1:54 PM
**To:** Ed Tellechea <Ed.Tellechea@myfloridalegal.com>
**Subject:** Netsource/CCIA lawsuit; service of process

Ed –

Thank you for speaking with me earlier today.  Have you been able to identify a person for service of process for the FEC Commissioners?  Normally we would serve the summons/complaints at the FEC offices, asking for the commissioners and/or Mr. Vaccaro, but we would prefer to direct them to a person you all designate.  But given the approaching 3 day weekend we may need to get service effected that way, and can follow up with service again on the chosen designee on Tuesday.  Could you please let me know ASAP if you have identified a designee at this point?

Many thanks
Doug

Douglas L. Kilby

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON** P.A.

106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email: dkilby@stearnsweaver.com
www.stearnsweaver.com

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination  distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination  distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination  distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

# EXHIBIT B

## to

## Plaintiffs Statement of Compliance

## Douglas Kilby

| | |
|---|---|
| **From:** | Douglas Kilby |
| **Sent:** | Monday, May 31, 2021 6:25 PM |
| **To:** | 'rebekah.davis@dms.fl.gov' |
| **Cc:** | 'Oprison, Chris' |
| **Subject:** | Netsource/CCIA lawsuit; case management discussion |
| **Attachments:** | NetChoice-CCIA Complaint.pdf |

Rebekah –

It has been a while since I have seen you courtesy of the Stafford Inn.  I hope you are well.  Since I saw you last I moved from Ausley to Stearns Weaver Miller, and I'm not sure I knew you had moved from DEO to DMS.  I hope you are enjoying the change.

SWM and the Wilson Sonsini firm are representing CCIA in the recently filed suit challenging SB 7072, in which DMS is a defendant.  Netchoice, the other plaintiff, is represented by DLA Piper, and I am copying Chris Oprison from their Miami office.  We are attaching a copy of the complaint, in case you have not yet seen it.  Chris and I would like to set up a call with whoever will be representing DMS and the other defendants tomorrow (Tuesday) as soon as possible to discuss "case management" issues for the matter.

If we should be directing this email to someone else, we would be grateful if you could let us know who will be handling the matter on behalf of DMS.  But if you will be appearing for DMS, could you please let us know your availability for a call tomorrow?  FYI, we are informed Blaine Winship from the AG's office is representing the Defendant Election Commissioners.

Hope to speak with you soon.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com

# EXHIBIT C

### to

## Plaintiffs Statement of Compliance

## Douglas Kilby

| | |
|---|---|
| **From:** | Douglas Kilby |
| **Sent:** | Tuesday, June 8, 2021 11:41 AM |
| **To:** | 'Blaine Winship'; 'rebekah.davis@dms.fl.gov' |
| **Cc:** | 'Oprison, Chris'; Barbara O'Neal; 'Phillips, Trumon'; 'Hall, Sheila' |
| **Subject:** | RE: NetChoice/CCIA v. Moody, et al; Case 4:21-cv-00220-FH-MAF; service of Order for Scheduling Conference |
| **Attachments:** | 31_Order for Scheduling Conference.pdf |

Rebekah and Blaine —

We have not heard back from you (or anyone else on behalf of Defendants) regarding the Court's order setting a scheduling conference, and thus are sending you our proposal for conduct of the hearing on plaintiffs' motion for preliminary injunction, briefing, and related issues. We would propose the following, understanding that much of it is subject to the Court's calendar and view of things:

1. Hearing date on the PI Motion – on or before June 25, 2021. In our Motion for Preliminary Injunction (ECF No. 22), we stated an expectation that two hours would be required for the hearing. The dates proposed below are based on a June 25 hearing date, and may need to be adjusted, depending upon the actual hearing date set by the Court.
2. We suggest that the hearing be conducted remotely, i.e. that all counsel and witnesses (if any) appear via Zoom or similar service. The Court directed us to confer regarding admissibility of declarations and/or the need for live testimony at the hearing. Order, para. 3. We would like to discuss this and hear the Defendants' position on this issue.
3. We propose that Defendants have until June 14, 2021 to file and serve any Opposition to the PI motion.
4. We propose that, if Plaintiffs determine they need to file a reply, Defendants agree to not oppose a motion for leave to file a reply of up to 4,800 words, to be filed not later than June 21, 2021.
5. We have heard that a number of organizations intend to file motions for leave to submit amicus briefs. In order to give the parties an opportunity to address those briefs in their Opposition and Reply papers, we would suggest having the Court set deadlines for filing motions for leave to submit amicus briefs of June 11, 2021 (for persons seeking to file briefs in support of the PI motion), and June 18, 2021 (for persons opposing the PI motion). These dates might need to be adjusted depending on the hearing date and briefing deadlines established by the Court. Regardless, if you know of organizations that wish to submit such briefs, we would suggest you advise them of our proposal to establish these filing deadlines.
6. To allow the parties to focus on the PI motion, we would have no objection to entry of an order permitting Defendants to having additional time to respond to the Complaint. Similarly, we propose to have Rule 26 disclosures/obligations and discovery stayed or deferred until the Court has an opportunity to rule on the PI motion.

To be clear, the Court has ordered us to confer prior to the scheduling conference on June 10, 2021 on the issues outlined in its order. We would appreciate the opportunity to discuss these items with you as soon as possible. Please let us know when you, or other counsel for defendants, are available.

Sincerely,

Doug


Douglas L. Kilby

1

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number:  850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com

**From:** Douglas Kilby
**Sent:** Friday, June 4, 2021 6:46 PM
**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>; 'rebekah.davis@dms.fl.gov' <rebekah.davis@dms.fl.gov>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>; Barbara O'Neal <boneal@stearnsweaver.com>; 'Phillips, Trumon' <trumon.phillips@dlapiper.com>; 'Hall, Sheila' <sheila.hall@dlapiper.com>
**Subject:** RE: NetChoice/CCIA v. Moody, et al; Case 4:21-cv-00220-FH-MAF; service of Order for Scheduling Conference

Counsel –

Please see the attached Order (ECF No. 31) entered by the Court today in the referenced lawsuit.  Plaintiffs are providing this Order to you pursuant to your agreement to accept service by email of filings in this case on behalf of your respective clients.

**Pursuant to paragraph 2 of the Order, we are required to determine who will be counsel for each of the defendants in this case.**  Rebekah, you have kindly agreed to accept service on behalf of Mr. Gillespie until his trial counsel could be identified, and pursuant to the Order we now request that such counsel be identified.  Blaine has already advised us that he will be counsel for Ms. Moody, in her official capacity as Attorney General, and for each of the FEC Commissioners in their official capacities as Commissioners.

**Pursuant to paragraph 3 of the Order, we respectfully request that you advise us of 2 or 3 dates when you, or other counsel for each of the Defendants, will be available to confer with counsel for Plaintiffs.**  Such conference must occur *prior to* June 10, 2021.  Please note the topics for discussion required by the Court in paragraph 3.

We look forward to hearing back from you on this time-sensitive matter.

Sincerely,
Doug

Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number:  850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com

**From:** Douglas Kilby
**Sent:** Friday, June 4, 2021 12:24 AM
**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>; 'rebekah.davis@dms.fl.gov' <rebekah.davis@dms.fl.gov>
**Cc:** 'Oprison, Chris' <chris.oprison@dlapiper.com>; Barbara O'Neal <boneal@stearnsweaver.com>; 'Phillips, Trumon' <trumon.phillips@dlapiper.com>; 'Hall, Sheila' <sheila.hall@dlapiper.com>
**Subject:** NetChoice/CCIA v. Moody, et al; Case 4:21-cv-00220-FH-MAF; service of additional items

Blaine and Rebekah:

Here are additional documents we e-filed this evening in this case:

| ECF No. | Document Filed |
|---------|----------------|
| 22 | Motion for Preliminary Injunction and Request for Expedited Consideration (Oral Argument Requested) |
| 23 | Notice of Filing Declaration of Matthew Schruers (CCIA) |
| 24 | Notice of Filing Declaration of Carl Szabo (NetChoice) |
| 25 | Notice of Filing Declaration of Alexandra Veitch (YouTube) |
| 26 | Notice of Filing Declaration of Neil Potts (Facebook) |
| 27 | Notice of Filing Declaration of Stacy Rumenap (Stop Child Predators) |
| 28 | Notice of Filing Declaration of Servando Esparza (TechNet) |
| 29 | Notice of Filing Declaration of Corinne Pavlovic (Etsy) |
| 30 | Memorandum of Law in Support of Motion for Preliminary Injunction |

Best,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number:  850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com



**From:** Douglas Kilby
**Sent:** Thursday, June 3, 2021 5:39 PM
**To:** 'Blaine Winship' <Blaine.Winship@myfloridalegal.com>; 'rebekah.davis@dms.fl.gov' <rebekah.davis@dms.fl.gov>
**Cc:** Oprison, Chris <chris.oprison@dlapiper.com>; Barbara O'Neal <boneal@stearnsweaver.com>; Phillips, Trumon <trumon.phillips@dlapiper.com>; 'Hall, Sheila' <sheila.hall@dlapiper.com>
**Subject:** NetChoice/CCIA v. Moody, et al; Case 4:21-cv-00220-FH-MAF; service of items

Blaine and Rebekah:

Thank you again for agreeing to accept service of court papers on behalf of your respective clients via email until counsel makes an appearance in the lawsuit.  Today Plaintiffs e-filed the following items in this case:

| ECF No. | Document Filed |
|---------|----------------|
| 8 | Notice of Appearance of Glenn Burhans |
| 9 | Notice of Appearance of Bridget Smitha |
| 10 | Notice of Appearance of Christopher Clarke |
| 11 | Notice of Appearance J. Truman Phillips |
| 12 | Affidavit of Service Moody |
| 13 | Affidavit of Service Poitier |
| 14 | Affidavit of Service Allen |
| 15 | Affidavit of Service Hayes |
| 16 | Affidavit of Service Smith |
| 17 | Affidavit of Service Gillespie |
| 18 | Motion to Appear Pro Hac Vice (Lauren Gallo White) |
| 19 | Motion to Appear Pro Hac Vice (Meng Jia Yang) |
| 20 | Motion to Appear Pro Hac Vice (Brian Willen) |
| 21 | Motion to Appear Pro Hac Vice (Steffen Johnson) |

Copies of each of these items are attached to this email. Also attached is an order entered by Judge Hinkle today granting Plaintiffs' Motion for Leave to File Longer Brief (ECF No. 7).

Please do not hesitate to call me if you have any questions.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number: 850-354-7613
Email: dkilby@stearnsweaver.com
www.stearnsweaver.com

4

# EXHIBIT D

## to

## Plaintiffs Statement of Compliance

## Douglas Kilby

| | |
|---|---|
| **From:** | Douglas Kilby |
| **Sent:** | Monday, June 7, 2021 10:53 AM |
| **To:** | 'Blaine Winship'; 'rebekah.davis@dms.fl.gov' |
| **Cc:** | 'Oprison, Chris' |
| **Subject:** | FW: Activity in Case 4:21-cv-00220-RH-MAF NETCHOICE LLC et al v. MOODY et al Notice of Hearing |
| **Attachments:** | 01_Complaint and Summons.pdf |

Counsel –

Good morning.  On Friday, 6/4, we served you with a copy of the Court's order setting a scheduling conference.  That order directed us to serve certain documents on counsel for defendants.  Again, we appreciate you agreeing to accept service of court filings in this case, at least until counsel appear in the case.  **The Clerk's notice of the scheduling conference set for Thursday, June 10, 2021 at 2 p.m. is set out in the thread, below.**

Second, while this is perhaps overkill, the Court directed us to provide a copy of the Complaint to each of you.  While each of the defendants was served with the summons and complaint on May 28, 2021, and we provided a copy of the Complaint to Deputy AG John Guard by email on 5/27, and to Rebekah by email on 5/31, in order to make the record of compliance with the Court's order more clear we are attaching a copy of the Complaint to this email.

Third, Rebekah, I just left a voicemail for you.  We need to determine who will be appearing for your client (the Deputy Secretary of DMS, in  his official capacity) in this lawsuit.  Please let us know who that will be as soon as possible.  That attorney should be prepared to attend the scheduling conference on June 10, and to confer with counsel for Plaintiffs prior to the June 10 conference pursuant to the Court's order.

We hope to hear from each of you soon in order to set up a call to discuss the case management issues set out in the Court's order.

Sincerely,
Doug


Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON P.A.
106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Direct Number:  850-354-7613
Email:  dkilby@stearnsweaver.com
www.stearnsweaver.com


**From:** flnd_flncmecf@flnd.uscourts.gov <flnd_flncmecf@flnd.uscourts.gov>
**Sent:** Monday, June 7, 2021 10:24 AM
**To:** flnd_clerk@flnd.uscourts.gov
**Subject:** Activity in Case 4:21-cv-00220-RH-MAF NETCHOICE LLC et al v. MOODY et al Notice of Hearing

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 6/7/2021 at 9:24 AM CDT and filed on 6/7/2021
**Case Name:**        NETCHOICE LLC et al v. MOODY et al
**Case Number:**      4:21-cv-00220-RH-MAF
**Filer:**
**Document Number:** 32(No document attached)

**Docket Text:**
**NOTICE OF TELEPHONIC HEARING: Telephonic Scheduling Conference set for 6/10/2021 02:00 PM before JUDGE ROBERT L HINKLE.**

**Call in number: 888-684-8852**
**Access code: 3243416#**
**Security code: 1234#**

***Proceedings may not be recorded or otherwise broadcast for public dissemination.***

*__s/ Cindy Markley__*
**Courtroom Deputy Clerk (ckm)**

**4:21-cv-00220-RH-MAF Notice has been electronically mailed to:**

DOUGLAS LAMAR KILBY    dkilby@stearnsweaver.com, boneal@stearnsweaver.com

GLENN T BURHANS, JR    gburhans@stearnsweaver.com, abrantley@stearnsweaver.com, cabbuhl@stearnsweaver.com

BRIDGET KELLOGG SMITHA    bsmitha@stearnsweaver.com, cabbuhl@stearnsweaver.com

JOSEPH TRUMON PHILLIPS    trumon.phillips@dlapiper.com, docketingchicago@dlapiper.com, sheila.hall@dlapiper.com, trumon--phillips--8249@ecf.pacerpro.com

CHRISTOPHER ROY CLARK    crclark@stearnsweaver.com

2

CHRISTOPHER GEORGE OPRISON        chris.oprison@dlapiper.com, christopher--oprison--3518@ecf.pacerpro.com, docketingchicago@dlapiper.com, sheila.hall@dlapiper.com

**4:21-cv-00220-RH-MAF Notice will be mailed via USPS and will NOT be electronically mailed to:**

# EXHIBIT E

## to

## Plaintiffs Statement of Compliance

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:21CV220-RH-MAF

Plaintiff:
**NETCHOICE, LLC ET AL.,**

vs.

Defendant:
**ASHLEY BROOKE MOODY ET AL.,**

For:
Douglas L. Kilby
Stearns, Weaver, Miller , Weissler , Alhadeff, & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Received by Vause's Process Service on the 8th day of June, 2021 at 3:41 pm to be served on **ASHLEY B. MOODY AS FLORIDA ATTORNEY GENERAL, 400 SOUTH MONROE STREET, TALLAHASSEE, FL 32399.**

I, Ernest D. Moody III, do hereby affirm that on the **9th day of June, 2021 at 10:30 am, I:**

Served the listed government agency, by delivering a true copy of the ORDER SETTING A SCHEDULING CONFERENCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS' NOTICE OF FILING DECLARATION OF STACIE D. RUMENAP, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF NEIL POTTS, PLAINTIFFS' NOTICE OF DECLARATION OF ALEXANDRA VEITCH, PLAINTIFFS' NOTICE OF DECLARATIONOF CARL SZABO, PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' NOTICE OF FILING DECLARATION OF CORINNE PAVLOVIC, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF SERVANDO ESPARZA, NOTICE OF SCHEDULING CONFERENCE with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Reanna Cunningham as Admin. Assistant /ATA** at the alternate address of **107 W. Gaines Street, TALLAHASSEE, FL 32399** for **ASHLEY B. MOODY AS FLORIDA ATTORNEY GENERAL,** who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Additional Information pertaining to this Service:

6/9/2021  10:11 am  Attempted service at 400 SOUTH MONROE STREET, TALLAHASSEE, FL  32399, receptionist Naomi advised this must be directed to 107 W. Gaines St.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

Ernest D. Moody III
ID#229 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
**(850) 656-2605**

Our Job Serial Number: VPS-2021005534

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:21CV220-RH-MAF

Plaintiff:
**NETCHOICE, LLC ET AL.,**

vs.

Defendant:
**ASHLEY BROOKE MOODY ET AL.,**

For:
Douglas L. Kilby
Stearns, Weaver, Miller , Weissler , Alhadeff, & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Received by Vause's Process Service on the 8th day of June, 2021 at 3:41 pm to be served on **PATRICK GILLESPIE AS DEPUTY SECREATY OF BUSINESS OPERATIONS FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, 4050 ESPLANADE WAY, SUITE 280, TALLAHASSEE, FL 32399.**

I, Ernest D. Moody III, do hereby affirm that on the **9th day of June, 2021 at 11:35 am, I:**

Served the listed government agency, by delivering a true copy of the ORDER SETTING A SCHEDULING CONFERENCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS' NOTICE OF FILING DECLARATION OF STACIE D. RUMENAP, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF NEIL POTTS, PLAINTIFFS' NOTICE OF DECLARATION OF ALEXANDRA VEITCH, PLAINTIFFS' NOTICE OF DECLARATIONOF CARL SZABO, PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' NOTICE OF FILING DECLARATION OF CORINNE PAVLOVIC, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF SERVANDO ESPARZA, NOTICE OF SCHEDULING CONFERENCE with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: Thomas Wright as Assistant General Counsel at the address of **4050 ESPLANADE WAY, SUITE 280, TALLAHASSEE, FL 32399** for **PATRICK GILLESPIE AS DEPUTY SECREATY OF BUSINESS OPERATIONS FLORIDA DEPARTMENT OF MANAGEMENT SERVICES**, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Ernest D. Moody III**
ID#229 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2021005542

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Florida

Case Number: 4:21CV220-RH-MAF

Plaintiff:
**NETCHOICE, LLC ET AL.,**

vs.

Defendant:
**ASHLEY BROOKE MOODY ET AL.,**

For:
Douglas L. Kilby
Stearns, Weaver, Miller , Weissler , Alhadeff, & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Received by Vause's Process Service on the 8th day of June, 2021 at 3:41 pm to be served on **JOHN MARTIN HAYES IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION, 107 WEST GAINES STREET, TALLAHASSEE, FL 32399.**

I, Ernest D. Moody III, do hereby affirm that on the **9th day of June, 2021 at 10:30 am, I:**

Served the listed government agency, by delivering a true copy of the **ORDER SETTING A SCHEDULING CONFERENCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS' NOTICE OF FILING DECLARATION OF STACIE D. RUMENAP, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF NEIL POTTS, PLAINTIFFS' NOTICE OF DECLARATION OF ALEXANDRA VEITCH, PLAINTIFFS' NOTICE OF DECLARATIONOF CARL SZABO, PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' NOTICE OF FILING DECLARATION OF CORINNE PAVLOVIC, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF SERVANDO ESPARZA, NOTICE OF SCHEDULING CONFERENCE** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Edward Tellechea as Staff Attorney at the** address of **107 WEST GAINES STREET, TALLAHASSEE, FL 32399** for **JOHN MARTIN HAYES IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION,** who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Ernest D. Moody III**
ID#229 2nd Circuit

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: VPS-2021005539

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:21CV220-RH-MAF

Plaintiff:
**NETCHOICE, LLC ET AL.,**

vs.

Defendant:
**ASHLEY BROOKE MOODY ET AL.,**

For:
Douglas L. Kilby
Stearns, Weaver, Miller , Weissler , Alhadeff, & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Received by Vause's Process Service on the 8th day of June, 2021 at 3:41 pm to be served on **JASON TODD ALLEN IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION, 107 WEST GAINES STREET, TALLAHASSEE, FL 32399.**

I, Ernest D. Moody III, do hereby affirm that on the **9th day of June, 2021** at **10:30 am, I:**

Served the listed **government agency,** by delivering a true copy of the **ORDER SETTING A SCHEDULING CONFERENCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS' NOTICE OF FILING DECLARATION OF STACIE D. RUMENAP, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF NEIL POTTS, PLAINTIFFS' NOTICE OF DECLARATION OF ALEXANDRA VEITCH, PLAINTIFFS' NOTICE OF DECLARATIONOF CARL SZABO, PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' NOTICE OF FILING DECLARATION OF CORINNE PAVLOVIC, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF SERVANDO ESPARZA, NOTICE OF SCHEDULING CONFERENCE** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Edward Tellechea as Staff Attorney at the** address of **107 WEST GAINES STREET, TALLAHASSEE, FL 32399** for **JASON TODD ALLEN IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION,** who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

Ernest D. Moody III
ID#229 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2021005538

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### NORTHERN District of Florida

Case Number: 4:21CV220-RH-MAF

Plaintiff:
**NETCHOICE, LLC ET AL.,**

vs.

Defendant:
**ASHLEY BROOKE MOODY ET AL.,**

For:
Douglas L. Kilby
Stearns, Weaver, Miller , Weissler , Alhadeff, & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Received by Vause's Process Service on the 8th day of June, 2021 at 3:41 pm to be served on **JONI ALEXI POITIE IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION, 107 WEST GAINES STREET, TALLAHASSEE, FL 32399.**

I, Ernest D. Moody III, do hereby affirm that on the **9th day of June, 2021** at **10:30 am,** I:

Served the listed **government agency**, by delivering a true copy of the **ORDER SETTING A SCHEDULING CONFERENCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS' NOTICE OF FILING DECLARATION OF STACIE D. RUMENAP, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF NEIL POTTS, PLAINTIFFS' NOTICE OF DECLARATION OF ALEXANDRA VEITCH, PLAINTIFFS' NOTICE OF DECLARATIONOF CARL SZABO, PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' NOTICE OF FILING DECLARATION OF CORINNE PAVLOVIC, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF SERVANDO ESPARZA, NOTICE OF SCHEDULING CONFERENCE** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Edward Tellechea as Staff Attorney** at the address of **107 WEST GAINES STREET, TALLAHASSEE, FL 32399** for **JONI ALEXI POITIE IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION,** who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Ernest D. Moody III**
ID#229 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2021005537

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:21CV220-RH-MAF

Plaintiff:
**NETCHOICE, LLC ET AL.,**

vs.

Defendant:
**ASHLEY BROOKE MOODY ET AL.,**

For:
Douglas L. Kilby
Stearns, Weaver, Miller , Weissler , Alhadeff, & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Received by Vause's Process Service on the 8th day of June, 2021 at 3:41 pm to be served on **KYMBERLEE CURRY SMITH IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION, 107 WEST GAINES STREET, TALLAHASSEE, FL 32399.**

I, Ernest D. Moody III, do hereby affirm that on the **9th day of June, 2021 at 10:30 am, I:**

Served the listed government agency, by delivering a true copy of the ORDER SETTING A SCHEDULING CONFERENCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS' NOTICE OF FILING DECLARATION OF STACIE D. RUMENAP, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF NEIL POTTS, PLAINTIFFS' NOTICE OF DECLARATION OF ALEXANDRA VEITCH, PLAINTIFFS' NOTICE OF DECLARATIONOF CARL SZABO, PLAINTIFFS' NOTICE OF DECLARATION OF MATTHEW SCHRUERS, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' NOTICE OF FILING DECLARATION OF CORINNE PAVLOVIC, PLAINTIFFS' NOTICE OF FILING DECLARATIONOF SERVANDO ESPARZA, NOTICE OF SCHEDULING CONFERENCE with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: Edward Tellechea as Staff Attorney at the address of 107 WEST GAINES STREET, TALLAHASSEE, FL 32399 for KYMBERLEE CURRY SMITH IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE FLORIDA ELECTIONS COMMISSION, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

**Ernest D. Moody III**
ID#229 2nd Circuit

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: VPS-2021005541

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z