# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Ben Caldwell Fabens-Lassen, Esq.**

DATE OF ADMISSION

**January 14, 2016**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 3, 2021

_Patricia Johnson_
Patricia A. Johnson
Chief Clerk