# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>　　　　　Defendants. | Civil Action No.: 4:21-cv-220-RH-MAF |

## PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* (JONATHAN GREEN)

1

EAST\181857365.1

Attorney Jonathan Green, of DLA Piper LLP (US), One Liberty Place, 1650 Market Street, Suite 5000, Philadelphia, PA 19103-7300, ph.: 215-656-3300, hereby moves this Honorable Court to grant permission to appear *pro hac* vice on behalf of the Plaintiffs, in the above-captioned matter.  The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding *Pro Hac* Vice Admissions dated May 19, 2004.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system.  The undersigned further avers that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court.  Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on June 2, 2021, Confirmation Number: FLND16226474194508.

Furthermore, the undersigned is an attorney in good standing in the State of Pennsylvania, as evidenced by the Certificate of Good Standing dated June 3, 2021, from the Supreme Court of Pennsylvania, which is attached hereto as **Exhibit "A"** and incorporated herein by express reference.

**WHEREFORE**, the undersigned respectfully moves this Honorable Court to issue an Order permitting counsel to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter.

Dated:  June 9, 2021            By:  */s/ Jonathan Green*
                                     Jonathan Green
                                     DLA PIPER LLP (US)
                                     One Liberty Place
                                     1650 Market Street, Suite 5000
                                     Philadelphia, PA  19103-7300
                                     Phone:  215-656-3300
                                     Email:  jonathan.green@dlapiper.com

                                     Attorneys for Plaintiffs
                                     NetChoice, LLC and Computer &
                                     Communications Industry Association

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), counsel for Plaintiffs certifies that he conferred with counsel for Defendants Ashley Brooke Moody, in her official capacity as Attorney General of the State of Florida, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, who consent to the relief requested herein. On June 2, 2021, Counsel for Plaintiffs conferred with counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of

Management Services, but such counsel has not responded as to her client's position at the time of filing this Motion.

## **CERTIFICATE OF SERVICE**

Counsel certifies that on June 9, 2021, a true and correct copy of the foregoing document was electronically served on counsel of record via the CM/ECF system. In addition, because counsel for Defendants have not yet appeared in this case, I caused a copy of this filing to be delivered today via e-mail to the following, by agreement with counsel:

Blaine H. Winship
Office of the Florida Attorney General
The Capitol
400 S Monroe St., Ste PL-01
Tallahassee, FL 32399-6536
Email: blaine.winship@myfloridalegal.com
*Counsel for Defendants Ashley B. Moody, in her official capacity as Florida Attorney General, and for Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission*

Rebekah A. Davis
Deputy General Counsel - Litigation
Florida Department of Management Services
4050 Esplanade Way, Suite 280
Tallahassee, FL 32399-0950
Email: rebekah.davis@dms.fl.gov
*Counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations, Florida Department of Management Services*

                                                /s/ *Jonathan Green*
                                                Attorney

EAST\181857365.1