# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jonathan Allen Green, Esq.*

**DATE OF ADMISSION**

*January 12, 2021*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  June 3, 2021

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk