# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Danielle Therease Morrison, Esq.

**DATE OF ADMISSION**

**June 21, 2016**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 3, 2021

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk