# EXHIBIT A



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Ilana H. Eisenstein, Esq.

**DATE OF ADMISSION**

**June 13, 2005**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 3, 2021

Patricia A. Johnson
Chief Clerk