IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:21-cv-00220-RH-MAF

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization;
and COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

        v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her
official capacity as Commissioner of the
Florida Elections Commission; JASON TODD
ALLEN, in his official capacity as Commissioner
of the Florida Elections Commission; JOHN
MARTIN HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH, in
her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    Blaine H. Winship hereby gives notice of his appearance in this cause as

1

counsel or record for Defendants Ashley Moody, in her official capacity as the Attorney General of Florida, and Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, and designates the following email addresses for notice and service of filings and other papers in this proceeding:

>Blaine.Winship@myfloridalegal.com;
>ComplexLitigation.eservice@myfloridalegal.com.

>Respectfully submitted,

>**ASHLEY MOODY**
>**ATTORNEY GENERAL OF FLORIDA**

><u>/s/ Blaine H.Winship</u>
>Blaine H. Winship
>Florida Bar No. 356913
>Chief Assistant Attorney General
>Complex Litigation Bureau
>Glen A. Bassett
>Florida Bar No. 615676
>Special Counsel
>Office of the Attorney General of Florida
>The Capitol, Suite PL-01
>Tallahassee, Florida 32399-1050
>Telephone: (850) 414-3300
>Facsimile: (850) 488-4872
>blaine.winship@myfloridalegal.com
>glen.bassett@myfloridalegal.com
>*Attorneys for Defendants Ashley Moody, in her official capacity as Attorney General of Florida; Joni Alexis Poitier, in her official capacity as Commissioner of the Florida Elections Commission; Jason Todd Allen,*

*in his official capacity as Commissioner of the Florida Elections Commission; John Martin Hayes, in his official capacity as Commissioner of the Florida Elections Commission; and Kymberlee Curry Smith, in her official capacity as Commissioner of the Florida Elections Commission*

### CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of June, 2021, a copy of the foregoing was filed with the Court's CM/ECF system, which will serve a copy via email on the following counsel of record:

>Douglas L. Kilby, Esq.
>Glenn Burhans, Jr., Esq.
>Bridget Smitha, Esq.
>Christopher R. Clark, Esq.
>Stearns Weaver Miller Weissler Alhadeff
>   & Sitterson, P.A.
>Highpoint Center
>106 East College Avenue, Suite 700
>Tallahassee, FL 32301
>Dkilby@stearnsweaver.com
>gburhans@ stearnsweaver.com
>bsmitha@ stearnsweaver.com
>crclark@ stearnsweaver.com.


>Ilana H. Eisenstein, Esq.
>Ben C. Fabens-Lassen, Esq.
>Danielle T. Morrison, Esq.
>Jonathan Green, Esq.
>DLA Piper LLP (US)
>One Liberty Place
>1650 Market Street, Suite 5000
>Philadelphia, PA 19103-7300

ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com
danielle.morrison@dlapiper.com
jonathan.green@dlapiper.com

*/s/ Blaine H. Winship*
Blaine H. Winship