# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

      Plaintiffs,

v.                                      CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

      Defendants.

_____

## MOTION TO APPEAR PRO HAC VICE

Attorney Brian W. Barnes ("Barnes"), of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 19, 2004.

In support of this Motion, the undersigned avers that he is familiar with the CM/ECF e-filing system, as he has practiced in several federal courts since his

admission. The undersigned further avers that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on June 9, 2021, Confirmation Number FLND16232648364549.

Furthermore, the undersigned is an attorney in good standing in the District of Columbia, as evidenced by the Certificate of Good Standing, dated May 19, 2021, from the District of Columbia Court of Appeals, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

**WHEREFORE**, Brian W. Barnes respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services.

Dated:  June 10, 2021        By:    /s/ Brian W. Barnes
                                    Brian W. Barnes
                                    COOPER & KIRK, PLLC
                                    1523 New Hampshire Ave., N.W.
                                    Washington, D.C.  20036
                                    Phone:  (202) 220-9600
                                    Email:  bbarnes@cooperkirk.com
                                    *Attorney for Defendant*
                                    *Patrick Gillespie*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), counsel for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, certifies that he conferred with counsel for Plaintiffs, who consent to the relief requested herein.

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 10th of June, 2021.

Respectfully submitted,

/s/ Brian W. Barnes