# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**NETCHOICE, LLC d/b/a NETCHOICE, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA,**

    **Plaintiffs,**

vs.                                                   Case No. 4:21cv220-RH-MAF

**ASHLEY BROOKE MOODY, et al.,**

    **Defendants.**

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Peter Karanjia. ECF No. 38. The motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia where he regularly practices law. *Id.* It appears that counsel does not reside in Florida, he has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 38, is **GRANTED**.

**DONE AND ORDERED** on June 10, 2021.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**