IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NETCHOICE, LLC d/b/a NETCHOICE,
and COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA,**

    **Plaintiffs,**

vs.                                          Case No. 4:21cv220-RH-MAF

**ASHLEY BROOKE MOODY, et al.,**

    **Defendants.**

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Danielle T. Morrison.  ECF No. 41.  The motion demonstrates that counsel is a member in good standing of the Bar of the State of Pennsylvania where she regularly practices law.  *Id.*  It appears that counsel does not reside in Florida, he has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 41, is **GRANTED**.

**DONE AND ORDERED** on June 10, 2021.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**