# United States District Court
## CIVIL MINUTES - GENERAL

Date:  June 10, 2021                                        Case No.: 4:21cv220-RH
Time: 2:00 – 2:49 p.m.

NETCHOICE, LLC et al. v. ASHLEY BROOKE MOODY et al.

DOCKET ENTRY:  Telephonic Scheduling Conference held.  An order setting the schedule is forthcoming.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

Kimberly Westphal/Sherrye Stephens                    Lisa Snyder
Deputy Clerks                                        Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
        Joseph Phillips
        Peter Karanjia
        Christopher Oprison
        Douglas Kilby
        Glenn Basset
        Ilana Einstein

ATTORNEYS APPEARING FOR DEFENDANTS:
        Blaine Winship (for all defendants except for Gillespie)
        Brian Barnes (for defendant Gillespie)