IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                              CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER SETTING THE PRELIMINARY-INJUNCTION SCHEDULE

As set out on the record of the hearing on June 10, 2021, the plaintiffs' motion for a preliminary injunction will be resolved based on the written record. This order confirms the schedule.

IT IS ORDERED:

1. The defendants must file by June 21, 2021, a memorandum and any evidence on which they rely in opposition to the preliminary-injunction motion.

2. The plaintiffs may file a reply memorandum by June 24, 2021.

3. By separate notice, the clerk must set a video hearing on the motion on

June 28, 2021, at 1:30 p.m. The time limit is one hour per side.

SO ORDERED on June 10, 2021.

                                          s/Robert L. Hinkle
                                          United States District Judge