IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                        CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## INITIAL SCHEDULING ORDER

This order confirms and adds to rulings announced on the record of the June 10, 2021 scheduling conference.

IT IS ORDERED:

1. The deadline for the defendants to respond to the complaint is July 15, 2021.

2. The deadline for the Federal Rule of Civil Procedure 26(f) attorney conference is July 19, 2021. At the conference, the attorneys must address the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3).

3. Discovery related to the preliminary injunction may begin immediately, without awaiting the 26(f) attorney conference, but the attorneys should confer about the need for any specific proposed discovery and whether the need may be eliminated by stipulations or other means.

4. The deadline to file the Rule 26(f) report is August 2, 2021. The report must address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), and may address any other scheduling or case-management issue.

5. Unless a change is agreed to by all parties and set out in the Rule 26(f) report, or a change is ordered by the court, these are the deadlines for Rule 26 disclosures:

    (1)  for 26(a)(1) disclosures, 14 days after the 26(f) attorney conference;

    (2)  for 26(a)(2) disclosures, the deadlines set out in Rule 26(a)(2)(D);

    (3)  for 26(a)(3) disclosures, the deadline set in an order for pretrial conference to be entered later or, if no such order is entered, the deadline set out in Rule 26(a)(3)(B).

6. Absent good cause set out in the 26(f) report, the discovery deadline will be November 15, 2021, and the trial will occur during the two-week period that begins on February 22, 2022. These dates will be moved *earlier* on an agreed motion or on a contested motion showing good cause. The parties should request a *delay* of these dates only for good cause. A conflict with the trial date is ordinarily

good cause. That an attorney will be busy on other matters between now and then ordinarily is not good cause.

7. Discovery materials and Rule 26(a)(1) and (2) disclosures must be served but must not be filed except for the reasons listed in Local Rule 26.1(A).

8. Each nongovernmental corporate party must file a disclosure statement as required by Federal Rule of Civil Procedure 7.1. If not filed sooner, the statement must be filed within 14 days after entry of this order.

SO ORDERED on June 10, 2021.

s/Robert L. Hinkle
United States District Judge