UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; *et al*.,

    Defendants.

                                           /

Civil Action No.
4:21-cv-00220-RH-MAF

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nury Siekkinen of the law firm ZwillGen PLLC, 1900 M Street N.W., Suite 250, Washington, DC hereby enters an appearance in the above-captioned matter as counsel for Amici Curaie, CHAMBER OF PROGRESS, CONNECTED COMMERCE COUNCIL, CTA®, ENGINE ADVOCACY, INFORMATION TECHNOLOGY & INNOVATION FOUNDATION, NATIONAL BLACK JUSTICE COALITION, PROGRESSIVE POLICY INSTITUTE, TECHNET, WASHINGTON CENTER FOR TECHNOLOGY POLICY INCLUSION, and hereby requests that all pleadings,

notices, memoranda, and any other writings or communications be furnished to the undersigned counsel.

        */s/ Nury Siekkinen*
Nury Siekkinen
Florida Bar No. 1015937
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298
Email: nury@zwillgen.com

*Attorney for Amici Curiae Chamber of Progress, Connected Commerce Council, CTA®, Engine Advocacy, Information Technology & Innovation Foundation, National Black Justice Coalition, Progressive Policy Institute, TechNet, Washington Center for Technology Policy Inclusion*