UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; *et al*.,

    Defendants.

_____/

**Civil Action No. 4:21-cv-00220-RH-MAF**

## CHAMBER OF PROGRESS'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, proposed amicus curiae Chamber of Progress, by and through its undersigned counsel, hereby discloses the following:

Chamber of Progress is registered as a 501(c)(6) nonprofit corporation. Chamber of Progress has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 11, 2021					Respectfully submitted,


							 /s/ Nury Siekkinen
							Nury Siekkinen
							Florida Bar No. 1015937
							**ZWILLGEN PLLC**
							1900 M Street NW, Suite 250
							Washington, DC 20036
							Telephone: (202) 296-3585
							Facsimile:  (202) 706-5298
							Email: nury@zwillgen.com

							*Attorney for Amici Curiae Chamber of Progress, Connected Commerce Council, CTA®, Engine Advocacy, Information Technology & Innovation Foundation, National Black Justice Coalition, Progressive Policy Institute, TechNet, Washington Center for Technology Policy Inclusion*