# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; *et al*.,

    Defendants.

                                                               /

Civil Action No.
4:21-cv-00220-RH-MAF

# NATIONAL BLACK JUSTICE COALITION'S
# <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, proposed amicus curiae National Black Justice Coalition, by and through its undersigned counsel, hereby discloses the following:

National Black Justice Coalition is a 501(c)(3) nonprofit organization. National Black Justice Coalition has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 11, 2021                               Respectfully submitted,

  /s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile:  (202) 706-5298
Email: nury@zwillgen.com

*Attorney for Amici Curiae Chamber of Progress, Connected Commerce Council, CTA®, Engine Advocacy, Information Technology & Innovation Foundation, National Black Justice Coalition, Progressive Policy Institute, TechNet, Washington Center for Technology Policy Inclusion*