# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER ON AMICUS BRIEFS

IT IS ORDERED:

1. TechFreedom's unopposed motion, ECF No. 53, for leave to file an amicus brief is granted.

2. The defendants must respond by June 15 at noon to the attempt of Chamber of Progress et al. to confer on their motion for leave to file an amicus brief.

3. Leave will not be granted to file after June 15 any amicus brief supporting the preliminary-injunction motion.

4. Leave will not be granted to file after June 21 any amicus brief opposing the preliminary-injunction motion.

SO ORDERED on June 14, 2021.

s/Robert L. Hinkle  
United States District Judge