# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION
### Civil Action No. 4:21-cv-00220-RH-MAF

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

       Plaintiffs,

          v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

       Defendants.

_____/

## ELECTRONIC FRONTIER FOUNDATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* Electronic Frontier Foundation, by and through its undersigned counsel, hereby discloses the following:

Electronic Frontier Foundation (EFF) is a 501(c)(3) nonprofit organization.

Electronic Frontier Foundation (EFF) has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2021

Respectfully submitted,

<u>/s/*Christopher B. Hopkins*</u>
Christopher B. Hopkins, Esq.
Florida Bar No. 116122
McDonald Hopkins LLC
505 S. Flagler Drive, Sute #300
West Palm Beach, FL 33401
Email: chopkins@mcdonaldhopkins.com
Phone: (561) 847-2346
Fax: (561) 472-2122

*Counsel for Amici Curiae*
*Electronic Frontier Foundation and*
*Protect Democracy Project, Inc*

and

>Aaron Mackey
>(*pro hac vice forthcoming*)
>David Greene
>(*pro hac vice forthcoming*)
>Kurt Opsahl
>(*pro hac vice forthcoming*)
>
>Electronic Frontier Foundation
>815 Eddy Street
>San Francisco, CA 94109
>amackey@eff.org
>davidg@eff.org
>kurt@eff.org
>(415) 436-9333 phone
>(415) 436-9993 fax
>
>*Counsel for Amicus Curiae*
>*Electronic Frontier Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all counsel of record.

>/s/*Christopher B. Hopkins*
>Christopher B. Hopkins, Esq.