# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION
### Civil Action No. 4:21-cv-00220-RH-MAF

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

       Plaintiffs,

          v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Com- mission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

       Defendants.

_____/

## PROTECT DEMOCRACY PROJECT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, proposed *amicus curiae* Protect Democracy Project, Inc., by and through its undersigned counsel, hereby discloses the following:

Protect Democracy Project, Inc. is a private nongovernmental, non-profit organization.

Protect Democracy Project, Inc. has no parent corporation, affiliates or subsidiaries that are publicly held, and no publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2021

Respectfully submitted,

/s/*Christopher B. Hopkins*
Christopher B. Hopkins, Esq.
Florida Bar No. 116122
McDonald Hopkins LLC
505 S. Flagler Drive, Sute #300
West Palm Beach, FL 33401
Email: chopkins@mcdonaldhopkins.com
Phone: (561) 847-2346
Fax: (561) 472-2122

*Counsel for Amici Curiae*
*Electronic Frontier Foundation and*
*Protect Democracy Project, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on, June 14, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all counsel of record.

/s/*Christopher B. Hopkins*
Christopher B. Hopkins, Esq.
