IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CIVIL ACTION NO. 4:21-cv-00220-RH-MAF

NETCHOICE, et al.,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her
official capacity as Attorney General of
the State of Florida, et al.,

    Defendants.

    _____/

## NOTICE OF APPEARANCE

    Peter W. Homer hereby enters an appearance in this matter on behalf of Amicus Curiae Internet Association, and requests that all parties and the Court serve the undersigned with all pleadings, motions, briefs, other submissions to the Court, and orders of the Court.

    Respectfully submitted:



Attorneys for Internet Association
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5139
Fax: (305) 372-2738

By:    *s/Peter W. Homer*

    Peter W. Homer, Esq.
    Email: phomer@homerbonner.com
    Florida Bar No.: 291250

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2021, I electronically filed this document with the Clerk of the Court using CM/ECF, causing service of a copy on all counsel of record.

*s/Peter W. Homer*
_____
Peter W. Homer