IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, et al.,<br><br>     *Plaintiffs,*<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida, et al.,<br><br>     *Defendants.* | Civil Action No.<br>4:21-cv-00220-RH-MAF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1, Paul R.Q. Wolfson, as counsel for proposed *amicus curiae*, Internet Association, in the above-captioned matter, hereby moves this Court for permission to participate in this case *pro hac vice*, and in support thereof states:

1.  I am a Partner at the Washington, D.C. office of Wilmer Cutler Pickering Hale and Dorr LLP.

2.  I am admitted to the State Bar of the District of Columbia and am an active member in good standing. A true and correct copy of a certificate of good standing from the Clerk of the District of Columbia Court of Appeals and the District of Columbia Bar is attached to this application.

1

3. I have completed the required online Local Rules tutorial exam. My confirmation number is FLND16234269714565.

4. I am familiar with the CM/ECF e-filing system and have reviewed the online CM/ECF Attorney User's Guide.

5. In connection with this motion, I have paid the $208 *pro hac vice* admission fee.

6. Peter Homer is admitted to practice in this district and will serve as *amicus curiae*'s local counsel in this case.

Dated: June 14, 2021             Respectfully submitted,

                                                     */s/ Paul R.Q. Wolfson*
Paul R.Q. Wolfson (D.C. SBN 414759)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 633-6390
Paul.Wolfson@wilmerhale.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that correct copies of this motion were served by filing in this Court's CM/ECF system this 14th day of June, 2021 on all attorneys of record in this matter.

*/s/ Paul R.Q. Wolfson*
Paul R.Q. Wolfson (D.C. SBN 414759)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 633-6390
Paul.Wolfson@wilmerhale.com
