# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, et al.,

    *Plaintiffs,*

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida, et al.,

    *Defendants.*

Civil Action No.
4:21-cv-00220-RH-MAF

## CONSENT MOTION OF INTERNET ASSOCIATION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Internet Association ("IA"), through undersigned counsel, moves for leave to file the attached brief as *amicus curiae* in support of Plaintiffs' motion for a preliminary injunction in the above-captioned case. The parties consent to the filing of IA's brief.

This Court has the inherent authority to designate *amicus curiae* and accept amicus briefs. *See Fla. ex rel. McCollum v. DHHS.*, 2010 WL 11570635, at *1 (N.D. Fla. June 14, 2010). "An amicus brief should normally be allowed" when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* at *1 (citation omitted).

Courts in this district regularly grant motions to file amicus briefs. *E.g.*, *Brenner v. Scott*, 298 F.R.D. 689, 692 (N.D. Fla. 2014) (amicus may file "a memorandum as amicus curiae on any motion").

Internet Association ("IA" or "Amicus") represents the interests of a broad array of internet companies and their customers, advocating for protecting internet freedom and free speech, promoting innovation and economic growth, and empowering customers and users.[1] Given this special focus and IA's diverse membership of the worlds' leading internet companies, IA offers distinct information and perspective concerning the issues in this litigation.[2] Indeed, IA member platforms host billions of pieces of new content every day, using a variety of techniques—including human review and machine learning—to evaluate posts, images, videos, and other content, and restrict access to content that violates their community standards. IA and its members thus have a deep knowledge of content moderations and its challenges. Based in part on that expertise, IA has been allowed

---

[1] A complete list of Internet Association members is available at http://internetassociation.org/our-members/.

[2] Although some of IA's members are also Plaintiffs' members, IA also represents additional companies, including LinkedIn, Reddit, Snap Inc., Tripadvisor, Zillow, and many others. *Compare* http://internetassociation.org/our-members/ *to* https://www.ccianet.org/about/members/ *and* https://netchoice.org/about/.

to file amicus briefs in other cases that touch on these issues.  *See, e.g.*, *Domen v. Vimeo, Inc.*, 991 F.3d 66 (2d. Cir. 2021), Dkt. 75, Br. of Amicus Curiae IA.

Amicus and its members also have a substantial interest in this case because S.B. 7072 attempts to dictate how they shall (or shall not) moderate third-party content on their online platforms.  Many of IA's members would likely qualify as "social media platforms" under S.B. 7072.  S.B. 7072 thus threatens those members' ability to adopt, adapt, and enforce editorial and curatorial standards tailored to the diverse needs of each individual platform and the community it serves.  Content moderation is essential to the operations of Amicus's members; indeed, the success of these online businesses—and the vitality of online media generally—depend on their ability to moderate content quickly and efficiently without exposure to the burdens and uncertainty posed by state laws that interfere with that process and potentially subject them to investigations, sanctions, and lawsuits.

Accordingly, IA respectfully requests that the Court grant leave to file the attached amicus brief in support of the preliminary injunction motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Peter W. Homer |
| Patrick J. Carome (*pro hac vice* pending) | Peter W. Homer |
| Paul R.Q. Wolfson (*pro hac vice* pending) | HOMER BONNER |
| Ari Holtzblatt (*pro hac vice* pending) | 1200 Four Seasons Tower |
| WILMER CUTLER PICKERING | 1441 Brickell Avenue |
|   HALE AND DORR LLP | Miami, Florida 33131 |
| 1875 Pennsylvania Avenue, NW | 1441 Brickell Avenue |
| Washington, DC 20006 | (305) 350-5139 |
| (202) 663-6000 |  |

June 14, 2021

## CERTIFICATE OF LOCAL RULE 7.1(B) COMPLIANCE

Pursuant to Local Rule 7.1(B), undersigned counsel states that he has conferred with counsel for the parties in the case in good faith concerning this motion. The parties consent to the motion.

/s/ Peter W. Homer
Peter W. Homer

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that correct copies of this motion were served by filing in this Court's CM/ECF system this 14th day of June, 2021 on all attorneys of record in this matter.

/s/ Peter W. Homer
Peter W. Homer
