IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, et al., *Plaintiffs,* v. ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida, et al., *Defendants.* | Civil Action No. 4:21-cv-00220-RH-MAF |

## [PROPOSED] ORDER

Upon consideration of *amicus curiae* Internet Association's ("IA") Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED that *amicus curiae* IA's Motion is GRANTED and the Clerk shall treat the *Amicus Curiae* Brief filed as of this date.

SO ORDERED.

_____      _____
Date                                                           Robert L. Hinkle
                                                                       United States District Judge