IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                                               CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____

## RESPONSE

Defendants consent to the filing of an amicus brief by the Chamber of Progress and their fellow amici. The failure to respond to the request for consent was due to a miscommunication among the Defendants' lawyers: counsel for Defendant Gillespie, who was assigned the task of agreeing to all such requests, did not receive the email seeking consent from the Chamber's lawyers. We regret the oversight.

Dated: June 15, 2021                                             Respectfully submitted,

/s/Blaine H. Winship                                             /s/Brian W. Barnes
Blaine H. Winship                                                Brian W. Barnes
Florida Bar. No. 356913                                          COOPER & KIRK, PLLC
Chief Assistant Attorney General                                 1523 New Hampshire Ave., NW
Complex Litigation Bureau                                        Washington, DC 20036
Office of the Attorney General of                                (202) 220-9600
Florida                                                          bbarnes@cooperkirk.com
The Capitol, Suite PL-01

Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimilie: (850) 488-4872
Blaine.winship@myfloridalegal.com

*Attorney for Defendants Ashley Moody, in her official capacity as Attorney General of Florida; Joni Alexis Poitier, in her official capacity as Commissioner of the Florida Elections Commission; Jason Todd Allen, in his official capacity as Commissioner of the Florida Elections Commission; John Martin Hayes, in his official capacity as Commissioner of the Florida Elections Commission; and Kymberlee Curry Smith, in her official capacity as Commissioner of the Florida Elections Commission*

*Attorney for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services*

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 15th day of June, 2021.

/s/Brian W. Barnes
Brian W. Barnes

*Attorney for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services*