# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC et al., | |
| Plaintiffs, | Civil Action No.<br>4:21-cv-220-RH-MAF |
| v. | |
| ASHLEY BROOKE MOODY et al., | Hon. Robert L. Hinkle |
| Defendants. | Magistrate Judge Hon.<br>Martin A. Fitzpatrick |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, Berin M. Szoka hereby respectfully moves this Court to grant permission to appear *pro hac vice* as counsel for *amicus curiae* TechFreedom in the above-captioned matter and in support thereof states:

1. I am the President of TechFreedom in Washington, District of Columbia.

2. I am admitted to practice by the District of Columbia Bar, and am an active member in good standing. A true and correct copy

1

of a Certificate of Good Standing from the District of Columbia Bar, dated June 11, 2021, is attached to this motion.

3. I have not been denied admission to, been disciplined by, or surrendered my license to practice before this Court or any other court.

4. On June 14, 2021, I completed the online Attorney Admission Tutorial. My confirmation number establishing the same is FLND16236876214574.

5. I have reviewed the CM/ECF Attorney User's Guide.

6. Lawrence G. Walters is admitted to practice in this Court and serves as local counsel for *amicus curiae* TechFreedom.

June 15, 2021            Respectfully Submitted,

/s/ Berin M. Szoka

Berin M. Szoka
TECHFREEDOM
110 Maryland Ave. NE, Suite 205
Washington, DC 20002
(202) 803-2867
mail@techfreedom.org

*Counsel for Amicus Curiae TechFreedom*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that, pursuant to Local Rule 7.1(B), counsel for *amicus curiae* TechFreedom has conferred with counsel for Defendants, who do not object to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing using this Court's CM/ECF system, causing copies of the same to be electronically served on all counsel of record.

June 15, 2021          /s/ Berin M. Szoka

Berin M. Szoka
TECHFREEDOM
110 Maryland Ave. NE, Suite 205
Washington, DC 20002
(202) 803-2867
mail@techfreedom.org

*Counsel for Amicus Curiae TechFreedom*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Berin Michael Szoka*

was duly qualified and admitted on February 3, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 11,
2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.