IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.       CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER ON AMICUS BRIEFS

The unopposed motions to file amicus briefs, ECF Nos. 69, 71, and 77, are granted. The briefs are deemed properly filed.

SO ORDERED on June 15, 2021.

    s/Robert L. Hinkle
    United States District Judge