IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NETCHOICE, LLC d/b/a NETCHOICE,
and COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA,**

    Plaintiffs,

vs.                                        Case No. 4:21cv220-RH-MAF

**ASHLEY BROOKE MOODY, et al.,**

    Defendants.

_____/

### O R D E R

A motion for leave to appear pro hac vice as co-counsel for Defendant Patrick Gillespie has been filed by attorney Brian W. Barnes. ECF No. 45.  The motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia where he regularly practices law.  *Id.*  It appears that counsel does not reside in Florida, has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 45, is **GRANTED**.

**DONE AND ORDERED** on June 15, 2021.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**