IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NETCHOICE, LLC d/b/a NETCHOICE,
and COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA,**

    Plaintiffs,

vs.                                                       Case No. 4:21cv220-RH-MAF

**ASHLEY BROOKE MOODY, et al.,**

    Defendants.

_____/

## O R D E R

A motion for leave to appear pro hac vice as counsel for amicus curiae Internet Association has been filed by attorney Paul R.Q. Wolfson. ECF No. 74. The motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia where he regularly practices law. *Id.* It appears that counsel does not reside in Florida, has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 74, is **GRANTED**.

**DONE AND ORDERED** on June 15, 2021.

S/ Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE