# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Com- mission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,<br><br>Defendants. | **Civil Action No. 4:21-cv-00220-RH-MAF** |

**UNOPPOSED MOTION OF KURT OPSAHL TO APPEAR *PRO HAC VICE***

Undersigned counsel files this motion on behalf of Kurt Opsahl to appear *pro hac vice* in this action on behalf of *Amicus Curiae* Electronic Frontier Foundation.

Kurt Opsahl is Deputy Executive Director and General Counsel of the Electronic Frontier Foundation, 815 Eddy Street, San Francisco, CA 94109, (415) 436-9333, and a member in good standing with the State Bar of California, attached is a certificate of good standing.

There are no pending disciplinary proceedings against Kurt Opsahl in any state or federal court.

Kurt Opsahl certifies that he has reviewed the Attorney Admission Memo, the Local Rules of the Northern District of Florida, has successfully completed the online Attorney Admission Tutorial, confirmation number FLND16237056264578, and reviewed the online CM/ECF Attorney User's Guide.

Counsel for all defendants have indicated that they do not oppose this motion.

Wherefore, undersigned counsel respectfully requests that the Court enter an order granting leave for Kurt Opsahl to appear *pro hac vice* in this matter.

Dated: June 16, 2021                                Respectfully submitted,

                                                    /s/ David Greene
                                                    David Greene
                                                    Electronic Frontier Foundation
                                                    815 Eddy Street
                                                    San Francisco, CA 94109

1

davidg@eff.org  
(415) 436-9333 phone  
(415) 436-9993 fax  

*Counsel for Amicus Curiae*  
*Electronic Frontier Foundation*

## CERTIFICATE OF CONFERENCE

I hereby certify that, pursuant to Local Rule 7.1(B), counsel for EFF conferred via e-mail with counsel for the Defendants about the relief sought in this Motion. Counsel for Defendants consented to filing of the motion.

/s/ David Greene

## CERTIFICATE OF SERVICE

Undersigned certifies that on June 16, 2021, the foregoing document was electronically served on all counsel of record via the CM/ECF system.

/s/ David Greene

2