# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                    CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER ALLOWING CHAMBER OF PROGRESS TO FILE AN AMICUS BRIEF

The unopposed motion of Chamber of Progress et al. for leave to file an amicus brief, ECF No. 57, is granted. The brief is deemed properly filed.

SO ORDERED on June 17, 2021.

                                                s/Robert L. Hinkle
                                              United States District Judge