IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:21-cv-00220-RH-MAF

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

        v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Raymond F. Treadwell, Esq. hereby gives notice of his appearance in this

cause as counsel of record for Defendant Patrick Gillespie, in his official capacity as

1

Deputy Secretary of Business Operations of the Florida Department of Emergency Management Services, and designates the following email addresses for notice and service of filings and other papers in this proceeding:

Ray.Treadwell@eog.myflorida.com

Gov.legal@eog.myflorida.com

Respectfully submitted,

/s/ Raymond F. Treadwell

Brian W. Barnes*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
bbarnes@cooperkirk.com
   *Admitted *pro hac vice*

James W. Uthmeier
Florida Bar No. 113156
General Counsel
Raymond F. Treadwell
Florida Bar No. 93834
Chief Deputy General Counsel
EXECUTIVE OFFICE OF GOVERNOR RON DESANTIS
Office of the General Counsel
The Capitol, PL-05
Tallahassee, FL 32399
(850) 717-9310
James.Uthmeier@eog.myflorida.com
Ray.Treadwell@eog.myflorida.com
Gov.legal@eog.myflorida.com

*Attorneys for Defendant Patrick Gillespie,*

2

*in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of June, 2021, a copy of the foregoing was filed with the Court's CM/ECF system, which will serve a copy via email upon each party through counsel of record.

*/s/ Raymond F. Treadwell*
Raymond F. Treadwell