**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

        Plaintiffs,

v.                            CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

        Defendants.

_____

## <u>NOTICE OF APPEARANCE</u>

David H. Thompson of Cooper & Kirk, PLLC, hereby appears as counsel for Plaintiff, Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: June 21, 2021        Respectfully submitted,

                                /s/David H. Thompson
                                David H. Thompson
                                Bar No. 450503DC
                                COOPER & KIRK, PLLC
                                1523 New Hampshire Ave., NW
                                Washington, DC 20036
                                (202) 220-9600
                                dthompson@cooperkirk.com

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all

counsel of record via the CM/ECF system on this 21st day of June, 2021.


/s/David H. Thompson
David H. Thompson