IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                      CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____

## NOTICE OF APPEARANCE

    Joseph O. Masterman of Cooper & Kirk, PLLC, hereby appears as counsel for Plaintiff, Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services, and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: June 21, 2021             Respectfully submitted,

                                            /s/Joseph O. Masterman
                                            Joseph O. Masterman
                                            Florida Bar No. 1004179
                                            COOPER & KIRK, PLLC
                                            1523 New Hampshire Ave., NW
                                            Washington, DC 20036
                                            (202) 220-9600
                                            jmasterman@cooperkirk.com

## **CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 21st day of June, 2021.

/s/Joseph O. Masterman
Joseph O. Masterman