**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

     *Plaintiffs*,

     v.

ASHLEY MOODY, in her official capacity as Attorney General of Florida, et al.,

     *Defendants*.

_____/

Case No. 4:21-cv-220-RH-MAF

## NOTICE OF APPEARANCE

Notice is hereby given that Daniel W. Bell, who is admitted to practice in this Court, appears as counsel for Defendants Ashley Moody, in her official capacity as Attorney General of Florida; Joni Alexis Poitier, in her official capacity as Commissioner of the Florida Elections Commission; Jason Todd Allen, in his official capacity as Commissioner of the Florida Elections Commission; John Martin Hayes, in his official capacity as Commissioner of the Florida Elections Commission; and Kymberlee Curry Smith, in her official capacity as

Commissioner of the Florida Elections Commission. All pleadings and papers should be served upon Mr. Bell at the email addresses listed below:

Primary Email:          daniel.bell@myfloridalegal.com

Secondary Emails:       jenna.hodges@myfloridalegal.com

Respectfully submitted.

*/s/ Daniel W. Bell*
Daniel W. Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
850.414.3300
daniel.bell@myfloridalegal.com

# CERTIFICATE OF SERVICE

I certify that on this June 21, 2021, a copy of the foregoing was served on all

parties' counsel via the CM/ECF's Notice of Electronic Filing System.

/s/ *Daniel W. Bell*
Daniel W. Bell
