**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

        Plaintiffs,

v.                             CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

        Defendants.

_____

**<u>DEFENDANTS' APPENDIX</u>
<u>VOLUME 2</u>**

# TABLE OF CONTENTS

## LEGISLATIVE MATERIALS

House of Representatives Staff, *HB 7013 Final Bill Analysis* (May 20, 2021)......................App. 1

Professional Staff of the Committee on Appropriations, *SB 7072 Bill Analysis and Fiscal Impact Statement* (Apr. 16, 2021)..........................................................................................App. 18

SB 7072: Social Media Platforms Bill History, FLA. SENATE (last visited June 21, 2021), https://www.flsenate.gov/Session/Bill/2021/7072.....................................................App. 42

Fla. House of Representatives SB 7072 Third Reading Vote (Apr. 28, 2021)......................App. 47

Fla. House of Representatives SB 7072 Passage Vote (Apr. 29, 2021) ...............................App. 48

Fla. Senate SB 7072 Third Reading Vote (Apr. 26, 2021)..................................................App. 49

Fla. Senate SB 7072 Returning Messages Vote (Apr. 29, 2021)..........................................App. 50

Senate Bill No. 7072, Fla. Laws Ch. 2021-32 (May 24, 2021) ............................................App. 51

## OTHER MATERIALS

Brooke Auxier & Monica Anderson, *Social Media Use in 2021*, PEW RSCH. CTR. (Apr. 7, 2021), https://pewrsr.ch/3gL9HQf ........................................................................................App. 64

STAFF OF SUBCOMMITTEE ON ANTITRUST, COMMERCIAL AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY, 116TH CONG., INVESTIGATION OF COMPETITION IN DIGITAL MARKETS (2020), *available at* https://bit.ly/3xtL6WS...............................App. 74

*Terms of Service*, FACEBOOK (Oct. 22, 2020), https://bit.ly/3gPVAJk...............................App. 524

Elisa Shearer & Amy Mitchell, *News Use Across Social Media Platforms in 2020*, PEW RSCH. CTR. (Jan. 12, 2021), https://pewrsr.ch/3cWi1eP .................................................App. 534

*Terms of Use*, ETSY (Jan. 19, 2021), https://etsy.me/3iWwI5E..........................................App. 539

*Terms of Service*, TWITTER (June 18, 2020), https://bit.ly/3xBaREU ...............................App. 547

*About Your Twitter Timeline*, TWITTER HELP CTR. (last visited June 19, 2021), https://bit.ly/3xE8wJr ................................................................................................App. 565

Kate Klonick, *The New Governors: The People, Rules, and Processes Governing Online Speech*, 131 HARV. L. REV. 1598 (2018) ...........................................................................App. 569

Edward Lee, *Moderating Content Moderation: A Framework for Nonpartisanship in Online Governance*, 70 AM. U. L. REV. 913 (2021) ...........................................................App. 642

Tom Parker, *Facebook Soft-Censors The Babylon Bee, Starts Forcing Users to Confirm That They Actually Want to Share Posts*, RECLAIM THE NET (May 27, 2020), https://bit.ly/3wFEZ1G ..............................................................................................App. 789

i

Kyle Mann, Opinion, *Facebook Has No Sense of Humor*, WALL ST. J. (Oct. 21, 2020),
    https://on.wsj.com/35FLPbL.................................................................................App. 792

Shannon Bond, *Facebook and Twitter Limit Sharing 'New York Post' Story About Joe Biden*,
    NPR (Oct. 14, 2020), https://n.pr/3gOG00P.........................................................App. 795

Post Editorial Board, Editorial, *Social Media Again Silences The Post for Reporting the News*,
    N.Y. POST (Apr. 16, 2021), https://bit.ly/3xyfKi2 ................................................App. 801

The Editorial Board, Opinion, *Facebook's Lab-Leak About Face*, WALL ST. J. (May 27, 2021),
    https://on.wsj.com/3j0FkIa ...................................................................................App. 804

Rachel Bovard, Opinion, *Facebook's Oversight Board Ban of Donald Trump Is Totally Arbitrary
    and Ideological*, USA TODAY (May 5, 2021), https://bit.ly/3cT1MPS .................App. 807

Baynard Woods, *Facebook Deactivated Korryn Gaines' Account During Standoff, Police Say*,
    GUARDIAN BALT. (Aug. 3, 2016), https://bit.ly/3iUuKT3 .....................................App. 810

Nancy Flanders, *Mark Zuckerberg Admits Facebook Chose to Ban Foreign Pro-Life Ads in
    Ireland Before Abortion Vote*, LIVEACTION (July 3, 2019),
    https://bit.ly/2UlNf8U .............................................................................................App. 815

George Upper, *Confirmed: Facebook's Recent Algorithm Change Is Crushing Conservative
    Sites, Boosting Liberals*, WESTERN J. (Mar. 13, 2018), https://bit.ly/3cSm7ow.....App. 820

Susan Michelle-Hanson, *Facebook Holds Live Action Videos, Allows Planned Parenthood to
    Promote Sex to Kids*, LIVEACTION (June 13, 2018), https://bit.ly/3cXGQXM.......App. 828

Michael Van Der Galien, *Facebook Blocks Bridget Phetasy's Podcast with Glenn Beck: 'Against
    Community Standards'*, PJ MEDIA (Sept. 4, 2019), https://bit.ly/3zHNJGm .........App. 835

Calvin Freiburger, *Facebook Blocks Pregnancy Site Articles on Fetal Development, Abortion
    Pill Reversal*, LIFESITE (Mar. 12, 2019), https://bit.ly/3iVhspG ...........................App. 838

Natasha Lennard, *Facebook's Ban on Far-Left Pages Is an Extension of Trump Propaganda*,
    THE INTERCEPT (Aug. 20, 2020), https://bit.ly/3ddJwkv ........................................App. 841

Chris Pandolfo, *Clay Travis to Congress: Facebook Censorship Removed 68% of Outkick's
    Audience*, THE BLAZE (Mar. 12, 2021), https://bit.ly/3iUV3IQ ............................App. 846

Jeff Horwitz, *Facebook Has Made Lots of New Rules This Year. It Doesn't Always Enforce
    Them.*, WALL ST. J. (Oct. 15, 2020), https://on.wsj.com/3zHI8zS ........................App. 850

Andre Damon, *Facebook Restores Service to Socialist Pages, Claiming the Purge Was an
    "Automation Error"*, WORLD SOCIALIST WEB SITE
    (Jan. 26, 2021), https://bit.ly/3xB7y0s..................................................................App. 856

Jon Miltimore, *Facebook Locks Out Ron Paul Following Column Criticizing Big Tech
    Censorship, Cites 'Error'*, FEE (Jan. 11, 2021), https://bit.ly/2SQfyf7.................App. 858

Akin Olla, Opinion, *Facebook Is Banning Leftwing Users Like Me – And It's Going Largely Unnoticed*, THE GUARDIAN (Jan. 29, 2021), https://bit.ly/3iRl5Ne.......................App. 864

Brian Freeman, *Facebook Censors BLM Criticism After Company Co-founder Donated Millions to Activist Group*, NEWSMAX (Apr. 19, 2021), https://bit.ly/3iTh9eJ.....................App. 868

James Anthony, *Facebook Censors and Punishes The Babylon Bee for Mocking Rioters*, PM. (Apr. 24, 2021), https://bit.ly/2SEzkdJ .................................................................App. 871

Charles Jackson Paul, *Back at it: Facebook Censors the Babylon Bee*, TEX. HORN (May 4, 2021), https://bit.ly/3gQy0wp .................................................App. 875

Augusto Zimmermann, *Why Is Facebook Censoring a Conference on Christianity and Religious Freedom*, SPECTATOR (Apr. 9, 2019), https://bit.ly/2Ub1qNQ...............................App. 877

EJ Dickson, *Why Did Facebook Take Down a Fact-Check of an Anti-Abortion Video*, ROLLING STONE (Sept. 13, 2019), https://bit.ly/3cUOT81......................................................App. 881

Jonathan Bucks & Daniel Bates, *Facebook 'Fact-Checkers' Could Be Politically Biased Themselves, Admits the Tech Giant's Vice-President Nick Clegg*, DAILY MAIL (June 13, 2021), https://bit.ly/3xzwJAA..................................................................................App. 884

Michael Ginsberg, *Facebook, Twitter Do Not Censor Video of Maxine Waters Encouraging Protesters 'To Get More Confrontational'*, DAILY CALLER (Apr. 19, 2021), https://bit.ly/3iPmB2p..................................................................................App. 889

Ariana Tobin, Madeleine Varner & Julia Angwin, *Facebook's Uneven Enforcement of Hate Speech Rules Allows Vile Posts to Stay Up*, PROPUBLICA (Dec. 28, 2017), https://bit.ly/3iPmxzH..................................................................................App. 892

Kari Paul, *Facebook Under Fire as Human Rights Groups Claim 'Censorship' of Pro-Palestine Posts*, THE GUARDIAN (May 26, 2021), https://bit.ly/3xypI2P ...............................App. 899

Cristiano Lima, *Facebook No Longer Treating Man-Made Covid as a Crackpot Idea*, POLITICO (May 27, 2021), https://politi.co/3gPKcNE...........................................................App. 903

Sam Biddle, *Facebook's Secret Rules About the Word "Zionist" Impede Criticism of Israel*, THE INTERCEPT (May 14, 2021), https://bit.ly/3xzEWVo...............................................App. 908

Salvador Rodriguez, *Facebook Says Donald Trump to Remain Banned for Two Years, Effective from Jan. 7*, NBC (June 4, 2021), https://cnb.cx/3cXkiGH....................................App. 916

Tony Romm, *Zuckerberg: Standing For Voice and Free Expression*, WASH. POST (Oct. 17, 2019), https://wapo.st/3cV2eNg ............................................................................App. 919

Queenie Wong, *Is Facebook Censoring Conservatives or Is Moderating Just Too Hard?*, CNET (Oct. 29, 2019), https://cnet.co/3cSqDmY ..................................................App. 928

Michael Nunez, *Former Facebook Workers: We Routinely Suppressed Conservative News*, GIZMODO AU (May 10, 2016), https://bit.ly/3zDhA2X......................................App. 939

iii

Rachel Sandler, *Conservatives Blast Facebook For Removing Trump Interview With Daughter-In-Law*, FORBES (Mar. 31, 2021), https://bit.ly/3xEtBDx......................................App. 945

Katie Cox, *Facebook Pulls Trump Campaign Ads for Fake Census Claims*, ARS TECHNICA (Mar. 6, 2020), https://bit.ly/3gLPKc5 ..........................................App. 948

Joseph A. Wulfsohn, *Facebook Censors New York Post Report on BLM Co-Founder's Pricey Property Purchases*, FOX NEWS (Apr. 15, 2021), https://fxn.ws/3xxQrwq ...........App. 952

Bobby Allyn, *Facebook Removes Trump Ads With Symbol Used By Nazis. Campaign Calls It An 'Emoji'*, NPR (June 18, 2020), https://n.pr/2UlRAsI...............................................App. 957

Sydney Bauer, *Facebook Axes Political Ad Saying Trans Athletes Will 'Destroy Girls Sports'*, NBC NEWS (Sept. 18, 2020), https://nbcnews.to/3zEplW9....................................App. 963

Melissa Nann Burke, *Zuckerberg: Nesbitt Ad Rejection Possible 'Mistake'*, DETROIT NEWS (Apr. 11, 2018), https://bit.ly/3zGH13p ...........................................................................App. 966

Hope Kirwan, *Facebook Restricts La Crosse County Republican Party Page, Pulls Ads*, WIS. PUB. RADIO, NPR (Oct. 21, 2020), https://bit.ly/3cV2X0W ...................................App. 969

Elizabeth Culliford, *Facebook Removes Video of Trump Interview with Daughter-in-Law Lara, Citing Ban*, REUTERS (Mar. 31, 2021), https://reut.rs/3gGx1i8..............................App. 972

Jack Brewster, *The Extremists, Conspiracy Theorists, And Conservative Stars Banned From Social Media Following The Capitol Takeover*, FORBES (Jan. 12, 2021), https://bit.ly/3iRp9wY ...............................................................................................App. 975

*Trump Covid Post Deleted by Facebook and Hidden by Twitter*, BBC NEWS (Oct. 6, 2020), https://bbc.in/3zEXMMz.............................................App. 979

Joseph Cox, *Leaked Documents Show Facebook's 'Threshold' for Deleting Pages and Groups*, VICE (July 18, 2018), https://bit.ly/2SPs7aH.........................................................App. 983

Barbara Ortutay & David Klepper, *Facebook Bans Big 'Stop the Steal' Group for Sowing Violence*, ASSOCIATED PRESS (Nov. 5, 2020), https://bit.ly/3zEpEjL ....................App. 987

Thomas Barrabi, *Facebook Ends Ban on Posts Claiming COVID-19 Is Man-Made*, FOX BUS. (May 26, 2021), https://fxn.ws/3gJxjVv...................................................App. 991

Jane Coaston, *The Facebook Free Speech Battle, Explained*, VOX (May 14, 2019), https://bit.ly/3zCV2iF ...............................................................................................App. 993

Bill Donohue, *Does Facebook Hate Catholics?*, CATHOLIC LEAGUE (Apr. 12, 2018), https://bit.ly/3vCwGm0 ...........................................................................................App. 1003

Amy Gesenhues, *Facebook Removes 5k Targeting Filters to Keep Advertisers from Discriminating Against Ethnic & Religious Groups*, MARTECH (Aug. 21, 2018), https://bit.ly/2SEDzWH......................................... App. 1009

The Associated Press, *Facebook Says Blackburn Anti-Abortion Ad Mistakenly Removed*, KSL.COM (Nov. 2, 2018), https://bit.ly/3gDzs6i .................................................App. 1012

Ryan Moore, *Op-ed: Social Media Giants Discriminate Against Conservative Views*, INDYSTAR. (June 17, 2021), https://bit.ly/3cV2mMK............................................................App. 1013

Ryan Moore, Opinion, *Don't Let Social Media Corporations Deny Free Speech to Conservatives*, DES MOINES REG. (Sept. 26, 2019), https://bit.ly/3wI5CD7 ........App. 1015

Christie-Lee McNally, Opinion, *Big Tech's Censorship of Conservative Users is Alive and Well*, THE HILL (July 14, 2018), https://bit.ly/3wHFfxm ................................................App. 1017

Joe Concha, *Diamond and Silk Slam Facebook After Company Deems their Rhetoric 'Unsafe to the Community'*, THE HILL (Apr. 9, 2018), https://bit.ly/3gHtLnL ......................App. 1020

Sarah Frier & Kurt Wagner, *Facebook Needs Trump Even More Than Trump Needs Facebook*, BLOOMBERG BUSINESSWEEK (Sept. 17, 2020), https://bloom.bg/2SJMia6 ..........App. 1022

Olivia Solon, *Sensitive to Claims of Bias, Facebook Relaxed Misinformation Rules for Conservative Pages*, NBC NEWS (Aug. 7, 2020), https://nbcnews.to/2TPoP7B..................................................................................App. 1031

Joseph Wulfsohn, *Twitter Apologizes After Briefly Suspending The Babylon Bee's Account*, FOX NEWS (Aug. 17, 2020), https://fxn.ws/3qcxZqU ...................................................App. 1037

Noah Manskar, *Jack Dorsey Says Blocking Post's Hunter Biden Story Was 'Total Mistake'—But Won't Say Who Made It*, N.Y. POST (Mar. 25, 2021), https://bit.ly/3gOrDJE .....App. 1042

Noah Manskar, *Twitter, Facebook Censor Post Over Hunter Biden Exposé*, N.Y. POST (Oct. 14, 2020), https://bit.ly/3wJ7LOS................................................................................App. 1045

Arthur Herman, *Twitter, Facebook and Amazon Censorship of Conservatives Harms Social Media Giants*, HUDSON INST. (Oct. 21, 2020), https://bit.ly/2U7Sed5................App. 1048

David Doonan, *Twitter Terminates Account of Howie Hawkins, Green Party Candidate for President*, GREEN PARTY US (Apr. 19, 2020), https://bit.ly/3gJjWom ...............App. 1052

Richard Hanania, *It Isn't Your Imagination: Twitter Treats Conservatives More Harshly Than Liberals*, QUILLETTE (Feb. 12, 2019), https://bit.ly/3gMUs9s.............................App. 1055

Sarah Taylor, *Daily Wire president suspended from Twitter – over brussels sprouts*, THE BLAZE (Jan. 3, 2019), https://bit.ly/3xw3fn5....................................................................App. 1063

Sara Ashley O'Brien, *Twitter user suspended for 'calling out bigotry'*, CNN BUS. (Jan. 9, 2017), https://cnn.it/3iRPM4L.................................................App. 1069

*Al-Jazeera Twitter account temporarily 'suspended'*, ARAB NEWS (June 17, 2017), https://bit.ly/3gLDZ5w...........................................App. 1072

Kevin Robillard, *Twitter pulls Blackburn Senate ad deemed 'inflammatory'*, POLITICO (Oct. 9, 2017), https://politi.co/3xEqTxR ........................................................App. 1078

Megan Keller, *Conservative commentator back on Twitter after controversial suspension*, THE HILL (Nov. 27, 2018), https://bit.ly/3cUPYg5 .......................................App. 1080

Victor Morton, *David Horowitz Twitter account suspended*, WASH. TIMES (May 7, 2019), https://bit.ly/35FAEzD.........................................App. 1083

Ben Tobin & Phillip M. Bailey, *McConnell's campaign locked out by Twitter for posting critic's profanity-laced video*, COURIER JOURNAL (Aug. 7, 2019), https://bit.ly/3vOnEmc..............................................................App. 1086

Bruce Haring, *'Fox And Friends' Host Pete Hegseth Banned From Twitter For Saudi Manifesto Post*, DEADLINE (Dec. 8, 2019), https://bit.ly/35AQNqh .....................................App. 1088

Andrew Whalen, *What Did Twitter Do to James Woods? The Story Behind the Trend*, NEWSWEEK (Mar. 25, 2020), https://bit.ly/2TSwHF2 ..........................................App. 1091

Kaelan Deese, *Commentator Candace Owens says her Twitter account was suspended following tweet about Whitmer*, THE HILL (May 2, 2020), https://bit.ly/3gHElLD.............App. 1099

*Twitter temporarily suspends Hungarian government's account*, ASSOCIATED PRESS (Sept. 30, 2020), https://bit.ly/3zGE2YL .............................App. 1102

Matthew Holroyd, *Twitter suspends Hungarian pro-government media account*, EURONEWS (Feb. 10, 2020), https://bit.ly/3gOkVU6.............................................App. 1104

James Crump, *Charlie Kirk: Trump supporter has Twitter account locked for spreading misinformation about mail-in voting*, THE INDEP. (Oct. 19, 2020), https://bit.ly/3zHJACk ..............................................................App. 1107

Elizabeth Lopatto, *In its latest confusing decision, Twitter reinstates The New York Post*, THE VERGE (Oct. 30, 2020), https://bit.ly/3zHcnXW ...................................App. 1111

Lindsey Ellefson, *Fox News' Dan Bongino Won't Return to Twitter After Suspension: 'F- You'*, YAHOO ENT. (Jan. 7, 2021), https://yhoo.it/2Ukbfcx............................................App. 1114

Brian Fung, *Twitter bans President Trump's account*, CNN (Jan. 9, 2021), https://cnn.it/3zCSMbb .................................................................App. 1116

Nate Gartrell, *California court rules Twitter can ban users, rejects appeal by writer banned for 'hateful' tweets about transgender women*, MERCURY NEWS (Feb. 16, 2021), https://bayareane.ws/2SNVSsf ......................App. 1119

Brian Fung, *Twitter permanently bans Project Veritas account*, CNN (Feb. 11, 2021), https://cnn.it/3gPLEzA ....................................................App. 1121

*Covid: Twitter suspends Naomi Wolf after tweeting anti-vaccine misinformation*, BBC NEWS (June 6, 2021), https://bbc.in/3gLFz7s .............................................. App. 1122

*Twitter's purge of the anti-woke satirists*, SPIKED (Aug. 18, 2020),
   https://bit.ly/3zEnAbv ........................................................................................App. 1124

Anugrah Kumar, *Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible
   verses, worship videos*, CHRISTIAN POST
   (June 27, 2020), https://bit.ly/3cXEx7k ................................................................App. 1127

Anna Hopkins, *PragerU accuses Twitter, YouTube of censoring ads and vides, founder calls out
   'assault' on free speech*, FOX NEWS (June 26, 2019), https://fxn.ws/3iV1Hig ....App. 1133

Emma Colton, *Jason Whitlock locked out of Twitter account after criticizing
   Black Lives Matter founder home purchase*,
   WASH. EXAMINER (Apr. 13, 2021), https://washex.am/3cT2gp0 ........................App. 1136

BVN, *Congressional Candidate Aja Smith Charges "Shadow Banning" by Social Media Outlets*,
   BVN (Oct. 19, 2020), https://bit.ly/3xA4pxT ......................................................App. 1140

Jason Murdock, *Conservatives Complain About Losing Twitter Followers Amid QAnon Purge*,
   NEWSWEEK (Jan. 12, 2021), https://bit.ly/3xzxgCl...............................................App. 1148

Eric Paulson, *Blocking Political Ads Favors Liberal Elites*, WALL ST. J. (Nov. 12, 2019),
   https://on.wsj.com/3iQUZde..................................................................................App. 1155

Jessica Guynn & Kevin Crowe, *Trump allies and Republican lawmakers lost thousands of
   followers in Twitter purge after Capitol riots*, USA TODAY (Jan. 15, 2021),
   https://bit.ly/2UeY4tb ...........................................................................................App. 1157

Abby Ohlheiser, *Twitter's ban almost doubled attention for Biden story*, MT TECH. REV. (Oct.
   16, 2020), https://bit.ly/3zC1qH0 .........................................................................App. 1162

Shannon Bond, *Twitter Expands Warning Labels To Slow Spread of Election Misinformation*,
   NPR (Oct. 9, 2020), https://n.pr/3cVg96b ............................................................App. 1165

Linda Givetash, *Laura Loomer banned from Twitter after criticizing Ilhan Omar*,
   NBC (Nov. 22, 2018), https://nbcnews.to/3cUmrTD ...........................................App. 1171

Donie O'Sullivan, *MyPillow CEO Mike Lindell has been banned from Twitter*,
   CNN BUS. (Jan. 26, 2021), https://cnn.it/3gKpZsB ...............................................App. 1175

Ben Collins & Brandy Zadrozny, *Twitter Bans Michael Flynn, Sidney Powell in QAnon Account
   Purge*, NBC (Jan. 8, 2021), https://nbcnews.to/3gGyiWs .....................................App. 1177

Kate Sullivan, *Republican running to challenge Rep. Ilhan Omar has Twitter account
   permanently suspended*, CNN (Nov. 29, 2019), https://cnn.it/3iZnS71...............App. 1171

Patrick Marley, *Taxpayers to give up $200,000 because Republican lawmakers blocked a liberal
   group on Twitter*, MILWAUKEE J. SENTINEL (Aug. 16, 2019),
   https://bit.ly/3gL7W5N ........................................................................................App. 1184

Ben Shapiro, *Viewpoint Discrimination with Algorithms*,
NAT'L REV. (Mar. 7, 2018), https://bit.ly/3cVPINM ............................................App. 1186

Grace Panetta, *Twitter Reportedly Won't Use an Algorithm to Crack Down on White Supremacists Because Some GOP Politicians Could End Up Getting Barred Too*,
INSIDER (Apr. 25, 2019), https://bit.ly/2Up3IJu......................................................App. 1191

Niam Yaraghi, *Twitter's Ban on Political Advertisements Hurts Our Democracy*,
BROOKINGS (Jan. 8, 2020), https://brook.gs/35DosiP.............................................App. 1195

Kate Conger & Mike Isaac, *Twitter Permanently Bans Trump, Capping Online Revolt*,
N.Y. TIMES (Jan. 12, 2021), https://nyti.ms/2TRTy3A .........................................App. 1199

Evelyn Douek, *Trump Is Banned. Who Is Next?*,
THE ATLANTIC (Jan. 9, 2021), https://bit.ly/35DAlFN .........................................App. 1202

Kirby Wilson & Allison Ross, *YouTube Removes Video of DeSantis Coronavirus Roundtable*,
TAMPA BAY TIMES (Apr. 9, 2021), https://bit.ly/3vHkDni...................................App. 1208

News Release, *Governor Ron DeSantis Signs Bill to Stop the Censorship of Floridians by Big Tech*, FLA. GOVERNOR (May 24, 2021), https://bit.ly/3xvIhEQ ...........................App. 1211

*PragerU Takes Legal Action Against Google and YouTube for Discrimination*,
PRAGER UNIV. (last visited June 20, 2021), https://bit.ly/3zGFbj1 ......................App. 1213

Mike Snider, *YouTube to ban videos about gun sales and modification*,
USA TODAY (Mar. 22, 2018), https://bit.ly/3xCX28G...........................................App. 1217

Dan Sanchez, *YouTube's Censorship of Dissenting Doctors Will Backfire*,
 FEE (Apr. 30, 2020), https://bit.ly/3xxajzO .......................................................App. 1219

Tobias Hoonhout, *Rep. Banks Demands Answers from Google over Alleged YouTube Censorship of CCP Criticism*, NAT'L REV. (May 26, 2020), https://bit.ly/3qeo6ZO .............App. 1227

David Harsany, *Israel-Video Crackdown Shows YouTube Does Not 'Carefully' Review Content*,
NAT'L REV. (June 3, 2021), https://bit.ly/3xzGAGy.............................................App. 1230

Emily Jashinsky, *Exclusive: Man Tried To Share His Regrets About Transgender Life. YouTube Censored It*, THE FEDERALIST (last visited June 20, 2021),
https://bit.ly/3wNHrTW.....................................................................................App. 1234

The Editorial Board, Opinion, *YouTube's Political Censorship*,
WALL ST. J. (Sept. 14, 2020), https://on.wsj.com/3cTOOBt ................................App. 1237

Ashley Gold, *YouTube temporarily suspends, demonetizes OANN*,
AXIOS (Nov. 24, 2020), https://bit.ly/3iWvR4W..................................................App. 1240

Mike Snider, *YouTube ban: Google extends suspension of former President Trump's channel*,
USA TODAY (Jan. 26, 2021), https://bit.ly/3xtKBMu ..........................................App. 1248

Ron Johnson, Opinion, *YouTube Cancels the U.S. Senate*,
    WALL ST. J. (Feb. 2, 2021), https://on.wsj.com/3xEUgQB ..................................App. 1250

Alan Macleod, *"At First I Thought it Was a Joke": Academic Media Censorship Conference
    Censored by YouTube*, MPN NEWS (Feb. 1, 2021), https://bit.ly/3cTOX7Z........App. 1253

CNA Staff, *LifeSiteNews' permanent ban by YouTube raises censorship alarms*,
    THE B.C. CATHOLIC (Feb. 20, 2021), https://bit.ly/3gDy43A ..............................App. 1260

Kristine Frazao, *YouTube accused of 'censorship' for removing Senate hearing video*,
    FOX 11 NEWS (Feb. 4, 2021), https://bit.ly/3gKKkya...........................................App. 1264

Mike Robert Lee, *YouTube Censorship Continues: Video Platform Takes Down Newsmax Trump
    Interview*, THE DAN BONGINO SHOW (Feb. 22, 2021), https://bit.ly/3xtKH6O....App. 1270

Jake Stofan, *DeSantis fires back after YouTube removes COVID-19 roundtable clip*,
    NEWS4JAX (Apr. 13, 2021), https://bit.ly/2TJHEca...............................................App. 1274

Sean Hollister, *YouTube has removed Steven Crowder from its Partner Program indefinitely*,
    THE VERGE (Mar. 30, 2021), https://bit.ly/3vHvePl...............................................App. 1278

Brett Molina, *YouTube bans channel of former Trump aide Sebastian Gorka over election
    claims*, USA TODAY (Apr. 14, 2021), https://bit.ly/2SdCYLb .............................App. 1280

Ann Doss Helms & Steve Harrison, *YouTube Deletes Union School Board Video Over Mask
    Comments, Then Reverses Itself*, WFAE 90.7
    (May 13, 2021), https://bit.ly/3qaGEdj................................................................App. 1282

Amanda Prestigiacomo, *YouTube Places Ban On Steven Crowder Over Ma'Khia Bryant Video;
    Crodwer: Look What YouTube Does Allow*,
    DAILY WIRE (May 13, 2021), https://bit.ly/3gHsaON...........................................App. 1289

*YouTube bans US Sen. Ron Johnson from posting videos for 7 days*,
    WISN ABC (June 11, 2021), https://bit.ly/3qkbYGE ...........................................App. 1294

Valerie Richardson, *'They whacked us': YouTube cancels Christian author Eric Metaxas*, WASH.
    TIMES (June 2, 2021), https://bit.ly/3iW9Pir .......................................................App. 1297

William Turton, *Gun vloggers are flipping out at YouTube's crackdown on their videos*,
    VICE (Apr. 23, 2018), https://bit.ly/2UfIptH........................................................App. 1301

Ben Tobin, *YouTube censors Rand Paul by removing Trump impeachment question, and he's not
    happy*, COURIER J. (Feb. 13, 2020), https://bit.ly/2SPtS7N ................................App. 1305

Dartunorro Clark, *YouTube suspends GOP Sen. Ron Johnson's account, says he violated Covid-
    19 policy*, NBC (June 11, 2021), https://nbcnews.to/3zC1Qx4............................App. 1307

Kenneth Rapoza, *YouTube Takes Action Against Chinese Blogger's Post On Coronavirus
    Origins*, FORBES (May 8, 2020), https://bit.ly/3zFsxRy .......................................App. 1310

Sam Dorman, *YouTube faces mass backlash after claiming it acted without 'political bias'*, FOX NEWS (June 26, 2019), https://fxn.ws/3xuM1pW .................................................. App. 1321

Pete Baklinski, *Youtube banned this powerful pro-life music video. Then the artist sued.*, LIFESITE (Dec. 18, 2015), https://bit.ly/3xEXwLP ................................................ App. 1326

Jay Peters, *Inexplicably, YouTube says extremely racist Steven Crowder video isn't hate speech*, THE VERGE (Mar. 18, 2021), https://bit.ly/3ddPYIf ............................................ App. 1333

Emily Birnbaum, *YouTube blocks controversial conservative from making money off ads*, THE HILL (June 5, 2019), https://bit.ly/2SMU5Ur ................................................ App. 1336

Rachel E. Greenspan, *YouTube bans far-right channels for hate speech including those of Richard Spencer, David Duke, and Stefan Molyneux*, INSIDER (June 29, 2020), https://bit.ly/3zDSP6E ........................................................................ App. 1339

Jane Coaston, *YouTube, Facebook, and Apple's ban on Alex Jones, explained*, VOX (Aug. 6, 2018), https://bit.ly/3cUVgrX ........................................................ App. 1344

Natalie Frank, *If You Are Going to Ban Someone Have the Courage to Do It in the Light Not the Shadows*, MEDIUM (Nov. 19, 2019), https://bit.ly/3zFVcG0 ............................... App. 1352

Rishika Pardikar, *Social Media Companies Like Instagram Are Censoring Dissent*, JACOBIN (June 1, 2021), https://bit.ly/3zEll85 ...................................................... App. 1362

Doree Lewak, *How Social Media Censorship 'silences' conservative thoughts*, N.Y. POST (Oct. 10, 2020), https://bit.ly/3zHUs34 ................................................. App. 1368

Omar Zahzah, *Digital apartheid: Palestinians being silenced on social media*, AL JAZEERA (May 13, 2021), https://bit.ly/3zz7DDH .......................................... App. 1371

Audrey Conklin & Sasha Savitsky, *Users on Instagram, Twitter, TikTok decry censorship of Israel posts*, FOX BUS. (May 14, 2021), https://fxn.ws/2SGAfKG ....................... App. 1380

NMOGHAL, *Julio Gonzalez said Amazon censored his coronavirus book*, BOOK PUBL'G (June 10, 2020), https://bit.ly/3cSpZ92 ......................................... App. 1385

Sarah Perez & Brian Heater, *Apple Suspends Parler from App Store*, TECH CRUNCH (Jan. 9, 2021), https://tcrn.ch/3vJMPpE ................................................................ App. 1388

Cristiano Lima, *Snapchat stokes GOP ire for refusing to promote Trump's account*, POLITICO (June 3, 2020), https://politi.co/3gFETS1 ............................................................. App. 1391

New Guard Staff, *TikTok Targets Conservatives: No Transparency, Vague Guidelines*, YOUNG AMERICA'S FOUND. (Feb. 8, 2020), https://bit.ly/3vD8EHr .................... App. 1397

Sarah Favot, *Dark money Influencers Are Placing Political Ads on TikTok, Mozilla Says*, DOT.LA (June 3, 2021), https://bit.ly/3wMFfMC .................................................. App. 1401

Scaachi Koul, *Conservative Teens On TikTok Are Going Though Some Growing Pains*, BUZZFEED.NEWS (July 1, 2020), https://bit.ly/3gFEWxb.....................................App. 1404

Jack Morse, *Discord bans Reddit-linked pro-Trump server tied to attack on the U.S. Capitol*, MASHABLE (last visited June 20, 2021), https://bit.ly/3gFnjh1 ...........................App. 1419

Danny Sullivan, *Google says it's not deliberately filtering "Crooked Hillary" suggested search to favor Clinton*, SEARCH ENGINE LAND (June 4, 2016), https://bit.ly/3zyfRf8 ...App. 1421

Allana Akhtar, *Google isn't blocking searches for the 'lab leak' theory as the coronavirus' origin is being investigated, but it prioritizes 'authoritative' results to avoid leading users to misinformation*, INSIDER (June 10, 2021), https://bit.ly/3xrwyHo....................App. 1430

KUSI Newsroom, *Breitbart Senior Tech Correspondent details Facebook and Google's censorship of conservative news*, KUSI (July 30, 2020), https://bit.ly/35HcG7j.App. 1435

Lucas Matney, *Parler removed from Google Play store as Apple App Store suspension reportedly looms*, TECH CRUNCH (Jan. 8, 2021), https://tcrn.ch/3wLlIvP............App. 1437

John Crudele, *LinkedIn has discriminated against me because of my politics*, N.Y. POST (Jan. 18, 2020), https://bit.ly/3zErn8J ..................................................App. 1439

Bradford Betz, *LinkedIn removes training seminar telling people to be 'less white', following Coca-Cola backlash*, FOX NEWS (Feb. 23, 2021), https://fxn.ws/3xymUCF .......App. 1441

Donald Trump Jr., *If Big Tech Can Censor Me, Think What It Can Do To You*, REAL CLEAR POLITICS (Feb. 22, 2019), https://bit.ly/3zEriSt....................................................App. 1444

Kirsten Grind, *How Google Interferes with its Search Algorithms and Changes Your Results*, WALL ST. J. (Nov. 15, 2019), https://on.wsj.com/31GLTXx................................App. 1446

Kate Conger, *Google C.E.O. Denies Allegations of Political Bias in Search Results*, N.Y. TIMES (Sept. 21, 2018), https://tinyurl.com/y8hwo4rr................................App. 1478

Allum Bokhari, *Election Interference: Google Purges Breitbart From Search Results*, BREITBART (July 28, 2020), https://bit.ly/2Z803zp ...............................................App. 1479

Eric Goldman, *Google Must Answer Lawsuit for Manually Removing Websites from Its Search Index*, FORBES (May 17, 2016), https://bit.ly/3vJPdNs .......................................App. 1487

Kay C. James, *Amazon Doubles Down on Excluding Some Conservatice Nonprofits From Customer Donations*, THE HERITAGE FOUND. (June 17, 2020), https://herit.ag/3h2CjVx................................................................................App. 1491

Cameron Hilditch, *Amazon's Foolish Collaboration with the Southern Poverty Law Center*, NAT'L REV. (June 24, 2020), https://bit.ly/3xzg2oD ...........................................App. 1494

Avery Hartmans, *Jeff Bezos hinted Amazon might split from the SPLC over designation of extremist groups after pressure from a GOP lawmaker*, INSIDER (July 29, 2020), https://bit.ly/3xBq2xE...................................................App. 1498

Kevin Michael Biscoe, *Amazon Banned, Un-Banned Documentary About Michael Brown's Death Indicts 'American liberalism'*, ZENGER NEWS (Nov. 18, 2020), https://bit.ly/3xxSwse..............................................................................App. 1505

Brian Flood, *Amazon bans 'What Killed Michael Brown?' Documentary, director says*, FOX NEWS (Oct. 14, 2020), https://fxn.ws/3gLJ5Pc.....................................................App. 1515

Ryan T. Anderson, Opinion, *When Amazon pulled my book on transgender issues, it tried to shut down debate*, USA TODAY (Mar. 19, 2021), https://bit.ly/3gHuKTQ.................App. 1520

Kim Lyons, *Parler is gone for now as Amazon terminates hosting*, THE VERGE (Jan. 11, 2021), https://bit.ly/3iVDybi ..............................................App. 1524

Jason L. Riley, Opinion, *Why Did Amazon Cancel Justice Thomas?*, WALL ST. J. (Mar. 2, 2021), https://on.wsj.com/3iZob1F .....................................................................App. 1530

Ramya Sethuraman, *More Control and Context in News Feed*, FACEBOOK NEWSROOM (Mar. 31, 2021), https://bit.ly/3cQf1R5 ...........................................................................App. 1534

Erik Wemple, Opinion, *Facebook Admits Mistake in Flagging Satire About CNN Spinning the News With a Washing Machine*, WASH. POST (Mar. 2, 2018), https://wapo.st/3d1SJMp ...................................................................................App. 1539



# News

Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV

Latest Headlines | Covid-19 | Royal Family | Prince Harry | Meghan Markle | World News | Headlines | Most read          Login



J.CREW

# Facebook 'fact-checkers' could be politically biased themselves, admits the tech giant's vice-president Nick Clegg

- Former Deputy PM made admission to EU officials in November during talks about how tech giant was tackling misinformation flooding its site
- Facebook announced fact-checking measures in 2016 amid claims its failure to remove misleading content helped to swing that year's US Presidential election in favour of Donald Trump
- The measures, which allow users to alert Facebook to content they believed to be fake, was applauded by many - but critics decried the intervention, warning Facebook would rely on Left-wing fact-checkers
- In recent weeks huge controversy has surrounded its decision to censor stories claiming Covid-19 could have been man-made and leaked from a Wuhan lab

By JONATHAN BUCKS and DANIEL BATES FOR THE MAIL ON SUNDAY
PUBLISHED: 17:02 EDT, 12 June 2021 | UPDATED: 05:12 EDT, 13 June 2021

          **1.5k** shares           **513** View comments

Facebook vice-president Nick Clegg has admitted the company's fact-checkers – employed to root out alleged 'fake news' from its social-media platforms – could be biased and pursuing their own political agendas, according to a European Commission document obtained by The Mail on Sunday.

The former Deputy Prime Minister made the admission to EU officials in November during talks about how the tech giant was tackling misinformation flooding its site.

Facebook announced fact-checking measures in 2016 amid claims that its failure to remove misleading content helped to swing that year's US Presidential election in favour of **Donald Trump**.





WHO SUPPORTED 'US IN OUR MOST JOYFUL MOMENTS AND ON OUR MOST GRIEF-STRICKEN DAYS'

Read More

The measures, which allow users to alert Facebook to content they believed to be fake, was applauded by many.



+4

Facebook vice-president Nick Clegg has admitted the company's fact-checkers – employed to root out alleged 'fake news' from its social-media platforms – could be biased and pursuing their own political agendas, according to a European Commission document obtained by The Mail on Sunday




► Charles WON'T let Archie be a prince: Prince of Wales's plan not to include grandson as frontline royal is revealed as fight that ignited Oprah outburst


► Amelia Hamlin turns up the summer heat in lingerie on Instagram... after ringing in 20th birthday with boyfriend Scott Disick, 38


EXCLUSIVE Katy Perry wows in a purple swimsuit as she cradles daughter Daisy Dove on day at the beach with shirtless beau Orlando Bloom during Greek getaway


► Gwyneth Paltrow looks distraught after passing car accidentally SPLASHES her with water during Montecito outing with husband Brad Falchuk


► Harvey Weinstein's ex Georgina Chapman and her boyfriend Adrien Brody make belated red carpet debut at the Tribeca Film Festival premiere of Clean


► 'The most flattering bikini ever!' How this affordable swimwear line founded by a college student has become a multimillion dollar business
PROMOTED.... basketball game... amid their ongoing divorce


► Nina Simone's family blasts Kamala Harris for 'taking star's estate and giving it to white people' in 2013 when the then-California AG ruled they had illegally diverted millions in assets


► Actress Julianne Moore, 60, reveals the secrets behind her flawless visage and youthful physique

ADVERTISEMENT





© REUTERS

**The former Deputy Prime Minister made the admission to EU officials in November during talks about how the tech giant was tackling misinformation flooding its site. Facebook announced fact-checking measures in 2016 amid claims that its failure to remove misleading content helped to swing that year's US Presidential election in favour of Donald Trump**

Critics, however, decried the intervention, warning that Facebook would rely on Left-wing fact-checkers and that the project would be a 'disaster'.

Since then, Facebook has been accused of suppressing legitimate stories and stifling public debate.

In recent weeks huge controversy has surrounded its decision to censor stories claiming that Covid-19 could have been man-made and leaked from a Wuhan laboratory.

For months it removed or placed warning labels on stories that suggested the virus originated from a Chinese lab – fears first revealed by the MoS – until it reversed its decision last month when President Joe Biden ordered an inquiry into the claims.

**SHARE THIS ARTICLE**



**RELATED ARTICLES**

 Trump's Facebook ban could be EXTENDED: Executive Nick Clegg...

 Facebook's Nick Clegg had two meetings with Ofcom boss - but...

Under its fact-checking scheme, Facebook uses a network of 80 organisations across the world, including three in the UK, to flag up misinformation on its platforms.

Stories deemed false or misleading are not removed from the site but flagged to users via a series of warning labels. Facebook's sophisticated algorithms can relegate such stories so far down the site that few people would ever see them again.

Now, minutes of a meeting between Mr Clegg and a Brussels power-broker reveal how he questioned the ability of the fact-checkers to make impartial decisions.




I Am Jazz star Jazz Jennings gets candid about binge-eating disorder which led to 100-pound weight gain in two years: 'I'm ready to change'


Arnold Schwarzenegger says his children 'hated' his move from film to politics as he and daughter Katherine reflect on their extraordinary family life


'One of the best investments of my life': This $30 stick vacuum may not look like much but Amazon shoppers are raving about how well it cleans
PROMOTED


'Hurt William threw Harry out': Royal author reveals true depth of fallout between warring brothers and says it was William who split the households


Harry and William 'call a truce' for the unveiling of Diana statue and are 'communicating by minimal texts' - as Palace 'delays verdict on Meghan bullying' probe until next year'


Harry wants his own journalist at Diana memorial as it's revealed how 'hurt William threw him out' of household in row over Meghan bullying claims


EXCLUSIVE  Alec Baldwin and wife Hilaria enjoy a double date with Sarah Jessica Parker and husband Matthew Broderick in The Hamptons

**App. 886**



**In recent weeks, huge controversy has surrounded Facebook's decision to censor stories claiming that Covid-19 could have been man-made and leaked from a Wuhan laboratory. For months it removed or placed warning labels on stories that suggested the virus originated from a Chinese lab – fears first revealed by the MoS – until it reversed its decision last month when President Joe Biden ordered an inquiry into the claims**

The document shows that Mr Clegg and Vera Jourova, vice-president of the European Commission, discussed how Facebook countered disinformation during the 2020 US Presidential election two weeks earlier.

However, the minutes add: 'He [Mr Clegg] also stressed that independent fact-checkers are not necessarily objective because they have their own agenda.'

Former Cabinet Minister David Jones described Mr Clegg's comments as 'deeply worrying'.

He added: 'The admission completely destroys the credibility of Facebook's own procedures. It offers news organisations no right of appeal when it censors them, even though it may have acted on the advice of fact-checkers who are motivated by 'their own agenda'.'

Facebook said last night: 'Nick never suggested there is bias in our fact-checking programme. He did describe that one benefit of having a range of independent fact-checking partners is the variety of specialisms in different countries and issue areas that they bring.'



**Facebook began placing fact-checking warnings on stories about the possibility of a lab leak at the beginning of the pandemic. Then in February the tech giant announced it would remove 'false claims on Facebook and Instagram' suggesting that Covid-19 was man-made or manufactured. (Above, Mr Clegg and Facebook CEO Mark Zuckerberg in 2019)**



'Now the flag is too white?!' Macy Gray is slammed after she called for US to ditch 'racist' Stars and Stripes - with Gov. Kristi Noem insisting Old Glory is 'a symbol of liberty'



Braunwyn Windham-Burke and girlfriend Fernanda Rocha cozy up to one another at GUARDaHEART Foundation charity event... following RHOC axing



We would recognise those lips anywhere! Georgia May Jagger, 29, shows off her father Mick's famous pout during Malibu photo shoot

ADVERTISEMENT

ADVERTISEMENT



**The Internet Of The Future Is On Its Way**
See how the cable industry is building a faster, more reliable, future-proof 10G broadband network to...
By NCTA

reliable, future-proof 10G broadband network to...
By NCTA



'Be the woman that fixes another one's crown!' Cara Delevingne shares a gushing tribute to pal Anya Taylor-Joy after she assists with her dress in sweet clip



Jennifer Lopez, 51, channels her inner cowgirl in a patchwork denim skirt and western boots for shopping trip with son Max, 13, in Beverly Hills



Kourtney Kardashian snaps selfies with her BFF Addison Rae as

**App. 887**

Mr Clegg's comments come amid mounting concern that Facebook is shutting down public debate.

Facebook began placing fact-checking warnings on stories about the possibility of a lab leak at the beginning of the pandemic. Then in February the tech giant announced it would remove 'false claims on Facebook and Instagram' suggesting that Covid-19 was man-made or manufactured.

Among the articles labelled as 'false information' was one written by award-winning MoS journalist Ian Birrell on the UnHerd website. The tech giant later apologised for its 'mistake'.

In March, Facebook placed a warning label on an article written in the Wall Street Journal by a US surgeon about herd immunity.

The opinion piece by Dr Martin Makary, a professor at Johns Hopkins University in Baltimore, predicted that Covid-19 'will be mostly gone by April' in the US.

Facebook added a 'missing context' label to Dr Makary's piece after an investigation by Health Feedback, one of its third-party fact-checkers. 'Independent fact-checkers say this information could mislead people,' the label added.

A furious Wall Street Journal accused Facebook of 'counter-opinion masquerading as fact-checking'. It said Dr Makary made a projection, not a factual claim, and Facebook was 'cherry-picking' studies 'to support their own opinions'.

Facebook said: 'If someone feels that a fact-check is inappropriate, they can appeal it and, when merited, fact-checkers have the discretion to change the label.'



**Nick Clegg defends Facebook not fact-checking political adverts**

Watch the full video

The idea that private companies should be the one to draw

0:00 / 1:39

---

Share or comment on this article: Facebook fact-checkers could be politically biased, Nick Clegg admits

       **1.5k** shares

they cheer on her beau Travis Barker's performance with Machine Gun Kelly


► For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED

► **Megan Thee Stallion SLAMS fellow rapper DaBaby for retweeting post about Tory Lanez shooting... and wishes people would 'stop down playing' the traumatic incident**


► **The Sussex Sultans of Spin: How a nine-strong team including the producer of a revenge movie and a celebrity lawyer are trying to help Harry and Meghan win the royal briefing war**


► **Blooming friendship between Charles and Dominic West's wife: Actor will play the Prince in The Crown... but Catherine is the one with real Royal connections**


► **'Stop bad mouthing my husband!' Gabi Grecko launches extraordinary attack on Geoffrey Edelsten's ex-wife Brynne**


► **The Bachelor's Arie Luyendyk Jr. and wife Lauren's newborn daughter comes home from hospital after having 'some trouble with her breathing'**


► **Vanessa Bryant's model daughter Natalia, 18, towers above her as they walk the red carpet at F9 premiere in Los Angeles**


ADVERTISEMENT


**OSLO**
co-living apartments in washington, dc.

Daily Caller - https://dailycaller.com

**TECH**

# Facebook, Twitter Do Not Censor Video Of Maxine Waters Encouraging Protesters 'To Get More Confrontational'



Screenshot via Twitter/UR_Ninja



**MICHAEL GINSBERG**
GENERAL ASSIGNMENT REPORTER

April 19, 2021
3:55 PM ET

FONT SIZE:  

Facebook and Twitter are not censoring a video of Democratic California Rep. Maxine Waters encouraging violence if police officer Derek Chauvin is not convicted of murder in the death of George Floyd.

Waters told the left wing media outlet Unicorn Riot that protestors "have got to get more active, we've got to get more confrontational, we've got to make sure that they know we mean business" if Chauvin is not convicted of murder.

**App. 889**

*R*ep. *Maxine Waters paid the group a visit.* #BrooklynCenter *pic.twitter.com/KuIO1xgsqJ*

— *MN CRIME ???? (@MN_CRIME)* April 18, 2021



**Daunte Wright Protests: Day 7 - Brooklyn…**
Unicorn Riot was Live · Follow                    Share

The live streams of the April 17 Brooklyn Center, Minnesota, protest where Waters spoke remain available for viewers on Facebook and Twitter, despite platform rules against advocating violence. Facebook "remove[s] language that incites or facilitates serious violence. We removes content, disable accounts, and work with law enforcement when we believe there is a genuine risk of physical harm or direct threats to public safety," and also takes into account the visibility of the individual advocating violence.

Twitter prohibits "content that glorifies acts of violence in a way that may inspire others to replicate those violent acts and cause real offline harm."

Neither Facebook nor Twitter responded to the Daily Caller's request for comment regarding their site rules.

Dozens have been arrested during riots in Brooklyn Center, which started on April 11 after Daunte Wright was shot by police officer Kim Potter during a traffic stop. Potter has since resigned, and prosecutors charged her with second-degree manslaughter on April 14. (**RELATED: BLM Rioters Assault CNN Staffer, Chase His Team Out Of Brooklyn Center. The TV Network Hasn't Even Mentioned It.**)

Waters previously told protestors at a Keep Families Together rally in 2018 that if they "see anybody from that cabinet in a restaurant, in department store, at a gasoline station, you get out and you create a crowd. And you push back on them. Tell them they're not welcome any more, anywhere!" (**RELATED: Maxine Waters Doubles Down On Harassing Trump Officials In Public**)

Facebook, Twitter, Instagram, and YouTube banned former President Donald Trump in the wake of the Jan. 6 Capitol riot, out of concerns that he would encourage violence on their platforms.

Show comments

**Member Drive Deadline: Friday**   DONATE

**MACHINE BIAS**

# Facebook's Uneven Enforcement of Hate Speech Rules Allows Vile Posts to Stay Up

We asked Facebook about its handling of 49 posts that might be deemed offensive. The company acknowledged that its content reviewers had made the wrong call on 22 of them.

by Ariana Tobin, Madeleine Varner and Julia Angwin, Dec. 28, 2017, 5:53 p.m. EST



*DanielVilleneuve via Getty Images*

*The graphic content of some of the posts reprinted within this article may offend some readers. However, our belief is that readers cannot fully understand the importance of how hate speech is handled without seeing it unvarnished and unredacted.*

Facebook's community standards prohibit violent threats against people based on their religious practices. So when ProPublica reader Holly West saw this graphic Facebook post declaring that "the only good Muslim is a fucking dead one," she flagged it as hate speech using the social network's reporting system.

Facebook declared the photo to be acceptable. The company sent West an automated message stating: "We looked over the photo, and though it

**App. 892**

doesn't go against one of our specific Community Standards, we understand that it may still be offensive to you and others."

But Facebook took down a terser anti-Muslim comment — a single line declaring "Death to the Muslims," without an accompanying image — after users repeatedly reported it.

Both posts were violations of Facebook's policies against hate speech. But only one of them was caught by Facebook's army of 7,500 censors — known as content reviewers — who decide whether to allow or remove posts flagged by its 2 billion users. After being contacted by ProPublica, Facebook also took down the one West complained about.

**Warning:** This image contains offensive material. Click to view.

Such inconsistent Facebook rulings are not unusual, ProPublica has found in an analysis of more than 900 posts submitted to us as part of a crowd-sourced investigation into how the world's largest social network implements its hate-speech rules. Based on this small fraction of Facebook posts, its content reviewers often make different calls on items with similar content, and don't always abide by the company's complex guidelines. Even when they do follow the rules, racist or sexist language may survive scrutiny because it is not sufficiently derogatory or violent to meet Facebook's definition of hate speech.

We asked Facebook to explain its decisions on a sample of 49 items, sent in by people who maintained that content reviewers had erred, mostly by leaving hate speech up, or in a few instances by deleting legitimate expression. In 22 cases, Facebook said its reviewers had made a mistake. In 19, it defended the rulings. In six cases, Facebook said the content did violate its rules but its reviewers had not actually judged it one way or the other because users had not flagged it correctly, or the author had deleted it. In the other two cases, it said it didn't have enough information to respond.

"We're sorry for the mistakes we have made — they do not reflect the community we want to help build," Facebook Vice President Justin Osofsky said in a statement. "We must do better." He said Facebook will double the size of its safety and security team, which includes content reviewers and other employees, to 20,000 people in 2018, in an effort to enforce its rules better.

He added that Facebook deletes about 66,000 posts reported as hate speech each week, but that not everything offensive qualifies as hate speech. "Our policies allow content that may be controversial and at times even distasteful, but it does not cross the line into hate speech," he said.

**App. 893**

"This may include criticism of public figures, religions, professions, and political ideologies."

In several instances, Facebook ignored repeated requests by users to delete hateful content that violated its guidelines. At least a dozen people, as well as the Anti-Defamation League in 2012, lodged protests with Facebook to no avail about a page called Jewish Ritual Murder. However, after ProPublica asked Facebook about the page, it was taken down.

Facebook's guidelines are very literal in defining a hateful attack, which means that posts expressing bias against a specific group but lacking explicitly hostile or demeaning language often stay up, even if they use sarcasm, mockery or ridicule to convey the same message. Because Facebook tries to write policies that can be applied consistently across regions and cultures, its guidelines are sometimes blunter than it would like, a company spokesperson said.

Consider this photo of a black man missing a tooth and wearing a Kentucky Fried Chicken bucket on his head. The caption states: "Yeah, we needs to be spending dat money on food stamps wheres we can gets mo water melen an fried chicken."



ProPublica reader Angie Johnson reported the image to Facebook and was told it didn't violate their rules. When we asked for clarification, Facebook said the image and text were okay because they didn't include a specific attack on a protected group.

By comparison, a ProPublica reader, who asked not to be named, shared with us a post about race in which she expressed exasperation with racial inequality in America by saying, "White people are the fucking most." Her comment was taken down by Facebook soon after it was published.

How Facebook handles such speech is important because hate groups use the world's largest social network to attract followers and organize demonstrations. After the white supremacist rally in Charlottesville, Virginia, this summer, CEO Mark Zuckerberg pledged to step up

**App. 894**



monitoring of posts celebrating "hate crimes or acts of terrorism." Yet some activists for civil rights and women's rights end up in "Facebook jail," while pages run by groups listed as hateful by the Southern Poverty Law Center are decked out with verification checkmarks and donation buttons.

In June, ProPublica reported on the secret rules that Facebook's content reviewers use to decide which groups are "protected" from hate speech. We revealed that the rules protected "white men" but not "black children" because "age," unlike race and gender, was not a protected category. (In response to our article, Facebook added the category of "age" to its protected characteristics.) However, since subgroups are not protected, an attack on poor children, beautiful women, or Indian taxi cab drivers would still be considered acceptable.

Facebook defines seven types of "attacks" that it considers hate speech: calls for exclusion, calls for violence, calls for segregation, degrading generalization, dismissing, cursing and slurs.

For users who want to contest Facebook's rulings, the company offers little recourse. Users can provide feedback on decisions they don't like, but there is no formal appeals process.

Of the hundreds of readers who submitted posts to ProPublica, only one said Facebook reversed a decision in response to feedback. Grammy-winning musician Janis Ian was banned from posting on Facebook for several days for violating community standards after she posted a photo of a man with a swastika tattooed on the back of his head — even though the text overlaid on the photo urged people to speak out against a Nazi rally. Facebook also removed the post.



A group of her fans protested her punishment, and some reached out to their contacts in Silicon Valley. Shortly afterwards, the company reversed itself, restoring the post and Ian's access. "A member of our team accidentally removed something you posted on Facebook," it wrote to Ian. "This was a mistake, and we sincerely apologize for this error. We've since restored the content, and you should now be able to see it."

"Here's the frustrating thing for me as someone who uses Facebook: when you try to find out what the community standards are, there's no place to go. They change them willy-nilly whenever there's controversy," Ian said. "They've made themselves so inaccessible."

Without an appeals process, some Facebook users have banded together to flag the same offensive posts repeatedly, in the hope that a higher volume of reports will finally reach a sympathetic moderator. Annie Ramsey, a feminist activist, founded a group called "Double Standards" to mobilize members against disturbing speech about women. Members post egregious examples to the private group, such as this image of a woman in a shopping cart, as if she were merchandise.

Facebook's rules prohibit dehumanization and bullying. Ramsey's group repeatedly complained about the image but was told it didn't violate community standards.



**Warning:** This image contains offensive material. Click to view.

When we brought this example to Facebook, the company defended its decision. Although its rules prohibit content that depicts, celebrates or jokes about non-consensual sexual touching, Facebook said, this image did not contain enough context to demonstrate non-consensual sexual touching.

Ramsey's group had more luck with another picture of a woman in a shopping cart, this time with the caption, "Returned my defective sandwich-maker to Wal-Mart." The group repeatedly flagged this post en masse, and eventually it got taken down. The difference may have been that the woman in this image was bloodied, suggesting she was the victim of a sexual assault. Facebook's guidelines call for removing images that mock the victims of rape or non-consensual sexual touching, hate crimes or other serious physical injuries, the spokesperson said.

Facebook said it takes steps to prevent mass reporting, a tactic used not only by "Double Standards" but by other advocacy groups, from influencing decisions. It uses automation to recognize duplicate reports, and caps the number of times it reviews a single post, according to a Facebook official.

Members of Ramsey's group have run afoul of Facebook's rules for what they consider candid discussion of gender issues. Facebook took down a post by one member, Charro Sebring, which said, "Men really are trash."

Facebook defended its decision to remove what it called a "gender-based attack."

Facebook banned Ramsey herself from posting on Facebook for 30 days. Her offense was reposting a suggestive image on another Facebook user's page of a sleeping woman and a string of comments calling for rape. Ramsey added the caption: "Women don't make memes or comments like this #NameTheProblem"

Facebook restored Ramsey's post after ProPublica brought it to the company's attention. The content as a whole didn't violate the guidelines because the caption attached to the photo condemned sexual violence, the spokesperson said.

Facebook's about-face didn't mollify Ramsey. "They give you a little place to provide 'feedback' about your experience," she said. "I give feedback

every time in capital letters: YOU'RE BANNING THE WRONG PEOPLE. It makes me want to shove my head into a wall."

## Protect Independent Journalism

This story you've just finished was funded by our readers. We hope it inspires you to make a gift to ProPublica so that we can publish more investigations like this one that hold people in power to account and produce real change.

ProPublica is a nonprofit newsroom that produces nonpartisan, evidence-based journalism to expose injustice, corruption and wrongdoing. We were founded over 10 years ago to fill a growing hole in journalism: Newsrooms were (and still are) shrinking, and legacy funding models are failing. **Deep-dive reporting like ours is slow and expensive, and investigative journalism is a luxury in many newsrooms today — but it remains as critical as ever to democracy and our civic life.** More than a decade (and six Pulitzer Prizes) later, ProPublica has built the largest investigative newsroom in the country. Our work has spurred reform through legislation, at the voting booth and inside our nation's most important institutions.

Your donation today will help us ensure that we can continue this critical work. From COVID-19, to our elected officials, to racial and criminal justice and much more, we are busier than ever covering stories you won't see anywhere else. Make your gift of any amount today and join the tens of thousands of ProPublicans across the country, standing up for the power of independent journalism to produce real, lasting change. Thank you.

**DONATE NOW**



**Ariana Tobin**

Ariana is an engagement editor and reporter at ProPublica, where she works to cultivate communities to inform our coverage.

✉ ariana.tobin@propublica.org   🐦 @Ariana_Tobin

**Julia Angwin**

Julia Angwin is a senior reporter at ProPublica. From 2000 to 2013, she was a reporter at The Wall Street Journal, where she led a privacy investigative team that was a finalist for a

**News** Opinion Sport Culture Lifestyle



**Social media**

# Facebook under fire as human rights groups claim 'censorship' of pro-Palestine posts

**Kari Paul**

Wed 26 May 2021 12.00 EDT

Facebook's often inscrutable content moderation process has come under renewed fire during the 11-day bombardment of Gaza after hundreds of pro-Palestine posts were removed, many without explanation.

Nearly 500 removals on Instagram and Facebook were documented by 7amleh, a Palestinian digital rights non-profit, between 6 and 19 May. Now, 7amleh and more than 30 other human rights organizations are calling for greater transparency into the social network's decision making, especially as it relates to Palestine as part of a campaign titled Facebook, We Need to Talk.

In response to the report, the US congresswoman Rashida Tlaib has authored a letter to top social media platforms demanding more information about why certain Palestinian

**App. 899**

content was taken down in recent weeks. "I cannot understand how Facebook can justify censoring peaceful Palestinian voices while providing an organizing platform for extremist hate," she wrote.

The groups say the decisions of Facebook and other tech firms amount to "censorship" of Palestinians, and that the company's opaque decisions raise troubling questions about private companies acting as mediators of what information comes out of a war zone, where social media is often the only platform for sharing information.

"This censorship has been happening before this most recent crisis, and will continue to happen," said Nadim Nashif, the executive director of 7amleh. "We are asking for more transparency in content moderation - this is not enough."

In recent weeks, users globally reported the deletion of hundreds of posts condemning the eviction of Palestinians from the Sheikh Jarrah neighborhood of Jerusalem, in many cases without warning or explanation. Instagram on 5 May briefly suspended the account of Mona al-Kurd, a young Palestinian woman whose confrontation with an Israeli settler went viral. The platform also removed a number of Instagram posts regarding the killing of Saeed Odeh, a 16-year-old Palestinian, screenshots shared with the Guardian showed. In other cases, Palestinian artists and activists saw their posts removed and accounts suspended without explanation.

"It feels very obvious that there is targeted censorship of Palestinian voices and experiences," said Alia Taqieddin, whose event on Facebook advertising a solidarity march for Palestine in Seattle, where she lives, was removed without warning or explanation last week.

As the dust settles amid the ceasefire, human rights organizations are taking a fresh look at how social media companies made decisions during a crisis, saying ongoing violence in the region underscores the importance of a postmortem. 7amleh also aimed critiques of censorship at Twitter, where 55 cases of Palestinian content being removed were reported.

"It is especially frustrating because Instagram and Twitter are serving as the main platforms where Palestinians experiencing violence in Palestine are sharing what is happening on the ground," Taqieddin said. "It makes me very concerned how we will get accurate, first-hand information in a crisis."

In a letter to Facebook's chief operating officer, Sheryl Sandberg, organizations including Jewish Voice for Peace, the digital rights group Fight for the Future and the

**App. 900**

National Lawyers Guild called on Facebook to "stop censoring Palestinians" on all its platforms and provide transparency as to how Facebook moderates this content.

"It is becoming clear that just a handful of companies hold the ultimate power over speech in these situations," Jillian C York, a free speech activist with the Electronic Frontier Foundation who has been monitoring censorship in Palestine.

She added that social media have become even more important because mainstream media outlets are often blocked from covering events on the ground in Palestine.

"When companies place restrictions on what people can say, we're missing out on the reality of what's happening on the ground," York said. "We're only able to get one side of that narrative.

The groups are also calling on Facebook to comment on the nature of its relationship with the Israeli government, with which it has worked in the past to monitor posts that incite violence.

Representatives from the Israeli government did not respond to request for comment regarding the nature of its relationship with Facebook. A spokesman for Facebook told the Guardian that the "established process for government requests is the same around the world".

"Each request is reviewed based on Facebook's policies, local laws and international human rights standards," he said. "We're transparent about how many pieces of content we restrict in each country in our Transparency Report, which we publish twice a year."

Nick Clegg, Facebook's vice president for global affairs, virtually met with Palestinian Prime Minister Mohammad Shtayyeh in a virtual meeting on Tuesday, where he apologized for the company mistakenly labeling some posts as incitement to violence.

The spokesman for Facebook acknowledged there have been a number of recent glitches affecting the ability to share content on Facebook and Instagram, including an error that temporarily restricted content from being viewed on the al-Aqsa mosque hashtag page. He said Facebook had a "dedicated team" including Arabic and Hebrew speakers closely monitoring the situation on the ground.

"While these have been fixed, they should never have happened in the first place," the spokesman said. "We're so sorry to everyone who felt they couldn't bring attention to important events, or who felt this was a deliberate suppression of their voice. This was

**App. 901**

never our intention – nor do we ever want to silence a particular community or point of view."

---

... we have a small favour to ask. Through these challenging times, millions rely on the Guardian for independent journalism that stands for truth and integrity. Readers from 180 countries chose to support us financially more than 1.5 million times in 2020.

*"You never act your age, in spirit, outlook, humor or perspective. But you do show the wisdom and sensibility that only 200 years' of extraordinary reporting can bring. One can only imagine what you will continue to grow into!" – Mary Garton, US*

With your help, we will continue to provide high-impact reporting that can counter misinformation and offer an authoritative, trustworthy source of news for everyone. With no shareholders or billionaire owner, we set our own agenda and provide journalism that's free from commercial and political influence. When it's never mattered more, we can investigate and challenge without fear or favour.

Unlike many others, we have maintained our choice: to keep Guardian journalism open for all readers, regardless of where they live or what they can afford to pay. We do this because we believe in information equality, where everyone deserves to read accurate news and thoughtful analysis. Greater numbers of people are staying well-informed on world events, and being inspired to take meaningful action.

We aim to offer readers a comprehensive, international perspective on critical events shaping our world – from the Black Lives Matter movement, to the new American administration, Brexit, and the world's slow emergence from a global pandemic. We are committed to upholding our reputation for urgent, powerful reporting on the climate emergency, and made the decision to reject advertising from fossil fuel companies, divest from the oil and gas industries, and set a course to achieve net zero emissions by 2030.

If there were ever a time to join us, it is now. Every contribution, however big or small, powers our journalism and sustains our future. **Support the Guardian from as little as $1 – it only takes a minute. Thank you.**

**Support the Guardian** →    

# POLITICO

**TECHNOLOGY**

## Facebook no longer treating 'man-made' Covid as a crackpot idea

Facebook's policy tweak arrives as support surges in Washington for a fuller investigation into the origins of Covid-19.



App. 903

Facebook will no longer take down posts claiming that Covid-19 was man-made or manufactured. | Sean Gallup/Getty Images

By **CRISTIANO LIMA**
05/26/2021 06:22 PM EDT
Updated: 05/27/2021 01:29 PM EDT

   

Facebook will no longer take down posts claiming that Covid-19 was man-made or manufactured, a company spokesperson told POLITICO on Wednesday, a move that acknowledges the renewed debate about the virus' origins.

**A narrative in flux:** Facebook's policy tweak arrives as support surges in Washington for a fuller investigation into the origins of Covid-19 after the Wall Street Journal reported that three scientists at the Wuhan Institute of Virology were hospitalized in late 2019 with symptoms consistent with the virus. The findings have reinvigorated the debate about the so-called Wuhan lab-leak theory, once dismissed as a fringe conspiracy theory.

Advertisement

President Joe Biden said Wednesday that he has ordered the intelligence community to "redouble" its efforts to find out the virus' origin and report back in 90 days. Biden also revealed that the intelligence community is split between two theories about Covid-19's origin, and said the review will examine "whether it emerged from human contact with an infected animal or from a laboratory accident." Bipartisan support is also building on Capitol Hill for a congressional inquiry.

But the focus of late has been on the notion that the virus may have accidentally escaped from the lab, not that it was man-made or purposely released — theories that could now propagate on Facebook. Genetic studies of the virus have found flaws in the protein it uses to bind to human cells. Those are features that someone trying to engineer a bioweapon likely would have avoided.

**Shifting definitions on social media:** Facebook announced in February it had expanded the list of misleading health claims that it would remove from its platforms to include those asserting that "COVID-19 is man-made or manufactured." The tech giant has updated its policies against false and misleading coronavirus information, including its running list of debunked claims, over the course of the pandemic in consultation with global health officials.

WHITE HOUSE



### Biden postpones event promoting Covid relief in Atlanta to meet with Asian American leaders

BY BEN LEONARD

But a Facebook spokesperson said Wednesday that the origin language had been stricken from that list due to the renewed debate about the virus' roots.

"In light of ongoing investigations into the origin of COVID-19 and in consultation with public health experts, we will no longer remove the claim that COVID-19 is man-made from our apps," the spokesperson said in an emailed statement. "We're continuing to work with health experts to keep pace with the evolving nature of the pandemic and regularly update our policies as new facts and trends emerge."

AD

**Policies under the microscope:** Social media companies have faced intense pressure from congressional Democrats to crack down more forcefully on misinformation about the virus throughout the pandemic, with House lawmakers hauling in the CEOs of Facebook, Twitter and Google for a hearing on the matter in March.

Other platforms including Twitter have said that misleading claims about the virus' roots may also violate its policies. But Facebook's move marks the first major sign prominent social media companies are revisiting those rules as the Wuhan lab-leak theory gains attention.

**App. 906**

Asked whether Twitter plans to revisit its own rules on Covid-19 origin claims, a company spokesperson said late Wednesday they had no updates to share at this time. Twitter continues to "work in close consultation with global public health authorities" on coronavirus misinformation issues, the spokesperson said in a statement.

A YouTube spokesperson confirmed in a statement Thursday that claims that the virus was man-made or originated in a lab accident do not violate the platform's policies because "there has not been consensus" on its origins. So the company's policy remains unchanged.

*Lauren Morello contributed to this report.*

**FILED UNDER:** GOOGLE, FACEBOOK, TWITTER, CHINA, JOE BIDEN, JOE BIDEN 2020, (•••)



## The Recast

How race and identity are shaping politics, policy and power.

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▾

* All fields must be completed to subscribe.

SIGN UP

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**SPONSORED CONTENT**                                    By                    |

# The
# Intercept_

Sam Biddle

May 14 2021, 3:43 p.m.



Photo illustration: Soohee Cho/The Intercept, Getty Images

Facebook's secret internal rules for moderating the term "Zionist" let
the social network suppress criticism of Israel amid an ongoing wave of

Israeli abuses and violence, according to people who reviewed the policies.

The rules appear to have been in place since 2019, seeming to contradict a claim by the company in March that no decision had been made on whether to treat the term "Zionist" as a proxy for "Jew" when determining whether it was deployed as "hate speech." The policies, obtained by The Intercept, govern the use of "Zionist" in posts not only on Facebook but across its subsidiary apps, including Instagram.

Both Facebook and Instagram are facing allegations of censorship following the erratic, widespread removal of recent posts from pro-Palestinian users critical of the Israeli government, including those who documented instances of Israeli state violence.

Mass violence has gripped Israel and Gaza since last week. Tensions kicked off amid Palestinian protests against planned evictions in occupied East Jerusalem to make way for Jewish settlers. Eventually, Israeli security forces stormed the Al Aqsa mosque compound in Jerusalem's old city, one of the holiest sites in Islam. The Palestinian militant group Hamas responded with rocket fire aimed at Israel. Israel, in turn, unleashed massive aerial bombardments and artillery attacks against the occupied Palestinian Gaza Strip, reportedly leaving more than 120 people, including 20 children, dead. At least 900 Palestinians have been injured since Monday. Reports said that in Israel, seven people, including a soldier and a child, had died as a result of the violence, with more than 500 injured.

"Facebook claims that their policy on the word 'Zionist' is about Jewish safety," Dani Noble, an organizer with Jewish Voice for Peace who reviewed the rules, told The Intercept. "But, according to their content policy excerpt, it seems Facebook decision-makers are more concerned with shielding Zionist Israeli settlers and the Israeli government from accountability for these crimes."

**Join Our Newsletter**
**Original reporting. Fearless journalism. Delivered to you.**
**I'm in →**

Though none of Facebook and Instagram's content removal has been tied conclusively to the term "Zionist," users and pro-Palestinian advocates were alarmed by disappearing posts and notices of policy violations over the last week. Facebook said the sudden deletion of deeply disturbing content documenting Israeli state violence was, as the company so often claims, just a big accident. Company spokesperson Sophie Vogel, in an email to The Intercept, blamed the deleted posts, many about the recent attempts to seize Palestinian homes by Israeli settlers, on an unspecified "wider technical issue" within Instagram and on a series of "mistaken" deletions and "human error."

Another spokesperson, Claire Lerner, said, "We allow critical discussion of Zionists, but remove attacks against them when context suggests the word is being used as a proxy for Jews or Israelis, both of which are protected characteristics under our hate speech policy." She added, "We recognize the sensitivity of this debate, and the fact that the word 'Zionist' is frequently used in important political debate. Our intention is never to stifle that debate, but to make sure that we're allowing as much speech as possible, while keeping everyone in our community safe."

Facebook did not provide comment about when the rules were implemented and the apparent contradiction with its public statements that such a policy was still under consideration and not being actively used.

While some Palestinians' Facebook and Instagram posts have simply vanished, suggesting a technical problem of some sort could plausibly be the cause, many others reported receiving a notification that their posts were removed because they violated company rules against "hate

speech or symbols." Those alleged violations constitute just one of many prohibitions drawn from a library of internal Facebook documents that ostensibly dictate what's permitted and what should be deleted for the company's multibillion-person audience.

Though the company claims its content decisions are increasingly made automatically by machines, Facebook and Instagram still rely on legions of low-paid contractors around the world, left to delete or preserve posts through a mix of personal judgment calls and the application of byzantine rule books, flow charts, and hypothetical examples. Facebook has previously dissembled on the question of whether it would add "Zionist" to a master list it maintains of protected classes of people, telling Palestinian activists at a virtual conference in March that it had made "no decision" on the matter. "We are looking about whether in some certain limited contexts, is it is accurate to consider that the word Zionist may be a proxy for Jew in some certain hate speech cases," Facebook's human rights chief Miranda Sissons told the Palestine Digital Activism Forum. This does not appear to be entirely true. (Sissons could not be reached for comment.)

# Baffling Examples for Moderators

A portion of one such internal rulebook reviewed by The Intercept walks Facebook and Instagram moderators through the process of determining whether posts and comments that make use of the term "Zionist" constitute hate speech.

"Zionism," strictly speaking, refers to the movement that advocated historically for the creation of a Jewish state or community in Palestine

**One Facebook moderator said the policy "leaves very little**

and more recently for the nation that emerged from that push, Israel. A Zionist is someone who participates in Zionism. Though "Zionist" and "Zionism" can be fraught terms, deployed at times by flagrant antisemitic people as a wink-and-nod **wiggle room for criticism of Zionism" at a time when precisely that ideology is subject to intense scrutiny and protest.** synonym for "Jew" and "Judaism," the words also have unequivocal historical and political meaning and clear, legitimate, and non-hateful uses, including in the context of criticism and discussion of the Israeli government and its policies. In the words of one Facebook moderator who spoke to The Intercept on the condition of anonymity to protect their job, in practice the policy "leaves very little wiggle room for criticism of Zionism" at a time when precisely that ideology is subject to intense scrutiny and protest.

The policy text on "Zionist" is only a brief section of a much larger document that walks moderators through the process of identifying a wide variety of protected classes and associated hate speech. It provides moderators with instructions "to determine if 'Zionist' is used as a proxy for Israeli/Jew" and thereby subject to deletion. Facebook says it does not currently consider "Zionist" a protected class on its own. It reads as follows:

What are the indicators to determine if "Zionist" is used as a proxy for Israeli/Jew?

We use the following Indicators to determine Proxy for Jew/Israeli:

1. When parent content explicitly calls out Jew or Israeli and comment contains 'Zionist' as a target plus Hate speech attack

**App. 912**

and no other context available then assume Jew/Israeli and delete.

Examples:

Delete: Parent Content, "Israeli settlers refuse to leave houses built on Palestinian territory"; Comment, "Fuck Zionists!"

No Action: Parent Content, "Zionist movement turns 60"; Comment, "Zionists are awful, I really hate them all"

In scenarios of visual or textual designated dehumanizing comparisons where there are references to "rats", should the references to Zionist(s) be considered as a proxy for "Jew(s)"?

Yes, only in these scenarios please consider "Zionist(s)" as a substitute to "Jew(s)" and action appropriately.

Critics noted that the first example is tied to a frequent and often violent real-world event — seizures of Palestinian homes by Israeli settlers — almost always carried out with justifications rooted in ideological Zionism or Israeli government policies themselves rooted in Zionism. The advocates who question Facebook's rules on the term "Zionist" worry they would collapse denunciations of such action and state policies into hate speech against Jews, making it difficult to criticize Israel online at all.

"The absurdity, futility, and politicized nature of Facebook's policy should be as clear as day right now, as we witness continued ethnic cleansing in occupied Jerusalem, and a new war on the besieged population of Gaza," said Dima Khalidi, director of Palestine Legal, an advocacy group. "The fundamental problem is that Zionism is a political ideology that justifies exactly the kind of forced expulsion of Palestinians — making some Palestinians refugees 3-times over — that

we're seeing right now in Sheikh Jarrah and other occupied East Jerus-
alem neighborhoods."

# Colonialism and Colonizers

Critics said Facebook's decision to zero in on "Zionist" as an ethnic
identity elides the fact that it describes a concrete ideological choice
and ignores how Palestinians and others have come to use the word in
the context of their historical repression by Israel. This focus inhibits
the very political discourse and protest throughout the world that Face-
book claims it's protecting, according to Jillian York, the Electronic
Frontier Foundation's director for international freedom of expression
and a longtime critic of Facebook's moderation practices. "While 'Zion-
ist' is used as a self-identity, its use by Jews and others (including many
Evangelical Christians) demonstrates that it's not purely a synonym for
'Jewish' as Facebook has suggested," York told The Intercept. "Further,
its use in the region is different — Palestinians use it as a synonym for
'colonizer', not for 'Jew.'" The policy constitutes a form of ideological
"exceptionalism" around Zionism, according to York, a treatment not
provided to other political identities like socialism or neoconservativ-
ism "as the result of political and other pressure."

Though Facebook said that no Instagram posts about the recent Israeli
violence were removed at the request of the Israeli government, the
country routinely makes such requests to the largely compliant com-
pany. And brigades of loosely organized pro-Israel volunteers, many co-
ordinating through the smartphone app Act.IL, participate in mass-re-
porting campaigns that can essentially trick Facebook's automated mod-
eration systems into flagging nonviolent political speech as hateful in-
citement. The company declined to comment on the record when asked
about evidence of mass-reporting campaigns.

The existence of the "Zionist" rules comes as a surprise to Palestinian advocates who say Facebook previously created the impression that limits on using the term "Zionist" were being considered within the company but not actually implemented. "We were led to believe that they are considering this policy and therefore they were consulting with civil society," Marwa Fatafta, Middle East and North Africa policy manager for Access Now, told The Intercept. Fatafta noted that she was asked to provide feedback on the possibility of such policy in 2020, whereas the document containing the rules indicates the rules on "Zionist" were released to moderators in 2019.

After reviewing the policy for herself, Fatafta said it reflects precisely the concerns she held when it was posed to her as hypothetical. "Zionism is a politically complex term that requires nuance," she told The Intercept. "There is no way for Facebook to moderate such content at scale without their systems running amok, curtailing legitimate political speech and silencing critical voices."



TECH

# Facebook says Donald Trump to remain banned for two years, effective from Jan. 7

PUBLISHED FRI, JUN 4 2021·12:37 PM EDT   UPDATED FRI, JUN 4 2021·2:20 PM EDT



**Salvador Rodriguez**
@SAL19

SHARE

## KEY POINTS

Facebook on Friday announced that it may allow former President Donald Trump's Facebook and Instagram accounts to be reinstated in January 2023.

At that time, the social media company will reevaluate whether the risk to public safety of allowing Trump back onto its services has receded.

This two-year suspension will prevent Trump from using Facebook or Instagram to broadcast to his followers until after the 2022 U.S. midterm elections.

In this article

FB  +0.24 (+0.07%)  


MARKETS


CNBC TV


WATCHLIST

MENU

**App. 916**



**VIDEO** 01:17

Facebook decides to continue Trump's suspension

[Facebook](#) on Friday [announced](#) that it may allow former President Donald Trump's Facebook and Instagram accounts to be reinstated in January 2023.

At that time, the social media company will reevaluate whether the risk to public safety of allowing Trump back onto its services has receded.

"We will evaluate external factors, including instances of violence, restrictions on peaceful assembly and other markers of civil unrest," the company said in a blog post. "If we determine that there is still a serious risk to public safety, we will extend the restriction for a set period of time and continue to re-evaluate until that risk has receded."

If Trump is allowed back on the service, there will be a strict set of rapidly escalating sanctions that will be triggered if Trump further violates the company's content moderation rules, Facebook said.

This two-year suspension will prevent Trump from using Facebook or Instagram to broadcast to his followers until after the 2022 U.S. midterm elections.

Facebook [suspended](#) Trump's accounts following the Jan. 6 insurrection on the U.S. Capitol. The decision was Facebook's most aggressive action against Trump during his four-year term.

Facebook referred the ban to its oversight board a few weeks later, [saying](#) that given the significance of the suspension, "we think it is important for the board to review it and







choice to suspend Trump's accounts. In its decision, however, the board noted that Facebook needed to reassess how it moderates the speech of political leaders, clearly outline those rules for the public and determine how long is appropriate for these users to be suspended.

The company said it determined that a two-year suspension was the appropriate length to allow a safe period of time after the acts of the Jan. 6 insurrection and it was a significant enough suspension to be a deterrent to Trump and others from repeating the violations in the future.

In a statement issued by his office, Trump criticized Facebook's decision, calling it an insult to his voters and falsely claiming that the 2020 presidential election was rigged.

"They shouldn't be allowed to get away with this censoring and silencing, and ultimately, we will win," Trump said in the statement. "Our Country can't take this abuse anymore!"

**In this article**

FB  **+0.24 (+0.07%)** 🌙



MARKETS



CNBC TV

WATCHLIST



MENU

# The Washington Post

*Democracy Dies in Darkness*

# Zuckerberg: Standing For Voice and Free Expression

By Tony Romm

Oct. 17, 2019 at 3:22 p.m. CDT

⬆   💬 17

*This is the text of Facebook CEO Mark Zuckerberg's speech at Georgetown University. Facebook provided the transcript.*

Hey everyone. It's great to be here at Georgetown with all of you today.

Before we get started, I want to acknowledge that today we lost an icon, Elijah Cummings. He was a powerful voice for equality, social progress and bringing people together.

When I was in college, our country had just gone to war in Iraq. The mood on campus was disbelief. It felt like we were acting without hearing a lot of important perspectives. The toll on soldiers, families and our national psyche was severe, and most of us felt powerless to stop it. I remember feeling that if more people had a voice to share their experiences, maybe things would have gone differently. Those early years shaped my belief that giving everyone a voice empowers the powerless and pushes society to be better over time.

Back then, I was building an early version of Facebook for my community, and I got to see my beliefs play out at smaller scale. When students got to express who they were and what mattered to them, they organized more social events, started more businesses, and even challenged some established ways of doing things on campus. It taught me that while the world's attention focuses on major events and institutions, the bigger story is that most progress in our lives comes from regular people having more of a voice.

Since then, I've focused on building services to do two things: give people voice, and bring people together. These two simple ideas — voice and inclusion — go hand in hand. We've seen this throughout history, even if it doesn't feel that way today. More people being able to share their perspectives has always been necessary to build a more inclusive society. And our mutual commitment to each other — that we hold each others' right to express our views and be heard above our own desire to always get the outcomes we want — is how we make progress together.

But this view is increasingly being challenged. Some people believe giving more people a voice is driving division rather than bringing us together. More people across the spectrum believe that achieving the political outcomes they think matter is more important than every person having a voice. I think that's dangerous. Today I want to talk about why, and some important choices we face around free expression.

Throughout history, we've seen how being able to use your voice helps people come together. We've seen this in the civil rights movement. Frederick Douglass once called free expression "the great moral renovator of society". He said "slavery cannot tolerate free speech". Civil rights leaders argued time and again that their protests were protected free

expression, and see no reason why I believe doing the right thing on First Amendment grounds".

We've seen this globally too, where the ability to speak freely has been central in the fight for democracy worldwide. The most repressive societies have always restricted speech the most — and when people are finally able to speak, they often call for change. This year alone, people have used their voices to end multiple long-running dictatorships in Northern Africa. And we're already hearing from voices in those countries that had been excluded just because they were women, or they believed in democracy.

Our idea of free expression has become much broader over even the last 100 years. Many Americans know about the Enlightenment history and how we enshrined the First Amendment in our constitution, but fewer know how dramatically our cultural norms and legal protections have expanded, even in recent history.

The first Supreme Court case to seriously consider free speech and the First Amendment was in 1919, Schenk vs the United States. Back then, the First Amendment only applied to the federal government, and states could and often did restrict your right to speak. Our ability to call out things we felt were wrong also used to be much more restricted. Libel laws used to impose damages if you wrote something negative about someone, even if it was true. The standard later shifted so it became okay as long as you could prove your critique was true. We didn't get the broad free speech protections we have now until the 1960s, when the Supreme Court ruled in opinions like New York Times vs Sullivan that you can criticize public figures as long as you're not doing so with actual malice, even if what you're saying is false.

We now have significantly broader power to call out things we feel are unjust and share our own personal experiences. Movements like #BlackLivesMatter and #MeToo went viral on Facebook — the hashtag #BlackLivesMatter was actually first used on Facebook — and this just wouldn't have been possible in the same way before. 100 years back, many of the stories people have shared would have been against the law to even write down. And without the internet giving people the power to share them directly, they certainly wouldn't have reached as many people. With Facebook, more than 2 billion people now have a greater opportunity to express themselves and help others.

While it's easy to focus on major social movements, it's important to remember that most progress happens in our everyday lives. It's the Air Force moms who started a Facebook group so their children and other service members who can't get home for the holidays have a place to go. It's the church group that came together during a hurricane to provide food and volunteer to help with recovery. It's the small business on the corner that now has access to the same sophisticated tools only the big guys used to, and now they can get their voice out and reach more customers, create jobs and become a hub in their local community. Progress and social cohesion come from billions of stories like this around the world.

People having the power to express themselves at scale is a new kind of force in the world — a Fifth Estate alongside the other power structures of society. People no longer have to rely on traditional gatekeepers in politics or media to make their voices heard, and that has important consequences. I understand the concerns about how tech platforms have centralized power, but I actually believe the much bigger story is how much these platforms have decentralized power by putting it directly into people's hands. It's part of this amazing expansion of voice through law, culture and technology.

**App. 920**

So giving people a voice and broader inclusion go hand in hand, and the trend has been towards greater voice over

time. But there's also a counter-trend. In times of social turmoil, our impulse is often to pull back on free expression. We want the progress that comes from free expression, but not the tension.

We saw this when Martin Luther King Jr. wrote his famous letter from Birmingham Jail, where he was unconstitutionally jailed for protesting peacefully. We saw this in the efforts to shut down campus protests against the Vietnam War. We saw this way back when America was deeply polarized about its role in World War I, and the Supreme Court ruled that socialist leader Eugene Debs could be imprisoned for making an anti-war speech.

In the end, all of these decisions were wrong. Pulling back on free expression wasn't the answer and, in fact, it often ended up hurting the minority views we seek to protect. From where we are now, it seems obvious that, of course, protests for civil rights or against wars should be allowed. Yet the desire to suppress this expression was felt deeply by much of society at the time.

Today, we are in another time of social tension. We face real issues that will take a long time to work through — massive economic transitions from globalization and technology, fallout from the 2008 financial crisis, and polarized reactions to greater migration. Many of our issues flow from these changes.

In the face of these tensions, once again a popular impulse is to pull back from free expression. We're at another cross-roads. We can continue to stand for free expression, understanding its messiness, but believing that the long journey towards greater progress requires confronting ideas that challenge us. Or we can decide the cost is simply too great. I'm here today because I believe we must continue to stand for free expression.

At the same time, I know that free expression has never been absolute. Some people argue internet platforms should allow all expression protected by the First Amendment, even though the First Amendment explicitly doesn't apply to companies. I'm proud that our values at Facebook are inspired by the American tradition, which is more supportive of free expression than anywhere else. But even American tradition recognizes that some speech infringes on others' rights. And still, a strict First Amendment standard might require us to allow terrorist propaganda, bullying young people and more that almost everyone agrees we should stop — and I certainly do — as well as content like pornography that would make people uncomfortable using our platforms.

So once we're taking this content down, the question is: where do you draw the line? Most people agree with the principles that you should be able to say things other people don't like, but you shouldn't be able to say things that put people in danger. The shift over the past several years is that many people would now argue that more speech is dangerous than would have before. This raises the question of exactly what counts as dangerous speech online. It's worth examining this in detail.

Many arguments about online speech are related to new properties of the internet itself. If you believe the internet is completely different from everything before it, then it doesn't make sense to focus on historical precedent. But we should be careful of overly broad arguments since they've been made about almost every new technology, from the printing press to radio to TV. Instead, let's consider the specific ways the internet is different and how internet services like ours might address those risks while protecting free expression.

One clear difference is that a lot more people now have a voice — almost half the world. That's dramatically empowering for all the reasons I've mentioned. But inevitably some people will use their voice to organize violence,

undermine elections or hurt others, and we have a responsibility to address these risks. When you're serving billions of people, even if a very small percent cause harm, that can still be a lot of harm.

We build specific systems to address each type of harmful content — from incitement of violence to child exploitation to other harms like intellectual property violations — about 20 categories in total. We judge ourselves by the prevalence of harmful content and what percent we find proactively before anyone reports it to us. For example, our AI systems identify 99% of the terrorist content we take down before anyone even sees it. This is a massive investment. We now have over 35,000 people working on security, and our security budget today is greater than the entire revenue of our company at the time of our IPO earlier this decade.

All of this work is about enforcing our existing policies, not broadening our definition of what is dangerous. If we do this well, we should be able to stop a lot of harm while fighting back against putting additional restrictions on speech.

Another important difference is how quickly ideas can spread online. Most people can now get much more reach than they ever could before. This is at the heart of a lot of the positive uses of the internet. It's empowering that anyone can start a fundraiser, share an idea, build a business, or create a movement that can grow quickly. But we've seen this go the other way too — most notably when Russia's IRA tried to interfere in the 2016 elections, but also when misinformation has gone viral. Some people argue that virality itself is dangerous, and we need tighter filters on what content can spread quickly.

For misinformation, we focus on making sure complete hoaxes don't go viral. We especially focus on misinformation that could lead to imminent physical harm, like misleading health advice saying if you're having a stroke, no need to go to the hospital.

More broadly though, we've found a different strategy works best: focusing on the authenticity of the speaker rather than the content itself. Much of the content the Russian accounts shared was distasteful but would have been considered permissible political discourse if it were shared by Americans — the real issue was that it was posted by fake accounts coordinating together and pretending to be someone else. We've seen a similar issue with these groups that pump out misinformation like spam just to make money.

The solution is to verify the identities of accounts getting wide distribution and get better at removing fake accounts. We now require you to provide a government ID and prove your location if you want to run political ads or a large page. You can still say controversial things, but you have to stand behind them with your real identity and face accountability. Our AI systems have also gotten more advanced at detecting clusters of fake accounts that aren't behaving like humans. We now remove billions of fake accounts a year — most within minutes of registering and before they do much. Focusing on authenticity and verifying accounts is a much better solution than an ever-expanding definition of what speech is harmful.

Another qualitative difference is the internet lets people form communities that wouldn't have been possible before. This is good because it helps people find groups where they belong and share interests. But the flip side is this has the potential to lead to polarization. I care a lot about this — after all, our goal is to bring people together.

Much of the research I've seen is mixed and suggests the internet could actually decrease aspects of polarization. The most polarized voters in the last presidential election were the people least likely to use the internet. Research from the

Reuters Institute also shows people who get their news online usually have a broader media diet than people who don't, and they're exposed to a broader range of viewpoints. This is because most people watch only a couple of cable news stations or read only a couple of newspapers, but even if most of your friends online have similar views, you usually have some that are different, and you get exposed to different perspectives through them. Still, we have an important role in designing our systems to show a diversity of ideas and not encourage polarizing content.

One last difference with the internet is it lets people share things that would have been impossible before. Take live-streaming, for example. This allows families to be together for moments like birthdays and even weddings, schoolteachers to read bedtime stories to kids who might not be read to, and people to witness some very important events. But we've also seen people broadcast self-harm, suicide, and terrible violence. These are new challenges and our responsibility is to build systems that can respond quickly.

We're particularly focused on well-being, especially for young people. We built a team of thousands of people and AI systems that can detect risks of self-harm within minutes so we can reach out when people need help most. In the last year, we've helped first responders reach people who needed help thousands of times.

For each of these issues, I believe we have two responsibilities: to remove content when it could cause real danger as effectively as we can, and to fight to uphold as wide a definition of freedom of expression as possible — and not allow the definition of what is considered dangerous to expand beyond what is absolutely necessary. That's what I'm committed to.

But beyond these new properties of the internet, there are also shifting cultural sensitivities and diverging views on what people consider dangerous content.

Take misinformation. No one tells us they want to see misinformation. That's why we work with independent fact checkers to stop hoaxes that are going viral from spreading. But misinformation is a pretty broad category. A lot of people like satire, which isn't necessarily true. A lot of people talk about their experiences through stories that may be exaggerated or have inaccuracies, but speak to a deeper truth in their lived experience. We need to be careful about restricting that. Even when there is a common set of facts, different media outlets tell very different stories emphasizing different angles. There's a lot of nuance here. And while I worry about an erosion of truth, I don't think most people want to live in a world where you can only post things that tech companies judge to be 100% true.

We recently clarified our policies to ensure people can see primary source speech from political figures that shapes civic discourse. Political advertising is more transparent on Facebook than anywhere else — we keep all political and issue ads in an archive so everyone can scrutinize them, and no TV or print does that. We don't fact-check political ads. We don't do this to help politicians, but because we think people should be able to see for themselves what politicians are saying. And if content is newsworthy, we also won't take it down even if it would otherwise conflict with many of our standards.

I know many people disagree, but, in general, I don't think it's right for a private company to censor politicians or the news in a democracy. And we're not an outlier here. The other major internet platforms and the vast majority of media also run these same ads.

American tradition also has some precedent here. The Supreme Court case I mentioned earlier that gave us our current broad speech rights, New York Times vs Sullivan, was actually about an ad with misinformation, supporting Martin Luther King Jr. and criticizing an Alabama police department. The police commissioner sued the Times for running the ad, the jury in Alabama found against the Times, and the Supreme Court unanimously reversed the decision,

As a principle, in a democracy, I believe people should decide what is credible, not tech companies. Of course there are exceptions, and even for politicians we don't allow content that incites violence or risks imminent harm — and of course we don't allow voter suppression. Voting is voice. Fighting voter suppression may be as important for the civil rights movement as free expression has been. Just as we're inspired by the First Amendment, we're inspired by the 15th Amendment too.

Given the sensitivity around political ads, I've considered whether we should stop allowing them altogether. From a business perspective, the controversy certainly isn't worth the small part of our business they make up. But political ads are an important part of voice — especially for local candidates, up-and-coming challengers, and advocacy groups that may not get much media attention otherwise. Banning political ads favors incumbents and whoever the media covers.

Even if we wanted to ban political ads, it's not clear where we'd draw the line. There are many more ads about issues than there are directly about elections. Would we ban all ads about healthcare or immigration or women's empowerment? If we banned candidates' ads but not these, would that really make sense to give everyone else a voice in political debates except the candidates themselves? There are issues any way you cut this, and when it's not absolutely clear what to do, I believe we should err on the side of greater expression.

Or take hate speech, which we define as someone directly attacking a person or group based on a characteristic like race, gender or religion. We take down content that could lead to real world violence. In countries at risk of conflict, that includes anything that could lead to imminent violence or genocide. And we know from history that dehumanizing people is the first step towards inciting violence. If you say immigrants are vermin, or all Muslims are terrorists — that makes others feel they can escalate and attack that group without consequences. So we don't allow that. I take this incredibly seriously, and we work hard to get this off our platform.

American free speech tradition recognizes that some speech can have the effect of restricting others' right to speak. While American law doesn't recognize "hate speech" as a category, it does prohibit racial harassment and sexual harassment. We still have a strong culture of free expression even while our laws prohibit discrimination.

But still, people have broad disagreements over what qualifies as hate and shouldn't be allowed. Some people think our policies don't prohibit content they think qualifies as hate, while others think what we take down should be a protected form of expression. This area is one of the hardest to get right.

I believe people should be able to use our services to discuss issues they feel strongly about — from religion and immigration to foreign policy and crime. You should even be able to be critical of groups without dehumanizing them. But even this isn't always straightforward to judge at scale, and it often leads to enforcement mistakes. Is someone re-posting a video of a racist attack because they're condemning it, or glorifying and encouraging people to copy it? Are they using normal slang, or using an innocent word in a new way to incite violence? Now multiply those linguistic challenges by more than 100 languages around the world.

Rules about what you can and can't say often have unintended consequences. When speech restrictions were

implemented these. At one point, Maria noted they were penalizing heavily people, citizens from poorer backgrounds because the way they expressed things didn't match the elite Oxbridge style. In everything we do, we need to make sure we're empowering people, not simply reinforcing existing institutions and power structures.

That brings us back to the cross-roads we all find ourselves at today. Will we continue fighting to give more people a voice to be heard, or will we pull back from free expression?

I see three major threats ahead:

The first is legal. We're increasingly seeing laws and regulations around the world that undermine free expression and people's human rights. These local laws are each individually troubling, especially when they shut down speech in places where there isn't democracy or freedom of the press. But it's even worse when countries try to impose their speech restrictions on the rest of the world.

This raises a larger question about the future of the global internet. China is building its own internet focused on very different values, and is now exporting their vision of the internet to other countries. Until recently, the internet in almost every country outside China has been defined by American platforms with strong free expression values. There's no guarantee these values will win out. A decade ago, almost all of the major internet platforms were American. Today, six of the top ten are Chinese.

We're beginning to see this in social media. While our services, like WhatsApp, are used by protesters and activists everywhere due to strong encryption and privacy protections, on TikTok, the Chinese app growing quickly around the world, mentions of these protests are censored, even in the US.

Is that the internet we want?

It's one of the reasons we don't operate Facebook, Instagram or our other services in China. I wanted our services in China because I believe in connecting the whole world and I thought we might help create a more open society. I worked hard to make this happen. But we could never come to agreement on what it would take for us to operate there, and they never let us in. And now we have more freedom to speak out and stand up for the values we believe in and fight for free expression around the world.

This question of which nation's values will determine what speech is allowed for decades to come really puts into perspective our debates about the content issues of the day. While we may disagree on exactly where to draw the line on specific issues, we at least can disagree. That's what free expression is. And the fact that we can even have this conversation means that we're at least debating from some common values. If another nation's platforms set the rules, our discourse will be defined by a completely different set of values.

To push back against this, as we all work to define internet policy and regulation to address public safety, we should also be proactive and write policy that helps the values of voice and expression triumph around the world.

The second challenge to expression is the platforms themselves — including us. Because the reality is we make a lot of decisions that affect people's ability to speak.

I'm committed to the values we're discussing today, but we won't always get it right. I understand people are concerned that we have so much control over how they communicate on our services. And I understand people are concerned about bias and making sure their ideas are treated fairly. Frankly, I don't think we should be making so many

important decisions about speech on our own either. We'd benefit from a more democratic process, clearer rules for the internet, and new institutions.

That's why we're establishing an independent Oversight Board for people to appeal our content decisions. The board will have the power to make final binding decisions about whether content stays up or comes down on our services — decisions that our team and I can't overturn. We're going to appoint members to this board who have a diversity of views and backgrounds, but who each hold free expression as their paramount value.

Building this institution is important to me personally because I'm not always going to be here, and I want to ensure the values of voice and free expression are enshrined deeply into how this company is governed.

The third challenge to expression is the hardest because it comes from our culture. We're at a moment of particular tension here and around the world — and we're seeing the impulse to restrict speech and enforce new norms around what people can say.

Increasingly, we're seeing people try to define more speech as dangerous because it may lead to political outcomes they see as unacceptable. Some hold the view that since the stakes are so high, they can no longer trust their fellow citizens with the power to communicate and decide what to believe for themselves.

I personally believe this is more dangerous for democracy over the long term than almost any speech. Democracy depends on the idea that we hold each others' right to express ourselves and be heard above our own desire to always get the outcomes we want. You can't impose tolerance top-down. It has to come from people opening up, sharing experiences, and developing a shared story for society that we all feel we're a part of. That's how we make progress together.

So how do we turn the tide? Someone once told me our founding fathers thought free expression was like air. You don't miss it until it's gone. When people don't feel they can express themselves, they lose faith in democracy and they're more likely to support populist parties that prioritize specific policy goals over the health of our democratic norms.

I'm a little more optimistic. I don't think we need to lose our freedom of expression to realize how important it is. I think people understand and appreciate the voice they have now. At some fundamental level, I think most people believe in their fellow people too.

As long as our governments respect people's right to express themselves, as long as our platforms live up to their responsibilities to support expression and prevent harm, and as long as we all commit to being open and making space for more perspectives, I think we'll make progress. It'll take time, but we'll work through this moment. We overcame deep polarization after World War I, and intense political violence in the 1960s. Progress isn't linear. Sometimes we take two steps forward and one step back. But if we can't agree to let each other talk about the issues, we can't take the first step. Even when it's hard, this is how we build a shared understanding.

So yes, we have big disagreements. Maybe more now than at any time in recent history. But part of that is because we're getting our issues out on the table — issues that for a long time weren't talked about. More people from more parts of our society have a voice than ever before, and it will take time to hear these voices and knit them together into a coherent narrative. Sometimes we hope for a singular event to resolve these conflicts, but that's never been how it works. We focus on the major institutions — from governments to large companies — but the bigger story has always

**App. 926**

been regular people using their voice to take billions of individual steps forward to make our lives and our communities better.

The future depends on all of us. Whether you like Facebook or not, we need to recognize what is at stake and come together to stand for free expression at this critical moment.

I believe in giving people a voice because, at the end of the day, I believe in people. And as long as enough of us keep fighting for this, I believe that more people's voices will eventually help us work through these issues together and write a new chapter in our history — where from all of our individual voices and perspectives, we can bring the world closer together.

By Tony Romm

Tony Romm is a technology policy reporter at The Washington Post. He has spent nearly ten years covering the ways that tech companies like Apple, Facebook and Google navigate the corridors of government – and the regulations that sometimes result. 🐦 Twitter



# Is Facebook censoring conservatives or is moderating just too hard?

The company says it makes moderation errors. Others, particularly conservatives, see censorship.



**Queenie Wong**
Oct. 29, 2019

Last year, Prager University took to Twitter to complain about Facebook. The conservative organization's grievance? Facebook had blocked videos that were flagged as hate speech.

One of the blocked videos argued that men should be more masculine, rather than less. Another video stated it wasn't Islamophobic to argue that the Muslim world is currently "dominated by bad ideas and beliefs."

**App. 928**

Facebook quickly apologized, tweeting that the blocks were mistakes. The social network, which defines hate speech as a "direct attack" based on religion, gender or other protected characteristics, said it would look into what happened.

That didn't satisfy PragerU or some of its more than 3 million Facebook followers, who accused the company of intentionally censoring conservative speech.

"They didn't do anything until there was a public outcry," said Craig Strazzeri, chief marketing officer of PragerU, adding that the social network has a history of censoring conservative speech.

[REDACTED]

BY CNET

This story is part of [REDACTED], CNET's look at internet censorship around the world.

Robert Rodriguez/CNET

Facebook has repeatedly denied that it suppresses conservative voices.

The dust-up between PragerU and Facebook underscores one of the biggest challenges for social media companies as they try to become consistent about what content is allowed on their platforms. Content moderation errors, whether innocent or intentional, fuel an ongoing belief that social networks like Facebook, Twitter and Google-owned YouTube censor speech.

Conservatives are not the only ones to accuse Facebook of censorship. Some LGBQT users and some black users have made the same claim, but conservatives are the most consistently vocal.

The allegation of anti-right bias at Facebook goes back to at least 2016, when former contractors who worked at the company told Gizmodo they'd been instructed to suppress news from conservative sources. Facebook denied the

**App. 929**

allegations.

screen-shot-2019-10-25-at-12-11-51-pm.png

One of the videos marked as Facebook as hate speech argued that the Muslim world is "dominated by bad ideas and beliefs."   YouTube/PragerU

Conservatives cite Silicon Valley's largely liberal workforce, as well as events like the barring of figures like Milo Yiannopoulos and YouTube's demonetizing various right-of-center channels, as evidence of bias.

Tech companies have said in congressional hearings that suppressing content based on viewpoint goes against their missions. A Twitter representative told Congress this year it found "no statistically significant difference" between the reach of tweets by Democrats versus Republicans. Mark Zuckerberg, Facebook's boss, has had a quiet series of dinners with aggrieved conservatives to hear their complaints about perceived bias.

> Social Media is totally discriminating against Republican/Conservative voices. Speaking loudly and clearly for the Trump Administration, we won't let that happen. They are closing down the opinions of many people on the RIGHT, while at the same time doing nothing to others.......
>
> — Donald J. Trump (@realDonaldTrump) August 18, 2018

What is called censorship by some, as in the case of PragerU, has been labeled a mistake by tech companies themselves.

Facebook, which has more than 2.4 billion users worldwide, says human reviewers make the wrong call in more than 1 in 10 cases. The estimate is based on a sample of content taken down by mistake, and posts that were left up but should have been pulled down.

It's unclear how many posts this equates to, but content reviewers look at more than 2 million posts a day, Facebook said. Twitter and Google declined to disclose their error rates.

Allegations of conservative censorship partially stem from a lack of trust in specific companies, says Jillian York, director for international freedom of expression at the Electronic Frontier Foundation. Facebook has been particularly beleaguered by scandals in recent years, ranging from content moderation spats to the infamous Cambridge Analytica case.

gettyimages-944424000

When Facebook CEO Mark Zuckerberg appeared before the Senate in 2018, he was grilled on political bias by Republican Sen. Ted Cruz of Texas.    Pool/Getty

But even at the best of times, when intentions are both clean and clear, bias can't be ruled out, York said.

"Most of this content moderation is still done by humans, and humans are notorious for having their own values and biases," York said.

Tech companies routinely release data about the types of content they remove from their platforms. Content moderation, though, is still an opaque process. Advocacy groups have been pushing social media companies to share more information about how they apply their policies.

Content moderation is a "black box" that even experts are still trying to wrap their heads around, said Liz Woolery, deputy director of the free expression project at the Center for Democracy and Technology. "If we can get a better look inside that

**App. 932**

black box, we can begin to better understand content moderation at large."

## How mistakes happen

Social networks might mistakenly pull down or keep up content for a host of reasons. Human reviewers sometimes have trouble interpreting the company's rules. A machine might have mistakenly flagged a post because of a keyword or a user's behavior.

PragerU's Strazzeri said Facebook told him that a worker on the company's content moderation team removed both videos after labelling them as hate speech.

"The fact that they admitted that one employee was responsible for both of them -- it doesn't sound like a mistake. It sounds like a deliberate action," Strazzeri said.

Facebook confirmed the mistake was due to human error but declined to provide details about how it happened. The PragerU incident is just one of several high-profile errors by social networks.

In June, Twitter apologized for suspending accounts critical of the Chinese government ahead of the 30th anniversary of the violent crackdown on pro-democracy demonstrations known as the Tiananmen Square massacre. The suspensions, which prompted concerns that the Chinese government was further suppressing free speech, were actually mistakes in a system designed to catch spammers and fake accounts, Twitter said.

**App. 933**

gettyimages-1027071144

Facebook COO Sheryl Sandberg and Twitter CEO Jack Dorsey spoke to the House Energy and Commerce Committee in September about their companies' content moderation practices.

Drew Angerer/Getty

Other mistakes have made headlines too. Dan Scavino, the White House social media director, was temporarily blocked in March from replying to comments on his personal Facebook page because the social network mistook him for a bot. Three months later, videos about Adolf Hitler uploaded by British history teachers were accidentally flagged by YouTube for hate speech, according to The Guardian.

For its own battle with Silicon Valley, PragerU may find a powerful ally in President Donald Trump. Trump temporarily launched a website in May asking people to share information with the government if they believed their social media account had been suspended, banned or reported because of political bias.

**App. 934**

With the 2020 election cycle heating up, allegations of bias are likely to rise. Zuckerberg attempted to preempt this at a <u>Georgetown University speech in mid-October</u>.

"I'm here today because I believe we must continue to stand for free expression," he said.

Facebook and Twitter are often on high alert around events like elections and important commemoration days. For that reason, content moderation mistakes can be made at the most inopportune time for bloggers and creators.

A month before the first phase of India's general election in April, Dhruv Rathee, an Indian YouTuber who posts political videos, got a notice from Facebook that he was banned for 30 days because one of his posts violated the site's community standards.

Rathee's blocked post contained underlined passages from an Encyclopaedia Britannica biography of Adolf Hitler. "These are paragraphs from Adolf Hitler. Read the lines I underlined in red color," the post reads. Rathee was making a comparison between the German dictator and incumbent Indian Prime Minister Narendra Modi, but he doesn't mention the latter by name.



Capital One is the on. Kind of like...

Learn More

He was on the fence about whether it was a mistake made by a machine or if a Facebook worker was trying to ban him from the social network ahead of the election.

**App. 935**

The notice Rathee received from Facebook didn't mention which rule he violated, Rathee told CNET. There was a button to contest the decision but no way to email or call a Facebook employee for help.

So, like PragerU, he tweeted about the ban and within the same day he received a note from Facebook acknowledging it had made a mistake and would unblock his account.

"I think it only happened because of the publicity I got from my tweet," said Rathee, who has roughly 355,000 followers on Twitter. "Someone who doesn't have that large following is helpless."

## Appealing a decision

Social media users, whether or not they're high profile, say they have trouble appealing what they perceive as content moderation errors. Users have complained about automated responses or links that don't work, further fueling speculation of bias and censorship. Not everyone who has tried to appeal a decision has been successful.

Eileen Morentz, a resident of Oakland, California, who uses Twitter to talk politics, responded earlier this year to tweets about the topic of unwanted touching. At some point in the conversation, Morentz said she tweeted that the user's viewpoint about the topic was similar to men calling women who weren't interested in sleeping with them "frigid bitches."

That's when she got a notice from Twitter saying she could delete the tweet and have her account unlocked or appeal the decision. She chose the latter, arguing to the company that she was making an analogy and not name-calling a user.

She never heard back, so she ended up abandoning her account and creating a new one.

Whether something stays up or is taken down can come down to a moderator's interpretation of a single word or phrase. This can be harder than it sounds because of cultural context. Often slurs have been reclaimed by communities as

**App. 936**

6/17/2021
Is Facebook censoring conservatives or is moderating just too hard? - CNET
Case 4:21-cv-00220-RH-MAF Document 106-2 Filed 06/21/21 Page 67 of 181

their own. In 2017, Facebook came under fire from members of the LGBTQ community after their accounts were mistakenly suspended for using the word "dyke," according to Wired.

gettyimages-1176377165

At a recent Georgetown University speech, CEO Mark Zuckerberg said Facebook is on the side of free speech.    Andrew Caballero-Reynolds/Getty

It's partially for reasons like this that Facebook is creating an independent oversight board. It'll act as a Supreme Court and will be able to overrule Zuckerberg himself.

Strazzeri, the PragerU executive, said Facebook hasn't flagged the organization's videos since the incident last year. But the nonprofit has raised censorship concerns about other social networks.

PragerU has sued Google-owned YouTube twice over allegations of conservative censorship. A California judge dismissed one of the lawsuits in 2018. The other is still ongoing. PragerU also said that Twitter banned it from advertising.

The organization's troubles with Facebook aren't over, Strazzeri said. Facebook users have told PragerU that they've liked a post only to go back and discover it was unliked, or find that they've unfollowed PragerU's page when they haven't. A Facebook spokesperson said the company would look into these issues if PragerU provided more information.

It's unclear whether the reported changes are real, intentional or just another mistake made by Facebook.



Banking with Capital One is the easiest decision. Kind of like...

c|net

**MORE FROM CNET**

Stimulus check updates

Upgrade to Windows 10 for free right now

Best VPN service of 2021

The best Wi-Fi routers for 2021

**App. 938**

 

REVIEWS　SMART HOME & GADGETS　MOI　　　　CIENCE & HEALTH　CAMERAS　COMPUTING

# Former Facebook Workers: We Routinely Suppressed Conservative News

Share      



**Michael Nunez**
Published 5 years ago:　May 10, 2016 at 12:30 pm　-
Filed to:　CURATORS ⌄



Facebook workers routinely suppressed news stories of interest to conservative readers from the social network's influential "trending" news section, according to a former journalist who worked on the project. This individual says that workers prevented stories about the right-wing CPAC gathering, Mitt

**App. 939**

Romney, Rand Paul and other conservative topics from appearing in the highly-influential section, even though they were organically trending among the site's users.



Several former Facebook "news curators", as they were known internally, also told Gizmodo that they were instructed to artificially "inject" selected stories into the trending news module, even if they weren't popular enough to warrant inclusion — or in some cases weren't trending at all. The former curators, all of whom worked as contractors, also said they were directed not to include news about Facebook itself in the trending module.

In other words, Facebook's news section operates like a traditional newsroom, reflecting the biases of its workers and the institutional imperatives of the corporation. Imposing human editorial values onto the lists of topics an algorithm spits out is by no means a bad thing — but it is in stark contrast to the company's claims that the trending module simply lists "topics that have recently become popular on Facebook".

These new allegations emerged after Gizmodo last week revealed details about the inner workings of Facebook's trending news team — a small group of young journalists, primarily educated at Ivy League or private East Coast universities, who curate the "trending" module on the upper-right-hand corner of the site. As we reported last week, curators have access to a ranked list of trending topics surfaced by Facebook's algorithm, which prioritises the stories that should be shown to Facebook users in the

**App. 940**

Former Facebook Workers: We Routinely Suppressed Conservative News

trending section. The curators write headlines and summaries of each topic, and include links to news sites. The section, which launched in 2014, constitutes some of the most powerful real estate on the internet and helps dictate what news Facebook's users — 167 million in the US alone — are reading at any given moment.

"Depending on who was on shift, things would be blacklisted or trending," said the former curator. This individual asked to remain anonymous, citing fear of retribution from the company. The former curator is politically conservative, one of a very small handful of curators with such views on the trending team. "I'd come on shift and I'd discover that CPAC or Mitt Romney or Glenn Beck or popular conservative topics wouldn't be trending because either the curator didn't recognise the news topic or it was like they had a bias against Ted Cruz."

The former curator was so troubled by the omissions that they kept a running log of them at the time; this individual provided the notes to Gizmodo. Among the deep-sixed or suppressed topics on the list: former IRS official Lois Lerner, who was accused by Republicans of inappropriately scrutinising conservative groups; Wisconsin Gov Scott Walker; popular conservative news aggregator the Drudge Report; Chris Kyle, the former Navy SEAL who was murdered in 2013; and former Fox News contributor Steven Crowder. "I believe it had a chilling effect on conservative news," the former curator said.

Another former curator agreed that the operation had an aversion to right-wing news sources. "It was absolutely bias. We were doing it subjectively. It just depends on who the curator is and what time of day it is," said the former curator. "Every once in a while a Red State or conservative news source would have a story. But we would have to go and find the same story from a more neutral outlet that wasn't as biased."

Stories covered by conservative outlets (like Breitbart, Washington Examiner and Newsmax) that were trending enough to be picked up by Facebook's algorithm were excluded unless mainstream sites like the *New York Times*, the BBC and CNN covered the same stories.

**App. 941**

Other former curators interviewed by Gizmodo denied consciously suppressing conservative news, and we were unable to determine if left-wing news topics or sources were similarly suppressed. The conservative curator described the omissions as a function of his colleagues' judgements; there is no evidence that Facebook management mandated or was even aware of any political bias at work.



Can You Trust Facebook With News?

Managers on the trending news team did, however, explicitly instruct curators to artificially manipulate the trending module in a different way: When users weren't reading stories that management viewed as important, several former workers said, curators were told to put them in the trending news feed anyway. Several former curators described using something called an "injection tool" to push topics into the trending module that weren't organically being shared or discussed enough to warrant inclusion — putting the headlines in front of thousands of readers rather than allowing stories to surface on their own. In some cases, after a topic was injected, it actually became the number one trending news topic on Facebook.

"We were told that if we saw something, a news story that was on the front page of these ten sites, like CNN, the *New York Times*, and BBC, then we could inject the topic," said one former curator. "If it looked like it had enough news sites covering the story, we could inject it — even if it wasn't naturally trending." Sometimes, breaking news would be injected because it wasn't attaining critical mass on Facebook quickly enough to be deemed "trending" by the algorithm. Former curators cited the disappearance of Malaysia Airlines flight MH370 and the Charlie Hebdo attacks in Paris as two instances in which non-trending stories were forced into the module. Facebook has struggled to compete with Twitter when it comes to delivering real-time news to users; the injection tool may have been designed

**App. 942**

Former Facebook Workers: We Routinely Suppressed Conservative News

to artificially correct for that deficiency in the network. "We would get yelled at if it was all over Twitter and not on Facebook," one former curator said.

In other instances, curators would inject a story — even if it wasn't being widely discussed on Facebook — because it was deemed important for making the network look like a place where people talked about hard news. "People stopped caring about Syria," one former curator said. "[And] if it wasn't trending on Facebook, it would make Facebook look bad." That same curator said the Black Lives Matter movement was also injected into Facebook's trending news module. "Facebook got a lot of pressure about not having a trending topic for Black Lives Matter," the individual said. "They realised it was a problem, and they boosted it in the ordering. They gave it preference over other topics. When we injected it, everyone started saying, 'Yeah, now I'm seeing it as number one.'" This particular injection is especially noteworthy because the #BlackLivesMatter movement originated on Facebook, and the ensuing media coverage of the movement often noted its powerful social media presence.

(In February, CEO Mark Zuckerberg expressed his support for the movement in an internal memo chastising Facebook employees for defacing Black Lives Matter slogans on the company's internal "signature wall".)

When stories about Facebook itself would trend organically on the network, news curators used less discretion — they were told not to include these stories at all. "When it was a story about the company, we were told not to touch it," said one former curator. "It had to be cleared through several channels, even if it was being shared quite a bit. We were told that we should not be putting it on the trending tool."

(The curators interviewed for this story worked for Facebook across a timespan ranging from mid-2014 to December 2015.)

"We were always cautious about covering Facebook," said another former curator. "We would always wait to get second level approval before trending something to Facebook. Usually we had the authority to trend anything on our own [but] if it was something involving Facebook, the copy editor would call their manager, and that manager might even call their manager before approving a topic involving Facebook."

**App. 943**

Gizmodo reached out to Facebook for comment about each of these specific claims via email and phone, but did not receive a response. A Facebook spokesperson has issued the following statement to outlets including BuzzFeed and TechCrunch.

We take allegations of bias very seriously. Facebook is a platform for people and perspectives from across the political spectrum. Trending Topics shows you the popular topics and hashtags that are being talked about on Facebook. There are rigorous guidelines in place for the review team to ensure consistency and neutrality. These guidelines do not permit the suppression of political perspectives. Nor do they permit the prioritisation of one viewpoint over another or one news outlet over another. These guidelines do not prohibit any news outlet from appearing in Trending Topics.

Several former curators said that as the trending news algorithm improved, there were fewer instances of stories being injected. They also said that the trending news process was constantly being changed, so there's no way to know exactly how the module is run now. But the revelations undermine any presumption of Facebook as a neutral pipeline for news, or the trending news module as an algorithmically-driven list of what people are *actually* talking about.

Rather, Facebook's efforts to play the news game reveal the company to be much like the news outlets it is rapidly driving toward irrelevancy: a select group of professionals with vaguely centre-left sensibilities. It just happens to be one that poses as a neutral reflection of the vox populi, has the power to influence what billions of users see and openly discusses whether it should use that power to influence presidential elections.

"It wasn't trending news at all," said the former curator who logged conservative news omissions. "It was an opinion."

Several hours after this report was published in the US, Gizmodo editors started seeing it as a topic in Facebook's trending section. Gizmodo's video was posted under the topic but the "Top Posts" were links to RedState.com and the Faith and Freedom Coalition.

**App. 944**

BREAKING   |   Mar 31, 2021, 04:45pm EDT   |   3,083 views

# Conservatives Blast Facebook For Removing Trump Interview With Daughter-In-Law



**Rachel Sandler** Forbes Staff

Business

*I cover the world's richest.*

Follow



**Listen to this article now**

02:22    Powered by **Trinity Audio**

**TOPLINE**  Facebook on Wednesday removed an interview with former President Donald Trump on his daughter-in-law's Facebook page, drawing immediate backlash from conservatives renewing their ongoing complaints against Big Tech and Section 230.



Lara Trump, daughter-in-law and campaign advisor for U.S. President Donald Trump, pre-records her
... [+]  PHOTO BY CHIP SOMODEVILLA/GETTY IMAGES

**App. 945**

**KEY FACTS**

- Lara Trump, who is married to Trump's son, Eric, promoted an interview on Facebook and Instagram with the former president Wednesday for her show "The Right View."

- Soon after, Facebook removed the interview because content posted "in the voice of Donald Trump" is not allowed while he remains banned from the platform, a Facebook employee said in a screenshot of an email posted by Lara Trump. (Facebook did not immediately respond to a request for comment from *Forbes*, but confirmed it removed the video to *USA Today*.)

- Facebook said the rule applies to campaign accounts and former Trump surrogates, leaving an exception for news organizations posting content featuring Trump's voice.

- The move drew immediate criticism from Trumpland, with Lara Trump saying the U.S. is "one step closer to Orwell's 1984" and Eric Trump decrying it as "so horrible."

- Sen. Lindsey Graham (R-SC) blamed the "liberals running Big Tech" for the decision and renewed his call to repeal Section 230, the statute granting companies legal immunity from content posted by their users.

- Lara Trump eventually posted the full interview on the video sharing site Rumble popular with conservative media personalities such as Dan Bongino and even Donald Trump Jr.

**KEY BACKGROUND**

Facebook banned Trump indefinitely in January following the riot at the Capitol, citing two posts sent during the attack. The first was a video where

**App. 946**

he told rioters to "go home, we love you, you're very special." The second was a post where he claimed the election was "unceremoniously & viciously stripped away" from him. Facebook has defended its decision, but is allowing the company's independent Oversight Board to make the final call on whether he remains off the platform. While conservatives have long complained that social media companies are biased against conservatives, NYU researchers last month debunked that idea, and found that despite anecdotes from high-profile figures, right-wing voices are actually "dominant in online political debates."

**TANGENT**

Trump reportedly has plans to launch his own social media network in the wake of his bans from Twitter, Facebook and other tech platforms following the Capitol attack. Social media companies took action against several posts from Trump during his presidency, including those that contained election and Covid-19 misinformation.

**Forbes** | Topline

### Be the first to get expert analysis as breaking news happens.

Sign up for Topline email alerts for breaking news of the day.

| Email address | Submit |

You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy

*Follow me on* Twitter. *Send me a secure* tip.


**Rachel Sandler**

I'm a San Francisco-based reporter covering wealth at Forbes. Follow me on Twitter @rachsandl or shoot me an email rsandler@forbes.com.

Reprints & Permissions

ADVERTISEMENT

**App. 947**




SUBSCRIBE        SIGN IN

*DOESN'T COUNT —*

# Facebook pulls Trump campaign ads for fake census claims

**Facebook upheld its pledge to ban census misinformation—after media callout.**

KATE COX - 3/6/2020, 10:42 AM

**App. 948**



liveslow | Getty Images

**Enlarge** / The real Census form will look a lot more like this, and a lot less like a Trump campaign website.

Facebook infamously has a broadly laissez-faire policy for political candidates. If you're running for office, you can lie as much as you want in your paid and unpaid content—with one small catch. Anything that lies about voting or the census, such as sharing fake registration links or deliberately spreading incorrect polling dates, is prohibited. Even if it comes directly from the Trump campaign.

It just turns out that Facebook needs a lot of prodding—in the form of negative media attention—to follow through.

**App. 949**



Join Ars Technica and

## Get Our Best Tech Stories

DELIVERED STRAIGHT TO YOUR INBOX.

Email address

SIGN ME UP

Will be used in accordance with our Privacy Policy

The site Popular Information first reported on the
Trump campaign's ads early yesterday. The sponsored
posts, which appeared on the accounts of President
Donald Trump and Vice President Mike Pence, were



paid for by the Trump Make America Great Again committee, a joint fundraising effort by the Trump
campaign and the Republican National Committee.

One ad Popular Information featured includes an image of a sheet of paper labeled "2020 census,"
next to a picture of Trump giving his characteristic thumbs up, and it exhorts readers, "President
Trump needs you to take the Official 2020 Congressional District Census today." It continues, "The
information we gather from this survey will help us craft our strategies for YOUR CONGRESSIONAL
DISTRICT."

Clicking through the ad directed readers to a website labeled as the "Certified Website of President
Donald J. Trump," Popular Information reported, billing itself as the "Official 2020 Congressional
District Census."

Advertisement



Enlarge / Not the census. No matter what it says.

Popular Information pointed out to Facebook that the ads seem to violate the company's bright-line policy prohibiting "misleading information about when and how to participate in the census," but a spokesperson for the company at first disagreed. According to Facebook, since the campaign ads also referenced the campaign, it was clear they were not official Census advertising.

The report began to generate widespread attention, not just online but among lawmakers as well. House Speaker Nancy Pelosi (D-Calif.) said in a Thursday news conference that she was "particularly annoyed" at Facebook, describing Trump's ad as, "an absolute lie, a lie that is consistent with the misrepresentation policy of Facebook. But now they are messing with who we are as Americans."

A few hours later, Facebook changed its tune. "Upon further review, these ads are currently being taken down given the policies in place to prevent confusion around the official US Census," the company said. A spokesperson added, "There are policies in place to prevent confusion around the official US census, and this is an example of those being enforced."



**FURTHER READING**

Everyone agrees: Facebook, Twitter *should* block disinfo—but probably won't

Americans actually *will* be able to respond to the Census online this year, for the first time, but the correct links to do so will not be distributed by a Facebook ad. Instructions for how to complete your form will be distributed by postal mail, according to the Census Bureau, with mail going out in the coming weeks so households have it by the official Census date of April 1.

READER COMMENTS    173                    SHARE THIS STORY

**KATE COX**
Kate covers tech policy issues, including privacy, antitrust, and other shenanigans, from Washington, DC.

**EMAIL** kate.cox@arstechnica.com

**App. 951**

Login    Watch TV

BIG TECH BACKLASH   ·   **Published** April 15

# Facebook censors New York Post report on BLM co-founder's pricey property purchases

Patrisse Khan-Cullors recently bought four homes for a total of $3.2 million

By Joseph A. Wulfsohn | Fox News



**Big Tech is censoring the New York Post, again**

American majority CEO Ned Ryun criticizes politicians taking 'maxed-out' campaign donations from Big Tech on 'Tucker Carlson Tonight'

Facebook has barred users from sharing a New York Post report from last week about the controversial property acquisitions by Black Lives Matter co-founder Patrisse Khan-Cullors.

Users of the social media giant noticed on Thursday they could not share the link to a story that shed light on Cullors' multi-million-dollar splurge on homes. Fox News can confirm that an error

**App. 952**

message appears whenever users try sharing the article on their personal Facebook page or through the Messenger app.

When users attempt to send the link, an error message alleges that the article "goes against our Community Standards."

Critics sounded the alarm on Twitter.

### FACEBOOK EXEC RECORDED SAYING COMPANY 'TOO POWERFUL,' SHOULD BE BROKEN UP AND ZUCKERBERG REMOVED AS CEO

"Can you share this article on Facebook or Facebook Messenger? I was blocked from doing it. What gives?" journalist Zaid Jilani asked.

".@Facebook censoring the @nypost... where have I seen this before," Sen Josh Hawley, R-Missouri, tweeted, alluding to Big Tech's crackdown on the Post's reporting on Hunter Biden during last years election campaign.

Whoops! We couldn't access this Tweet.



**App. 953**



3:04 PM · Apr 15, 2021      ⓘ

♡ 4.2K     💬 478     ↗ Share this Tweet

In a statement to "Tucker Carlson Tonight," Facebook said, "This content was removed for violating our privacy and personal information policy."

Twitter took similar action last week, locking the account of sports journalist Jason Whitlock after he criticized the BLM co-founder.

**BLM SAYS REPORTS ABOUT CO-FOUNDERS PRICEY PROPERTIES PART OF 'TRADITION OF TERROR BY WHITE SUPREMACISTS'**

"She's with her people!" Whitlock wrote sarcastically alongsde a link to a story about Cullors' purchase from celebrity blog site Dirt.com. Despite the story not including an address and despite the fact that other outlets had reported on Cullors' new home, Whitlock was told Friday he had violated Twitter's rules against publishing private information."

Twitter later reversed the decision, claiming it was made in error.

**App. 954**



As Hawley hinted, Facebook and Twitter took unprecedented action by restricting sharing of the Post's explosive reporting on Hunter Biden's laptop, which contained emails showing his questionable business dealings overseas while his father served as vice president.

Twitter similarly banned its users from sharing the Post's reporting and even locked the paper's account. CEO Jack Dorsey has since expressed regret over the incident.

The Post's report on Cullors goes into detail about the four homes she recently purchased for a total of $3.2 million.

**CLICK HERE TO GET THE FOX NEWS APP**

According to the Post, the self-described Marxist "also eyed property in the Bahamas at an ultra-exclusive resort where Justin Timberlake and Tiger Woods both have homes". According to the paper, "luxury apartments and townhouses at the beachfront Albany resort outside Nassau are priced between $5 million and $20 million."

Case 4:21-cv-00320-BLW-MAF Document 106-2 Filed 06/21/21 Page 86 of 181

BLM put out a fiery statement defending Cullors this week, suggesting that reporting about her properties "continues a tradition of terror by [W]hite supremacists against Black activists."

Joseph A. Wulfsohn is a media reporter for Fox News. Follow him on Twitter @JosephWulfsohn.



**App. 956**

6/17/2021 Facebook Removes Trump Ads With Symbol Used By Nazis. Campaign Calls It An 'Emoji' : NPR

Case 4:21-cv-00220-RH-MAF Document 106-2 Filed 06/21/21 Page 87 of 181



    WKNO 91.1
NPR for the Mid-South · WKNP 91.1

DONATE

SUBSCRIBE TO THE NPR POLITICS PODCAST

POLITICS

# Facebook Removes Trump Ads With Symbol Used By Nazis. Campaign Calls It An 'Emoji'

June 18, 2020 · 2:58 PM ET
Heard on All Things Considered

 BOBBY ALLYN

**2-Minute Listen**

PLAYLIST    Download

Transcript



Facebook said it has taken down Trump campaign ads on the social network that contained a symbol used by Nazis to designate political prisoners.

**App. 957**

Case 4:21-cv-00220-RH-MAF Document 106-2 Filed 06/21/21 Page 88 of 181

*Evan Vucci/AP*

## Updated at 9:54 p.m. ET

Facebook on Thursday said it removed campaign posts and advertisements from the Trump campaign featuring an upside down red triangle symbol once used by Nazis to identify political opponents.

The posts, according to a Facebook spokesperson, violated the social network's policy against hate.

"Our policy prohibits using a banned hate group's symbol to identify political prisoners without the context that condemns or discusses the symbol," the spokesperson told NPR.



AMERICA RECKONS WITH RACIAL INJUSTICE
Critics Slam Facebook, But Zuckerberg Resists Blocking Trump's Posts

One of the political advertisements claimed that "dangerous MOBS of far-left groups are running through our streets and causing absolute mayhem." The ad went on to say protesters are destroying America's cities by rioting. "It's absolute madness," the ad said.

Some prisoners in Nazi concentration camps were identified with colored inverted triangles sewn onto uniforms to allow SS guards to identify the alleged grounds for being detained, according to the U.S. Holocaust Memorial Museum.



**Bend the Arc: Jewish Action**
@jewishaction

The President of the United States is campaigning for reelection using a Nazi concentration camp symbol.

Nazis used the red triangle to mark political prisoners and people who rescued Jews.

**App. 958**



Trump & the RNC are using it to smear millions of protestors.

Their masks are off.

12:07 AM · Jun 18, 2020

♡ 28.6K    💬 1.1K    ⬆ Share this Tweet

The Trump campaign responded by drawing a lighthearted comparison to the red triangle symbol: "This is an emoji."

Trump campaign spokesman Tim Murtaugh said that some products are sold online that use the inverted red triangle in antifa imagery, though experts said it is not a commonly adopted symbol among anti-fascist activists.

"We would note that Facebook still has an inverted red triangle emoji in use, which looks exactly the same, so it's curious that they would target only this ad," Murtaugh said.

The campaign also said that the symbol is not in the Anti-Defamation League Hate Symbols Database.

In an interview with NPR, Jonathan Greenblatt, CEO of the Anti-Defamation League, pointed out that the database is not a collection of historical Nazi imagery.

**App. 959**

"It's a database of symbols commonly used by modern extremist groups and white supremacists in the United States," he said.

Greenblatt said removing the posts should not have been a hard call. He said the Trump campaign should apologize.

"Intentionally or otherwise, using symbols that were once used by the Nazis is not a good look for someone running for the White House," he said. "It isn't difficult for one to criticize a political opponent without using Nazi-era imagery."

**Jonathan Greenblatt** ✔
@JGreenblattADL

The Nazis used red triangles to identify their political victims in concentration camps. Using it to attack political opponents is highly offensive. @POTUS' campaign needs to learn its history, as ignorance is no excuse for using Nazi-related symbols.

Facebook removes Trump ads with symbol once used by Nazis to design…
The red inverted triangle was first used to identify Communists, and applied as well to members of other opposition parties.
🔗 washingtonpost.com

11:47 AM · Jun 18, 2020                                    ⓘ

♡ 2.7K        💬 640        ⬆ Share this Tweet

Case 4:21-cv-00320-RH-MAF   Document 106-2   Filed 06/21/21   Page 91 of 181

Earlier Greenblatt had tweeted that "ignorance is no excuse for using Nazi-related symbols."

Facebook's action is the latest salvo between Trump and social media companies, which the president has attacked as biased for placing warning labels and removing posts that violate terms of service.

The removal of the Trump campaign's Facebook posts, which had already accrued more than a million impressions, was a rare move by the social network of more than 2.5 billion users, which has taken a permissive approach to most political advertisements.

"So in a way, it's kind of closing the barn door after all of the horses have gotten out of the barn," said Sarah Roberts, an assistant professor of information studies at UCLA who studies content moderation.

Roberts said for the Trump campaign, the advertisement is beneficial regardless of what Facebook's reaction.

"They get to circulate the ads for some period of time, and then they get to capitalize on a narrative that I believe to be demonstrably false, that they are somehow censored or impeded from sharing their perspectives on social media," Roberts said.

Unlike Twitter, which banned political ads and has added fact-checking labels to Trump tweets, Facebook has taken a more hands-off approach, with CEO Mark Zuckerberg doubling down on the influential social network's free speech absolutism. Zuckerberg has said it is not Facebook's job to determine what the truth is and that voting is the best way to hold elected leaders accountable.

According to the Facebook spokesperson, it is not the first time the platform has removed content from Trump in recent months. In March, Facebook took down advertisements from the Trump campaign that made misleading claims about the 2020 census. In other instances, though, such as in an ad in which Trump wrote of street protesters, "when the looting starts, the shooting starts," Facebook took no action.

**App. 961**

Facebook Removes Trump Campaign Ads Using A Nazi Symbol : NPR

The ADL's Greenblatt said his group has been urging Facebook to take a harder stance against intolerance on the platform.

"The one thing has been consistent with Facebook is the inconsistency," Greenblatt said. "It's hard to countenance how some things go up and stay up that are clearly egregious. They have an outsized role to play in the political conversation, and making sure they push prejudice out of the political conversation is not partisan. It's a matter of principle."

Facebook's move on Thursday comes as the Trump administration escalates its fight with Big Tech.

BUSINESS

Justice Department Proposes Rolling Back Legal Protections For Online Platforms

The Justice Department announced Wednesday that it was asking Congress to scale back some of the legal protections social media companies such as Facebook and Twitter have long enjoyed, arguing that the legal immunity granted to technology firms in the mid-1990s is out of step with the modern Internet.

But tech companies counter that rolling back the safeguards would impinge on free speech by forcing moderators to take down any content deemed offensive.

Supporters of keeping the legal shield in place also say eliminating the protections would disproportionately hurt smaller online operations, which could be crushed by a wave of defamation lawsuits.

president trump    facebook

# More Stories From NPR

**App. 962**

OUT NEWS

# Facebook axes political ad saying trans athletes will 'destroy girls sports'

The ad is part of a $4 million swing-state campaign by the conservative American Principles Project.

Sept. 16, 2020, 4:22 PM CDT

**By Sydney Bauer**

A political ad that takes aim at transgender participation in high school sports has been rejected by Facebook as a paid advertisement and will have a "fact-check" label applied to it if posted organically on the social platform.

The move comes after LGBTQ rights groups condemned the ad, along with two others run by the conservative American Principles Project, and PolitiFact, an independent fact-checking project within the nonprofit Poynter Institute, said that the sports ad in particular was "missing context and could mislead people."

The ad features a male runner easily winning a race against female competitors, in an apparent swipe at transgender inclusion policies, while decrying the support of Democratic presidential nominee Joe Biden and Sen. Gary Peters, D-Mich., for the Equality Act, which the ad says would "destroy girls sports."

The Equality Act, which passed in the House but has not received a vote in the Senate, seeks to amend existing federal civil rights legislation to bar discrimination on the basis of gender identity and sexual orientation in employment, housing, public accommodations, jury service, education, federal programs and credit.

**Related**

NBC OUT

**Sarah McBride poised to become U.S.'s first transgender state senator**

The sports ad is part of a larger $4 million campaign from the Michigan-based American Principles Project, or APP, that featured two additional spots denouncing access to gender-affirming health care for people under the age of 18.

Currently, the World Professional Association for Transgender Health recommends a professional diagnosis before providing puberty suppression or hormone replacement therapy for minors with gender dysphoria.

Facebook confirmed to NBC News that the ad will no longer be able to run as a paid advertisement because of the rating from independent third-party fact-checkers. The ad can still be posted organically, but it will carry a fact-check label.

Paul Dupont, a spokesperson for APP, said the group was told it "would need to modify the ads in order to have them reinstated" on the social platform – both as paid ads and as organic posts without "fact-check" labels – though he said the group has not been given "guidance as to what changes would add the necessary 'context' that they are supposedly missing."

### Related

NBC OUT

**Transgender Facebook content dominated by right-wing sources, study finds**

Gillian Branstetter, a transgender advocate and spokesperson for the National Women's Law Center, told NBC News that this ad is part of a larger "misinformation campaign targeting trans youth" that exists on social media platforms such as Facebook. Given the platform's reach to billions of people worldwide, Facebook, she said, has a responsibility to prevent people from being funneled toward dangerous information, which could prove harmful for young people exploring their gender identity and their parents.

"Certainly it is good that they have taken the extra step of calling out this particular ad with its spurious claims and misleading nature," Branstetter said. "One hopes that Facebook takes a larger responsibility for a wider swath of anti-trans misinformation that exists on their platform, including and especially lies about transition related health care."

The Human Rights Campaign, the country's largest LGBTQ rights group, lauded Facebook's decision to apply a "fact-check" label to organic posts of the ad, saying the APP is "misrepresenting the transgender community."

**App. 964**

"While this is a great first step, we will continue to dialogue with Twitter, YouTube and other social media platforms to ensure that APP and their misleading advertisements are labeled for the misinformation they are or removed entirely," the campaign's president, Alphonso David, said.

## Related

NBC OUT

**New Rowling book draws more transphobia allegations**

High school sports have become a national conservative talking point after the families of three high school girls in Connecticut sued in federal court to block transgender participation on the basis it denies scholarships to cisgender women. Regulations allowing for transgender high schoolers to participate on sports teams that align with their gender identity vary from state to state, according to TransAthlete.com.

Idaho, for example, recently passed a bill banning transgender high schoolers from competing in school sports according to their gender identity, but a federal judge granted a preliminary injunction halting the law from taking effect, as it is being challenged in court.

A number of conservative groups say transgender girls have an innate advantage in sports because of being assigned male at birth, despite rules in place by both the National Collegiate Athletic Association and the International Olympic Committee that allow trans athletes to compete without restriction after medically suppressing testosterone levels.

*Follow NBC Out on Twitter, Facebook & Instagram*

---

Sydney Bauer

---

**App. 965**

# The Detroit News

Zuckerberg: Nesbitt ad rejection possible 'mistake'

## POLITICS

# Zuckerberg: Nesbitt ad rejection possible 'mistake'

**Melissa Nann Burke** The Detroit News
Published 3:28 p.m. ET Apr. 11, 2018 | **Updated** 11:21 p.m. ET Apr. 11, 2018

*Washington* — Facebook founder and CEO Mark Zuckerberg said Wednesday he didn't know anything about his website's rejection of an ad from a Michigan political candidate, suggesting the social-media platform may have made a "mistake."

At a House hearing, U.S. Rep. Fred Upton, R-St. Joseph, asked Zuckerberg why former state Rep. Aric Nesbitt's campaign announcement for the Michigan Senate would have been rejected for allegedly containing "shocking, disrespectful or sensational content, including ads that depict violence or threats of violence."

Upton said the campaign ad was a "rather positive announcement" and questioned why it was excluded.

"I'm not sure where the threat was based on what he tried to post?" Upton said after reading the full ad aloud to Zuckerberg.

"Congressman, I'm not sure either. I'm not familiar with that case. It's quite possible we made a mistake," Zuckerberg replied, adding that his team would follow up after the hearing.

Rep. Tim Walberg, R-Tipton, also raised the Nesbitt situation with Zuckerberg during the House Energy and Commerce Committee's hearing. Walberg said Nesbitt, R-Lawton, is his former legislative director.

"Can you assure me that ads and content are not being denied based on particular views?" Walberg asked.

"Yes, politically," Zuckerberg replied. "Although when I hear that, I hear normal, political speech. We certainly are not going to allow ads for terrorist content, for example. So we'd be banning those views."

**App. 966**

Nesbitt, a former state lottery commissioner, highlighted the matter last week, suggesting that Facebook was trying to "censor conservatives."

His campaign announcement included a photo of Nesbitt with veterans and said in part: "I will work to strengthen our economy, limit government, lower our auto insurance rates, balance the budget, stop sanctuary cities, pay down government debt and be a Pro-Life, Pro-Second Amendment (lawmaker)."

A copy of the response he received from Facebook says the statement wasn't approved because it didn't follow the website's "advertising policies."

"I'm just trying to get an understanding of what verbiage is actually being rejected by their algorithm. It seems to me that coastal elites have something against conservative Midwestern values," Nesbitt said Wednesday.

"I'm just a farm boy from West Michigan trying to get my name known in two other counties that I haven't represented before."

Zuckerberg also testified on Tuesday before a joint Senate hearing, where he answered questions about potential regulation of social media companies amid scandals involving consumer privacy and Russian election intrusion.

During testimony, Zuckerberg said certain content clearly isn't permitted on Facebook including hate and terrorist speech, nudity and anything that would make people feel "unsafe."

U.S. Sen. Ted Cruz, R-Texas, asked Zuckerberg about concerns that Facebook has blocked other conservative posts and pages and "engaged in a pervasive pattern of bias and political censorship."

Zuckerberg said he understands where that concern comes from "because Facebook and the tech industry are located in Silicon Valley, which is an extremely left-leaning place."

"This is actually a concern that I have and that I try to root out in the company — is making sure that we do not have any bias in the work that we do, and I think it is a fair concern that people would at least wonder about," Zuckerberg told Cruz.

The former presidential hopeful asked whether Zuckerberg knows the political orientation of the 20,000 people engaged in content or security review for Facebook.

"No, senator. We do not generally ask people about their political orientation when they're joining the company," Zuckerberg replied.

GOP South Dakota Sen. John Thune, who chairs the Senate Commerce Committee, asked Zuckerberg for assurance that when the company improves its tools to weed out "bad actors," that it "errs on the side of protecting speech, especially political speech from all different corners."

Zuckerberg said it is Facebook's approach.

"If there is an eminent threat of harm, we're going to take a conservative position on that and make sure that we flag that and understand that more broadly," Zuckerberg responded.

"But, overall, I want to make sure that we provide people with the most voice possible. I want the widest possible expression, and I don't want anyone at our company to make any decisions based on the — the political ideology of the content."

Nesbitt, who is running to represent Senate District 26, said Facebook should make public its method for rejecting political ads. He noted that campaigns today have to be on social media to effectively get their message out.

"I look forward to hearing what their real reason is, what their algorithm issue was, and why this message was rejected and other messages weren't," he said.

Toward the end of Wednesday's hearing, Rep. Debbie Dingell, D-Dearborn, pressed Zuckerberg on the lawmakers' questions he didn't answer and asked him to explain the extent to which Facebook tracks and collects information about users across the web.

Zuckerberg said his team would get back to her with details.

"Some things are striking during this conversation. As CEO, you didn't know some key facts," Dingell said.

"I worry that when I hear companies 'value' our privacy, it's meant in monetary terms, and not the moral obligation they have to protect it. Data protection is like clean air and water. There need to be clear rules of the road."

mburke@detroitnews.com

 

**WPR**



An edited screenshot of a posting on the La Crosse County Republican Party's Facebook page. *Image courtesy of Bill Feehan, chair of La Crosse County Republican Party and 3rd District Republican Party of Wisconsin.*

# Facebook Restricts La Crosse County Republican Party Page, Pulls Ads

Party Chair: Action Interferes With Local Assembly Race; Experts Say Free Speech Argument Doesn't Hold

By Hope Kirwan

Published: Wednesday, October 21, 2020, 7:30am

SHARE:



▶ Listen   ⬇ Download

The head of the La Crosse County Republican Party says they've been restricted from buying advertisements on Facebook after the social media company claimed the party repeatedly shared false information on their page.

Chair Bill Feehan said the county party's account was given no warning before Facebook reduced the reach of their page and banned them from buying ads. Feehan is also chair of the 3rd Congressional District Republican Party, and he said Facebook restricted that page as well.

Feehan said two existing ads were also pulled, one in support of 94th State Assembly candidate Kevin Hoyer and another attacking Democratic state Rep. Steve Doyle, who currently holds the seat.

"Free speech issues go right to the heart of our democracy and this is going to have an impact on one of our state elections here," Feehan said. "Had we known Facebook was going to do something like this, we might have done mailings or radio ads or something else. But they're interfering in our election."



An edited screenshot of a posting on the La Crosse County Republican Party's Facebook page. *Image courtesy of Bill Feehan, chair of La Crosse County Republican Party and 3rd District Republican Party of Wisconsin.*

Freehan said Facebook cited two recent posts that were flagged as false information by third-party fact-checkers.

One was a YouTube video claiming Democratic presidential candidate Joe Biden wore a wire during the first debate in September, a claim that has been widely debunked.

**App. 970**

Another was an article from conservative website The Federalist claiming a U.S. Centers for Disease Control and Prevention report shows masks are not effective at preventing the spread of COVID-19. That claim has also been found to be false.

Feehan said he didn't feel sharing the posts warranted what he describes as "censorship" from Facebook.

"False claims are made every day in politics," Feehan said. "To say that we're going to suddenly have third-party fact-checkers, and what makes them the arbiters of truth? But we're going to suddenly let these people determine what's true and what's not true. People can certainly have differences of opinion about these things."

Ken Paulson, director of the Free Speech Center at Middle Tennessee State University, said Facebook does have the legal right to decide who gets to run ads on their platform as a private company.

"A company has an absolute right to decide what it stands for. So Facebook can decide that an ad is misleading, but they also can be concerned that that ad might promote an entity, a page on Facebook that would be misleading and untruthful. They can make that call," Paulson said.

He said companies like Facebook generally have no incentive to restrict political ads or turn down money, but more and more social media platforms are having to make calls like this given the current political rhetoric.

## Sign up for daily news!

Stay informed with WPR's email newsletter.

Enter email address

Subscribe

"Organizations, parties, candidates, individuals are willing to post anything on social media to try to win. And that is a level of ... nerve that we've never seen," Paulson said. "Facebook and others are trying to go, 'Well, does anything go? We don't want anything to go, we don't want falsehoods to be widely shared.' But over and over again, in this election season, we're seeing falsehoods from both parties."

Facebook officials didn't return a request for comment. In a statement shared earlier this month, the company said it was taking steps to fight misinformation ahead of the November election on their site, including displaying warnings on content that was debunked by third-party fact-checkers.

Welcome to the Reuters.com BETA. Read our Editor's note on how we're helping professionals make smart decisions.

Read more

REUTERS®

Sign In

March 31, 2021 1:43 PM CDT Last Updated 3 months ago

**Technology**

# Facebook removes video of Trump interview with daughter-in-law Lara, citing ban

**Elizabeth Culliford**

3 minute read

   





Former U.S. President Donald Trump speaks at the Conservative Political Action Conference (CPAC) in Orlando, Florida, U.S. February 28, 2021. REUTERS/Octavio Jones

March 31 (Reuters) - Facebook Inc **(FB.O)** has removed a video of an interview with former U.S. President Donald Trump, who remains banned from the platform, from his daughter-in-law Lara Trump's Facebook page, a company spokeswoman said on Wednesday.

Lara Trump, who is married to the former president's son Eric and recently joined Fox News **(FOXA.O)** as a contributor, had promoted an interview with Trump for her own online show "The Right View" in Instagram posts on Tuesday.

She later posted a screenshot of an email from Facebook that said her video with Trump speaking had been removed, citing the ban on his accounts.

Trump was suspended from Facebook and Facebook-owned Instagram indefinitely over incitement of violence following the Jan. 6 riot by Trump supporters at the U.S. Capitol in Washington. Facebook has sent the case of Trump's suspension to its independent oversight board. **read more**

"In line with the block we placed on Donald Trump's Facebook and Instagram accounts, further content posted in the voice of Donald Trump will be removed and result in additional limitations on the accounts," the email read.

The Facebook spokeswoman, who spoke on condition that her name not be used, confirmed the email was real but declined to comment. Trump spokesman Jason Miller did not immediately respond to a request for comment on the action.

In another email shared by Lara Trump on her Facebook page, Facebook said the guidance applied to all campaign accounts, messaging vehicles and former Trump surrogates on the site.

Since the ban, the former president has been shown speaking on Facebook's platforms in news coverage from outlets such as Fox News and Newsmax.

Trump was barred by several social media platforms after the riot, including Twitter Inc **(TWTR.N)**, which has said its ban is permanent, and Alphabet Inc's **(GOOGL.O)** YouTube, which said it will reinstate his account when the risk of violence decreases. **read more**

Reporting by Elizabeth Culliford; editing by Jonathan Oatis

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters





## Sign up for our newsletter

Subscribe for our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

**Sign up**

ELECTION 2020  |  Jan 12, 2021, 06:40pm EST  |  78,185 views

# The Extremists, Conspiracy Theorists, And Conservative Stars Banned From Social Media Following The Capitol Takeover



**Jack Brewster** Forbes Staff

Business

*I'm a news reporter for Forbes.*

Follow



**Listen to this article now**

03:53 · Powered by **Trinity Audio**

Updated Jan 26, 2021, 08:46am EST

**TOPLINE**  After years of what critics have charged to be insufficient efforts to rein in misinformation and hate speech online, Facebook, Twitter and a host of other social media companies sprang to action following the takeover of the U.S. Capitol, banning a host of prominent conspiracy theorists, right-wing personalities and even former President Donald Trump. Here are the most notable people whose access has been revoked:





NEW YORK, NY – AUGUST 20: Former White House Chief Strategist Steve Bannon exits the Manhattan ... [+]  GETTY IMAGES

**KEY FACTS**

- Trump has been banned by Twitter, Snapchat and Twitch, while Facebook, which also owns Instagram, says the president will be banned "at least" through the end of his term and YouTube banned all uploads from his channel for a week.

- Twitter suspended the Trump campaign account, @TeamTrump and the account of Trump digital director Gary Coby after the president tried to use the accounts to evade the ban on his personal profile.

- Twitter permanently banned MyPillow CEO Mark Lindell, a fierce Trump ally, after he continually spread false claims about election fraud.

- Twitter, Facebook, Paypal and Venmo have banned Ali Alexander, one of the main organizers of the "Stop the Steal" protest group, which gained a huge following online.

- Lin Wood, a prominent defamation attorney and QAnon supporter who filed lawsuits on Trump's behalf and spread wild conspiracy theories online, as well as accusing Vice President Mike Pence of being a traitor and a communist, was permanently banned by Twitter last week after claiming the Capitol siege was "staged."

- Sidney Powell, another pro-Trump lawyer who was once a member of the president's legal team, former National Security Advisor Mike Flynn, who was pardoned by Trump in November after pleading guilty to lying to the F.B.I., and Ron Watkins, the former head of the QAnon-filled message

**App. 976**

board 8chun, were kicked off Twitter on Friday after sharing QAnon conspiracy theory content, something they had done for months.

- YouTube banned the podcast channel of former Trump strategist Steve Bannon on Friday, hours after Bannon interviewed Rudy Guiliani, Trump's personal lawyer who called for a "trial by combat" at the rally on Wednesday.

- The streaming platform DLive revoked access to Nick Fuentes and Nick Ochs, two-high profile right-wing personalities connected to the Capitol siege.

### BIG NUMBER

70,000. That's how many QAnon accounts Twitter said Monday it banned since last week.

### TANGENT

Social media companies have also banned access to certain pages and forums. Reddit suspended the popular pro-Trump sub-reddit group r/DonaldTrump following what it said was "repeated policy violations in recent days regarding the violence at the U.S. Capitol." Apple, Google and Amazon have severely limited access to Parler, the social media site that became a hotbed for conspiracy theories.

### CHIEF CRITIC

Some European leaders came to Trump's defense after he was banned by Twitter and other social media platforms, with German Chancellor Angela Merkel calling the suspension "problematic."

### KEY BACKGROUND

Social media companies were slow to clamp down on conspiracy theories like QAnon—and the president as he amplified them—despite repeated warnings the hands off approach was having real-world consequences. It took until Monday for Facebook to ban "Stop the Steal" completely, 69 day

after the election, as CNN noted. It wasn't until July 2020 that Twitter began cracking down on QAnon. The platform only started labeling Trump's tweets in May 2020. Before pro-Trump rioters took over the Capitol on Wednesday, the QAnon conspiracy theory was connected to multiple violent events.

**SURPRISING FACT**

In October, YouTube CEO Susan Wojcicki refused to commit to banning QAnon from the platform. "We're looking very closely at QAnon," Wojcicki said in an interview with CNN. "We already implemented a large number of different policies that have helped to maintain that in a responsible way."

**FURTHER READING**

Twitter Has Removed More Than 70,000 Accounts Linked To QAnon Conspiracy Since Capitol Riots (Forbes)

'Nothing can stop what's coming': Far-right forums that fomented Capitol riots voice glee in aftermath (Washington Post)

Lin Wood—Lawyer Closely Tied To Trump—Permanently Banned From Twitter After Claiming Capitol Siege Was 'Staged' (Forbes)

Twitter Permanently Bans Trump (Forbes)

**Forbes** | Topline

**Be the first to get expert analysis as breaking news happens.**

Sign up for Topline email alerts for breaking news of the day.

| Email address | Submit |

You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy.

*Follow me on Twitter or LinkedIn. Check out my website. Send me a secure tip.*



ADVERTISEMENT

# Trump Covid post deleted by Facebook and hidden by Twitter

🕐 6 October 2020

 Coronavirus pandemic



REUTERS/FACEBOOK

**Facebook has deleted a post in which President Trump had claimed Covid-19 was "less lethal" than the flu.**

Mr Trump is at the White House after three days of hospital treatment having tested positive for the virus.

He wrote the US had "learned to live with" flu season, "just like we are learning to live with Covid, in most populations far less lethal!!!"

Twitter hid the same message behind a warning about "spreading misleading and potentially harmful information".

Users have to click past the alert to read the tweet.

"We remove incorrect information about the severity of Covid-19, and have now removed this post," said Andy Stone, policy communications manager at Facebook.

An exact mortality rate for Covid-19 is not known, but it is thought to be substantially higher - possible 10 times or more - than most flu strains, **according to Johns Hopkins University**.

The President **has reacted by posting**: "REPEAL SECTION 230!!!"

This is a reference to a law that says social networks are not responsible for the content posted by their users.

But it allows the firms to engage in "good-Samaritan blocking", including the removal of content they judge to be offensive, harassment or violent.

If the law were to be repealed, social media companies would face being sued over the edits and changes of user content they made.

## Facebook doubles down

This is the second time that Facebook has deleted a post from the president. Twitter has intervened more often with deletions and warnings.



Users do not see Trump's tweet in his timeline unless they click on the View link

Both social networks have vowed to combat potentially dangerous misinformation around the virus.

But Mr Trump has taken issue with what he sees as editorialising by the companies.

**App. 980**

Shortly after Twitter put a warning label on his posts for the first time in May, Mr Trump signed an executive order to repeal Section 230.

The proposal has attracted cross-party support - but for different reasons.

The Republicans say there is a bias against or even outright censorship of conservative views online and want this to stop. The Democrats say they are more interested in the spread of misinformation.

Last week, **the US Senate Commerce Committee issued subpoenas for the heads of Facebook, Twitter and Google** to probe the matter further.

Pressure has been mounting on Facebook and Twitter to do more to tackle misinformation both about the pandemic and the US election. For that reason, their decisive action on Trump's recent post promoting false claims about the severity of coronavirus will be welcomed.

That said, Trump's comments about the flu - and those yesterday saying "Don't be afraid of Covid" - have already started to fuel conspiracy theories online.

Posts in pro-Trump and anti-mask Facebook groups have shared the comments with captions about the pandemic not being real, or not very serious. They have also used it to encourage others not to follow health guidance like wearing a mask or social distancing.

Early on in the pandemic, the BBC investigated the human cost of misinformation, including those who fell seriously ill because social media posts led them to doubt the reality or severity of the pandemic and ignore advice.

The hope will be that this action from social media sites could reduce the risk of that happening - but those who may have already been exposed to this disinformation could be impacted.

And all eyes will be on social media sites to see if they keep up this approach to tackling disinformation - coronavirus, political or otherwise - especially from the US Election candidates as polling day nears.

## Related Topics

| Twitter | Facebook | Coronavirus pandemic | Donald Trump | United States | Censorship |

| Fake News | Social media |

## More on this story

Recommendations by Taboola

Taboola Feed

BBC

## How modern life is making men infertile

BBC

### Can redesigning aeroplanes save the planet?

BBC

### The shocking discovery that turned archaeologists into 'terrorists'

BBC

### The Caribbean island that embraces a deadly sin

Paid and Presented by Expo 2020 Dubai

## How amphibious housing is transforming lives

For some of the world's communities, the risk of flood is never ending, so what can we do about it? Well, say hello to amphibious housing, courtesy of The Bouyant Foundation part of Expo 2020 Dubai's Best …

## Top Stories

### US Supreme Court rejects big challenge to Obamacare

The justices' 7-2 ruling preserves medical insurance for millions of low-income Americans.

🕐 9 hours ago

### Iranians vote in presidential poll marred by bans

🕐 33 minutes ago

### Biden signs bill creating Juneteenth holiday

🕐 7 hours ago

**App. 982**

ADVERTISEMENT



NEW $65 PLATINUM UNLIMITED PLAN
Get unlimited talk, text and data plus all
these great benefits for just **$65/mo.**

Straight Talk
wireless

LEARN MORE

†Excludes pre-existing conditions. Additional limitations and exclusions apply. See Asurion.com/StraightTalk.

+ ENGLISH

**VICE**

## MOTHERBOARD
**TECH BY VICE**

# Leaked Documents Show Facebook's 'Threshold' for Deleting Pages and Groups

During testimony to lawmakers, Facebook did not provide specifics on the threshold Pages or Groups have to cross before being deleted. Documents obtained by Motherboard layout those limits.

 By Joseph Cox

July 18, 2018, 12:24pm     



IMAGE: ANTHONY QUINTANO.

***This piece is part of an ongoing Motherboard series on Facebook's content moderation strategies. You can read the rest of the coverage <u>here</u>.***

On Tuesday, representatives from Facebook, Twitter, and YouTube <u>testified to lawmakers about their platforms' content moderation strategies</u>. In the hearing, as *New York Times* reporter Sheera Frenkel pointed out, Facebook repeatedly referenced what it described as a "threshold" that must be reached before the platform decides to ban a particular page for violating the site's policies.

ADVERTISEMENT



ADVERTISEMENT



+ ENGLISH

as conspiracy site *InfoWars*.

One Facebook moderator training document for hate speech says that for Pages—Facebook's feature for sections dedicated to, say, a band, organization, public figure, or business—the Page admin has to receive 5 "strikes" within 90 days for the Page itself to be deleted.

Alternatively, Facebook moderators are told to remove a Page if at least 30 percent of the content posted by other people within 90 days violates Facebook's community standards. A similar 30 percent-or-over policy exists for Facebook Groups, according to the document.

In a similar vein, another hate speech document says that a profile should be taken down if there are 5 or more pieces of content from the user which indicate hate propaganda, photos of the user present with another identifiable leader, or other related violations. Although the documents obtained by Motherboard were created recently, Facebook's policies change regularly, so whether these exact parameters remain in force is unclear. By comparison, YouTube has a three "strike" policy (although it may not necessarily be fair to compare two different platforms and features like-for-like.)

**App. 985**

ADVERTISEMENT



+ ENGLISH

violating to reach that threshold; there has been a fierce online debate about what qualifies as "hate speech" and "fake news" and whether *InfoWars* should be allowed on Facebook. Facebook said last week that it, "see[s] Pages on both the left and the right pumping out what they consider opinion or analysis—but others call fake news," the company tweeted. "We believe banning these Pages would be contrary to the basic principles of free speech."

> *Got a tip? You can contact this reporter securely on Signal on +44 20 8133 5190, OTR chat on jfcox@jabber.ccc.de, or email joseph.cox@vice.com.*

Another document focused on sexual content says moderators should unpublish Pages and Groups under the basis of sexual solicitation if there are over 2 "elements", such as the Page description, title, photo, or pinned post, that include either explicit solicitation of nude imagery or, if the page is more subtle, includes either a method of contact or a location. This slide again reiterates the over 30 percent and 5 admin posts rules found in the hate speech document.

However, that threshold is going to vary depending on the type of content being shared. Facebook told Motherboard in an email that someone who shared child exploitation material, for example, is going to be banned immediately.

**App. 986**



Top Stories    Topics    Video    Listen

 

Click to copy

ADVERTISEMENT

**RELATED TOPICS**

Donald Trump

U.S. News

Violence

Elections

Misinformation

Politics

Election 2020

Technology

Business

AP Fact Check

# Facebook bans big 'Stop the Steal' group for sowing violence

By BARBARA ORTUTAY and DAVID KLEPPER    November 5, 2020



ADVERTISEMENT



**Trending on AP News**

'You stabbed me,' boy tells father at double-murder trial

Video shows man apologized before Honolulu police shot him

'Gone Girl' actor Lisa Banes dies 10 days after hit-and-run

OAKLAND, Calif. (AP) — Facebook on Thursday banned a large group called "Stop the Steal" that supporters of President Donald Trump were using to organize protests against the presidential vote count. Some members had called for violence, while many falsely claimed that Democrats are "stealing" the election from

AP NEWS

Top Stories    Topics        Video    Listen

it down, it was just one of several smaller groups that popped up as vote counting extended for days in several battleground states. Inside the groups, members and organizers tried to ensure they would get around Facebook's moderators and "trolls" who might report or mock them.

ADVERTISEMENT

ADVERTISEMENT



Shop Now          Shop Now

Shop Now          Shop Now

Shop Now          Shop Now

"In line with the exceptional measures that we are taking during this period of heightened tension, we have removed the Group 'Stop the Steal,' which was creating real-world events," Facebook said in a statement. "The group was organized around the delegitimization of the election process, and we saw worrying calls for violence from some members of the group."

Facebook said it will continue to watch for activity that violates its rules and will take action if it does. As of Thursday afternoon, a copycat "Stop the Steal" group was growing steadily, nearing 13,000 members, and others were easily searchable on Facebook.

Inside the groups, members posted baseless claims of voter fraud and organized protests. Calls for violence were not immediately apparent, although the the Center for Countering Digital Hate shared a screenshot of one post in the now-banned group that read "Neither side is going to concede. Time to clean the guns, time to hit the streets."

In the new group, administrators — who create and moderate groups on Facebook, cautioned people to keep posts civil and vent frustrations without making threats. They scrupulously warned members that they will remove

**App. 988**

platforms.

Imran Ahmed, CEO of the Center for Countering Digital Hate, which pressured Facebook to take down the group, said while it's true that all this seems like a game of whack-a-mole, the moles are slowly learning their lesson.

"By taking out the largest one, it sent a message to others," he said.

But Ahmed said it should not be so difficult to get Facebook to take action on such a large group calling for violence.

ADVERTISEMENT

"There is a systemic issue with Facebook groups being exploited by people spreading misinformation, hate and inciting violence," he said "It's a problem they have known about for a long time and they continue to fail to take proper action. It's generally only when a lot of attention is placed on something that they act."

By Thursday afternoon, Facebook banned the #stopthesteal hashtag, too. But it easily could have done so earlier. The term and similar ones were mentioned nearly 120,000 times on websites and social media platforms throughout the day Tuesday, according to analysis from media intelligence firm Zignal Labs.

Also on Thursday, Twitter banned an account used by former Trump advisor Steve Bannon. The right-wing provocateur, who used the handle warroompandemic, had called for the

beheading of Dr. Anthony Fauci and FBI Director Christopher Wray on his talk show.

As of Thursday evening, Bannon's account was still active on Facebook, where the video calling for Fauci and

videos of Bannon's remarks for violating
its policy on violence and incitement.

—

Klepper reported from Providence, R.I.
Associated Press Writer Amanda Seitz
contributed to this story from Chicago.

PAID FOR BY OURA RING 

## Oura Ring delivers health insights helping us establish connections between what we do and how we feel.

Optimize your lifestyle,
and get a clear
understanding of your
overall health with Oura.



Taboola Feed

**The Terrifying Reason Why You...**

Paws Zilla | Sponsored

**This Was Once Coco Chanel's Love Nest, But Now It Lies In Ruin**

Historical Post | Sponsored

**The Bodyguards Of The Most Protect...**

investing.com | Sponsored

Watch TV

**MARKETS** · Published May 26

# Facebook ends ban on posts claiming COVID-19 is man-made

Facebook had previously insisted the claim had been 'debunked'



By **Thomas Barrabi** | **FOXBusiness**

**Debate over COVID origins rages on after Wuhan lab report**

Jimmy Failla, Michael Gordon and Spike Cohen join 'Kennedy' to discuss calls for an investigation into coronavirus origins

[Facebook](#) said Wednesday it would no longer ban posts suggesting [COVID-19](#) is man-made amid mounting calls from President Biden and other officials for further investigation into the pandemic's origins.

The announcement marked a reversal for the social media giant. In February, Facebook said it would remove posts claiming the virus was man-made or manufactured "following consultations with leading health organizations, including the World Health Organization" who had "debunked" the claim.

"In light of ongoing investigations into the origin of COVID-19 and in consultation with public health experts, we will no longer remove the claim that COVID-19 is man-made from our apps," a Facebook spokesperson said in a statement. "We're continuing to work with health experts to keep pace with the evolving nature of the pandemic and regularly update our policies as new facts and trends emerge."

Politico was first to report on the policy change.

**Facebook's rules are 'in shambles, unclear,' says oversight board co-chair**

**App. 991**

Facebook Oversight Board Co-chair Michael McConnell explains the board's decision to uphold Donald Trump's ban from the platform

**CLICK HERE TO READ MORE ON FOX BUSINESS**

Public calls for further investigation into the pandemic's origins intensified in recent days after the Wall Street Journal reported that three researchers at China's Wuhan Institute of Virology displayed symptoms severe enough to seek hospital treatment. A previous State Department fact sheet noted the researchers had "symptoms consistent with both Covid-19 and common seasonal illness."

In a statement earlier Monday, Biden said he had directed his national security adviser to develop a report on the virus' origins, including the possibility that it emerged after a laboratory accident, shortly after he became president. Biden said he has called on intelligence officials to present a report on their findings within 90 days.

"The United States will also keep working with like-minded partners around the world to press China to participate in a full, transparent, evidence-based international investigation and to provide access to all relevant data and evidence," Biden said.

**GET FOX BUSINESS ON THE GO BY CLICKING HERE**

Facebook and other social media platforms have faced pressure from both sides of the aisle regarding their COVID-19 content policies. Democratic lawmakers have pressed platforms to crack down on the spread of misinformation, while Republicans have accused the companies of stifling open debate, including discussions on the lab leak theory.

Quotes delayed at least 15 minutes. Real-time quotes provided by BATS BZX Real-Time Price. Market Data provided by Interactive Data (Terms & Conditions). Powered and Implemented by Interactive Data Managed Solutions. Company fundamental data provided by Morningstar. Earnings estimates data provided by Zacks. Mutual fund and ETF data provided by Lipper. Economic data provided by Econoday. Dow Jones & Company Terms & Conditions.

**App. 992**



# The Facebook free speech battle, explained

The debate over what Facebook can and can't moderate is more about politics than law.

By Jane Coaston  |  jane.coaston@vox.com  |  Updated May 14, 2019, 12:38pm EDT



The Facebook logo is displayed during the F8 Facebook Developers conference on April 30, 2019, in San Jose, California.  |  Justin Sullivan/Getty Images

---

## *Vox* Technology

*How new technology is transforming cities and societies, from the latest apps to advances in renewable energy, computing, transportation, and more.*

**Editor's note 5/14:** This article has been updated significantly to correct the record and include more information about Section 230 and the fight over Facebook's ability to

moderate content and users.

Facebook booted a hodgepodge of extremist figures recently, inflaming a faction on the right that is challenging the prevailing legal consensus on what is and isn't protected speech on digital platforms.

Some conservatives argue that Facebook is unfairly targeting conservative voices, or voices that seemingly abut conservative ideas, like Infowars' Alex Jones. And a few politicians, like Republican Sens. Ted Cruz and Josh Hawley, are questioning whether it's even legal for Facebook to do this.

Facebook says it's not targeting the right, but rather responding to a broad public push demanding that it crack down on **extremism** and **misinformation** — and that it has specific legal protections to do so.

Behind the debate is a bigger question about what social media companies are and, therefore, to what extent they can moderate content. The prevailing legal consensus among scholars, the courts, tech companies, and the lawmakers who wrote the relevant law is that Facebook is well within its rights to exclude users as it has. This camp sees the challenge from a handful of voices on the right, like Cruz, as politically — not legally — motivated.

For its part, Facebook is relying on Section 230 for legal protections, but trying to cast itself as a place that "welcomes all viewpoints," despite some moderation, as CEO Mark Zuckerberg said at a Capitol Hill hearing earlier this year.

The result of all this is that Facebook is standing in the middle of a debate that's being shaped by politics and public relations more than by the law that protected the growth of sites like Facebook in the first place.

### How Facebook's ban on extremist users exploded online

Facebook **announced** last Thursday that the platform was banning a grab bag of users: **failed white nationalist House candidate Paul Nehlen**, pundit Milo Yiannopoulos, right-leaning YouTube personality Paul Joseph Watson, alt-right political activist Laura Loomer, Nation of Islam leader Louis Farrakhan, and Alex Jones and his Infowars media outlet.



**Paul Joseph Watson** ✔
@PrisonPlanet

Reports are true.

I have been banned by Facebook.

Was given no reason. I broke none of their rules.

In an authoritarian society controlled by a handful of Silicon Valley giants, all dissent must be purged.

Please visit summit.news while it still exists.

1:39 PM · May 2, 2019

♡ 24.7K       💬 3K       ⬆ Share this Tweet

In a statement, Facebook said, "We've **always banned individuals** or organizations that promote or engage in violence and hate, regardless of ideology. The process for evaluating potential violators is extensive and it is what led us to our decision to remove these accounts today."

But that's not how some conservatives and right-leaning observers have interpreted Facebook's decision. And they do have some high-profile support for their position, at least in part. Last year, technology reporter Charlie Warzel (then at BuzzFeed News) **called** Facebook's decision-making "vague content rules and arbitrary enforcement" regarding bad actors on its platform.

Combined with recent Twitter **suspensions** of right-leaning figures like actor James Woods and ongoing drama over alleged "**shadowbanning**" of **conservative social media users**, Facebook's decision last week just added to the sense among some on the right that social media companies unfairly treat right-wing users. (This is **debatable**.)

That's prompted outrage from not just the media figures and outlets who have been banned or suspended but prominent conservative politicians as well, including President Trump, Newt Gingrich, and Cruz.

**Ted Cruz** ✔
@tedcruz



**App. 995**

@tedcruz

How is it that @RealJamesWoods is currently being banned on Twitter, but @JimCarrey is not? It's certainly not any standard based on "hate." Carrey's latest Twitter "art" shows Bill Barr drowning in a sea of vomit. @Jack - how 'bout we let everybody speak and the People decide?

11:37 AM · May 4, 2019

♡ 52K      💬 7.6K      ⬆ Share this Tweet

## What is Facebook, anyway? And does it matter?

Facebook and other social media companies have been careful to present themselves as platforms, not publishers. Though Facebook is **one of the biggest sources of news media for Americans** and has encouraged media companies to produce content specifically for Facebook, Zuckerberg has assiduously argued that it is just a platform that hosts users' content.

This matters because being treated as the publisher — like Vox is the publisher of this article — opens up websites to lawsuits over what they've chosen to put out into the world. Whereas the current legal consensus is that platforms have protections that allow them to moderate the content users put on their sites, without being legally responsible for it.

But there's a big problem with how this dichotomy is being interpreted by laypeople and lawmakers alike. The difference in legal responsibility for content isn't between platform and publisher, but between sources of content — whether the content is created by a user of Facebook, or by Facebook itself.

But how far those protections — and the ability to moderate the content — go is under debate.

## The prevailing view on Section 230

The legal standard at issue is **Section 230 of the Communications Decency Act**. The law passed in 1996 with the goal of protecting websites and social networks from being sued for what third-party users (i.e., you) say or do on those sites.

In a **floor speech given last year**, Sen. Ron Wyden (D-OR), who helped write Section 230, explained that the point of the section was so that websites *could* moderate content. "I wanted to make sure that internet companies could moderate their websites without

getting clobbered by lawsuits. I think everybody can agree that's a better scenario than the alternative, which means websites hiding their heads in the sand out of fear of being weighed down with liability."

The idea of the law is to give Facebook editorial control over its content: the ability to monitor, edit, and even delete content (and users) it considers offensive or unwelcome according to its **terms of service**. These rights theoretically existed before Section 230 (**thanks to the First Amendment**), but Section 230 clarified it:

> No provider or user of an **interactive computer service** shall be held liable on account of—**(A)** any action **voluntarily taken in good faith to restrict access to or availability of material that the provider or user considers to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected …**

Legal scholars and courts have interpreted this to mean that Section 230 gives social media companies the power to moderate not just content but users.

In the past three years, Section 230 has protected Twitter against two lawsuits, **one** filed by white nationalist Jared Taylor, the **other** filed by **noted far-right internet troll Chuck Johnson**. Both sued Twitter after the service deleted their accounts and banned them from using Twitter (Johnson was banned in 2015, Taylor in 2017).

Taylor **argued** that his lawsuit was aimed at ending the "highly controversial practice by social media companies of banning users simply because they do not like what those users say"; Johnson, who was banned for asking Twitter users to help him "take out" a prominent Black Lives Matter activist, told BuzzFeed News, "This is going to be a very serious case over the freedom of the internet." Because of Section 230, Twitter won both cases.

According to legal scholars like Eric Goldman, a professor at Santa Clara University School of Law, it doesn't really matter *why* Twitter decided to ban either man in the first place.

"We're not in a position to decide why [a service] published something and why they chose not to publish something else. That's a losing game," Goldman **told Gizmodo in an interview in March**. "Section 230 says let's not do that, let's just have a categorical rule: It says third-party content, the online services aren't liable for it; unless it sits along the statutory exceptions." (Those exceptions include intellectual property violations and federal crimes, like child pornography.)

Meanwhile, in **a 2014 case involving Facebook**, the United States Court of Appeals reaffirmed a social media's site prerogative to ban users how it deemed fit: "It would make nonsense of the statute to say that interactive computer services must lack the capacity to police content when the Act expressly provides them with immunity for doing just that."

Under the current legal framework, Facebook has the power to kick off users it doesn't want and remove content it doesn't like, and it doesn't need to be "neutral" to enjoy the protections of Section 230. As Gizmodo's Dell Cameron **wrote** in that March article, "Section 230 protects all websites, whether they're politically oriented or not."

**The conservative case against Facebook**

Some conservatives are mounting a challenge to the prevailing view of Section 230. It's an uphill battle.

One of the most prominent critics is Cruz, who has championed a different interpretation of Section 230. While questioning Zuckerberg in a hearing, he argued the opposite of what the courts have so far decided: "The predicate for Section 230 immunity under the CDA is that you're a neutral public forum. Do you consider yourself a neutral public forum, or are you engaged in political speech, which is your right under the First Amendment?"

David Greene, a senior staff attorney and civil liberties director for the Electronic Freedom Foundation and a critic of Cruz's view, says he hears this argument a lot. "I don't know who started it, but we hear it constantly. Not just from Cruz but from tons of people who should know better."

Cruz's office didn't return requests for comment.

Sen. Josh Hawley made the same argument regarding Twitter in November. (Hawley's office did not respond to a request for comment.)



Twitter is exempt from liability as a "publisher" because it is allegedly "a forum for a true diversity of political discourse."    That does not appear to be accurate.

12:22 PM · Nov 27, 2018                                          ⓘ

♡ 1K        💬 162        ⬆ Share this Tweet

Conservative media is making the case, too.

"The dominant social media companies must choose: if they are neutral platforms, they should have immunity from litigation," wrote lawyers **Adam Candeub** and **Mark Epstein** for the conservative City Journal last year. "If they are publishers making editorial choices, then they should relinquish this valuable exemption."

Following the Facebook bans of Paul Joseph Watson and others, the right-leaning magazine Human Events made a similar **argument** about neutrality:

> Both Facebook and Twitter are currently considered to be open "publishers" under Section 230 of the Communications Decency Act, which exempts them from legal liability for the content posted on their websites. As proven above, however, it's hard to argue that they are acting merely as bystanding "publishers" when they are in fact operating as the exact opposite — promoting the ideas, posts, and people they agree with by allowing them to be viewed on their platforms, and censoring the ideas, posts, and people with whom they do not agree. These platforms would be more accurately classified as content curators, and thus liable for the content they are allowing on their platforms, rather than publishers who enjoy Section 230 immunity.

## The future of Section 230 might be in jeopardy

Interestingly, m**any of those most enraged** by Facebook's decision to ban some users it views as "extremist" don't seem to actually have a problem with Facebook moderating content (as is their legal right) — unless it applies to them.

Watson, a conspiracy theorist who was among those banned, posted a video on YouTube in which he appeared to argue that some people clearly deserve to be banned from Facebook, but not him:

> They put me on a list with terrorists, human traffickers and serial killers, because I criticize modern art and modern architecture. Because I dare criticize mass immigration. Because I dare criticize a belief

**App. 999**

> system, yet you still host Antifa accounts which threaten to assassinate the president. You still host accounts that belonging to the sicko who sent death threats to Ben Shapiro's family.



To be fair, others are making a better case: that the rules Facebook is using to decide what is "hate speech" and what isn't constitute "**selective silencing**," particularly since figures like Farrakhan and Jones have been using Facebook and other platforms for years to spread anti-Semitic bile and conspiracy theories, raising the question of why these figures were banned now and not, say, in 2012, when Jones was arguing that the Sandy Hook shootings were a "**false flag**."

What was newly offensive about Laura Loomer, best known for **spreading conspiracy theories** and chaining herself to the doors of **Twitter's New York headquarters** while wearing a yellow Star of David, that wasn't offensive in 2016?

What's new is that companies like Facebook, **YouTube**, and Tumblr are trying to be more, as Zuckerberg put it, "responsible" and moderate more content, in response to users tired of being beset by Nazis and trolls.

Tumblr's **recent ban on nudity**, Twitter's continued back-and-forth on **suspending and banning extremist users**, Facebook's recent efforts to curtail misleading ads that may have contributed to misinformation surrounding the **2016 presidential campaign**: All

these moderating efforts are attempts to get out ahead of users who are dismayed by a constant cavalcade of **bad actors and bots** that make these sites less enjoyable to use (and less profitable for ad companies that post on these platforms, and thus, for the platforms).

But that's landed them in a supercharged political environment, drawing the ire of the figures they've deemed dangerous and many others. For companies like Facebook, they're damned if they do moderate content — if not legally, then politically — and damned if they don't.

Their increased moderation has annoyed American **politicians**, some of whom think Section 230 was a big mistake and want to change it. They include Hawley, who **told The Verge earlier this year** that his objections to Section 230 were more about the power he believed Section 230 gave Facebook and other social media companies than about an argument that the legislation required Facebook to be "neutral":

> Section 230 is significant because it is such a broad exemption from traditional liability. It's a really sweet deal. It's allowed these companies to get really, really big and it was supposed to be pro-competition and pro-innovation. But it's allowed a lot of these mega-companies to get really big, really rich, and really powerful and to avoid competition. And it has allowed these companies to exert editorial influence without being subject to the usual controls on editorial activity.

But Hawley and others aren't just angry with Section 230; they want to reform the legislation. Hawley told The Verge, "I think we need to consider what reforms need to be made there in order to prevent viewpoint discrimination." When The Verge responded, "The concern is that, once you start tinkering with Section 230, it would lead to even more censorship, directed by the government instead of the platforms," Hawley said, "The problem is that the dominant platforms are engaging in censorship now, there's just no recourse."

And reforming Section 230 to mandate that online platforms must be "objectively neutral" — though one would wonder what the standard for "neutrality" would be — isn't a far-fetched idea.

Last summer, President Trump signed a bill package — the Fight Online Sex Trafficking Act and the Stop Enabling Sex Traffickers Act, known as FOSTA-SESTA — into law. As my colleague Aja Romano **detailed**, FOSTA-SESTA "creates an exception to Section 230 that means website publishers *would* be responsible if third parties are found to be posting ads

**App. 1001**

for prostitution — including consensual sex work — on their platforms." And with the rise of social media companies focusing more on "engagement" and algorithms that bring more extreme content to the top of users' newsfeeds, it's not just conservatives arguing that it's **time for Section 230 to change**; some on the left are too.

During congressional hearings last year, Sen. Wyden, who wrote Section 230, told Facebook's Sheryl Sandberg and Twitter's Jack Dorsey that if their companies weren't willing to do more to moderate content, they might lose the protections of Section 230. "If you're not willing to use the sword," he **told them**, "there are those who may try to take away the shield."

But others are making a far more direct appeal, one that doesn't reference Section 230 but is aimed squarely at conservative social media users: If Facebook and Instagram can take down pages for Infowars and Loomer (**who went on Infowars** after the ban and complained about how "ruined" her life is now), what will stop the sites from removing pages for Trump supporters, or for conservatives more generally? That's the argument being made by Donald Trump Jr., who said on Twitter that the "purposeful & calculated silencing of conservatives" should "terrify everyone," adding, "ask yourself, how long before they come to purge you?"

Or, as Yiannopoulos said in an email when I asked for comment on his ban from Facebook, "You're next."



Donald Trump Jr. ✔
@DonaldJTrumpJr

The purposeful & calculated silencing of conservatives by @facebook & the rest of the Big Tech monopoly men should terrify everyone.

It appears they're taking their censorship campaign to the next level.

Ask yourself, how long before they come to purge you? We must fight back.

10:46 AM · May 3, 2019    ⓘ

♡ 29.1K    💬 4.7K    ↱ Share this Tweet

**App. 1002**





Home

About

Archive

Videos

DONATE

News Releases

Contact

**DOES FACEBOOK HATE CATHOLICS?**

Home / Latest News Releases / DOES FACEBOOK HATE CATHOLICS?

‹ Previous     Next ›



## SUBSCRIBE TO OUR NEWS RELEASES!

Get news from Catholic League in your inbox.

* Email



Privacy - Terms

**App. 1003**

# DOES FACEBOOK HATE CATHOLICS?

Catholic League president Bill Donohue comments on the testimony of Facebook chairman and CEO Mark Zuckerberg before the Senate Commerce and Judiciary Committee on April 10 and the House Energy and Commerce Committee on April 11:

Sen. Ted Cruz informed Facebook chairman and CEO Mark Zuckerberg that his company "has blocked over two dozen Catholic pages," noting they were prevented from posting on Facebook because "their content and brand were, quote, 'unsafe to the community.'" None of the pages came even close to constituting hate speech.

Rep. Cathy McMorris Rodgers grilled Zuckerberg about an ad that was initially blocked by Facebook because it featured Jesus on the Cross. The ad was submitted by Franciscan University of Steubenville as a theology degree advertisement. Facebook deemed it to be "excessively violent" and "sensational." Crucifixions usually are.

The company later apologized. The congresswoman from Washington wasn't convinced. "Could you tell [us] what was so shocking, sensational or excessively violent about the ad to cause it to be initially censored?" "It sounds like we made a mistake there," Zuckerberg replied.

By submitting this form, you are consenting to receive marketing emails from: Catholic League, 450 7th Avenue, New York, NY, 10123, US. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact.

Sign Up!

Search...

**CATALYST ARCHIVE**

CATALYST 2021 - 2013

CATALYST 2012 - 2008

CATALYST 2007 - 2003

CATALYST 2002 - 1998

CATALYST 1997 - 1993

**NEWS RELEASE ARCHIVE**

Privacy - Terms

Not mentioned in the hearings was an incident that took place between last Thanksgiving and Christmas. A Catholic vocational organization, Mater Ecclesiae Fund for Vocations, had its ads unduly held up for a bogus reason. Facebook told the organization that its content potentially violated Facebook's policy on discrimination for housing ads. But the ad had absolutely nothing to do with housing. By the time the ad was permitted, it was too late to matter, the effect of which was to kill the fundraising effort.

A thorough search of the two-day testimony reveals that there were no examples of Jewish or Muslim groups having their ads blocked. Moreover, no examples of anti-Semitism were mentioned. There were two references to anti-Muslim posts.

An Internet search of Facebook complaints made by Jews and Muslims turned up a few instances of alleged bias against both groups. But instances where Jewish and Muslim pages were blocked, save for clear examples of hate speech, are virtually non-existent.

What gives? Why the singling out of Catholics for censorship?

When Sen. Cruz pressed Zuckerberg about blocking some two dozen Catholic pages, the Facebook co-founder replied that he tries to make sure "we do

NEWS RELEASES 2015 - 2021

NEWS RELEASES 2005 - 2014

NEWS RELEASES 1995 - 2004

**Search By Category**

Select Category ▾

**ANNUAL REPORTS**

2020 YEAR IN REVIEW

2019 YEAR IN REVIEW

2018 YEAR IN REVIEW

2017 YEAR IN REVIEW

2016 YEAR IN REVIEW

2015 REPORT ON ANTI-CATHOLICISM

2014 REPORT ON ANTI-CATHOLICISM

2013 REPORT ON



**App. 1005**

not have any bias," but conceded that his company is "located in Silicon Valley, which is an extremely left-leaning place."

In other words, Zuckerberg's attempt to screen out anti-Catholicism is being thwarted by his own employees because they harbor extremist left-wing views. This is quite a concession. It raises two questions: Why has he failed to check the bigotry, and why do left-wingers hate Catholicism?

One reason why Zuckerberg has failed in squashing anti-Catholic bigotry is the difficulty of policing his staff. He admits that he has upwards of 20,000 people working on content review. Cruz asked, "Do you know the political orientation of those 15,000 to 20,000 people engaging in content review?" "No senator," he replied.

Actually, he does: Zuckerberg admitted that his company is located in an "extremely left-leaning" community, and no one suspects he is importing his staff from Kansas.

Furthermore, Rep. Steve Scalise, Rep. Jeff Duncan, and Rep. McMorris Rodgers all noted the anti-conservative bias at Facebook. The latter cited what FCC Chairman Ajit Pai said last November: he maintained that "edge providers routinely block or discriminate against content they don't like." No

ANTI-CATHOLICISM 2012 REPORT ON

ANTI-CATHOLICISM 2011 REPORT ON

ANTI-CATHOLICISM 2010 REPORT ON

ANTI-CATHOLICISM 2009 REPORT ON

ANTI-CATHOLICISM 2008 REPORT ON

ANTI-CATHOLICISM 2007 REPORT ON

ANTI-CATHOLICISM 2006 REPORT ON

ANTI-CATHOLICISM 2005 REPORT ON

ANTI-CATHOLICISM 2004 REPORT ON

ANTI-CATHOLICISM

doubt the censors consider themselves to be beacons of tolerance.

Now it is understandable why left-wingers might harbor an animus against conservatives—they are at opposite ends of the political spectrum. But why do they hate Catholics?

In fact, Facebook does not hate Catholics—it's just orthodox Catholics it loathes. To wit: there is no evidence that any of the Catholic pages blocked by Facebook are associated with dissident or liberal Catholic causes.

None of this is surprising. It all boils down to sex. The "extremely left-leaning" Facebook employees, just like "extremely left-leaning" persons everywhere, are in a rage over the Catholic Church's teachings on sexuality. It is not Church teachings on the Trinity that exercises them—it's the conviction that marriage is properly understood as a union between a man and a woman.

Zuckerberg told Rep. McMorris Rodgers, "I wouldn't extrapolate from a few examples to assuming that the overall system is biased." But we are not talking about a few anecdotes or hard choices: a pattern of bigotry is evident, and the pages being censored are not Catholic assaults on others.

2003 REPORT ON ANTI-CATHOLICISM
2002 REPORT ON ANTI-CATHOLICISM
2001 REPORT ON ANTI-CATHOLICISM
2000 REPORT ON ANTI-CATHOLICISM
1999 REPORT ON ANTI-CATHOLICISM
1998 REPORT ON ANTI-CATHOLICISM
1997 REPORT ON ANTI-CATHOLICISM
1996 REPORT ON ANTI-CATHOLICISM
1995 REPORT ON ANTI-CATHOLICISM
1994 REPORT ON

Privacy - Terms

**App. 1007**

Rep. Kevin John Cramer from North Dakota suggested to Zuckerberg that he should look to hire more people from places like Bismarck where people tend to have "common sense."

It's more common decency and fairness that is the problem. The fact is that those who are the captains of censorship in America work in places like the tech companies, higher education, the media, publishing, the arts, and Hollywood. What do they have in common? They are all examples of "extremely left-leaning" places that hate Catholic sexual ethics.

Zuckerberg has his work cut out for him. He can begin by hiring practicing orthodox Catholics in senior positions monitoring content review. He should also be ready to pay for relocation fees.

By Bill | April 12th, 2018 | Categories: Latest News Releases | Tags: 2018 - April Releases | Comments Off

**Related Posts**

ANTI-CATHOLICISM

Privacy - Terms



Performance

# Facebook removes 5K ad targeting filters to keep advertisers from discriminating against ethnic & religious groups

Along with fewer ad filters, Facebook is trying to fight discrimination with a new certification tool that is now part of its Ads Manager platform.

Amy Gesenhues on August 21, 2018 at 5:09 pm





Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok



Facebook is continuing the push to make its platform safer for users, this time removing more than 5,000 ad targeting filters from its system to keep advertisers from discriminating against ethnic or religious groups.

This latest move aims to prohibit advertisers from using filters for housing, employment or credit-related campaigns that could potentially keep ads for things like job postings, housing offers or credit applications from being displayed to specific ethnic or religious groups.

"While these [ad targeting] options have been used in legitimate ways to reach people interested in a certain product or service, we think minimizing the risk of abuse is more important. This includes limiting the ability for advertisers to exclude audiences that relate to attributes such as ethnicity or religion," Facebook writes on its [news blog](#).

In addition to removing ad filters, Facebook will also be launching a certification tool within its Ads Manager platform that requires housing, employment and credit advertisers in the US to certify they are in compliance with Facebook's non-discrimination policy.

On-Demand: [MarTech (fall 2020)](#)



LEARN MORE ABOUT OUR MARTECH EVENTS



June 21-22, 2021: [SMX Advanced Europe](#)

August 17, 2021: [SMX Convert](#)

November 9-10, 2021: [SMX Next](#)

December 14, 2021: [SMX Code](#)

On-Demand: [SMX](#)

On-Demand: [SMX Report](#)

On-Demand: [SMX Create](#)

On-Demand: [SMX Advanced](#)

LEARN MORE ABOUT OUR SMX EVENTS

## WEBINARS

[The Future of Digital Advertising: How to Deliver Personalization at Scale with Agility and Automation](#)

[How to Measure Google's E-A-T Criteria and Improve Your Organic Results](#)

[5 Ways Conversational AI Transforms Your Lead Engagement and Sales Process](#)

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

Facebook says it will be extending the certification process to other tools and APIs, as well as additional countries, over time.

Facebook has a history of problems around its ad targeting options for housing, employment and credit ads. In November of 2016, the company put limits on its ethnic-affinity ad targeting options after a report from ProPublica revealed advertisers were using the filters to discriminate against groups. A year later, a follow-up report from ProPublica found Facebook advertisers were still able to avoid anti-discrimination laws in their ad campaigns on the platform.

At the time, Facebook disabled brands from using its multicultural affinity targeting for exclusion targeting, and the company's VP of ads, Rob Goldman, said Facebook was working to certify that advertisers understood Facebook's anti-discrimination policies and the law when using multicultural affinity segments for inclusion on ads on Facebook.

With the latest removal of 5,000 ad filters and the certification tool now being part of Facebook's Ads Manager, Facebook's most recent updates make evident the company still has work to do around discriminatory practices among its advertisers.

## INTELLIGENCE REPORTS

Enterprise Headless & Hybrid CMS Platforms

Enterprise SEO Platforms: A Marketer's Guide

Enterprise Identity Resolution Platforms

Enterprise Marketing Attribution and Predictive Analytics

Enterprise Customer Data Platforms: A Marketer's Guide

Enterprise Call Analytics Platforms: A Marketer's Guide

SEE MORE INTELLIGENCE REPORTS

## WHITE PAPERS

How successful retailers optimize their Google Shopping campaigns

A Collection of CDP Fails: 5 Stories to Learn From

Searchmetrics Core Web Vitals Study

The 2021 State of Marketing Operations

The Marketer's Playbook to Drive Your Digital Strategy in 2021

SEE MORE WHITEPAPERS

---

## ABOUT THE AUTHOR



**Amy Gesenhues**

Amy Gesenhues was a senior editor for Third Door Media, covering the latest news and updates for Marketing Land, Search Engine Land and MarTech Today. From 2009 to 2012, she was an award-winning syndicated columnist for a number of daily newspapers from New York to Texas. With more than ten years of marketing management experience, she has contributed to a variety of traditional and online publications, including MarketingProfs, SoftwareCEO, and Sales and

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

ADVERTISEMENT

# Facebook says Blackburn anti-abortion ad mistakenly removed

November 2, 2018

NASHVILLE, Tenn. (AP) — A spokesperson for Facebook says the company accidentally removed an anti-abortion group's ad supporting Tennessee U.S. Senate nominee Marsha Blackburn.

The nonprofit Susan B. Anthony List claimed Thursday that Facebook was censoring its ad. The 30-second ad raises questions about Blackburn's opponent, Democrat Phil Bredesen, and his views on abortion while calling Blackburn a "pro-life champion."

ADVERTISEMENT

AD



AD

The Washington, D.C.-based nonprofit has endorsed Blackburn's campaign. Facebook's representative told the Tennessean "we're sorry for this mistake — the ad has been restored and is now running on Facebook."

This is the second time an ad for Blackburn has been temporarily blocked on social media. Twitter blocked a Blackburn campaign video last year that said she would stop the "sale of baby body parts." It later reversed the decision.

———

For AP's complete coverage of the U.S. midterm elections: http://apne.ws/APPolitics

———

Information from: The Tennessean, http://www.tennessean.com

**App. 1012**

# IndyStar.

---

**OPINION** *This piece expresses the views of its author(s), separate from those of this publication.*

# Op-ed: Social media giants discriminate against conservative views

*There are hundreds of instances where conservatives have been unfairly banned or suppressed based on their political beliefs.*

**Ryan Moore**
Published 6:00 a.m. ET Sep. 22, 2019

The social media giants Facebook/Instagram, Twitter and YouTube/Google all clearly lean left. Their political donations are overwhelmingly for Democratic candidates. In the 2018 midterms, tech giant employees donated $2.4 million to House and Senate candidates — according to Federal Election Commission filings, and less than 8% of it went to Republicans. Facebook has a near monopoly on social media as they also own and operate Instagram which leaves Twitter as their only major competitor.

These big tech giants state that they do not discriminate based on political views and claim to remain politically neutral but there are hundreds of instances where conservatives have been unfairly banned or suppressed based on their political beliefs.

Live Action is a pro-life nonprofit and they have been very heavily targeted by the tech giants. Live Action is incredibly effective in their use of social media. They fight to save the lives of children in the womb and their posts are seen by millions. Between Facebook, Twitter and Instagram, Live Action and founder Lila Rose, have a combined 3.7 million followers. They utilize undercover investigations and in the abortion industry, they have documented sexual abuse cover-up, racism, medical misinformation and the willingness to assist sex traffickers. Live Action has also documented false statements made by Planned Parenthood executives, sex-selective abortion and infanticide.

Earlier this year Live Action was permanently banned by Pinterest. They are banned from doing any advertising on Twitter while Planned Parenthood and other pro-choice organizations are allowed to advertise.

**We bring you stories that matter to Indiana:** Subscribe now.

**Have something to say?** Submit a letter to the editor.

**App. 1013**

In late August, Facebook rated a video posted by Live Action and Lila Rose as "false news" using third party fact checkers and they sent a notification of this to all of their followers. The third party fact-checkers both directly profit from abortion — one of them is an abortionist and the other is an abortionist and an abortion trainer. Due to this Facebook violation, Live Action and Lila Rose's Facebook page reach will be reduced for the "repeated sharing of false news." In the video Live Action states that "abortion is never medically necessary" and this is the claim that Facebook issued the violation over. One thousand medical experts signed the Dublin Declaration declaring "the purposeful destruction of the unborn child — is not medically necessary to save the life of a woman." Live Action states that 2,500 OBGYNS at the American Association of Pro-Life Obstetricians & Gynecologists also agree that abortion is never medically necessary to save the life of a woman. Live Action further states that it may be medically necessary to deliver a child early, but this is not an abortion.

Last week, GOP Sens. Ted Cruz, Josh Hawley, Mike Braun and Kevin Cramer sent a letter to Facebook CEO Mark Zuckerberg condemning the censorship of Live Action and demanding an immediate correction. Following this letter, Live Action stated that Facebook sent another push notification to all of their followers on Wednesday claiming that they are spreading "false news." Was this an already scheduled automated Facebook follow-up notification or might it have been an intentional retaliation from Facebook to the letter from the Senators?

Does anyone really believe that Facebook/Instagram, Twitter and YouTube/Google are neutral platform providers rather than publishers? They are not neutral and they are clearly heavily biased publishers.

And why are the social media giants trying so hard to suppress pro-life content? Abortion is the intentional killing of a child in the womb and everyone should be against that. Thousands of OBGYNS and millions of compassionate pro-life individuals recognize the fact that the mother and the baby are two separate patients and every attempt should always be made to preserve both of their lives.

*Ryan Moore is a writer and social media strategist. He is @RyanMoore on Twitter and @RyanMoore on Instagram.*

**App. 1014**

# Des Moines Register

COLUMNISTS | Opinion  *This piece expresses the views of its author(s), separate from those of this publication.*

# Don't let social media corporations deny free speech to conservatives

**Ryan Moore** Guest columnist

Published 10:28 a.m. CT Sep. 26, 2019 | **Updated 12:07 p.m. CT Sep. 26, 2019**

Bias against conservatives on social media is ubiquitous. We are either banned completely and/or we are denied services like the ability to run ads to reach a larger audience or we are denied verified status.

Verified accounts are those with a blue checkmark by their name which shows the account is authentic and also bestows additional benefits. Other conservatives who were verified have had their verification badge removed. It is also widely believed that many conservatives have had their posts hidden so only they can see them (commonly known as shadow banning).

It happens to the most famous conservatives and to people like me, a little-known writer and songwriter. I also have 10 years experience working as a social media director and I have managed numerous high-profile accounts and have spent over $700,000 running social media ads for my clients.

On St. Patrick's Day, I made a video to wish everyone a safe and happy St. Patrick's Day. In the video, I'm wearing the St. Paddy's Make America Great Again hat. I talk about the horrific terrorist attack in Christchurch, New Zealand, and speak out against anti-Semitism and all forms of hate. I also defend Chelsea Clinton as she was accosted and blamed for the Christchurch terrorist attack for speaking out against anti-Semitism herself. To help my video reach a larger audience, I submitted an ad to promote it through Google Ads. My ad was denied by Google Ads/YouTube for "dangerous or derogatory content" and my entire ad account was permanently suspended as a result.

The three-minute video contains nothing even argumentatively dangerous or derogatory. And if they actually think it does contain dangerous or derogatory content, why hasn't YouTube removed it from their platform altogether? They have allowed the video to remain up but they are making sure I can't promote it to allow more like-minded people to see it.

**App. 1015**

When Facebook/Instagram (Instagram is owned and operated by Facebook), Twitter or YouTube (YouTube is owned and operated by Google) ban very high-profile conservatives or deny their ad content, they often later claim it was an "accident." This was the case in March 2019, when White House social media director Dan Scavino was unable to reply to questions on his Facebook account. Scavino wrote on his Facebook: "Dear Facebook — AMAZING. WHY ARE YOU STOPPING ME from replying to comments followers have left me - on my own Facebook Page!!?? Why are you silencing me?"

 Facebook said its automated systems mistook Scavino for a bot, according to news reports. Scavino's Facebook account has of course been verified by Facebook. I can attest to the fact that Facebook's automated systems do make a lot of mistakes but I find it hard to believe that they wouldn't know the difference between a verified account and a bot. Donald Trump Jr. has also been very outspoken to the fact that he has been censored many times on social media for no apparent or logical reason other than political bias.

In my case with the permanent ban to my Google Ads account, I assumed it might have been an automated error so I appealed. Here is their response: "We've confirmed that your account is in violation of our Google Ads policies. Since this decision is final, the account will not be reinstated. Please avoid creating additional Google Ads accounts, as they will be subjected to the same suspension. Our support team will not be able to give you any more specifics on the suspension."

This response was sent to me by email and it was signed by an individual. So my video was so egregious that I have been given a lifetime ban from ever creating a Google Ads account and from running an ad for any video no matter the content of the video. I have never previously been banned or warned by Google/YouTube for violating their terms and conditions or for any other reason.

**More:** Trump-supporting former Democrat urges a return to civility in America

In many ways you can contend that conservatives are being denied our First Amendment rights. In other situations, we are being denied services, where these tech giants have monopolies, because the owners and moderators disagree with our politics and our views do not align with their political agenda.

Many people on the Left like to call those of us who support the president "the Trump cult." Sorry but we're not a little cult: 63 million Americans voted for Trump. The majority of the people in 30 states voted for Trump. Free speech and monopolized services should not be denied to us because the decision-maker disagrees with our views.

**App. 1016**



# Big tech's censorship of conservative users is alive and

BY CHRISTIE-LEE MCNALLY, OPINION CONTRIBUTOR — 07/14/18 05:30 PM EDT
THE VIEWS EXPRESSED BY CONTRIBUTORS ARE THEIR OWN AND NOT THE VIEW OF THE HILL

**116** SHARES

 

## Just In...

**Chile admits soccer players violated coronavirus protocol at Copa**
HEALTHCARE — 1H 8M AGO

**The Memo: The center strikes back**
CAMPAIGN — 1H 21M AGO

**Katie Hill says 'it would take a lot' to convince her to run again for House**
HOUSE — 1H 22M AGO

**Journalist describes rape by baseball player in NYT essay**
MEDIA — 2H 4M AGO

**Investing in lives this World Refugee Day**
OPINION — 2H 25M AGO

**Hong Kong's Lam says China has helped restore 'stability'**
INTERNATIONAL — 2H 44M AGO

**Suspect charged with murder in death of American student in Russia**
INTERNATIONAL — 2H 50M AGO

**Emory medical school apologizes to man 62 years after rejecting him because of his race**
BLOG BRIEFING ROOM — 3H 6M AGO



© iStock

A study released by the Pew Research Center in late June has once again brought to the surface a key issue of the Obama-era Title II net neutrality regulations: America's concern about big tech's approach to privacy, censorship and political bias and how Obama ignored it.

The study found that "seven-in-ten Americans think it likely that social media companies intentionally censor political views they find objectionable."

The majority of us Americans agree that it is necessary for online platforms to regulate hate speech or intervene when users are engaging in harassing or threatening behavior. However, big tech companies like Facebook, Google and Twitter have taken this practice too far and have created their own definitions of hate speech, censoring political viewpoints that differ from the left-leaning ideologies of the companies' leadership.

The Pew study found that 72 percent of the American public thinks it "likely that social media platforms actively censor political views that those companies find objectionable." Well, unfortunately for consumers, it isn't "likely" happening — it is happening.

**VIEW ALL**

**View Latest Opinions >>**

Related News     by    [>



Border state governors rebel against Biden's...



A NATO action plan for China

Biden's domestic terrorism strategy...

Home Buyers: Don't Pick the First Mortgage...

Sponsored | NerdWallet NMLS ID# 1617539

In January, Project Veritas exposed Twitter for "shadow banning" conservative profiles, meaning the users were blocked from the platform without even being notified. Further, a shadow-banned user's followers won't even know they've been blocked, as they will still appear to exist, but won't show up in search results or anywhere else on Twitter. "Although Twitter presents itself as politically neutral, its culture behind closed doors is one of blatant censorship, systematic bias, and political targeting," said Project Veritas President James O'Keefe.

In June, Google listed "Nazism" as the ideology of the California Republican party, blaming "vandalism" at Wikipedia for the search results. Immediately after apologizing for the California issue, Google again found itself in hot water when a top search result for North Carolina Republican state senator yielded a photo labeling her a bigot.

The list goes on and on. Another list that seems endless is the stream of attacks on Federal Communications Commission (FCC) Chairman Ajit Pai and his family that continue to be published on Twitter to this day.

The deep pockets in Silicon Valley have focused their efforts to paint Pai in a negative light, claiming he killed the internet and so-called net neutrality. Unfortunately, those false claims stuck and users have taken to social media to support big tech's sentiment toward Pai, even taking it to horrifying levels in posts that threaten his life and those of his family, yet still remain publicly posted on the platform.

Just last month, one user asked "Kim Jong Un, Russian spies, or any rich person whatsoever to kill Ajit Pai and take him to Hell." Other users suggested Pai be hanged, forced to gurgle hot bleach, and develop cancer, among other things that are better left unsaid.

It is rich for Silicon Valley firms to assert that the aforementioned examples are not hate speech that should be removed from the internet, but Michigan state Senate candidate Aric Nesbitt's campaign video that references his pro-life beliefs or Diamond and Silk's pro-Trump vlogs are "unsafe to the community."

This is not a hypothetical issue and it is not the least bit surprising that the majority of Republicans think major technology companies as a whole support the views of liberals over conservatives.

What's more, these companies are growing increasingly negligent when it comes to privacy. For years, big tech has watched our every move online, selling our information to advertisers and political campaigns and have been held accountable to no one. To ensure that they are able to continue to operate unchecked, Silicon Valley is now lobbying Congress under the guise of so-called net neutrality to support a Congressional Review Act (CRA), which would effectively exempt Facebook and Google from any obligation to protect consumers online.

While net neutrality might be an abstract and complicated issue, privacy is not lost on the American people. A meager 24 percent of the public thinks tech companies "do enough to protect the personal data of users."

It is clear that technology goliaths can no longer remain self-regulated entities. But unfortunately for consumers, the Senate, pushed by the deep pockets of Silicon Valley lobbyists, jammed through the harmful, politically-motivated CRA and sent it to the House.

Now, members of the House of Representatives must oppose this net neutrality CRA and, instead, work with the Senate to pass real consumer internet protection legislation.

It is high past time for Congress to hear the concerns of their constituents and step up to protect us against the dangers that could come from allowing these companies to continue blocking and censoring content.

*Christie-Lee McNally is the founder of <u>Free Our Internet</u>. She was the Maine statewide director for <u>Donald Trump</u>'s presidential campaign in 2016.*

**TAGS  DONALD TRUMP  BIG TECH  TECHNOLOGY  CENSORSHIP**





THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ®2021 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.



# Diamond and Silk slam Facebo[ok] after company deems their rhe[toric] 'unsafe to the community'

BY **JOE CONCHA** - 04/09/18 10:26 AM EDT

**2,857** SHARES





© Getty Images

## Just In...

**Chile admits soccer players violated coronavirus protocol at Copa**

HEALTHCARE — 1H 18M AGO

**The Memo: The center strikes back**

CAMPAIGN — 1H 31M AGO

**Katie Hill says 'it would take a lot' to convince her to run again for House**

HOUSE — 1H 32M AGO

**Journalist describes rape by baseball player in NYT essay**

MEDIA — 2H 14M AGO

**Investing in lives this World Refugee Day**

OPINION — 2H 35M AGO

**Hong Kong's Lam says China has helped restore 'stability'**

INTERNATIONAL — 2H 54M AGO

**Suspect charged with murder in death of American student in Russia**

INTERNATIONAL — 3H 59S AGO

**Emory medical school apologizes to man 62 years after rejecting him because of his race**

BLOG BRIEFING ROOM — 3H 16M AGO

Popular pro-Trump vloggers Diamond and Silk slammed Facebook on Monday after the social media company said the conservative duo's "content and brand" were "unsafe to the community."

The two women, whose real names are Lynette Hardaway and Rochelle Richardson, respectively, often appear on Fox News and created their Facebook page in 2014.

"The only thing that they told us was that it was unsafe for the community. And my theory is we are two women — two women of color — so how are we and our content and our brand unsafe for the community? We don't sell drugs, we're not laying out in the streets, we not no thugs, we don't belong to no gang. So how are we unsafe to the community?" Hardaway said on Monday.

"It's offensive, it's appalling, it taints our brand, it taints us as women, and Facebook is supposed to be an entity where they want equality for women. So why are you censoring two women of color, two black women?"

The social media pair said they observed in September that their 1.2 million Facebook followers were not getting the usual alerts whenever they posted new content.

**App. 1020**

**VIEW ALL**

Related News   by 



Sponsored

Save $80 on secure
long-term personal...



Here's What New Dental
Implants Should Cost...

THE
HILL

A Facebook representative told Fox News when asked for comment that its policy team had determined that the pair's rhetoric was "unsafe to the community," but added the company was "reaching out to the creators of Diamond and Silk to try to resolve this matter."

The Hill has reached out to Facebook for comment.

The complaints come as Facebook CEO Mark Zuckerberg prepares to testify before Congress in hearings set for Tuesday and Wednesday.

The 33-year-old founder has been under fire from the public and lawmakers regarding Facebook's privacy practices amid a scandal involving Cambridge Analytica, a data analytics firm that worked for the Trump campaign.

Cambridge Analytica obtained data on upwards of 87 million  Facebook users, in the United States in 2016 without consent.

Zuckerberg was criticized for remaining silent for several days after the controversy broke.

**TAGS  MARK ZUCKERBERG**

  

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2021 CAPITOL HILL PUBLISHING CORP., A SUBSIDARY OF NEWS COMMUNICATIONS, INC.



Paid for by Managed Funds Association

☰ Menu    Q Search      **Bloomberg Businessweek**      Sign In    **Subscribe**

Cut through the chaos with real time updates on the news affecting the global economy. **Enable Notifications.**    [ Enable ]   **Later**    ✕

■ September 17, 2020, 5:00 AM EDT      ■ Updated on September 17, 2020, 5:30 PM EDT



PHOTO ILLUSTRATION: 731; PHOTOS: GETTY IMAGES

# Facebook Needs Trump Even More Than Trump Needs Facebook

Employees fear Zuckerberg's commitment to free speech is more about protecting the president than the company's ideals.

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for ~~$105~~ $6.** Cancel anytime.    [ Claim This Offer ]   [ Sign In ]

▭▭ Bloomberg Anywhere clients get **free access**

App. 1022

SHARE THIS ARTICLE

f Share

Tweet

in Post

✉ Email

In late 2019, during one of Mark Zuckerberg's many trips to Washington to defend Facebook in front of Congress, he stopped for a private dinner with Donald Trump and offered the president a titillating statistic. "I'd like to congratulate you," Zuckerberg said. "You're No.1 on Facebook."

At least that's the story as told by Trump, on Rush Limbaugh's radio show in January. Trump is technically not the top politician by followers on Facebook. That would be former President Barack Obama. But as the country's most powerful newsmaker and the person in charge of a government that's been aggressively pursuing antitrust cases against big tech companies, he does have leverage over Zuckerberg. So the chief executive officer could be forgiven for flattering Trump. Any moment that the president is happy with Facebook is a moment he's not pursuing hostile regulation—or more likely, sparking a bad news cycle.



Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for $105 $6. Cancel anytime.**

Claim This Offer    Sign In

Bloomberg Anywhere clients get **free access**

App. 1023



▲ Featured in *Bloomberg Businessweek*, Sept. 21, 2020. Subscribe now.  ILLUSTRATION: JAUME CULLELL FOR BLOOMBERG BUSINESSWEEK

Facebook Inc. declined to comment on whether Zuckerberg indeed told Trump he was No. 1 and, if so, in what category he meant, but it's adamant that its founder isn't playing favorites. After the *New York Times* speculated that the dinner between Zuckerberg and Trump might have involved a deal over whether Facebook would fact-check the president, Zuckerberg said he was simply stopping by the White House because he was in town. "The whole idea of a deal is pretty ridiculous," he told *Axios* in July.

Longtime current and former employees say this denial may be a bit misleading. Zuckerberg isn't easily influenced by politics. But what he does care about—more than anything else perhaps—is Facebook's ubiquity and its potential for growth. The result, critics say, has been an alliance of convenience between the world's largest social network and the White House, in which Facebook looks the other way while Trump spreads misinformation about voting that could delegitimize the winner or even swing the election. "Facebook, more so than other platforms, has gone out of its way to not ruffle feathers in the current administration," says Jesse Lehrich, co-founder of Accountable Tech, an organization making recommendations to tech companies on public-policy issues. "At best, you could say it's willful negligence."

The pattern hasn't been confined to U.S. politics. A Facebook executive in India was accused in August of granting special treatment to a lawmaker from Prime Minister Narendra Modi's ruling Bharatiya Janata Party who'd called for violence against Rohingya Muslim immigrants. (It was only after the *Wall Street Journal* reported on the posts that the company banned the lawmaker, T. Raja Singh.) A memo from a former employee, published by *BuzzFeed* on Sept. 14, detailed how Facebook had ignored or delayed taking action against governments using fake accounts to mislead their citizens. "I have blood on my hands," she wrote.

"You can continuously see the challenge of them trying to have these kinds of broad

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for $~~$105~~ $6. Cancel anytime.**

Claim This Offer    Sign In

Bloomberg Anywhere clients get **free access**

App. 1024

top security executive at Facebook, at a conference in June. Facebook executives say their only loyalty is to free speech. "The idea that there is systematic or deliberate political bias in our decisions I really don't think is borne out by the facts," says Nick Clegg, head of policy and communications. "Of course, there are isolated cases."

Facebook executives often point out that the company was seen as overly friendly to Democrats during the Obama years and that it takes plenty of heat from the Right. In the summer of 2016, the tech website *Gizmodo* wrote that it had been directing employees to suppress pro-Trump sites in its trending news section. The story led to a scandal over supposed anticonservative bias at social media companies, and it was in response to this backlash that Facebook started to drift rightward. The company flew conservative commentators to its headquarters in Menlo Park, Calif., to reassure them that there was no need for concern about how Facebook operated.

The romancing continued after election day as Facebook celebrated Trump's victory. In January 2017, the company co-hosted an inauguration party with the *Daily Caller*, which has published writers who have espoused white nationalist views. The lemons in the catered drinks were stamped with Facebook logos. An internal report from around the same time touted Trump's superior strategy with Facebook ads, noting that Trump followed advice and training from the company that his opponent, Hillary Clinton, had rejected. Trump "got elected because he ran the single best digital ad campaign I've ever seen from any advertiser. Period," Andrew Bosworth, who currently runs the company's efforts in augmented and virtual reality and who was head of ads at the time, wrote in a memo to employees in 2018.

Facebook's mostly liberal staff saw its Republican relationship-building as the price of doing business, but as the company weathered public scrutiny—about Russia's spread of election misinformation, as well as its failure to stop Cambridge Analytica's data-gathering operation—something changed. Among the rank and file, and even among some executives, the shift went from grudging professional admiration for Trump to a

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for ~~$105~~ $6. Cancel anytime.**

Claim This Offer    Sign In

Bloomberg Anywhere clients get **free access**

**App. 1025**

seated directly behind the nominee, a close friend. The days following, several Facebook employees say, was the first time they saw colleagues cry openly at Zuckerberg's weekly question-and-answer sessions.

After the Kavanaugh hearings, employees began to notice that Kaplan, George W. Bush's former deputy chief of staff, seemed more concerned about critiques of bias from conservatives than from liberals. Facebook's internal data showed that conservative voices are consistently the most popular on the site. (On a recent Monday morning, the top 10 Facebook posts, by interactions—such as likes, shares, and comments—included eight from conservative pundits and news outlets, one from Ivanka Trump, and one from NPR.) But in 2019, under pressure from the same group who'd visited before Trump's election, Kaplan commissioned a yearlong independent study that concluded the opposite. "There is still significant work to be done to satisfy the concerns we heard from conservatives," it said.

Historically, Facebook had given executives in charge of its products immense leeway in making decisions, but suddenly the company's policy team seemed to have veto power. In January 2018, Zuckerberg asked to reduce the prevalence of news in users' feeds, especially from incendiary and untrustworthy outlets. The product team tweaked the news feed, but then members of Kaplan's team reviewed test simulations. They noted that the product change was causing traffic to drop more severely for right-wing outlets such as Fox News and *Breitbart News*, according to a person familiar with the incident who spoke with *Bloomberg Businessweek* on the condition of anonymity. Of course, this was because Fox and *Breitbart* tend to publish more incendiary content—*Breitbart* famously once had a "black crime" section on the site. So the engineers were ordered to tweak the algorithm a little more until it punished liberal outlets as much as conservative ones, before releasing the update to 2.5 billion users. Fox maintained its position as the top publisher on Facebook. This kind of review wasn't unusual, employees say. The policy team would regularly investigate whether changes would affect right-leaning outlets while seeming less concerned about the effects on more left-leaning ones. A Facebook spokesman denies that Kaplan's pushback was partisan and says the algorithm was not changed as a result of his concerns.

As employees started to worry about Facebook's proximity to the Right, Facebook's M-Team—"M" for management—seemed intent on pushing the company even closer to it. At one point, the group flew to New York for a leadership off-site at the headquarters of News Corp., which like Fox News is controlled by Rupert Murdoch and his family. One executive, Instagram co-founder Kevin Systrom (who left the company in 2018), refused to attend, citing Fox's polarizing influence, according to a person familiar with

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for $~~105~~ 6. Cancel anytime.**

Claim This Offer    Sign In

Bloomberg Anywhere clients get **free access**

**App. 1026**

Eventually, Trump pushed the limits. In the early morning hours of May 29, he posted a message to his 29.5 million Facebook followers, warning protesters in Minneapolis that they were risking violent retribution. "When the looting starts, the shooting starts," the president wrote. It was a formulation that's long been associated with police brutality. A similar threat was used by the segregationist presidential candidate George Wallace.

Trump had said the same on Twitter, which quickly hid his post, saying it violated rules against glorifying violence. Zuckerberg waited, leaving the post up for hours while consulting his top lieutenants to discuss what to do. Chief Operating Officer Sheryl Sandberg, Kaplan, and Clegg all weighed in. So did Maxine Williams, the company's head of diversity. And then, that afternoon, another very influential figure piped up: the president himself, who spoke to Zuckerberg by phone. Zuckerberg said later that he told Trump he disagreed with the post and found it unhelpful. But, crucially, he also didn't think it went against Facebook's rules.

Trump's post remained on Facebook, sparking a virtual walkout. Employees began criticizing Zuckerberg openly and leaking to the press. "Mark is wrong," tweeted Ryan Freitas, director of product design for the company's news feed, "and I will endeavor in the loudest possible way to change his mind." A flurry of stories appeared over the next two months detailing instances that reinforced the suspicions about the alliance between Facebook and Trump. For instance, media outlets reported that the president had no negative hashtags associated with his name on Instagram, while Joe Biden had lots; that a Facebook employee was fired after complaining that the company seemed to be allowing far-right pundits, such as Diamond and Silk, to break rules about misinformation; and that an investigation into Ben Shapiro, whose site the *Daily Wire* routinely broke the rules to boost its audience, was thwarted by Kaplan's policy group.

Employees also noticed a difference between Zuckerberg's relationship with Trump and his interactions with his Democratic opponent. In a June 29 letter addressed to Clegg, Biden's campaign manager, Jen O'Malley Dillon, pointed out three instances where she felt Trump had shared voting misinformation and asked if Facebook "will apply its policies impartially." In a separate letter on July 10, campaign general counsel Dana Remus accused Facebook of hypocrisy. "Your company's actions fail to live up to its stated commitments," she wrote. Zuckerberg hasn't spoken to Biden all year.

After the looting-and-shooting post, Facebook's policy team contacted the White House to explain the company's process, which lead to Trump's phone call with Zuckerberg. During the delay, the post got millions of views. Around the same time, Biden posted an open letter asking Facebook to stem the tide of misinformation.

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for ~~$105~~ $6. Cancel anytime.**

Claim This Offer   Sign In

Bloomberg Anywhere clients get **free access**

**App. 1027**

November and we will protect political speech, even when we strongly disagree with it." The message was clear: We listen to the government in charge.

By now, Facebook's failures during the 2016 election are well known. A group backed by the Russian government used the company's products to promote Trump and disparage Clinton, according to the report issued by special counsel Robert Mueller. For instance, Russian operatives created fake accounts aimed at Black voters, seen as a key part of Clinton's base. They told people who followed these accounts they shouldn't bother voting, or that they should vote by text message, which isn't possible. In all, the Russian posts reached more than 150 million Americans.

The job of rooting out fake content created by foreign governments falls to Facebook's election integrity and cybersecurity groups, which are separate from the policy team and, in theory, nonpartisan. Facebook has gotten better at finding these campaigns. Last year alone, it removed 50 networks of accounts like the Russian one from 2016. But some former employees have complained of being ignored or sidelined based on political concerns. In 2018, Yaël Eisenstat, a former CIA intelligence officer, worked on a plan to use software to scan ads for language that could give false information about voting procedures. The proposal was rejected, Eisenstadt was told, because the problem wasn't urgent enough. She left that November.

The following year, Facebook did make rules against giving incorrect information about how to vote, but then it froze when Trump actually put the policy to the test. On May 20, a week before the looting-and-shooting post, the president claimed that officials in Michigan and Nevada were sending out mail-in ballots illegally, which was not true. A few days later, on May 26, Trump posted that California was mailing ballots to "anyone living in the state," another lie. The posts stayed up, and Zuckerberg went on Fox News to criticize Twitter, which had fact-checked similar posts. An outside civil rights auditor later concluded that Facebook failed to enforce its own policies in both instances.

Instead Zuckerberg came up with something new—what he called "the largest voting information campaign in U.S. history," a plan to register 4 million voters. Facebook also designed a "voting information center," a webpage with facts about the election compiled from state authorities. The social media network has been promoting the page atop every user's Facebook and Instagram feed and attaches a link to it with every post on the service that mentions the election process. The hub "ensures that people

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for $~~105~~ 6. Cancel anytime.**

Claim This Offer　　Sign In

Bloomberg Anywhere clients get **free access**

**App. 1028**

But the links below Trump's ever-more-frequent postings about voting do not warn Facebook users if the information is untrue–they simply advertise an information center. Moreover, after Republicans complained about the voter registration efforts, Facebook seemed to back off further, according to emails obtained by the Tech Transparency Project. The company had planned a two-day promotion over the July 4th holiday on Facebook, as well as on Instagram and Messenger, but then cut that down to a one-day push on Facebook alone.

Facebook has said that the suggestion that the company scaled down its voter registration plans for political reasons is "pure fabrication." Another spokesman, replying to a Twitter user who suggested the same, responded with a picture of a woman in a tin foil hat.

The company, of course, knows lots about conspiracy theorists, who thrive on the site. There's QAnon, a far-right movement that espouses a complex theory involving a cabal of elites engaged in child sex trafficking. The FBI deemed it a form of domestic terrorism in August 2019, but Facebook only started removing accounts in May. The company also initially ignored posts tied to a Kenosha, Wis., militia in which users discussed shooting Black Lives Matter protesters. The militia's event page was flagged more than 400 times, but moderators allowed it to stay up, according to *BuzzFeed*. Not long after the posts began appearing, a 17-year-old with an assault rifle shot and killed two people at a protest in the city.

Even as employees accuse Facebook of aiding Trump's reelection effort, the administration has kept up the pressure on the company. In late May the president signed an executive order threatening to revoke the immunity enjoyed by social media companies, including Facebook, under Section 230 of the Communications Decency Act of 1996, if they showed political bias. The order was an apparent threat to social networks that censored posts from Trump and his allies. Facebook responded by saying the move would restrict free speech.

Trump's threats haven't yet materialized into anything crippling–at least not for Facebook. The U.S. Department of Justice is preparing a case against the company's main rival, Google, which it's expected to file before Election Day. Meanwhile, Trump has forced another key Facebook competitor, Chinese-owned TikTok, to find a U.S. buyer or face ejection from the country.

So far, Zuckerberg's cultivation of Trump has seemed to keep Facebook safe from

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for $~~105~~ $6. Cancel anytime.**

Claim This Offer　　Sign In

Bloomberg Anywhere clients get **free access**

**App. 1029**

Case 4:21-cv-00220-RH-MAF　Document 106-2　Filed 06/21/21　Page 160 of 181

on antitrust, alongside all the other major tech executives. Representatives' questions for him were pointed, prosecutorial, and informed by thousands of internal emails and chat logs that seemed to suggest a path for regulators to argue that the company should be broken up or penalized in some other way. "All of these companies engage in behavior which is deeply disturbing and requires Congress to take action," David Cicilline, the Rhode Island representative who's the panel's chairman, told Bloomberg in August, the same day Facebook's stock hit a record high. He said he was especially struck by the "casual way" Zuckerberg admitted to buying Instagram and WhatsApp to eliminate them as competitors. Facebook disputes Cicilline's statement and says both acquisitions have not harmed competition.

Biden, meanwhile, has said he also favors removing Section 230 protections and holding executives personally liable. "I've never been a big Zuckerberg fan," he told the *New York Times* in January. Zuckerberg seems keenly aware of the risks of a Trump loss. He's told employees that Facebook is likely to fare better under Republicans, according to people familiar with the conversations.

This isn't to say Facebook wouldn't adapt if Biden wins in November. In June, Zuckerberg announced he'd rehired Chris Cox, former chief product officer, who'd been active in Democratic politics since leaving Facebook last year. Cox is widely considered to be the most likely candidate to become CEO if the Facebook founder ever stepped down. "Nothing stays the same, of course not," says Clegg, the VP for communications, when asked how Facebook would adjust to a future Biden administration. "We'll adapt to the environment in which we're operating."

*Read next: Palantir Is Bad-Mouthing Big Tech While Taking Its Tech Public*

*(Updates to include Facebook comment on Cicilline's statement.)*

Terms of Service Do Not Sell My Info (California)　Trademarks Privacy Policy
©2021 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices ▷ Help

Your monthly limit of free content is about to expire. **Stay on top of historic market volatility. Try 3 months for ~~$105~~ $6. Cancel anytime.**

Claim This Offer　Sign In

▭▭ Bloomberg Anywhere clients get <u>free access</u>

**App. 1030**

6/21/2021
Case 4:21-cv-00280-RH-MAF Document 106-2 Filed 06/21/21 Page 161 of 181
Sensitive to claims of bias, Facebook relaxed misinformation rules for conservative pages

TECH NEWS

# Sensitive to claims of bias, Facebook relaxed misinformation rules for conservative pages

According to internal discussions, Facebook removed "strikes" so that conservative pages were not penalized for violations of misinformation policies.



—— Mark Zuckerberg speaks during an interview with Lester Holt at Facebook's Menlo Park headquarters in Calif., on Oct. 20, 2019. John Brecher / for NBC News

Aug. 7, 2020, 3:31 PM EDT

**By Olivia Solon**

Facebook has allowed conservative news outlets and personalities to repeatedly spread false information without facing any of the company's stated penalties, according to leaked materials

App. 1031

reviewed by NBC News.

According to internal discussions from the last six months, Facebook has relaxed its rules so that conservative pages, including those run by Breitbart, former Fox News personalities Diamond and Silk, the nonprofit media outlet PragerU and the pundit Charlie Kirk, were not penalized for violations of the company's misinformation policies.

Facebook's fact-checking rules dictate that pages can have their reach and advertising limited on the platform if they repeatedly spread information deemed inaccurate by its fact-checking partners. The company operates on a "strike" basis, meaning a page can post inaccurate information and receive a one-strike warning before the platform takes action. Two strikes in 90 days places an account into "repeat offender" status, which can lead to a reduction in distribution of the account's content and a temporary block on advertising on the platform.

Facebook has a process that allows its employees or representatives from Facebook's partners, including news organizations, politicians, influencers and others who have a significant presence on the platform to flag misinformation-related problems. Fact-checking labels are applied to posts by Facebook when third-party fact-checkers determine their posts contain misinformation. A news organization or politician can appeal the decision to attach a label to one of its posts.

Facebook employees who work with content partners then decide if an appeal is a high-priority issue or PR risk, in which case they log it in an internal task management system as a misinformation "escalation." Marking something as an "escalation" means that senior leadership is notified so they can review the situation and quickly -- often within 24 hours -- make a decision about how to proceed.



**4 top tech CEOs grilled by lawmakers about business practices and censorship** ...

App. 1632



The removal of the strikes has furthered concerns from some current and former employees that the company routinely relaxes its rules for conservative pages over fears about accusations of bias.

Two current Facebook employees and two former employees, who spoke anonymously out of fear of professional repercussions, said they believed the company had become hypersensitive to conservative complaints, in some cases making special allowances for conservative pages to avoid negative publicity.

"This supposed goal of this process is to prevent embarrassing false positives against respectable content partners, but the data shows that this is instead being used primarily to shield conservative fake news from the consequences," said one former employee.

About two-thirds of the "escalations" included in the leaked list relate to misinformation issues linked to conservative pages, including those of Breitbart, Donald Trump Jr., Eric Trump and Gateway Pundit. There was one escalation related to a progressive advocacy group and one each for CNN, CBS, Yahoo and the World Health Organization.

There were also escalations related to left-leaning entities, including one about an ad from Democratic super PAC Priorities USA that the Trump campaign and fact checkers have labeled as misleading. Those matters focused on preventing misleading videos that were already being shared widely on other media platforms from spreading on Facebook and were not linked to complaints or concerns about strikes.

**App. 1033**

Facebook and other tech companies including Twitter and Google have faced repeated accusations of bias against conservatives in their content moderation decisions, though there is little clear evidence that this bias exists. The issue was reignited this week when Facebook removed a video posted to Trump's personal Facebook page in which he falsely claimed that children are "almost immune" to COVID-19. The Trump campaign accused Facebook of "flagrant bias."

Facebook spokesperson Andy Stone did not dispute the authenticity of the leaked materials, but said that it did not provide the full context of the situation.

In recent years, Facebook has developed a lengthy set of rules that govern how the platform moderates false or misleading information. But how those rules are applied can vary and is up to the discretion of Facebook's executives.

In late March, a Facebook employee raised concerns on an internal message board about a "false" fact-checking label that had been added to a post by the conservative bloggers Diamond and Silk in which they expressed outrage over the false allegation that Democrats were trying to give members of Congress a $25 million raise as part of a COVID-19 stimulus package.

Diamond and Silk had not yet complained to Facebook about the fact check, but the employee was sounding the alarm because the "partner is extremely sensitive and has not hesitated going public about their concerns around alleged conservative bias on Facebook."

Since it was the account's second misinformation strike in 90 days, according to the leaked internal posts, the page was placed into "repeat offender" status.

## Recommended

TECH NEWS

**Facebook launches podcasts, live audio service**

SECURITY

**Ransomware gangs get paid off as officials struggle for fix**

Diamond and Silk appealed the "false" rating that had been applied by third-party fact-checker Lead Stories on the basis that they were expressing opinion and not stating a fact. The rating was

**App. 1034**

downgraded by Lead Stories to "partly false" and they were taken out of "repeat offender" status. Even so, someone at Facebook described as "Policy/Leadership" intervened and instructed the team to remove both strikes from the account, according to the leaked material.

In another case in late May, a Facebook employee filed a misinformation escalation for PragerU, after a series of fact-checking labels were applied to several similar posts suggesting polar bear populations had not been decimated by climate change and that a photo of a starving animal was used as a "deliberate lie to advance the climate change agenda." This claim was fact-checked by one of Facebook's independent fact-checking partners, Climate Feedback, as false and meant that the PragerU page had "repeat offender" status and would potentially be banned from advertising.

A Facebook employee escalated the issue because of "partner sensitivity" and mentioned within that the repeat offender status was "especially worrisome due to PragerU having 500 active ads on our platform," according to the discussion contained within the task management system and leaked to NBC News.

After some back and forth between employees, the fact check label was left on the posts, but the strikes that could have jeopardized the advertising campaign were removed from PragerU's pages.

Stone, the Facebook spokesperson, said that the company defers to third-party fact-checkers on the ratings given to posts, but that the company is responsible for "how we manage our internal systems for repeat offenders."

"We apply additional system-wide penalties for multiple false ratings, including demonetization and the inability to advertise, unless we determine that one or more of those ratings does not warrant additional consequences," he said in an emailed statement.

He added that Facebook works with more than 70 fact-checking partners who apply fact-checks to "millions of pieces of content."

Facebook announced Thursday that it banned a Republican PAC, the Committee to Defend the President, from advertising on the platform following repeated sharing of misinformation.

But the ongoing sensitivity to conservative complaints about fact-checking continues to trigger heated debates inside Facebook, according to leaked posts from Facebook's internal message board and interviews with current and former employees.

**App. 1035**

Case 4:21-cv-00280-RH-MAF Document 106-2 Filed 06/21/21 Page 166 of 181

"The research has shown no evidence of bias against conservatives on Facebook," said another employee, "So why are we trying to appease them?"

Those concerns have also spilled out onto the company's internal message boards.

One employee wrote a post on 19 July, first reported by BuzzFeed News on Thursday, summarizing the list of misinformation escalations found in the task management system and arguing that the company was pandering to conservative politicians.

The post, a copy of which NBC News has reviewed, also compared Mark Zuckerberg to President Donald Trump and Russian President Vladimir Putin.

"Just like all the robber barons and slavers and plunderers who came before you, you are spending a fortune you didn't build. No amount of charity can ever balance out the poverty, war and environmental damage enabled by your support of Donald Trump," the employee wrote.

The post was removed for violating Facebook's "respectful communications" policy and the list of escalations, previously accessible to all employees, was made private. The employee who wrote the post was later fired.

"We recognize that transparency and openness are important company values," wrote a Facebook employee involved in handling misinformation escalations in response to questions about the list of escalations. "Unfortunately, because information from these Tasks were leaked, we've made them private for only subscribers and are considering how best to move forward."



---

 

Olivia Solon

Olivia Solon is tech investigations editor for NBC News in San Francisco.

---

**Sponsored Stories**                    by Taboola

MARTASSET
ashington: Startup Is Changing the Way People Retire

L THINGS AUTO | SEARCH ADS

**App. 1036**

**MEDIA** · Published August 17

# Twitter apologizes after briefly suspending The Babylon Bee's account

Spokesperson for social media giant says satire site 'was mistakenly caught in a spam filter'

By Joseph Wulfsohn | **Fox News**



**Fox News Flash top headlines for August 17**

Fox News Flash top headlines are here. Check out what's clicking on Foxnews.com.

Twitter offered an apology to the popular conservative satirical website The Babylon Bee Monday after the tech giant briefly suspended the site's account.

**App. 1037**

Bee editor-in-chief Kyle Mann initially alerted fans that Twitter had taken action against the outlet's account.

"Your account, TheBabylonBee has been suspended for violating the Twitter Rules. Specifically for: Violating our rules against platform manipulation and spam," Twitter wrote in an e-mail posted by Mann. "You may not use Twitter's services in a manner intended to artificially amplify or suppress information or engage in behavior that manipulates or disrupt's people's experience on Twitter."

**BABYLON BEE STINGS CNN WITH SATIRICAL ARTICLE: THERE'S ONLY ROOM FOR 'ONE FAKE NEWS SITE'**





5:08 PM · Aug 17, 2020                                          ⓘ

♡  2.8K        💬  453      ⬆  Share this Tweet

The suspension sparked a major outcry among conservatives who launched a #FreeTheBee campaign on Twitter.

Less than an hour later, the Bee's account had been restored.

CEO Seth Dillon published another email from Twitter about the "mistake" it had made.

**CNN REPORTER SOUNDS ALARM OVER CONSERVATIVE SATIRICAL SITE, GETS PUMMELED ON TWITTER**

"We're writing to let you know that we've unsuspended your account. We're sorry for the inconvenience and hope to see you back on Twitter soon," Twitter wrote. "We have systems that find and remove multiple automated spam accounts in bulk, and yours was flagged as spam by mistake. Please note that it may take an hour or so for your follower and following numbers to return to normal."



**Seth Dillon** @SethDillon · Aug 17, 2020
The Babylon Bee's Twitter account has been suspended. #FreeTheBee



**Seth Dillon**
@SethDillon

Twitter says sorry, they made a mistake.

5:40 PM · Aug 17, 2020                                        ⓘ

♡  989      💬  206      ⬆  Share this Tweet

A spokesperson for Twitter told Fox News, "This account was mistakenly caught in a spam filter. This has been reversed and the account has been reinstated."

The Babylon Bee, which is widely seen as a conservative alternative to "The Onion," was founded in 2016. It describes itself as "Christian News Satire" and has become known for lampooning Democratic politicians and liberal media outlets.

**CLICK HERE FOR THE FOX NEWS APP**

**App. 1040**

Earlier this year, the Bee had some fun at the expense of CNN after one of its reporters accused the outlet of spreading misinformation.

"CNN Attacks Babylon Bee: 'The Internet is Only Big Enough For One Fake News Site,'" the Bee's headline read.



## Conversation  33 Comments

What do you think?

Sort by Best ⌄

**Babatoothpaste**
17 August, 2020
It is such a coincidence that all of Twitter's "mistakes" go in one political direction.

Reply    👍 50    👎

> **curlybrackets2174**  › Babatoothpaste
> 17 August, 2020
> There are no coincidences.
>
> Reply    👍 30    👎

> **Nativeson01**  › Babatoothpaste
> 17 August, 2020
> Once is happenstance. Twice is **coincidence**. Three times is enemy action.
>
> Reply    👍 16    👎

**App. 1041**

Dorsey says blocking Post's Hunter Biden story was 'total mistake'

TECH

# Jack Dorsey says blocking Post's Hunter Biden story was 'total mistake' — but won't say who made it

By Noah Manskar                                          March 25, 2021 | 4:04pm | Updated

Twitter doesn't have a "censoring department" that blocked The Post from tweeting last fall, CEO Jack Dorsey said Thursday — but he wouldn't reveal who was responsible for the blunder.

At a congressional hearing on misinformation and social media, Dorsey said Twitter made a "total mistake" by barring users from sharing The Post's bombshell October report about Hunter Biden's emails.

Twitter also locked The Post out of its account for more than two weeks over baseless charges that the exposé used hacked information — a decision Dorsey chalked up to a "process error."

"It was literally just a process error. This was not against them in any particular way," Dorsey told the House Energy and Commerce Committee.

"If we remove a violation we require people to correct it," he added. "We changed that based on their to wanting to delete that tweet, which I completely agree with. I see it. But it is something we learn."

**App. 1042**



Joe and Hunter Biden.
AP

But Dorsey dodged a question from Rep. Steve Scalise about who decided to freeze the 200-year-old newspaper's account.

Twitter demanded The Post delete six tweets that linked to stories based on files from the abandoned laptop of President Biden's son. Twitter backed down after the paper refused to remove the posts — a development The Post celebrated on its Oct. 31 front page with the headline "FREE BIRD!"

"Their entire account to be blocked for two weeks by a mistake seems like a really big mistake," Scalise, a Louisiana Republican, told Dorsey. "Was anyone held accountable in your censoring department for that mistake?"

"Well, we don't have a censoring department," the bearded and newly bald-headed tech exec replied.

When Scalise interjected to ask who made the decision "to block their account for two weeks," Dorsey claimed, "We didn't block their account for two weeks."

"We required them to delete the tweet and then they could tweet it again," he said. "They didn't take that action, so we corrected it for them."

Scalise compared Twitter's response to The Post's stories with a Jan. 9 Washington Post article that claimed then-President Donald Trump urged Georgia's lead elections investigator to "find the fraud" in the state's presidential vote and that she'd be a "national hero" if she did.

![NY Post cover]

New York Post cover for Thursday, October 15, 2020.
vmodica

**App. 1043**

The paper issued a lengthy correction to the story this month revealing that Trump never used those words, though he did say the official would find "dishonesty" and that she had "the most important job in the country right now."

"There are tweets today ... that still mischaracterize it even in a way where the Washington Post admitted it's wrong, yet those mischaracterizations can still be retweeted," Scalise told Dorsey. "Will you address that and start taking those down to reflect what even the Washington Post themselves has admitted is false information?"

Dorsey would not answer affirmatively either way: "Our misleading information policies are focused on manipulated media, public health and civic integrity," he said. "That's it."

FILED UNDER    CENSORSHIP,   HEARINGS.,   JACK DORSEY,   TECHNOLOGY,   3/25/21



RECOMMENDED   1 / 5



Get notifications from The New York Post

Click 'Sign Up' then 'Allow'

Dismiss     Sign Up

Germany seeks to fine operators of Telegram messenger app

Read More ›

**App. 1044**

NEWS

# Twitter, Facebook censor Post over Hunter Biden exposé

By Noah Manskar

October 14, 2020  |  4:14pm  |  Updated

Both Twitter and Facebook took extraordinary censorship measures against The Post on Wednesday over its exposés about Hunter Biden's emails — with Twitter baselessly charging that "hacked materials" were used.

The suppression effort came despite presidential candidate Joe Biden's campaign merely denying that he had anything on his "official schedules" about meeting a Ukrainian energy executive in 2015 — along with zero claims that his son's computer had been hacked.

The Post's primary Twitter account was locked as of 2:20 p.m. Wednesday because its articles about the messages obtained from Biden's laptop broke the social network's rules against "distribution of hacked material," according to an email The Post received from Twitter.

Twitter also blocked users from sharing the link to The Post article indicating that Hunter Biden introduced Joe Biden to the Ukrainian businessman, calling the link "potentially harmful."

"In line with our Hacked Materials Policy, as well as our approach to blocking URLs, we are taking action to block any links to or images of the material in question on Twitter," a Twitter spokesperson told The Post in a statement.

The company said it took the step because of the lack of authoritative reporting on where the materials included in The Post's story originated.

**App. 1045**



Hunter Biden speaking at the Democratic National Convention
DEMOCRATIC NATIONAL CONVENTION/A

In a lengthier statement Wednesday night, the social media company said articles in The Post exposé, "include personal and private information — like email addresses and phone numbers — which violate our rules."

They reiterated the baseless claim that the story relied on hacked material, but added that "commentary on or discussion about hacked materials, such as articles that cover them but do not include or link to the materials themselves, aren't a violation of this policy."

"Our policy only covers links to or images of hacked material themselves," the statement says.

Users who clicked the link on Twitter were shown an alert warning them that the webpage may be "unsafe" and could contain content that would break Twitter's rules if it were shared directly on the platform.

The extraordinary move came after Facebook said it would limit the spread of The Post's story on its own platform. The social network added that the story would be eligible for review by independent fact-checkers.

US Sen. Josh Hawley (R-Mo.) fired off a letter to Facebook CEO Mark Zuckerberg on Wednesday demanding answers about why the platform "censored" The Post's reporting.

"The seemingly selective nature of this public intervention suggests partiality on the part of Facebook," Hawley wrote. "And your efforts to suppress the distribution of content revealing potentially unethical activity by a candidate for president raises a number of additional questions, to which I expect responses immediately."

**App. 1046**



Hawley later sent a similar letter to Twitter CEO Jack Dorsey, blasting the company for what he said was "an unusual intervention that is not universally applied to all content."

The senator demanded to know how Twitter had determined that The Post's story was violating its policy on hacked materials and why the company had taken the "unprecedented action" to lock the news org's account.

"I ask that you immediately answer these questions and provide the necessary justifications so that your users can feel confident that you are not seeking to influence the outcome of the presidential election with your content removal decisions," Hawley wrote.

FILED UNDER    CENSORSHIP, FACEBOOK, HUNTER BIDEN, JOE BIDEN, TWITTER, UKRAINE, 10/14/20

RECOMMENDED   4/5

# Hudson Institute



# Twitter, Facebook and Amazon Censorship of Conservatives Harms Social Media Giants
## *Arthur Herman*

Big Tech firms Facebook, Twitter and Amazon have managed to provide plenty of ammunition in the past week for those who accuse them of using their colossal market dominance to unfairly tilt the political and cultural conversation.

We can start with the most egregious example: The decision by Twitter and Facebook to suspend the accounts of anyone who tried to retweet or post a New York Post story about the relationship between corrupt Ukrainian energy firm Burisma and Democratic presidential nominee Joe Biden and his son Hunter.

**App. 1048**

The list of accounts suspended included those belonging to the New York Post itself; White House press secretary Kayleigh McEnany; and the Team Trump reelection campaign.

Twitter executives explained that the social media company was suspending the accounts because the information in The New York Post story about Hunter Biden's emails was based on "hacked material." But that was a rationale that neither fit the facts nor precedent.

The emails that were the basis of the newspaper story were not hacked or stolen. The Post reported that the emails came from a repairman working on a laptop he says he assumed had been abandoned by its owner.

And Twitter's actions were not consistent with its past conduct. The social media giant did not interfere with the dissemination of other news stories from other news organizations that were based on hacked or leaked emails.

Facebook decided to do something similar to the action by Twitter in dealing with people trying to circulate The New York Post story.

The New York Post is not Alex Jones. It has the fourth-largest print circulation of any newspaper in the country. Suspending its account looked very much like a sneak attack on the First Amendment, as does suspending the account of Politico reporter Jake Sherman. And suspending the Trump campaign's account seemed to many observers like blatant interference in the election process.

As outrage swept over the Internet, Twitter promised to rescind its policy, but still hasn't released the Post's account.

It's rare for two social media giants to make such a blatant and coordinated move against their own self-interest. Their actions directly undermine the rationale for Facebook's and Twitter's exemption under Section 230 of the Communications Decency Act, which shields them from any liability for content that appears on their sites.

**App. 1049**

The exemption is built on the assumption — fiercely defended by Facebook and Twitter — that the sites serve as neutral platforms and are not editors of content like the publishers of books, magazines and newspapers. Such publications are not exempt from liability for what they publish.

Now many people refuse to believe the claim of the social media companies that is the basis for their exemption.

As a result, we should expect efforts in Congress to redraw the Section 230 rules to allow parties to sue the social media giants when posts the sites publish are libelous or personally damaging. Starting this week, Twitter and Facebook will need to put a lot more lawyers on their payrolls.

The second blunder was Amazon's decision not to release the documentary "What Killed Michael Brown," written and narrated by the noted African American scholar Shelby Steele.

The documentary consists largely of interviews with African Americans. It casts a very different light on fatal police shooting of Brown, who was Black, in Ferguson, Mo., in 2014. The shooting triggered nationwide riots and the Black Lives Matter movement.

Steele examined the misconceptions and outright untruths surrounding the shooting of Brown.

Amazon clearly decided that a look at American race relations that defied the usual Groupthink was too hot to handle, and so refused to release the documentary on its streaming service.

With breathtaking hubris, Amazon informed Steele and his filmmaker son that "this decision may not be appealed." It's not hard to read into Amazon's action a desire to suppress an unwelcome message — and the brandishing of a political bias that be very costly to Amazon in the future.

**App. 1050**

Sen. Elizabeth Warren, D-Mass., has been the main congressional point person pushing for a breakup of Big Tech — including Facebook, Twitter and Amazon.

If Democratic presidential nominee Joe Biden is elected president, Warren will no doubt try to legislate her wish. If leaders of the social media giants think Republicans or free-market conservatives will charge to their rescue, they might want to think again.

There is a powerful double-shame hovering over the events of last week.

The first is that the case for exempting the social media platforms from Section 230 is strong. Under ideal circumstances the exemption serves to further the free exchange of expression and discourse as public goods in a free and open society. But by acting as they did, these companies have put their defenders — including me — on the defensive.

The second cause for shame is that these companies — and all of Big Tech — command huge resources of capital, data, innovative energy, and individual talent that could be supporting open and honest public debate of important issues, not undermining or suppressing debate.

Last week was a big week for Big Tech, no doubt. It was also a bad week for America.

Read in Fox News

---

Support Hudson Institute. Donate today

Arthur Herman
*Senior Fellow*

October 21, 2020
Fox News

**App. 1051**