**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

        Plaintiffs,

v.                              CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

        Defendants.

_____

**<u>DEFENDANTS' APPENDIX</u>
<u>VOLUME 3</u>**

# TABLE OF CONTENTS

## LEGISLATIVE MATERIALS

House of Representatives Staff, *HB 7013 Final Bill Analysis* (May 20, 2021)......................App. 1

Professional Staff of the Committee on Appropriations, *SB 7072 Bill Analysis and Fiscal Impact Statement* (Apr. 16, 2021)...........................................................................................App. 18

SB 7072: Social Media Platforms Bill History, FLA. SENATE (last visited June 21, 2021), https://www.flsenate.gov/Session/Bill/2021/7072....................................................App. 42

Fla. House of Representatives SB 7072 Third Reading Vote (Apr. 28, 2021)....................App. 47

Fla. House of Representatives SB 7072 Passage Vote (Apr. 29, 2021) ...............................App. 48

Fla. Senate SB 7072 Third Reading Vote (Apr. 26, 2021)..................................................App. 49

Fla. Senate SB 7072 Returning Messages Vote (Apr. 29, 2021)..........................................App. 50

Senate Bill No. 7072, Fla. Laws Ch. 2021-32 (May 24, 2021) ...........................................App. 51

## OTHER MATERIALS

Brooke Auxier & Monica Anderson, *Social Media Use in 2021*, PEW RSCH. CTR. (Apr. 7, 2021), https://pewrsr.ch/3gL9HQf .................................................................................App. 64

STAFF OF SUBCOMMITTEE ON ANTITRUST, COMMERCIAL AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY, 116TH CONG., INVESTIGATION OF COMPETITION IN DIGITAL MARKETS (2020), *available at* https://bit.ly/3xtL6WS...............................App. 74

*Terms of Service*, FACEBOOK (Oct. 22, 2020), https://bit.ly/3gPVAJk..............................App. 524

Elisa Shearer & Amy Mitchell, *News Use Across Social Media Platforms in 2020*, PEW RSCH. CTR. (Jan. 12, 2021), https://pewrsr.ch/3cWi1eP ..................................................App. 534

*Terms of Use*, ETSY (Jan. 19, 2021), https://etsy.me/3iWwI5E.........................................App. 539

*Terms of Service*, TWITTER (June 18, 2020), https://bit.ly/3xBaREU ...............................App. 547

*About Your Twitter Timeline*, TWITTER HELP CTR. (last visited June 19, 2021), https://bit.ly/3xE8wJr ........................................................................................App. 565

Kate Klonick, *The New Governors: The People, Rules, and Processes Governing Online Speech*, 131 HARV. L. REV. 1598 (2018) ..........................................................................App. 569

Edward Lee, *Moderating Content Moderation: A Framework for Nonpartisanship in Online Governance*, 70 AM. U. L. REV. 913 (2021) .........................................................App. 642

Tom Parker, *Facebook Soft-Censors The Babylon Bee, Starts Forcing Users to Confirm That They Actually Want to Share Posts*, RECLAIM THE NET (May 27, 2020), https://bit.ly/3wFEZ1G ........................................................................................App. 789

i

Kyle Mann, Opinion, *Facebook Has No Sense of Humor*, WALL ST. J. (Oct. 21, 2020), https://on.wsj.com/35FLPbL...............................................................................App. 792

Shannon Bond, *Facebook and Twitter Limit Sharing 'New York Post' Story About Joe Biden*, NPR (Oct. 14, 2020), https://n.pr/3gOG00P...........................................................App. 795

Post Editorial Board, Editorial, *Social Media Again Silences The Post for Reporting the News*, N.Y. POST (Apr. 16, 2021), https://bit.ly/3xyfKi2 ..................................................App. 801

The Editorial Board, Opinion, *Facebook's Lab-Leak About Face*, WALL ST. J. (May 27, 2021), https://on.wsj.com/3j0FkIa ....................................................................................App. 804

Rachel Bovard, Opinion, *Facebook's Oversight Board Ban of Donald Trump Is Totally Arbitrary and Ideological*, USA TODAY (May 5, 2021), https://bit.ly/3cT1MPS .................App. 807

Baynard Woods, *Facebook Deactivated Korryn Gaines' Account During Standoff, Police Say*, GUARDIAN BALT. (Aug. 3, 2016), https://bit.ly/3iUuKT3 .....................................App. 810

Nancy Flanders, *Mark Zuckerberg Admits Facebook Chose to Ban Foreign Pro-Life Ads in Ireland Before Abortion Vote*, LIVEACTION (July 3, 2019), https://bit.ly/2UlNf8U ................................................................................................App. 815

George Upper, *Confirmed: Facebook's Recent Algorithm Change Is Crushing Conservative Sites, Boosting Liberals*, WESTERN J. (Mar. 13, 2018), https://bit.ly/3cSm7ow.....App. 820

Susan Michelle-Hanson, *Facebook Holds Live Action Videos, Allows Planned Parenthood to Promote Sex to Kids*, LIVEACTION (June 13, 2018), https://bit.ly/3cXGQXM.......App. 828

Michael Van Der Galien, *Facebook Blocks Bridget Phetasy's Podcast with Glenn Beck: 'Against Community Standards'*, PJ MEDIA (Sept. 4, 2019), https://bit.ly/3zHNJGm .........App. 835

Calvin Freiburger, *Facebook Blocks Pregnancy Site Articles on Fetal Development, Abortion Pill Reversal*, LIFESITE (Mar. 12, 2019), https://bit.ly/3iVhspG ...........................App. 838

Natasha Lennard, *Facebook's Ban on Far-Left Pages Is an Extension of Trump Propaganda*, THE INTERCEPT (Aug. 20, 2020), https://bit.ly/3ddJwkv ........................................App. 841

Chris Pandolfo, *Clay Travis to Congress: Facebook Censorship Removed 68% of Outkick's Audience*, THE BLAZE (Mar. 12, 2021), https://bit.ly/3iUV3IQ ............................App. 846

Jeff Horwitz, *Facebook Has Made Lots of New Rules This Year. It Doesn't Always Enforce Them.*, WALL ST. J. (Oct. 15, 2020), https://on.wsj.com/3zHI8zS ........................App. 850

Andre Damon, *Facebook Restores Service to Socialist Pages, Claiming the Purge Was an "Automation Error"*, WORLD SOCIALIST WEB SITE (Jan. 26, 2021), https://bit.ly/3xB7y0s...................................................................App. 856

Jon Miltimore, *Facebook Locks Out Ron Paul Following Column Criticizing Big Tech Censorship, Cites 'Error'*, FEE (Jan. 11, 2021), https://bit.ly/2SQfyf7.................App. 858

Akin Olla, Opinion, *Facebook Is Banning Leftwing Users Like Me – And It's Going Largely Unnoticed*, THE GUARDIAN (Jan. 29, 2021), https://bit.ly/3iRl5Ne ........................ App. 864

Brian Freeman, *Facebook Censors BLM Criticism After Company Co-founder Donated Millions to Activist Group*, NEWSMAX (Apr. 19, 2021), https://bit.ly/3iTh9eJ ..................... App. 868

James Anthony, *Facebook Censors and Punishes The Babylon Bee for Mocking Rioters*, PM. (Apr. 24, 2021), https://bit.ly/2SEzkdJ .................................................................. App. 871

Charles Jackson Paul, *Back at it: Facebook Censors the Babylon Bee*, TEX. HORN (May 4, 2021), https://bit.ly/3gQy0wp ................................................. App. 875

Augusto Zimmermann, *Why Is Facebook Censoring a Conference on Christianity and Religious Freedom*, SPECTATOR (Apr. 9, 2019), https://bit.ly/2Ub1qNQ .............................. App. 877

EJ Dickson, *Why Did Facebook Take Down a Fact-Check of an Anti-Abortion Video*, ROLLING STONE (Sept. 13, 2019), https://bit.ly/3cUOT81 ..................................................... App. 881

Jonathan Bucks & Daniel Bates, *Facebook 'Fact-Checkers' Could Be Politically Biased Themselves, Admits the Tech Giant's Vice-President Nick Clegg*, DAILY MAIL (June 13, 2021), https://bit.ly/3xzwJAA ................................................................................. App. 884

Michael Ginsberg, *Facebook, Twitter Do Not Censor Video of Maxine Waters Encouraging Protesters 'To Get More Confrontational'*, DAILY CALLER (Apr. 19, 2021), https://bit.ly/3iPmB2p ................................................................................................ App. 889

Ariana Tobin, Madeleine Varner & Julia Angwin, *Facebook's Uneven Enforcement of Hate Speech Rules Allows Vile Posts to Stay Up*, PROPUBLICA (Dec. 28, 2017), https://bit.ly/3iPmxzH ................................................................................................ App. 892

Kari Paul, *Facebook Under Fire as Human Rights Groups Claim 'Censorship' of Pro-Palestine Posts*, THE GUARDIAN (May 26, 2021), https://bit.ly/3xypI2P .............................. App. 899

Cristiano Lima, *Facebook No Longer Treating Man-Made Covid as a Crackpot Idea*, POLITICO (May 27, 2021), https://politi.co/3gPKcNE .......................................................... App. 903

Sam Biddle, *Facebook's Secret Rules About the Word "Zionist" Impede Criticism of Israel*, THE INTERCEPT (May 14, 2021), https://bit.ly/3xzEWVo ............................................. App. 908

Salvador Rodriguez, *Facebook Says Donald Trump to Remain Banned for Two Years, Effective from Jan. 7*, NBC (June 4, 2021), https://cnb.cx/3cXkiGH .................................... App. 916

Tony Romm, *Zuckerberg: Standing For Voice and Free Expression*, WASH. POST (Oct. 17, 2019), https://wapo.st/3cV2eNg .......................................................................... App. 919

Queenie Wong, *Is Facebook Censoring Conservatives or Is Moderating Just Too Hard?*, CNET (Oct. 29, 2019), https://cnet.co/3cSqDmY .................................................. App. 928

Michael Nunez, *Former Facebook Workers: We Routinely Suppressed Conservative News*, GIZMODO AU (May 10, 2016), https://bit.ly/3zDhA2X ...................................... App. 939

Rachel Sandler, *Conservatives Blast Facebook For Removing Trump Interview With Daughter-In-Law*, FORBES (Mar. 31, 2021), https://bit.ly/3xEtBDx......................................App. 945

Katie Cox, *Facebook Pulls Trump Campaign Ads for Fake Census Claims*, ARS TECHNICA (Mar. 6, 2020), https://bit.ly/3gLPKc5 ..........................................App. 948

Joseph A. Wulfsohn, *Facebook Censors New York Post Report on BLM Co-Founder's Pricey Property Purchases*, FOX NEWS (Apr. 15, 2021), https://fxn.ws/3xxQrwq ...........App. 952

Bobby Allyn, *Facebook Removes Trump Ads With Symbol Used By Nazis. Campaign Calls It An 'Emoji'*, NPR (June 18, 2020), https://n.pr/2UlRAsI..............................................App. 957

Sydney Bauer, *Facebook Axes Political Ad Saying Trans Athletes Will 'Destroy Girls Sports'*, NBC NEWS (Sept. 18, 2020), https://nbcnews.to/3zEplW9....................................App. 963

Melissa Nann Burke, *Zuckerberg: Nesbitt Ad Rejection Possible 'Mistake'*, DETROIT NEWS (Apr. 11, 2018), https://bit.ly/3zGH13p ...........................................................................App. 966

Hope Kirwan, *Facebook Restricts La Crosse County Republican Party Page, Pulls Ads*, WIS. PUB. RADIO, NPR (Oct. 21, 2020), https://bit.ly/3cV2X0W ..................................App. 969

Elizabeth Culliford, *Facebook Removes Video of Trump Interview with Daughter-in-Law Lara, Citing Ban*, REUTERS (Mar. 31, 2021), https://reut.rs/3gGx1i8..............................App. 972

Jack Brewster, *The Extremists, Conspiracy Theorists, And Conservative Stars Banned From Social Media Following The Capitol Takeover*, FORBES (Jan. 12, 2021), https://bit.ly/3iRp9wY ...............................................................................................App. 975

*Trump Covid Post Deleted by Facebook and Hidden by Twitter*, BBC NEWS (Oct. 6, 2020), https://bbc.in/3zEXMMz..............................................App. 979

Joseph Cox, *Leaked Documents Show Facebook's 'Threshold' for Deleting Pages and Groups*, VICE (July 18, 2018), https://bit.ly/2SPs7aH........................................................App. 983

Barbara Ortutay & David Klepper, *Facebook Bans Big 'Stop the Steal' Group for Sowing Violence*, ASSOCIATED PRESS (Nov. 5, 2020), https://bit.ly/3zEpEjL ....................App. 987

Thomas Barrabi, *Facebook Ends Ban on Posts Claiming COVID-19 Is Man-Made*, FOX BUS. (May 26, 2021), https://fxn.ws/3gJxjVv...................................................App. 991

Jane Coaston, *The Facebook Free Speech Battle, Explained*, VOX (May 14, 2019), https://bit.ly/3zCV2iF ................................................................................................App. 993

Bill Donohue, *Does Facebook Hate Catholics?*, CATHOLIC LEAGUE (Apr. 12, 2018), https://bit.ly/3vCwGm0 ...........................................................................................App. 1003

Amy Gesenhues, *Facebook Removes 5k Targeting Filters to Keep Advertisers from Discriminating Against Ethnic & Religious Groups*, MARTECH (Aug. 21, 2018), https://bit.ly/2SEDzWH.......................................... App. 1009

iv

The Associated Press, *Facebook Says Blackburn Anti-Abortion Ad Mistakenly Removed*, KSL.COM (Nov. 2, 2018), https://bit.ly/3gDzs6i .................................................App. 1012

Ryan Moore, *Op-ed: Social Media Giants Discriminate Against Conservative Views*, INDYSTAR. (June 17, 2021), https://bit.ly/3cV2mMK............................................................App. 1013

Ryan Moore, Opinion, *Don't Let Social Media Corporations Deny Free Speech to Conservatives*, DES MOINES REG. (Sept. 26, 2019), https://bit.ly/3wI5CD7 ........App. 1015

Christie-Lee McNally, Opinion, *Big Tech's Censorship of Conservative Users is Alive and Well*, THE HILL (July 14, 2018), https://bit.ly/3wHFfxm ................................................App. 1017

Joe Concha, *Diamond and Silk Slam Facebook After Company Deems their Rhetoric 'Unsafe to the Community'*, THE HILL (Apr. 9, 2018), https://bit.ly/3gHtLnL ......................App. 1020

Sarah Frier & Kurt Wagner, *Facebook Needs Trump Even More Than Trump Needs Facebook*, BLOOMBERG BUSINESSWEEK (Sept. 17, 2020), https://bloom.bg/2SJMia6 ..........App. 1022

Olivia Solon, *Sensitive to Claims of Bias, Facebook Relaxed Misinformation Rules for Conservative Pages*, NBC NEWS (Aug. 7, 2020), https://nbcnews.to/2TPoP7B.................................................................................App. 1031

Joseph Wulfsohn, *Twitter Apologizes After Briefly Suspending The Babylon Bee's Account*, FOX NEWS (Aug. 17, 2020), https://fxn.ws/3qcxZqU ...................................................App. 1037

Noah Manskar, *Jack Dorsey Says Blocking Post's Hunter Biden Story Was 'Total Mistake'—But Won't Say Who Made It*, N.Y. POST (Mar. 25, 2021), https://bit.ly/3gOrDJE .....App. 1042

Noah Manskar, *Twitter, Facebook Censor Post Over Hunter Biden Exposé*, N.Y. POST (Oct. 14, 2020), https://bit.ly/3wJ7LOS................................................................................App. 1045

Arthur Herman, *Twitter, Facebook and Amazon Censorship of Conservatives Harms Social Media Giants*, HUDSON INST. (Oct. 21, 2020), https://bit.ly/2U7Sed5.................App. 1048

David Doonan, *Twitter Terminates Account of Howie Hawkins, Green Party Candidate for President*, GREEN PARTY US (Apr. 19, 2020), https://bit.ly/3gJjWom ................App. 1052

Richard Hanania, *It Isn't Your Imagination: Twitter Treats Conservatives More Harshly Than Liberals*, QUILLETTE (Feb. 12, 2019), https://bit.ly/3gMUs9s.............................App. 1055

Sarah Taylor, *Daily Wire president suspended from Twitter – over brussels sprouts*, THE BLAZE (Jan. 3, 2019), https://bit.ly/3xw3fn5....................................................................App. 1063

Sara Ashley O'Brien, *Twitter user suspended for 'calling out bigotry'*, CNN BUS. (Jan. 9, 2017), https://cnn.it/3iRPM4L.................................................App. 1069

*Al-Jazeera Twitter account temporarily 'suspended'*, ARAB NEWS (June 17, 2017), https://bit.ly/3gLDZ5w..........................................App. 1072

Kevin Robillard, *Twitter pulls Blackburn Senate ad deemed 'inflammatory'*, POLITICO (Oct. 9, 2017), https://politi.co/3xEqTxR ........................................................................App. 1078

Megan Keller, *Conservative commentator back on Twitter after controversial suspension*, THE HILL (Nov. 27, 2018), https://bit.ly/3cUPYg5 ......................................................App. 1080

Victor Morton, *David Horowitz Twitter account suspended*, WASH. TIMES (May 7, 2019), https://bit.ly/35FAEzD ...........................................App. 1083

Ben Tobin & Phillip M. Bailey, *McConnell's campaign locked out by Twitter for posting critic's profanity-laced video*, COURIER JOURNAL (Aug. 7, 2019), https://bit.ly/3vOnEmc ...............................................................................App. 1086

Bruce Haring, *'Fox And Friends' Host Pete Hegseth Banned From Twitter For Saudi Manifesto Post*, DEADLINE (Dec. 8, 2019), https://bit.ly/35AQNqh .....................................App. 1088

Andrew Whalen, *What Did Twitter Do to James Woods? The Story Behind the Trend*, NEWSWEEK (Mar. 25, 2020), https://bit.ly/2TSwHF2 ..........................................App. 1091

Kaelan Deese, *Commentator Candace Owens says her Twitter account was suspended following tweet about Whitmer*, THE HILL (May 2, 2020), https://bit.ly/3gHElLD..............App. 1099

*Twitter temporarily suspends Hungarian government's account*, ASSOCIATED PRESS (Sept. 30, 2020), https://bit.ly/3zGE2YL ..............................App. 1102

Matthew Holroyd, *Twitter suspends Hungarian pro-government media account*, EURONEWS (Feb. 10, 2020), https://bit.ly/3gOkVU6.............................................App. 1104

James Crump, *Charlie Kirk: Trump supporter has Twitter account locked for spreading misinformation about mail-in voting*, THE INDEP. (Oct. 19, 2020), https://bit.ly/3zHJACk ...............................................................................App. 1107

Elizabeth Lopatto, *In its latest confusing decision, Twitter reinstates The New York Post*, THE VERGE (Oct. 30, 2020), https://bit.ly/3zHcnXW ....................................................App. 1111

Lindsey Ellefson, *Fox News' Dan Bongino Won't Return to Twitter After Suspension: 'F- You'*, YAHOO ENT. (Jan. 7, 2021), https://yhoo.it/2Ukbfcx.............................................App. 1114

Brian Fung, *Twitter bans President Trump's account*, CNN (Jan. 9, 2021), https://cnn.it/3zCSMbb ...................................................................................App. 1116

Nate Gartrell, *California court rules Twitter can ban users, rejects appeal by writer banned for 'hateful' tweets about transgender women*, MERCURY NEWS (Feb. 16, 2021), https://bayareane.ws/2SNVSsf .......................App. 1119

Brian Fung, *Twitter permanently bans Project Veritas account*, CNN (Feb. 11, 2021), https://cnn.it/3gPLEzA ....................................................App. 1121

*Covid: Twitter suspends Naomi Wolf after tweeting anti-vaccine misinformation*, BBC NEWS (June 6, 2021), https://bbc.in/3gLFz7s .............................................................. App. 1122

*Twitter's purge of the anti-woke satirists*, SPIKED (Aug. 18, 2020),
    https://bit.ly/3zEnAbv .........................................................................App. 1124

Anugrah Kumar, *Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible
    verses, worship videos*, CHRISTIAN POST
    (June 27, 2020), https://bit.ly/3cXEx7k .............................................App. 1127

Anna Hopkins, *PragerU accuses Twitter, YouTube of censoring ads and vides, founder calls out
    'assault' on free speech*, FOX NEWS (June 26, 2019), https://fxn.ws/3iV1Hig ....App. 1133

Emma Colton, *Jason Whitlock locked out of Twitter account after criticizing
    Black Lives Matter founder home purchase*,
    WASH. EXAMINER (Apr. 13, 2021), https://washex.am/3cT2gp0 .......................App. 1136

BVN, *Congressional Candidate Aja Smith Charges "Shadow Banning" by Social Media Outlets*,
    BVN (Oct. 19, 2020), https://bit.ly/3xA4pxT.......................................App. 1140

Jason Murdock, *Conservatives Complain About Losing Twitter Followers Amid QAnon Purge*,
    NEWSWEEK (Jan. 12, 2021), https://bit.ly/3xzxgCl.................................App. 1148

Eric Paulson, *Blocking Political Ads Favors Liberal Elites*, WALL ST. J. (Nov. 12, 2019),
    https://on.wsj.com/3iQUZde.....................................................App. 1155

Jessica Guynn & Kevin Crowe, *Trump allies and Republican lawmakers lost thousands of
    followers in Twitter purge after Capitol riots*, USA TODAY (Jan. 15, 2021),
    https://bit.ly/2UeY4tb ........................................................App. 1157

Abby Ohlheiser, *Twitter's ban almost doubled attention for Biden story*, MT TECH. REV. (Oct.
    16, 2020), https://bit.ly/3zC1qH0 .........................................App. 1162

Shannon Bond, *Twitter Expands Warning Labels To Slow Spread of Election Misinformation*,
    NPR (Oct. 9, 2020), https://n.pr/3cVg96b ...............................App. 1165

Linda Givetash, *Laura Loomer banned from Twitter after criticizing Ilhan Omar*,
    NBC (Nov. 22, 2018), https://nbcnews.to/3cUmrTD ...................App. 1171

Donie O'Sullivan, *MyPillow CEO Mike Lindell has been banned from Twitter*,
    CNN BUS. (Jan. 26, 2021), https://cnn.it/3gKpZsB ..................App. 1175

Ben Collins & Brandy Zadrozny, *Twitter Bans Michael Flynn, Sidney Powell in QAnon Account
    Purge*, NBC (Jan. 8, 2021), https://nbcnews.to/3gGyiWs ..............App. 1177

Kate Sullivan, *Republican running to challenge Rep. Ilhan Omar has Twitter account
    permanently suspended*, CNN (Nov. 29, 2019), https://cnn.it/3iZnS71 ........App. 1171

Patrick Marley, *Taxpayers to give up $200,000 because Republican lawmakers blocked a liberal
    group on Twitter*, MILWAUKEE J. SENTINEL (Aug. 16, 2019),
    https://bit.ly/3gL7W5N .........................................................App. 1184

Ben Shapiro, *Viewpoint Discrimination with Algorithms*,
   NAT'L REV. (Mar. 7, 2018), https://bit.ly/3cVPINM ............................................App. 1186

Grace Panetta, *Twitter Reportedly Won't Use an Algorithm to Crack Down on White*
   *Supremacists Because Some GOP Politicians Could End Up Getting Barred Too*,
   INSIDER (Apr. 25, 2019), https://bit.ly/2Up3IJu.....................................................App. 1191

Niam Yaraghi, *Twitter's Ban on Political Advertisements Hurts Our Democracy*,
   BROOKINGS (Jan. 8, 2020), https://brook.gs/35DosiP............................................App. 1195

Kate Conger & Mike Isaac, *Twitter Permanently Bans Trump, Capping Online Revolt*,
   N.Y. TIMES (Jan. 12, 2021), https://nyti.ms/2TRTy3A ........................................App. 1199

Evelyn Douek, *Trump Is Banned. Who Is Next?*,
   THE ATLANTIC (Jan. 9, 2021), https://bit.ly/35DAlFN ........................................App. 1202

Kirby Wilson & Allison Ross, *YouTube Removes Video of DeSantis Coronavirus Roundtable*,
   TAMPA BAY TIMES (Apr. 9, 2021), https://bit.ly/3vHkDni...................................App. 1208

News Release, *Governor Ron DeSantis Signs Bill to Stop the Censorship of Floridians by Big*
   *Tech*, FLA. GOVERNOR (May 24, 2021), https://bit.ly/3xvIhEQ ..........................App. 1211

*PragerU Takes Legal Action Against Google and YouTube for Discrimination*,
   PRAGER UNIV. (last visited June 20, 2021), https://bit.ly/3zGFbj1 ......................App. 1213

Mike Snider, *YouTube to ban videos about gun sales and modification*,
   USA TODAY (Mar. 22, 2018), https://bit.ly/3xCX28G.........................................App. 1217

Dan Sanchez, *YouTube's Censorship of Dissenting Doctors Will Backfire*,
    FEE (Apr. 30, 2020), https://bit.ly/3xxajzO .......................................................App. 1219

Tobias Hoonhout, *Rep. Banks Demands Answers from Google over Alleged YouTube Censorship*
   *of CCP Criticism*, NAT'L REV. (May 26, 2020), https://bit.ly/3qeo6ZO .............App. 1227

David Harsany, *Israel-Video Crackdown Shows YouTube Does Not 'Carefully' Review Content*,
   NAT'L REV. (June 3, 2021), https://bit.ly/3xzGAGy............................................App. 1230

Emily Jashinsky, *Exclusive: Man Tried To Share His Regrets About Transgender Life. YouTube*
   *Censored It*, THE FEDERALIST (last visited June 20, 2021),
   https://bit.ly/3wNHrTW.......................................................................................App. 1234

The Editorial Board, Opinion, *YouTube's Political Censorship*,
   WALL ST. J. (Sept. 14, 2020), https://on.wsj.com/3cTOOBt ...............................App. 1237

Ashley Gold, *YouTube temporarily suspends, demonetizes OANN*,
   AXIOS (Nov. 24, 2020), https://bit.ly/3iWvR4W..................................................App. 1240

Mike Snider, *YouTube ban: Google extends suspension of former President Trump's channel*,
   USA TODAY (Jan. 26, 2021), https://bit.ly/3xtKBMu ..........................................App. 1248

Ron Johnson, Opinion, *YouTube Cancels the U.S. Senate*,
WALL ST. J. (Feb. 2, 2021), https://on.wsj.com/3xEUgQB ..................................App. 1250

Alan Macleod, *"At First I Thought it Was a Joke": Academic Media Censorship Conference
Censored by YouTube*, MPN NEWS (Feb. 1, 2021), https://bit.ly/3cTOX7Z........App. 1253

CNA Staff, *LifeSiteNews' permanent ban by YouTube raises censorship alarms*,
THE B.C. CATHOLIC (Feb. 20, 2021), https://bit.ly/3gDy43A ..............................App. 1260

Kristine Frazao, *YouTube accused of 'censorship' for removing Senate hearing video*,
FOX 11 NEWS (Feb. 4, 2021), https://bit.ly/3gKKkya...........................................App. 1264

Mike Robert Lee, *YouTube Censorship Continues: Video Platform Takes Down Newsmax Trump
Interview*, THE DAN BONGINO SHOW (Feb. 22, 2021), https://bit.ly/3xtKH6O....App. 1270

Jake Stofan, *DeSantis fires back after YouTube removes COVID-19 roundtable clip*,
NEWS4JAX (Apr. 13, 2021), https://bit.ly/2TJHEca...............................................App. 1274

Sean Hollister, *YouTube has removed Steven Crowder from its Partner Program indefinitely*,
THE VERGE (Mar. 30, 2021), https://bit.ly/3vHvePl .............................................App. 1278

Brett Molina, *YouTube bans channel of former Trump aide Sebastian Gorka over election
claims*, USA TODAY (Apr. 14, 2021), https://bit.ly/2SdCYLb ............................App. 1280

Ann Doss Helms & Steve Harrison, *YouTube Deletes Union School Board Video Over Mask
Comments, Then Reverses Itself*, WFAE 90.7
(May 13, 2021), https://bit.ly/3qaGEdj..................................................................App. 1282

Amanda Prestigiacomo, *YouTube Places Ban On Steven Crowder Over Ma'Khia Bryant Video;
Crodwer: Look What YouTube Does Allow*,
DAILY WIRE (May 13, 2021), https://bit.ly/3gHsaON..........................................App. 1289

*YouTube bans US Sen. Ron Johnson from posting videos for 7 days*,
WISN ABC (June 11, 2021), https://bit.ly/3qkbYGE ...........................................App. 1294

Valerie Richardson, *'They whacked us': YouTube cancels Christian author Eric Metaxas*, WASH.
TIMES (June 2, 2021), https://bit.ly/3iW9Pir .......................................................App. 1297

William Turton, *Gun vloggers are flipping out at YouTube's crackdown on their videos*,
VICE (Apr. 23, 2018), https://bit.ly/2UfIptH........................................................App. 1301

Ben Tobin, *YouTube censors Rand Paul by removing Trump impeachment question, and he's not
happy*, COURIER J. (Feb. 13, 2020), https://bit.ly/2SPtS7N .................................App. 1305

Dartunorro Clark, *YouTube suspends GOP Sen. Ron Johnson's account, says he violated Covid-
19 policy*, NBC (June 11, 2021), https://nbcnews.to/3zC1Qx4............................App. 1307

Kenneth Rapoza, *YouTube Takes Action Against Chinese Blogger's Post On Coronavirus
Origins*, FORBES (May 8, 2020), https://bit.ly/3zFsxRy .......................................App. 1310

Sam Dorman, *YouTube faces mass backlash after claiming it acted without 'political bias'*, FOX NEWS (June 26, 2019), https://fxn.ws/3xuM1pW ................................................. App. 1321

Pete Baklinski, *Youtube banned this powerful pro-life music video. Then the artist sued.*, LIFESITE (Dec. 18, 2015), https://bit.ly/3xEXwLP ............................................... App. 1326

Jay Peters, *Inexplicably, YouTube says extremely racist Steven Crowder video isn't hate speech*, THE VERGE (Mar. 18, 2021), https://bit.ly/3ddPYIf ........................................... App. 1333

Emily Birnbaum, *YouTube blocks controversial conservative from making money off ads*, THE HILL (June 5, 2019), https://bit.ly/2SMU5Ur ................................................. App. 1336

Rachel E. Greenspan, *YouTube bans far-right channels for hate speech including those of Richard Spencer, David Duke, and Stefan Molyneux*, INSIDER (June 29, 2020), https://bit.ly/3zDSP6E ....................................................................................... App. 1339

Jane Coaston, *YouTube, Facebook, and Apple's ban on Alex Jones, explained*, VOX (Aug. 6, 2018), https://bit.ly/3cUVgrX ......................................................... App. 1344

Natalie Frank, *If You Are Going to Ban Someone Have the Courage to Do It in the Light Not the Shadows*, MEDIUM (Nov. 19, 2019), https://bit.ly/3zFVcG0 ................................. App. 1352

Rishika Pardikar, *Social Media Companies Like Instagram Are Censoring Dissent*, JACOBIN (June 1, 2021), https://bit.ly/3zEll85 ....................................................... App. 1362

Doree Lewak, *How Social Media Censorship 'silences' conservative thoughts*, N.Y. POST (Oct. 10, 2020), https://bit.ly/3zHUs34 ................................................. App. 1368

Omar Zahzah, *Digital apartheid: Palestinians being silenced on social media*, AL JAZEERA (May 13, 2021), https://bit.ly/3zz7DDH ............................................ App. 1371

Audrey Conklin & Sasha Savitsky, *Users on Instagram, Twitter, TikTok decry censorship of Israel posts*, FOX BUS. (May 14, 2021), https://fxn.ws/2SGAfKG ....................... App. 1380

NMOGHAL, *Julio Gonzalez said Amazon censored his coronavirus book*, BOOK PUBL'G (June 10, 2020), https://bit.ly/3cSpZ92 .......................................... App. 1385

Sarah Perez & Brian Heater, *Apple Suspends Parler from App Store*, TECH CRUNCH (Jan. 9, 2021), https://tcrn.ch/3vJMPpE .................................................................. App. 1388

Cristiano Lima, *Snapchat stokes GOP ire for refusing to promote Trump's account*, POLITICO (June 3, 2020), https://politi.co/3gFETS1 ............................................................ App. 1391

New Guard Staff, *TikTok Targets Conservatives: No Transparency, Vague Guidelines*, YOUNG AMERICA'S FOUND. (Feb. 8, 2020), https://bit.ly/3vD8EHr ..................... App. 1397

Sarah Favot, *Dark money Influencers Are Placing Political Ads on TikTok, Mozilla Says*, DOT.LA (June 3, 2021), https://bit.ly/3wMFfMC ................................................. App. 1401

Scaachi Koul, *Conservative Teens On TikTok Are Going Though Some Growing Pains*, BUZZFEED.NEWS (July 1, 2020), https://bit.ly/3gFEWxb......................................App. 1404

Jack Morse, *Discord bans Reddit-linked pro-Trump server tied to attack on the U.S. Capitol*, MASHABLE (last visited June 20, 2021), https://bit.ly/3gFnjh1 ...........................App. 1419

Danny Sullivan, *Google says it's not deliberately filtering "Crooked Hillary" suggested search to favor Clinton*, SEARCH ENGINE LAND (June 4, 2016), https://bit.ly/3zyfRf8 ...App. 1421

Allana Akhtar, *Google isn't blocking searches for the 'lab leak' theory as the coronavirus' origin is being investigated, but it prioritizes 'authoritative' results to avoid leading users to misinformation*, INSIDER (June 10, 2021), https://bit.ly/3xrwyHo....................App. 1430

KUSI Newsroom, *Breitbart Senior Tech Correspondent details Facebook and Google's censorship of conservative news*, KUSI (July 30, 2020), https://bit.ly/35HcG7j .App. 1435

Lucas Matney, *Parler removed from Google Play store as Apple App Store suspension reportedly looms*, TECH CRUNCH (Jan. 8, 2021), https://tcrn.ch/3wLlIvP............App. 1437

John Crudele, *LinkedIn has discriminated against me because of my politics*, N.Y. POST (Jan. 18, 2020), https://bit.ly/3zErn8J ...................................................App. 1439

Bradford Betz, *LinkedIn removes training seminar telling people to be 'less white', following Coca-Cola backlash*, FOX NEWS (Feb. 23, 2021), https://fxn.ws/3xymUCF .......App. 1441

Donald Trump Jr., *If Big Tech Can Censor Me, Think What It Can Do To You*, REAL CLEAR POLITICS (Feb. 22, 2019), https://bit.ly/3zEriSt....................................................App. 1444

Kirsten Grind, *How Google Interferes with its Search Algorithms and Changes Your Results*, WALL ST. J. (Nov. 15, 2019), https://on.wsj.com/31GLTXx................................App. 1446

Kate Conger, *Google C.E.O. Denies Allegations of Political Bias in Search Results*, N.Y. TIMES (Sept. 21, 2018), https://tinyurl.com/y8hwo4rr.................................App. 1478

Allum Bokhari, *Election Interference: Google Purges Breitbart From Search Results*, BREITBART (July 28, 2020), https://bit.ly/2Z803zp ..............................................App. 1479

Eric Goldman, *Google Must Answer Lawsuit for Manually Removing Websites from Its Search Index*, FORBES (May 17, 2016), https://bit.ly/3vJPdNs .......................................App. 1487

Kay C. James, *Amazon Doubles Down on Excluding Some Conservatice Nonprofits From Customer Donations*, THE HERITAGE FOUND. (June 17, 2020), https://herit.ag/3h2CjVx...............................................................................App. 1491

Cameron Hilditch, *Amazon's Foolish Collaboration with the Southern Poverty Law Center*, NAT'L REV. (June 24, 2020), https://bit.ly/3xzg2oD ...........................................App. 1494

Avery Hartmans, *Jeff Bezos hinted Amazon might split from the SPLC over designation of extremist groups after pressure from a GOP lawmaker*, INSIDER (July 29, 2020), https://bit.ly/3xBq2xE..................................................App. 1498

Kevin Michael Biscoe, *Amazon Banned, Un-Banned Documentary About Michael Brown's Death Indicts 'American liberalism'*, ZENGER NEWS (Nov. 18, 2020), https://bit.ly/3xxSwse.............................................................................App. 1505

Brian Flood, *Amazon bans 'What Killed Michael Brown?' Documentary, director says*, FOX NEWS (Oct. 14, 2020), https://fxn.ws/3gLJ5Pc......................................................App. 1515

Ryan T. Anderson, Opinion, *When Amazon pulled my book on transgender issues, it tried to shut down debate*, USA TODAY (Mar. 19, 2021), https://bit.ly/3gHuKTQ.................App. 1520

Kim Lyons, *Parler is gone for now as Amazon terminates hosting*, THE VERGE (Jan. 11, 2021), https://bit.ly/3iVDybi ...............................................App. 1524

Jason L. Riley, Opinion, *Why Did Amazon Cancel Justice Thomas?*, WALL ST. J. (Mar. 2, 2021), https://on.wsj.com/3iZob1F .................................................................App. 1530

Ramya Sethuraman, *More Control and Context in News Feed*, FACEBOOK NEWSROOM (Mar. 31, 2021), https://bit.ly/3cQf1R5 ...........................................................................App. 1534

Erik Wemple, Opinion, *Facebook Admits Mistake in Flagging Satire About CNN Spinning the News With a Washing Machine*, WASH. POST (Mar. 2, 2018), https://wapo.st/3d1SJMp ...................................................................................App. 1539

Case 4:21-cv-00220-RH-MAF   Document 106-3   Filed 06/21/21   Page 14 of 169





DAVID DOONAN
1325.40SC

 APR 19, 2020

HOME > ELECTIONS > 2020 CANDIDATES > 2020 PRIMARY

# *Twitter terminates account of Howie Hawkins, Green Party candidate for president*

## Do you like this post?



**(SYRACUSE, NY, April 17, 2020)** Howie Hawkins, who is leading in the primaries for the Green Party nomination for President, has been notified by

**App. 1052**

Twitter Terminates Account of Howie Hawkins, Green Party candidate for president - gp.org blog

Twitter that his campaign account is terminated.

Twitter terminated the account without any notice and said that there was no ability to appeal. Twitter said that the account violated its rule on impersonation. Besides not providing any process to appeal the termination, Twitter provided no information as to why it concluded the Howie Hawkins' president campaign account was impersonating Howie Hawkins or his campaign.

> Green Party presidential candidate accuses Twitter of censoring campaign
>
> Green Party presidential candidate accuses Twitter of censoring campaign Green party presidential candidate Howie Hawkins recently had his campaign Twitter account totally expelled, along with a number of alternative voices in the media or social activists, a growing trend that seems to be clamping down on free-speech as we draw closer to the elections in November. Howie Hawkins himself joins In Question to discuss.
>
> Posted by RT America on Tuesday, April 21, 2020

"How do I impersonate myself? Twitter's explanation for its censorship makes no sense," Hawkins said.

"Corporate America fights hard to make sure the public doesn't get to hear about challenges to the status quo and the two corporate parties. The US has among the most discriminatory and unfair electoral systems in the world among the countries that hold elections. COVID-19 is already blocking our access to the ballot since street petitioning had to be suspended. We have enough problems with trolls and fake news without the corporate owners of social media trying to silence us," said Hawkins, who has three times won enough votes as the Green Party candidate for Governor in New York to give the party official ballot status there.

Hawkins has seen a major upsurge in donations and followers on his Twitter account since Bernie Sanders suspended his presidential campaign and endorsed Joe Biden. Hawkins, a co-founder of the national Green Party, has also been nominated by the Socialist Party USA. Hawkins is a retired Teamster from Syracuse, New York.

**App. 1053**



Case# 0151006747: Appealing an account suspension - @HowieHawkins20 [ ref:_00DA0K0A8._5004A1vIbYh:ref ]
4 messages

Twitter Support <support@twitter.com>                                                    Wed, Apr 15, 2020 at 8:50 PM
To: "mobilize@howiehawkins.us" <mobilize@howiehawkins.us>

Hello,

It has come to our attention that your Twitter account is in violation of the Twitter Rules, specifically the policy on Impersonation: https://support.twitter.com/articles/18366-impersonation-policy.

Impersonation is pretending to be another entity in order to deceive, and is strictly prohibited. This account has been suspended and will not be restored.

Thanks,

Twitter

## Do you like this post?



Subscribe with RSS



*Powered by people like you*

This site maintained by Union Labor

**The Green Party of the United States**

App. 1054

HOME     ABOUT     SUBSCRIBE     DONATE     BOOK



☰

**RECENT, SOCIAL MEDIA, WHO CONTROLS THE PLATFORM?**

*Published on February 12, 2019*

# It Isn't Your Imagination: Twitter Treats Conservatives More Harshly Than Liberals

written by **Richard Hanania**



*This is a response to "Who Controls the Platform?"—a multi-part* Quillette *series authored by social-media insiders. Submissions related to this series may be directed to pitch@quillette.com.*

Many conservatives believe that social media companies are biased against their views. This includes Donald Trump, who last year accused Twitter of "shadow banning" Republicans, and promised to "look into this discriminatory and illegal practice." A few months later, Twitter CEO Jack Dorsey made a categorical denial of any bias while testifying before Congress:

> Let me be clear about one important and foundational fact: Twitter does not use political ideology to make any decisions, whether related to ranking content on our service or how we enforce our rules. We believe strongly in being impartial, and we strive to enforce our rules impartially.

Recently, Mr. Dorsey appeared on two different podcasts, on which he similarly denied any bias against the right.

Not everyone is convinced. A June, 2018 Pew poll found that 72% of Americans believe that social media companies censor views they don't like, with members of the public being four times more likely to report a belief that such institutions favor liberals over conservatives than the opposite. Podcasters Joe Rogan and Sam Harris both received backlash from their respective audiences for not pressing Dorsey hard enough on the censorship issue.

Until now, conservatives have had to rely on anecdotes to make their case. To see whether there is an empirical basis for such claims, I decided to look into the issue of Twitter bias by putting together a database of prominent, politically active users who are known to have been temporarily or permanently suspended from the platform. My results make it difficult to take claims of political neutrality seriously. Of 22 prominent, politically active individuals who are known to have been suspended since 2005 and who expressed a preference in the 2016 U.S. presidential election, 21 supported Donald Trump.

I began my analysis by compiling a list of every prominent individual or political party known to have been banned from Twitter since its founding. As a proxy for prominence, I used the criterion of whether the ban was important enough to warrant coverage in mainstream news sources. With the help of two research assistants, I searched both conservative and liberal media sources.

It is possible that I missed certain cases. In order to ensure reproducibility, I have made the data on suspended individuals and groups available online. And I invite readers to contact me if I missed any cases or made any errors. But given the wide variety of sources we used to compile the database, it is unlikely that any oversights would be substantial enough to meaningfully change the results.

I included only those cases in which the identity of the banned individual or entity was clear. Sometimes, Twitter removes an account because a user is thought to be engaging in a program of disinformation—for example, accounts allegedly run by agents of the Russian government that purport to identify with one side of the American political spectrum. To exclude such spurious cases, I designed my own database to include only unambiguous cases of identifiable individuals or organizations from English-speaking western democracies believed to be engaging in political advocacy in good faith. I counted individuals who are primarily known for their political activism, such as Milo Yiannopoulos; and others who are famous for other reasons but who also regularly comment on politics, such as the actor James Woods. As my main interest is political bias within the U.S. political spectrum, I also excluded terrorists and other Islamic extremists such as ISIS supporters.

Twitter debuted in 2006. Yet I could not find a case of the company suspending or banning a prominent person before May 2015. While this may be due to deficiencies in reporting, it also

**App. 1058**

may reflect Twitter's claim at the time that it was "the free speech wing of the free speech party." The following chart shows the number of monthly suspensions from 2015 to January, 2019.



I found it difficult to establish the extent to which any of the suspended individuals or groups clearly supported Republicans over Democrats or vice versa. Classifying them along the left-right axis is also problematic, as there are some figures that neither side would be eager to claim. Most prominent individuals who were suspended did express a preference in the 2016 election, however. And by restricting our analysis to this subset, and counting how many supported Donald Trump or Hillary Clinton, we can create a rough measure of whether there is bias, albeit one with a small sample size.

As noted above, of the 22 suspended individuals, only one was a Clinton supporter. This was actress-turned-activist Rose McGowan, who temporarily lost access to her account in 2017 for posting someone's private phone number. Note that this is an unambiguous violation of Twitter's rules, so the platform had little choice in this case. The platform does not seem to

**App. 1059**

have suspended a single prominent Clinton supporter based on the substantive content of his or her expressed views.

Of course, the existence of this disparity does not prove that Twitter is actively discriminating against Trump supporters. Perhaps conservatives are simply more likely to violate neutral rules regarding harassment and hate speech. In such case, the observed data would not serve to impugn Twitter, but rather conservatives themselves.

Luckily, through the use of standard statistical methods—similar to those commonly applied to calculate confidence intervals in the physical and social sciences—one may determine that the underlying population disparity (i.e. the disparity between liberal and conservative behavioral norms) would have to be quite large in order for there to be any significant likelihood of observing a randomly constituted 22-point data set characterized by the above-described 21:1 ratio. Indeed, assuming some randomness in enforcement unrelated to bias, one would have to assume that conservatives were at least *four* times as likely as liberals to violate Twitter's neutrally applied terms of service to produce even a 5% chance (the standard benchmark) that a 22-data point sample would yield a result as skewed as 21-1.



**App. 1060**

Are prominent Trump supporters more likely to break neutrally applied social media terms of service agreements than other voters? Perhaps. But are they *four* or more times as likely? That doesn't seem credible.

Indeed, it is not difficult to find cases of liberals engaging in speech that appears to cross the line while not being punished for their transgressions. This includes the case of Sarah Jeong. After she was hired as an editorial writer for *The New York Times*, it was discovered that over the years she had posted dozens of messages expressing hatred and contempt of whites. When conservative activist Candace Owens copied some of Jeong's tweets and replaced the word "white" with "Jewish," she was suspended from the platform. Perhaps realizing how hypocritical this looked after they had not taken any action against Jeong, Twitter allowed Owens back on, but only after she deleted the offending tweets.

Interestingly, if you search "Sarah Jeong" in Google, you get no auto-complete suggestions regarding her controversial tweets, despite this being the source of considerable infamy. On Bing and Yahoo!, "Sarah Jeong racist" is the first offered search suggestion when her name is typed in. While one could argue that individuals' worst moments shouldn't follow them around forever, it is difficult to imagine a big tech company suppressing unflattering information about a conservative in a similar manner.

Another particularly shocking case is that of Kathy Griffin, who demanded that her followers make public the names of the Covington High School students who were falsely accused of aggressively harassing a Native American activist. Despite this explicit call to harass minors, she has not been sanctioned by Twitter.

Left-wing activists on college campus regularly engage in the practice of de-platforming— including the use of violence or the threat thereof as a means to prevent someone from speaking. Victims of this practice typically are conservative figures such as Ben Shapiro and Ann Coulter. At Berkley, when Milo Yiannopoulos tried to give a speech, a large mob threw stones and fireworks at police officers, and attacked members of the crowd. Around the same time, commentators noted that during the 2016 president campaign, when Bernie Sanders visited Liberty University, the evangelical institution run be Jerry Falwell, Jr., his message was met with "polite skepticism."

Are we to believe that while prominent figures on the left encourage uncivil and even violent tactics, both on and off college campuses, their online behaviour is, with the solitary exception of Rose McGowan, universally exemplary?

Harassment and the advocacy of violence are serious issues, and there is nothing morally objectionable about social media companies removing this kind of content from their platforms. However, such laudable objectives should not be used as cover to prosecute ideological campaigns. While social media platforms are private companies, anti-discrimination laws generally allow legislators avenues to address businesses that exhibit unacceptable biases in how they treat the public.

It is unthinkable that we would allow a telephone or electricity company to prevent those on one side of the political aisle from using its services. Why would we allow social media companies to do the same?

**Richard Hanania, Ph.D., is a Postdoctoral Research Fellow at the Saltzman Institute of War and Peace Studies at Columbia University. Follow him on Twitter @RichardHanania**

*Featured Photograph by Kevin Krejci*

FILED UNDER: recent, Social Media, Who Controls The Platform?

---

PREVIOUS POST

*Borking Neomi Rao*

NEXT POST

*The Origins of Colourism*





Blaze Media / News

## Daily Wire president suspended from Twitter — over Brussels sprouts

This is incredible — and not in a good kind of way

**SARAH TAYLOR**   |   January 03, 2019

Peter Macdiarmid/Getty Images

Like *Blaze News*? Get the news that matters most delivered directly to your inbox.



Your email

Twitter temporarily suspended Jeremy Boreing — Ben Shapiro's business partner — for what the social media giant said was encouraging behavior of self-harm ... against fellow Daily Wire reporter Emily Zanotti.

**Special:** **Fearless with Jason Whitlock**

## ... Sorry, what?

According to Zanotti, Boreing tweeted about the Daily Wire reporter's recipe for Brussels sprouts.

Zanotti shared the recipe with her Twitter followers several days ago.

Clearly disgusted by the presentation of Brussels sprouts in any form or fashion, Boreing jokingly quipped, "Even better, coat with melted butter, salt, pepper, paprika, and a dash of Worcestershire, sear in cast iron in bacon grease for thirty seconds or until brown, then throw them away and burn your face off with the hot pan because even that would be better than Brussels sprouts."

That's when things escalated, and Twitter su ☰



In the suspension notice, Twitter pointed out that Boreing had violated its policy against "encouraging self-harm" and suggested that the Daily Wire president visit Twitter's ~~time-out corner~~ "safety center," where he could regain control of himself during his suspension.

Twitter's notice concluded, "[P]lease know that there are people out there who care about you, and that you are not alone."

Boreing's suspension has since ended, and he has returned to Twitter.

On Thursday, he wrote, "From Avalon-in-the-West, I have returned. Upon appeal, my joke about not eating leafy green vegetables was determined to be a joke about not eating leafy green vegetables. Thanks for the kindness, all. And thanks for the quick correction, @jack. Now, about that blue check mark ..."





11:04 AM · Jan 3, 2019                                         ⓘ

♡ 632        💬 39        ⬆ Share this Tweet

## What did Shapiro say?

In a series of his own tweets, Shapiro wrote, "This is legitimately the most insane Twitter suspension I have ever heard of. My business partner, @JeremyDBoreing, was just suspended for 12 hours for this tweet."

"Why?" he asked, "Because it was supposedly 'promoting or encouraging self-harm.' IT'S A JOKE ABOUT BRUSSELS SPROUTS. WTF @jack."

Shapiro went on and added, "Here's likely what happened: some motivated moron decided to flag the tweet and send it to Twitter, and Twitter, doing their typical bang-up job of banning conservatives before asking why, just hit the suspend button without a second thought.

"For me," he continued, "I'm just happy that Twitter stepped in to prevent what surely would have been a spate of suicide attempts from people attempting to BURN OFF THEIR OWN FACES WITH FRYING PANS."

Shapiro added, "For those who are considering suicide by hot frying pan after cooking brussels sprouts, remember — you matter. Your life matters. Call the suicide hotline at 1-800-273-8255."

He concluded, "BTW, @TwitterSupport, if you want to save lives, you may want to fix this idiotic suspension quickly before we all die of laughter."



**App. 1066**



This is legitimately the most insan☰
have ever heard of. My business partner,
@JeremyDBoreing, was just suspended for 12 hours for
this tweet. Why? Because it was supposedly "promoting or
encouraging self-harm." IT'S A JOKE ABOUT BRUSSELS
SPROUTS. WTF @jack

9:17 AM · Jan 3, 2019                                         ⓘ

♡ 11.6K        💬 1.3K        ⬆ Share this Tweet

**Ben Shapiro** ✓
@benshapiro

Replying to @benshapiro

Here's likely what happened: some motivated moron
decided to flag the tweet and send it to Twitter, and
Twitter, doing their typical bang-up job of banning
conservatives before asking why, just hit the suspend
button without a second thought.

9:18 AM · Jan 3, 2019                                         ⓘ

♡ 2.3K        💬 95        ⬆ Share this Tweet

**Ben Shapiro** ✓
@benshapiro

Replying to @benshapiro

Blaze



what surely would have been a sp...
from people attempting to BURN...
WITH FRYING PANS.

9:19 AM · Jan 3, 2019

♡ 2.7K      💬 96      ⬆ Share this Tweet

**Ben Shapiro** ✓
@benshapiro

Replying to @benshapiro

For those who are considering suicide by hot frying pan after cooking brussels sprouts, remember -- you matter. Your life matters. Call the suicide hotline at 1-800-273-8255.

9:22 AM · Jan 3, 2019

♡ 3.8K      💬 88      ⬆ Share this Tweet

**Ben Shapiro** ✓
@benshapiro

Replying to @benshapiro

BTW, @TwitterSupport, if you want to save lives, you may want to fix this idiotic suspension quickly before we all die of laughter.

9:23 AM · Jan 3, 2019

♡ 3.8K      💬 106      ⬆ Share this Tweet

# Around the Web

Ads by Revcontent

**App. 1068**





# Twitter user suspended for 'calling out bigotry'

by Sara Ashley O'Brien  @saraashleyo

January 9, 2017: 3:44 PM ET

  

Advertisement

Paid Content                                    by


The New 2021
Rogue Is Turni
Heads
Luxury Auto | Sponso


Traeger Blaze
American Grills
Sale
Grills on Grills on Gril


3 Young
Businesswome
Turned Down
The Motley Fool


How to buy Ap
devices withou
Apple prices
Capital One Shoppin

CNNMoney Sponsors

SmartAsset                                      P

These are your 3 financial adv
near you

This site finds and compares
financial advisors in your area

Writer describes being 'trolled' by Trump supporters

Twitter's strategy toward online harassment is notoriously flawed -- and the latest reminder came on Monday.

When 26-year-old Alexandra Brodsky tried to log into her Twitter account Monday morning, she discovered she had been suspended.

Brodsky, a fellow at the National Women's Law Center in Washington, D.C., had received a slew of anti-Semitic tweets over the weekend, including one that featured her face on a lampshade with the text, "Welcome to Trump's America. See you in the camps."

Brodsky surfaced screenshots of those tweets on Saturday in a tweet that read: "Happy Saturday in Trump's America."

It was that tweet that Twitter apparently took issue with. When Brodsky logged into her account, she was told by Twitter she'd need to delete that tweet to continue using the service.

Brodsky, who has about 5,000 Twitter followers, wrote about the puzzling turn of events on her Facebook page.

"So let's get this straight: Twitter still hasn't suspended all the bigots I reported, but they have suspended me for calling out bigotry. I call bullshit."

She told CNNMoney that "it has become apparent that Twitter doesn't take action against harassers until there's public pressure."

On Sunday, Teen Vogue weekend editor Lauren Duca also applied public pressure to force Twitter to suspend Martin Shkreli, the infamous former pharmaceutical exec, for making unwanted advances and posting creepy doctored images of Duca on the site.

Related: Martin Shkreli kicked of Twitter, Periscope



Brodsky wanted her account immediately reactivated because she's participating in the Twitter hashtag campaign #DearBetsy, aimed at Betsy DeVos, who is Donald Trump's pick for education secretary. The campaign was organized by nonprofits End Rape on Campus and Know Your IX, which Brodsky cofounded. It asks Devos to commit to Title IX protections at her confirmation hearing on Wednesday. Title IX prohibits sex discrimination in education and mandates that schools have procedures in place for handling sexual assault and harassment cases.

Brodsky told CNNMoney that several of the anti-Semitic tweets were from users that had names using some variation of "6 million more," a reference to the number of Jews who were murdered during the Holocaust. Some of the accounts appear to be suspended, but others, including one whose bio reads "Time to finish the job, once and for all. German-American. Pro-holocaust" are still active on the platform.

Brodsky was listed on the Daily Forward's annual list of 50 prominent Jews. She's the cofounder of Know Your IX, an organization that empowers students to stop sexual violence. Her Know Your IX cofounder Dana Bolger also received similar tweets over the weekend.

Related: Twitter users' 2017 wish list: Ger rid of harassment

Two hours after Brodsky's account was suspended, Twitter reactivated it. Brodsky said she hasn't received any notice from Twitter about the reversal and she didn't delete the screenshots. Twitter did not immediately respond to CNNMoney's request for comment.

Brodsky said the harassment extended off Twitter, as well. Another woman who shares her name received emails seemingly meant to be directed at Brodsky. The emails came from accounts like "Uncle_Adolph," "Kikey_McKikeface," and "Lampshade_machine." CNNMoney reviewed some of the emails, and the subject lines (in all caps) included things like: "HAIL TRUMP! GAS THE JEWS!" "YOU CAN PERSECUTE US! YOU CAN EVEN BAN US FROM TWITTER! BUT WE WILL NEVER CAPITULATE!"

Check this off your list before retirement: talk to an advisor

Answer these questions to fin right financial advisor for you

Find CFPs in your area in 5 m

NextAdvisor                         P

An Insane Card Offering 0% I
Until Nearly 2020

Transferring Your Balance to a
Month 0% APR is Ingenious

The Top 7 Balance Transfer C
Cards On The Market Today

Get $300 Back With This
Outrageous New Credit Card

Advertisement

Anti-Semitic trolling on Twitter isn't new. Similar harassment was hurled at writer Julia Ioffe last year, among other prominent journalists, after she profiled Melania Trump in GQ. She was also sent doctored photos of herself with a Jewish star emblazoned on her breast, as well as a twisted "Back to the Future" movie poster, changed to read "Back to the Oven."

Although Twitter frequently updates its policies on abuse, it hasn't found a way to curb anti-Semitism or the vicious harassment that occurs on the site. It is unclear how or why Twitter decides to allow certain tweets to remain while cracking down on others.

In a BuzzFeed survey of 2,700 Twitter users, about 90% of respondents said the social network did nothing after they reported abuse.

CNNMoney (New York)
First published January 9, 2017: 2:28 PM ET

---

**PAID CONTENT**                                                                    |

### Read This Before You Renew Amazon Prime Again
Sponsored: Capital One Shopping

### Munford: Startup Is Changing the Way People Retire
Sponsored: SmartAsset

The New 2021 Nissan Rogue Is Turning Heads
Sponsored: Luxury Auto | Sponsored Listings

[Photos] The Deadliest Creature In USA Comes From Tennessee
Sponsored: Tie Breaker

[Gallery] This Is How Freemasons Recognize Each Other
Sponsored: Boredom Therapy

CORONAVIRUS NEWS | France weighs mandatory vaccination for reticent health workers (/node/1878346/wc

∨ Arab News   Friday . June 18, 2021

🔍  ⓕ (https://www.facebook.com/pages/Arab-News/10250877124)  ⓧ (https://twitter.com/arabnews)

# ARAB NEWS   (/)

**SAUDI ARABIA (/SAUDIARABIA)**   **MIDDLE EAST (/MIDDLEEAST)**   **WORLD (/WORLD)**

**BUSINESS (/ECONOMY)**   **MEDIA**   **LIFESTYLE (/LIFESTYLE)**   **OPINION (/OPINION)**

**SPORT (/SPORT)**   **RESEARCH & STUDIES (/RESEARCH)**   **PODCAST (/PODCAST)**

LATEST NEWS  /  **Business & Economy (/Taxonomy/Term/4)**   Bahrain's Batelco could be first stock to be dual listed on Tad

Home (/)  /  Al-Jazeera Twitter account temporarily 'suspended'

# Al-Jazeera Twitter account temporarily 'suspended'



# Latest Updates

[Italy imposes quarantine on UK visitors, opens door to USA, Canada, Japan and EU (/node/1879006/world)](#)



[(/node/1879006/world)](#)

⤤ 5

[Bahrain's Batelco could be first stock to be dual listed on Tadawul (/node/1879001/business-economy)](#)



[(/node/1879001/busine economy)](#)

⤤ 11

[Ahmadinejad abstains from Iran election, slams process (/node/1878996/middle-east)](#)



[(/node/1878996/middle-east)](#)

⤤ 39

[UN pressures UK over resettling Syrian refugees (/node/1878986/world)](#)



[(/node/1878986/world)](#)

⤤ 101

[New joint force to 'crack down on insecurity' in Sudan (/node/1878981/middle-east)](#)



[(/node/1878981/middle-east)](#)

⤤ 139

---

Updated 18 June 2017

**ARAB NEWS**

June 17, 2017
11:24

⤤
266






Follow

JEDDAH: Social media platform Twitter briefly suspended the main account of the Qatar-based broadcaster, Al Jazeera Arabic language channel. Twitter offered no explanation for the suspension on Saturday, though it comes after Arab nations have blocked websites and broadcasts by Al Jazeera. San Francisco-based Twitter did not immediately respond to a request for comment.

A spokesman for the channel said the cut may have been due to a technical problem and that all Twitter accounts affected were back online.

"Most of our Arabic accounts were blocked, but they are now up and running," the spokesman told AFP, adding that it might take several hours for them to be fully restored.

Al Jazeera's main Arabic-language account has almost 12 million followers. The station's English-language account was unaffected.

The channel has been frequently accused of either supporting or promoting terrorist and militant groups in the region.

After the Sept. 11, 2001 terror attacks in the US, Al Jazeera's Arabic-



(https://jobs.arabnews.com/)



(https://www.arabnews.com/45thanniversary)

# Recommended

WORLD (/WORLD)

**Afghan translators of departing foreign forces face a mortal danger: Taliban retaliation (/node/1877276/world)**



(/node/1877276/world)

18597

language channel was accused of being a "mouthpiece" for Osama bin Laden, because of its willingness to air Al-Qaeda video messages and what was perceived as its anti-US bias.

Dr. Hamdan Al-Shehri, a Riyadh-based Saudi political analyst and international relations scholar, described Al Jazeera as an incendiary tool for inciting trouble and was not surprised by the suspension.

"Al Jazeera has always been a sophisticated tool in the hands of the Qatari rulers who used it to interfere in the internal affairs of other countries," he told Arab News.

"When Sheikh Hamad, the father of the current emir, rebelled against his

SAUDI ARABIA (/SAUDIARABIA)

**Frankly Speaking: Saudi Arabia doubling down on Diriyah Gate project, says DGDA CEO (/node/1876016/saudi-arabia)**



(/node/1876016/saudi-arabia)

📈 56387

---

MIDDLE-EAST (/MIDDLEEAST)

**How Iraq's Al-Hashd Al-Shaabi turned into an Iranian foreign policy instrument (/node/1875936/middle-east)**



(/node/1875936/middle-east)

📈 25522

father, he was actually rebelling against the Gulf states and the region. He used the channel to run a campaign opposing the United States and Saudi Arabia and promoting the Iranian agenda. Through the channel, he supported Al-Qaeda and Al-Qaeda's propaganda was broadcast only on Al Jazeera. It was clear that Al Jazeera had a special link with Al-Qaeda."

According to Al-Shehri, the idea was to incite the population by making it look as if Al-Qaeda were fighting to get rid of the Americans.

"Then Al Jazeera portrayed the terrorist group Hezbollah as a resistance group and tried to improve its image in the Arab world," he

said. "All this was part of a well-calculated plan with the aim of advancing Iran's agenda against Saudi Arabia."

Journalist Abdel Latif El-Menawy, the former head of Egypt's state TV news under ousted leader Hosni Mubarak, told Arab News in a previous interview that Al Jazeera has always had an agenda.

"This was much less apparent to the general public before the 2011 uprisings in the Arab world," he said. "But now it is clear to everyone that it is a propaganda channel reflecting the Qatari regime's politics."

ADVERTISING

POLITICO

POLITICO

# Twitter pulls Blackburn Senate ad deemed 'inflammatory'

By KEVIN ROBILLARD | 10/09/2017 04:59 PM EDT

Twitter is barring a top Republican Senate candidate from advertising her campaign launch video on the service because a line about her efforts to investigate Planned Parenthood was deemed "inflammatory."

GOP Rep. Marsha Blackburn, who is running to replace retiring Sen. Bob Corker, launched her campaign last week with a video proclaiming herself "a hard core, card-carrying Tennessee conservative." In her announcement video, she boasts: "I fought Planned Parenthood and we stopped the sale of baby body parts. Thank God."

Twitter decided the line violated its ad policies, according to an email obtained by POLITICO. The video is still on Twitter, but the campaign is barred from paying to promote it.

"The account is not suspended, nor are the organic Tweets the account has sent containing the same video from the promoted Tweets," a Twitter spokesperson wrote in an email.

The line refers to her work leading a House select committee investigating Planned Parenthood following a 2015 controversy in which videos shot by undercover conservative journalists appeared to show the group profiting from the sale of fetal body tissue. Democrats have argued the panel's inquiry was a waste of taxpayer funds, intended to concoct a reason to shut down the group.

Planned Parenthood consistently denied wrongdoing and never faced criminal charges.

"It appears that the line in this video specific to 'stopped the sale of baby body parts' has been deemed an inflammatory statement that is likely to evoke a strong negative reaction," a Twitter employee wrote to two employees of Targeted Victory, a digital GOP consulting firm working for Blackburn's campaign. "If this is omitted from the video it will be permitted to serve."

## Morning Score newsletter

Your guide to the permanent campaign — weekday mornings, in your inbox.

| Your email... |
|---|

By signing up you agree to receive email newsletters or updates from POLITICO and you agree to our privacy policy and terms of service. You can unsubscribe at any time and you can contact us here. This sign-up form is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

On Monday, Blackburn took aim at the social media network in a fundraising email.

"This is urgent. I'm being censored for telling the truth," Blackburn wrote. "Twitter has shut down my announcement video advertising. Silicon Valley elites are trying to impose their values on us. When I talked about our legislative accomplishments to stop the sale of baby body parts, they responded by calling our ad 'inflammatory' and 'negative.'"

Blackburn is the leading candidate to replace Corker, with former Americans for Prosperity state director Andy Ogles also in the race on the GOP side. Army veteran James Mackler is running as a Democrat.



# Conservative commentator ba
# Twitter after controversial
# suspension

BY MEGAN KELLER - 11/27/18 05:26 PM EST

**13** SHARES          SHARE     TW

## Just In...

**Portland police protest response unit resigns following officer's indictment**
STATE WATCH — 35M 47S AGO

**Congress should invest in nature to build disaster-resilient communities**
OPINION — 35M 49S AGO

**Jan. 6 defendant becomes first to face firearms charge under riot law**
COURT BATTLES — 57M 39S AGO

**Inflation becomes political threat to big-spending Democrats**
OPINION — 1H 5M AGO

**European Union opens up to nonessential travel from US**
INTERNATIONAL — 1H 34M AGO

**End the practice of hitting children in public schools**
OPINION — 2H 5M AGO

**The Hill's Morning Report - ObamaCare here to stay**
MORNING REPORT — 2H 31M AGO

**Public option fades with little outcry from progressives**
HEALTHCARE — 3H 5M AGO



© Greg Nash

Conservative commentator Jesse Kelly is back on Twitter after his account's suspension for unclear reasons triggered <u>outrage among conservatives</u>.

> **Will Sommer** ✔
> @willsommer
>
> Conservative pundit @JesseKellyDC, whose Twitter ban earlier this week turned him into a cause celebre on the right, is now back on Twitter.
>
> 3:40 PM · Nov 27, 2018    ⓘ
>
> ♡ 87    💬 14    ⬆ Share this Tweet

Kelly previously said he'd been told the ban was permanent.

<u>He told Hill.TV earlier Tuesday</u> he had no idea why he was banned, saying he is very careful about what he posts. Twitter does not typically comment on individual account decisions.

"The truth is, I understand how sensitive Twitter is. I understand that they are run by leftists, and they're trying to run off people on the right, so knowing that, I'm fairly careful with it," he said.

**App. 1080**

**VIEW ALL**

Related News          by        |

Sponsored

Learn about your dog's
breed, behavior, and...

Read This Before You
Renew Amazon Prime...
Sponsored | Capital One Shopping

Newsmax says network
turned Gaetz down for...

CDC to hold 'emergency
meeting' on heart...

"Especially because it was a big tool I used to promote my show, to
promote things that I had written," said Kelly, who hosts a radio show in
Houston. "So I wasn't trying to get kicked off, I was trying to be good, and I
got kicked off anyway."

When asked about the decision to suspend and then restore Kelly's
account a Twitter spokesperson told the Hill, "The account was
temporarily suspended for violating the Twitter Rules and has been
reinstated."

"We have communicated directly with the account owner," the
spokesperson added.

Kelly did not immediately respond to The Hill's requests for comment.

Previously, Kelly said that Twitter told him his account was permanently
suspended for "multiple or repeat violations of the Twitter rules."

Twitter's "range of enforcement options" states that users should be told if
their accounts have been permanently suspended.

"When we permanently suspend an account, we notify people that they
have been suspended for abuse violations, and explain which policy or
policies they have violated and which content was in violation," according
to Twitter.

Kelly's suspension elicited a wave of backlash from conservatives,
including lawmakers such as Sen. Ben Sasse (R-Neb.) and Sen.-elect Josh
Hawley (R-Mo.). The suspension comes amid an ongoing debate over
whether social media platforms are biased against conservatives.



**Ben Sasse** ✔
@BenSasse

Jesse Kelly can't stand me. And I think his tribal war
scalping stuff is stupid and wrong.

But that doesn't matter much compared to the
bigger picture here: The trend of de-platforming and
shutting down speech is a bad precedent for our
free speech society.

🔵 **The Hill** ✔ @thehill
Conservative pundit Jesse Kelly's Twitter ban sparks outrage: "New
low" hill.cm/MwS3oC6

2:55 PM · Nov 26, 2018                                    ⓘ

♡ 6.6K        💬 880        ⬆ Share this Tweet

**Josh Hawley** ✔

**App. 1081**

@HawleyMO

Twitter recently banned a Marine vet & conservative
pundit, Jesse Kelly, without explanation. This follows
Twitter's ban of Canadian feminist Megan Murphy
for her speech. @jack told Congress Twitter doesn't
target political speech. Is that true?

12:22 PM · Nov 27, 2018                                     ⓘ

♡ 3.5K          💬 216          ↑ Share this Tweet

**TAGS   BEN SASSE   JOSH HAWLEY   JESSE KELLY   TWITTER   CENSORSHIP   CONSERVATIVES ON TWITTER
SILICON VALLEY**

SHARE              TWEET



**THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX**
**THE CONTENTS OF THIS SITE ARE ©2021 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.**

# David Horowitz Twitter account suspended



*Author and conservative activist David Horowitz says there is a "disgusting" epidemic of anti-Semitism on campuses and that administrators are tolerating it. (Associated Press) more >*

By Victor Morton - *The Washington Times* - Tuesday, May 7, 2019

The Twitter purge of conservatives continued Tuesday as the social-media giant suspended longtime activist David Horowitz.

The suspension, initially reported by OANN host Jack Posobiec, came the same day as Mr. Posobiec's account devoted to documenting assaults on Trump supporters, @MAGAphobia, was suspended.

BREAKING: Twitter appears to have suspended David Horowitz @horowitz39 pic.twitter.com/si3FZAwYwv

— Jack Posobiec us (@JackPosobiec) May 7, 2019

**SEE ALSO: Jack Posobiec @MAGAphobia Twitter account for tracking violence suspended**

Mr. Horowitz's certified account @horowitz39 showed up as suspended early Tuesday evening.



It was restored by later in the evening, with Twitter saying the suspension was a mistake — an explanation Mr. Horowitz didn't buy.

Mr. Horowitz is a former leftist who edits FrontPage Magazine and directs Discover the Networks, a watchdog group that tracks liberals and leftists.

The Horowitz Freedom Center, which still had a Twitter account, denounced the suspension as "@jack continuing his fascist censorship of conservative voices."

The group started the hashtag #FreeDavid.



Twitter is notoriously opaque about the reasons for suspending accounts, and the platform is widely seen among conservatives as applying double standards in application of its anti-hate rules.

Conservative actor James Woods also has been locked out of his Twitter account since late last month for "abusive behavior," specifically his reaction to special counsel Robert Mueller's report, in which he cited a famous Ralph Waldo Emerson quote. His feed is still up, with the last tweet coming April 19.

# courier journal

MITCH-MCCONNELL

# McConnell's campaign locked out by Twitter for posting critic's profanity-laced video

**Ben Tobin** and **Phillip M. Bailey** Louisville Courier Journal
Published 4:40 p.m. ET Aug. 7, 2019 | **Updated 1:15 p.m. ET Aug. 9, 2019**

**UPDATE:** McConnell's campaign released from Twitter jail after suspension

Senate Majority Leader Mitch McConnell's campaign has been thrown in Twitter jail.

After sharing a video of a profanity-laced protest outside of the Kentucky Republican's home in Louisville, the campaign Twitter account, Team Mitch, has been locked out.

"This morning, Twitter locked our account for posting the video of real-world, violent threats made against Mitch McConnell. This is a problem with the speech police in America today," McConnell campaign manager Kevin Golden told the Courier Journal. "The Lexington Herald-Leader can attack Mitch with cartoon tombstones of his opponents. But we can't mock it.

"Twitter will allow the words of "Massacre Mitch" to trend nationally on their platform but locks our account for posting actual threats against us," Golden added. "We appealed and Twitter stood by their decision, saying our account will remain locked until we delete the video."

**Read this:** McConnell signals willingness to expand background checks in gun purchases

**Check out:** The Kentucky Democratic Party is selling Moscow Mitch merchandise

According to Twitter spokesperson Katie Rosborough, "The user was temporarily locked out of their account for a Tweet that violated our violent threats policy, specifically threats involving physical safety."

Twitter's policy states that users "may not threaten violence against an individual or a group of people" and that the social network prohibits "the glorification of violence."

**App. 1086**

McConnell, who fractured his shoulder on Sunday, has been under a heated spotlight after two mass shootings that killed more than 30 people and injured several more.

Democrats and other critics have been urging McConnell to take up several gun control measures that proponents believe will stem the violence.

**The latest:** Rand Paul undergoes lung surgery for injury related to assault by his Kentucky neighbor

On Monday, Black Lives Matter Louisville leader Chanelle Helm said in a live video of the protest outside of McConnell's Highlands-area home that instead of falling and injuring his shoulder over the weekend, the GOP leader "should have broken his little raggedy, wrinkled-(expletive) neck."

After a man makes a reference to a hypothetical McConnell voodoo doll, Helm replied, "Just stab the m----- f----- in the heart." That comment went viral on Twitter.

In a phone interview with the Courier Journal on Tuesday afternoon, Helm said she doesn't regret her comments.

"McConnell doesn't care about people who actually do break their necks, who need insulin, who need any type of medication, because they want to stop and prevent health care for all," she said. "And that is something that every American out here wants. There's only a few Americans who don't want that, and those people are politicians and their cronies."

*This story may be updated.*

**Also:** Sen. Mitch McConnell fractures shoulder at his home, spokesman says

*Contact Ben Tobin at bjtobin@gannett.com and 502-582-4181 or follow on Twitter @TobinBen. Support strong local journalism by subscribing today: subscribe.courier-journal.com.*

# DEADLINE

TIP US

*BREAKING NEWS*

Warner Bros Lands Allen Hughes-Directed Marvin Gaye Film 'What's Going On'; Dr. Dre & Jimmy Iovine To Produce

HOME    /    TV    /    BREAKING NEWS

## 'Fox And Friends' Host Pete Hegseth Banned From Twitter For Saudi Manifesto Post

By Bruce Haring

December 8, 2019 4:11pm

    



# DEADLINE

TIP US

Twitter

*Fox and Friends* host Pete Hegseth claimed he was banned from Twitter Saturday for posting an anti-American manifesto from Pensacola shooter Mohammed Alshamrani.

Hegseth posted the screenshots Sunday showing his tweet, and said the actions were "Islamist terror." He posted the messages from Alshamrani's Twitter account.

Saudi military student Alshamrani killed three people and injured 12 when he opened fire at Navy Station Pensacola on Friday. The assault was filmed by several fellow Saudi cadets, several of whom went missing in the aftermath. A few others have been detained by the US military.

ADVERTISEMENT

"The coward posted it just hours before his terrorist attack," Hegseth wrote. "This is Islamist terror. No reason to ever mince words. Saudi Arabia must be held to account."

RELATED STORY

**Donald Trump Rings In New Year Mocking Elizabeth Warren's White House Run News**

Alshamrani's social media accounts, which have now been taken down, showed anti-Israel posts and a quote from Osama bin Laden. They also had the manifesto, which said, "I'm against evil, and America as a whole has turned into a nation of evil. I'm not against you for just being American, I don't hate you because [of] your freedoms, I hate you because every day you [are] supporting, funding and committing crimes not only against Muslims, but also humanity."

Hegseth claimed Sunday on Instagram that he was banned for spotlighting the shooter's

**App. 1089**

# DEADLINE



they can ban me, they will ban anyone. We need to fight back. Heck, I posted the terrorist screen shot on this post too, so stay tune for @instagram banning me too."

He added: "Big tech does the bidding of the Left, especially to include anyone who speaks truth about the threat of radical Islam."

Twitter has not commented on the Hegseth allegations.

Subscribe to **Deadline Breaking News Alerts** and keep your inbox happy.

**READ MORE ABOUT:**

FOX AND FRIENDS  /  PETE HEGSETH

80 Comments

ADVERTISEMENT

# More From Deadline

'Manifest' Cast Responds To Cancellation: "Save Manifest!"

Chrissy Teigen Bullied 'Project Runway' Star Michael Costello,…

SUBSCRIBE

**CULTURE**

# What Did Twitter Do to James Woods? The Story Behind the Trend

BY **ANDREW WHALEN** ON 3/25/20 AT 10:09 AM EDT

Unlimited 30 Day Ad Free Trial

**SUBSCRIBE NOW ›**

**You have 4 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

**SUBSCRIBE ›**





CULTURE     TWITTER     JAMES WOODS     ANDREW GILLUM

Actor James Woods was locked out of Twitter on Tuesday after sharing "intimate media" of former Democratic candidate for governor Andrew Gillum, prompting a flood of responses under the hashtag #FreeJamesWoods.

Once most known for roles in *Videodrome*, *Casino* and Disney's *Hercules*, in recent years, Woods has become known for his Twitter account, where he shares conservative memes, decries Democratic Party politicians and spreads conspiracy theories.

Unlimited 30 Day Ad Free Trial                    SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›



James Woods in the 1983 David Cronenberg movie 'Videodrome,' about a television broadcast signal that controls minds and spreads violence and torture.

UNIVERSAL PICTURES

Unlimited 30 Day Ad Free Trial

SUBSCRIBE NOW ›

You have 4 free articles remaining this month

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

App. 1093

locked, account holders cannot tweet or retweet, but can still browse the social media platform.

## NEWSWEEK NEWSLETTER SIGN-UP >

"We may ask you to complete certain actions before we start the countdown on your limited state," Twitter explains in its Help Center. "These actions may include verifying your email address, adding a phone number to your account, or removing Tweets that are in violation of our rules."

While the exact conditions of Woods' lock are unknown, a screenshot circulating on social media suggest that his account was temporarily locked for a tweet about the former Tallahassee mayor and 2018 Florida gubernatorial candidate.

"Just remember, this could have been Florida's governor in the midst of the #WuhanCoronaVirus pandemic," Woods wrote in the tweet. "Make sure you vote #Republican in November like your life depends on it. Because it does."

Unlimited 30 Day Ad Free Trial                    SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

found suspected crystal meth in the hotel room, which Gillum denied using in a prepared statement released to the press.

**NEWSWEEK SUBSCRIPTION OFFERS >**

"I was in Miami last night for a wedding celebration when first responders were called to assist one of my friends. While I had too much to drink, I want to be clear that I have never used methamphetamines," Gillum said in the statement. "I apologize to the people of Florida for the distraction this has caused our movement."

The Miami Beach Police Department is currently reviewing how details of the incident, including photos purportedly from the hotel room, leaked to conservative commentators and a British tabloid.

By sharing one of those leaked photos, Woods violated Twitter's rules against sharing "intimate photos or videos of someone that were produced or distributed without their consent."

"FreeJamesWoods" became a trending hashtag after his account was locked, generating more than 55,000 tweeted responses, including from prominent conservative voices like Donald Trump Jr.:



**Donald Trump Jr.** ✔
@DonaldJTrumpJr

Of course @twitter is up to their usual nonsense silencing voices that are effective at destroying their narrative. His

Unlimited 30 Day Ad Free Trial                    **SUBSCRIBE NOW ›**

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

**SUBSCRIBE ›**

**App. 1095**

All because he posted a blurred photo of Andrew Gillum drugged out on the floor.

DailyMail posted it first.

#FreeJamesWoods

8:26 AM · Mar 25, 2020                                                    (i)

♡ 18.5K        💬 1.6K        ⬆ Share this Tweet

As often happens with trending hashtags on Twitter, #FreeJamesWoods was also coopted by people who oppose its sentiments, with many taking the hashtag as an opportunity to point out Woods' long history of conspiracy theorizing on the platform, including racism and antisemitic insinuations that billionaire investor George Soros is a "puppetmaster" and "Nazi" behind a "deep state coup." Soros is none of those things, but instead a financial supporter of progressive causes to which Woods and other conservative commenters object.

"Asians are ruthless in war," one recent tweet of Woods' began, further

Unlimited 30 Day Ad Free Trial                    SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

**App. 1096**

*#FreeJamesWoods?? May his entire account be deleted so we never have to hear from him again so we don't have to read this kind of trash pic.twitter.com/XRzQvjXZ6z*

— Irene M. Cho (@irenemcho) March 25, 2020

*When someone shows up at my house yapping about #FreeJamesWoods pic.twitter.com/ELvc7w0VsI*

— Lisa Rachel (@lisarachel1234) March 25, 2020

Woods has been previously supported by President Donald Trump after an earlier

Unlimited 30 Day Ad Free Trial

SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

App. 1097

"How can it be possible that James Woods (and many others), a strong but responsible Conservative Voice, is banned from Twitter?" Trump tweeted in May 2019. "Social Media & FAke News Media, together with their partner, the Democrat Party, have no idea the problems they are causing for themselves. VERY UNFAIR!"

By Wednesday morning, James Woods' Twitter account was accessible to non-followers, but the actor has not yet tweeted again.

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

Unlimited 30 Day Ad Free Trial

SUBSCRIBE NOW  ›

You have 4 free articles remaining this month

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

App. 1098



# Commentator Candace Owens
# her Twitter account was suspe
# following tweet about Whitme

BY **KAELAN DEESE** - 05/02/20 03:46 PM EDT

**6,530** SHARES

SHARE                TW

## Just In...

**Poll: 46 percent of unvaccinated say they will definitely not get vaccine**
HEALTHCARE — 13S AGO

**The Senate is where dreams go to die**
OPINION — 49S AGO

**Authorities identify remains of Kentucky sailor killed in WW II**
STATE WATCH — 2M 8S AGO

**House Democrats' campaign arm raises almost $10 million in May**
CAMPAIGN — 8M 36S AGO

**Hong Kong newspaper prints 500,000 copies in face of Chinese crackdown**
MEDIA — 8M 39S AGO

**Gillibrand: Military must make changes beyond sexual assault cases**
SENATE — 18M 12S AGO

**Portland police protest response unit resigns following officer's indictment**
STATE WATCH — 1H 48S AGO

**Congress should invest in nature to build disaster-resilient communities**
OPINION — 1H 50S AGO

Candace Owens, a conservative commentator and online activist, claims she was suspended from Twitter following a tweet criticizing Michigan Gov. Gretchen Whitmer's (D) stay-at-home order and encouraging the state's citizens to violate the directive.

Twitter flagged Owens's tweet for violating the site's policies, according to the news source Mediaite. Owens alerted several conservative colleagues of her suspended account following her critique of Whitmer.

A spokeswoman for Twitter confirmed to The Hill that Owens's tweet violated the platform's COVID-19 misinformation policy, "specifically around heightened-risk health claims."

She added that, according to the policy, Owens's tweet involved "denial of ... government body recommendations to decrease an individual's likelihood of exposure to COVID-19 with the intent to influence users into acting contrary to recommended guidance."

The spokeswoman said the tweet would need to be deleted while Owens served a "timeout" before her profile could be reinstated.



**Benny** ✓
@bennyjohnson

ALERT

App. 1099

VIEW ALL

Related News    by    |


Beat the summer heat
with this personal...


Lara Trump calls on
Americans at border to...


Ex-SNL star Jon Lovitz
compares cancel...


This Amazon upgrade is
even better than Prime
Sponsored | Capital One Shopping

Candace Owens has been suspended from
Twitter.
Candace tweeted that people in Michigan
should go back to work.
What rule did she break?
Not even Twitter can say.

Candace Owens tells people to work and gets
cancelled but AOC can tell people *not* to work
and all good

10:28 AM · May 2, 2020                              ⓘ

♡ 11.9K        💬 1.3K        ⬆ Share this Tweet

The tweet, which has been removed, said, "Apparently @GovWhitmer
believes she is a duly elected dictator of a socialist country. The people of
Michigan need to stand up to her. Open your businesses. Go to work. The
police think she's crazy too. They are not going to arrest 10,000,000
people for going to work."

Owens shared a screenshot of her removed post with the Gateway Pundit,
a conservative website, with a comment that stated, "Twitter has locked
me out of my account but has decided to omit which of their policies I
have violated," adding that "I stand by my statement about Governor
Whitmer acting as a dictator."

Other conservative accounts chimed in, expressing their support for
Owens, including political activist Chuck Woolery and Turning Point USA
founder Charlie Kirk.


Chuck Woolery ✔
@chuckwoolery                                    🐦

So Laura Loomer and Candace Owens are not
allowed to play on Twitters Beach anymore?

**App. 1100**

allowed to play on Twitters Beach anymore!

11:44 AM · May 2, 2020                                    ⓘ

♡ 1.9K        💬 196        ↥ Share this Tweet



**PSY - The Psychedelic ETF** ⧉

BY **DEFIANCE ETFS**

**SPONSORED CONTENT**

---

**Charlie Kirk** ✓
@charliekirk11

RT it you stand with Candace Owens! Chinese Communist Party propaganda accounts reign free to tweet their garbage yet they ban @RealCandaceO.

Reinstate!

11:53 AM · May 2, 2020                                    ⓘ

♡ 23.3K        💬 582        ↥ Share this Tweet

Mediaite reported that Owens appealed Twitter's actions.

*Updated 4:40 p.m.*

TAGS    TURNING POINT USA    TWITTER SUSPENSIONS    CANDACE OWENS    TWITTER

SHARE                TWEET

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2021 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.



**Twitter temporarily suspends Hungarian ...**

Top Stories    Topics ▾    Video    Listen    

  

ADVERTISEMENT



**RELATED TOPICS**

Technology

Hungary

Business

Viktor Orban

Europe

Media

# Twitter temporarily suspends Hungarian government's account

September 30, 2020



ADVERTISEMENT

Advertisement



BUDAPEST, Hungary (AP) — The Hungarian government says its official Twitter account was temporarily suspended and then restored without explanation.

Government spokesman Zoltan Kovacs said Wednesday in a Facebook post that "we have taken the necessary steps and are awaiting an official explanation from Twitter" regarding the status of the government's @abouthungary account.

**Trending on AP News**

**Man pleads guilty to shooting Black girl at Iowa Trump rally**

**Man arrested in Capitol riot asks to travel to car swap meet**

**'You stabbed me,' boy tells father at double-murder trial**

by Taboola

**App. 1102**

## Twitter temporarily suspends Hungarian ...

"Twitter suspends accounts which violate the Twitter rules."

Kovacs, who frequently defends Prime Minister Viktor Orban's anti-migration policies and his "illiberal democracy" in the international media, said "it seems that the beautiful new world has finally arrived, in which tech giants are silencing those who hold different opinions than loopy liberals."

ADVERTISEMENT



Off-White
$295.00

ADVERTISEMENT



Kovacs also noted that the account's suspension came on the same day that the EU's executive arm, the European Commission, published a report on the state of democracy and the rule of law in all the EU's 27 countries.

Another Twitter account, @RMXnews, which belongs to a government-supported media publication, was also suspended with the same notice and had yet to be restored.

Twitter did not immediately respond to a request for comment.

PAID FOR BY OURA RING



Oura is designed to guide you on your journey towards a healthier life. ⇗

Oura delivers critical



⊕ English ▾

Search 🔍 ✉ Newsletters(/newsletters) ♠ Games(https://games.euronews.com/en?arkpromo=Site_TopNav)

**euronews.**
(/)

ropean-news) **World (//www.euronews.com/news/international)** **Business (//www.euronews.com/news/business)** **Sport (//www.euronews.com/news/sport)**

Home (/) > News (/news) > World (/news/international) > Twitter suspends Hungarian pro-government media account

THE CUBE (//WWW.EURONEWS.COM/PROGRAMS/THE-CUBE)

# Twitter suspends Hungarian pro-government media account 💬 COMMENTS(#VUUKLE-COMMENTS-1245452)

By **Matthew Holroyd** (https://twitter.com/euronews) • Updated: 02/10/2020



*Hungarian officials say the govnerment account was tied to the cabinet of Prime Minister Viktor Orban.* - Copyright FILE - ARIS OIKONOMOU/AFP or licensors

SHARE THIS ARTICLE

Twitter has suspended the account of a government-supported Hungarian media organisation, just days after a government account was suspended in error.

TEXT SIZE
(#)

| Aa (#) | **Aa (#)** |

[obscured links]

https://www.euronews.com/2020/10/02/twitter-

The social network confirmed to Euronews that action had been taken against @RMXNews under their policy on platform manipulation and spam policy (https://help.twitter.com/en/rules-and-policies/platform-manipulation).

Under these rules, Twitter accounts are not permitted to mislead others by operating fake accounts, artificially inflate online conversations or misuse platform tools.

ADVERTISING

Remix News says it was given no reasons for Twitter's action and says the move amounted to "a blatant attack on press freedom".

"The removal of Remix News means it and other Central European platforms will be unable to participate fully in the free exchange of ideas and distribution of our content to a wider audience".

Twitter has given no further detail over why the account has been suspended.

Earlier this week, the Hungarian government also said that an official Twitter account was temporarily suspended and then restored without explanation.



SPONSORED CONTENT
**What 1,500 Calories Looks Like at 25 Fast Food Restaurants**
(https://www.euronews.com/paidpost/sponsored.html?
prx_t=Nr8GA8xRNA9OoQA&ntv_acpl=1108724&ntv_acsc=2&ntv_idp=1&ntv_fr)

The account @aboutHungary shares information about the country's response to the coronavirus pandemic and other press releases from Prime Minister Viktor Orban.

But unlike other social media accounts of official European governments, the profile has not been verified by Twitter.

The company confirmed to Euronews that action had been taken against the @abouthungary account in error and it had been reinstated.

Government spokesman Zoltan Kovacs said on Wednesday that Hungary was awaiting "an official explanation" from Twitter.

Kovacs also noted that the account's suspension came on the same day that the European Commission published a report on the state of democracy and the rule of law in the bloc.

Member States Hungary and Poland have been cited by the EU for risking a "serious breach" of the EU's core principles.

Zoltan Kovacs @zoltanspox · Sep 30, 2020
1/2 The official account of the Hungarian Government,
@AboutHungary, has been suspended by @Twitter without any

**App. 1105**

was a continuation of this expansion of the view to the fact that the @EU_Commission will publish its first rule of law report today. It seems that...

**Zoltan Kovacs**
@zoltanspox

2/2 ... the beautiful new world has finally arrived, in which tech giants are silencing those who hold different opinions. We have taken the necessary steps and are awaiting an official explanation from Twitter.

4:25 AM · Sep 30, 2020                                    ⓘ

♡ 312          💬 35          ⬆ Share this Tweet

*Click on the player above to watch Euronews' coverage in #TheCube on Thursday.*

SHARE THIS ARTICLE

https://www.euronews.com/2020/10/02/twitter-...

https://www.euronews.com/2020/10/02/twitter-

## YOU MIGHT ALSO LIKE

Hungary calls for EU's Jourova to quit over 'sick democracy' comment (/2020/09/29/hungary-calls-for-eu-commissioner-jourova-to-resign-over-derogatory-comments)

Hungary, Poland and Czech Republic 'oppose EU's new migration pact' (/2020/09/24/hungary-poland-and-czech-republic-oppose-eu-s-new-migration-pact)

Only parents should decide sexual education of their children | View (/2021/06/17/only-parents-should-decide-sexual-education-of-their-children-view)

## MORE ABOUT

HUNGARY (//WWW.EURONEWS.COM/TAG/HUNGARY)          GOVERNMENT (//WWW.EURONEWS.COM/TAG/GOVERNMENT)

TWITTER (//WWW.EURONEWS.COM/TAG/TWITTER)          REMOVED (//WWW.EURONEWS.COM/TAG/REMOVED)

SOCIAL MEDIA (//WWW.EURONEWS.COM/TAG/SOCIAL-MEDIA)          HUNGARIAN (//WWW.EURONEWS.COM/TAG/HUNGARIAN)

## Sponsored                                                                    |

Do You Ap...
Paid for by t...
(https://...
sc=ads_c...





App. 1106





Charlie Kirk says white supremacy isn't a thing in America because Asian Americans make a good living



**Get the free Daily Briefing email for headlines from our reporters across the world**

**Get our free Daily Briefing email**

Please enter your email here    SIGN UP

I would like to be emailed about offers, events and updates from The Independent. Read our privacy notice

The Twitter account of conservative activist Charlie Kirk was locked over the weekend for spreading misinformation about mail-in-ballots.



the president in multiple polls ahead of a November's election

Mr Kirk's tweet, which has now been removed, referred to a report from ProPublica that said that at least 372,000 mail-in-ballot applications in Pennsylvania had been rejected by officials in the state.

ProPublica reported that more than 90 per cent of the rejected ballot applications were duplicates, as some Pennsylvania residents accidentally requested more than one ballot.

INDEPENDENT

Contribute    Subscribe                                              LOGIN



'WOKENESS' REWARDED IN AMERICA

TheStory@foxnews.com

Close ✕

Mr Kirk, who has 1.8 million followers on Twitter, claimed in his tweet that 372,000 mail-in-ballots, instead of the applications, were rejected, which led to the social media platform locking his account over the weekend.

**Recommended**

 How a student in a diaper caused an eruption at Turning Point USA

The 27-year-old is a supporter of Mr Trump, and claimed at the Republican National Convention in August that the president is "the bodyguard of western civilisation."



# INDEPENDENT

Contribute  Subscribe                    LOGIN



'WOKENESS' REWARDED IN AMERICA

TheStory@foxnews.com

Close ✕

widespread fraud.

## Recommended

 Trump's attacks on election lead to surge in early voting

Twitter updated its civic integrity policy earlier this month to ban anyone from using its platform "for the purpose of manipulating or interfering in elections."

This includes users "posting or sharing content that may suppress participation or mislead people about when, where, or how to participate in a civic process."

Twitter said that it will lock the accounts of users who violate the policy until they remove any offending tweet.

**More about:**  Charlie Kirk   Twitter   Donald Trump

 **Join our new commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies

Be the first to comment

Promoted stories





62 ↰

POLICY \ TECH \ TWITTER \

# In its latest confusing decision, Twitter reinstates The New York Post

*It is incredible that this is still happening*

By Elizabeth Lopatto | @mslopatto | Oct 30, 2020, 8:05pm EDT



Rupert Murdoch's tabloid *The New York Post* is back on Twitter, after Twitter updated its policy on policy changes. This story is going to be confusing, but not as confusing as Twitter's attempts at moderation.

To recap: On October 14th, *The New York Post* published a (contested and possibly part of a disinformation campaign, though this is absolutely not the point I am here to tell you about) story about Hunter Biden, the son of presidential candidate Joe Biden. Very little of the contents of the *Post* story are pertinent to the discussion we are about to have, except this: some of the materials in it, Twitter alleges, seem to be the result of hacking.

### GOT ALL THAT SO FAR? GREAT, THERE'S MORE

Twitter suspended *The New York Post's* account for six tweets that linked to the story and blocked links to the story in question, citing its hacked materials policy, as well as a policy about private information. This caused, perhaps predictably, a massive uproar. On October 15th, Twitter's trust and safety lead, Vijaya Gadde, tweeted that Twitter's hacked materials policy would change, and the company would "no longer remove hacked content unless it is directly shared by hackers or those acting in concert with them."

On October 16th, Jack Dorsey tweeted that blocking the URL "was wrong," and a Twitter spokesperson told *The New York Times* that the information that was previously "private information" had spread so widely that it no longer counted as "private." Therefore, the *Post* article no longer violated the private information policy.

Got all that so far? Great, there's more. Despite inspiring the policy change on hacked materials and no longer violating the policy on private information, *The New York Post* remained suspended, because of a *different* policy. See, Twitter has a policy on policy changes. If you were, say, a tabloid that had been suspended because of an old policy, a new policy wouldn't supercede your suspension. Not even if you'd inspired the new policy.

So today, Twitter has updated its policy on policy changes, and *The New York Post* is taking a victory lap.

It didn't have to go like this. Facebook, for instance, chose to limit the article's reach while fact-checkers combed through it — but the company didn't *remove* it. Basically, Facebook triggered its "virality circuit breaker," which, as Casey Newton points out, allowed *The Post* to post without giving it unwarranted lift, in case the article was disinformation. That decision was also controversial, but it was less severe.

**App. 1112**

## HERE WE ARE, ONE SENATE HEARING AND TWO POLICY CHANGES LATER

Pilfered documents are unquestionably part of the journalistic tradition. This tradition was *particularly* part of the 2016 presidential election, when reporters published stories with emails from the Democratic National Committee that had been obtained through hacking. As a result, platforms began planning for what they would do in case of a similar 2020 hack-and-leak operation. Twitter evidently felt that *The New York Post'*s article rose to that level.

Anyway, the Republican party called foul on the whole thing and made everyone sit through a tiresome Senate hearing on October 28th.

So, here we are, one Senate hearing and two policy changes later. Insofar as it is possible to draw a moral from this bizarre saga, it seems to be this: Twitter's moderation still doesn't make any damn sense. But congratulations to them on updating their policy on policy changes.

HOME     MAIL     NEWS     FINANCE     SPORTS     ENTERTAINMENT     LIFE     SHOPPING     YAHOO PLUS     MORE...

**yahoo!**entertainment

Sign in     Mail

Entertainment     Paley     The It List     TV     Movies     Celebrity     Music     Shopping     Videos

THE**WRAP**

# Fox News' Dan Bongino Won't Return to Twitter After Suspension: 'F– You'

**Lindsey Ellefson**

January 7, 2021 · 2 min read



### In this article:

**Dan Bongino**
American conservati...

**Donald Trump**
45th President of th...

Fox News contributor Dan Bongino, who said he received a 12-hour suspension from Twitter on Thursday, told TheWrap he won't be returning to the platform where he has 2.8 million followers.

"I'll make my last post, my one final 'F— you' to Twitter — and you can print that, by the way — tomorrow," he told TheWrap Thursday.

Bongino said the post that earned him the 12-hour ban included a video posted by President Donald Trump Wednesday after a violent riot by some of his supporters in

**TRENDING**

'SNL' alums on backstage fight between Bill Murray and Chevy Chase: 'The testosterone was...
Yahoo TV · 2 min read


Helen Mirren did her 'Tonight Show' interview from the bathtub: 'My favorite place in th...
Yahoo TV · 2 min read


Britney Spears wasn't behind petition to end conservatorship, new docs show
Yahoo Celebrity · 5 min read


Ricky Schroder protests Foo Fighters show over vaccine mandate
Yahoo Music · 1 min read


Matthew McConaughey says he fully embraced being Hollywood's rom-com 'go-to guy': 'You damn...
Yahoo Celebrity · 6 min read


**App. 1114**

HOME     MAIL     NEWS     FINANCE     SPORTS     ENTERTAINMENT     LIFE     SHOPPING     YAHOO PLUS     MORE...

yahoo/entertainment                    Sign in        Mail

Entertainment      Paley      The It List      TV      Movies      Celebrity      Music      Shopping      Videos

**Also Read:** Twitter Suspends Trump's Account for 12 Hours, Threatens Permanent Ban

"Regardless of your feelings about what he said and how he said it, he's the president of the United States," said Bongino, who mused that a message from the president would only fail to be newsworthy in "communist regimes" before accusing Twitter itself of being communist.

He will be primarily using Parler, he said, a social media platform popular among conservatives and in which he is an investor. His investment in Parler was not a deciding factor in his switch, he said.

Bongino said he would encourage anyone to exit Twitter, but understands why users would stay. "You know, some people may like it," he said. "Maybe they use it for news or whatever and I don't want to make it about me. I mean, if you're asking me, yes, I think you should get off Twitter because Twitter hates you."

Reached for comment, a Twitter spokesperson said, "The account you referenced was suspended for sharing content that violates the Twitter Rules. The account owner is required to delete the violative Tweet before regaining access to their account."

"Twitter needs me," Bongino said. "I don't need Twitter."

Read original story Fox News' Dan Bongino Won't Return to Twitter After Suspension: 'F– You' At TheWrap

**MARKETS**   see all →

▼ **DOW**        -1.16%

▼ **S&P 500**    -0.77%

▼ **NASDAQ**     -0.41%

**FEATURED**                                                          ∧

**Crypto 101**
Everything you need to know about bitcoin, blockchain,
NFTs and more.

**Twitter bans President Trump permanently**

CNN   ● **LIVE TV**  ⊙  ☰

Updated 9:19 AM ET, Sat January 9, 2021



**(CNN)** — Twitter has suspended President Trump from its platform, the company said Friday evening.

"After close review of recent Tweets from the @realDonaldTrump account and the context around them we have permanently suspended the account due to the risk of further incitement of violence," Twitter said.

"In the context of horrific events this week, we made it clear on Wednesday that additional violations of the Twitter Rules would potentially result in this very course of action."

Twitter's decision followed two tweets by Trump Friday afternoon that would end up being his last. The tweets violated the company's policy against glorification of violence, Twitter said, and "these two Tweets must be read in the context of broader events in the country and the ways in which the President's statements can be mobilized by different audiences, including to incite violence, as well as in the context of the pattern of behavior from this account in recent weeks."

**App. 1116**

The first tweet was about Trump's supporters.

"The 75,000,000 great American Patriots who voted for me, AMERICA FIRST, and MAKE AMERICA GREAT AGAIN, will have a GIANT VOICE long into the future. They will not be disrespected or treated unfairly in any way, shape or form!!!"

The second indicated Trump did not plan to attend Joe Biden's inauguration.

  **LIVE TV**

Congress for Facebook and Twitter to draw a line on Trump

**Related Article:** Trump is losing his powerful social media machine

"To all of those who have asked, I will not be going to the Inauguration on January 20th."

Twitter said the tweet concerning inauguration could be viewed as a further statement that the election was not legitimate. It also said that the tweet could be interpreted as Trump saying that the inauguration would be a "safe" target for violence because he would not be attending.

Trump's other statement about American patriots suggested that "he plans to continue to support, empower, and shield those who believe he won the election," Twitter said.

Twitter's ban specifically addresses "the @realDonaldTrump account," not Trump personally.

Twitter will enforce its policy against ban evasions to ensure that Trump does not circumvent his personal account's suspension, the company told CNN.

"If it is clear that another account is being used for the purposes of evading a ban, it is also subject to suspension," Twitter said in a statement. "For government accounts, such as @POTUS and @WhiteHouse, we will not suspend those accounts but will take action to limit their use. However, these accounts will be transitioned over to the new administration in due course and will not be suspended by Twitter unless absolutely necessary to alleviate real-world harm."

Twitter's policy would also prohibit Trump from directing a third party to operate a Twitter account on his behalf.

Trump sought to test Twitter's ban evasion policy at roughly 8:30 pm ET Friday evening, when he or someone acting on his behalf published four tweets from the @POTUS account.

**App. 1117**

"As I have been saying for a long time, Twitter has gone further and further in banning free speech, and tonight, Twitter employees have coordinated with the Democrats and the Radical Left in removing my account from their platform, to silence me," Trump tweeted.

The tweets disappeared almost instantly.

Twitter told CNN that the Trump campaign's account has also been permanently banned. Before @TeamTrump was suspended, it had been seen sharing the same four-tweet thread that Trump had attempted to post from the @POTUS account.

   

● **LIVE TV**

"We copied and pasted a White House pool report," Hahn tweeted.

Earlier in the evening, a White House pool report was distributed that contained the exact language that Trump had attempted to share from the @POTUS Twitter account.

A Twitter spokesperson confirmed to CNN that what prompted @TeamTrump's ban was its attempt to share the same language Trump tried to tweet earlier.

Hahn argued it is nonsensical for journalists to be allowed to share Trump's words but that the Trump campaign is not.

"A serious question that needs to be asked by journalists: If you post exactly what the president said will you be suspended as well? Because that is all we did," Hahn said.

Asked whether it saw a difference between journalists reporting Trump's words and the Trump campaign repeating Trump's words, Twitter told CNN that there was a distinction.

"There's a difference between someone reporting on the President, and someone attempting to allow their account to be used by the president to essentially get around the ban," a Twitter spokesperson said.

Civil rights leaders who have long criticized tech platforms for spreading hate speech and division welcomed Twitter's decision.

Jonathan Greenblatt, the CEO of the Anti-Defamation League, called it an "excellent step."

"A fitting end to a legacy of spewing hate and vitriol," Greenblatt said. "President Trump incited the violent riots at the Capitol using social media & paid the price."

Eric Naing, a spokesman for Muslim Advocates, said Twitter "is showing real leadership."

"As Twitter notes, letting Trump continue to post tweets, Facebook posts and YouTube videos for his white nationalist supporters risks 'further incitement of violence,'" Naing said. "Now it is up to Facebook and Google/YouTube to follow Twitter's lead."

Search CNN...   🔍

US

World

**NEWS** > **CRIME AND PUBLIC SAFETY** • News

# California court rules Twitter can ban users, rejects appeal by writer banned for 'hateful' tweets about transgender women

Decision centered on Twitter policy change, Section 230

By **NATE GARTRELL** | ngartrell@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: February 15, 2021 at 1:45 p.m. | UPDATED: February 16, 2021 at 4:01 a.m.

SAN FRANCISCO — A California appeals court ruled that Twitter had the right to ban a Canadian writer for her "hateful" tweets about transgender women, court records show.

The 42-page published opinion by the First District Appellate Court, issued late last month, upholds the dismissal of a 2019 lawsuit by Meghan Murphy, a writer, journalist and founder of the Canadian-based website Feminist Current. Murphy was banned from Twitter for tweets that referred to a transgender woman as "a man" — in a post that tagged her — and accused her of extortion for filing complaints against estheticians who refused to perform a Brazilian wax.

Murphy had been previously locked out of her account for tweeting, "men aren't women," and "How are transwomen (sic) not men? What is the difference between a man and a transwoman?" Twitter argued it was protected from liability under Section 230 of the 1996 Communications Decency Act, the same section then-President Donald Trump argued should be repealed or reformed late last year.

The appeals court sided with Twitter, finding that higher courts have consistently upheld a social media site's ability to ban users for certain speech. It also found



**App. 1119**

that Twitter's mission statement to "give everyone the power to create and share ideas and information instantly without barriers," did not amount to a legal promise that it wouldn't ban users for violating its hateful conduct policy.

"Because Murphy has not alleged Twitter ever made a specific representation directly to her or others that they would not remove content from their platform or deny access to their accounts, but rather expressly reserved the right to remove content, including content they determine is harassing or intolerable, and suspend or terminate accounts 'for any or no reason' in its terms of service, Murphy cannot plead reasonable reliance on the alleged promises as a matter of law," Associate Justice Sandra L. Margulies wrote in the decision, which was signed by two other judges.

Margulies later wrote that Murphy's arguments about Twitter's policy change amounted to "attacks on Twitter's interpretation and enforcement of its own general policies rather than breach of a specific promise."

Report an error
Policies and Standards
Contact Us

 The Trust Project

Be the first to know.

# Sign up for Breaking News alerts

Enter your email



| | |
|---|---|
| ▼ **DOW** | -1.36% |
| ▼ **S&P 500** | -0.89% |
| ▼ **NASDAQ** | -0.51% |

**Crypto 101**
Everything you need to know about bitcoin, blockchain, NFTs and more.

# Twitter permanently bans Project Veritas account

By Brian Fung, CNN Business
Updated 7:38 PM ET, Thu February 11, 2021

**(CNN Business) —** Twitter permanently banned an account on Thursday belonging to Project Veritas, a conservative group founded by controversial activist James O'Keefe.

The decision followed what a Twitter (TWTR) spokesperson described to CNN Business as repeated violations of the platform's policies prohibiting sharing — or threats of sharing — other people's private information without consent.

Twitter declined to say what specific tweets may have triggered the enforcement action. But in a post on Project Veritas's public Telegram channel Thursday afternoon, the group said the suspension occurred after it published a video in which Project Veritas accosted Facebook VP of Integrity at his home.

"The tweet in question arose when asking for comment from Facebook's VP of Integrity about censorship," Project Veritas said on its Telegram channel. "Project Veritas is appealing this decision, as no privacy was violated."

Twitter also confirmed that O'Keefe's personal account had been locked temporarily for violating the same policy, and that O'Keefe would be required to remove the violative content before regaining permission to tweet.

In an emailed statement to CNN Business, O'Keefe again said it was "false" that the video contained private information and claimed Twitter told the group it could have its account reinstated if it deleted the tweet containing the video.

In response to follow-up questions from CNN Business seeking clarification, Twitter said it had mistakenly communicated to Project Veritas that there would be a way to restore its account and confirmed that the group's suspension was permanent and final.

Search CNN...

US

World

Politics

Business

Opinion

**App. 1121**

**B B C** | Home | News | Sport | More ▼ | ⌕

Menu

US & Canada

ADVERTISEMENT

# Covid: Twitter suspends Naomi Wolf after tweeting anti-vaccine misinformation

🕑 6 June

Coronavirus pandemic



GETTY IMAGES

Naomi Wolf tweeted a wide-range of unfounded theories about vaccines

**American author Naomi Wolf has been suspended from Twitter after spreading vaccine misinformation.**

Dr Wolf, well known for her acclaimed third-wave feminist book The Beauty Myth, posted a wide-range of unfounded theories about vaccines.

One tweet claimed that vaccines were a "software platform that can receive uploads".

She also compared Dr Anthony Fauci, the top Covid adviser in the US, to Satan to her more than 140,000 followers.

Most recently, she tweeted that the urine and faeces of people who had received the jab needed to be separated from general sewage supplies while tests were done to measure its impact on non-vaccinated people through drinking water.

- **The volunteers using 'honeypot' groups to fight anti-vax propaganda**
- **YouTube deletes 30,000 vaccine misinfo videos**
- **How did a volunteer panel react when she showed them an anti-vax video?**

Dr Wolf was also duped into tweeting a made up quote on an image of an American adult film star dressed up as a doctor.

Her suspension has been welcomed by many on the platform.

Professor Gavin Yamey tweeted that he was pleased, adding that "Dr Wolf peddles horrific, dangerous anti-vaxx nonsense".

But some have voiced concern that her suspension was stifling free speech.

In 2019, the US publisher of a book by Dr Wolf **cancelled its release after accuracy concerns were raised.**

ADVERTISEMENT



During a BBC radio interview, it came to light that the author had misunderstood key 19th Century English legal terms within the book.

# You may also be interested in:



# Twitter's purge of the anti-woke satirists

Titania McGrath and other accounts which make fun of wokeness have been censored.



**SPIKED**

18th August 2020

Topics   **FREE SPEECH   POLITICS   SCIENCE & TECH   UK   USA**

In its latest act of woke censorship, Twitter has suspended and restricted a number of satirical accounts.

Among those purged was Titiana McGrath, the woke caricature <u>created by comedian and</u> <u>*spiked* columnist Andrew Doyle</u>. Doyle was locked out of the account, which has been 'temporarily restricted'.



**Andrew Doyle** ✓
@andrewdoyle_com

So it looks as though it was @TitaniaMcGrath's thread about medical science that got her locked out of Twitter.

All I was doing was satirising the tortuous logic of Critical Theory, and how it promotes dangerous ideas in the name of social justice.

How is that worthy of a ban?

9:40 AM · Aug 17, 2020                                          ⓘ

♡ 4.2K        💬 386        ⬆ Share this Tweet

Titania was not the only victim. The *Babylon Bee*, a US satire site, was also temporarily locked out, though it has since been restored. Other satirical accounts – Jarvis Dupont, Guy Verhoftwat, Tolerance Police, Liberal Larry and Sir Lefty Farr-Right QC – all remain suspended. Sir Lefty revealed on Parler that the only reason given for his suspension was 'platform manipulation and dissemination of spam'.

All the accounts did was make fun of wokeness. But it seems virtue-signalling Silicon Valley nerds can't take a joke. Apparently, this kind of comedy needs to be silenced.

Ironically, Twitter's purge of the anti-woke satirists is a complete vindication of their work. In banning those who make fun of wokeness and criticise its censoriousness, Twitter has made it even clearer how authoritarian that wokeness is.

It has also shown wokeness to be totally humourless. Silicon Valley nerds need to lighten up.

To enquire about republishing *spiked*'s content, a right to reply or to request a correction, please contact the managing editor, Viv Regan.

Topics   FREE SPEECH   POLITICS   SCIENCE & TECH   UK   USA

Tags   BLOG   COMEDY   IDENTITY POLITICS   INTERNET FREEDOM   SOCIAL MEDIA

**COMMENTS**

# Want to join the conversation?

## Only *spiked* supporters, who donate regularly to us, can comment on our articles.

LOG IN

## THE CHRISTIAN POST

# Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos

By <u>Anugrah Kumar</u> [1], Christian Post Contributor



Worship artist Sean Feucht | Courtesy of Sean Feucht

Worship leader and songwriter Sean Feucht has called out Twitter and Instagram for censoring posts containing praise and worship videos, and for shutting down an account of Bethel Church's senior leader Beni Johnson for sharing Bible verses.

"This account doesn't exist," says Twitter when you seek to visit Johnson's profile <u>"@prayfor5</u> [11]," which had more than 32,000 followers.

**App. 1127**

In his tweet [12] Thursday, Bethel Music's Feucht included a screenshot of tweets from Johnson containing Bible verses that had been blocked with the note, "This Tweet may include sensitive content."

Johnson [13]'s latest post on Twitter carried the Bible verse Psalm 34:14, which reads, "Turn from evil and do good; seek peace and pursue it."

"Not only is big tech blocking worship videos, now they're blocking Bible verses about PEACE! … Social media needs more peace, more worship, and less censorship of Jesus followers. @prayfor5 [14]," Feucht wrote.

Another tweet by the Christian musician read, "This is what we've come to in America! Instagram is now classifying my WORSHIP videos as 'harmful or false information.' Religious Liberty? Freedom of Speech? Big Tech censorship?"

One of the videos censored was titled "Worshiping through the riots in St. Louis," which showed a diverse group of people preaching a message of peace, faith and inclusion as music played in the background, according to Fox News [18].

Another video [19], titled "HOPE RALLY at the George Floyd Memorial site," was censored. It showed people praying, singing and comforting one another, apart from various baptisms of those in attendance. It also showed people of different races crying together and hugging each other.

Republican Sen. Josh Hawley, former attorney general for Missouri, retweeted Feucht's posts blasting Big Tech over the censorship.

"Cancel culture meets #BigTech. Now @instagram is censoring a Christian worship leader who wants to post videos of praise and worship from places where there has recently been unrest. And that doesn't meet 'community standards'? Can't wait to hear the explanation for this," Hawley wrote [24].

Earlier this week, Feucht wrote, "While @Facebook @instagram @Twitter promote the content of violence, rioting & destruction, they are actively CENSORING worship, prayer, peaceful protest & anything going against their fear-mongering narrative. My feed and many others is proof. #ChangeTheNarrative"

"I'm a leader in the faith community. I'm also an artist and I have a worship and missions ministry," Feucht told Fox News. "One of the things we've been doing since [the recent U.S. protests] started happening is, we've been going to a lot of these places and bringing a unified — black, white Hispanic, Asian — just a unified coalition of people together, worshiping and praying, and peacefully protesting."

The worship leader said he learned about the censorship after some of his followers told him they weren't able to share or view any of his recent content. "I noticed the videos were being suppressed and they weren't getting the normal traction. But I didn't know this was the reason until I started getting tagged in people's posts about it... So I blew the trumpet on it because this is crazy."

# Links on the page

1. https://www.christianpost.com/by/anugrah-kumar

2. http://www.facebook.com/sharer.php?u=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html

3. https://twitter.com/intent/tweet?url=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html&text=Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos

4. whatsapp://send?text=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html

5. https://plus.google.com/share?url=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html&text=Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos

6. http://reddit.com/submit?url=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html&title=Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos

7. http://digg.com/submit?url=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html&title=Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos

8. http://www.stumbleupon.com/submit?url=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html&title=Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos

9. https://www.linkedin.com/shareArticle?mini=true&url=https://www.christianpost.com/news/bethel-musics-sean-feucht-calls-out-instagram-twitter-for-censoring-bible-verses-worship-videos.html&title=Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos&summary=Worship leader and songwriter Sean Feucht has called out Twitter and Instagram for censoring posts containing praise and worship videos, and for shutting down an account of Bethel Church's senior leader Beni Johnson for sharing Bible verses.&source=The%20Christian%20Post

10. https://www.christianpost.com/#cp-talk

11. https://twitter.com/prayfor5

12. https://twitter.com/seanfeucht/status/1276193197304274948?s=20

13. https://www.bethel.com/leadership/bill-johnson/

14. https://twitter.com/prayfor5

15. https://twitter.com/prayfor5?ref_src=twsrc%5Etfw

16. https://t.co/IIBMnZiz2T

17. https://twitter.com/seanfeucht/status/1276193197304274948?ref_src=twsrc%5Etfw

18. https://www.foxnews.com/politics/hawley-blasts-big-tech-censoring-christian-worship-leader

19. https://www.youtube.com/watch?v=96Ohr_tp2SM&t=4s

20.
https://adclick.g.doubleclick.net/pcs/click%253Fxai%253DAKAOjstoosLYqMGoayh55Rh9FzNk3GmZobe
XRZqCmfQp5qdCQQHwZ8JSpZZlujbpx9XfUTiWsKoCZxXBxvhnwSUBviDtQl-6G-
v0cZYzaq3npRTAfBD2mCrvYRBVDWpO8tkwkY2CPkHksD7eRB-
re0qAuOzLLGrwfx4pesPIaax2zgUjMj7uA3CsfUd44Bge_BiyeNubu02ZWUhbfeFOASjZrDx9sY8j1SbTlA
OfnKLbraMLJWT8s5DpRjmWk1uGZBks6PsUqcQXE4L-
EZRMZfuFIf_wfq7Nwn1BHkIBSj1AXAcCPqgUvTFyBaK2CXRhzR_4-KoZ%2526sai%253DAMfl-
YRyzssbEkrWmI0jPLEX7dmduWx4ljV-
f_QiFmeK5io6A9JeYRVkkjE6B6tifOlhwsG9PnlNLWsies0y%2526sig%253DCg0ArKJSzLj9Ifuzi4UcEAE%
2526fbs_aeid%253D%255Bgw_fbsaeid%255D%2526urlfix%253D1%2526adurl%253Dhttps://www.youtu
be.com/watch?v=FDs7dz9h4gE

21.
https://adclick.g.doubleclick.net/pcs/click%253Fxai%253DAKAOjstoosLYqMGoayh55Rh9FzNk3GmZobe
XRZqCmfQp5qdCQQHwZ8JSpZZlujbpx9XfUTiWsKoCZxXBxvhnwSUBviDtQl-6G-
v0cZYzaq3npRTAfBD2mCrvYRBVDWpO8tkwkY2CPkHksD7eRB-
re0qAuOzLLGrwfx4pesPIaax2zgUjMj7uA3CsfUd44Bge_BiyeNubu02ZWUhbfeFOASjZrDx9sY8j1SbTlA
OfnKLbraMLJWT8s5DpRjmWk1uGZBks6PsUqcQXE4L-
EZRMZfuFIf_wfq7Nwn1BHkIBSj1AXAcCPqgUvTFyBaK2CXRhzR_4-KoZ%2526sai%253DAMfl-
YRyzssbEkrWmI0jPLEX7dmduWx4ljV-
f_QiFmeK5io6A9JeYRVkkjE6B6tifOlhwsG9PnlNLWsies0y%2526sig%253DCg0ArKJSzLj9Ifuzi4UcEAE%
2526fbs_aeid%253D%255Bgw_fbsaeid%255D%2526urlfix%253D1%2526adurl%253Dhttps://www.youtu
be.com/watch?v=FDs7dz9h4gE

22.
https://adclick.g.doubleclick.net/pcs/click%253Fxai%253DAKAOjstoosLYqMGoayh55Rh9FzNk3GmZobe
XRZqCmfQp5qdCQQHwZ8JSpZZlujbpx9XfUTiWsKoCZxXBxvhnwSUBviDtQl-6G-
v0cZYzaq3npRTAfBD2mCrvYRBVDWpO8tkwkY2CPkHksD7eRB-
re0qAuOzLLGrwfx4pesPIaax2zgUjMj7uA3CsfUd44Bge_BiyeNubu02ZWUhbfeFOASjZrDx9sY8j1SbTlA
OfnKLbraMLJWT8s5DpRjmWk1uGZBks6PsUqcQXE4L-
EZRMZfuFIf_wfq7Nwn1BHkIBSj1AXAcCPqgUvTFyBaK2CXRhzR_4-KoZ%2526sai%253DAMfl-
YRyzssbEkrWmI0jPLEX7dmduWx4ljV-
f_QiFmeK5io6A9JeYRVkkjE6B6tifOlhwsG9PnlNLWsies0y%2526sig%253DCg0ArKJSzLj9Ifuzi4UcEAE%
2526fbs_aeid%253D%255Bgw_fbsaeid%255D%2526urlfix%253D1%2526adurl%253Dhttps://www.youtu
be.com/watch?v=FDs7dz9h4gE

**App. 1131**

23.
https://adclick.g.doubleclick.net/pcs/click%253Fxai%253DAKAOjstoosLYqMGoayh55Rh9FzNk3GmZobe
XRZqCmfQp5qdCQQHwZ8JSpZZlujbpx9XfUTiWsKoCZxXBxvhnwSUBviDtQl-6G-
v0cZYzaq3npRTAfBD2mCrvYRBVDWpO8tkwkY2CPkHksD7eRB-
re0qAuOzLLGrwfx4pesPIaax2zgUjMj7uA3CsfUd44Bge_BiyeNubu02ZWUhbfeFOASjZrDx9sY8j1SbTIA
OfnKLbraMLJWT8s5DpRjmWk1uGZBks6PsUqcQXE4L-
EZRMZfuFIf_wfq7Nwn1BHkIBSj1AXAcCPqgUvTFyBaK2CXRhzR_4-KoZ%2526sai%253DAMfl-
YRyzssbEkrWmI0jPLEX7dmduWx4ljV-
f_QiFmeK5io6A9JeYRVkkjE6B6tifOlhwsG9PnlNLWsies0y%2526sig%253DCg0ArKJSzLj9Ifuzi4UcEAE%
2526fbs_aeid%253D%255Bgw_fbsaeid%255D%2526urlfix%253D1%2526adurl%253Dhttps://www.youtu
be.com/watch?v=FDs7dz9h4gE

24. https://twitter.com/HawleyMO/status/1276291898123182080?s=20

25. https://twitter.com/hashtag/BigTech?src=hash&ref_src=twsrc%5Etfw

26. https://twitter.com/instagram?ref_src=twsrc%5Etfw

27. https://twitter.com/HawleyMO/status/1275565792705339392?ref_src=twsrc%5Etfw

NOW AVAILABLE: PragerU's First Children's Book!

Get your copy of Otto's Tales today.

## PragerU Takes Legal Action Against Google and YouTube for Discrimination

**VIEW FULL LAWSUIT COMPLAINT HERE**

**"This is speech discrimination plain and simple, censorship based entirely on unspecified ideological objection to the message or on the perceived identity and political viewpoint of the speaker" - 36th Governor of California Pete Wilson  Browne, George, Ross LLP**

LOS ANGELES — Prager University (PragerU) has filed a lawsuit in the United States District Court for the Northern District of California to stop Google and YouTube from unlawfully censoring its educational videos and discriminating against its right to freedom of speech.

The lawsuit cites more than 50 PragerU videos which have either been "restricted" or "demonetized" by Google/YouTube. The PragerU videos range on various subjects presenting a conservative point of view, and include a video by noted Harvard Law professor Alan Dershowitz on the founding of Israel. PragerU previously compiled a complete list of their restricted videos here, which includes: "Why America Must Lead," "The Ten Commandments: Do Not Murder," "Why Did America Fight the Korean War," and "The World's Most Persecuted Minority: Christians."

**App. 1133**

In correspondence cited in the filing, Google/YouTube made it clear that the censorship of certain videos was because they were deemed "inappropriate" for younger audiences.

"Watch any one of our videos and you'll immediately realize that Google/YouTube censorship is entirely ideologically driven. For the record, our videos are presented by some of the finest minds in the Western world, including four Pulitzer Prize winners, former prime ministers, and professors from the most prestigious universities in America," stated PragerU founder Dennis Prager.

Prager added, "They are engaging in an arbitrary and capricious use of their 'restricted mode' and 'demonetization' to restrict non-left political thought. Their censorship is profoundly damaging because Google and YouTube own and control the largest forum for public participation in video-based speech in not only California, but the United States, and the world."

The total number of people who currently use YouTube exceeds 1.3 billion people. Google and YouTube advertise YouTube to the public as a forum intended to defend and protect free speech where members of the general public may express and exchange their ideas. They have represented that their platforms and services are intended to effectuate the exercise of free speech among the public. According to Google and YouTube: "voices matter." YouTube states that it is "committed to fostering a community where everyone's voice can be heard."

"However," said Eric George of Browne George Ross, the firm representing PragerU, "Google and YouTube use restricted mode filtering not to protect younger or sensitive viewers from 'inappropriate' video content, but as a political gag mechanism to silence PragerU. Google and YouTube do this not because they have identified video

App. 1134

content that violates their guidelines or is otherwise inappropriate for younger viewers, but because PragerU is a conservative nonprofit organization that is associated with and espouses the views of leading conservative speakers and scholars."

"This is speech discrimination plain and simple, censorship based entirely on unspecified ideological objection to the message or on the perceived identity and political viewpoint of the speaker," said former California Governor Pete Wilson of Browne George Ross. "Google and YouTube's use of restricted mode filtering to silence PragerU violates its fundamental First Amendment rights under both the California and United States Constitutions. It constitutes unlawful discrimination under California law, is a misleading and unfair business practice, and breaches the warranty of good faith and fair dealing implied in Google and YouTube's own Terms of Use and 'Community Guidelines.'"

"There is absolutely nothing 'inappropriate' about the content of the PragerU videos censored by Google and YouTube; the videos do not contain any profanity, nudity or otherwise inappropriate 'mature' content and they fully comply with the letter of YouTube's Terms of Use and Community Guidelines," said Marissa Streit, PragerU's chief executive officer who has engaged in a year-long-effort to try and persuade Google to stop censoring PragerU content. Streit continues, "It's clear that someone doesn't like what we teach and so they intend on stopping us from teaching it. Can you imagine what the world would look like if Google is allowed to continue to arbitrarily censor ideas they simply don't agree with?"

"This is not a left/right issue. It is a free speech issue, which is why prominent liberals, such as Harvard law professor Alan Dershowitz, are supporting our lawsuit," Prager concluded.

# Washington Examiner

# Jason Whitlock locked out of Twitter account after criticizing Black Lives Matter founder home purchase

by Emma Colton, Social Media Editor | ✉ | April 13, 2021 04:08 PM

**Just In...**

Senate Democrats introduce legislation disallowing voting lines longer than 30 minutes

Buffalo Bills receiver Cole Beasley rips new NFL coronavirus protocols

Virginia ranks fifth in solar growth as state moves from carbon sources

Providers are shirking healthcare price transparency — Biden mustn't let them

Fed official sees first interest rate hike next year, not in 2023, thanks to inflation

33 migrants found crammed into U-Haul in sweltering heat

Dr. Ronny Jackson says Biden is 'not physically or cognitively fit,' demands cognitive test

Sports journalist Jason Whitlock said he was locked out of his Twitter account after criticizing a Black Lives Matter founder but added that he won't back down to the tech giant.

"BLM is one of Big Tech's sacred cows. I've been harping on the fraudulence and the financial grift of BLM for years. I think Twitter has been looking for an excuse to de-platform me," Whitlock said.

"They want you to remove the tweet to start your 12-hour sentence. Why should I remove the tweet? They have already removed it. I sat back and said I'm going to do nothing and see where this story goes," he added.

Whitlock said he was locked out on Friday after posting a tweet criticizing Marxist Black Lives Matter founder Patrisse Cullors for buying a $1.4 million home in an exclusive Los Angeles neighborhood.

**BLACK LIVES MATTER ACTIVIST CALLS FOR INVESTIGATION INTO MARXIST CO-FOUNDER'S REAL ESTATE PURCHASES**

"Black Lives Matter founder buys $1.4 million home in Topanga, which has a black population of 1.4%. She's with her people!" the tweet read.



**Ryan Glasspiegel** ✔
@sportsrapport

.@WhitlockJason tells me Twitter just locked his account over this

<u>remain in
office</u>

<u>GOP
commissioner
vows to end
secret FEC
voting</u>

3:43 PM · Apr 9, 2021                          ⓘ

♡ 4.5K          💬 329          ⬆ Share this Tweet

He was criticized by commenters for the tweet
and responded to one, saying: "Do you even
comprehend my take? She had a lot of options
on where to live. She chose one of the whitest
places in California. She'll have her pick of white
cops and white people to complain about.
That's a choice, bro."



He explained that he lost access to his account
"because I revealed personal information about
someone" by sharing the Dirt.com link.

"I'm going to play Nelson Mandela in the Twitter
jail," he joked, adding that the lock has given
him more publicity.

A Twitter spokesperson told the *Washington
Examiner*: "The Tweet you referenced violated
the Twitter Rules on <u>private information</u>, and
the account owner was required to delete the
violative Tweet."

"I find it hypocritical," Whitlock said of Cullors.
"There is so much hypocrisy. She's acting like a
capitalist."

It was reported that Cullors, who describes
herself as a "trained Marxist," bought four
properties totaling about $3 million in recent
days. The purchases have even sparked calls
from a local <u>Black Lives Matter</u> chapter chief for
an investigation.

"If you go around calling yourself a socialist, you have to ask how much of her own personal money is going to charitable causes," Hawk Newsome, the head of the greater New York City chapter of Black Lives Matter, said. "It's really sad because it makes people doubt the validity of the movement and overlook the fact that it's the people that carry this movement."

The Black Lives Matter Global Network Foundation noted, however, that Newsome has never been a part of the official organization.

Whitlock has long criticized Black Lives Matter, calling it the "antithesis of Dr. Martin Luther King's Civil Rights Movement."

**CLICK HERE TO READ MORE FROM THE WASHINGTON EXAMINER**

"BLM is a secular (anti-religion) movement. Its founders admit being trained Marxist. Marxism rejects all religions," Whitlock said in August, when protests and riots continued after the death of George Floyd on Memorial day.

"BLM is the antithesis of Dr. Martin Luther King's Civil Rights Movement, which was founded in Christian love," he wrote.

The Black Lives Matter Global Network Foundation issued a statement on Cullors's recent purchases on Tuesday, saying that the narrative being spread is "generated by right-wing forces."

"Patrisse Cullors is the Executive Director of Black Lives Matter Global Network Foundation (BLMGNF). She serves in this role in a volunteer capacity and does not receive a salary or benefits. Patrisse has received a total of $120,000 since the organization's inception in 2013, for duties such as serving as spokesperson and engaging in political education work. Patrisse did not receive any compensation after 2019," the statement said. "BLMGNF cannot and did not commit any organizational resources toward the purchase of personal property by any employee or volunteer."

"Patrisse's work for Black people over the years has made her and others who align with the fight for Black liberation targets of racist violence. The narratives being spread about Patrisse have been generated by right-wing forces intent on reducing the support and influence of a movement that is larger than any one organization. This right-wing offensive not only puts Patrisse, her child and her loved ones in harm's way, it also continues a tradition of terror by white supremacists against Black activists," the statement continued.

"All Black

know

the fear

these

malicious and serious actions are meant to instill: the fear of being silenced, the trauma of being targeted, the torture of feeling one's family is exposed to danger just for speaking out against unjust systems," it added. "We have seen this tactic of terror time and again, but our movement will not be silenced."

More Writers = More Journalism. More Journalism = More Empowered Communities.
More Empowered Communities = More Government Accountability. Your Donation =
More. Be A Part of the Equation.
**Take action and donate today**



GOVERNMENT

# Congressional Candidate Aja Smith Charges "Shadow Banning" by Social Media Outlets

by *BVN*
**October 19, 2020**



**S.E. Williams | BVN Staff**

Republican Aja Smith is challenging incumbent Democrat Mark Takano to represent the 41st Congressional District which includes the inland communities of Moreno Valley, Perris, and Riverside.

Smith, a Black conservative and United States Air Force Veteran, recently spoke with the IE Voice and Black Voice News about her complaints against social media giants Facebook, Twitter and Google who she claims is purportedly using algorithms to limit activity on her social media accounts.

"I can attest that there is ample evidence that I am a victim of this illegal behavior by the companies," said Smith. "For example, on Twitter, I have over 41,000 followers and I am specifically followed by over 10,000 users, but many of my posts receive minimal interaction . . .in the single digits."

Smith alleged such limited interaction must be the result of a practice called shadow banning. Sometimes called stealth banning, ghost banning or comment ghosting, it has been described by some as the practice of secretly blocking or partially blocking political candidates so that it is not apparent to the candidate that he or she has been barred.

Smith's allegations against the social media companies are detailed in a complaint she filed with U. S. Attorney General Bill Barr and the U.S. Department of Justice under the Federal Election Campaign Act (the Act) which states in part, "anything of value given to influence a federal election," is considered a contribution for purposes of the Act.

September 28, 2020

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Re: Criminal Complaint Against Facebook, Twitter and Google for Providing
Illegal Corporate Contributions to Federal Political Campaigns**

Dear Attorney General Barr,

I am a candidate for federal office in California's 41st Congressional District.

This letter serves as an official complaint to the Department of Justice regarding illegal corporate
campaign contributions by Facebook, Twitter and Google (the companies).

Under the *Federal Election Campaign Act* (the Act), "anything of value given to
influence a federal election" is considered a contribution for purposes of the Act.

*A gift, subscription, loan, advance or deposit of money or anything of value given to influence a
federal election; or the payment by any person of compensation for the personal services of another
person if those services are rendered without charge to a political committee for any purpose. 11
CFR 100.52(a) and 100.54.*

There is overwhelming evidence that Facebook, Twitter and Google are engaged in wholesale
violation of the Act, by treating favored political candidates differently. The services provided
by the companies have a tangible value, as advertising and promoting posts provide the principle
means of revenue for the companies. Thus, the prominence of content on the sites has real
monetary value.

The companies have all engaged in banning unfavored political candidates, while their
opponents are provided with the valuable services of the companies for free.

Additionally the companies are known to engage in "shadow banning", the nefarious practice of
secretly blocking or partially blocking political candidates so that it is not apparent to the candidate
that he or she has been barred.

Complaint to U.S. Attorney General William Barr

(Source: Aja Smith)

**App. 1143**

Smith shared her belief the suspected shadow banning of her posts benefits both social media companies and her competition and by default, she contended, provides illegal corporate contributions to federal political campaigns.

The issue of shadow banning has been a long-standing complaint by Republicans. It gained traction and national attention in 2018 when President Donald Trump tweeted in response to allegations Twitter was suppressing search results for the accounts of some Republicans.

> *Twitter "SHADOW BANNING" prominent Republicans. Not good.*
> *We will look into this discriminatory and illegal practice at once!*
> *Many complaints.*
>
> *— Donald J. Trump (@realDonaldTrump) July 26, 2018*

Although Republicans claimed at the time Twitter's search box did not auto-populate the names of prominent Republican Party members, the same also held true for well-known Democrats.

As described by the tech company **www.howstuffworks.com**, "At its best, shadow banning would theoretically cut out bot-type accounts or users who violate terms of service to improve the quality of its communities. At its worst, it might be a nearly invisible type of censorship ... maybe to silence certain

ideologies, or perhaps as a nefarious way for companies to insert more sponsored content posts (read: ads) in lieu of real people."

What possibly makes the practice controversial is the nebulous understanding most have regarding how it is applied. This is because as noted by **www.howstuffworks.com**, algorithms are trade secrets, and thus, "[I]t's not in the best interest of these companies to reveal their inner workings."

As a result, users like candidate Smith are left to ponder and challenge what may really be happening when they do not receive a reasonable number of reactions to their postings.

This is because as noted above, when a person is shadow banned, they can post as usual and are unaware what they are posting is only visible to themselves. The benefit of this approach some say, is when a person does not know they are banned they are less likely to open a new account and instead will continue posting as before totally oblivious they are no longer reaching their desired audience. This is desirable for bot-type accounts or users who violate terms of service. But if on the other hand it is being used to silence candidates whose posts are within the realm of what's acceptable discourse as Smith asserts—is it legal and/or appropriate?

"My campaign has the highest percentage of small donors of any campaign nationally," said Smith. "My campaign depends on me being able to communicate to my supporters freely. The illegal behavior by the companies has real consequences, limiting my ability while providing a boost to my opponent."

"With only weeks to go before the election, it is imperative that the illegal behavior by the companies be investigated and ended immediately," she declared adding, "The companies are abusing their monopoly in the market to illegally support favored candidates and influence the outcome of elections."

Despite this challenge Smith is moving full steam ahead in her quest to unseat incumbent Takano. This is her second foray into the political arena though she failed to make it out of the primaries during her last campaign, she successfully secured her spot as the Republican candidate for the 41st Congressional District this time around.

Smith said she was inspired to join the military and serve in the wake of 9/11. She also has an important legacy connection to the military as her grandfather was a veteran of WWII, Korea, and Vietnam, and her great uncle was a Tuskegee Airman pilot. As a veteran she has an intimate understanding of military base communities like the March Air Reserve Base.

Congressional Candidate Aja Smith

(Source: Aja Smith for Congress)

Raised in Moreno Valley by her mother and grandmother, Smith grew up embracing their conservative values. She was encouraged to make another run for public office despite her previous defeat because her beloved grandmother, who recently passed, encouraged her to do so.

Smith is committed to traditional conservative Republican priorities, including strong support of the military and the economy. She is also focused on jobs, especially as it relates to ensuring meaningful employment for the region's veterans—an important priority for both parties.

If elected, she will be the first African American female Republican to serve in Congress from the State of California.

To learn more about Aja Smith and her bid for Congress visit **https://www.ajasmithforcongress.com/**.

*S.E. Williams is editor of the IE Voice and Black Voice News.*

Header Photo:Congressional Candidate Aja Smith (Source: Aja Smith for Congress)

**© 2021 Black Voice News.**

Proudly powered by Newspack by Automattic

SUBSCRIBE

Search
**U.S.**
**World**
**Business**
**Tech & Science**
**Culture**
**Newsgeek**
**Sports**
**Health**
**Opinion**
**Experts**
**Education**

**TECH & SCIENCE**

# Conservatives Complain About Losing Twitter Followers Amid QAnon Purge

BY **JASON MURDOCK** ON 1/12/21 AT 4:35 AM EST

Unlimited 30 Day Ad Free Trial

**SUBSCRIBE NOW ›**

You have **4** free articles remaining this month

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

**SUBSCRIBE ›**





TECH & SCIENCE    TWITTER    QANON    CONSERVATIVES    REPUBLICANS

Republican politicians and conservative personalities who complained about losing Twitter followers in recent days may finally have an explanation, as the social network has confirmed a purge of QAnon accounts and spam.

The platform announced on Tuesday that more than 70,000 accounts that were mostly sharing content associated with the unfounded conspiracy theory had been suspended from the website after Trump supporters stormed the U.S. Capitol building on January 6, in an insurrection that left five people dead.

"These actions may have resulted in follower count changes in the thousands," Twitter said in an update about the takedown published on Tuesday.

Unlimited 30 Day Ad Free Trial          SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

**READ MORE**

- Donald Trump Block Shows Twitter 'Must Not Like Democracy,' Parler CEO Says

- Fringe Social Network Gab Says it Gained 600,000 Users as Parler Shut Down

- Parler Will Be Shut Down for 'Longer Than Expected,' Says CEO John Matze

**NEWSWEEK NEWSLETTER SIGN-UP >**

Twitter said it takes "strong enforcement action" on behavior on the website that has the potential to lead to offline harm, and said that the QAnon accounts were permanently suspended starting on Friday afternoon due to "increased risk of harm."

QAnon is a conspiracy theory whose believers think Donald Trump is central to taking down a "deep state" cabal. The identity of "Q" has never been confirmed but advocates claim without evidence they are a government official who has access to intelligence. Posts from Q are deciphered by QAnon followers after being published online.

Unlimited 30 Day Ad Free Trial                    **SUBSCRIBE NOW ›**

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

**SUBSCRIBE ›**

**App. 1150**

Some of the rioters and Trump supporters who were recorded—or recorded themselves—storming the Capitol last week wore QAnon branded clothing.

Twitter said on Tuesday: "Since Friday, more than 70,000 accounts have been suspended as a result of our efforts, with many instances of a single individual operating numerous accounts. These accounts were engaged in sharing harmful QAnon-associated content at scale and... dedicated to the propagation of this conspiracy theory across the service."

**NEWSWEEK SUBSCRIPTION OFFERS >**

On January 8, Twitter blocked President Donald Trump's account to limit any further incitement. Trump was also blocked on Facebook, while another social network popular with conservatives, Parler, was removed from the web on Monday after enforcement action by Apple, Google and Amazon Web Services.

In the wake of the Capitol incident, some conservatives noted that they had seen a sudden and unexplained drop in their followers on Twitter.

Matt Gaetz, the U.S. representative for Florida's 1st congressional district, tweeted on Saturday: "I wish I could lose weight as fast as I'm losing followers during this Twitter purge..."

He was far from alone. The former Trump administration Press Secretary Sarah Sanders said she had lost 50,000 followers in a week. On his personal account, U.S. Secretary of State Mike Pompeo suggested in an image that he was down

Unlimited 30 Day Ad Free Trial                    SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

Scott Atlas, a former White House coronavirus adviser who resigned last December, tweeted on Monday that he had lost 12,000 followers in recent days. The drop also appeared to extend to contributors and hosts linked to Fox News.

Brian Kilmeade, a *Fox and Friends* host, claimed to have lost 30,000 followers over four hours on January 9. Anchor Maria Bartiromo, who recently moved to the now-defunct social network Parler, claimed "China won" after noting her follower count dipped by thousands. Fox News contributor Byron York also claimed he had a "precipitous drop" of 29,000.



Unlimited 30 Day Ad Free Trial                SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

1:37 PM · Jan 9, 2021                                        ⓘ

♡  11.2K        💬  61.5K        ⬆  Share this Tweet

*I have lost 12k followers in the past few days. Just FYI.*

— Scott W. Atlas (@ScottWAtlas) January 11, 2021

Unlimited 30 Day Ad Free Trial                    **SUBSCRIBE NOW ›**

**You have 4 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

**SUBSCRIBE ›**

*I'm down 40 k https://t.co/RspPDEaAvW*

— Matt Schlapp (@mschlapp) January 9, 2021

*Now, down nearly 29,000. I think about 1500 of that came slowly between election and early January, when I was writing that results showed Biden victory and Trump legal options narrowing, then finished. Angered some followers. But big, precipitous drop has come in recent hours. pic.twitter.com/lYLYZ5hplA*

— Byron York (@ByronYork) January 9, 2021

*This is how you create an echo chamber...*

*pic.twitter.com/aPDA37qKS0*

— Mike Pompeo (@mikepompeo) January 9, 2021

Unlimited 30 Day Ad Free Trial                    SUBSCRIBE NOW ›

**You have 4 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

SUBSCRIBE ›

App. 1154

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/blocking-political-ads-favors-liberal-elites-11573580813

OPINION | LETTERS

## *Blocking Political Ads Favors Liberal Elites*

Twitter's new paid-political speech ban is the social-media version of the left's goal for all media—tilting free speech toward progressive influences.

Nov. 12, 2019 12:46 pm ET



Sen. Amy Klobuchar displays an inaccurate tweet on Capitol Hill, Oct. 31, 2017.
**PHOTO:** CHIP SOMODEVILLA/GETTY IMAGES

Regarding "Notable & Quotable: Twitter " (Nov. 5): Bradley A. Smith in his City Journal commentary addresses deficiencies in Twitter's new ban on political candidate and "issue ads." Twitter's CEO Jack Dorsey explained that the ban is directed at those who "pay for reach" (e.g., politicians and activist groups) as opposed to those who have "earned" influence (e.g., celebrities). The latter can receive substantial revenues for speaking in favor of or mentioning a politician or campaign issue.

Twitter's new paid political speech ban is the social-media version of the left's goal for all media—tilting free speech toward progressive influences. For a decade, liberals have railed against the Supreme Court's *Citizens United* ruling that approved spending by corporations on political communications. Most of America's political news and commentary comes from corporate-owned news organizations, but the left has few concerns about giving those for-profit businesses near-monopoly power in news

**App. 1155**

reporting (with the exception of Fox News). Liberals also aren't bothered by nonprofit organizations spending money on political advocacy. The Capital Research Center reported last year that liberal foundations and nonprofits spend three or four times as much as conservative peers on advocacy.

Celebrities in the U.S. are by and large liberals, so Twitter's stacking the free-speech deck in their favor has obvious and significant ideological implications. The magnitude of Hollywood's political bias is hard to measure, but the left-wing tilt is indisputable. The effect in practice is freer speech for liberals than for conservatives.

Advertisement - Scroll to Continue

Eric Paulson

*Palm Bay, Fla.*

*Appeared in the November 13, 2019, print edition as '.'*

## UPCOMING EVENTS

**11:00 AM - 5:00 PM EDT**

June
**24**
2021

Global Food Forum

**1:00 PM - 1:45 PM EDT**

June
**30**
2021

WSJ Pro Cybersecurity Webinar: Aligning IT and Cybersecurity

**7:00 PM - 7:45 PM EDT**



TECH

# Trump allies and Republican lawmakers lost thousands of followers in Twitter purge after Capitol riots

**Jessica Guynn** and **Kevin Crowe** USA TODAY

Published 5:03 a.m. ET Jan. 15, 2021 | **Updated 4:19 p.m. ET Jan. 18, 2021**

Republican lawmakers lost thousands of Twitter followers when the company cracked down on accounts linked to QAnon following the mob attack on the U.S. Capitol stoked by President Donald Trump.

USA TODAY analyzed the Twitter followings of the congressional accounts for 507 members of the House and Senate in data provided by ProPublica. About 42% of the accounts – 213 – had fewer followers on Jan. 13 than they did on Jan. 6. The vast majority of those accounts – 200 – belonged to Republicans.

The numbers reflect followers as of Wednesday, not long before the historic House vote to impeach Trump on allegations of inciting the riot one week earlier.

Leading conservatives have accused Twitter of political bias in its moderation policies. But Ethan Zuckerman, associate professor of public policy, information and communication at the University of Massachusetts at Amherst, said it's more likely that GOP lawmakers lost followers because their followers included QAnon adherents.

"It's not a very flattering explanation, but it's more plausible, in my opinion, than a broad crackdown against conservatives on these networks," said Zuckerman.

Trump ally and powerful House conservative Jim Jordan of Ohio lost the most followers: 176,672, or about 9% of the 2 million followers he had on Jan. 6. Kentucky Republican Sen. Rand Paul shed 142,156, and House Republican leader Kevin McCarthy 103,815.

**Twitter CEO defends Donald Trump ban:** 'I believe this was the right decision,' Jack Dorsey said

**Most Americans support Trump Twitter ban:** Twitter's Trump ban after Capitol attack supported by most Americans but not most Republicans, Harris Poll says

A total of 37 lawmakers, all Republicans, lost at least 10% of their followers. Devin Nunes, R-Calif., lost 18%, Sen. Marsha Blackburn, R-Tenn., lost 15% and Kelly Loeffler, an incumbent Georgia senator who was defeated in Georgia's runoff elections, lost 14%.

Republican Rep. Adam Kinzinger of Illinois was one of few who bucked the trend. Kinzinger, who voted to impeach Trump, picked up 54,671 followers, a 42% increase.

The data analyzed by USA TODAY did not specify how much of a lawmaker's decline in followers was the result of followers' accounts being banned by Twitter or users simply choosing to stop following the lawmaker.

"Twitter makes it nearly impossible to study follower change," said Libby Hemphill, associate professor of information at the University of Michigan.

Some prominent conservatives including Republican Rep. Matt Gaetz of Florida cried foul, accusing Twitter of wiping out right-wing accounts because of their political beliefs. The representative lost about 6% of his total followers during the past week.

"I wish I could lose weight as fast as I'm losing followers during this Twitter purge," he wrote, while live-tweeting his plunging follower count over the weekend.

## Republican follower counts plunged after Twitter purge

Twitter says it removed more than 70,000 accounts, many of which the social media company saidwere associated with QAnon extremism, to root out commentary that could incite violence after banning Trump last week. QAnon adherents believe that Trump is their savior in the fight against satanic Democrats and deep state officials, who will be overthrown in some great awakening.

"Given the violent events in Washington, D.C., and increased risk of harm, we began permanently suspending thousands of accounts that were primarily dedicated to sharing QAnon content on Friday afternoon," the company said.

The previous week Twitter permanently banned Trump's former national security adviser Michael Flynn, former attorney Sidney Powell, and 8chan founder Ron Watkins, all of whom amplified QAnon content.

**App. 1158**

Twitter also stepped up enforcement of accounts that persistently spread misleading and false information, warning that repeat violations could lead to permanent suspension.

A number of Trump supporters vowed to delete their accounts after the president's permanent suspension. "I'm a small MAGA account and I have lost 400 followers in 3 days. Goodbye Twitter. You don't want me, I don't want you," one user tweeted last Saturday.

Those factors, combined with the routine removal of bot and spam accounts, likely caused dramatic fluctuations in some users' follower counts, not anti-conservative bias, said Zuckerman, the UMass Amherst professor.

"A simple explanation for conservatives losing large numbers of followers is that: a) they were being followed by folks who posted QAnon content; and b) they were being followed by lots of fake/sockpuppet accounts," Zuckerman said.

## Conservatives accuse Twitter of bias in purge

The Heritage Foundation, a conservative think tank, lost 45,000 followers, according to Rob Bluey, vice president of communications.

"It's just another example of conservative frustration with Big Tech," Bluey said. "Conservatives feel they are being targeted unfairly and believe these companies tend to be controlled and run by liberals who have it out for them. At the same time, these companies always point back to their terms of service and their policies for the reason or excuse of why they took action."

And that, he says, is "why we find ourselves in this big debate about what to do about it."

Broadly speaking, social media companies have wide latitude to decide what can stay on their platforms and what must come down thanks to Section 230 of the Communications Decency Act, decades-old legal protections that shield them from liability for what users post on their platforms.

The conservative outcry over the moderation of posts, particularly those of the president, has led to multiple congressional hearings and threats to narrow or repeal the law. Facebook's Mark Zuckerberg and Twitter's Jack Dorsey have for years tried to appease the political right.

Darren Linvill, lead researcher in the Clemson University Media Forensics Hub, said the scale of Twitter's recent removal of accounts was unusual.

**App. 1159**

"I'm still relatively surprised they would take such sweeping action," Linvill said. "In the past, they have shown reticence to take action that might feed the perception of liberal bias, and this certainly has alienated many loyal users."

## Twitter gets more aggressive against QAnon

In the aftermath of the Capitol attacks, Twitter has become much more aggressive rooting out QAnon and other problematic content.

In July, Twitter banned 7,000 QAnon accounts and blocked topics related to the conspiracy theory from appearing in trending topics, but that action did little to undercut its influence on the platform.

"For that purge, they used a scalpel, only getting rid of about 10,000 of the worst offenders," Linvill said. "Clearly, this past week, Twitter switched from a scalpel to a chainsaw."

Despite the outcry from conservatives, who described the account removals as the largest-ever Twitter purge, the company has cracked down much harder in the past. In 2018, Twitter suspended more than 1.2 million bogus accounts. Celebrities lost followers in the six figures. CEO Dorsey himself lost 200,000 followers.

## Democrats had smaller declines and some big gains

The USA TODAY analysis shows that the declines in follower counts of 13 Congressional Democrats were far more modest than for Republicans. California Sen. Dianne Feinstein lost the most followers with 3,425.

At the same time, prominent Democrats gained a significant number of followers. Vice President-elect Kamala Harris (232,020) and House Speaker Nancy Pelosi (163,841) were the top gainers. Vermont Sen. Bernie Sanders, an independent who ran as a Democrat for president in 2016 and 2020 and is part of the Senate Democratic leadership, increased his following by 134,251.

According to the Pew Research Center, nearly every member of Congress maintains one personal or campaign account and one official Twitter account. These accounts produce a flood of social media posts, far more than even a few years ago.

In the first five months of 2020, members of Congress collectively produced an average of 73,924 tweets each month.

**App. 1160**

Democrats in Congress are much more likely to use Twitter to communicate, likely because U.S. adults on Twitter are more likely to identify as Democrats, Pew found. And the number of followers for the typical Democrat has grown much more quickly than for the typical Republican. The median Democratic member of Congress has over 17,000 more Twitter followers than the median Republican.

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. By using our website, you agree to the use of cookies as described in our Cookie Statement.

✓ Accept Cookies

**MIT Technology Review**

Subscribe

☰ Q

**Tech policy**

# Twitter's ban almost doubled attention for Biden story

The social media company's attempt to stop misinformation from spreading brought the Streisand Effect into action.

by **Abby Ohlheiser**                                          October 16, 2020



T          **MIT Technology Review**                          ☰ Q

2 free stories remaining                    Sign in        **Subscribe**

**App. 1162**

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. By using our website, you agree to the use of cookies as described in our Cookie Statement.

✓ Accept Cookies

to the cycle of misinformation—and claims from conservatives that social-media platforms are deliberately censoring their views—Twitter managed to do the opposite of what it intended.

According to Zignal Labs, a media intelligence firm, shares of the Post article "nearly doubled" after Twitter started suppressing it. The poorly-thought-through ban triggered the so-called Streisand Effect and helped turn a sketchy article into a must-share blockbuster. And then on Friday, the Republican National Committee filed a Federal Election Commission complaint against Twitter, claiming that the ban "amounts to an illegal corporate in-kind political contribution to the Biden campaign."

**The ban:** Twitter blocked shares of the story under its policy against hacked materials, in part because of the dubious sourcing by the New York Post, the company said. The article also contained screenshots of emails with the addresses unredacted. Federal investigators are now looking into whether they are tied to a foreign intelligence campaign, according to NBC News.

But on Thursday, Twitter CEO Jack Dorsey said that blocking the URL was "wrong," and that the company has changed its policy and enforcement procedures in response to the outrage over this decision.

**The data:** Zignal Labs tracked mentions and shares of the Hunter Biden story this week. Looking at the firehose of Twitter shares of the URL—including original tweets, retweets, and quote tweets—Zignal found a surge of shares immediately after Twitter instituted the block, jumping from about 5.5 thousand shares every 15 minutes to about 10 thousand. This doesn't necessarily mean the block *caused* the explosion in interest, but the surge corresponds with a series of widely shared tweets from Trump supporters and conservatives accusing the platform of political censorship.

The New York Post story, which was blocked on Twitter for about a day, was shared 352,200 times on the platform. Facebook, meanwhile, didn't block people from linking directly to the story, but did announce that it was treating it as questionable and would limit its reach until third-party fact checkers could examine it (this is a policy Facebook announced in 2019 as part of its plan to

**MIT Technology Review**

≡Q

App. 1163

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. By using our website, you agree to the use of cookies as described in our Cookie Statement.

✓ Accept Cookies

**This keeps happening:** Earlier this year, we wrote about the cycle of conservative outrage that has, for years, dominated right-wing conversations about Twitter and Facebook, despite a lack of evidence that conservative speech is being systematically targeted. In May, after Twitter fact-checked two of President Trump's tweets for the first time (the tweets contained misinformation about mail-in voting), Trump responded by targeting protections for those companies. In a tweet on Thursday afternoon, Trump repeated his desire to strip those protections. Later, he shared a parody news story about the situation, acting as if it were a real article rather than a joke.

*This is an excerpt from The Outcome, our daily email on election integrity and security. Click here to sign up for regular updates.* 

---

**Share**                                        **Link**  🔗

**Tagged**         misinformation

**Author**         Abby Ohlheiser

**MIT Technology Review**





NPR WKNO 91.1

DONATE

TECHNOLOGY

# Twitter Expands Warning Labels To Slow Spread of Election Misinformation

October 9, 2020 · 12:00 PM ET

 SHANNON BOND



Twitter will add more prominent labels to misleading tweets from U.S. politicians and other high-profile users. Other users won't be able to read the posts until they click past a warning screen.

*Twitter*

Expect to see more prominent warning labels on Twitter that make it harder to see and share false claims about the election and the coronavirus, the company said on Friday.

This is the latest step that Twitter is taking to prevent the spread of deliberate misinformation as voters cast their ballots amid a pandemic. Like Facebook and other social media platforms, Twitter has announced a cascade of new rules to stop a flood of hoaxes and false claims aimed at misleading voters.

The social media company will more aggressively limit the impact of posts it labels as misleading. Most notably, it will hide tweets with false claims from American political figures, candidates or parties and other high-profile U.S. users behind warning screens. Users will have to click past the warnings to read these tweets.



Twitter will hide misleading tweets behind warning screens, similar to the ones it has used for posts that break its rules but are left up because of public interest.

*Screenshot by NPR*

**App. 1166**

"Some or all of the content shared in this Tweet is disputed and may be misleading," the warning will read. That label will also will appear prominently above the tweet, once users click past the warning screen.

It will be harder for such tweets to spread, too. Users won't be allowed to reply to them or retweet without adding comment. And the tweets will not be recommended by Twitter's algorithms, meaning users won't see them in their main timelines.

"We expect this will further reduce the visibility of misleading information, and will encourage people to reconsider if they want to amplify these Tweets," Twitter officials Vijaya Gadde and Kayvon Beykpour wrote in a blog post on Friday.

**Article continues after sponsor message**

Despite creating more intricate rules designed to stop misinformation, Twitter has been reluctant to remove posts in most cases. It previously used these kinds of warnings on tweets that violated its rules but which it determined should remain online because of public interest, including abusive posts from political leaders and harmful tweets about the coronavirus.



2020 ELECTION: SECURE YOUR VOTE
When The Voting Is Done: Facebook, Twitter On 'High Alert' For Post-Election Threats

The expanded use of warning labels is likely to have a visible impact on one of Twitter's most prolific and controversial users: President Trump. He has repeatedly made false claims, including about mail-in voting, that Twitter has labeled as misleading. Under the new policy, more of his posts could be hidden behind warning labels and thus have their views reduced.

With less than a month to go until Election Day, social media companies are increasingly alarmed at the potential that their platforms will be used to manipulate or intimidate voters or to undermine the legitimacy of the election.



TECHNOLOGY

Facebook Vows To Crack Down On Voter Intimidation In Election

Both Twitter and Facebook have struggled to curb the viral spread of misinformation and hoaxes, which often proliferate widely before fact checks and corrections can catch up.

There are some lines Twitter says users cannot cross. On Friday, the company clarified that it would take down posts that try to interfere with the election process or its aftermath, including calls for "violent action."

TECHNOLOGY

Twitter's New Rules Aim To Prevent Confusion Around The 2020 Vote

It gave more details on plans to label posts that claim victory before election results are final. It will direct users to official information about the election and will only consider a race "authoritatively called" if it has been announced by state election officials or in independent, public projections from at least two "authoritative, national news outlets."

Earlier this week, Facebook said it, too, would crack down on voter intimidation, including removing posts that use "militarized language" in urging people to monitor polling places. Concerns have been growing over possible confrontations after Donald

Trump Jr., the president's son, posted a video on social media calling for people to join an "Army for Trump." Facebook also plans to label premature claims of victory.

Before users can retweet something labeled as misinformation, they will see an alert that the tweet is "disputed" and possible links to "reliable" information.

*Twitter*

Other measures Twitter announced on Friday encourage users to think before posting. If a user tries to retweet something labeled as misinformation, she will be shown an alert directing her to "credible information about the topic" before she can continue.

**App. 1169**

The changes to how misleading information is displayed and shared — whether from high-profile figures or everyday users — go into effect next week and will be permanent.

Some additional restrictions will take effect on Oct. 20 and extend at least until the end of election week.

During that time, Twitter will temporarily prompt users to "quote tweet" — adding their own commentary — rather than simply retweet a post. It will also stop recommending tweets from people whom users do not already follow, a step meant to slow viral amplification.

And it will make changes to the trends it recommends to U.S. users, adding a description to explain why a given term is trending.

"This will help people more quickly gain an informed understanding of the high volume public conversation in the U.S. and also help reduce the potential for misleading information to spread," the company said.

election misinformation    election    social media    twitter

## Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

| What's your email? | SUBSCRIBE |

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## More Stories From NPR

SPACE

**Where No Plywood Has Gone Before: A Space Agency Will Launch A Tiny, Wooden**

TECH & MEDIA

# Laura Loomer banned from Twitter after criticizing Ilhan Omar

The far-right activist had more than 260,000 followers on the platform before her suspension.



—  Michael Avenatti and Laura Loomer at an event in Los Angeles on Oct. 20.
Phillip Faraone / Getty Images for Politicon file

Nov. 22, 2018, 7:01 AM CST / Updated Nov. 22, 2018, 7:10 AM CST
**By Linda Givetash**

Far-right activist Laura Loomer became the latest conservative figure to be kicked off Twitter when her account was shut down Wednesday.

Loomer said she was told by the platform that her account violated its rules against hateful conduct after she sent a tweet criticizing Minnesota Rep.-elect Ilhan Omar (D-Minn.) and her Muslim faith.

—— Rep.-elect Ilhan Omar.   Emilie Richardson / Bloomberg via Getty Images, file

"I've been silenced in America," Loomer said in a video posted to YouTube in response to the Twitter ban. She had more than 260,000 followers on the social-media platform before her suspension.

In the tweet in question, Loomer called Omar "anti Jewish" and said she is a member of a religion in which "homosexuals are oppressed" and "women are abused" and "forced to wear the hijab." Omar is the first Somali refugee and among two of the first Muslim women to be elected to Congress.

Loomer insisted that she did not violate Twitter's terms. "Everything I said is 100 percent true and factual. It's not malicious, it's not mean, it's not hateful," she said.

Extended interview: Twitter CEO Jack Dorsey talks Alex Jones and election security



Twitter has taken aim at far-right activists and groups in recent months, banning conspiracy theorist Alex Jones and website Infowars in September.

"My haters are celebrating today, and they are saying this is the end of my career, but I want everyone to know I'm just getting started. Everyone who knows me knows I don't back down," Loomer wrote as part of a statement on Gab, a social media site that recently gained attention for being used by the gunman in the Pittsburgh synagogue shooting.

Milo Yiannopoulos, the former Breitbart editor who was banned from Twitter two years ago, called the suspension against Loomer "political warfare."

**Related**

TECH

**Twitter permanently bans conspiracy theorist Alex Jones and website Infowars**

"She was banned for criticizing an elected politician," he said on Facebook.

Twitter did not immediately comment on its decision to ban Loomer.

On its website, Twitter says it is dedicated to making the platform "a safe place for free expression" and prohibits "abusive behavior."

Loomer was last year blocked from using ride-hailing services Uber and Lyft after she posted a series of anti-Muslim tweets in response to a terrorist attack in New York.

**Related**

NEWS

**Laura Loomer banned from Uber & Lyft after anti-Muslim tweetstorm**

Loomer, who touts herself as an investigative journalist, said her Twitter suspension is a threat to the First Amendment.

In Wednesday's YouTube video, she pleaded to President Donald Trump to take action.

**App. 1173**

"If you want to win in 2020 you have to ensure your supporters have a voice on social media," Loomer said.

---

 Linda Givetash

 

Linda Givetash is a London-based producer for NBC News.

---

ABOUT                                          CA NOTICE

CONTACT                                        TERMS OF SERVICE

CAREERS                                        NBC NEWS SITEMAP

PRIVACY POLICY                                 ADVERTISE

DO NOT SELL MY PERSONAL INFORMATION            AD CHOICES

© 2021 NBC UNIVERSAL

NBC NEWS                    MSNBC                              TODAY



MyPillow CEO Mike Lindell has been banned from Twitter - CNN

 **BUSINESS**

● **LIVE TV**

| ▼ **DOW** | -1.21% |
| ▼ **S&P 500** | -0.93% |
| ▼ **NASDAQ** | -0.68% |

**Crypto 101**
Everything you need to know about bitcoin, blockchain, NFTs and more.

# MyPillow CEO Mike Lindell has been banned from Twitter

By Donie O'Sullivan, CNN Business
Updated 1:45 PM ET, Tue January 26, 2021

**(CNN Business)** — Mike Lindell, the CEO of MyPillow, was banned from Twitter Monday night, according to a Twitter spokesperson.

Twitter made its decision based on a new policy it enacted after the Capitol insurrection whereby people who repeatedly share election misinformation can be permanently banned.

"The account you referenced has been permanently suspended due to repeated violations of our Civic Integrity Policy," the spokesperson told CNN.

It is not immediately clear which tweets led to Lindell's ban.

Bed Bath & Beyond stopped selling MyPillow products after Lindell voiced continued support for former President Donald Trump in the wake of the January 6 insurrection and voicing false statements publicly about the validity of the election. Lindell, a major Republican donor, called the attack "very peaceful" and blamed "undercover antifa that dressed as Trump people" for the chaos, according to The New York Times. "Donald Trump will be our president for the next four years," he said earlier this month.

The same Twitter policy caused Rep. Marjorie Taylor Greene to be locked out of her account for 12 hours two weeks ago.



**nightcap**

**We read all day so you don't have to.**

Get our nightly newsletter for all the top business stories you need to know.

Email address

**Sign Me Up**

By subscribing you agree to our privacy policy.



● LIVE TV

"You may not use Twitter's services for the purpose of manipulating or interfering in elections or other civic processes," Twitter said of its civic integrity policy in January. Civic processes include: political elections, censuses and major referenda and ballot initiatives.



**Related Article:** Twitter bans President Trump permanently

Twitter also banned Donald Trump's the @realDonaldTrump account earlier this month, citing the insurrection.

"After close review of recent Tweets from the @realDonaldTrump account and the context around them we have permanently suspended the account due to the risk of further incitement of violence," Twitter said.

"In the context of horrific events this week, we made it clear on Wednesday that additional violations of the Twitter Rules would potentially result in this very course of action."

Twitter's decision followed two tweets by Trump that violated the company's policy against glorification of violence, Twitter said, and "these two Tweets must be read in the context of broader events in the country and the ways in which the President's statements can be mobilized by different audiences, including to incite violence, as well as in the context of the pattern of behavior from this account in recent weeks."



TECH NEWS

# Twitter bans Michael Flynn, Sidney Powell in QAnon account purge

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the election results.



— Michael Flynn, then national security adviser, at the daily news briefing at the White House on Feb. 1, 2017.   Carolyn Kaster / AP file

Jan. 8, 2021, 3:28 PM CST

**By Ben Collins and Brandy Zadrozny**

Twitter on Friday removed the accounts of Michael Flynn, Sidney Powell and other high-profile supporters of President Donald Trump who promoted the QAnon conspiracy theory.

**App. 1177**

The permanent bans are among the highest profile that the company has instituted as part of its efforts to crack down on misinformation and calls for violence.

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the presidential election results. They are also high-profile figures in the QAnon community, and Flynn even took an "oath" to the conspiracy theory last year.

"The accounts have been suspended in line with our policy on Coordinated Harmful Activity," a Twitter spokesperson told NBC News. "We've been clear that we will take strong enforcement action on behavior that has the potential to lead to offline harm, and given the renewed potential for violence surrounding this type of behavior in the coming days, we will permanently suspend accounts that are solely dedicated to sharing QAnon content."



Twitter also removed the account of Ron Watkins, the administrator of the website 8kun, which was formerly named 8chan and hosts posts from Q, the false digital "prophet" at the heart of the QAnon conspiracy theory.

8chan changed its name last summer after white supremacists used the site to post manifestos before committing mass murder, including a terror attack at a mall in El Paso, Texas, that killed 17 in 2019.

**App. 1178**

Watkins, who lives in Japan, and Powell have spent recent weeks pushing false claims about Dominion Voting Systems and the company's role in the U.S. elections, as well as targeting private citizens with false claims of election fraud. Powell was sued by Dominion Voting Systems on Friday for $1.3 billion.

The bans come two days after Twitter locked down Trump's account and warned that he risks a permanent ban if he continues to violate the company's policies. Trump posted a video in response to the mob that stormed the Capitol in which he continued to spread false claims about the election. His account is no longer locked.

## Recommended

TECH NEWS

**Federal broadband maps show vast disparities in internet access across the U.S.**

SECURITY

**A hacker tried to poison a Calif. water supply. It was as easy as entering a password.**

Twitter, which for years resisted calls to moderate its platform, has recently taken a stronger stance against conspiracy theories that have been tied to violence, most notably the QAnon movement. In July, Twitter removed 7,000 accounts and limited many others for dabbling in QAnon. The company also designated the QAnon movement as coordinated harmful activity, meaning it was then limited from the platform's search functions and "Trending Topics" feature.

The bans add to complaints from conservatives who have claimed that Twitter's policies and enforcement unfairly target them. Some users say they have left the platform for similar alternatives, such as Parler, which surged during the election when Twitter was aggressive in limiting misinformation.

But they also come as many people in the technology industry who have been reticent to permanently ban many accounts have changed their positions following the violence at the Capitol.

*This is a developing story. Please check back for updates.* 🦚

—————  Ben Collins

✉

Ben Collins covers disinformation, extremism and the internet for NBC News.

 Brandy Zadrozny

✉

Brandy Zadrozny is a senior reporter for NBC News. She covers misinformation, extremism and the internet.

—————  Jason Abbruzzese contributed.



ABOUT

CONTACT

CAREERS

PRIVACY POLICY

DO NOT SELL MY PERSONAL INFORMATION

CA NOTICE

TERMS OF SERVICE

NBC NEWS SITEMAP

ADVERTISE

AD CHOICES

© 2021 NBC UNIVERSAL

NEWS      MSNBC      TODAY

Republican running to challenge Rep. Ilhan Omar has Twitter account permanently suspended - CNN Politics

# Republican running to challenge Rep. Ilhan Omar has Twitter account permanently suspended

By [Kate Sullivan](#), CNN
Updated 7:17 PM EST, Fri November 29, 2019



App. 1181

 01:18
Rep. Omar's GOP opponent removed from Twitter

 04:19
Haberman: This underscored for Trump that he's not president

 02:4
Carlson promotes conspiracy that FBI planned Capitol riot

 02:55
Abrams says she i open to Manchin's voting rights legislation

**(CNN) —** A Republican candidate running to challenge Democratic Rep. Ilhan Omar of Minnesota had her Twitter account permanently suspended for repeated violations of Twitter rules, according to a Twitter spokesperson.

Danielle Stella says she was banned for a tweet in which she spread a baseless claim about Omar and said if the claim is true, Omar should be tried for treason and hanged, according to a post to her Facebook account. Two Twitter accounts of Stella's have been suspended, her campaign confirmed to CNN.

Omar has been a frequent target of smears and attacks by President Donald Trump and his supporters. In April, Omar said she experienced an increase in death threats after Trump tweeted about a speech she had given the month before.

"This just shows how far the Republican Party has fallen under Trump. Their campaign strategy is just threats, disinformation and smears against their opponents and the people will continue to reject it," Omar said in a statement.

On Friday, Omar reacted to the suspension in a post on Twitter, saying "violent rhetoric" leads to "violent threats."

"This is the natural result of a political environment where anti-Muslim dogwhistles and dehumanization are normalized by an entire political party and its media outlets," Omar said. "Violent rhetoric inevitably leads to violent threats, and ultimately, violent acts."

The Minnesota freshman was elected last year and is the first Somali-American member of Congress, and she and Democratic Rep. Rashida Tlaib of Michigan are the

  

_criticizing_ US support for Israel that were seen as invoking anti-Semitic tropes and stereotypes.

In a statement to CNN, Stella strongly criticized Twitter for the suspension and its

**App. 1182**

Danielle Stella, Republican running to unseat Rep. Ilhan Omar, has Twitter account temporarily suspended - CNN Politics

policies.

Twitter has <u>come under fire</u> from critics who say tweets from politicians, including Trump, often violate its rules against bullying, dehumanization and threatening harm but are not taken down. Twitter announced in June that they would not always remove tweets from world leaders, which break its rules when Twitter decides they are in the "public interest." The company said then that they plan to place disclaimers on tweets that they decide to leave up.

The company provided a list of criteria that would inform this decision, including "Whether preserving a Tweet will allow others to hold the government official, candidate for public office, or appointee accountable for their statements."

Stella, who is not the only Republican looking to unseat Omar, describes herself as a special education needs professional. She writes on her campaign website that "as a result of the lack of honorable representation for Minnesota's 5th congressional district, I believe it is my duty and privilege to stand up and speak for the forgotten American citizens in the District and throughout the state."

Omar came to the US more than two decades ago as a refugee and became an American citizen in 2000 at the age of 17, <u>according</u> to The New York Times. She ran with the support of the Justice Democrats, the same progressive group that helped bring New York Rep. Alexandria Ocasio-Cortez into politics, and is a proponent of Medicare for All, abolishing ICE, tuition-free college and raising the minimum wage to $15 an hour.

CNN's Chandelis Duster contributed to this report.

Paid Links

Live Video Stream

5 Day Apple Cider Vinegar Diet

**App. 1183**

# milwaukee journal sentinel

POLITICS

# Taxpayers to give up $200,000 because Republican lawmakers blocked a liberal group on Twitter

**Patrick Marley** Milwaukee Journal Sentinel
Published 5:25 p.m. CT Aug. 15, 2019 | Updated 9:23 a.m. CT Aug. 16, 2019

MADISON – Wisconsin taxpayers will hand over $200,000 to a liberal organization's lawyers because Republican lawmakers blocked the group on Twitter.

State officials agreed Thursday to make the payment for One Wisconsin Now's legal bills after a federal judge determined in January that Assembly Speaker Robin Vos and Rep. John Nygren had infringed on the group's First Amendment rights.

Vos, of Rochester, and Nygren, of Marinette, did not immediately say whether they would pay back taxpayers for the legal bills.

One Wisconsin Now routinely criticizes Republicans on Twitter and other platforms. In 2017 it sued Vos, Nygren and then-Rep. Jesse Kremer of Kewaskum for blocking it.

U.S. District Judge William Conley, who was put on the bench in 2010 by President Barack Obama, in January concluded the three lawmakers had acted unconstitutionally by blocking the group on Twitter "because of its prior speech or identity."

In response, Vos and Nygren unblocked the group. Kremer did not seek re-election last year and shut down his official Twitter account, @RepJesseKremer. He has been dropped from the lawsuit.

Conley found that the lawmakers operated their Twitter accounts as public officials and as a result had created an interactive forum available to the general public. Under the Constitution, they weren't allowed to prevent One Wisconsin Now from having its say, he ruled.

Vos and Nygren are two of the top Republicans in the Legislature. Vos leads the Assembly and Nygren is co-chairman of the budget-writing Joint Finance Committee.

**App. 1184**

The pair were represented in the lawsuit by the state Department of Justice, first by Republican Attorney General Brad Schimel and then by Democratic Attorney General Josh Kaul. One Wisconsin Now was represented by Pines Bach, a Madison law firm that has often challenged Republicans in court.

Last year, then-Rep. Dale Kooyenga of Brookfield paid the state $30,000 to settle a lawsuit a man brought against the state because Kooyenga had removed his protest sign from an easel in the Capitol.

Initially, Kooyenga was going to have taxpayers cover the cost, but he decided to pay it himself after facing criticism. Kooyenga was elected to the state Senate in November.

Vos and Nygren didn't say Thursday whether they would take Kooyenga's lead and pay for the settlement in their own case.

Scot Ross, who served as executive director of One Wisconsin when the lawsuit was filed, on Thursday wrote on Twitter that when "Wisconsin Republicans don't want to follow the law, taxpayers get stuck picking up the check."

Wisconsin's Twitter lawsuit is similar to one brought against President Donald Trump by Twitter users he blocked. A federal judge in New York ruled in the users' favor last year.

Trump unblocked them but has appealed the ruling.

*You can find out who your legislators are and how to contact them here: https://maps.legis.wisconsin.gov/*

*Contact Patrick Marley at patrick.marley@jrn.com. Follow him on Twitter at @patrickdmarley.*

**App. 1185**

Facebook, Google, YouTube, & Discriminate Against Conservatives | National Review

POLITICS & POLICY

# Viewpoint Discrimination with Algorithms

**By BEN SHAPIRO**  |  March 7, 2018 6:30 AM



(Dado Ruvic/Reuters)

Media companies' 'impartial' algorithms disproportionately impact conservative material.

T he biggest names in social media are cracking down on news. In particular, they're cracking down disproportionately on conservative news. That's not necessarily out of malice; it's probably due to the fact

**App. 1186**

who have no objective frame of reference when it comes to the news business.

Thus, Google biases its algorithm to prevent people from searching for guns online in shopping; temporarily attached fact-checks from leftist sites like Snopes and PolitiFact to conservative websites but not leftist ones; showed more pro-Clinton results than pro-Trump results in news searches; and, of course, fired tech James Damore for the sin of examining social science in the debate over the wage gap. Google's bias is as obvious as the "doodles" it chooses for its logos, which routinely feature left-wing icons and issues.



Facebook To Use U.S. Mail To Verify Some U.S. Electio…

YouTube has demonetized videos from conservatives while leaving similar videos up for members of the Left. Prager University has watched innocuous videos titled "Why America Must Lead," "The Ten Commandments: Do Not Murder," and "Why Did America Fight the Korean War" demonetized (i.e. barred from accepting advertisements) at YouTube's hands. Prager's lawyer explains, "Google and YouTube use restricted mode filtering not to protect

**App. 1187**



political gag mechanism to silence PragerU."

Facebook was slammed two years ago for ignoring conservative stories and outlets in its trending news; now Facebook has shifted its algorithm to downgrade supposedly "partisan" news, which has the effect of undercutting newer sites that are perceived as more partisan, while leaving brand names with greater public knowledge relatively unscathed. Facebook's tactics haven't just hit conservative Web brands — they've destroyed the profit margins for smaller start-ups like LittleThings, a four-year-old site that fired 100 employees this week after the algorithm shift reportedly destroyed 75 percent of the site's organic reach (the number of people who see a site's content without paid distribution).

And Twitter has banned nasty accounts perceived as right-wing while ignoring similar activity from the left. James O'Keefe recently exposed the practice of "shadowbanning," in which Twitter hides particular content or mutes particular hashtags for political purposes. That's no coincidence: Twitter head Jack Dorsey is an ardent leftist who has campaigned with radicals like DeRay Mckesson, and whose company relies on the input of an Orwellian Trust and Safety Council staffed thoroughly with left-wing interest groups.

This bias in social media has profound impact on news consumption. For users, exposure to news stories isn't based on market forces — it's not that these companies provide results precisely tailored to user desires. Information is disseminated to users based on a combination of their history *and* the whims of the companies at issue. So, for example, Facebook's new news algorithm is explicitly designed to minimize "passively reading articles or watching videos," and instead to maximize "people's well-being," and to encourage "meaningful interactions between people." Mark Zuckerberg wrote, in rather frightening fashion, "There's too much sensationalism, misinformation and polarization in

**App. 1188**

Dorsey is an ardent leftist who has campaigned with radicals like DeRay Mckesson, and whose company relies on the input of an Orwellian Trust and Safety Council staffed thoroughly with left-wing interest groups.

Facebook should favor content that is "broadly trusted."

How does Facebook determine whether a source is "broadly trusted"? They ask users if they are familiar with a news source and then whether they trust that news source. Presumably, Left-wingers won't trust *National Review*, and right-wingers won't trust the *Huffington Post* — but activists on the left are more common on Facebook than activists on the right, so the Right will be more easily damaged.

**ALSO FROM**
## *BEN SHAPIRO*

**Why I Left California**

**The Two Theories of Trump's Actions in the Ukraine Affair**

**The *New York Times*' Anti-Semitism Is Shocking, but Not Surprising**

Facebook's new algorithmic change also means that stories that generate controversy are disfavored, while those that encourage positive interaction are favored. News with partisan implications is likely to suffer the most — and that's the news people are most interested in. In fighting against the brawl that is daily politics, Facebook is defanging the new media altogether, and handing power back to institutional sources with brand value.

**App. 1189**

media is a necessary corrective to the dominance of a thoroughly left-wing "objective" media. That model was supported, in large measure, by the freedom of social media — and by the freedom of the ad-based model that turned traffic into cash flow. Now that social media are reestablishing themselves as the gatekeepers, they're actually *exacerbating* the news bubble by preventing Democrats from seeing conservative content, and even preventing conservatives from seeing conservative content so long as it's been downvoted by Democrats. All of which means that the ad-based model has started to shrivel for news outlets, encouraging them to turn toward a subscription-based model — where, not surprisingly, legacy media have the upper hand.

The great irony here, of course, is that conservatives aren't the ones threatening to regulate social media — that's the Democrats. Conservatives may be the targets, but they're not the threat. Nevertheless, the market of ideas will not be quashed so easily. Already, competitors are eyeing the crackdown by social-media companies and sensing an opening. The default Democrats at social-media giants may attempt to choke off the traffic and income valve for those with whom they disagree, but so long as the Internet remains a free market, they're unlikely to succeed in the long term. They're only likely to earn the scorn and ire of a huge percentage of Americans who feel that they're being censored.

   

Mr. Shapiro is the host of the podcast *The BEN SHAPIRO Show*, the editor emeritus of *The Daily Wire*, and the author of *How to Destroy America in Three Easy Steps* and *The Right Side of History*. **@benshapiro**

**App. 1190**

☰  🔍

# INSIDER

Subscribe

**US MARKETS OPEN**   In the news

 **Dow Jones** +1.64%    **Nasdaq** +0.8%   ▼ **S&P 500** +1.31%   ▼ **TSLA** +1.3%   ▼ **FB** +0.51%   ▲ **BABA** -0.63%

HOME  >  POLITICS

# Twitter reportedly won't use an algorithm to crack down on white supremacists because some GOP politicians could end up getting barred too

**Grace Panetta**  Apr 25, 2019, 2:19 PM

f  ✉  ↪



**Twitter CEO Jack Dorsey.**  AP Photo/Jose Luis Magana

**A possible algorithm that could allow Twitter to more effectively crack down on neo-Nazi and white-supremacist content could report and suspend accounts of**

<  HOMEPAGE                                          Subscribe

**Twitter has come under intense scrutiny in recent months by critics who say the platform doesn't do enough to crack down on harmful white-supremacist rhetoric**

**While Twitter used an algorithm to flag ISIS-linked content and all but eliminated ISIS propaganda, a similar algorithm for white nationalism could sweep up content tweeted by conservative figures.**

**A number of prominent Republicans, including President Donald Trump, have publicly accused Twitter of bias against conservatives.**

**Visit Business Insider's homepage for more stories.**

Twitter is holding back from implementing a possible algorithm that could allow Twitter to more effectively crack down on neo-Nazi and white-supremacist content over concerns it could report accounts of Republican politicians, according to a report from Vice News' tech site, Motherboard.

A Twitter employee told Motherboard that at a recent company-wide meeting, an employee asked why Twitter — which has successfully used a sophisticated algorithm to identify and almost entirely eliminate ISIS-linked content — couldn't do the same for white-supremacist tweets.

According to the employee, another employee that works on artificial-intelligence (AI) issues said that such a sweeping and wide-ranging algorithm could result in some innocent accounts being flagged by accident, which may not be an acceptable trade-off.

In a separate conversation, Motherboard reported, the AI-focused employee said one concern with a white-supremacist algorithm was that it would inadvertently flag the

 ❮   H O M E P A G E          Subscribe

"The information cited from the 'sources' in this story has absolutely no basis in fact,"

**App: 1192**

a Twitter representative told INSIDER by email in response to Motherboard's reporting.

"The characterization of the exchange at the meeting of March 22nd is also completely factually inaccurate. There are no simple algorithms that find all abusive content on the Internet and we certainly wouldn't avoid turning them on for political reasons," the representative added in the statement.

Twitter has come under intense scrutiny in recent months by critics who say the platform doesn't do enough to crack down on harmful white-supremacist rhetoric. Twitter uses human moderators to go after white-nationalist propaganda.

**Read more**: *Jack Dorsey says Twitter makes it 'super easy' to harass and abuse others, and addressing the problem is his biggest worry*

"Most people can agree a beheading video or some kind of ISIS content should be proactively removed, but when we try to talk about the alt-right or white nationalism, we get into dangerous territory, where we're talking about Steve King or maybe even some of Trump's tweets," the extremism expert Amarnath Amarasingam told Motherboard.

Rep. Steve King has been criticized for using Twitter to express ideas with white-nationalist and racist connections. King also retweeted a prominent British neo-Nazi in June 2018.

**Read more**: *Twitter CEO Jack Dorsey and Trump met behind closed doors to discuss social media ahead of the 2020 election*

At the same time that Twitter is under a microscope over its handling of white-

HOMEPAGE      Subscribe

Trump — have publicly accused the company of bias against conservatives and disproportionately cracking down on right-wing accounts. Twitter has denied those

**App. 1193**

disproportionately catching down on right-wing accounts. Twitter has denied those accusations.

On April 23, Twitter CEO Jack Dorsey met with Trump in the Oval Office after the president fired off a series of tweets blasting the platform, writing "they don't treat me well as a Republican. Very discriminatory, hard for people to sign on. Constantly taking people off list."

Trump spent a significant amount of time during the meeting complaining about losing followers, according to The Washington Post, which Dorsey said was because of Twitter's routine deletion of fake bot accounts.

**Read the full story on Motherboard»**



**Sign up for notifications from Insider! Stay up to date with what you want to know.**

**Subscribe to push notifications**

---

NEWSLETTER

**Sign up for 10 Things in Politics newsletter for the biggest stories in politics & the economy.**

Email address

Email address

‹   H O M E P A G E                                                    Subscribe

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and

# BROOKINGS

<u>TechTank</u>

## Twitter's ban on political advertisements hurts our democracy

<u>Niam Yaraghi</u> Wednesday, January 8, 2020

Twitter recently <u>announced</u> that it will no longer allow political advertisements on its digital platform. Twitter CEO Jack Dorsey <u>defined political ads</u> as those sponsored by candidates or that discussed political issues; advertisements that discuss elections, candidates, parties, and overtly political content would be prohibited. Implementation of this decision, if possible at all, will have dire consequences for American democracy.

## Defining a political advertisement is nearly impossible

Given the role of government in modern society, it is difficult to untangle electioneering activities from issue-based advocacy. Healthcare, education, business, entertainment, and religion are all intertwined with politics. Different policies on these issues will lead to significant changes in everyday life. Whether you are able to afford health insurance, send your children to a better school, buy imported goods at a low price, or receive tax deductions on donations to your local church, mosque, or synagogue are legitimate parts of democratic discourse.

It is vital that citizens and civic organizations that have a stake in these issues have the ability to express their point of view. As a major part of their constitutional rights, they need the opportunity to support or oppose candidates based on their policy stands. For example, Planned Parenthood may air ads in support of a candidate who supports abortion rights while a church may run ads that oppose such candidate. The former group views the ad as about healthcare issues, while the latter group views it as a religious advertisement, but in both cases, it is a political advertisement. There are numerous

**App. 1195**

examples like this which highlight how difficult it is to determine whether an ad is political or not. The inherent difficulty in defining electoral advocacy and separating it from issue advocacy makes it almost impossible to implement such a ban effectively.

## social media helps under-funded candidates

Even if social media companies could successfully define electioneering advertisements, the benefits of such a policy are unclear. Rather than being a well-thought policy, the decision seems to be a knee-jerk reaction to the criticisms about the role of the social media in politics.

The advances in our capacity to collect and analyze data has enabled us to run much more efficient marketing campaigns on social media platforms. This is done through targeting the users who are more interested in the topic of the advertisement and are more likely to react to it, a practice known as microtargeting.

With its low cost and high precision, microtargeting technology has quickly become a business and political necessity. It allows candidates with limited financial resources to communicate their message to specific audiences at a fraction of the cost of conventional communication channels. Banning the use of such technologies effectively secures the elections for the candidates with the greatest financial support from corporations and super PACs who can bankroll expensive marketing campaigns.

These technologies have already transformed the national political landscape. In his 2008 presidential campaign, Barack Obama pioneered the application of big data and microtargeting on social media, improving his chances of winning the presidency. More recently, a record number of women, Muslims, and people of color got elected into the 116th Congress. Many of these previously unknown politicians could win the office despite their limited financial resources thanks to their effective use of social media. America had its first African American president and its most diverse House of Representatives thanks to social media and microtargeting.

## Twitter's ban  will not eliminate disinformation

**App. 1196**

The most plausible criticism of microtargeting is that it aids the dissemination of disinformation. The fact that such advertisements are targeted at a select group of individuals means the public will remain unaware of the inaccurate content and will not have a chance for rebuttal. Consider a candidate that creates a misleading attack advertisement about the opponent and targets it on only a select number of individuals who are most susceptible to believe the baseless accusations. The other contender may not learn about the advertisement's existence to have a chance at defending against the attack.

This is an important problem because it may very likely lead to unfair outcomes. However, banning microtargeting will not solve the issue for two reasons. First, other social media platforms allow microtargeting so will shift ads to those venues. Twitter's ban will not have any meaningful impact on the election as long as other firms are providing digital outlets.

Second, microtargeting is not exclusive to online platforms. Even if all social media companies banned election advertisements, candidates can still target specific groups of voters through mail, radio, cable television, and online videos. Incumbent and well-funded candidates already possess a tremendous amount of personal data on voters. They can very easily mine these data and target voters through alternative channels. That would exacerbate the disinformation problem.

More importantly, microtargeting voters outside of social media is significantly more expensive. High costs of microtargeting will inhibit new candidates' ability to use this method and gives an upper hand to the well-funded candidates. Not only will well-established and well-funded candidates benefit from traditional media channels, but they will be the only ones who can afford to use them.

# Policy recommendations

The problem with dissemination of disinformation in microtargeted advertisements is not efficiency, but a lack of transparency. If we inform the public, and especially political candidates, about the microtargeted advertisements during elections, they will have the chance to rebut the untruthful ads and defend themselves with the same tools used to

**App. 1197**

Twitter's ban on political advertisements hurts our democracy

attack them. While such datasets will be very large, our advances in computing technology and data analytics will enable candidates to easily mine the datasets, flag the ones that contain false information, and counter them with their own message.

We already have readily available databases of advertisements that are aired on TV or radio. It is technically simple to have social media companies build similar databases about the political advertisements on their platforms. Congress has already taken steps towards this direction through bills like the Honest Ads Act, which requires an "online platform [to] maintain, and make available for online public inspection in machine readable format, a complete record of any request to purchase [political advertisements] on such online platform." Congress should be more specific about the details of the political ad purchases and mandate the social media companies include information about the content and the targeted audience of the advertisements in their databases. This will easily allow every candidate, journalist or interested citizen to know about the ad on social media and reach out to the same audience with appropriate counter messages. Improved ad transparency would help fight disinformation and give voters the information they need to protect their interests.

**The New York Times** | https://www.nytimes.com/2021/01/08/technology/twitter-trump-suspended.html

## *Twitter Permanently Bans Trump, Capping Online Revolt*

The president's preferred megaphone cited "the risk of further incitement of violence." It acted after Facebook, Snapchat, Twitch and other platforms placed limits on him.

**By Kate Conger and Mike Isaac**

Published Jan. 8, 2021    Updated Jan. 12, 2021

OAKLAND, Calif. — Twitter said on Friday that it had permanently banned President Trump from its service "due to the risk of further incitement of violence," effectively cutting him off from his favorite megaphone for reaching the public and capping a series of actions by mainstream sites to limit his online reach.

Twitter said in a blog post that Mr. Trump's personal @realDonaldTrump account, which has more than 88 million followers, would be shut down immediately. The company said two tweets that Mr. Trump had posted on Friday — one calling his supporters "patriots" and another saying he would not go to the presidential inauguration on Jan. 20 — violated its rules against glorifying violence.

The tweets "were highly likely to encourage and inspire people to replicate the criminal acts that took place at the U.S. Capitol on Jan. 6, 2021," Twitter said, referring to the storming of the Capitol by a mob of Trump loyalists.

Within minutes, Mr. Trump's account on Twitter was no longer accessible. His posts were replaced with a label: "Account suspended."

Mr. Trump tried to evade the ban late Friday by using the @POTUS Twitter account, which belongs to sitting U.S. presidents, as well as other accounts to lash out at the company. But almost all of his messages were almost immediately removed by Twitter. The company forbids users to try avoiding a suspension with secondary accounts.



The moves were a forceful repudiation by Twitter of Mr. Trump, who had used the platform to build his base and spread his messages, which were often filled with falsehoods and threats. Mr. Trump regularly tweeted dozens of times a day, sending flurries of messages in the early morning or late evening. In his posts, he gave his live reactions to television news programs, boosted supporters and attacked his perceived enemies.

"Twitter's permanent suspension of Trump's Twitter account is long overdue," said Shannon McGregor, a senior researcher at the University of North Carolina at Chapel Hill. "This is the key de-platforming for Trump. The inability to tweet cuts off his direct access to the press — and, by extension, the public."

In a statement late Friday, Mr. Trump said Twitter was trying to silence him. He said he was negotiating with other sites and promised a "big announcement soon," adding that he was looking at building "our own platform."

"Twitter is not about FREE SPEECH," Mr. Trump said. "They are all about promoting a Radical Left platform where some of the most vicious people in the world are allowed to speak freely."

A day earlier, Facebook had barred Mr. Trump for the rest of his term, and other digital platforms — including Snapchat, YouTube, Twitch and Reddit — also recently limited Mr. Trump on their services.

**App. 1199**

The actions were a stark illustration of the power of the social media companies and how they could act almost unilaterally when they chose. For years, Twitter, Facebook and other platforms had positioned themselves as defenders of free speech and had said the posts of world leaders like Mr. Trump should be allowed because they were newsworthy. The companies had rejected touching his account, even after they were assailed for allowing misinformation and falsehoods to flow.

Twitter decided to permanently ban Mr. Trump as it faced pressure from lawmakers, its own employees and many others, including Michelle Obama. Other politicians and world leaders also have posted incendiary tweets, raising questions of whether Twitter had started down a slippery slope and would have to take down other accounts.

On Friday, the company also permanently banned the accounts of several prominent Trump supporters who used the platform to spread conspiracy theories, including the lawyer Sidney Powell and President Trump's former national security adviser Michael T. Flynn. Rush Limbaugh, the conservative talk show host, also appeared to deactivate his account.

Donald Trump Jr., Mr. Trump's son, called Twitter's move against his father "absolute insanity" and said the tech companies were overreaching. "We are living Orwell's 1984," he tweeted.



Republican lawmakers renewed their calls to revoke legal protections for social media companies, taking aim at Section 230 of the Communications Decency Act, which shields the companies from liability for what their users post online.

"It is now time for Congress to repeal Section 230 and put Big Tech on the same legal footing as every other company in America," Senator Lindsey Graham of South Carolina said on Friday.

Mr. Trump had repeatedly told allies who raised the possibility that social media firms would bar him, "They'll never ban me."

In the White House, there was an extensive process for drafting official tweets. But at night and early in the morning, Mr. Trump composed his own tweets on his iPhone, often to the chagrin of advisers and Republican lawmakers who then spent hours or days dealing with the fallout.

"Without the tweets, I wouldn't be here," Mr. Trump told The Financial Times in April 2017.

In a meeting at the White House last year, Brad Parscale, Mr. Trump's campaign manager at the time, suggested that the president move over to Parler, an alternative social media site that has become popular with right-wing users. But Jared Kushner, the president's son-in-law and senior adviser, shot down the idea later, sharing Mr. Trump's confidence that Twitter wouldn't act, and it never happened, according to a person briefed on what took place.

While the White House still has official Twitter accounts like @POTUS and @WhiteHouse until the inauguration, Twitter has said it will facilitate the transfer of those accounts to the incoming Biden administration. Before the mob attack on Wednesday, Jack Dorsey, Twitter's chief executive, was involved in discussions about transferring those accounts, a person familiar with the discussions said.

The pushback against Mr. Trump online began on Wednesday after his loyalists, urged on by the president, breached the Capitol building. In the aftermath, Twitter temporarily locked Mr. Trump's account, followed by Facebook. At the time, Twitter said the risks of keeping his commentary live on its site had become too high.

The company said Mr. Trump could return to its platform if he deleted several tweets that contained falsehoods about the election or calls for violence, which violated its policies. One of the tweets was a video that Mr. Trump had posted after the police pushed the mob back where he told his supporters: "We love you. You're very special."

**App. 1200**

After Mr. Trump took those posts down, he was reinstated to the site on Thursday. Late on Thursday, he issued a conciliatory message, saying he was outraged by the violence and would facilitate a peaceful transition of power.

But Mr. Trump tweeted on Friday that his supporters were "American Patriots" who would possess a "GIANT VOICE long into the future." He also said he would not attend the inauguration on Jan. 20.

Twitter said those messages appeared to condone Wednesday's violence and were likely to stoke further violence. It added that the one about the inauguration offered the date as a target for attack.

"Plans for future armed protests have already begun proliferating on and off Twitter, including a proposed secondary attack on the U.S. Capitol and state capitol buildings on Jan. 17, 2021," Twitter said.

Inside Twitter, employees and executives have debated how to treat Mr. Trump's account. Mr. Dorsey has been vacationing on an island in French Polynesia this week, but called in to meetings, three people with knowledge of his location said. On Thursday, he sent an email to employees saying it was important for Twitter to remain consistent with its policies, including its policy of allowing a user to return after a temporary suspension, according to one person who received the email.

Hundreds of employees soon signed a petition asking the company to immediately remove Mr. Trump's account, three people familiar with the petition said. The petition was reported earlier by The Washington Post.

On Friday, Twitter held a meeting with employees, two people with knowledge of the event said. At the meeting, workers pressed executives on why they had not permanently barred Mr. Trump from the platform.

Mr. Dorsey and other managers, such as Vijaya Gadde, Twitter's head of legal and safety, said the company wanted to be consistent with its policies, which state that users can tweet again if they have deleted the messages that violated its rules.

But Mr. Dorsey also said he had "drawn a line in the sand" that the president could not cross for fear of losing his account privileges, the people with knowledge of the event said. Mr. Dorsey said Twitter would follow through on a ban if Mr. Trump crossed that line.

Emerson Brooking, a senior fellow at the Atlantic Council's Digital Forensic Research Lab, said taking down Mr. Trump's Twitter account now was, in some ways, too late because the president had already spread so many conspiracy theories on the platform over the past few years.

"Removing Trump from Twitter does not fix our politics or bring millions of Americans back to reality," Mr. Brooking said. "But it does make it significantly harder for disinformation to enter the mainstream. And it makes it harder for Trump to reach his followers."

Beyond muting Mr. Trump's biggest megaphone, Twitter's decision could create headaches for the Trump administration when it comes to complying with the Presidential Records Act of 1978, which requires the preservation of presidential materials and communications.

Maggie Haberman, Katie Rosman and Maggie Astor contributed reporting.

Kate Conger is a technology reporter in the San Francisco bureau, where she covers the gig economy and social media. @kateconger

Mike Isaac is a technology correspondent and the author of Super Pumped: The Battle for Uber, a NYT best-selling book on the dramatic rise and fall of the ride-hailing company. He regularly covers Facebook and Silicon Valley, and is based in The Times's San Francisco bureau. @MikeIsaac • Facebook

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Citing Risk of Violence, Twitter Permanently Suspends Trump

Trump Is Banned. Who Is Next? - The Atlantic



*The Atlantic*

IDEAS

# Trump Is Banned. Who Is Next?

Tech giants must not treat their crackdown on the president's social accounts as an edge case. The social web should be different now.

By Evelyn Douek



Shutterstock / The Atlantic

JANUARY 9, 2021                                                    SHARE ⌄

**App. 1202**

*About the author: Evelyn Douek, a doctoral student at Harvard Law School, is an affiliate at Harvard's Berkman Klein Center for Internet and Society.*

---

*Updated at 10:59 a.m. ET on January 11, 2021.*

It happened slowly, and then all at once. After years of sparring, the internet's most powerful moderators deplatformed their most famous troll: the president of the United States. Facebook has blocked Donald Trump's account indefinitely. So have Snapchat, Twitch, Shopify; even one of the Trump campaign's email providers has cut it off. At the time of writing, Trump still has his YouTube channel, but the company says it is accelerating its enforcement action. It was a Friday Night Massacre of platform bans.

But one ban outstrips all others in its symbolism: @realDonaldTrump has been suspended from Twitter, the platform that has defined this president more than any other.

The story of the past week in content moderation can be told in two ways. The first is the formalistic myth that platforms want us to believe. In this telling, platforms have policies and principles they hew to; their decisions based on them are neutral, carefully considered evaluations of the rules and the facts. The second is the realist take, in which the posts and tweets of platform executives and spokespeople can be seen as fig leaves, trying to hide that these were, at bottom, arbitrary and suddenly convenient decisions made possible by a changed political landscape and new business imperatives.

# RECOMMENDED READING

The Real Problem With Corporate Landlords

ALEXANDER FERRER

**App. 1203**

The Fight Over Canada's Founding Prime Minister

DAVID FRUM

What Quitters Understand About the Job Market

DEREK THOMPSON

The attempts to dress up their actions as part of a coherent and deliberate decision-making structure were trying to mask an uncomfortable truth about our most important speech forums: Platforms can and will do what they like. This week a small handful of extremely powerful tech executives slowly tiptoed toward the edge, egging one another on, being pushed by commentators and employees, until they agreed to hold hands and jump. This was a display of awesome power, not an acknowledgment of culpability. These were more editorial and business decisions taken under fire than the neutral application of prior guidelines. A tiny group of people in Silicon Valley are defining modern discourse, ostensibly establishing a Twilight Zone where the rules are something between democratic governance and journalism, but they're doing it on the fly in ways that suit them.

In two weeks, Trump will be out of power, but platforms won't be. They should be forced to live up to the sentiments in their fig-leaf rationales.

Platforms tied themselves in knots this week trying to tell the first story and make their actions seem consistent with the idea that they were simply making a neutral call based on their existing policies. In one sense, they're right to say their actions were consistent with the rules they've always had. A good argument can be made—indeed, I have made it in *The Atlantic*—that democracy requires voters to know who their

**App. 1204**

candidates really are and what they believe, even (or, perhaps, *especially*) when those beliefs are abhorrent. So platforms have long treated the president differently from other users on the grounds that what he says is inherently <u>newsworthy</u> and in the <u>public interest</u> for people to know about even if it violates their rules.

<u>Nick Baumann: Why Trump suddenly changed his tune</u>

But every platform left a "break glass" escape in the case of incitement to violence. Speech always has to be evaluated in context, and the context this week could not be ignored. The president incited insurrection at the U.S. Capitol, resulting in at least <u>five deaths</u>, and it's possible <u>more violence is yet to come</u>. For <u>Mark Zuckerberg</u>, Trump's use of Facebook to condone, rather than condemn, the riots led Zuckerberg to believe the risks of continuing to allow the president to post were too high. The decision wasn't clear-cut, but "on balance," <u>another Facebook executive said</u>, the president was deemed to be contributing to, rather than diminishing, the threat of ongoing violence. The company engaged in a careful and principled <u>balancing test</u>, considering all relevant factors.

Facebook's decision backed Twitter into a corner. Twitter had originally locked Trump's account for <u>12 hours</u>, even as calls for the company to ban him entirely <u>grew louder</u>. When the president got his handle back, he shot off some <u>fairly anodyne tweets</u> celebrating his supporters and announcing that he wouldn't be attending Joe Biden's inauguration, posts that seemed entirely within the typical Trump genre. Not so, said Twitter in a <u>long and detailed blog post</u> announcing the account's permanent suspension. The context of these tweets and "specifically how they are being received and interpreted on and off Twitter" meant that they amounted to a glorification of violence. Twitter's rules have penumbras, apparently, and Trump's dog whistles to his followers now fall within them.

What gave observers whiplash watching platforms' actions was that the president's posts this week were arguably no worse than stuff he's posted before. The <u>conspiratorial thinking</u> of many in his base means that his comments have long been

**App. 1205**

interpreted in dangerous ways, including, of course, in the lead-up to the deadly riots on Wednesday. Trump's accounts have <u>survived posting</u> that "when the looting starts, the shooting starts" during the summer's Black Lives Matter protests. He has <u>repeatedly amplified</u> accounts supporting QAnon, a conspiracy theory that the FBI has labeled a <u>domestic-terror threat</u>. He's compared the <u>size of his nuclear button</u> with that of North Korea's, and still @realDonaldTrump has continued to grace our screens.

<u>Read: Trump's tweets were never just tweets</u>

Meanwhile, the <u>Taliban's official spokesperson</u> still has a Twitter account. As does India's <u>Prime Minister Narendra Modi</u>, even as his government <u>cracks down on dissent</u> and oversees <u>nationalistic violence.*</u> The Philippines' President Rodrigo Duterte's Facebook account is <u>alive and well</u>, despite his having <u>weaponized</u> the platform against <u>journalists</u> and in his "war on drugs." The list could go on. Facebook says it has taken action against other world leaders before Trump, but it <u>hasn't given details</u>.

Against this background, platforms' explanations seem flimsy and contorted, unsatisfactory answers to the questions "Why him?" and "Why now?"

So we're left with the realist take on this week's content moderation. The posts and tweets of platform executives and spokespeople did not mention that, in effect, American voters deplatformed the president in November. None acknowledged that Trump is leaving office in less than two weeks or the change in the makeup of the Senate that will mean Democrats, not Republicans, will oversee the moderators' regulation going forward. They did not speak to the increased public pressure, including from <u>those</u> who had <u>long supported</u> their decision to maintain Trump's accounts, or the extent to which their <u>employees</u> <u>were agitating</u>.

<u>Read: Republicans meet their monster</u>

Platforms are probably hoping that this week gets marked down as a weird blip in their history and Trump is once again just dismissed as a special case. But they can't and shouldn't be. These moves were the most overt display of these platforms' power yet, as well as an implicit acknowledgment that platforms not only facilitate self-government, but play a role as a check and balance within it. It's not unprincipled to look beyond your platform and take context into account when evaluating whether a post should stay up; it's necessary. Pointing at the failure of other institutions, including Congress or the media, is no excuse; those institutions need a reckoning too, but that can't absolve platforms of their own responsibility. It's not enough to say that the leader of the free world will always have a platform; if he wants to incite violence, let him find that platform elsewhere.

Banning Trump should not be seen as the end of an era. It needs to be the start of a new one, and we should not give up on the myth of content moderation that depicts a better future. This will not be the last time a leader uses these platforms to incite violence; our tech overlords should prove, then, that it wasn't just political expediency and tech-bro one-upmanship that made them act this week. In doing so, they can develop the coherent and consistent decision-making structure that they insist already exists and tie themselves to more principled masts.

---

_\* This article previously misstated Narendra Modi's title. He is the prime minister of India, not the president._