**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

       Plaintiffs,

v.                                    CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

       Defendants.

_____

**<u>DEFENDANTS' APPENDIX
VOLUME 4</u>**

# TABLE OF CONTENTS

## LEGISLATIVE MATERIALS

House of Representatives Staff, *HB 7013 Final Bill Analysis* (May 20, 2021).....................App. 1

Professional Staff of the Committee on Appropriations, *SB 7072 Bill Analysis and Fiscal Impact Statement* (Apr. 16, 2021).........................................................................................App. 18

SB 7072: Social Media Platforms Bill History, FLA. SENATE (last visited June 21, 2021), https://www.flsenate.gov/Session/Bill/2021/7072.....................................................App. 42

Fla. House of Representatives SB 7072 Third Reading Vote (Apr. 28, 2021)....................App. 47

Fla. House of Representatives SB 7072 Passage Vote (Apr. 29, 2021) ..............................App. 48

Fla. Senate SB 7072 Third Reading Vote (Apr. 26, 2021)..................................................App. 49

Fla. Senate SB 7072 Returning Messages Vote (Apr. 29, 2021).........................................App. 50

Senate Bill No. 7072, Fla. Laws Ch. 2021-32 (May 24, 2021) ...........................................App. 51

## OTHER MATERIALS

Brooke Auxier & Monica Anderson, *Social Media Use in 2021*, PEW RSCH. CTR. (Apr. 7, 2021), https://pewrsr.ch/3gL9HQf ..............................................................................App. 64

STAFF OF SUBCOMMITTEE ON ANTITRUST, COMMERCIAL AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY, 116TH CONG., INVESTIGATION OF COMPETITION IN DIGITAL MARKETS (2020), *available at* https://bit.ly/3xtL6WS...............................App. 74

*Terms of Service*, FACEBOOK (Oct. 22, 2020), https://bit.ly/3gPVAJk..............................App. 524

Elisa Shearer & Amy Mitchell, *News Use Across Social Media Platforms in 2020*, PEW RSCH. CTR. (Jan. 12, 2021), https://pewrsr.ch/3cWi1eP ..................................................App. 534

*Terms of Use*, ETSY (Jan. 19, 2021), https://etsy.me/3iWwI5E.........................................App. 539

*Terms of Service*, TWITTER (June 18, 2020), https://bit.ly/3xBaREU ...............................App. 547

*About Your Twitter Timeline*, TWITTER HELP CTR. (last visited June 19, 2021), https://bit.ly/3xE8wJr .......................................................................................App. 565

Kate Klonick, *The New Governors: The People, Rules, and Processes Governing Online Speech*, 131 HARV. L. REV. 1598 (2018) ...........................................................................App. 569

Edward Lee, *Moderating Content Moderation: A Framework for Nonpartisanship in Online Governance*, 70 AM. U. L. REV. 913 (2021) ...........................................................App. 642

Tom Parker, *Facebook Soft-Censors The Babylon Bee, Starts Forcing Users to Confirm That They Actually Want to Share Posts*, RECLAIM THE NET (May 27, 2020), https://bit.ly/3wFEZ1G ......................................................................................App. 789

i

Kyle Mann, Opinion, *Facebook Has No Sense of Humor*, WALL ST. J. (Oct. 21, 2020), https://on.wsj.com/35FLPbL....................................................................................App. 792

Shannon Bond, *Facebook and Twitter Limit Sharing 'New York Post' Story About Joe Biden*, NPR (Oct. 14, 2020), https://n.pr/3gOG00P............................................................App. 795

Post Editorial Board, Editorial, *Social Media Again Silences The Post for Reporting the News*, N.Y. POST (Apr. 16, 2021), https://bit.ly/3xyfKi2 ....................................................App. 801

The Editorial Board, Opinion, *Facebook's Lab-Leak About Face*, WALL ST. J. (May 27, 2021), https://on.wsj.com/3j0FkIa ......................................................................................App. 804

Rachel Bovard, Opinion, *Facebook's Oversight Board Ban of Donald Trump Is Totally Arbitrary and Ideological*, USA TODAY (May 5, 2021), https://bit.ly/3cT1MPS ..................App. 807

Baynard Woods, *Facebook Deactivated Korryn Gaines' Account During Standoff, Police Say*, GUARDIAN BALT. (Aug. 3, 2016), https://bit.ly/3iUuKT3 ........................................App. 810

Nancy Flanders, *Mark Zuckerberg Admits Facebook Chose to Ban Foreign Pro-Life Ads in Ireland Before Abortion Vote*, LIVEACTION (July 3, 2019), https://bit.ly/2UlNf8U ..................................................................................................App. 815

George Upper, *Confirmed: Facebook's Recent Algorithm Change Is Crushing Conservative Sites, Boosting Liberals*, WESTERN J. (Mar. 13, 2018), https://bit.ly/3cSm7ow.....App. 820

Susan Michelle-Hanson, *Facebook Holds Live Action Videos, Allows Planned Parenthood to Promote Sex to Kids*, LIVEACTION (June 13, 2018), https://bit.ly/3cXGQXM.......App. 828

Michael Van Der Galien, *Facebook Blocks Bridget Phetasy's Podcast with Glenn Beck: 'Against Community Standards'*, PJ MEDIA (Sept. 4, 2019), https://bit.ly/3zHNJGm .........App. 835

Calvin Freiburger, *Facebook Blocks Pregnancy Site Articles on Fetal Development, Abortion Pill Reversal*, LIFESITE (Mar. 12, 2019), https://bit.ly/3iVhspG ...........................App. 838

Natasha Lennard, *Facebook's Ban on Far-Left Pages Is an Extension of Trump Propaganda*, THE INTERCEPT (Aug. 20, 2020), https://bit.ly/3ddJwkv ........................................App. 841

Chris Pandolfo, *Clay Travis to Congress: Facebook Censorship Removed 68% of Outkick's Audience*, THE BLAZE (Mar. 12, 2021), https://bit.ly/3iUV3IQ ............................App. 846

Jeff Horwitz, *Facebook Has Made Lots of New Rules This Year. It Doesn't Always Enforce Them.*, WALL ST. J. (Oct. 15, 2020), https://on.wsj.com/3zHI8zS ........................App. 850

Andre Damon, *Facebook Restores Service to Socialist Pages, Claiming the Purge Was an "Automation Error"*, WORLD SOCIALIST WEB SITE (Jan. 26, 2021), https://bit.ly/3xB7y0s...................................................................App. 856

Jon Miltimore, *Facebook Locks Out Ron Paul Following Column Criticizing Big Tech Censorship, Cites 'Error'*, FEE (Jan. 11, 2021), https://bit.ly/2SQfyf7................App. 858

Akin Olla, Opinion, *Facebook Is Banning Leftwing Users Like Me – And It's Going Largely Unnoticed*, THE GUARDIAN (Jan. 29, 2021), https://bit.ly/3iRl5Ne.......................App. 864

Brian Freeman, *Facebook Censors BLM Criticism After Company Co-founder Donated Millions to Activist Group*, NEWSMAX (Apr. 19, 2021), https://bit.ly/3iTh9eJ....................App. 868

James Anthony, *Facebook Censors and Punishes The Babylon Bee for Mocking Rioters*, PM. (Apr. 24, 2021), https://bit.ly/2SEzkdJ ..................................................App. 871

Charles Jackson Paul, *Back at it: Facebook Censors the Babylon Bee*, TEX. HORN (May 4, 2021), https://bit.ly/3gQy0wp ................................................App. 875

Augusto Zimmermann, *Why Is Facebook Censoring a Conference on Christianity and Religious Freedom*, SPECTATOR (Apr. 9, 2019), https://bit.ly/2Ub1qNQ..............................App. 877

EJ Dickson, *Why Did Facebook Take Down a Fact-Check of an Anti-Abortion Video*, ROLLING STONE (Sept. 13, 2019), https://bit.ly/3cUOT81.....................................App. 881

Jonathan Bucks & Daniel Bates, *Facebook 'Fact-Checkers' Could Be Politically Biased Themselves, Admits the Tech Giant's Vice-President Nick Clegg*, DAILY MAIL (June 13, 2021), https://bit.ly/3xzwJAA................................................................App. 884

Michael Ginsberg, *Facebook, Twitter Do Not Censor Video of Maxine Waters Encouraging Protesters 'To Get More Confrontational'*, DAILY CALLER (Apr. 19, 2021), https://bit.ly/3iPmB2p................................................................App. 889

Ariana Tobin, Madeleine Varner & Julia Angwin, *Facebook's Uneven Enforcement of Hate Speech Rules Allows Vile Posts to Stay Up*, PROPUBLICA (Dec. 28, 2017), https://bit.ly/3iPmxzH................................................................App. 892

Kari Paul, *Facebook Under Fire as Human Rights Groups Claim 'Censorship' of Pro-Palestine Posts*, THE GUARDIAN (May 26, 2021), https://bit.ly/3xypI2P ..............................App. 899

Cristiano Lima, *Facebook No Longer Treating Man-Made Covid as a Crackpot Idea*, POLITICO (May 27, 2021), https://politi.co/3gPKcNE..........................................App. 903

Sam Biddle, *Facebook's Secret Rules About the Word "Zionist" Impede Criticism of Israel*, THE INTERCEPT (May 14, 2021), https://bit.ly/3xzEWVo.............................App. 908

Salvador Rodriguez, *Facebook Says Donald Trump to Remain Banned for Two Years, Effective from Jan. 7*, NBC (June 4, 2021), https://cnb.cx/3cXkiGH..................................App. 916

Tony Romm, *Zuckerberg: Standing For Voice and Free Expression*, WASH. POST (Oct. 17, 2019), https://wapo.st/3cV2eNg ........................................................App. 919

Queenie Wong, *Is Facebook Censoring Conservatives or Is Moderating Just Too Hard?*, CNET (Oct. 29, 2019), https://cnet.co/3cSqDmY ................................................App. 928

Michael Nunez, *Former Facebook Workers: We Routinely Suppressed Conservative News*, GIZMODO AU (May 10, 2016), https://bit.ly/3zDhA2X.....................................App. 939

Rachel Sandler, *Conservatives Blast Facebook For Removing Trump Interview With Daughter-In-Law*, FORBES (Mar. 31, 2021), https://bit.ly/3xEtBDx.......................................App. 945

Katie Cox, *Facebook Pulls Trump Campaign Ads for Fake Census Claims*, ARS TECHNICA (Mar. 6, 2020), https://bit.ly/3gLPKc5 ...........................................App. 948

Joseph A. Wulfsohn, *Facebook Censors New York Post Report on BLM Co-Founder's Pricey Property Purchases*, FOX NEWS (Apr. 15, 2021), https://fxn.ws/3xxQrwq ...........App. 952

Bobby Allyn, *Facebook Removes Trump Ads With Symbol Used By Nazis. Campaign Calls It An 'Emoji'*, NPR (June 18, 2020), https://n.pr/2UlRAsI..............................................App. 957

Sydney Bauer, *Facebook Axes Political Ad Saying Trans Athletes Will 'Destroy Girls Sports'*, NBC NEWS (Sept. 18, 2020), https://nbcnews.to/3zEplW9...................................App. 963

Melissa Nann Burke, *Zuckerberg: Nesbitt Ad Rejection Possible 'Mistake'*, DETROIT NEWS (Apr. 11, 2018), https://bit.ly/3zGH13p ...........................................................................App. 966

Hope Kirwan, *Facebook Restricts La Crosse County Republican Party Page, Pulls Ads*, WIS. PUB. RADIO, NPR (Oct. 21, 2020), https://bit.ly/3cV2X0W ..................................App. 969

Elizabeth Culliford, *Facebook Removes Video of Trump Interview with Daughter-in-Law Lara, Citing Ban*, REUTERS (Mar. 31, 2021), https://reut.rs/3gGx1i8..............................App. 972

Jack Brewster, *The Extremists, Conspiracy Theorists, And Conservative Stars Banned From Social Media Following The Capitol Takeover*, FORBES (Jan. 12, 2021), https://bit.ly/3iRp9wY ...............................................................................................App. 975

*Trump Covid Post Deleted by Facebook and Hidden by Twitter*, BBC NEWS (Oct. 6, 2020), https://bbc.in/3zEXMMz.............................................App. 979

Joseph Cox, *Leaked Documents Show Facebook's 'Threshold' for Deleting Pages and Groups*, VICE (July 18, 2018), https://bit.ly/2SPs7aH........................................................App. 983

Barbara Ortutay & David Klepper, *Facebook Bans Big 'Stop the Steal' Group for Sowing Violence*, ASSOCIATED PRESS (Nov. 5, 2020), https://bit.ly/3zEpEjL ...................App. 987

Thomas Barrabi, *Facebook Ends Ban on Posts Claiming COVID-19 Is Man-Made*, FOX BUS. (May 26, 2021), https://fxn.ws/3gJxjVv..................................................App. 991

Jane Coaston, *The Facebook Free Speech Battle, Explained*, VOX (May 14, 2019), https://bit.ly/3zCV2iF ..............................................................................................App. 993

Bill Donohue, *Does Facebook Hate Catholics?*, CATHOLIC LEAGUE (Apr. 12, 2018), https://bit.ly/3vCwGm0 ..........................................................................................App. 1003

Amy Gesenhues, *Facebook Removes 5k Targeting Filters to Keep Advertisers from Discriminating Against Ethnic & Religious Groups*, MARTECH (Aug. 21, 2018), https://bit.ly/2SEDzWH.......................................... App. 1009

iv

The Associated Press, *Facebook Says Blackburn Anti-Abortion Ad Mistakenly Removed*, KSL.COM (Nov. 2, 2018), https://bit.ly/3gDzs6i ...................................................App. 1012

Ryan Moore, *Op-ed: Social Media Giants Discriminate Against Conservative Views*, INDYSTAR. (June 17, 2021), https://bit.ly/3cV2mMK.............................................................App. 1013

Ryan Moore, Opinion, *Don't Let Social Media Corporations Deny Free Speech to Conservatives*, DES MOINES REG. (Sept. 26, 2019), https://bit.ly/3wI5CD7 ........App. 1015

Christie-Lee McNally, Opinion, *Big Tech's Censorship of Conservative Users is Alive and Well*, THE HILL (July 14, 2018), https://bit.ly/3wHFfxm ...............................................App. 1017

Joe Concha, *Diamond and Silk Slam Facebook After Company Deems their Rhetoric 'Unsafe to the Community'*, THE HILL (Apr. 9, 2018), https://bit.ly/3gHtLnL ......................App. 1020

Sarah Frier & Kurt Wagner, *Facebook Needs Trump Even More Than Trump Needs Facebook*, BLOOMBERG BUSINESSWEEK (Sept. 17, 2020), https://bloom.bg/2SJMia6 ..........App. 1022

Olivia Solon, *Sensitive to Claims of Bias, Facebook Relaxed Misinformation Rules for Conservative Pages*, NBC NEWS (Aug. 7, 2020), https://nbcnews.to/2TPoP7B..................................................................................App. 1031

Joseph Wulfsohn, *Twitter Apologizes After Briefly Suspending The Babylon Bee's Account*, FOX NEWS (Aug. 17, 2020), https://fxn.ws/3qcxZqU ...................................................App. 1037

Noah Manskar, *Jack Dorsey Says Blocking Post's Hunter Biden Story Was 'Total Mistake'—But Won't Say Who Made It*, N.Y. POST (Mar. 25, 2021), https://bit.ly/3gOrDJE .....App. 1042

Noah Manskar, *Twitter, Facebook Censor Post Over Hunter Biden Exposé*, N.Y. POST (Oct. 14, 2020), https://bit.ly/3wJ7LOS..................................................................................App. 1045

Arthur Herman, *Twitter, Facebook and Amazon Censorship of Conservatives Harms Social Media Giants*, HUDSON INST. (Oct. 21, 2020), https://bit.ly/2U7Sed5.................App. 1048

David Doonan, *Twitter Terminates Account of Howie Hawkins, Green Party Candidate for President*, GREEN PARTY US (Apr. 19, 2020), https://bit.ly/3gJjWom ................App. 1052

Richard Hanania, *It Isn't Your Imagination: Twitter Treats Conservatives More Harshly Than Liberals*, QUILLETTE (Feb. 12, 2019), https://bit.ly/3gMUs9s..............................App. 1055

Sarah Taylor, *Daily Wire president suspended from Twitter – over brussels sprouts*, THE BLAZE (Jan. 3, 2019), https://bit.ly/3xw3fn5....................................................................App. 1063

Sara Ashley O'Brien, *Twitter user suspended for 'calling out bigotry'*, CNN BUS. (Jan. 9, 2017), https://cnn.it/3iRPM4L................................................App. 1069

*Al-Jazeera Twitter account temporarily 'suspended'*, ARAB NEWS (June 17, 2017), https://bit.ly/3gLDZ5w..........................................App. 1072

Kevin Robillard, *Twitter pulls Blackburn Senate ad deemed 'inflammatory'*, POLITICO (Oct. 9, 2017), https://politi.co/3xEqTxR ..........................................................App. 1078

Megan Keller, *Conservative commentator back on Twitter after controversial suspension*, THE HILL (Nov. 27, 2018), https://bit.ly/3cUPYg5 ......................................................App. 1080

Victor Morton, *David Horowitz Twitter account suspended*, WASH. TIMES (May 7, 2019), https://bit.ly/35FAEzD..........................................App. 1083

Ben Tobin & Phillip M. Bailey, *McConnell's campaign locked out by Twitter for posting critic's profanity-laced video*, COURIER JOURNAL (Aug. 7, 2019), https://bit.ly/3vOnEmc..............................................................................App. 1086

Bruce Haring, *'Fox And Friends' Host Pete Hegseth Banned From Twitter For Saudi Manifesto Post*, DEADLINE (Dec. 8, 2019), https://bit.ly/35AQNqh .....................................App. 1088

Andrew Whalen, *What Did Twitter Do to James Woods? The Story Behind the Trend*, NEWSWEEK (Mar. 25, 2020), https://bit.ly/2TSwHF2 ..........................................App. 1091

Kaelan Deese, *Commentator Candace Owens says her Twitter account was suspended following tweet about Whitmer*, THE HILL (May 2, 2020), https://bit.ly/3gHElLD..............App. 1099

*Twitter temporarily suspends Hungarian government's account*, ASSOCIATED PRESS (Sept. 30, 2020), https://bit.ly/3zGE2YL .............................App. 1102

Matthew Holroyd, *Twitter suspends Hungarian pro-government media account*, EURONEWS (Feb. 10, 2020), https://bit.ly/3gOkVU6............................................App. 1104

James Crump, *Charlie Kirk: Trump supporter has Twitter account locked for spreading misinformation about mail-in voting*, THE INDEP. (Oct. 19, 2020), https://bit.ly/3zHJACk ...........................................................................App. 1107

Elizabeth Lopatto, *In its latest confusing decision, Twitter reinstates The New York Post*, THE VERGE (Oct. 30, 2020), https://bit.ly/3zHcnXW ...................................................App. 1111

Lindsey Ellefson, *Fox News' Dan Bongino Won't Return to Twitter After Suspension: 'F- You'*, YAHOO ENT. (Jan. 7, 2021), https://yhoo.it/2Ukbfcx...........................................App. 1114

Brian Fung, *Twitter bans President Trump's account*, CNN (Jan. 9, 2021), https://cnn.it/3zCSMbb ................................................................................App. 1116

Nate Gartrell, *California court rules Twitter can ban users, rejects appeal by writer banned for 'hateful' tweets about transgender women*, MERCURY NEWS (Feb. 16, 2021), https://bayareane.ws/2SNVSsf .....................App. 1119

Brian Fung, *Twitter permanently bans Project Veritas account*, CNN (Feb. 11, 2021), https://cnn.it/3gPLEzA .....................................................App. 1121

*Covid: Twitter suspends Naomi Wolf after tweeting anti-vaccine misinformation*, BBC NEWS (June 6, 2021), https://bbc.in/3gLFz7s .............................................................. App. 1122

*Twitter's purge of the anti-woke satirists*, SPIKED (Aug. 18, 2020),
https://bit.ly/3zEnAbv ...........................................................................App. 1124

Anugrah Kumar, *Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible verses, worship videos*, CHRISTIAN POST
(June 27, 2020), https://bit.ly/3cXEx7k .................................................App. 1127

Anna Hopkins, *PragerU accuses Twitter, YouTube of censoring ads and vides, founder calls out 'assault' on free speech*, FOX NEWS (June 26, 2019), https://fxn.ws/3iV1Hig ....App. 1133

Emma Colton, *Jason Whitlock locked out of Twitter account after criticizing Black Lives Matter founder home purchase*,
WASH. EXAMINER (Apr. 13, 2021), https://washex.am/3cT2gp0 .........................App. 1136

BVN, *Congressional Candidate Aja Smith Charges "Shadow Banning" by Social Media Outlets*,
BVN (Oct. 19, 2020), https://bit.ly/3xA4pxT .........................................App. 1140

Jason Murdock, *Conservatives Complain About Losing Twitter Followers Amid QAnon Purge*,
NEWSWEEK (Jan. 12, 2021), https://bit.ly/3xzxgCl................................App. 1148

Eric Paulson, *Blocking Political Ads Favors Liberal Elites*, WALL ST. J. (Nov. 12, 2019),
https://on.wsj.com/3iQUZde...............................................................App. 1155

Jessica Guynn & Kevin Crowe, *Trump allies and Republican lawmakers lost thousands of followers in Twitter purge after Capitol riots*, USA TODAY (Jan. 15, 2021),
https://bit.ly/2UeY4tb ........................................................................App. 1157

Abby Ohlheiser, *Twitter's ban almost doubled attention for Biden story*, MT TECH. REV. (Oct. 16, 2020), https://bit.ly/3zC1qH0 .......................................................App. 1162

Shannon Bond, *Twitter Expands Warning Labels To Slow Spread of Election Misinformation*,
NPR (Oct. 9, 2020), https://n.pr/3cVg96b ...........................................App. 1165

Linda Givetash, *Laura Loomer banned from Twitter after criticizing Ilhan Omar*,
NBC (Nov. 22, 2018), https://nbcnews.to/3cUmrTD ...........................App. 1171

Donie O'Sullivan, *MyPillow CEO Mike Lindell has been banned from Twitter*,
CNN BUS. (Jan. 26, 2021), https://cnn.it/3gKpZsB ................................App. 1175

Ben Collins & Brandy Zadrozny, *Twitter Bans Michael Flynn, Sidney Powell in QAnon Account Purge*, NBC (Jan. 8, 2021), https://nbcnews.to/3gGyiWs ....................App. 1177

Kate Sullivan, *Republican running to challenge Rep. Ilhan Omar has Twitter account permanently suspended*, CNN (Nov. 29, 2019), https://cnn.it/3iZnS71 ..............App. 1171

Patrick Marley, *Taxpayers to give up $200,000 because Republican lawmakers blocked a liberal group on Twitter*, MILWAUKEE J. SENTINEL (Aug. 16, 2019),
https://bit.ly/3gL7W5N .......................................................................App. 1184

Ben Shapiro, *Viewpoint Discrimination with Algorithms*,
        NAT'L REV. (Mar. 7, 2018), https://bit.ly/3cVPINM ............................................App. 1186

Grace Panetta, *Twitter Reportedly Won't Use an Algorithm to Crack Down on White*
        *Supremacists Because Some GOP Politicians Could End Up Getting Barred Too*,
        INSIDER (Apr. 25, 2019), https://bit.ly/2Up3IJu......................................................App. 1191

Niam Yaraghi, *Twitter's Ban on Political Advertisements Hurts Our Democracy*,
        BROOKINGS (Jan. 8, 2020), https://brook.gs/35DosiP............................................App. 1195

Kate Conger & Mike Isaac, *Twitter Permanently Bans Trump, Capping Online Revolt*,
        N.Y. TIMES (Jan. 12, 2021), https://nyti.ms/2TRTy3A ........................................App. 1199

Evelyn Douek, *Trump Is Banned. Who Is Next?*,
        THE ATLANTIC (Jan. 9, 2021), https://bit.ly/35DAlFN ........................................App. 1202

Kirby Wilson & Allison Ross, *YouTube Removes Video of DeSantis Coronavirus Roundtable*,
        TAMPA BAY TIMES (Apr. 9, 2021), https://bit.ly/3vHkDni..................................App. 1208

News Release, *Governor Ron DeSantis Signs Bill to Stop the Censorship of Floridians by Big*
        *Tech*, FLA. GOVERNOR (May 24, 2021), https://bit.ly/3xvIhEQ ..........................App. 1211

*PragerU Takes Legal Action Against Google and YouTube for Discrimination*,
        PRAGER UNIV. (last visited June 20, 2021), https://bit.ly/3zGFbj1 ......................App. 1213

Mike Snider, *YouTube to ban videos about gun sales and modification*,
        USA TODAY (Mar. 22, 2018), https://bit.ly/3xCX28G..........................................App. 1217

Dan Sanchez, *YouTube's Censorship of Dissenting Doctors Will Backfire*,
         FEE (Apr. 30, 2020), https://bit.ly/3xxajzO ........................................................App. 1219

Tobias Hoonhout, *Rep. Banks Demands Answers from Google over Alleged YouTube Censorship*
        *of CCP Criticism*, NAT'L REV. (May 26, 2020), https://bit.ly/3qeo6ZO ..............App. 1227

David Harsany, *Israel-Video Crackdown Shows YouTube Does Not 'Carefully' Review Content*,
        NAT'L REV. (June 3, 2021), https://bit.ly/3xzGAGy.............................................App. 1230

Emily Jashinsky, *Exclusive: Man Tried To Share His Regrets About Transgender Life. YouTube*
        *Censored It*, THE FEDERALIST (last visited June 20, 2021),
        https://bit.ly/3wNHrTW.......................................................................................App. 1234

The Editorial Board, Opinion, *YouTube's Political Censorship*,
        WALL ST. J. (Sept. 14, 2020), https://on.wsj.com/3cTOOBt ...............................App. 1237

Ashley Gold, *YouTube temporarily suspends, demonetizes OANN*,
        AXIOS (Nov. 24, 2020), https://bit.ly/3iWvR4W..................................................App. 1240

Mike Snider, *YouTube ban: Google extends suspension of former President Trump's channel*,
        USA TODAY (Jan. 26, 2021), https://bit.ly/3xtKBMu ..........................................App. 1248

Ron Johnson, Opinion, *YouTube Cancels the U.S. Senate*,
    WALL ST. J. (Feb. 2, 2021), https://on.wsj.com/3xEUgQB ..................................App. 1250

Alan Macleod, *"At First I Thought it Was a Joke": Academic Media Censorship Conference
    Censored by YouTube*, MPN NEWS (Feb. 1, 2021), https://bit.ly/3cTOX7Z........App. 1253

CNA Staff, *LifeSiteNews' permanent ban by YouTube raises censorship alarms*,
    THE B.C. CATHOLIC (Feb. 20, 2021), https://bit.ly/3gDy43A ..............................App. 1260

Kristine Frazao, *YouTube accused of 'censorship' for removing Senate hearing video*,
    FOX 11 NEWS (Feb. 4, 2021), https://bit.ly/3gKKkya...........................................App. 1264

Mike Robert Lee, *YouTube Censorship Continues: Video Platform Takes Down Newsmax Trump
    Interview*, THE DAN BONGINO SHOW (Feb. 22, 2021), https://bit.ly/3xtKH6O....App. 1270

Jake Stofan, *DeSantis fires back after YouTube removes COVID-19 roundtable clip*,
    NEWS4JAX (Apr. 13, 2021), https://bit.ly/2TJHEca.................................................App. 1274

Sean Hollister, *YouTube has removed Steven Crowder from its Partner Program indefinitely*,
    THE VERGE (Mar. 30, 2021), https://bit.ly/3vHvePl.............................................App. 1278

Brett Molina, *YouTube bans channel of former Trump aide Sebastian Gorka over election
    claims*, USA TODAY (Apr. 14, 2021), https://bit.ly/2SdCYLb.............................App. 1280

Ann Doss Helms & Steve Harrison, *YouTube Deletes Union School Board Video Over Mask
    Comments, Then Reverses Itself*, WFAE 90.7
    (May 13, 2021), https://bit.ly/3qaGEdj.................................................................App. 1282

Amanda Prestigiacomo, *YouTube Places Ban On Steven Crowder Over Ma'Khia Bryant Video;
    Crodwer: Look What YouTube Does Allow*,
    DAILY WIRE (May 13, 2021), https://bit.ly/3gHsaON.........................................App. 1289

*YouTube bans US Sen. Ron Johnson from posting videos for 7 days*,
    WISN ABC (June 11, 2021), https://bit.ly/3qkbYGE ..........................................App. 1294

Valerie Richardson, *'They whacked us': YouTube cancels Christian author Eric Metaxas*, WASH.
    TIMES (June 2, 2021), https://bit.ly/3iW9Pir ......................................................App. 1297

William Turton, *Gun vloggers are flipping out at YouTube's crackdown on their videos*,
    VICE (Apr. 23, 2018), https://bit.ly/2UfIptH.......................................................App. 1301

Ben Tobin, *YouTube censors Rand Paul by removing Trump impeachment question, and he's not
    happy*, COURIER J. (Feb. 13, 2020), https://bit.ly/2SPtS7N .................................App. 1305

Dartunorro Clark, *YouTube suspends GOP Sen. Ron Johnson's account, says he violated Covid-
    19 policy*, NBC (June 11, 2021), https://nbcnews.to/3zC1Qx4...........................App. 1307

Kenneth Rapoza, *YouTube Takes Action Against Chinese Blogger's Post On Coronavirus
    Origins*, FORBES (May 8, 2020), https://bit.ly/3zFsxRy ......................................App. 1310

Sam Dorman, *YouTube faces mass backlash after claiming it acted without 'political bias'*, FOX NEWS (June 26, 2019), https://fxn.ws/3xuM1pW ................................................ App. 1321

Pete Baklinski, *Youtube banned this powerful pro-life music video. Then the artist sued.*, LIFESITE (Dec. 18, 2015), https://bit.ly/3xEXwLP ................................................ App. 1326

Jay Peters, *Inexplicably, YouTube says extremely racist Steven Crowder video isn't hate speech*, THE VERGE (Mar. 18, 2021), https://bit.ly/3ddPYIf ............................................ App. 1333

Emily Birnbaum, *YouTube blocks controversial conservative from making money off ads*, THE HILL (June 5, 2019), https://bit.ly/2SMU5Ur ................................................ App. 1336

Rachel E. Greenspan, *YouTube bans far-right channels for hate speech including those of Richard Spencer, David Duke, and Stefan Molyneux*, INSIDER (June 29, 2020), https://bit.ly/3zDSP6E ........................................................................... App. 1339

Jane Coaston, *YouTube, Facebook, and Apple's ban on Alex Jones, explained*, VOX (Aug. 6, 2018), https://bit.ly/3cUVgrX ......................................................... App. 1344

Natalie Frank, *If You Are Going to Ban Someone Have the Courage to Do It in the Light Not the Shadows*, MEDIUM (Nov. 19, 2019), https://bit.ly/3zFVcG0 ................................ App. 1352

Rishika Pardikar, *Social Media Companies Like Instagram Are Censoring Dissent*, JACOBIN (June 1, 2021), https://bit.ly/3zEll85 ..................................................... App. 1362

Doree Lewak, *How Social Media Censorship 'silences' conservative thoughts*, N.Y. POST (Oct. 10, 2020), https://bit.ly/3zHUs34 ................................................. App. 1368

Omar Zahzah, *Digital apartheid: Palestinians being silenced on social media*, AL JAZEERA (May 13, 2021), https://bit.ly/3zz7DDH .......................................... App. 1371

Audrey Conklin & Sasha Savitsky, *Users on Instagram, Twitter, TikTok decry censorship of Israel posts*, FOX BUS. (May 14, 2021), https://fxn.ws/2SGAfKG ...................... App. 1380

NMOGHAL, *Julio Gonzalez said Amazon censored his coronavirus book*, BOOK PUBL'G (June 10, 2020), https://bit.ly/3cSpZ92 ......................................... App. 1385

Sarah Perez & Brian Heater, *Apple Suspends Parler from App Store*, TECH CRUNCH (Jan. 9, 2021), https://tcrn.ch/3vJMPpE ................................................................. App. 1388

Cristiano Lima, *Snapchat stokes GOP ire for refusing to promote Trump's account*, POLITICO (June 3, 2020), https://politi.co/3gFETS1 ............................................................. App. 1391

New Guard Staff, *TikTok Targets Conservatives: No Transparency, Vague Guidelines*, YOUNG AMERICA'S FOUND. (Feb. 8, 2020), https://bit.ly/3vD8EHr .................... App. 1397

Sarah Favot, *Dark money Influencers Are Placing Political Ads on TikTok, Mozilla Says*, DOT.LA (June 3, 2021), https://bit.ly/3wMFfMC ................................................. App. 1401

Scaachi Koul, *Conservative Teens On TikTok Are Going Though Some Growing Pains*, BUZZFEED.NEWS (July 1, 2020), https://bit.ly/3gFEWxb......................................App. 1404

Jack Morse, *Discord bans Reddit-linked pro-Trump server tied to attack on the U.S. Capitol*, MASHABLE (last visited June 20, 2021), https://bit.ly/3gFnjh1 ............................App. 1419

Danny Sullivan, *Google says it's not deliberately filtering "Crooked Hillary" suggested search to favor Clinton*, SEARCH ENGINE LAND (June 4, 2016), https://bit.ly/3zyfRf8 ...App. 1421

Allana Akhtar, *Google isn't blocking searches for the 'lab leak' theory as the coronavirus' origin is being investigated, but it prioritizes 'authoritative' results to avoid leading users to misinformation*, INSIDER (June 10, 2021), https://bit.ly/3xrwyHo....................App. 1430

KUSI Newsroom, *Breitbart Senior Tech Correspondent details Facebook and Google's censorship of conservative news*, KUSI (July 30, 2020), https://bit.ly/35HcG7j.App. 1435

Lucas Matney, *Parler removed from Google Play store as Apple App Store suspension reportedly looms*, TECH CRUNCH (Jan. 8, 2021), https://tcrn.ch/3wLlIvP............App. 1437

John Crudele, *LinkedIn has discriminated against me because of my politics*, N.Y. POST (Jan. 18, 2020), https://bit.ly/3zErn8J ...................................................App. 1439

Bradford Betz, *LinkedIn removes training seminar telling people to be 'less white', following Coca-Cola backlash*, FOX NEWS (Feb. 23, 2021), https://fxn.ws/3xymUCF .......App. 1441

Donald Trump Jr., *If Big Tech Can Censor Me, Think What It Can Do To You*, REAL CLEAR POLITICS (Feb. 22, 2019), https://bit.ly/3zEriSt.......................................................App. 1444

Kirsten Grind, *How Google Interferes with its Search Algorithms and Changes Your Results*, WALL ST. J. (Nov. 15, 2019), https://on.wsj.com/31GLTXx.................................App. 1446

Kate Conger, *Google C.E.O. Denies Allegations of Political Bias in Search Results*, N.Y. TIMES (Sept. 21, 2018), https://tinyurl.com/y8hwo4rr.................................App. 1478

Allum Bokhari, *Election Interference: Google Purges Breitbart From Search Results*, BREITBART (July 28, 2020), https://bit.ly/2Z803zp ................................................App. 1479

Eric Goldman, *Google Must Answer Lawsuit for Manually Removing Websites from Its Search Index*, FORBES (May 17, 2016), https://bit.ly/3vJPdNs ........................................App. 1487

Kay C. James, *Amazon Doubles Down on Excluding Some Conservatice Nonprofits From Customer Donations*, THE HERITAGE FOUND. (June 17, 2020), https://herit.ag/3h2CjVx...................................................................................App. 1491

Cameron Hilditch, *Amazon's Foolish Collaboration with the Southern Poverty Law Center*, NAT'L REV. (June 24, 2020), https://bit.ly/3xzg2oD ............................................App. 1494

Avery Hartmans, *Jeff Bezos hinted Amazon might split from the SPLC over designation of extremist groups after pressure from a GOP lawmaker*, INSIDER (July 29, 2020), https://bit.ly/3xBq2xE....................................................App. 1498

Kevin Michael Biscoe, *Amazon Banned, Un-Banned Documentary About Michael Brown's Death Indicts 'American liberalism'*, ZENGER NEWS (Nov. 18, 2020), https://bit.ly/3xxSwse.................................................................................App. 1505

Brian Flood, *Amazon bans 'What Killed Michael Brown?' Documentary, director says*, FOX NEWS (Oct. 14, 2020), https://fxn.ws/3gLJ5Pc.....................................................App. 1515

Ryan T. Anderson, Opinion, *When Amazon pulled my book on transgender issues, it tried to shut down debate*, USA TODAY (Mar. 19, 2021), https://bit.ly/3gHuKTQ.................App. 1520

Kim Lyons, *Parler is gone for now as Amazon terminates hosting*, THE VERGE (Jan. 11, 2021), https://bit.ly/3iVDybi ...............................................App. 1524

Jason L. Riley, Opinion, *Why Did Amazon Cancel Justice Thomas?*, WALL ST. J. (Mar. 2, 2021), https://on.wsj.com/3iZob1F ...................................................................App. 1530

Ramya Sethuraman, *More Control and Context in News Feed*, FACEBOOK NEWSROOM (Mar. 31, 2021), https://bit.ly/3cQf1R5 ............................................................................App. 1534

Erik Wemple, Opinion, *Facebook Admits Mistake in Flagging Satire About CNN Spinning the News With a Washing Machine*, WASH. POST (Mar. 2, 2018), https://wapo.st/3d1SJMp ...................................................................................App. 1539

*Tampa Bay Times*

A D V E R T I S E M E N T

NEWS / **THE BUZZ ON FLORIDA POLITICS**

# YouTube removes video of DeSantis coronavirus roundtable

"Our policies apply to everyone," a YouTube spokeswoman said in an email. It removed the video because it said the content violated its standards about "COVID-19 medical misinformation." DeSantis' office blasted the decision.

   



Florida Gov. Ron DeSantis. [ CHRIS O'MEARA | AP ]

By **Kirby Wilson** and **Allison Ross**

Published Apr. 9
Updated Apr. 9

TALLAHASSEE — YouTube has removed a recording of a roundtable discussion on public health that was held by Gov. Ron DeSantis last month after the video-sharing platform said _____ ng that "contradicts the consensus of local ____

The March 18 roundtable discussion featured a panel of physicians who appeared to be hand-picked because their views aligned with DeSantis' handling of the

By using this site, you agree to our updated
Privacy Policy and our Terms of Use.

**App. 1208**

*Tampa Bay Times*

---

Kulldorff of Harvard University, Dr. Sunetra Gupta of Oxford University and Dr. Jay Bhattacharya, of Stanford Medical School — all of whom have been critical of lockdowns and certain other measures amid the pandemic.

A D V E R T I S E M E N T

---

**RELATED:** DeSantis gathers hand-picked doctors to help validate his COVID response

---

At one point during the nearly two-hour discussion, DeSantis asked panelists whether children needed to wear face masks in school. Kulldorff responded that "children should not wear face masks. No. They don't need it for their own protection and they don't need it for protecting other people, either." Bhattacharya added that he thought it was "developmentally inappropriate" for children in school to wear face masks.

YouTube pointed to those comments as example of content that violated its standards about "COVID-19 medical misinformation." (The U.S. Centers for Disease Control and Prevention recommends that children ages 2 and older wear a mask when in public and when around people they don't live with.)

"Our policies apply to everyone, and focus on content regardless of the speaker or channel," a YouTube spokeswoman said in an email Friday.

Video of the roundtable — which is available at theFloridaChannel.org — was posted to YouTube by WTSP Tampa Bay and embedded in a news story about the event. The libertarian-leaning think tank American Institute for Economic Research first flagged the video's removal from YouTube on Wednesday.

---

SPONSORED CONTENT
*Go On a Real Vacation* ⧉
*By Go RVing*

---

In a statement, Cody McCloud, a DeSantis spokesman, blasted YouTube's actions.

"YouTube claimed they removed the video because 'it contradicts the consensus of local and global health authorities,' yet this roundtable was led by world-renowned doctors and epidemiologists from Oxford, Stanford, and Harvard, all of whom are eminently qualified to speak on the global health crisis. Good public health policy should include a variety of scientific and technical expertise, and YouTube's decision to remove th[...] of these complex issues," McCloud said

By using this site, you agree to our updated Privacy Policy and our Terms of Use.

A D V E R T I S E M E N T

**App. 1209**

## Tampa Bay Times

lone statewide elected Democrat is rumored to be a rival for DeSantis in the 2022 governor's race.

On Friday, she tweeted that "We should find a governor who doesn't get banned from @YouTube for endangering children with conspiracies."

YouTube's actions came after months of hostile rhetoric from DeSantis toward large technology companies, which he and other Republicans have accused of bias against conservative viewpoints.

RELATED: Florida lawmakers plunge into effort regulating social media

DeSantis began to make his campaign against "Big Tech" a central feature of his policy platform after the deadly Jan. 6 insurrection at the U.S. Capitol, which led to Trump's ban from social media websites. Earlier this year, DeSantis called regulation of large technology companies "probably the most important legislative issue" facing the state.

The Legislature is taking up two major efforts on Big Tech that have DeSantis' backing. One would force online companies to get explicit permission from customers before selling their data. Those bills, SB 1734 and HB 969, are similar to a sweeping California data privacy law. The Florida business community opposes the new requirements, arguing they'd be too costly for companies to implement.

A D V E R T I S E M E N T

A second set of proposals, HB 7013 and SB 7072, would attempt to crack down on the de-platforming of political candidates. Companies found to have kicked certain candidates off their platforms could be fined $100,000 per day by the Florida Elections Commission under the proposals. The bills would also require that companies give all users more due process before banning them from platforms.

It's unclear whether the latter set of proposals would hold up to legal scrutiny given the First Amendment implications of a government forcing a private company to allow certain people onto its platform.

UP NEXT: Matt Gaetz faces inquiry by House ethics panel over potential misconduct

**KIRBY WILSON**
Times/Herald Tallahassee Bureau

By using this site, you agree to our updated Privacy Policy and our Terms of Use.

**ALLISON ROSS**
State Accountability Reporter

**App. 1210**

**The COVID-19 Call Center is available 24/7**
**1 (866) 779-6121 | COVID-19@flhealth.gov**
**For Important Updates Text FLCOVID19 to 888-777**



- Home
- Governor DeSantis
- First Lady DeSantis
- Lt. Gov. Nuñez
- Media
- Info Center
- Contact
- Español
- COVID-19

Governor DeSantis Signs Florida's Tax Cut Package  Governor Ron DeSantis Signs Two Bills

# Governor Ron DeSantis Signs Bill to Stop the Censorship of Floridians by Big Tech

*On May 24, 2021, in News Releases, by Staff*

**MIAMI –** Today, Governor Ron DeSantis signed Senate Bill 7072 to hold Big Tech accountable by driving transparency and safeguarding Floridians' ability to access and participate in online platforms.

"This session, we took action to ensure that 'We the People' — real Floridians across the Sunshine State — are guaranteed protection against the Silicon Valley elites," **said Governor Ron DeSantis.** "Many in our state have experienced censorship and other tyrannical behavior firsthand in Cuba and Venezuela. If Big Tech censors enforce rules inconsistently, to discriminate in favor of the dominant Silicon Valley ideology, they will now be held accountable."

"What we've been seeing across the U.S. is an effort to silence, intimidate, and wipe out dissenting voices by the leftist media and big corporations. Today, by signing SB 7072 into law, Florida is taking back the virtual public square as a place where information and ideas can flow freely. Many of our constituents know the dangers of being silenced or have been silenced themselves under communist rule. Thankfully in Florida we have a Governor that fights against big tech oligarchs that contrive, manipulate, and censor if you voice views that run contrary to their radical leftist narrative," **Lieutenant Governor Jeanette Nuñez said.**

"I'm pleased to see Florida setting the example by doing everything in our power to stop the abuses that are possible when big tech goes unchecked. People have a right to express opposing views. This good bill protects candidates for elected office, media outlets and others from unfair and arbitrary discrimination on social media platforms. Thank you, Governor DeSantis and Speaker Sprowls, for your leadership on this important issue," **said Senate President Wilton Simpson.**

"Social media platforms have morphed into the town square," **said Speaker Chris Sprowls.** "If our democracy is going to survive, we must stand up to these technological oligarchs and hold them accountable. This legislation protects the free speech of Floridians and demands transparency. No more secret algorithms, inconsistent standards, shadow banning, and de-platforming. In Florida, sunshine is the best disinfectant – and it's time we bring these big tech monopolies out of the dark. I applaud Governor Ron DeSantis, President Simpson, and the Senate for taking action while our federal government idly sits by and congratulate Commerce Chairman Blaise Ingoglia for carrying this in the House."

"Big Tech has a responsibility to be fair and transparent to all of its users, regardless of our political ideology. Requiring Big Tech to define the behaviors that will lead to someone being de-platformed is a significant victory for free speech and I am grateful for our Governor's leadership on this issue," **said Senator Ray Rodrigues.**

"Day in and day out, our freedom of speech as conservatives is under attack by the "big tech" oligarchs in Silicon Valley. But in Florida, we said this egregious example of biased silencing will not be tolerated. It was an honor carrying this historic piece of legislation for Governor DeSantis to ensure our voices are heard as we safeguard free speech," **said Representative Blaise Ingoglia.**

**App. 1211**

**Under SB 7072:**

- All Floridians treated unfairly by Big Tech platforms will have the right to sue companies that violate this law — and win monetary damages. This reform safeguards the rights of every Floridian by requiring social media companies to be transparent about their content moderation practices and give users proper notice of changes to those policies, which prevents Big Tech bureaucrats from "moving the goalposts" to silence viewpoints they don't like.
- The Attorney General of Florida can bring action against technology companies that violate this law, under Florida's Unfair and Deceptive Trade Practices Act. If social media platforms are found to have violated antitrust law, they will be restricted from contracting with any public entity. That "antitrust violator" blacklist imposes real consequences for Big Tech oligopolies' bottom line.
- Big Tech is prohibited from de-platforming Floridian political candidates. The Florida Election Commission will impose fines of $250,000 per day on any social media company that de-platforms any candidate for statewide office, and $25,000 per day for de-platforming candidates for non-statewide offices. Any Floridian can block any candidate they don't want to hear from, and that is a right that belongs to each citizen — it's not for Big Tech companies to decide.

The full text of Senate Bill 7072 is [available here.](available here.)

<center>###</center>



Comments are closed.











**App. 1212**

NOW AVAILABLE: PragerU's First Children's Book!

Get your copy of Otto's Tales today.

## PragerU Takes Legal Action Against Google and YouTube for Discrimination

**VIEW FULL LAWSUIT COMPLAINT HERE**

**"This is speech discrimination plain and simple, censorship based entirely on unspecified ideological objection to the message or on the perceived identity and political viewpoint of the speaker"  - 36th Governor of California Pete Wilson  Browne, George, Ross LLP**

LOS ANGELES — Prager University (PragerU) has filed a lawsuit in the United States District Court for the Northern District of California to stop Google and YouTube from unlawfully censoring its educational videos and discriminating against its right to freedom of speech.

The lawsuit cites more than 50 PragerU videos which have either been "restricted" or "demonetized" by Google/YouTube. The PragerU videos range on various subjects presenting a conservative point of view, and include a video by noted Harvard Law professor Alan Dershowitz on the founding of Israel. PragerU previously compiled a complete list of their restricted videos here, which includes: "Why America Must Lead," "The Ten Commandments: Do Not Murder," "Why Did America Fight the Korean War," and "The World's Most Persecuted Minority: Christians."

In correspondence cited in the filing, Google/YouTube made it clear that the censorship of certain videos was because they were deemed "inappropriate" for younger audiences.

"Watch any one of our videos and you'll immediately realize that Google/YouTube censorship is entirely ideologically driven. For the record, our videos are presented by some of the finest minds in the Western world, including four Pulitzer Prize winners, former prime ministers, and professors from the most prestigious universities in America," stated PragerU founder Dennis Prager.

Prager added, "They are engaging in an arbitrary and capricious use of their 'restricted mode' and 'demonetization' to restrict non-left political thought. Their censorship is profoundly damaging because Google and YouTube own and control the largest forum for public participation in video-based speech in not only California, but the United States, and the world."

The total number of people who currently use YouTube exceeds 1.3 billion people. Google and YouTube advertise YouTube to the public as a forum intended to defend and protect free speech where members of the general public may express and exchange their ideas. They have represented that their platforms and services are intended to effectuate the exercise of free speech among the public. According to Google and YouTube: "voices matter." YouTube states that it is "committed to fostering a community where everyone's voice can be heard."

"However," said Eric George of Browne George Ross, the firm representing PragerU, "Google and YouTube use restricted mode filtering not to protect younger or sensitive viewers from 'inappropriate' video content, but as a political gag mechanism to silence PragerU. Google and YouTube do this not because they have identified video

content that violates their guidelines or is otherwise inappropriate for younger viewers, but because PragerU is a conservative nonprofit organization that is associated with and espouses the views of leading conservative speakers and scholars."

"This is speech discrimination plain and simple, censorship based entirely on unspecified ideological objection to the message or on the perceived identity and political viewpoint of the speaker," said former California Governor Pete Wilson of Browne George Ross. "Google and YouTube's use of restricted mode filtering to silence PragerU violates its fundamental First Amendment rights under both the California and United States Constitutions. It constitutes unlawful discrimination under California law, is a misleading and unfair business practice, and breaches the warranty of good faith and fair dealing implied in Google and YouTube's own Terms of Use and 'Community Guidelines.'"

"There is absolutely nothing 'inappropriate' about the content of the PragerU videos censored by Google and YouTube; the videos do not contain any profanity, nudity or otherwise inappropriate 'mature' content and they fully comply with the letter of YouTube's Terms of Use and Community Guidelines," said Marissa Streit, PragerU's chief executive officer who has engaged in a year-long-effort to try and persuade Google to stop censoring PragerU content. Streit continues, "It's clear that someone doesn't like what we teach and so they intend on stopping us from teaching it. Can you imagine what the world would look like if Google is allowed to continue to arbitrarily censor ideas they simply don't agree with?"

"This is not a left/right issue. It is a free speech issue, which is why prominent liberals, such as Harvard law professor Alan Dershowitz, are supporting our lawsuit," Prager concluded.

The lawsuit filed in the Northern District of California is available here.

###

PRESS INQUIRES CONTACT: The KAIROS Company for Prager University | Johnnie@theKcompany.co | 434-426-5310

**Advisory Legal Council:** Former Governor Pete Wilson's Law Firm, Browne, George and Ross; Eric George; Alan Dershowitz; Barak Lurie, Kelly Shackelford, Mat Staver;  and additional prominent attorneys.

PragerU, founded by Dennis Prager in 2011, is a not-for-profit organization that helps millions understand the values that shaped America and provides millions of Americans and people around the world with the intellectual ammunition they need to advocate for limited government, individual responsibility and economic freedom. In 2016 alone, PragerU's videos received over 250 million views, a figure that will eclipse 350 million in 2017. PragerU is a resource for all who value liberty. It is a threat to all those who do not.

## 5,167,903,965

video views & counting

### Help us reach our next billion

Join          Donate



**TALKING TECH**

# YouTube to ban videos about gun sales and modifications

**Mike Snider**  USA TODAY

Published 10:47 a.m. ET Mar. 22, 2018 | **Updated 1:23 p.m. ET Mar. 22, 2018**

YouTube is tightening its restrictions for content about guns and now forbids videos about the selling and making of firearms, ammunition and accessories.

The Google-owned video sharing site recently banned videos about how to convert firearms to make them fire more quickly, such as bump stocks. The Justice Department recently took action to ban the devices that speed up the pace of gunfire and allow semi-automatic guns to fire at a rate that mimics a fully automatic firearm.

These new restrictions, which take effect next month, prevent videos involving direct sales of firearms or certain firearms accessories, as well as videos that link to firearms sales sites. Videos that show how to make and modify firearms are banned, also.

YouTube's move comes as gun control supporters have increasingly targeted tech firms in the wake of the Marjory Stoneman Douglas High School shooting in Parkland, Fla. last month that left 17 students and staff dead. Last month, gun control supporters attempted to pressure Amazon, Apple and Google to drop the NRAtv channel from its streaming video devices.

The new firearms video restrictions are an update of some already-established prohibitions regarding content about guns, the company says.

"We routinely make updates and adjustments to our enforcement guidelines across all of our policies," YouTube said in a statement to USA TODAY. "While we've long prohibited the sale of firearms, we recently notified creators of updates we will be making around content promoting the sale or manufacture of firearms and their accessories, specifically, items like ammunition, gatling triggers, and drop-in auto sears."

YouTube says on its website it will now prohibit videos about direct sales of firearms and accessories, instructional videos about making firearms and modifying them (to include, or

**App. 1217**

example, high-capacity magazines).

But the new firearms content policy could have its downside and be unconstitutional, said the National Shooting Sports Foundation, which has a YouTube channel with more than 5,000 instructional videos. "We see the real potential for the blocking of educational content that serves instructional, skill-building and even safety purposes," the organization said in a statement.

The NSSF notes that Facebook has shut down some pages of firearms retailers that were following the social network's rules. "Much like Facebook, YouTube now acts as a virtual public square.  The exercise of what amounts to censorship, then, can legitimately be viewed as the stifling of commercial free speech, which has constitutional protection. Such actions also impinge on the Second Amendment."

**More:** MetLife, rental car agencies dump NRA discounts



# YouTube's Censorship of Dissenting Doctors Will Backfire

Sheltering the public from ideas, even bad ones, only weakens society's immunity against error.

Thursday, April 30, 2020



 **Dan Sanchez**

Culture   Censorship   Free Speech   YouTube   COVID-19   Coronavirus   Ideas

---

Y ouTube has been removing videos of a press briefing in which two doctors criticize the sweeping "shelter-at-home" edicts that governments have imposed throughout the world in response to the COVID-19 outbreak. One of the videos had over 5 million views before it was taken down.

The original videos were posted by an ABC news affiliate in Bakersfield, California. When the affiliate reached out to YouTube about the removal, a company spokesperson issued a statement that offered the following justification:

> "We quickly remove flagged content that violate [sic] our Community Guidelines, including content that explicitly disputes the efficacy of local health authority recommended guidance on social distancing that may lead others to act against that guidance. (...) From the very beginning of the pandemic, we've had clear policies against COVID-19 misinformation and are committed to continue providing timely and helpful information at this critical time."

The claims of the physicians (Dr. Daniel W. Erickson and Dr. Artin Massihi, owners of Accelerated Urgent Care in Bakersfield) have been the subject of furious debate. Many health experts and organizations have denounced their remarks as unscientific and reckless. Even fellow critics of shelter-in-place who agree with much of the rest of their analysis have questioned some of their statistical inferences.

Whatever the veracity of the doctors' claims, YouTube's censorship of unorthodox ideas in the name of protecting the public from misinformation is misguided and counter-productive. Sheltering the public from ideas, even bad ones, only makes society more susceptible to dangerous error.

# Quarantining Ideas

One of the censored doctors' critiques of shelter-at-home provides an apt metaphor for the folly of censorship. Dr. Erickson said:

"I'd like to go over some basic things about how the immune system functions so people have a good understanding. The immune system is built by exposure to antigens: viruses, bacteria. When you're a little child crawling on the ground, putting stuff in your mouth, viruses and bacteria come in. You form an antigen antibody complex. You form IgG IgM. This is how your immune system is built. You don't take a small child, put them in bubble wrap in a room, and say, "go have a healthy immune system.

This is immunology, microbiology 101. This is the basis of what we've known for years. When you take human beings and you say, "go into your house, clean all your counters—Lysol them down you're gonna kill 99% of viruses and bacteria; wear a mask; don't go outside," what does it do to our immune system? Our immune system is used to touching. We share bacteria. Staphylococcus, streptococcal, bacteria, viruses.

Sheltering in place decreases your immune system. And then as we all come out of shelter in place with a lower immune system and start trading viruses, bacteria—what do you think is going to happen? Disease is going to spike. And then you've got diseases spike—amongst a hospital system with furloughed doctors and nurses. This is not the combination we want to set up for a healthy society. It doesn't make any sense."

Just as "local health authorities" are ostensibly trying to protect the public from COVID-19 through "shelter-at-home" policies, YouTube is seeking to shelter the public from "misinformation." The following characterizes the perspective of YouTube and the "health authorities" that YouTube is serving in a metaphorical nutshell:

- The dissenting doctors are infected with harmful ideas.

- Their message "may lead others to act" against official guidance; in other words, their bad ideas are contagious.

**App. 1221**

- The video had already "gone viral" (over 5 million views) and risked becoming a misinformation pandemic which could result in worsening the physical pandemic.

- By cutting the doctors off from communicating their message to the public, YouTube is quarantining them to limit the public's exposure to their "mind viruses" and to nip the misinformation pandemic in the bud, or to at least "flatten its curve."

This is in keeping with the policy that YouTube CEO Susan Wojcicki announced days ago, that YouTube would remove any content that contradicts the World Health Organization on COVID-19.

Even assuming all the doctors' ideas are indeed bad, such a policy doesn't work, and only makes things worse.

# The Intellectual Immune System

Just as human immune systems are built up through exposure to viruses and other pathogens (as Dr. Erickson explained above), our intellectual defenses against error are strengthened through exposure to bad ideas.

When you encounter a bad idea, what can conceivably happen? You can:

1. Reject or ignore it.

2. Investigate it.

3. Adopt it.

4. Adopt it and implement it.

In the case of #1, there is no problem. Next, let's consider #4, since that is the outcome that censors are most trying to avoid.

What happens when you adopt and implement a bad idea in your life? In the worst-case scenario, it could destroy you. But that is far less common in life than scaremongers would have us believe. More often, we suffer but do not die. And that is a very memorable way to learn that the idea implemented was indeed bad. We learn from experience, from failure, from the "school of hard knocks." That is one of the reasons why "what does not kill you makes you stronger," as the saying goes.

But not everybody needs to suffer to benefit from the lessons of suffering. That brings us to #2: we can investigate the idea. Through investigation, we can discover the accounts (whether first- or second-hand) of experiments with the bad idea and their bad results. Ideally, these would be rigorously scientific experiments whenever possible.

Finally, we have #3, which is adopting the bad idea without implementing it. What would be the point of doing that? Well, it could mean adopting it just enough to advocate it. And arguing for an idea is one of the most efficient ways to investigate it (making #3 really a subset of #2). That is because argument elicits counter-argument. And true, effective counter-arguments are, by definition, antithetical to bad ideas. Even if the apologist of the bad idea holds fast to his belief, the counter-arguments that emerge can arm debate spectators against error.

In all of the above cases, exposure to bad ideas strengthens our defenses against bad ideas. We come away equipped with truths—facts, information, and counter-arguments—drawn ultimately from experience, whether our own or that of others. These *good* counter-ideas are like antibodies that we develop through exposure to *bad* ideas. Bad ideas are not just pathogens, but *antigens*. We thus develop immunity, not only to those specific bad ideas, but to similar ones, because we learn to recognize the basic logical fallacies that they share.

The mind, like our immune system and our muscles, is "antifragile" to use the term coined by Nassim Nicholas Taleb. It grows stronger through exposure to adversity.

**App. 1223**

# The Dangerous Safety of the Bubble

The flipside of that is also true. Just as sheltering from antigens can lead to immunodeficiency, sheltering from bad ideas ultimately makes us more susceptible to them.

When paternalistic censors seal us up in a sterile bubble of ideas for our own "protection," they deprive us of the chance to develop through experience our own ability to identify and grapple with bad ideas. As soon as a bad idea penetrates our bubble, we have no defences against it. Our lack of experience with the responsibilities of intellectual independence has left us naive, credulous, and gullible.

The more that self-appointed gatekeepers like YouTube and its allied "health authorities" "protect" us from ideas they disapprove of, the more susceptible we will be to falsehood and error (including falsehoods foisted on us by our "protectors" themselves). This vulnerability will in turn be used to justify still more such "protection." Such is the vicious cycle of sheltering.

Ironically, many secular leftists who support public-health "influence sheltering" probably fully understand the dangers of that practice in another instance.

The classic critique of a sheltered upbringing is that it deprives the child of experience grappling with potentially "bad influences" and so ultimately leaves her more vulnerable to them. The stereotypical example of this is a child raised in an exclusively religious and traditional environment, without exposure to non-traditionalist peers, popular movies and music, and tempting situations. Once this naif inevitably leaves home, perhaps to go off to college or "the big city," she has no defenses against the wave of "bad influences" that she must then face all at once with little support, and so the wave engulfs her.

The same principle applies generally: sheltering backfires, whether the "bad influences" are cultural or medical.

**App. 1224**

This is one reason why open discourse is so important and censorship is so debilitating and disrespectful. We need to be allowed the responsibility and practice of identifying and guarding against falsehood to be any good at it.

## Protected from the Truth

Now, all of the above takes for granted, for the sake of argument, that the purported "bad ideas" are in fact bad, and that the censors are in possession of good ideas. However, that is often not the case. Heresies often turn out to be right, and orthodoxies often turn out to be wrong: and this includes scientific paradigms that wound up in the ash heap of history. Our "protectors" may be sheltering us from the truth and forcing falsehood upon us. Wrong orthodoxies are far more dangerous than wrong heresies, simply as a matter of the scale of the error's impact.

That is yet another reason why open discourse is so vital. For the sake of human welfare, orthodox falsehoods need to be overthrown, and heretical truths need to spread.

The remarks of the Bakersfield doctors are probably a mix of good ideas and bad, truths and falsehoods. Taking down the video does us a disservice regarding both sides of the coin.

To the extent that they are wrong, their errors should be aired out and refuted. Any mistake the doctors made will probably be made again, since the human mind tends to fall prey to the same basic fallacies. By developing and disseminating counter-arguments (mental antibodies) to them, we develop our immunity to these and similar errors.

By taking down the videos, YouTube has limited the extent to which that social learning can happen and insulated the error from debunking. If anything, YouTube's censorship has lent additional credence to whatever mistakes they made by feeding into the narrative that the powers-that-be

fear its truth. The debunking is being drowned out by outrage over the censorship. And the Streisand Effect (how censorship can boost something's publicity) is causing it to spread even more.

Moreover, even if the physicians are wrong in some ways (like in their statistical claims), they may be right in other important ways.

Whether or not sheltering bodies is a wise policy for the spread of COVID-19, sheltering minds is surely a bad policy for the spread of ideas.



Join us in preserving the principles of economic freedom and individual liberty for the rising generation

**Support FEE's Mission**



### Dan Sanchez

Dan Sanchez is the Director of Content at the Foundation for Economic Education (FEE) and the editor-in chief of FEE.org.

NEWS

WORLD

# Rep. Banks Demands Answers from Google over Alleged YouTube Censorship of CCP Criticism

**By TOBIAS HOONHOUT**  |  May 26, 2020 1:24 PM



(Dado Ruvic/Reuters)

### Listen to this article

Representative Jim Banks (R., Ind.) sent a letter to Google on Tuesday asking that the tech giant explain why YouTube comments mentioning the Chinese

**App. 1227**

automatically deleted.

The revelation, which was mentioned Monday by Palmer Luckey, an American entrepreneur who founded Oculus VR, drew a number of other confirmations from Twitter users after Luckey revealed that "YouTube has deleted every comment I ever made about the Wumao (五毛)."

▶

In a statement to NATIONAL REVIEW, a YouTube spokesperson said the company was "investigating" the issue, saying the situation "appears to be an error in our enforcement systems." YouTube is currently blocked in China, and *The Verge* found complaints relating to the issue dating back to October 2019.

Wumao, commonly referred to as the "50-Cent Party" — a reference to a 2010 editorial in the state-run *Global Times* that said commenters are paid 50 cents per post — stands for internet commentators who are hired by Chinese authorities to manipulate public opinion to favor the Communist Party.

App. 1228

existence, and found that the "massive secret operation" involves the production of approximately 488 million fabricated social media posts per year to "regularly distract the public and change the subject."

In his letter, a copy of which was obtained by NATIONAL REVIEW, Banks cites reports of Wumao's influence in helping elect a pro-China mayor in Taiwan last year, as well as Google's own "Project Dragonfly" — a censored version of Google's search engine designed specifically for the Chinese market. Google's vice president of public policy Karan Bhatia told Senator Josh Hawley (R., Mo.) during a Senate Judiciary Committee hearing last year that the company had "terminated" Dragonfly after the *Intercept* leaked news of its development in 2018.

"It's my understanding the project was ultimately abandoned because of internal opposition at Google," Banks writes. "As an American company that enjoys protections under the U.S. Constitution, one would expect they'd seek to extend the spirit of the First Amendment to their online platforms, which includes criticism of government and public figures, so as to hold them accountable."

Banks, a member of the House GOP's newly-minted "China Task Force," also points to Google's protections under Section 230, which allows platforms to not be held responsible for third-party posts, as further proof of hypocrisy.

"Tech companies claim not to have the resources block this type of speech on their platforms. Therefore, they shouldn't be held criminally liable for it. But examples like this one, where American tech companies are utilizing Chinese Communist-style censorship practices dramatically undermine that argument," Banks stated.

**MEDIA**

# Israel-Video Crackdown Shows YouTube Does Not 'Carefully' Review Content

**By DAVID HARSANYI** | June 3, 2021 5:08 PM



(Dado Ruvic/File Photo/Reuters)

The illiberal notion that words are 'unsafe' is being normalized.

Listen to this article

L AST week, John Oliver ran a puerile critique of Israel on his HBO program *Last Week Tonight*. Though I've never subjected myself to his show, I am aware of the segment because Naor Meningher and Eytan Weinstein, the guys who run a small YouTube channel called *Nice Jewish Boys*, posted a video

debunking the comedian's claims through a video fisking. After getting 60,000 hits, however, the duo was informed by YouTube that the clip was being blocked for violating the company's community standards relating to "hate speech."

Meningher and Weinstein responded, asking the company for an explanation. *Two minutes after sending their email* — the video they produced, incidentally, was 16 minutes and 15 seconds long — the social-media giant responded: "We have reviewed your content carefully, and have confirmed that it violates our hate speech policies. We know that is probably disappointing news, but it's our job to ensure YouTube is a safe place for all."

Only after the Israeli newspaper *Haaretz* — somewhat surprisingly, considering its ideological bent — approached YouTube with the story was the video unblocked. The company claimed it made a mistake.

Needless to say, YouTube doesn't "carefully" review content. I uncovered all kinds of nasty anti-Semitic videos in mere seconds. I mean, you can watch Goebbels addressing a Nazi rally from 1935 or Hamas leaders offering very similar rhetoric to their adherents in 2021. And so it should be. An open Internet is superior to one that tasks hypersensitive fact-checkers and algorithms to lord over ideas and images. Permitting conspiracy theories to be heard is far preferable to denying users the ability to challenge the calcified media-approved narratives.

---

**MORE IN BIG TECH**

- **Trustbusters Should Be Careful What They Wish For**
- **What Republican Voters Really Think about Big Tech Companies**
- **Biden Names Big Tech Opponent Chair of Federal Trade Commission**

---

Of course, enforcement of "hate speech" bans and "fact-checks" are arbitrary, and their standards of truth are constantly evolving. In today's environment,

**App. 1231**

two smart people who take time to build a small audience by debunking the mythologies of a high-profile comedian can be shut down without cause — probably over a single complaint — while a man who publicly accuses Jews of having "insatiable appetite for war and killing" can work at YouTube's parent company, Google.

Yes, Google is a private company. Unlike my friends on the left, who are fine with forcing nuns to buy abortifacients or regulating every morsel of commercial life, I believe in free association and property rights. Yet, it's no small problem that millions of Americans were blocked from discussing plausible theories about the Wuhan origins of the pandemic simply because it was politically inconvenient. It is no small problem, either, that millions of people were unable to share the *New York Post*'s reporting on Joe Biden's corrupt son because partisans run these massive platforms.

I have no good solutions to offer, by the way. My friend David Marcus recently wrote a piece at Fox News arguing that government should step in and regulate social-media fact-checkers who constantly get things wrong. While I'm highly sympathetic to his critique, and his frustration, the notion that the state would do a more effective job dispassionately arbitrating the veracity of facts — or that we should want them to — is delusional. It would be another risk-averse bureaucrat like Fauci, not Aristotle, who is appointed judge. In fact, once the state starts putting its imprimatur on speech, it will be more difficult to challenge assertions of the powerful. The Left already relies on "science" as a cudgel against open debate. What will happen when woke corporations use state-sanctioned fact-checks to regulate speech? We're better off with the status quo.

In a healthy free society, journalists would be defending open discourse. These days, that industry is teeming with hysterics who champion corporate suppression of speech. The illiberal notion that words are "unsafe" is normalized in college classrooms, newsrooms, and among policymakers in the biggest

"open" platforms of communication that have ever existed, and it's only getting worse. There have been numerous big accounts demonetized or blocked on YouTube because of their purportedly intolerable ideological content. It matters. But big voices often find a way to be heard. The question is how many small shows run by ordinary people such as Meningher and Weinstein, who don't have big newspapers backing them up, have been excluded from participating in the promised "democratization" of media. Probably a lot more than we know.



---

**DAVID HARSANYI** is a senior writer for NATIONAL REVIEW and the author of the forthcoming **EUROTRASH: WHY AMERICA MUST REJECT THE FAILED IDEAS OF A DYING CONTINENT**. **@davidharsanyi**

## AROUND THE WEB

revcontent.



**10 Discounts Seniors Get But Only If They Know**

SENIOR SAVINGS



**States Where Americans Don't Want To Live Anymore (#3 Will Surprise You)**

MONEYWISE.COM



**Dr. Ron Paul's Stimulus Warning to Every American**

*our latest*

*most popular*

*contributors*

*subscribe*

*Search ...*



UNCATEGORIZED

# Exclusive: Man Tried To Share His Regrets About Transgender Life. YouTube Censored It

*'Our hate speech policy prohibits videos which assert that someone's sexuality or gender identity is a disease or a mental illness,' YouTube said in a statement.*

Information provided exclusively to The Federalist shows YouTube removed a Heritage Foundation video featuring testimony from a former transgender-identifying woman for violating the company's hate speech policy. YouTube confirmed the decision in a Thursday email to The Federalist.

Now Heritage is fighting back with a new video, released first to The Federalist, in which Federalist contributor Walt Heyer doubles down.

"I said that children suffering from gender dysphoria should not be encouraged to try experimental hormones in surgery, and I stand by that statement," Heyer emphasizes. The seven-minute clip, which Heritage will publish on YouTube, includes footage of Heyer's remarks from the original panel, with the allegedly hateful six-word violation bleeped like a curse word.

The panel, convened last October, was billed as a "Summit on Protecting Children from Sexualization." Heyer lived as a transgender-identifying woman for eight years, explaining on his website, SexChangeRegret.org, "I detransitioned more than 25 years

**App. 1234**

ago. I learned the truth: Hormones and surgery may alter appearances, but nothing changes the immutable fact of your sex."

Heyer now works as an activist against the kind of medical advice that led him astray, contributing, for instance, many pieces to this publication.

"I stand before you with a mutilated body, with a life that was destroyed in many ways, redeemed by Christ certainly, but destroyed because I was affirmed and told how cute I look, how wonderful it was. And went to a gender therapist who said, 'All you need to do is have hormones and reassignment surgery," Heyer shared in the Heritage video removed from YouTube, re-uploaded this week with an emphasis on the website's censorship.

In an email to The Federalist, YouTube passed along a statement that reads, "Our hate speech policy prohibits videos which assert that someone's sexuality or gender identity is a disease or a mental illness. We quickly remove videos violating our policies when flagged by our users."

YouTube pointed to a clause in its updated hate speech policy, which the company claims was developed with bipartisan input. The policy prohibits videos which "Claim that individuals or groups are physically or mentally inferior, deficient, or diseased based on any of the attributes noted for the purpose of inciting hatred. This includes statements that one group is less than another, calling them less intelligent, less capable, or damaged."

The company also pointed to Heyer's claim in the original video that individuals are "not born transgender. This is a childhood developmental disorder, that adults are perpetrating on our young people today, and our schools are complicit in this."

Heritage appealed YouTube's decision. In a phone conversation with Google and YouTube representatives, Heritage Director Emilie Kao argued Heyer's definition of gender dysphoria was consistent with the definition provided by the DSM-V.

In a statement to The Federalist, Kao said, "There are plenty of YouTube videos on this topic that address gender dysphoria as the American Psychological Association does, which is to classify it as a mental disorder."

"But," she added, "YouTube has decided, under the guise of 'hate speech,' to censor the viewpoint that it doesn't like. This won't help children and families struggling with this disorder who want information from both sides of the debate."

Heritage Vice President Rob Bluey called the move "another illustration of how the left will stop at nothing to silence conservative voices on sensitive topics like gender dysphoria."

"Rather than engage in nuanced, good-faith discussions with people who have experienced gender dysphoria, YouTube wants to censor any viewpoint it doesn't like—even if advocates of transgender ideology say the exact same banned phrase in other videos," Bluey continued.

More than any major tech platform, YouTube sometimes allows voices shut out of the mainstream media to speak openly on controversial issues, allowing the audience to draw their own conclusions. Much of the company's success is based on its willingness and ability to host these conversations.

Whether or not YouTube applies its policy unevenly, the language is sufficiently broad and restrictive that it hampers mainstream proponents of one side from fairly participating in the debate. That's troubling because children's lives are on the line, and their futures depend on our ability to allow reasonable people to share their experiences in good faith so we can navigate these difficult waters.

As Heritage's video plainly shows, Heyer has a compelling story to tell. His lived experience should be available as an obviously relevant contribution to the broader discussion. It is certainly not rooted in hate. Those inside YouTube and among its potential critics do everyone a disservice by pushing for hate speech policies that categorize reasonable dissent as intolerable bigotry.

Watch Heritage's new video below.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/youtubes-political-censorship-11600126230

OPINION | REVIEW & OUTLOOK

# YouTube's Political Censorship

The company suddenly removes an interview with Trump's virus adviser.

By The Editorial Board

Sept. 14, 2020 7:30 pm ET



Dr. Scott Atlas, adviser to President Donald Trump in August.
PHOTO: DOUGLAS R. CLIFFORD/ZUMA PRESS

 **Listen to Article** (3 minutes)                     Queue

Li Wenliang, the Chinese doctor who tried to raise the alarm about the coronavirus in 2019 and was muzzled by the government before himself succumbing to the disease, has become a symbol of the way controls on speech can endanger the public. America's civil liberties ensure that couldn't happen here. But YouTube's latest effort at politicized censorship of a reputable physician reminds us that such impulses aren't unique to China.

 OPINION: POTOMAC WATCH

 **Covid Vaccines Face a PR Problem**



▶   00:00 / 25:56   1x   

SUBSCRIBE

On Friday Google's YouTube platform notified Stanford University's Hoover Institution that it had removed a 50-minute video interview with Scott Atlas, a neuroradiologist and Hoover fellow, that was published in June. Dr. Atlas has argued publicly—including in an interview in our pages—that the social harm from strict coronavirus lockdowns is severe.

YouTube's notice to Hoover says "YouTube does not allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19." Note that YouTube has appointed the WHO as an arbiter for what Americans can see on the platform. The WHO has sometimes been swayed by China's Communist Party, and as recently as January it relayed Chinese assertions that there is "no clear evidence of human-to-human transmission" of the virus.

Advertisement - Scroll to Continue

YouTube tells us in a statement that it removed the Atlas interview for "falsely stating that a certain age group cannot transmit the virus." The company is apparently referring to Dr. Atlas's remark, amid a discussion about school reopening, that children "do not even transmit the disease."

That seems to have been an exaggeration for emphasis. Dr. Atlas corrected himself in his next answer, saying that transmission by children is "not impossible, but it's less likely." A

body of research shows precisely that. An August <u>review</u> from the American Academy of Pediatrics cites data suggesting that "children are not significant drivers of the COVID-19 pandemic." While children can transmit the virus, on current evidence they don't seem to do so as readily as adults.

The Atlas <u>interview</u> was posted in June, yet YouTube only removed it in September. The public can be forgiven for wondering if Dr. Atlas's appointment as a White House coronavirus adviser last month has made him a political target. A group of Stanford faculty published an open letter sliming their former colleague last week, and the video came down two days later. Does anyone think past videos of Joe Biden's virus advisers will be taken down if a remark turns out to be incorrect?

If the virus nightmare has taught the world anything, it's that no one has a monopoly over the right policy advice. That's why a free society fosters debate—so that better policies can be arrived at incrementally through argument and evidence. Understanding a presidential adviser's views is crucial to free debate and political competition. Google may take its cues from the WHO, but it is still an American company, and it shouldn't be surprised if there is a democratic backlash to its censorship.

*Appeared in the September 15, 2020, print edition.*

## UPCOMING EVENTS

June
**24**
2021

**11:00 AM - 5:00 PM EDT**

Global Food Forum

June
**30**
2021

**1:00 PM - 1:45 PM EDT**

WSJ Pro Cybersecurity Webinar: Aligning IT and Cybersecurity

June
**30**

**7:00 PM - 7:45 PM EDT**

WSJ+ Live: Daniel Kahneman and His Co-Authors on the Crisis of 'Noise'

**App. 1239**







Sponsored Content by Thrivent

5 Retirement Risks You Need to Know Read ı

Nov 24, 2020 - Technology

# YouTube temporarily suspends, demonetizes OANN

 Ashley Gold



Photo: Mateusz Slodkowski/SOPA Images/LightRocket via Getty Images

**AXIOS**

Trump-friendly channel uploaded a video promoting a phony cure for COVID-19, YouTube spokesperson Ivy Choi tells Axios.

**Why it matters:** YouTube has been criticized for allowing OANN to spread misinformation using its platform, particularly around coronavirus and the election. This marks the Google-owned service's first crackdown against OANN.

**Details:** OANN's one-week suspension from posting new videos or livestreams is the result of a "strike" YouTube issued for violating its COVID-19 misinformation policy, which prohibits saying there is a guaranteed cure to the virus. YouTube took down the video that triggered the strike.

- OANN is also suspended from the YouTube Partner Program, which means if it wants to monetize its videos again, it will have to re-apply.

- YouTube has a three-strikes policy before an account is terminated. This is OANN's first strike, but it has violated the platform's COVID-19 misinformation policy before, meaning it gets no more warnings if it breaks the rules again — just additional strikes.

- YouTube says it does not consider OANN an authoritative news source.

**The big picture:** YouTube, like other platforms, has grown more willing to take action against conservative-leaning accounts that spread

App. 1241

# AXIOS

- A quartet of Democratic senators [sent a letter](#) Tuesday to YouTube CEO Susan Wojcicki pressing her company to do more to stem the tide of election misinformation.

- Posting videos that make false claims about election results isn't against YouTube's rules.

**The other side:** Trump and his allies have urged followers to tune into alternative news sources such as OANN and Newsmax that have questioned Joe Biden's victory, [eschewing Fox News, which they feel has gone soft.](#)

**Go deeper:**

- [Tech's misinformation fight: Winning the battle, not the war](#)

- [Tech's election post mortem: Better than 2016, but lots of new woes](#)

- [YouTube cracks down on QAnon, citing real-world violence](#)





## Go deeper

Margaret Harding McGill, Sara Fischer

Jan 13, 2021 - Technology

# Big Tech scrambles to prevent inauguration threats

Skip to main content



Illustration: Sarah Grillo/Axios

Big Tech companies are scrambling to take action to prevent Inauguration Day violence, taking matters into their own hands after the government was caught ill-prepared for last week's Capitol siege.

**What's happening:** Major firms are taking a range of steps to stop their platforms from being used to plan, incite or carry out violent acts in Washington, D.C.

Go deeper (1 min. read) ⟶         

**App. 1244**



Sara Fischer, author of [Media Trends](#)
Jan 13, 2021 - Technology

# Scoop: Google pausing all political ads following Capitol siege

Members of the U.S. National Guard arrive at the U.S. Capitol on Jan. 12. Photo: Tasos Katopodis/Getty Images

Google informed its advertising partners Wednesday that beginning Jan. 14, its platforms will block all political ads, as well as any related to the Capitol

Skip to main content

App. 1245



inauguration," according to an email obtained by Axios.

**Why it matters:** Political ad bans are designed to curb confusion and misinformation surrounding highly sensitive events. Google says a limited version of its "[sensitive event](#)" policies went into effect after the violent events in the Capitol on Jan. 6.

Go deeper (1 min. read) ⟶        

Andrew Freedman
Updated 1 min ago - Energy & Environment

# Drought, record heat wave in West tied to climate change

People on Folsom Lake in Granite Bay, California, U.S., June 16, 2021. Photo: David Paul Morris/Bloomberg via Getty Images

The prolonged and widespread heat wave in the West, along with the region's increasingly severe drought, is a sign of how climate change has already tilted the

App. 1246



**Why it matters:** The rapidly growing [Southwest](#), in particular, is also the nation's fastest-warming region. The combination of heat and drought could lead to a repeat, or even eclipse, the [severity of 2020's wildfire season](#) in California and other states.

[Go deeper (2 min. read) ⟶](#)

   



## About

About Axios

Advertise with us

Careers

Events

Axios on HBO

Axios HQ

Privacy and terms

Online tracking choices

Contact us

## Subscribe

Axios newsletters

Axios app

Axios podcasts

Courses

Earn Axios rewards



# YouTube ban: Google extends suspension of former President Trump's channel

**Mike Snider**  USA TODAY

Published 5:06 p.m. ET Jan. 26, 2021 | Updated 8:00 p.m. ET Jan. 26, 2021

Former President Donald Trump's YouTube channel will remain suspended, the online video platform said Tuesday.

YouTube suspended Trump's official channel on Jan. 12 from uploading new content for at least a week, at the time citing the potential for violence following the deadly Jan. 6 siege of the U.S. Capitol.

"In light of concerns about the ongoing potential for violence, the Donald J. Trump channel will remain suspended," YouTube said in a statement to USA TODAY. "Our teams are staying vigilant and closely monitoring for any new developments."

The suspension prevents the uploading of new videos or livestreams to the channel. Comments on the channel, which has nearly 2.8 million subscribers, are also disabled indefinitely.

**Internet outage:** Major blackout affecting users from Washington, D.C., to Boston

**Twitter ban:** MyPillow CEO Mike Lindell permanently banned after he continues Trump victory claims

At the time it suspended Trump's channel, YouTube removed a video in which the president told reporters that impeaching him for inciting violence at the Capitol would be "very dangerous for the USA."

Before YouTube suspended Trump's channel, Facebook and Instagram, along with Twitter and Snap had already blocked Trump in the aftermath of the Capitol riots. Facebook blocked Trump indefinitely from the platforms with CEO Mark Zuckerberg saying at the time, "We believe the risks of allowing the President to continue to use our service during this period are simply too great."

**App. 1248**

Last week, Facebook sent to its Oversight Board the issue to restore former President Trump's access to his accounts. The board has 90 days to render a decision but is expected to do so more quickly.

Twitter permanently banned Trump on Jan. 8, "due to the risk of further incitement of violence," the company said.

YouTube also removed the channel of Rudy Giuliani, a personal lawyer for the former president, from its Partner Program. The temporary suspension means Giuliani will be unable to monetize the channel, according to YouTube.

The site's policies prevent channels from making money – such as revenue from advertisements – on content about controversial issues, sensitive events and harmful and dangerous acts. And more recently, YouTube has said it will remove content that alleges widespread fraud or errors changed the outcome of the 2020 presidential election.

Suspended channels can appeal or reapply to rejoin the program in 30 days, if the underlying issues that led to suspension have been addressed, YouTube says.

Previously, YouTube removed a video podcast from Giuliani's channel Giuliani in which he suggested the events of the day and the Capitol riot were orchestrated to make President Trump look bad.

*Contributing: Jessica Guynn, Kelly Tyko*

*Follow Mike Snider on Twitter: @MikeSnider.*

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/youtube-cancels-the-u-s-senate-11612288061

OPINION | COMMENTARY

# *YouTube Cancels the U.S. Senate*

It censors testimony from physicians on early treatments for Covid-19 patients.

By Ron Johnson

Feb. 2, 2021 12:47 pm ET



Dr. Pierre Kory testifies at a Senate Homeland Security and Governmental Affairs Committee hearing on Capitol Hill, Dec. 8, 2020.

**PHOTO:** TOM WILLIAMS/ZUMA PRESS



▶ **Listen to Article** (3 minutes)     ⊕ Queue

Google's YouTube has ratcheted up censorship to a new level by removing two videos from a U.S. Senate committee. They were from a Dec. 8 Committee on Homeland Security and Governmental Affairs hearing on early treatment of Covid-19. One was a 30-minute summary; the other was the opening statement of critical-care specialist Pierre Kory.

Dr. Kory is part of a world-renowned group of physicians who developed a groundbreaking use of corticosteroids to treat hospitalized Covid patients. His testimony at a May Senate hearing helped doctors rethink treatment protocols and saved lives.

 OPINION: POTOMAC WATCH

 **Will Biden Cut a Covid Deal With Republicans?**



00:00 / 24:07   1x   🔊

SUBSCRIBE

At the December hearing, he presented evidence regarding the use of ivermectin, a cheap and widely available drug that treats tropical diseases caused by parasites, for prevention and early treatment of Covid-19. He described a just-published study from Argentina in which about 800 health-care workers received ivermectin and 400 didn't. Not one of the 800 contracted Covid-19; 58% of the 400 did.

Advertisement - Scroll to Continue

Dr. Kory asked the National Institutes of Health to review his group's manuscript outlining dozens of successful trials and to consider updating its Aug. 27 guidance in which it recommended "against the use of ivermectin for the treatment of Covid-19, except in a clinical trial." On Dec. 10, Sen. Rand Paul and I sent a letter to the NIH requesting that it review Dr. Kory's evidence.

On Jan. 14, NIH changed its guidance to neutral by acknowledging the successful trials but determined "that currently there are insufficient data to recommend either for or against the use of ivermectin for the treatment of Covid-19." On Jan. 22 I sent an oversight letter asking what actions the NIH had taken to explore the use of repurposed drugs for treating Covid-19.

**App. 1251**

Before being removed from YouTube and other websites, Dr. Kory's opening statement had been viewed by more than eight million people. Unfortunately, government health agencies don't share that interest in early treatment. A year into the pandemic, NIH treatment guidelines for Covid patients are to go home, isolate yourself and do nothing other than monitor your illness.

Fortunately, some doctors have the courage to ignore these compassionless guidelines and are using their expertise to develop protocols utilizing a variety of cheap, available and safe FDA-approved drugs to treat patients early and avoid hospitalization. Instead of being rewarded, they are being censored, ostracized, vilified in the press, even fired. This closed-minded approach represents a dark chapter in the history of medicine and journalism.

The censors at YouTube have decided for all of us that the American public shouldn't be able to hear what senators heard. Apparently they are smarter than medical doctors who have devoted their lives to science and use their skills to save lives. They have decided there is only one medical viewpoint allowed, and it is the viewpoint dictated by government agencies. Government-sanctioned censorship of ideas and speech should frighten us all.

*Mr. Johnson, a Republican, is a U.S. senator from Wisconsin.*

*Appeared in the February 3, 2021, print edition.*

**UPCOMING EVENTS**

June
**24**
2021

**11:00 AM - 5:00 PM EDT**

Global Food Forum

June
**30**
2021

**1:00 PM - 1:45 PM EDT**

WSJ Pro Cybersecurity Webinar: Aligning IT and Cybersecurity







**FREE SPEECH**

## "At First I Thought it Was a Joke": Academic Media Censorship Conference Censored by YouTube

The entire video record of the conference — estimated at around 24 hours of material — was mysteriously disappeared from YouTube say conference organizers.

*by Alan Macleod*

*February 01st, 2021*

By **Alan Macleod**     Follow

Facebook          Twitter          Reddit          Email          More     179

An academic critical media literacy conference warning of the dangers of media censorship has, ironically, been censored by YouTube. The Critical Media Literacy Conference of the Americas 2020 took place without incident online over two days in October and featured a number of esteemed speakers and panels discussing issues concerning modern media studies.




*MintPress*, who had been using the material in their classrooms, noting that it had all mysteriously disappeared.

"At first I thought it was a joke," said Mickey Huff of Diablo Valley College, California. "My initial reaction was 'that's absurd;' there must have been a mistake or an accident or it must have got swept under somehow. There is no violation, there was no reasoning, there was no warning, there was not an explanation, there was no nothing. The entire channel was just gone," he told *MintPress*. Huff is also the director of Project Censored, an organization that sponsored the event.

Higdon suspected that it was the content critical of big tech monopolies like Google, YouTube, Facebook, and Twitter that was the reason why the channel was deleted. "Each video was a different panel and every panel had different people from the other ones, so it is not like there was one theme or person or copyrighted content in all of our videos; this seems to be an attack on the conference, not on a singular video," he said.

## "This wasn't a keg party with Parler users"

The organizers were careful to avoid copyright infringement, with the large majority of their videos in lecture format, essentially a recorded Zoom call. Speakers included some of the best-known names in media studies, with the event sponsored by institutions like Stanford University and UCLA. "This wasn't a keg party with Parler users: it was an academic conference," Huff said.

> " *These are pioneering figures in critical media literacy scholarship. It's mind numbing that all of this was just disappeared from YouTube. The irony is writ large…This is part of a potentially algorithmic way of getting rid of more radical positions that criticize establishment media systems, including journalism.*

Higdon too, suspected YouTube's action was politicized: "This is the same year we saw big tech trying to influence Prop 22 here in California, so I am not too surprised that they would be aggressive with folks like us who are critical of media corporations."




*MintPress* spoke to representatives from Google, YouTube's parent company, who strenuously denied that they would ever remove content from their platforms purely because it was critical of the company, noting that there is a wealth of videos on the website that challenge or attack them.After looking into the matter, Google said they could find only one video and reinstated it (although the video does not appear on the conference's channel). As for the hours of other footage, that remains an enigma to them, with no record of its existence. Thus, it appears that there will be no closure or a definitive answer to this mystery.

## Algorithms take aim

Media literacy, big tech power, and censorship are hot topics right now. In the wake of the dramatic storming of the Capitol Building earlier this month, a host of companies, including Google, Facebook, YouTube, Twitter, and Instagram, took actions against Donald Trump, limiting his and his supporters' ability to communicate online. Perhaps most notably, however, Google, Apple, and Amazon Web Services launched a coordinated assault on "free speech app" Parler, a service popular with the far-right for its lax laws on racism. Together, the three effectively took the service offline around the world.

More recently, the Wall Street Bets subreddit, responsible for intentionally sinking a multi-billion dollar hedge fund, has endured retaliation, its communications channels cut by messaging app Discord, amid calls to immediately criminalize their behavior.





**Unpacking the Aftermath of Trump's Coup Attempt With Brian Becker**

Dan Cohen is joined by the host of The Socialist Program Brian Becker to discuss what we know about Trump's insurrection at the Capitol.

 MintPress News | Dan Cohen | Jan 14

While the pros and cons of such decisions can, and have been, debated, the bigger question of should privately-owned companies be allowed to have the power to regulate who can and cannot speak online, has largely been downplayed.

"On the one hand I understand they have the right to deplatform people," Huff told *MintPress*. "On a broader level though, I don't think they should have achieved this kind of power over our communication systems in the first place, and these should be publicly run platforms regulated the same way our government regulates and enforces the First Amendment."

Higdon was equally worried about the power amassed by the tech giants. "By empowering these tech companies to decide what is and is not appropriate, they are going to look out for their vested interests, and people who are critical of their business model and practices are going to be targets," he said, predicting that,

> " *These lefties right now who are advocating for censorship…the outcome of this is going to be on them.*"

If history is any judge, he will be proven correct. In the wake of the 2016 election and the allegations that Russian disinformation swung the result in Trump's favor, social media companies changed their algorithms to help halt the spread of fake news. The main result, however, was a throttling of traffic to high-quality alternative news sites and the promotion of corporate media like *CNN* and *Fox News*. Overnight, *Consortium News*' Google traffic fell by 47%, *Common Dreams*' by 37%, *Democracy Now!* By 36% and *The Intercept* by 19%. *MintPress* suffered similar, unrecoverable losses.

Likewise, Facebook CEO Mark Zuckerberg personally approved the deliberate choking of alternative media, admitting that his company deranked *Mother Jones* because of its left-wing persuasion




# Anti-social media

Whatever decisions big tech companies make reverberate throughout society. 35, 24, and 17% of Americans get their news from Facebook, YouTube, and Twitter, respectively, with similar numbers worldwide. This enormous user base makes them by far the greatest and most influential news platforms on the planet, with the ability to highlight stories, bury others, and even swing elections. Huff was extremely worried about the power of these new media monopolies.

"We can't get away from the fact that Google, Facebook, YouTube, Twitter, the whole corporate Alphabet soup of this big tech dystopia have gobbled up the public sphere. This is where people can go to congregate and share their information and it is also where invisible forces decide which voices get heard and which do not. Let's also not forget that all of this tech was initially funded with taxpayer money."

Worse still, although we now live in an online world, the public is hopelessly ill-equipped to navigate its waters, displaying a shocking lack of awareness and understanding of how they can be manipulated.

A 2016 study from Stanford University found that two-thirds of college-aged "digital natives" — people who grew up using the Internet — mistook native advertising for a genuine news story, even with the words "sponsored content" displayed prominently. "Overall, young people's ability to reason about the information on the Internet can be summed up in one word: bleak," the study concluded, leading to calls for more critical media literacy education in schools. "Since we are not teaching people how to use these technologies, or how these technologies use them, they are more susceptible to propaganda and to disinformation. And ironically our conference was designed to combat exactly that problem," Huff added.

Perhaps most worrying of all is the increasingly close connections between Silicon Valley and the National Security State. "What Lockheed Martin was to the twentieth century…technology and cyber-security companies will be to the twenty-first," wrote Google executives Eric Schmidt and Jared Cohen. Late last year, the CIA signed a partnership deal worth tens of billions of dollars with Microsoft, Google, Oracle, IBM, and Amazon Web Services. Meanwhile, Facebook has partnered with




The Atlantic Council's board of directors includes eight former CIA chiefs, multiple U.S. Army Generals, and high statespeople like Henry Kissinger and Condoleezza Rice, meaning that any decisions big tech companies make are only one step removed from the U.S. government. "This is actually [state] censorship by proxy," Higdon warned.

"These companies, we know thanks to Edward Snowden and others, have contracts with the Federal government. There is a revolving door between particularly the Democratic Party and big tech, and there are also various loans and government protections given to this industry. So this is not some independent set of entities making this decision."

"If 1984's protagonist Winston Smith were a real character today he'd be a fact checker at Facebook or a content curator at YouTube, relegating to the dustbins of history whatever programmers are told to or whatever keywords our conference triggered," Huff added.

Big tech has repeatedly acted at the behest of the U.S. government to silence its international opponents, suspending the accounts of foreign leaders like Venezuela's Nicolas Maduro or Iran's Ayatollah Khamenei or deranking foreign media outlets like RT and TeleSUR.

**Facebook Partners With Atlantic Council, a NATO Lobby Group, to "Protect**



 MintPress News | Elliott Gabriel | Feb 24

It is in this light that the deletion of the Critical Media Literacy Conference of the Americas can be seen; not as a deliberate decision by an angry Google employee intent on revenge, but as the result of a powerful and Byzantine algorithm designed by Silicon Valley executives who are intimately intertwined with both the government and the corporate world. There is little oversight of their power or recourse to their decisions, given their enormous influence over public life today.

Huff was particularly sardonic about the whole affair:

> " *There are layers of irony here that are certainly not lost on us. But I don't know if the public at large is realizing the attack that is happening against the very people that are the intellectual bulwark against such institutional censorship. I'm not trying to make us out to be martyrs here, but my point is that I think it has a particular irony when the very public intellectuals who try to educate the public about how these systems work are silenced," he said.*

Feature photo | Graphic by Antonio Cabrera for MintPress News | Based on art created for Project Censored

*Alan MacLeod is Senior Staff Writer for MintPress News. After completing his PhD in 2017 he published two books: Bad News From Venezuela: Twenty Years of Fake News and Misreporting and Propaganda in the Information Age: Still Manufacturing Consent, as well as a number of academic articles. He has also contributed to FAIR.org, The Guardian, Salon, The Grayzone, Jacobin Magazine, and Common Dreams.*

 **Republish our stories!** MintPress News is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 3.0 International License.

      Facebook          Twitter          Reddit          Email          More      179

LATEST ▾   POPULAR ▾   VOICES



ABOUT   &#9906;

**CANADA** FEBRUARY 20, 2021

# LifeSiteNews' permanent ban by YouTube raises censorship alarms

BY **CNA STAFF**

SHARE   TWEET

LifeSiteNew has had its YouTube channel permanently removed for alleged misinformation, adding to concerns about "censorship by big tech."

YouTube has banned the Canadian-based pro-life group LifeSiteNews for alleged misinformation about COVID-19, prompting concerns about censorship and free debate.

One ethicist at the National Catholic Bioethics Center did not agree with LifeSiteNews' presentation of the science and ethics involved in the COVID-19 vaccines, but he defended the organization's presence on YouTube, which receives over 2 billion logged-in users each month.

"The National Catholic Bioethics Center condemns the arbitrary decision of YouTube to censor content simply because they find it disagreeable or in opposition to their own political views," Edward Furton, an ethicist at the National Catholic Bioethics Center, told CNA Feb. 11.

"YouTube is not staffed by scientists, but by engineers and technicians who understand little to nothing about scientific matters. Far worse, they favor a liberal ideology that supports abortion not only here at home but throughout the world. They believe that there is a universal right to kill the unborn. Such a view revokes their claim to moral superiority over others."

Furton stressed the importance of hearing multiple views.

"Censorship by big tech is one of the greatest threats to the principles of democracy that we have seen in decades. This is done solely for the purpose of controlling information and preventing the free discussion of ideas among their fellow citizens," he told CNA. "Unfortunately, this will become increasingly common until our political leaders gather up the courage to enact legislation that will protect the free expression of ideas."

Google, YouTube's owner, later said it had banned LifeSiteNews for violating its COVID-19 misinformation policy, including "content that promotes prevention methods that contradict local health authorities or WHO." Channels that receive three strikes in a 90-day period will be permanently removed, a Google spokesperson told Daily Caller News Foundation.

Speaking to CNA before this statement, LifeSiteNews editor-in-chief John-Henry Westen said the site did not receive "a specific reason for the deletion of the account" and the removal of the account meant it has no access to see the flagged video or to appeal the decision.

He said the removal from YouTube "hurts." LifeSiteNews' channel had over 300,000 subscribers, an average of over 50,000 views on its main show, and some shows that reached over 2 million viewers.

LifeSiteNews is not an officially Catholic publication. It grew out of the Canada-based Campaign Life Coalition and now has separate organizations in the U.S. and Canada.

While most Catholic authorities have emphasized the dangers of the pandemic and the moral permissibility of using COVID-19 vaccines if they use material of morally compromised origins, LifeSiteNews has published some opinion and commentary that questions the pandemic and the use of the vaccines.

In December, LifeSiteNews said YouTube deleted its video "in which a prominent Canadian physician protested the 'unfounded public hysteria' over COVID-19."

That video concerned pathologist Roger Hodkinson, whom LifeSiteNews claimed was the former chairman of the Royal College of Physicians of Canada Examination Committee in Pathology. In a phone call during a public meeting in Edmonton, Hodkinson claimed COVID-19 is "the greatest hoax ever perpetrated" and "just another bad flu."

However, the Associated Press in a Dec. 2 factcheck said Hodkinson has never been chairman of the group. While Hodkinson claimed "masks were utterly useless," with "no evidence" for their effectiveness, their use is recommended by the U.S. Centers for Disease Control and Prevention, which cites multiple studies in a scientific brief last updated Nov. 20.

YouTube later put a strike on a LifeSiteNews video of Bishop Joseph Strickland of Tyler, in which he said he would "never take the unethical COVID vaccine." In January, YouTube flagged LifeSiteNews for a video with the headline "The unborn babies used for vaccine development were alive at tissue extraction."

Westen told CNA, "Our best guess is that the channel was taken down for our frank and factual discussion of the controversy around abortion-tainted medicines and vaccines. The origins of these vaccines and their association with abortion is acknowledged by most scientists. Prior strikes were given for speaking the truth about COVID lockdowns and the presence of aborted fetal cells in the vaccines."

"It is widely known that the COVID-19 vaccine has, directly and indirectly, relied on cells taken from aborted babies," said Westen.

The U.S. Conference of Catholic Bishops in a Dec. 11 statement said that Catholics can ethically take two of the three available COVID-19 vaccines, those produced by Pfizer and Moderna. They were developed with only a "remote connection" to "morally compromised" cell lines during the testing phase, as is common in many modern medicines.

The vaccine produced by AstraZeneca "should be avoided if there are alternatives available," said the bishops, as this vaccine is "more morally compromised." However, they said it is even morally permissible in some circumstances to receive this "more morally compromised" AstraZeneca vaccine, developed in close connection with aborted cell lines. They emphasized that Catholics cannot allow the pandemic to "desensitize" or "weaken our determination" to oppose the evil of abortion.

The concern centers on the use of the cell line HEK293, derived from a human embryonic kidney. In 1972, a female child was aborted in the Netherlands, and cells were originally extracted and developed from her kidney. Cells from the HEK293 line have been commonly used in biologic research since the late 1970s.

Westen claimed LifeSiteNews' sources are sound.

"We have quoted a variety of bioethicists who are at the top of their fields," he told CNA. "Three leading churchmen who have been exposing the truth about COVID-19 on our site are Archbishop Carlo Maria Vigano, Bishop Athanasius Schneider, and Bishop Joseph Strickland."

In May 2020, Archbishop Vigano, a former apostolic nuncio to the U.S., published an open letter claiming that the coronavirus pandemic had been exaggerated to foster widespread social panic and undercut freedom, as a willful preparation for the establishment of a one-world government.

LifeSiteNews was banned from Twitter for its reporting on a Canadian transgender activist who is biologically male but identifies as a woman. Westen said the website would endure.

"Just like when we were barred from Twitter for calling a biological male a male, we will continue to speak the truth and will not give in to the threats of Big Tech and the censors who wish to remove inconvenient truths form the public square," Westen told CNA. "We are also taking legal steps too of course, so we would appreciate prayers and any support."

Last month, Catholic World Report was suspended from Twitter after it posted a link to a Catholic News Agency story hosted on its own website. The Twitter post, citing the CNA story, described a Biden appointee as a biological male who identifies as a transgender woman. Twitter later said the suspension was in error.

As for Google's misinformation policy, it also bans "videos claiming that the COVID-19 vaccine will contain fetal tissue." It also bars content that disputes the efficacy of health authorities' guidance on "physical distancing or self-isolation measures to reduce transmission of COVID-19."

LifeSiteNews syndicates material from Children's Health Defense, founded by vaccine critic Robert F. Kennedy, Jr.

Kennedy was banned from the Facebook-owned Instagram Feb. 10 for "repeatedly sharing debunked claims about the coronavirus or vaccines," a Facebook spokesperson said. The social media giant announced a new plan to combat vaccine misinformation on Feb. 8, CNN reports.

A Feb. 5 LifeSiteNews story said that Mother Miriam of the Lamb of God, a Benedictine Prioress and host of a LifeSiteNews show, had been "censored by YouTube after posting a video on the dangers of COVID-19 vaccines." YouTube on Feb. 4 had removed a video on her own channel in which she contended that COVID-19 was "being used to control the population with lies."

| LATEST | POPULAR |
|--------|---------|

VOICES

**Letters: 'each death told a story'**

CATHOLIC VANCOUVER

**B.C. Catholic picks up nine awards from Catholic Media Association**

CATHOLIC VANCOUVER

**Two churches vandalized in Vancouver Archdiocese**

VOICES

**Discovery of Kamloops gravesite a time for soul-searching**

MORE OF THE LATEST

YOU MIGHT ALSO LIKE

**Two churches vandalized in Vancouver Archdiocese**

Two church properties in the Archdiocese of Vancouver were vandalized shortly after the discovery of 215 unmarked graves at the...

**Indigenous delegation to meet with Pope in 2021, Canadian bishops say**

Canada's Catholic bishops are hoping a delegation of Indigenous people will meet with Pope Francis before the end of the year....

LIVE

78° 88° 91°

*Search Site*

ADVERTISEMENT

# YouTube accused of 'censorship' for removing Senate hearing video

by KRISTINE FRAZAO | Sinclair Broadcast Group
Thursday, February 4th 2021





*FILE - This March 20, 2018, file photo shows the YouTube app on an iPad in Baltimore. (AP Photo/Patrick Semansky, File)*

**App. 1264**

LIVE

78° 88° 91°

*Search Site*

media companies of bias, following a move by YouTube (owned by Google) in which the company removed a video with millions of views of the hearing.

*(Video: Sinclair Broadcast Group)*

The video is still able to be viewed on the Senate Homeland Security Website, and in his opening statement, Dr. Pierre Kory said under oath, "I have done nothing but commit myself to scientific truth and the care of patients."

In a statement to Fox News, YouTube stated, "We enforce our community guidelines consistently, regardless of speaker and without regard to political viewpoints. In accordance with our COVID-19 misinformation policy, we removed the two videos in question."

Bitcoin for beginners: w...
~~need to know before~~

*Search Site*

The decision came following testimony like this:

> *"Mountains of data have emerged from many centers and countries around the world, showing the miraculous effectiveness of ivermectin. It basically obliterates transmission of this virus," Dr. Kory said about the use of an FDA-approved drug* currently used *to treat parasitic infections, but not approved as a drug to treat COVID-19.*

In removing the testimony from YouTube, Sen. Ron Johnson, R-Wis., who was Chairman of the Senate Homeland Security Committee, calls it "censorship."



*FILE - People wait to be escorted into a YouTube office building in San Bruno, Calif., Wednesday, April 4, 2018. (AP Photo/Jeff Chiu)*

"I don't view these medical treatments of repurposed drugs as conservative or liberal, but for whatever reason, COVID became political. It's very unfortunate and from my standpoint, it's probably cost tens of thousands of people their lives," Johnson said in an interview Thursday.

Democrats have also accused social media companies of having too much power – promising antitrust legislation in the coming weeks.

So far, lawmakers in Washington have been unable to come to an agreement on what sort of steps to take or regulations to implement. However, there are new actions being taken at the state level.

App. 1267



*FILE - This combination of images shows logos for companies from left, Twitter, YouTube and Facebook. (AP Photos/File)*

In North Dakota, GOP lawmakers introduced a bill that would allow residents to sue social media companies if their legally permitted speech is "restricted, censored, or suppressed." In Oklahoma, legislation is in the works to allow the state to fine big tech firms for instances of censorship. And in Florida, Republican Gov. Ron Desantis is taking it even further, proposing to fine tech companies $100,000 per day for de-platforming candidates for elected office in his state.

> *"Big tech has come to look more like big brother with each passing day," Desantis said this week.*

Other local politicians are calling such actions "politically motivated" and a distraction from bigger issues like battling the coronavirus pandemic.

LIVE                                        78°        88°        91°

*Search Site*



*FILE - In this Jan. 6, 2021, file photo, Trump supporters gather outside the Capitol in Washington. (AP Photo/John Minchillo, File)*

"Those are the things we need to be focused on, but again we're focused on bright shiny objects like big tech censorship," Rep. Omari Hardy, D, a Florida state representative told CBS 12 in West Palm Beach.

This debate is playing out as social media companies face a mounting challenge of their own: how to combat disinformation and violence planned on their sites — a game of tug-of-war growing more dramatic online.

**MORE TO EXPLORE**

**Casey Anthony 'keeps getting drinks thrown in her face' at Florida bar, police say**

**Owners of North Carolina inn have 'no regrets' after posting divisive sign**

**Video shows boat burning, sinking after harassing boat with Pride flag at Washington**

PODCASTS    STATION
FINDER    NEWSLETTER    BONGINO
REPORT








STEN:
DCAST

LISTEN:
RADIO

WAT
TV

articles

# YouTube Censorship Continues: Video Platform Takes Down Newsmax Trump Interview

by Mike Robert Lee   Posted: February 22, 2021

Fight tech tyranny. Join Dan on Parler @dbongino.



Former President Donald Trump had opted to spend much of his first few weeks away from Washington out of the public eye, instead enjoying some rounds of golf while getting acclimated to a new routine in sunny Florida.

But that started to change last week, with the former president issuing a scathing rebuke of Senate Minority leader Mitch McConnell before doing multiple TV interviews on Fox News and Newsmax.

While social media companies have been able to silence Trump though bans, censorship has had a harder time keeping his voice away from the public's conscience on TV. But YouTube had a solution for that as well... completely wiping Trump's interview with Newsmax from its platform.



From the Post Millennial:

The reason stated was that the video violated what Google calls its "election integrity policy." In short, the video was taken down because during the interview, the ex-President claimed that he had won the election, and that it was stolen.

A representative from YouTube emailed Newsmax to let them know that the video had been removed, according to the *Epoch Times*:

"In accordance with our presidential election integrity policy, we removed this video from the Newsmax TV channel."

"We have clear Community Guidelines that govern what videos may stay on

Guidelir [Accept] stently,
regardless of speaker
and without regard to
political viewpoints."

Interestingly enough, Newsmax was the
only news platform targeted for
censorship. Trump made a similar claim
on Fox News, but that video was never
taken down by the video hosting giant.

Newsmax later released the interview
again, this time edited with commentary
by host Greg Kelly to fill in gaps. That video
has remained active on the site.

Large tech companies had largely
tolerated Trump using their platform to
make his case for voter fraud, though
most opted to attach some sort of
message to his posts claiming that there
was no evidence for his claims.

That all changed after the Jan. 6 Capitol
riots, when social media giants such as
Facebook and Twitter decided to remove
Trump from their platforms altogether,
arguing that Trump's rhetoric was directly
resulting in violence.

Don't miss The Dan Bongino Show



NEWS        SPORTS        WEATHER        FEATURES        CW17        TRAFFIC        JAX BEST        NEW

**FLORIDA**

# DeSantis fires back after YouTube removes COVID-19 roundtable clip

Governor calls video's removal an example of 'Orwellian' effort by tech companies

Jake Stofan, Tallahassee correspondent

Published: **April 12, 2021 4:42 pm**
Updated: **April 13, 2021 6:54 am**

Tags: **YouTube, Ron DeSantis, COVID-19, Coronavirus**



NEWS        SPORTS        WEATHER        FEATURES        CW17        TRAFFIC

**App. 1274**





**TALLAHASSEE, Fla.** – Gov. Ron DeSantis is pushing back after YouTube and its parent company Google removed a clip of a COVID-19 roundtable he held last month.

The video clip's removal is adding more fuel to the calls to address big tech censorship.

During a March roundtable, the governor discussed downsides to lockdowns, contact tracing and even children wearing face masks.

"Children should not wear face masks, no," Dr. Martin Kuldorff, a Harvard University professor of medicine, said at the roundtable.

**RELATED:** **Fact-checking claims made by the governor's COVID-19 response experts**

YouTube cites that comment, another about face masks for children and a third comment questioning face masks' overall effectiveness at reducing case rates for removing the roundtable discussion from its platform.

Ad

DeSantis wants the Florida Legislature to pass a bill that could make it harder for the companies to remove users they say violate their rules. Critics contend the proposal would have little impact as the companies transcend the state's borders and would be challenged as violating the companies' First Amendment rights.

"What we're really witnessing is Orwellian," DeSantis said Monday, referring to George Orwell's dystopian

**App. 1275**

The governor doubled down Monday, bringing together the scientists for their reaction at another roundtable.

"You are entering into a phase of countries we used to criticize severely like the USSR, like Communist China," said Dr. Scott Atlas, Robert Wesson Senior Fellow of the Hoover Institute at Stanford University.

In an emailed statement, YouTube defended its decision.

"We removed this video because it included content that contradicts the consensus of local and global health authorities regarding the efficacy of masks to prevent the spread of COVID-19," a company spokesperson said.

Ad

While the Centers for Disease Control and Prevention, recommends that anyone age two and up wear face masks when social distancing isn't possible, the World Health Organization recommends masks for only those age 12 and above.

There are exceptions for children aged six to 11 based on local case rates.

"They didn't cite any data," DeSantis told the panelists of YouTube's decision. "They just cited that some of you had dissented from some other views. Well, you know, science in particular needs to have dissenting views aired."

YouTube did not immediately respond to a follow-up about the WHO's recommendation on children and masks.

The governor said the incident will likely result in an expansion of the scope of the social media censorship bill that is currently making its way through the Florida Legislature.

"Because, quite frankly, this is even more egregious than what I thought had been happening," DeSantis said.

NEWS        SPORTS        WEATHER        FEATURES        CW17        TRAFFIC

Ad

Progressive groups said they're more concerned with the recommendations made by the governor's experts than big tech censorship.

"Masks are harmful," Damien Filer, a representative for Progress Florida, said. "That's a quote from the last roundtable. Masks across the board are harmful."

The social media censorship legislation would impose daily fines on platforms that censor political candidates. It would require social media platforms to make their policies clear and apply them consistently.

*Copyright 2021 by WJXT News4Jax - All rights reserved.*

## RELATED STORIES

## DeSantis attacks YouTube for yanking his pandemic video

# THE VERGE

POLICY \ TECH \ YOUTUBE

# YouTube has removed Steven Crowder from its Partner Program indefinitely

*He'll be back in a week — but without YouTube ad revenue*

By Sean Hollister | @StarFire2258 | Mar 30, 2021, 6:42pm EDT



Image: Steven Crowder's YouTube channel

Two weeks ago, after YouTube revealed its definition of hate speech was so narrow that it couldn't remove a wildly racist tirade for being wildly racist, we wondered out loud what it would take for YouTube to stop promoting conservative commentator Steven Crowder as an official YouTube Partner and allowing him to profit from those tirades.

**App. 1278**

Today, we have a partial answer: YouTube has officially suspended Steven Crowder's main channel from the YouTube Partner Program indefinitely, which includes removing his ability to run ads.

It's also banning him from uploading videos for a full week after his latest infraction: a now-removed video that reportedly challenged the legitimacy of the vote in Nevada. YouTube has a policy against false claims that the election was stolen. Crowder has already announced his intent to upload videos to his other Crowder Bits channel, however.

Here's YouTube's statement (including links):

> In order to monetize on YouTube, channels must comply with the YouTube Partner Program policies, which include our Community Guidelines, Google AdSense program policies, and Advertiser-Friendly Guidelines. Channels that repeatedly violate our policies are suspended from the partner program. In addition, we removed a video from Steven Crowder's channel for violating our presidential election integrity policy and applied a strike, meaning uploads are suspended for one week.

While YouTube isn't telling us which straw broke the camel's back when it comes to the YouTube Partner Program (and his ability to run ads), the company did point us towards two specific guidelines around controversial issues and sensitive events and harmful and dangerous acts. I would have guessed that awful, racist tirades would have already broken the YouTube Partner Program's hateful and derogatory content policy, but I guess I shouldn't read too much into that.

It's not the first time Crowder's been removed from the YouTube Partner Program. Last time, it took him just over a year to come back.

RELATED

Inexplicably, YouTube says extremely racist Steven Crowder video isn't hate speech

YouTube will let Steven Crowder run ads after year-long suspension for harassment

Carlos Maza is back on YouTube and ready to fight



TECH

# YouTube bans channel of former Trump aide Sebastian Gorka over election claims

**Brett Molina** USA TODAY

Published 12:54 p.m. ET Apr. 14, 2021

YouTube has banned the channel of Sebastian Gorka, a former aide to President Donald Trump, saying it violated the video platform's presidential election integrity policy.

In a statement obtained by USA TODAY, YouTube spokesperson Ivy Choi said Gorka's channel, called America First, received three strikes for violating the policy within the same 90-day period, leading to permanent removal from the platform.

"In accordance with our long standing strikes system, we terminated the channel America First with Sebastian Gorka, for repeated violations of our presidential election integrity policy," said Choi. "As we've publicly shared, our presidential election integrity policy prohibits content uploaded after last year's safe harbor deadline that alleges widespread fraud or errors changed the outcome of the 2020 U.S. presidential election."

**A new streaming king:** Ludwig Ahgren sets new world record for Twitch subscribers, passing 'Ninja'

**Hide likes?:** Facebook and Instagram will leave that decision up to you

According to Salon, Gorka was banned for pushing unproven claims the 2020 election was tainted by widespread voter fraud.

Gorka could not be immediately reached for comment.

The YouTube channel for former President Trump was suspended in January, part of a broader crackdown by the platform and other social media companies in the wake of the Jan. 6 attack on the U.S. Capitol.

Other platforms such as Snapchat and Twitter banned Trump's accounts permanently. Meanwhile, Facebook's Oversight Board is expected to rule on whether Trump can return to

that social network after his account was suspended, although the board has not said when they might make a decision.

During a March interview with Frederick Kempe,  the CEO of think tank the Atlantic Council, YouTube CEO Susan Wojcicki said the suspension of Trump's channel would be lifted "when we determine the risk of violence has decreased."

In the meanwhile, Trump is thinking about establishing his own social-media platform, former campaign spokesperson Jason Miller told Fox News in March.

*Follow Brett Molina on Twitter: @brettmolina23.*

**'They want to take your speech away':** Censorship cry unites Trump supporters and extremists after Capitol attack

**'Everybody wants him':**Trump to launch social media platform in coming months, aide says

Trump and Facebook: ooming Trump ban ruling is a distraction from Facebook's real oversight crisis



Donate

# YouTube Deletes Union School Board Video Over Mask Comments, Then Reverses Itself

**WFAE | By** Ann Doss Helms, Steve Harrison

Published May 13, 2021 at 6:13 PM EDT



LISTEN • 6:23



*Becky Swiger / Union County Public Schools*

Union County Public Schools got this notice that last week's meeting video contained medical misinformation.

Parents' arguments against face masks for students led YouTube to delete a Union County school board video last week, saying it violated the company's policy on COVID-19 misinformation. Thursday night YouTube reversed itself, but experts say the case

**App. 1282**

Union County Public Schools started streaming board meetings on YouTube in 2014 during a redistricting process that stirred up public interest.



The UCPS YouTube channel serves as its video archive.

The YouTube channel also serves as the district's video archiving system. Spokesperson Tahira Stalberte said it worked fine until last week.

"One of my colleagues was working on our monthly newsletter and she went to grab the link for it and she let me know that the meeting had been removed," Stalberte said.

A bit of clicking led to the realization that the two-and-a-half hour meeting video had been taken down because YouTube concluded it violated community standards on COVID-19 misinformation.

The meeting began with 30 minutes for members of the public to speak. Sarah Hamilton of Matthews opened with a plea to stop making kids wear face masks.

"I am one of thousands of parents across the country stepping up to call out adults who have put our children through unjustified, unethical masking," she said. "This is a lie. It is being used as a weapon to create and instill fear, and it must stop."

Hamilton went on to say studies show masks are not effective in preventing

Half a dozen others sounded similar themes, including Michele Cameron of Waxhaw: "Breathing your own waste all day long, five days a week for eight hours, is dangerous and criminal."

The board then discussed concerns about the state's delay in updating COVID-19 safety guidelines to allow students to stop wearing masks at recess and voted on its budget.

Stalberte says the school district doesn't know whether someone complained about the video or YouTube flagged it independently. The district has an audio recording of the meeting, she says, but hadn't been backing up videos.

"We then submitted an appeal and it was rejected," she said.

Britney Bouldin was one of the speakers at last week's school board meeting, though she didn't talk about COVID-19. She says she shared the meeting link on Facebook, only to have someone tell her it was gone. She says she found that bizarre, because other people had made similar comments at other meetings.

"I don't think the school board had any way of knowing that this would happen because it's so ridiculous, right? Like, you would never imagine that a company would take down a school board meeting, of all things," she said.

**National Debate On COVID-19 Differences**

YouTube's decision thrust the Union County school board into a national debate on the boundary between free speech and technology companies' responsibility to squelch dangerous discourse.

In April, YouTube, which is owned by Google, took down video of a COVID-19 roundtable hosted by Florida Gov. Ron DeSantis. The company took issue with views voiced by DeSantis and three scientists he selected for the panel. According to news reports, they all said there was no need for schoolchildren to wear masks.

Martin Kulldorff, a professor at Harvard Medical School, was on the DeSantis panel and says he was stunned that it was taken down. When told about the Union County case, Kulldorff said at least a governor or a Harvard professor has other means to communicate with the public.

WFAE
1A

App. 1284

"I think it's very disturbing that regular people, for example at a school board meeting, or somebody else writing something on Facebook, that they are censored, because everyone should have the right to express their views and discuss these things," he said Thursday.

YouTube [community guidelines](#) say content that contradicts local health authorities' or the World Health Organization's medical information about COVID-19 "poses a serious risk of egregious harm." Claims that masks are dangerous or ineffective at preventing the transmission of COVID-19 are cited as an example of content that will be removed.

But leading health professionals don't all agree on having children wear masks.

The Centers for Disease Control and Prevention in the United States says everyone over 2 should wear masks.

But the World Health Organization says that children ages 5 years and under should not be required to wear masks. The WHO says masking for children ages 6-11 is based on several factors, including the level of transmission in an area and the "impact of wearing a mask on learning and psychosocial development."

Kulldorff says those different opinions show why tech companies should allow voices to be heard.

"It's very important for those who think differently from me, whether they are scientists or journalists or citizens, that they are allowed to express their thinking on these matters," he said.

**Ceding Power To Silicon Valley**

Brooks Fuller, director of the [North Carolina Open Government Coalition](#), says the Union County case serves as a warning to the growing number of public bodies that rely on private tech companies to stream their meetings.

"When public bodies rely on third-party social media platforms out of Silicon Valley they do cede a lot of power to those platforms in terms of content moderation and storing and retention of their records," he said.

App. 1285



Charlotte-Mecklenburg Schools archives its meetings on Facebook.

A quick check of government websites in the Charlotte region shows Cabarrus County commissioners and Gaston, Cabarrus and Iredell-Statesville schools also direct people to their YouTube channel for archived meeting videos. Charlotte-Mecklenburg Schools streams on YouTube and Facebook. CMS archived its own videos through the 2016-17 school year. For videos after that, people are steered to Facebook.

Fuller notes that North Carolina's Open Meetings Law does not require public bodies to livestream meetings or create video archives.

"But once they create a record of their public meetings those become minutes of those meetings," he said. "And those are required to be retained permanently by the North Carolina Archives."

He said Union County's audio recording also meets the legal requirement for minutes. He says the real lesson for public bodies is that "they have to be really careful when

WFAE
1A

**App. 1286**

using third-party companies to make sure that if they put a record up on a third-party platform they have the ability to retain a copy of the record locally."

## Three Strikes, You're Out

Stalberte, the Union County schools spokesperson, says that's exactly what the district will start doing. And officials are now aware that additional violations of YouTube standards will bring penalties ranging from a one-week suspension to permanent removal.



*Becky Swiger*

UCPS got this warning about violating YouTube's community guidelines.

"And so at this time we are just making sure that it doesn't happen again," she said, "but it depends on what content is discussed at the meeting."

Thursday night brought one more twist: After WFAE asked YouTube to explain its decision, the company reviewed the case and restored the video. A spokesperson said the removal was a mistake.

*Want to read all of WFAE's best news each day? Sign up here for The Frequency*

Updated: May 13, 2021 at 9:27 PM EDT

*Updated at 9:30 p.m. May 13 to reflect YouTube's reversal.*

**Tags**  | Education |  | Union County Public Schools |  | First Amendment |





### Ann Doss Helms

Ann Doss Helms covers education for WFAE. She was a reporter for The Charlotte Observer for 32 years, including 16 years on the education beat. She has repeatedly won first place in education reporting from the North Carolina Press Association. Reach her at ahelms@wfae.org or 704-926-3859.

See stories by Ann Doss Helms



### Steve Harrison

Steve Harrison is WFAE's politics and government reporter. Prior to joining WFAE, Steve worked at the Charlotte Observer, where he started on the business desk, then covered politics extensively as the Observer's lead city government reporter. Steve also spent 10 years with the Miami Herald. His work has appeared in The Washington Post, the Sporting News and Sports Illustrated.

See stories by Steve Harrison

**STREAMING LIVE**

**Ep. 1279 - Supreme Disappointment**

The Ben Shapiro Show

×

**NEWS AND COMMENTARY**

# YouTube Places Ban On Steven Crowder Over Ma'Khia Bryant Video; Crowder: Look What YouTube Does Allow

By Amanda Prestigiacomo

May 13, 2021   DailyWire.com



Sunday Special

Conservative podcast host Steven Crowder was hit with a two-week ban on YouTube over a video he posted concerning the fatal shooting of Ma'Khia Bryant, a Columbus teen who was engaged in an attempted stabbing of another black girl when police took action.

App. 1289

The video, which has since been removed from YouTube, can be listened to via podcast. Crowder and others argue on the show that the shooting was justified, as some experts have agreed.



YouTube is claiming that the content violated their harassment, threats, and cyberbullying policy. The Big Tech company hit Crowder with a second so-called "hard strike," effectively banning the conservative from posting content to the YouTube channel for two weeks.

Here's YouTube's policy:

> *YouTube Creators share their opinions on a wide range of different topics. However, there's a line between passionate debate and malicious harassment. Content containing targeted harassment including, but not limited to, stalking, threats, bullying, and intimidation is not allowed on YouTube.*

**READER'S PASS**





**In 1982, One Georgia Town Required Everyone To Own A Gun. Here's What Happened**

By Sharif Khan

**A New Series Of Anti-Trust Everything You Need To Kn**

By Ian Haworth

When YouTube was asked by Crowder's legal team what specifically violated their policy from the video, the company responded:

> *In particular, this video violated the aspect of the policy that prohibits "content reveling in or mocking the death or serious injury of an identifiable individual." Accordingly, the video has been removed and a strike has been applied to the Steven Crowder channel. This constitutes the second active strike on the Steven Crowder channel and, as a result, uploads are now suspended for two weeks.*

After listening to the content, it remains unclear what was considered "mocking." At one point in the video, Crowder speculates that Bryant, though a minor, weighed about 230 pounds, emphasizing his position that the fatal shot from the Columbus officer was justified, not mocking Bryant.

App. 1291

Crowder's site defended the show:

> *The video they're referring to didn't revel in the death or serious injury of an identifiable individual. It seems YouTube is unhappy the studio crew agreed the shooting of a teenager trying to stab another was justified. White, black, hispanic, or identifying as a transgender alien, if you're trying to stab someone else and get shot by an officer, sorry, but that's the way the cookie crumbles.*

For the relatively mild content in the video, even the benign mention of weight, to trigger a "hard strike" from YouTube seems entirely inconsistent with the company's application of their policies.

Crowder argued this online, posting a video compilation of folks on the Left engaging in what most would consider "harassment." Yet, these accounts are still allowed on YouTube and have not faced any form of censorship.

"Why no live show today, you ask? Ah. Well YouTube hit our channel with a second hard strike, saying we violated their harassment guidelines," Crowder posted via Twitter. "Which is interesting when you consider all the harassment YouTube allows if it comes from the left…"

WATCH:



**Steven Crowder** ✔
@scrowder

Why no live show today, you ask? Ah. Well YouTube hit our channel with a second hard strike, saying we violated their harassment guidelines. Which is interesting when you consider all the harassment YouTube allows if it comes from the left…

**App. 1292**



9:37 AM · May 12, 2021

♡ 6.7K       💬 936       ⬆ Share this Tweet

Crowder's site told viewers that they're still going to put on live shows.

"We've said this for years, YouTube is after us, they don't seem to like our exercising of free speech," the site said. "Do you need any more evidence?"

*The Daily Wire is one of America's fastest-growing conservative media companies and counter-cultural outlets for news, opinion, and entertainment. Get inside access to The Daily Wire by becoming a <u>member</u>.*

🏷 <u>Ma'Khia Bryant</u>,  <u>Steven Crowder</u>,  <u>YouTube</u>

Sponsored

Powered by



**June, 2021: Grandma Attacked Outside Store In**



**Tennessee Launches New Policy For Cars Used Less**



**$11/Month Gets Seniors Under 86 of Age $100,000**

App. 1293

# YouTube bans US Sen. Ron Johnson from posting videos for 7 days

'YouTube's arrogant COVID censorship continues,' senator said on Twitter



Updated: 5:40 PM CDT Jun 11, 2021

Infinite Scroll Enabled ◯

**WASHINGTON, D.C. —** YouTube has banned U.S. Sen. Ron Johnson for one week over his remarks on COVID-19 treatments.

**Continuing Coverage: Coronavirus in Wisconsin**

Advertisement

According to The Hill, the video-sharing site also removed a video from a Senate committee hearing, in which Johnson "discussed experimental treatments for COVID-19 such as hydroxychloroquine and ivermectin."

YouTube said the two drugs were included in the company's COVID-19 medical misinformation policy.

The Wisconsin Republican's removal stems from statements he made during a June 3 Milwaukee Press Club event, which were posted to YouTube.

YouTube has now banned Johnson from uploading new videos for at least seven days.

**App. 1295**

In response the senator from Wisconsin took to Twitter, saying, "YouTube's arrogant COVID censorship continues. How many lives will be lost as a result? How many lives could have been saved with a free exchange of medical ideas? The suppression of speech should concern every American."

A YouTube spokesperson said: "We removed the video in accordance with our COVID-19 medical misinformation policies, which don't allow content that encourages people to use Hydroxychloroquine or Ivermectin to treat or prevent the virus."

The company's policy says it doesn't allow content that spreads medical misinformation contradicting local health authorities or the World Health Organization's information about COVID-19.

Video of Johnson's full speech was still on the Milwaukee Press Club's YouTube channel as of Friday afternoon.

Corri Hess, Milwaukee Press Club President tweeted: "This on the record event with journalists will remain on the Press Club's YouTube site."

*The Associated Press contributed to this report.*

**Sign up for coronavirus email alerts from WISN**

**Get breaking news alerts with the WISN 12 app.**

**Follow us: Facebook | Twitter | Instagram | YouTube**

**Sen. Ron Johnson questions effectiveness of face masks**

**Sen. Ron Johnson on COVID vaccine: 'What do you care if your neighbor has one or not?'**

# 'They whacked us': YouTube cancels Christian author Eric Metaxas

Show jettisoned for violating standards on 'medical misinformation'



*Eric Metaxas, author of bestselling biographies on theologians Dietrich Bonhoeffer and Martin Luther, said that "The Eric Metaxas Radio Show" channel was banned permanently for violating YouTube's community guidelines.* more >

By Valerie Richardson - *The Washington Times* - Wednesday, June 2, 2021

Christian author Eric Metaxas has had his show kicked off YouTube for violating its content restrictions in what the program's producer described as a "hatchetjob."

Mr. Metaxas, author of bestselling biographies on theologians Dietrich Bonhoeffer and Martin Luther, said that "The Eric Metaxas Radio Show" channel was banned permanently for violating YouTube's community guidelines.

**App. 1297**

A second channel, "Eric Metaxas," which posts primarily his television appearances and has 4,500 subscribers, is still active. His radio show can still be accessed on Rumble.

**TOP STORIES**

Victoria's Secret ditches its 'Angels' for soccer star Megan Rapinoe
Ex-White House doctor, House Republicans push for Biden cognitive test
Charles Barkley to leave 'Inside the NBA,' blames cancel culture: 'We can't even have fun any more'

"I'm all hopped up. I'm crazy because I got knocked off of YouTube permanently," Mr. Metaxas said during his Tuesday show on Rumble. "People don't realize it — this is a huge financial hit, but you know what, it's because we're over the target."

He said the show, which had 215,000 subscribers, tried to avoid running afoul of YouTube by removing some content.



READ MORE

an C. Inglis confirmed by Senate as first national



"We even took down everything that we thought might offend them in the Communist Party, and they still knocked us off totally," Mr. Metaxas said. "They didn't just take us off for two weeks or something. It's an extraordinary thing. We're living through strange times."



**Eric Metaxas** ✔
@ericmetaxas

FINALLY... Youtube decided that because we violated their "community standards" my show has been entirely kicked off their platform. In related news, the CCP and the North Korean govt don't like our videos. So would you PLEASE subscribe to us on @Rumble?rumble.com/account/conten ...

2:07 PM · Jun 1, 2021                                          ⓘ

♡ 365      💬 33      ⬆ Share this Tweet

The move follows the removal this year of prominent conservative channels run by former White House senior adviser Sebastian Gorka and LifeSite News.

The conservative Media Research Center's Newsbusters called the Metaxas show "just the latest casualty of Big Tech censoring views they don't like."

Chris Himes, the show's digital media producer, said the channel was banned after receiving three strikes in a 90-day period, the latest for an April interview with lockdown critic Naomi Wolf, which YouTube said

"violates our medical misinformation policy."

The video was titled, "Naomi Wolf Sounds the Alarm on Vaccine Passports and a Social Credit System in America."

"We got 4 strikes (3 and an initial warning) over the past few months," said Mr. Himes in an email, adding, "we were a few days from one of the warnings expiring. So they whacked us."

He said it "seemed more punitive and subjective than rational. Why did it take 2 months to issue the violation? #hatchetjob."

The Washington Times has reached out to Google, which owns YouTube, for comment.

The other three violations were for shows that YouTube said advanced "false claims that widespread fraud, errors, or glitches changed the outcome of the U.S. 2020 presidential election."

Mr. Metaxas, a conservative public intellectual whose show is syndicated by Salem Radio, also hosts an event series in New York City called "Socrates in the City."

A supporter of former President Donald Trump, Mr. Metaxas has written three children's books featuring "Donald the Caveman" as the hero.

His latest book is "Fish Out of Water: A Search for the Meaning of Life" (Salem Books, 2021).

## SIGN UP FOR DAILY NEWSLETTERS



**News**

# Gun vloggers are flipping out at YouTube's crackdown on their videos

The platform pulled ads a few months ago and is now policing content more strictly.

By [William Turton](William Turton)

April 23, 2018, 10:15am   



This week YouTube will begin enforcing new rules restricting videos that facilitate private gun sales or link to websites that sell guns. For content creators Ian McCollum and Karl Kasarda, who make gun videos that were already being swept up by YouTube's new content policing technology, these new gun-specific rules mean they might have to quit YouTube altogether.

The "adpocalypse," as it has come to be known online, began in December when YouTube launched an AI-powered automated content policing tool that removes advertisements from content that falls into the company's broad "Not Advertiser-Friendly" category, such as "sensitive social issues" or "tragedy and conflict."

---

ADVERTISEMENT



**App. 1302**

  

Kasarda and McCollum run two successful YouTube channels that focus solely on guns. Kasarda's gun-review channel "InRangeTV" has more than 150,000 subscribers and McCollum's "Forgotten Weapons" — which covers the "history of antique, obscure, and historically important firearms" — has more than 700,000. They both make content that violates the new rules, but they don't have plans to change what they are doing — other than asking their subscribers for funding support.

"Watching a video is not an illegal act. Learning information or learning about how things work should not be an illegal act, unless we're wanting to move into a dark age. If we really want to call information dangerous, where does that stop?" Kasarda said.

While Kasarda and McCollum recognize that YouTube is a private company and has the right to police its content, they view these new rules as a dangerous slippery slope away from freedom of speech on the internet's largest public square of video content.

VICE News visited the online gun-video duo from Tucson to talk about the climate for gun videos on the platform.

**Meet the duo making gun videos that just got banned on YouTube**

**App. 1303**

Case 4:21-cv-00220-RH-MAF Document 106-4 Filed 06/21/21 Page 110 of 157



VICE

Your email address

Subscribe

By signing up to the VICE newsletter you agree to receive electronic communications from VICE that may sometimes include advertisements or sponsored content.



YOU MAY LIKE

ABOUT THIS CONTENT

**How Can You Consolida...**

ADVERTISEMENT: NE…

**The Dating Site for...**

ADVERTISEMEN…

**Bolsonaro is not the only...**

ADVERTISEMENT: …

**Lung cancer: early...**

ADVERTISEM…

# courier journal

RAND PAUL

# YouTube censors Rand Paul by removing Trump impeachment question, and he's not happy

**Ben Tobin** Courier Journal

Published 9:17 a.m. ET Feb. 13, 2020 | **Updated 11:43 a.m. ET Feb. 14, 2020**

If you want to see a video of Sen. Rand Paul reading his controversial question during President Donald Trump's impeachment trial, you won't be able to find one on YouTube.

The video-sharing platform has removed a video of the Kentucky Republican reading his question, which many say gave away the alleged name of the Ukraine whistleblower, according to Politico.

Paul did this twice during the impeachment proceedings — once when speaking to a gaggle of reporters after Chief Justice John Roberts declined to read his question, and once from the Senate floor when explaining his vote to acquit the president on both charges he faced.

**More:** YouTube censors Rand Paul by removing Trump impeachment question, and he's not happy

The junior senator from Kentucky has repeatedly said that his question did not accuse anyone of being a whistleblower, nor does he know the whistleblower's identity.

YouTube's decision did not sit well with Paul, who said "it is a chilling and disturbing day in America when giant web companies such as YouTube decide to censure speech."

"Now, even protected speech, such as that of a senator on the Senate floor, can be blocked from getting to the American people," Paul said in a statement. "This is dangerous and politically biased.

"Apparently, YouTube has taken it upon itself to decide what questions can even be asked in the public debate, including on the Senate floor."

**Background:** Rand Paul walks out after question is rejected in impeachment trial

**App. 1305**

YouTube spokesperson Ivy Choi said that "videos, comments, and other forms of content that mention the leaked whistleblower's name violate YouTube's Community Guidelines and will be removed from YouTube."

"We've removed hundreds of videos and over 10,000 comments that contained the name," Choi told Politico. "Video uploaders have the option to edit their videos to exclude the name and reupload."

Paul persistently urged that the alleged whistleblower be subpoenaed throughout the course of the impeachment process, and he used the name of the alleged tipster in two separate interviews with other news organizations in November.

The Kentucky Republican's decision to read his question for the first time in January sparked outrage, with the hashtag #ArrestRandPaul trending on Twitter for a brief period.

The whistleblower's identity has not been revealed or verified publicly, which is why The Courier Journal and USA TODAY are not publishing the person's alleged name or Paul's question.

**See also:** Rand Paul, Mitch McConnell at odds in vote on Iran war powers measure

*Contact Ben Tobin at bjtobin@gannett.com and 502-582-4181 or follow on Twitter @TobinBen. Support strong local journalism by subscribing today: subscribe.courier-journal.com.*

POLITICS NEWS

# YouTube suspends GOP Sen. Ron Johnson's account, says he violated Covid-19 policy

The video giant said it doesn't allow posting of information that contradicts health authorities. Johnson's office complained of "censorship."



—— Sen. Ron Johnson, R-Wis., speaks during a Senate Homeland Security and Government Affairs Committee hearing on the Colonial Pipeline cyberattack, at the U.S. Capitol, on Tuesday.

Graeme Jennings / Pool via Reuters

June 11, 2021, 8:55 PM CDT

**By Dartunorro Clark**

**App. 1307**

YouTube suspended Sen. Ron Johnson's account on Friday after the Wisconsin Republican posted his recent remarks about alternative therapies to treat Covid-19.

"We removed the video in accordance with our COVID-19 medical misinformation policies, which don't allow content that encourages people to use Hydroxychloroquine or Ivermectin to treat or prevent the virus," a YouTube spokesperson said in a statement.

Johnson's account is blocked from uploading videos for a week. The company's policy states it does not allow content that spreads medical misinformation contradicting local health authorities or the World Health Organization's information about Covid-19, regardless of the speaker.

In a June 3 virtual appearance before the Milwaukee Press Club, Johnson criticized the Trump and Biden administrations for "not only ignoring but working against robust research (on) the use of cheap, generic drugs to be repurposed for early treatment of Covid," the Milwaukee Journal Sentinel reported.

His ban comes as Republicans have increasingly been at loggerheads with tech companies over the perceived censorship of conservatives and a month after former President Donald Trump's ban from Facebook was upheld. Trump is also still banned or restricted from using YouTube, Instagram and Twitter, among other platforms.

## Recommended



LATINO

**AOC says her bill 'does not oppose statehood' for Puerto Rico**



MEET THE PRESS

**GOP candidates' acts of loyalty to Trump underscore ex-president's grip on the party**

Corri Hess, the president of the Milwaukee Press Club, tweeted Friday afternoon that the group would not remove "the on the record event with journalists." However, by Friday evening, she posted that the video of the remarks had been removed by YouTube from the press club's channel.

**App. 1308**

Case 4:21-cv-00220-RH-MAF   Document 106-1   Filed 06/21/21   Page 115 of 157

Johnson's office slammed the tech giant for the move in a statement.

"YouTube's ongoing Covid censorship proves they have accumulated too much unaccountable power. Big Tech and mainstream media believe they are smarter than medical doctors who have devoted their lives to science and use their skills to save lives," Johnson said in the statement.

"They have decided there is only one medical viewpoint allowed and it is the viewpoint dictated by government agencies," the statement continued. "How many lives will be lost as a result? How many lives could have been saved with a free exchange of medical ideas? Government-sanctioned censorship of ideas and speech should concern us all."



Dartunorro Clark

Dartunorro Clark covers politics, including the Covid-19 recovery, for NBC News.

## Sponsored Stories

by Taboola

OP TECH TODAY

efrigerate A Room In 2 Minutes

AID SHADOW LEGENDS

lay this Game for 1 Minute and see why everyone is addicted

PBOOSTER WI-FI

legal? Internet Providers Furious After $39 Gadget Goes Viral

APTOPS | SEARCH ADS

lot Sure What Laptop To Get? No Worries. Here's The Top Ones!

BETA

EDITORS' PICK | May 8, 2020, 12:09pm EDT | 29,227 views

# YouTube Takes Action Against Chinese Blogger's Post On Coronavirus Origins



**Kenneth Rapoza** Senior Contributor ⓘ
Markets

*I write about global business and investing in emerging markets.*



Follow



Listen to article   12 minutes



App. 1310



BETA

YouTube has made good on its promise that any video promoting what they and the WHO as being false ... [+]  GETTY IMAGES

*(Updated on Sunday morning with new reports of German intelligence and a correction to the Five Eyes report. The Five Eyes report did not say the virus leaked, but said there was more evidence China withheld info on human-to-human transmission.)*

They warned you.

YouTube took demonetization actions against popular Chinese-American blogger Jennifer Zeng late last night, zapping a chance for her to collect a paycheck from her latest video outlining the origin stories surrounding the new SARS coronavirus first discovered in Wuhan.

---

**Jennifer Zeng 曾錚**
@jenniferatntd



What? "We've determined that your channel is no longer eligible for monetization" !  What should I do?
油管刚刚通知我说，取消我频道的广告资格！我该怎么办？

**App. 1311**

BETA

"I've been warned before by YouTube and have always appealed," she says from her home in the Greater New York area. "I've been warned by them on maybe 95% of my coronavirus videos. I just got this note last night and I wrote to them about it this morning," she says.

Her site seems to have been fully demonetized going forward. She started posting about the virus more regularly in the last two months.

In the video, which has not been censored and is still available, Zeng reviews a story published on a Falun Gong website called *Minghui*. The authors used pen names, without usual surnames, suggesting they are writing from inside China. The paper is one of the enemies of the Chinese Communist Party, which likens the Falun Gong to an insurgency.

MORE FOR YOU

**A Timeline Of The COVID-19 Wuhan Lab Origin Theory**

**Joe Biden Promises To End Traditional 401(k)-Style Retirement Savings Tax Benefits. What's That Mean?**

**Trump Threatens To Issue Executive Order Preventing Biden From Being Elected President**

**App. 1312**

BETA

The video goes through a list of seven of the origination theories circulating among official circles and not Western conspiracies about it being a bioweapon manufactured by China.

However, it does note that weaponization was one of the origin stories the Chinese government used early on to deflect blame towards Washington. That origin story was put out by a Chinese military website and spread via social media, making headlines here at home. The article was taken down later. It does not seem to be part of the official China narrative anymore.

The writers of the *Minghui* report said they do not believe the bat coronavirus was manipulated in the Wuhan lab. This is worth noting because when leading scientists, including Dr. Anthony Fauci, say there is no evidence the virus was man-made, they mean there is no evidence of it being genetically modified. But that does not mean the virus in its natural state did not escape.



Dr. Anthony Fauci says there is no evidence Wuhan Lab was source of the outbreak. (Photo by MANDEL ... [+]   AFP VIA GETTY IMAGES

Fauci says there is no evidence of it escaping. There is also no evidence that it did not, as China is not sharing.

"I don't think it was spliced and diced in the Wuhan Institute of Virology," says Jamie Metzl, a senior fellow at The Atlantic Council and a former senior official for both Bill Clinton and Joe Biden when he was a Senator. "But I do believe it escaped a lab, accidentally."

Metzl's view of the lab escape makes it more difficult to sum this up as merely anti-China, or pro-Trump sentiment. Metzl is not anti-China.

**App. 1313**

Peter Daszak, a zoologist interviewed by Democracy Now last month, has said that it did not escape a lab. He has done research on bat viruses with the Wuhan Institute of Virology.

BETA

The Five Eyes intelligence collaborative of the U.S., U.K., Canada, New Zealand and Australia, said they could not prove it escaped a lab, but said China failed to notify the World Health Organization about human to human transmission.

A German intelligence report released on Sunday and reported on by *Der Spiegel* accused China's president Xi Jinping of asking the World Health Organization to give them time before they can confirm human-to-human transmission, something the WHO denies.

But what is most interesting from Zeng's video is the notion that the animals used in experiments in the Wuhan Institute of Virology, a high level virology lab (P4 level) located around 8 miles from from wet market China first said was the source of the outbreak, were not properly handled post-experiment.

This may be, as Zeng says, a missing part of the puzzle and seems reasonable enough for anyone concerned with safety issues at China's most important virology research center.

Safety concerns regarding that P4 lab came to light when *The Washington Post*'s Josh Rogin wrote about leaked conversations between U.S. Embassy officials in Beijing and the State Department in Washington regarding lackluster safety standards. They warned of the potential of a leak. They noted that they were studying bat coronaviruses.



An aerial view shows the P4 laboratory at the Wuhan Institute of Virology in Wuhan in China's ... [+]  AFP VIA GETTY IMAGES

**App. 1314**

Bat populations in China were the source of the first SARS outbreak back in 2002. That outbreak lasted 8 months and the virus has not been a problem since.



---

MORE FROM FORBES

**China Lab In Focus Of Coronavirus Outbreak**

By **Kenneth Rapoza**



---

From Zeng's video on her [blog](#) Jennifer's World:

"There is a huge loophole with the design of another part of the lab, and that loophole is there is no incinerator at or near the lab to burn the bodies of the animals that have been used in experiments. The routine procedure is, after simple disinfection of the exterior and surface of the animals' bodies, they are then sealed in a large plastic bag, and put into the refrigerator. After a certain amount of bodies are accumulated this way, they will then be transported outside of the lab, to be centrally incinerated by a contractor. The problem is, if the contractor doesn't deal with the bodies properly, what will happen? This is a huge loophole with the design of the P4 lab in Wuhan. It means the viruses have a 'back door' to escape," she posits, based on the Minghui article.

Bats for the Wuhan virology studies were collected from caves far from Hubei province where Wuhan is the capital city. They were brought back to the lab for studies.

How does it escape accidentally? Virologists in the lab are dressed like astronauts and have no skin contact with anything in the lab.

The virus may have escaped through this "backdoor" disposal of animals, jumped to an unknown intermediate host, and then jumped to humans where it could have mutated, making the new SARS coronavirus different than the first SARS coronavirus.

**App. 1315**



MORE FROM FORBES

### The Coronavirus Is Becoming A Public Relations Disaster For China

By **Kenneth Rapoza**

Bat viruses might have infected researchers in the lab, which became the original hosts who spread it to others asymptomatically.

Whichever path it took from bats to humans, the Wuhan Institute of Virology is responsible for the leak, says Secretary of State Mike Pompeo.

"There is enormous evidence that this is where it began," he said on ABC's Sunday morning news program "This Week."

Of course, official Washington can be wrong. The U.S. State Department also had evidence of Iraq weapons of mass destruction.

Yuan Zhiming, director of the Wuhan National Biosafety Laboratory, said last month that "there is absolutely no way that the virus originated from our institute."

Many people, including here in the U.S., believe Zhiming more than they believe Trump. That gives the Chinese government a chance to breathe a sigh of relief; they have allies, even if unwilling allies in the States.

And even though claims of a Wuhan leak consider it an accident, China wants no part of that embarrassment. Many China investors had been calling this the "Chinese Chernobyl" since January, well before peak coronavirus in Hubei province.

Millions of people have been affected by the virus. Though not as deadly as first believed only two months ago, the U.S. is set to lose at least 80,000 people in best case estimates.

More importantly, to protect hospitals from a surge in new cases caused by the easily spread virus, the U.S., like China and elsewhere, were forced to shut down much of their economies. Over 33 million people are now collecting unemployment in the U.S., with hopes in the market that those numbers will revert quickly as state's start to reopen.



**App. 1317**



BETA

YouTube CEO Susan Wojcicki. Toe the line or there's no You in YouTube. She said the channel would …

[+]   GETTY

China surely has help in stopping the story of a lab leak by the World Health Organization and Google `GOOGL -1%`, owners of YouTube. Twitter also censored the account (and later closed it) of Zero Hedge for their reports on a lab leak months ago.

YouTube's CEO Susan Wojcicki said last week on the CNN show "Reliable Sources" that any video on her channel that goes against WHO recommendations for combating the virus would be dealt with.

"Anything that is medically unsubstantiated, so people saying 'Take Vitamin C or take turmeric, those cure you,' those are examples of things that would be a violation of our policy. Anything that would go against World Health Organization recommendations would be a violation of our policy," Wojcicki said.

In an email conversation with YouTube public relations team, questions regarding the number of demonetized sites this year versus last year,

**App. 1318**

confirmation of Zeng's demonetization and the reason for it garnered a blanket statement from the company.

BETA

They said YouTubers need to comply with their community guidelines and in order to monetize, channels had to comply by certain policies, which includes their advertiser-friendly guidelines. The spokesperson said they "review and remove channels" that are not in compliance with those policies, and YouTubers could repeal the decision.

The video did not recommend any cures to fighting the coronavirus disease, something Wojcicki said would be a red flag.

Meanwhile, as the pandemic continues to ruin the lives of both the healthy and the sick, politics are seen impeding a solution to the problem, whether it is tackled on a global scale or on a local one.

The Wuhan lab leak story is linked to the Trump world view more than it is the world view of people like Metzl, a former Biden staffer, or Fauci. China can use that to their advantage, saying that the science is not out that the worst pandemic since the 1918 Spanish Flu is because of weak Chinese government oversight. Who's against science?

*The Sydney Morning Herald* today quoted someone saying the Trump administration's promotion of the lab leak could also undermine a Five Eyes call for an independent inquiry.



"The Americans pushing the lab theory kind of discredits that initiative," says Richard McGregor, a senior fellow at the Lowy Institute for International Policy, a Sydney think tank. "It prejudges it, which in a way contaminates the idea that any

**App. 1319**



inquiry supported by the U.S. can be independent."

Jamie Metzl, senior fellow for The Atlantic Council: the virus likely leaked from the Wuhan lab. ... [+]  GETTY IMAGES

McGregor is not an official in the Australian government.

Australia and China have been sparring because of the coronavirus, too.

China's *Global Times* said Australia was getting a bit annoying in their complaints of late, calling them a "glob of gum stuck on China's shoe."

---

MORE FROM FORBES

## Apparently, We Are All China Now

By **Kenneth Rapoza**



---

See Jamie Metzl's view. (Hasn't been amended yet.)

---

JAMIEMETZL

## Origins of SARS-CoV-2 | Jamie Metzl

---

**Forbes** | Sound Money

### Protect Your Money During Uncertain Markets

Forbes Sound Money provides you with advice and information to help you manage your financial well-being.

| Email address | Job Title |

Sign Up    You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy

---



**Kenneth Rapoza**                                    Follow

I write about global business trends, big business dramas and investing, primarily in emerging markets. I am also a retail investor with interests in cryptocurrencies, so...

**App. 1320**

Case 4:21-cv-00220-RH-MAF   Document 106-4   Filed 06/21/21   Page 127 of 157

Watch TV

**BIG TECH BACKLASH**  ·  **Published** June 26, 2019

# YouTube faces mass backlash after claiming it acted without 'political bias'

By **Sam Dorman** | **Fox News**

     



**YouTube censors Steven Crowder; has censorship gone too far?**

YouTube says Crowder engaged in 'egregious actions that harmed the broader community'; The Intercept co-founding editor Glenn Greenwald reacts on 'Tucker Carlson Tonight.'

[YouTube encountered a wave of backlash](#) Wednesday when it claimed it acted without political bias while enforcing its policies, with many on the right accusing the video giant of [censoring conservative content and creators.](#)

**YouTubeInsider** ✔
@YouTubeInsider

**App. 1321**

> We've had a lot of questions today...clarifying, we apply our policies fairly and without political bias. All creators are held to the same standard.
>
> 7:59 PM · Jun 25, 2019                                   ⓘ
>
> ♡ 1.8K        💬 19.1K        ⬆ Share this Tweet

"We've had a lot of questions today...clarifying, we apply our policies fairly and without political bias. All creators are held to the same standard," the company tweeted from its account for press updates.

That tweet received so much pushback that some noted the ratio of responses to retweets and likes -- generally considered an indicator of how much support or opposition a tweet encountered.

**BIG TECH WILL BE FORCED TO DISCLOSE YOUR DATA'S VALUE UNDER SENATE BILL**



> **YouTubeInsider** ✔ @YouTubeInsider · Jun 25, 2019
> We've had a lot of questions today...clarifying, we apply our policies fairly and without political bias. All creators are held to the same standard.
>
> **Ron Bassilian** ✔
> @Ron4California
>
> Ladies and gentlemen... we have a new ratio champion!
>
> 11:57 PM · Jun 25, 2019                                   ⓘ
>
> ♡ 730        💬 5        ⬆ Share this Tweet

Amid the thousands of responses, many on Twitter accused the company of flat-out lying about not applying political bias.



> **Lauren Chen** ✔
> @TheLaurenChen
>
> Replying to @YouTubeInsider

https://www.foxnews.com/politics/youtube-faces-mass-backlash-after-claiming-it-acted-without-political-bias

**App. 1322**



GIF

12:18 AM · Jun 26, 2019    ⓘ

♡ 5.9K    💬 15    ⬆ Share this Tweet

---

YouTubeInsider ✔ @YouTubeInsider · Jun 25, 2019

We've had a lot of questions today...clarifying, we apply our policies fairly and without political bias. All creators are held to the same standard.

**Nick Searcy, INSURRECTIONAL FILM & TELEVISION STAR** ✔
@yesnicksearcy

No, you don't.

10:34 AM · Jun 26, 2019    ⓘ

♡ 700    💬 3    ⬆ Share this Tweet

---

On Tuesday, the company faced renewed scrutiny as a [document surfaced](#) showing an employee of Google, YouTube's parent company, accusing conservative author Ben Shapiro and others of being Nazis.

## GOP SEN. JOSH HAWLEY TAKES AIM AT BIG TECH'S LEGAL PROTECTION WITH NEW BILL

That appeared to prompt Wednesday's tweet from the company, although it has long faced accusations of bias from a number of conservative organizations.

Controversy swirled around the company in June as YouTube appeared to reverse its decision not to punish conservative comedian Steven Crowder for his comments about a journalist at Vox. It later demonetized his videos and accused Crowder of harming the broader YouTube community, even though he didn't technically violate its community guidelines.

On Wednesday, Lila Rose of the pro-life organization Live Action responded to the company's tweet by saying the platform buried her group's videos after receiving complaints about its content.



## FACEBOOK COO SANDBERG DOWNPLAYS CALLS FOR A BREAKUP, IGNORES WSJ BOMBSHELL

Radio host Dennis Prager, who runs Prager University, similarly accused YouTube of censoring his content. "If it is pro-America, if it's pro-Israel, if it is pro-religion, it is likely to be censored by Google or YouTube," Prager told Fox News on Wednesday.

The tweet came as politicians focused their attention on a series of tech giants -- including Twitter and Facebook -- alleging they either censored conservatives or needed to be broken up in

**App. 1324**

order to weaken their economic power.

President Trump spoke on the issue in May after Facebook banned right-wing provocateur Milo Yiannopoulos and others from its platform.

**CLICK HERE TO GET THE FOX NEWS APP**

Whoops! We couldn't access this Tweet.

"I am continuing to monitor the censorship of AMERICAN CITIZENS on social media platforms," he tweeted. "This is the United States of America — and we have what's known as FREEDOM OF SPEECH! We are monitoring and watching, closely!!"

Sam Dorman is a reporter with Fox News. Follow him on Twitter @DormanInDC or at facebook.com/SamDormanFoxNews





NEWS

# Youtube banned this powerful pro-life music video. Then the artist sued.

*Youtube banned this powerful pro-life music video. Watch it yourself and you'll know why.*

Fri Dec 18, 2015 - 1:30 pm EST



 *By Pete Baklinski*

**App. 1326**

6/18/2021      YouTube banned this powerful pro-life music video. Then the artist sued. | LifeSite

Case 4:21-cv-00220-RH-MAF Document 106-4 Filed 06/21/21 Page 133 of 157



*Joyce Bartholomew.*

NAPLES, Florida, December 18, 2015 (LifeSiteNews) – Joyce Bartholomew has always had a compassionate heart for young women faced with difficult, life-changing choices. That's why about a decade and a half ago she volunteered as a lay counselor at a crisis pregnancy center in Toronto.

"I just felt called to this pro-life Christian center. It was something I felt led to go into," she told LifeSiteNews in an exclusive interview by phone from her home in Naples, Florida.

Joyce felt in her heart nothing but respect, love, and compassion for the broken and sometimes abused girls who entered the center seeking help, a way out of a difficult situation, and ultimately, hope.

App. 1327

Case 4:21-cv-00220-RH-MAF Document 106-4 Filed 06/21/21 Page 134 of 157

"I really do care about them. It's not put on, but something that's just inside me, that God has given to me in my heart. It's something that just comes out from my heart," she said.

Her favorite part of the ministry was to see "lives get better, especially if someone came to know Jesus Christ as their Lord and Savior" through the center's optional offer of a Bible study course.

"To have someone be led to the Lord is one of the greatest moments there, one of the biggest rewards. Just to be able to be a part of their lives to see them going from the worst, to having things get better. It's a reward that money can't buy," she said.

Joyce and her family eventually returned the US, but her experience of working with the women she loved so much eventually made it into her own musical compositions. She had been a Christian singer since age 8 and enjoyed expressing herself through music.

One day while driving on the I-405 in Los Angeles, surrounded by numerous lanes filled with cars — people coming and going —, Joyce suddenly gained insight into the practically unfathomable number of babies lost to abortion since the procedure became legal in the 1973 Roe v. Wade decision.

"I just saw all these people and I thought, 'Wow, there has been 58 million abortions since 1973. And I thought, 'Look at all these people, and how many babies have been aborted and killed, and who would they have become if they had been given a chance?'"

Joyce could not get her experience on the interstate out of her mind. She thought about it all the time. And that's where the inspiration for a new song came from.

"What was your name?" was composed in 2013 and recorded in 2014 along with a gripping video.

**App. 1328**



*The two women in Joyce's music video who found much-needed healing after having an abortion.*

The lyrics tell a story familiar to many girls who once upon a time visited Joyce when she used to work as a councilor in Toronto.

> I was alone and afraid, they said I wasn't ready for you.
> They said a baby is a 'big mistake,' I had no choice, it was all I could do.
> God alone ordained all your days for you, you could have have changed our world.
> I wonder what God wanted you to do, were you a boy or a girl?
>
> What was your name, what were you meant to be?
> I wish I could've known you.
> What was your name, what were you meant to be?
> I wish I could've known you, before you saw eternity.

The video that accompanies the song tells the story of a girl who aborts her baby following her boyfriend's demands. But an older woman, who also had an abortion when she was younger, helps the girl to find healing and peace after the traumatic experience.

When Joyce posted the music video to Youtube in April of last year, it immediately started picking up hits and went on to enjoy radio time. By May the video had been viewed over 52,000 times and showed no signs of slowing down.



*Youtube banned this video.*

Then one day, Youtube suddenly yanked the video, telling Joyce that it had violated its "terms of service."

"I cannot believe this, but YouTube removed my pro-life music video called 'What Was Your Name' due to violation of their 'terms of service.' It did NOT violate anything. Pls pray that it will be fairly put back up. Christians ought to also have peaceable freedom of speech," Joyce posted on her Facebook page May 16.

Pro-life filmmaker Jason Jones, producer of *Crescendo* and co-executive producer of the 2008 film *Bella*, said it was not the first time Youtube censored a pro-life production.

"I went to look for it myself, and found that [the video] was gone. Down the memory hole, thanks to arbitrary policies of content censorship in place at Youtube. This wasn't the first time that Youtube has employed its 'terms of use' boilerplate to lump in pro-life free expression with violent hate speech. It surely won't be the last," he wrote in a June report.

LifeSiteNews contacted Youtube asking for details about why it deleted the video, but did not hear back by press time.

Joyce appealed Youtube's decision, but to no avail. That's when she decided to look into her legal options.

**App. 1330**

6/18/2021
Case 4:21-cv-00220-RH-MAF Document 106-4 Filed 06/21/21 Page 137 of 157
YouTube banned this powerful pro-life music video.-then the artist sued. - LifeSite



*Joyce singing in Death Valley Desert in California for her music video.*

"I am in contact with my legal counsel and they are exploring all potential remedies on my behalf, and I intend to take all steps necessary to remedy YouTube's incorrect statements about me and Blaze Productions violating their terms of service," she posted on Facebook in July 2014.

Earlier this year Joyce and her legal team filed a "complaint for defamation" against YouTube in California, where the video was filmed.

Joyce told LifeSiteNews that she remains "suspicious" that the real reason Youtube pulled her video is because of a "bias" against the video's pro-life message and the successful impact it was having.

"Yes I am suspicious, but I can't 100 percent tell you exactly the details, but it's very unfair towards me. If I felt that in any way I had wronged anybody, ever, I would completely own up to that. But I would never [intentionally wrong anybody], especially as a Christian person. [Youtube is] very biased. I am very suspicious, absolutely."

Joyce said the suit could take "forever" but that she and her team will not give up.



*Letting go balloons with little white shoes attached and a message to an aborted child.*

Joyce now volunteers as a spokesperson and opening act for pro-life fundraising concerts hosted by Mission: PreBorn, a pro-life ministry raising funds to provide pregnancy centers across the US with ultrasound equipment and free ultrasounds to women in need.

For Joyce, helping women facing difficult choices is following the words of Jesus.

"Jesus asks us to love our neighbor as ourselves. This is why I do pro-life work. He said, 'When I was hungry, you gave me something to eat, when I was thirsty, you gave me something to drink.' This is compassion. It comes not from just trying to be a good person, to make myself look better, but from Jesus saying, 'When you do this for them, you do this for me.'"

"The baby in the womb is also my neighbor," she said.

The artist has plans to be part of a radiothon for the upcoming D.C. March For Life and hopes to have a new album out by spring.

---

**THE VERGE**

TECH ╲ YOUTUBE ╲ CREATORS ╲

# Inexplicably, YouTube says extremely racist Steven Crowder video isn't hate speech

*'While offensive, this video from the Steven Crowder channel does not violate this policy.'*

By Jay Peters  |  @jaypeters  |  Mar 18, 2021, 8:38pm EDT



Image: Steven Crowder's YouTube channel

YouTube removed an extremely racist video from conservative commentator Steven Crowder this week, citing violations of the platform's COVID-19 misinformation policy — not its hate speech policy — as the reason for the removal. Inexplicably, though, the

**App. 1333**

video did not violate the company's hate speech policies at all, the company told *OneZero*, despite Crowder and his co-hosts making numerous racist comments about Black farmers.

"Our hate speech policy prohibits content promoting hatred against groups based on their race," a YouTube spokesperson tells *OneZero*. "While offensive, this video from the Steven Crowder channel does not violate this policy."

If you were curious, here is YouTube's full hate speech policy. And if you want to hear the offensive comments from Crowder's show, *Media Matters* clipped them in this tweet. I will warn you that they are awful.

---

**Jason Campbell** ✔
@JasonSCampbell

On YouTube, Steven Crowder and his co-hosts go on a wildly racist tirade against Black farmers.

mediamatters.org/steven-crowder…

11:08 AM · Mar 16, 2021                          ⓘ

♡ 23.4K        💬 3.5K        ⬆ Share this Tweet

---

This means YouTube has a ridiculously high bar for hate speech, as *OneZero's* Will Oremus points out:

**App. 1334**

> You're free to mock, caricature, and belittle people based on their race, just as long as you don't come right out and say you literally hate them.

While you could argue that YouTube's just enforcing the policies it has, not the policies you might want, remember that YouTube has the ability to change those policies whenever it likes. That's what it did nearly two years ago in 2019, updating its hate speech policy "by specifically prohibiting videos alleging that a group is superior in order to justify discrimination, segregation or exclusion based on qualities" including race and gender.

That *should* mean that hate speech doesn't have to rise to the level of "promoting hatred" (the language YouTube used to *OneZero*) to result in a policy violation, or to stop promoting Crowder as a YouTube Partner.

Speaking of which, YouTube *also* said in that 2019 post that it would take action on hate speech that comes "right up to the line" as well, warning that "Channels that repeatedly brush up against our hate speech policies will be suspended from the YouTube Partner program." In 2020, after Crowder's YouTube Partner status was originally reinstated, YouTube told *The Verge* it would "take appropriate action" if there were more violations on his channel.

What will it take now?

---

RELATED

YouTube decides that homophobic harassment does not violate its policies

YouTube will let Steven Crowder run ads after year-long suspension for harassment

---

**App. 1335**



# YouTube blocks controversial conservative from making mor ads

BY **EMILY BIRNBAUM** - 06/05/19 03:18 PM EDT

**23,394** SHARES

f SHARE    🐦 TW

## Just In...

**US-led war games in Africa wrap up after two weeks of exercises**
DEFENSE — 7M 13S AGO

**A bipartisan solution to address chronic kidney disease in America**
OPINION — 15M 59S AGO

**Tokyo Olympics organizers plan to distribute 160K condoms, tell athletes not to use them**
BLOG BRIEFING ROOM — 19M 7S AGO

**Carnival Cruise says customer data exposed in breach**
CYBERSECURITY — 25M 54S AGO

**Bear in Japan shot dead after rampage through streets leaves four injured**
BLOG BRIEFING ROOM — 40M 7S AGO

**Japanese medical experts: No spectators is least risky option for Olympics**
BLOG BRIEFING ROOM — 44M 36S AGO

**A NATO action plan for China**
OPINION — 45M 58S AGO

**Grad student lauds professor who placed crib in his office so she**



YouTube investigating conservative commentato...

YouTube on Wednesday announced it will no longer allow a conservative commentator accused of online harassment to make money from ads on his videos, just one day after the company said he had not broken any of the platform's rules.

In a tweet, YouTube said it has "suspended" conservative personality Steven Crowder's "monetization," a penalty that means Crowder will continue to stay on the site but will not be able to collect ad revenue.

Social media analytics website Social Blade estimates Crowder could have been making between $81,000 to $1.29 million per year from his channel before the change.

"Update on our continued review–we have suspended this channel's monetization," YouTube said in the tweet announcing Crowder will not be able to make money from ad revenue on his videos. "We came to this decision because a pattern of egregious actions has harmed the broader community and is against our YouTube Partner Program policies."

YouTube's demonetization policy, announced last year, allows the company to pull back ad revenue from creators who have caused "lasting damage to the community, including viewers, creators and the outside world."

**App. 1336**

**could bring baby to
school**

BLOG BRIEFING ROOM
— 47M 11S AGO

**VIEW ALL**

Related News          by    |▷



Sponsored

Save nearly $50 on this
wireless charging dock...



This Amazon upgrade is
even better than Prime
Sponsored | Capital One Shopping



Louisiana becomes first
Democrat-led state to...



Gaetz, under
investigative cloud...

Crowder has come under scrutiny after Vox Media journalist Carlos Maza
— who identifies as queer and is of Cuban-American heritage — compiled
a montage of Crowder using a string of racist and homophobic slurs
against him in YouTube videos, including "lispy queer" and the "gay
Mexican from Vox." In the clips, Crowder mocked Maza's sexuality, at one
point pantomiming oral sex with a microphone.

Maza's supporters and YouTube critics have argued that Crowder's videos
amount to a campaign of targeted harassment, in which he has
continually singled out the Vox reporter over his sexuality and ethnicity for
the past two years.

The move by YouTube comes as the company faces accusations of
conservative censorship from Republican senators and President Trump.
Conservative critics have been increasingly vocal about their belief that
the country's largest tech companies routinely remove right-wing
commentary from their websites. All of the companies, including
YouTube, have denied all allegations of political bias.  On Wednesday,
conservatives and far-right commentators denounced YouTube's actions.

Crowder's fans have also repeatedly "doxxed" Maza, posting his personal
information online and sending him a deluge of hateful and harassing
messages.

YouTube in response to Maza's thread on Tuesday night said they had
reviewed the flagged videos and determined they did not violate
YouTube's policies.

"Our teams spent the last few days conducting an in-depth review of the
videos flagged to us, and while we found language that was clearly
hurtful, the videos as posted don't violate our policies," the company
wrote.

YouTube in statements circulated to reporters said they found Crowder
was "debating."

Maza, after YouTube's demonetization decision on Wednesday, tweeted,
"So the f--- what. Basically all political content
gets 'demonetized.' Crowder's revenue stream isn't from YouTube ads. It's
from selling merch and 'Socialism Is For Fags' shirts to millions of loyal
customers, that @YouTube continues to drive to his channel. For free."

> So the fuck what. Basically all political content gets "demonetized."
>
> Crowder's revenue stream isn't from YouTube ads. It's from selling
> merch and "Socialism Is For Fags" shirts to millions of loyal
> customers, that @YouTube continues to drive to his channel. For
> free. https://t.co/ws8mqvRoKU
>
> — Carlos Maza (@gaywonk) June 5, 2019

YouTube clarified their demonetization decision in response to Maza's
tweet.

"To clarify, in order to reinstate monetization on this channel, he will need
to remove the link to his T-shirts," YouTube wrote in response.

It later added that Crowder will also need to address "all issues" with his
account.

--Updated at 5:17 p.m.

**TAGS  DONALD TRUMP  YOUTUBE**



THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2021 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.



alteryx

Make every day a breakthr

with analytics automatio

Discover How

≡　🔍　　　INSIDER　　　Subscribe

US MARKETS OPEN　　In the news

▲ **Dow Jones**　▲ **Nasdaq**　▼ **S&P 500**　▲ **TSLA**　▼ **FB**　▲ **BABA**
　**-1.16%**　　　**-0.62%**　　**-0.84%**　　**+0.61%**　**-1.43%**　**+0.53%**

HOME  ›  TECH

# YouTube bans far-right channels for hate speech including those of Richard Spencer, David Duke, and Stefan Molyneux

**Rachel E. Greenspan**  Jun 29, 2020, 4:00 PM

　　



‹　HOMEPAGE　　　　　　　　　　　Subscribe

**YouTube banned multiple channels for violating the platform's hate speech rules, including the channels run by Stefan Molyneux, David Duke, and Richard Spencer.** Stefan Molyneux/Instagram; Mark Peterson/Corbis via Getty Images; Evelyn Hockstein/The Washington Post via Getty Images

- **On Monday, YouTube announced the bans of some channels that have promoted white supremacist beliefs, including those of David Duke, Richard Spencer, and Stefan Molyneux.**

- **"We have strict policies prohibiting hate speech on YouTube, and terminate any channel that repeatedly or egregiously violates those policies," a YouTube spokesperson said in a statement.**

- **YouTube has faced criticism for what the independent research organization Data and Society called its "broadcasting" of "propaganda to young viewers."**

- **The news comes the same day as Twitch suspended President Donald Trump's channel for violating "hateful conduct" policies and Reddit banned the group r/The_Donald, among others, for hate speech.**

- **Visit Business Insider's homepage for more stories.**

 

< **HOMEPAGE**     Subscribe

YouTube banned Richard Spencer, David Duke, Stefan Molyneux, and **App. 1340** dless

YouTube banned Richard Spencer, David Duke, Stefan Molyneux, and other popular channels that have promoted white supremacist beliefs on Monday, citing violations of their hate speech guidelines.

"We have strict policies prohibiting hate speech on YouTube, and terminate any channel that repeatedly or egregiously violates those policies," a YouTube

spokesperson said in a statement provided to Business Insider. Julia Alexander of The Verge first reported the news.

Duke is a longtime Ku Klux Klan leader and neo-Nazi, according to the Southern Poverty Law Center; Spencer is the head of the National Policy Institute, a white supremacist lobbying organization and think tank, which was also removed from YouTube on Monday; and Molyneux is a far-right activist who advocates for "eugenics and white supremacism," according to the SPLC, though he denied that characterization in an email to Insider.

The platform also banned the channel of the white nationalist group American Renaissance and its podcast channel.

---

<  HOMEPAGE         Subscribe

Molyneux, who calls himself a philosopher, tweeted that his ban was announced

Molyneux, who calls himself a philosopher, tweeted that his ban was an "egregious error." Spencer said he planned to appeal his ban, which he called a "systemic, coordinated effort."

For years, YouTube has faced criticism for allowing the channels of white supremacists to thrive. A September 2018 report from the independent research organization Data and Society called YouTube "the single most important hub by

which an extensive network of far-right influencers profit from broadcasting propaganda to young viewers."

In June 2019, YouTube, which is owned by Google, rolled out a hate speech policy overhaul. A YouTube spokesperson said that more than 25,000 channels had been removed for "violating our hate speech policies" in the year since.

The news comes the same day that Reddit banned over 2,000 subreddits for hate speech, including r/the_donald, a pro-Trump group that's long been criticized for racist and offensive language. Former Reddit CEO Ellen Pao criticized the company in June for allowing the subreddit's "hate, racism, and violence" to continue on the platform.

---

‹  HOMEPAGE                                                    Subscribe

"Reddit is a place for community and belonging, not for attacking people," he

Reddit is a place for community and belonging, not for attacking people," the platform's current CEO Steve Huffman said on Monday, according to The New York Times.

Also on Monday, livestreaming platform Twitch suspended President Trump's channel for "hateful conduct," using the president's language in campaign rally speeches as examples.

*Update: This article has been updated with a comment from Stefan Molyneux.*

**Read more:**

Reddit just banned r/The_Donald, the largest pro-Trump subreddit, as it cracks down on hate speech and targeting

Conspiracy-theory encyclopedia Wikispooks is thriving during the coronavirus pandemic, seeing huge traffic gains from search engines

Far-right civil war accelerationists called the Boogaloo Bois are appearing at protests around the country with guns and Hawaiian shirts

Amazon's Twitch just suspended Trump's channel for violating 'hateful conduct' policies and cited his campaign speeches as the reason



**Sign up for notifications from Insider! Stay up to date with what you want to**

‹  HOMEPAGE                                                    Subscribe



# YouTube, Facebook, and Apple's ban on Alex Jones, explained

And why some on the right are calling it "collusion."

By Jane Coaston  |  jane.coaston@vox.com  |  Aug 6, 2018, 3:05pm EDT



Alex Jones  |  Nick Ansell/PA Images via Getty Images

In the past few days, Facebook, Apple, **YouTube**, and Spotify **booted from their platforms podcasts, pages, and channels** that belong to conspiracy theorist Alex Jones and his Infowars website — one of the biggest purges of popular content by internet giants in recent memory.

Jones and his various sites are **leading purveyors of violent and sometimes racist (and anti-Semitic) conspiracy theories**. The tech companies say they blocked Infowars not because of the conspiracy theories, but because, in Spotify's words, Infowars "expressly and principally promotes, advocates, or incites hatred or violence against a group or individual based on characteristics."

**App. 1344**

Facebook said they were shutting down several of Jones's pages for "glorifying violence, which violates our graphic violence policy, and using dehumanizing language to describe people who are transgender, Muslims and immigrants, which violates our hate speech policies." **Apple said in a statement to BuzzFeed News**, "Apple does not tolerate hate speech, and we have clear guidelines that creators and developers must follow to ensure we provide a safe environment for all of our users," adding, "podcasts that violate these guidelines are removed from our directory."

Jones set off a round of debate in recent weeks about whether Infowars should be granted carte blanche on big social media outlets when he addressed Russia investigation special counsel Robert Mueller on his show, imitated firing a gun, and said, "You're going to get it, or I'm going to die trying." (Facebook's statement almost certainly is in response.)

The Infowars website gets as many as 10 million visitors a month, and **Alex Jones's YouTube channel has roughly 2.4 million subscribers**, with 17 million views in the past 30 days.



Charlie Warzel ✔️
@cwarzel

YouTube confirmed to BuzzFeed News that it has removed Alex Jones' channel. Here's the company's statement:

12:18 PM · Aug 6, 2018

♡ 481    💬 26    ⬆ Share this Tweet

**App. 1345**

Supporters of the ban on Jones — including the families of the victims of the Sandy Hook Elementary School shooting (**Alex Jones has stated the tragedy never took place**) — argue that the conspiracy theorist's message constitutes a "societal crisis." But his supporters, particularly those on the right, like Texas Sen. Ted Cruz, believe that limiting Jones's online reach is an affront to free speech.

### Alex Jones's media empire, explained

Alex Jones has been a leading voice in the conspiracy theorist corner of the internet for more than 20 years, spreading ideas such as "the government controls the weather" and "Hillary Clinton is a literal demon." As my colleague Zack Beauchamp **wrote in October 2016 on Jones's views**:

> The US government is secretly controlled by a shadowy international cabal called the New World Order. The Federal Emergency Management Agency is going to put Americans in concentration camps. The **"Jewish mafia"** controls Uber and American health care. Barack Obama and Hillary Clinton are **literal demons** — like, the kind that come from hell and smell like sulfur. … Jones and those like him believe the world has been secretly taken over by a secret global cabal, the so-called "New World Order." These "globalists," as Jones types derisively call them, want to take over the United States, which they see as the final stronghold of freedom on Earth.

He was also one of the **biggest pushers of the Pizzagate conspiracy theory**, which eventually led a gunman to enter a Washington, DC, pizzeria and fire several shots.

On July 24, **Jones issued a threat** aimed at Robert Mueller on *The Alex Jones Show*:

> "That's a demon I will take down, or I'll die trying. So that's it. It's going to happen, we're going to walk out in the square, politically, at high noon, and he's going to find out whether he makes a move man, make the move first, and then it's going to happen," Jones said, miming a pistol with his hand. "It's not a joke. It's not a game. It's the real world. Politically. You're going to get it, or I'm going to die trying, bitch. Get ready. We're going to bang heads. We're going to bang heads."

Jones is a Donald Trump supporter and promoter. During the 2016 presidential campaign, Trump appeared on Jones's show, saying Jones's "reputation was amazing," and **Jones has repeatedly bragged** that he is in close contact with the president.



**Brian Stelter** ✔
@brianstelter

**App. 1346**

Remember when then-candidate Trump went on Infowars and praised Alex Jones? "Your reputation is amazing," Trump said. "I will not let you down."



12:45 PM · Aug 6, 2018     ⓘ

♡ 5.9K    💬 770    ⬆ Share this Tweet

In a **statement** on the decision to remove Jones's content from its site, Facebook said that the company was not doing so because Jones was a conspiracy theorist, but because he was "glorifying violence" and "using dehumanizing language" against minorities:

> As a result of reports we received, last week, we removed four videos on four Facebook Pages for violating our hate speech and bullying policies. These pages were the Alex Jones Channel Page, the Alex Jones Page, the InfoWars Page and the Infowars Nightly News Page. In addition, one of the admins of these Pages – Alex Jones – was placed in a 30-day block for his role in posting violating content to these Pages.
>
> Since then, more content from the same Pages has been reported to us — upon review, we have taken it down for glorifying violence, which violates our graphic violence policy, and using dehumanizing language to describe people who are transgender, Muslims and immigrants, which violates our hate speech policies… While much of the discussion around Infowars has been related to false news, which is a serious issue that we are working to address by demoting links marked wrong by fact checkers and suggesting additional content, none of the violations that spurred today's removals were related to this.

**App. 1347**

More recently, Jones has been embroiled in a **series of lawsuits** filed by people about whom he has made repeated false assertions, like **Marcel Fontaine**: Infowars declared him to be the shooter at Marjory Stoneman Douglas High School in Parkland, Florida (despite the fact that Fontaine had never even visited the state of Florida). There's also Leonard Pozner, the father of a Sandy Hook victim, Noah Pozner, whose family has endured endless harassment by followers of Jones who believe that Pozner's son never existed.

To be clear, this isn't the first time **Jones has been sued for making outrageous false statements**. But now, supporters of his victims have started going after not just Jones but the platforms that host him and broadcast his messages — like Facebook.

**A free speech issue — sort of**

Fans and supporters of Alex Jones (not to mention Infowars employees, like Infowars editor-at-large Paul Joseph Watson) have responded to the decisions by Facebook, Apple, Spotify, and YouTube by alleging that by striking against Jones's media outlets, "Big Tech" is engaged in "collusion" and "election meddling" and is **putting free speech at risk**.



Paul Joseph Watson ✓
@PrisonPlanet

Big Tech is engaging in election meddling and COLLUSION.

Apple, Facebook, Spotify, YouTube (Google) all banned Infowars within 12 hours of each other.

This is unprecedented.

This is political warfare.

infowars.com/the-real-reaso…

12:06 PM · Aug 6, 2018

♡ 2.6K     💬 344     ⬆ Share this Tweet

Nigel Farage ✓
@Nigel_Farage

**App. 1348**

Whether you like @RealAlexJones and Infowars or not, he is undeniably the victim today of collusion by the big tech giants. What price free speech? infowars.com/purged-faceboo...

11:57 AM · Aug 6, 2018

8.8K 1.6K Share this Tweet

WikiLeaks also chimed in, describing the ban as evidence of a "global anti-trust problem."

**WikiLeaks** @wikileaks

Infowars says it has been banned by Facebook for unspecified 'hate speech'. Regardless of the facts in this case, the ability of Facebook to censor rivial publishers is a global anti-trust problem, which along with San Francisco cultural imperialism, reduces political diversity.

**Paul Joseph Watson** @PrisonPlanet

Facebook has permanently BANNED Infowars.

For unspecified "hate speech". They didn't even tell us what the offending posts were.

This sets a chilling precedent for free speech.

To all other conservative news outlets - you are next.

The great censorship purge has truly begun.



7:14 AM · Aug 6, 2018                                          ⓘ

♡ 3.4K        💬 539       ⬆ Share this Tweet

And they have been joined by Sen. Cruz, who has **repeatedly defended Jones's right** to speak freely on social media platforms while arguing that perhaps antitrust laws should be used to "break up" companies like Facebook. In his view, those who would shut down Alex Jones's outlets **might do the same to people** or entities with more mainstream perspectives.

**Ted Cruz** ✔
@tedcruz

Am no fan of Jones — among other things he has a habit of repeatedly slandering my Dad by falsely and absurdly accusing him of killing JFK — but who the hell made Facebook the arbiter of political speech?  Free speech includes views you disagree with. #1A

Facebook bans 'InfoWars' founder Alex Jones for 30 days
He's treading on thin ice.
🔗 mashable.com

10:05 AM · Jul 28, 2018                                       ⓘ

♡ 11.4K       💬 10.4K     ⬆ Share this Tweet

To be clear, Facebook, Spotify, YouTube, and Apple are all private companies, and legally have the right to ban any entity from their platforms, including Jones. As Marissa Lang **wrote in the San Francisco Chronicle** in August 2016:

> As private companies, social networks are not required to adhere to the First Amendment. They set their own rules and retain the right to moderate content, routinely screening it for instances of gratuitous violence, harassment, profanity and other offensive material.

Facebook and other social media companies are not just massive corporations; they're vehicles for millions of people to share their personal views and perspectives. Many observers believe that shutting out a specific entity because of their speech doesn't bode well for them, or others, **especially when "hate speech" is at issue**. The rules determining what hate speech actually is are often vague at best. (For example, in 2017, **several Facebook users reported having posts taken down** that referenced the well-known LGBTQ-themed comic strip *Dykes to Watch Out For.*)

Alex Jones's online popularity notwithstanding, it is unlikely that his fan base has the political firepower necessary to get his YouTube channel restored and his podcasts back on Spotify. But just as unlikely is an end anytime soon to the debate over who gets to say what on social media platforms, and how.

---

### Will you support Vox's explanatory journalism?

Millions turn to Vox to understand what's happening in the news. Our mission has never been more vital than it is in this moment: to empower through understanding. Financial contributions from our readers are a critical part of supporting our resource-intensive work and help us keep our journalism free for all. **Please consider making a contribution to Vox today from as little as $3**.

RECODE

**People keep finding late loved ones on Google Maps**

App. 1351