**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

       Plaintiffs,

v.                         CASE NO. 4:21-cv-00220-RH-MAF

ASHLEY BROOKE MOODY et al.,

       Defendants.

_____

**<u>DEFENDANTS' APPENDIX</u>
<u>VOLUME 5</u>**

# TABLE OF CONTENTS

## LEGISLATIVE MATERIALS

House of Representatives Staff, *HB 7013 Final Bill Analysis* (May 20, 2021).....................App. 1

Professional Staff of the Committee on Appropriations, *SB 7072 Bill Analysis and Fiscal Impact Statement* (Apr. 16, 2021)...........................................................................................App. 18

SB 7072: Social Media Platforms Bill History, FLA. SENATE (last visited June 21, 2021), https://www.flsenate.gov/Session/Bill/2021/7072....................................................App. 42

Fla. House of Representatives SB 7072 Third Reading Vote (Apr. 28, 2021)....................App. 47

Fla. House of Representatives SB 7072 Passage Vote (Apr. 29, 2021) ...............................App. 48

Fla. Senate SB 7072 Third Reading Vote (Apr. 26, 2021)..................................................App. 49

Fla. Senate SB 7072 Returning Messages Vote (Apr. 29, 2021)..........................................App. 50

Senate Bill No. 7072, Fla. Laws Ch. 2021-32 (May 24, 2021) ............................................App. 51

## OTHER MATERIALS

Brooke Auxier & Monica Anderson, *Social Media Use in 2021*, PEW RSCH. CTR. (Apr. 7, 2021), https://pewrsr.ch/3gL9HQf ...................................................................................App. 64

STAFF OF SUBCOMMITTEE ON ANTITRUST, COMMERCIAL AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY, 116TH CONG., INVESTIGATION OF COMPETITION IN DIGITAL MARKETS (2020), *available at* https://bit.ly/3xtL6WS...............................App. 74

*Terms of Service*, FACEBOOK (Oct. 22, 2020), https://bit.ly/3gPVAJk...............................App. 524

Elisa Shearer & Amy Mitchell, *News Use Across Social Media Platforms in 2020*, PEW RSCH. CTR. (Jan. 12, 2021), https://pewrsr.ch/3cWi1eP ..................................................App. 534

*Terms of Use*, ETSY (Jan. 19, 2021), https://etsy.me/3iWwI5E..........................................App. 539

*Terms of Service*, TWITTER (June 18, 2020), https://bit.ly/3xBaREU ...............................App. 547

*About Your Twitter Timeline*, TWITTER HELP CTR. (last visited June 19, 2021), https://bit.ly/3xE8wJr .............................................................................................App. 565

Kate Klonick, *The New Governors: The People, Rules, and Processes Governing Online Speech*, 131 HARV. L. REV. 1598 (2018) ...........................................................................App. 569

Edward Lee, *Moderating Content Moderation: A Framework for Nonpartisanship in Online Governance*, 70 AM. U. L. REV. 913 (2021) ...........................................................App. 642

Tom Parker, *Facebook Soft-Censors The Babylon Bee, Starts Forcing Users to Confirm That They Actually Want to Share Posts*, RECLAIM THE NET (May 27, 2020), https://bit.ly/3wFEZ1G ............................................................................................App. 789

Kyle Mann, Opinion, *Facebook Has No Sense of Humor*, WALL ST. J. (Oct. 21, 2020),
    https://on.wsj.com/35FLPbL.................................................................App. 792

Shannon Bond, *Facebook and Twitter Limit Sharing 'New York Post' Story About Joe Biden*,
    NPR (Oct. 14, 2020), https://n.pr/3gOG00P.........................................App. 795

Post Editorial Board, Editorial, *Social Media Again Silences The Post for Reporting the News*,
    N.Y. POST (Apr. 16, 2021), https://bit.ly/3xyfKi2 ................................App. 801

The Editorial Board, Opinion, *Facebook's Lab-Leak About Face*, WALL ST. J. (May 27, 2021),
    https://on.wsj.com/3j0FkIa ...................................................................App. 804

Rachel Bovard, Opinion, *Facebook's Oversight Board Ban of Donald Trump Is Totally Arbitrary
    and Ideological*, USA TODAY (May 5, 2021), https://bit.ly/3cT1MPS .................App. 807

Baynard Woods, *Facebook Deactivated Korryn Gaines' Account During Standoff, Police Say*,
    GUARDIAN BALT. (Aug. 3, 2016), https://bit.ly/3iUuKT3 .....................................App. 810

Nancy Flanders, *Mark Zuckerberg Admits Facebook Chose to Ban Foreign Pro-Life Ads in
    Ireland Before Abortion Vote*, LIVEACTION (July 3, 2019),
    https://bit.ly/2UlNf8U ...............................................................................App. 815

George Upper, *Confirmed: Facebook's Recent Algorithm Change Is Crushing Conservative
    Sites, Boosting Liberals*, WESTERN J. (Mar. 13, 2018), https://bit.ly/3cSm7ow.....App. 820

Susan Michelle-Hanson, *Facebook Holds Live Action Videos, Allows Planned Parenthood to
    Promote Sex to Kids*, LIVEACTION (June 13, 2018), https://bit.ly/3cXGQXM.......App. 828

Michael Van Der Galien, *Facebook Blocks Bridget Phetasy's Podcast with Glenn Beck: 'Against
    Community Standards'*, PJ MEDIA (Sept. 4, 2019), https://bit.ly/3zHNJGm .........App. 835

Calvin Freiburger, *Facebook Blocks Pregnancy Site Articles on Fetal Development, Abortion
    Pill Reversal*, LIFESITE (Mar. 12, 2019), https://bit.ly/3iVhspG ...........................App. 838

Natasha Lennard, *Facebook's Ban on Far-Left Pages Is an Extension of Trump Propaganda*,
    THE INTERCEPT (Aug. 20, 2020), https://bit.ly/3ddJwkv ........................................App. 841

Chris Pandolfo, *Clay Travis to Congress: Facebook Censorship Removed 68% of Outkick's
    Audience*, THE BLAZE (Mar. 12, 2021), https://bit.ly/3iUV3IQ ...........................App. 846

Jeff Horwitz, *Facebook Has Made Lots of New Rules This Year. It Doesn't Always Enforce
    Them.*, WALL ST. J. (Oct. 15, 2020), https://on.wsj.com/3zHI8zS ........................App. 850

Andre Damon, *Facebook Restores Service to Socialist Pages, Claiming the Purge Was an
    "Automation Error"*, WORLD SOCIALIST WEB SITE
    (Jan. 26, 2021), https://bit.ly/3xB7y0s.................................................................App. 856

Jon Miltimore, *Facebook Locks Out Ron Paul Following Column Criticizing Big Tech
    Censorship, Cites 'Error'*, FEE (Jan. 11, 2021), https://bit.ly/2SQfyf7.................App. 858

Akin Olla, Opinion, *Facebook Is Banning Leftwing Users Like Me – And It's Going Largely Unnoticed*, THE GUARDIAN (Jan. 29, 2021), https://bit.ly/3iRl5Ne.......................App. 864

Brian Freeman, *Facebook Censors BLM Criticism After Company Co-founder Donated Millions to Activist Group*, NEWSMAX (Apr. 19, 2021), https://bit.ly/3iTh9eJ....................App. 868

James Anthony, *Facebook Censors and Punishes The Babylon Bee for Mocking Rioters*, PM. (Apr. 24, 2021), https://bit.ly/2SEzkdJ ...................................................................App. 871

Charles Jackson Paul, *Back at it: Facebook Censors the Babylon Bee*, TEX. HORN (May 4, 2021), https://bit.ly/3gQy0wp .................................................App. 875

Augusto Zimmermann, *Why Is Facebook Censoring a Conference on Christianity and Religious Freedom*, SPECTATOR (Apr. 9, 2019), https://bit.ly/2Ub1qNQ..............................App. 877

EJ Dickson, *Why Did Facebook Take Down a Fact-Check of an Anti-Abortion Video*, ROLLING STONE (Sept. 13, 2019), https://bit.ly/3cUOT81......................................................App. 881

Jonathan Bucks & Daniel Bates, *Facebook 'Fact-Checkers' Could Be Politically Biased Themselves, Admits the Tech Giant's Vice-President Nick Clegg*, DAILY MAIL (June 13, 2021), https://bit.ly/3xzwJAA.................................................................................App. 884

Michael Ginsberg, *Facebook, Twitter Do Not Censor Video of Maxine Waters Encouraging Protesters 'To Get More Confrontational'*, DAILY CALLER (Apr. 19, 2021), https://bit.ly/3iPmB2p.................................................................................App. 889

Ariana Tobin, Madeleine Varner & Julia Angwin, *Facebook's Uneven Enforcement of Hate Speech Rules Allows Vile Posts to Stay Up*, PROPUBLICA (Dec. 28, 2017), https://bit.ly/3iPmxzH.................................................................................App. 892

Kari Paul, *Facebook Under Fire as Human Rights Groups Claim 'Censorship' of Pro-Palestine Posts*, THE GUARDIAN (May 26, 2021), https://bit.ly/3xypI2P ..............................App. 899

Cristiano Lima, *Facebook No Longer Treating Man-Made Covid as a Crackpot Idea*, POLITICO (May 27, 2021), https://politi.co/3gPKcNE...........................................................App. 903

Sam Biddle, *Facebook's Secret Rules About the Word "Zionist" Impede Criticism of Israel*, THE INTERCEPT (May 14, 2021), https://bit.ly/3xzEWVo.............................................App. 908

Salvador Rodriguez, *Facebook Says Donald Trump to Remain Banned for Two Years, Effective from Jan. 7*, NBC (June 4, 2021), https://cnb.cx/3cXkiGH...................................App. 916

Tony Romm, *Zuckerberg: Standing For Voice and Free Expression*, WASH. POST (Oct. 17, 2019), https://wapo.st/3cV2eNg ..........................................................................App. 919

Queenie Wong, *Is Facebook Censoring Conservatives or Is Moderating Just Too Hard?*, CNET (Oct. 29, 2019), https://cnet.co/3cSqDmY ...................................................App. 928

Michael Nunez, *Former Facebook Workers: We Routinely Suppressed Conservative News*, GIZMODO AU (May 10, 2016), https://bit.ly/3zDhA2X......................................App. 939

Rachel Sandler, *Conservatives Blast Facebook For Removing Trump Interview With Daughter-In-Law*, FORBES (Mar. 31, 2021), https://bit.ly/3xEtBDx......................................App. 945

Katie Cox, *Facebook Pulls Trump Campaign Ads for Fake Census Claims*, ARS TECHNICA (Mar. 6, 2020), https://bit.ly/3gLPKc5 ...........................................App. 948

Joseph A. Wulfsohn, *Facebook Censors New York Post Report on BLM Co-Founder's Pricey Property Purchases*, FOX NEWS (Apr. 15, 2021), https://fxn.ws/3xxQrwq ...........App. 952

Bobby Allyn, *Facebook Removes Trump Ads With Symbol Used By Nazis. Campaign Calls It An 'Emoji'*, NPR (June 18, 2020), https://n.pr/2UlRAsI..............................................App. 957

Sydney Bauer, *Facebook Axes Political Ad Saying Trans Athletes Will 'Destroy Girls Sports'*, NBC NEWS (Sept. 18, 2020), https://nbcnews.to/3zEplW9....................................App. 963

Melissa Nann Burke, *Zuckerberg: Nesbitt Ad Rejection Possible 'Mistake'*, DETROIT NEWS (Apr. 11, 2018), https://bit.ly/3zGH13p ...........................................................................App. 966

Hope Kirwan, *Facebook Restricts La Crosse County Republican Party Page, Pulls Ads*, WIS. PUB. RADIO, NPR (Oct. 21, 2020), https://bit.ly/3cV2X0W ..................................App. 969

Elizabeth Culliford, *Facebook Removes Video of Trump Interview with Daughter-in-Law Lara, Citing Ban*, REUTERS (Mar. 31, 2021), https://reut.rs/3gGx1i8..............................App. 972

Jack Brewster, *The Extremists, Conspiracy Theorists, And Conservative Stars Banned From Social Media Following The Capitol Takeover*, FORBES (Jan. 12, 2021), https://bit.ly/3iRp9wY .................................................................................App. 975

*Trump Covid Post Deleted by Facebook and Hidden by Twitter*, BBC NEWS (Oct. 6, 2020), https://bbc.in/3zEXMMz..............................................App. 979

Joseph Cox, *Leaked Documents Show Facebook's 'Threshold' for Deleting Pages and Groups*, VICE (July 18, 2018), https://bit.ly/2SPs7aH.......................................................App. 983

Barbara Ortutay & David Klepper, *Facebook Bans Big 'Stop the Steal' Group for Sowing Violence*, ASSOCIATED PRESS (Nov. 5, 2020), https://bit.ly/3zEpEjL ....................App. 987

Thomas Barrabi, *Facebook Ends Ban on Posts Claiming COVID-19 Is Man-Made*, FOX BUS. (May 26, 2021), https://fxn.ws/3gJxjVv..................................................App. 991

Jane Coaston, *The Facebook Free Speech Battle, Explained*, VOX (May 14, 2019), https://bit.ly/3zCV2iF ...............................................................................App. 993

Bill Donohue, *Does Facebook Hate Catholics?*, CATHOLIC LEAGUE (Apr. 12, 2018), https://bit.ly/3vCwGm0 ........................................................................App. 1003

Amy Gesenhues, *Facebook Removes 5k Targeting Filters to Keep Advertisers from Discriminating Against Ethnic & Religious Groups*, MARTECH (Aug. 21, 2018), https://bit.ly/2SEDzWH......................................... App. 1009

iv

The Associated Press, *Facebook Says Blackburn Anti-Abortion Ad Mistakenly Removed*, KSL.COM (Nov. 2, 2018), https://bit.ly/3gDzs6i ..................................................App. 1012

Ryan Moore, *Op-ed: Social Media Giants Discriminate Against Conservative Views*, INDYSTAR. (June 17, 2021), https://bit.ly/3cV2mMK.............................................................App. 1013

Ryan Moore, Opinion, *Don't Let Social Media Corporations Deny Free Speech to Conservatives*, DES MOINES REG. (Sept. 26, 2019), https://bit.ly/3wI5CD7 ........App. 1015

Christie-Lee McNally, Opinion, *Big Tech's Censorship of Conservative Users is Alive and Well*, THE HILL (July 14, 2018), https://bit.ly/3wHFfxm ................................................App. 1017

Joe Concha, *Diamond and Silk Slam Facebook After Company Deems their Rhetoric 'Unsafe to the Community'*, THE HILL (Apr. 9, 2018), https://bit.ly/3gHtLnL ......................App. 1020

Sarah Frier & Kurt Wagner, *Facebook Needs Trump Even More Than Trump Needs Facebook*, BLOOMBERG BUSINESSWEEK (Sept. 17, 2020), https://bloom.bg/2SJMia6 ..........App. 1022

Olivia Solon, *Sensitive to Claims of Bias, Facebook Relaxed Misinformation Rules for Conservative Pages*, NBC NEWS (Aug. 7, 2020), https://nbcnews.to/2TPoP7B.................................................................................App. 1031

Joseph Wulfsohn, *Twitter Apologizes After Briefly Suspending The Babylon Bee's Account*, FOX NEWS (Aug. 17, 2020), https://fxn.ws/3qcxZqU ...................................................App. 1037

Noah Manskar, *Jack Dorsey Says Blocking Post's Hunter Biden Story Was 'Total Mistake'—But Won't Say Who Made It*, N.Y. POST (Mar. 25, 2021), https://bit.ly/3gOrDJE .....App. 1042

Noah Manskar, *Twitter, Facebook Censor Post Over Hunter Biden Exposé*, N.Y. POST (Oct. 14, 2020), https://bit.ly/3wJ7LOS.................................................................................App. 1045

Arthur Herman, *Twitter, Facebook and Amazon Censorship of Conservatives Harms Social Media Giants*, HUDSON INST. (Oct. 21, 2020), https://bit.ly/2U7Sed5.................App. 1048

David Doonan, *Twitter Terminates Account of Howie Hawkins, Green Party Candidate for President*, GREEN PARTY US (Apr. 19, 2020), https://bit.ly/3gJjWom ................App. 1052

Richard Hanania, *It Isn't Your Imagination: Twitter Treats Conservatives More Harshly Than Liberals*, QUILLETTE (Feb. 12, 2019), https://bit.ly/3gMUs9s..............................App. 1055

Sarah Taylor, *Daily Wire president suspended from Twitter – over brussels sprouts*, THE BLAZE (Jan. 3, 2019), https://bit.ly/3xw3fn5 ....................................................................App. 1063

Sara Ashley O'Brien, *Twitter user suspended for 'calling out bigotry'*, CNN BUS. (Jan. 9, 2017), https://cnn.it/3iRPM4L.................................................App. 1069

*Al-Jazeera Twitter account temporarily 'suspended'*, ARAB NEWS (June 17, 2017), https://bit.ly/3gLDZ5w...........................................App. 1072

Kevin Robillard, *Twitter pulls Blackburn Senate ad deemed 'inflammatory'*, POLITICO (Oct. 9, 2017), https://politi.co/3xEqTxR .........................................................................App. 1078

Megan Keller, *Conservative commentator back on Twitter after controversial suspension*, THE HILL (Nov. 27, 2018), https://bit.ly/3cUPYg5 .......................................................App. 1080

Victor Morton, *David Horowitz Twitter account suspended*, WASH. TIMES (May 7, 2019), https://bit.ly/35FAEzD .........................................App. 1083

Ben Tobin & Phillip M. Bailey, *McConnell's campaign locked out by Twitter for posting critic's profanity-laced video*, COURIER JOURNAL (Aug. 7, 2019), https://bit.ly/3vOnEmc ...............................................................................App. 1086

Bruce Haring, *'Fox And Friends' Host Pete Hegseth Banned From Twitter For Saudi Manifesto Post*, DEADLINE (Dec. 8, 2019), https://bit.ly/35AQNqh ....................................App. 1088

Andrew Whalen, *What Did Twitter Do to James Woods? The Story Behind the Trend*, NEWSWEEK (Mar. 25, 2020), https://bit.ly/2TSwHF2 ..........................................App. 1091

Kaelan Deese, *Commentator Candace Owens says her Twitter account was suspended following tweet about Whitmer*, THE HILL (May 2, 2020), https://bit.ly/3gHElLD.............App. 1099

*Twitter temporarily suspends Hungarian government's account*, ASSOCIATED PRESS (Sept. 30, 2020), https://bit.ly/3zGE2YL ..............................App. 1102

Matthew Holroyd, *Twitter suspends Hungarian pro-government media account*, EURONEWS (Feb. 10, 2020), https://bit.ly/3gOkVU6.............................................App. 1104

James Crump, *Charlie Kirk: Trump supporter has Twitter account locked for spreading misinformation about mail-in voting*, THE INDEP. (Oct. 19, 2020), https://bit.ly/3zHJACk ................................................................................App. 1107

Elizabeth Lopatto, *In its latest confusing decision, Twitter reinstates The New York Post*, THE VERGE (Oct. 30, 2020), https://bit.ly/3zHcnXW ...................................................App. 1111

Lindsey Ellefson, *Fox News' Dan Bongino Won't Return to Twitter After Suspension: 'F- You'*, YAHOO ENT. (Jan. 7, 2021), https://yhoo.it/2Ukbfcx............................................App. 1114

Brian Fung, *Twitter bans President Trump's account*, CNN (Jan. 9, 2021), https://cnn.it/3zCSMbb ....................................................................................App. 1116

Nate Gartrell, *California court rules Twitter can ban users, rejects appeal by writer banned for 'hateful' tweets about transgender women*, MERCURY NEWS (Feb. 16, 2021), https://bayareane.ws/2SNVSsf ......................App. 1119

Brian Fung, *Twitter permanently bans Project Veritas account*, CNN (Feb. 11, 2021), https://cnn.it/3gPLEzA ....................................................App. 1121

*Covid: Twitter suspends Naomi Wolf after tweeting anti-vaccine misinformation*, BBC NEWS (June 6, 2021), https://bbc.in/3gLFz7s ............................................................. App. 1122

*Twitter's purge of the anti-woke satirists*, SPIKED (Aug. 18, 2020),
 https://bit.ly/3zEnAbv ............................................................................App. 1124

Anugrah Kumar, *Bethel Music's Sean Feucht calls out Instagram, Twitter for censoring Bible
 verses, worship videos*, CHRISTIAN POST
 (June 27, 2020), https://bit.ly/3cXEx7k ..............................................App. 1127

Anna Hopkins, *PragerU accuses Twitter, YouTube of censoring ads and vides, founder calls out
 'assault' on free speech*, FOX NEWS (June 26, 2019), https://fxn.ws/3iV1Hig ....App. 1133

Emma Colton, *Jason Whitlock locked out of Twitter account after criticizing
 Black Lives Matter founder home purchase*,
 WASH. EXAMINER (Apr. 13, 2021), https://washex.am/3cT2gp0 ........................App. 1136

BVN, *Congressional Candidate Aja Smith Charges "Shadow Banning" by Social Media Outlets*,
 BVN (Oct. 19, 2020), https://bit.ly/3xA4pxT ......................................................App. 1140

Jason Murdock, *Conservatives Complain About Losing Twitter Followers Amid QAnon Purge*,
 NEWSWEEK (Jan. 12, 2021), https://bit.ly/3xzxgCl...............................................App. 1148

Eric Paulson, *Blocking Political Ads Favors Liberal Elites*, WALL ST. J. (Nov. 12, 2019),
 https://on.wsj.com/3iQUZde....................................................................................App. 1155

Jessica Guynn & Kevin Crowe, *Trump allies and Republican lawmakers lost thousands of
 followers in Twitter purge after Capitol riots*, USA TODAY (Jan. 15, 2021),
 https://bit.ly/2UeY4tb ............................................................................................App. 1157

Abby Ohlheiser, *Twitter's ban almost doubled attention for Biden story*, MT TECH. REV. (Oct.
 16, 2020), https://bit.ly/3zC1qH0 ........................................................................App. 1162

Shannon Bond, *Twitter Expands Warning Labels To Slow Spread of Election Misinformation*,
 NPR (Oct. 9, 2020), https://n.pr/3cVg96b ...........................................................App. 1165

Linda Givetash, *Laura Loomer banned from Twitter after criticizing Ilhan Omar*,
 NBC (Nov. 22, 2018), https://nbcnews.to/3cUmrTD ...........................................App. 1171

Donie O'Sullivan, *MyPillow CEO Mike Lindell has been banned from Twitter*,
 CNN BUS. (Jan. 26, 2021), https://cnn.it/3gKpZsB .............................................App. 1175

Ben Collins & Brandy Zadrozny, *Twitter Bans Michael Flynn, Sidney Powell in QAnon Account
 Purge*, NBC (Jan. 8, 2021), https://nbcnews.to/3gGyiWs ....................................App. 1177

Kate Sullivan, *Republican running to challenge Rep. Ilhan Omar has Twitter account
 permanently suspended*, CNN (Nov. 29, 2019), https://cnn.it/3iZnS71...............App. 1171

Patrick Marley, *Taxpayers to give up $200,000 because Republican lawmakers blocked a liberal
 group on Twitter*, MILWAUKEE J. SENTINEL (Aug. 16, 2019),
 https://bit.ly/3gL7W5N .........................................................................................App. 1184

Ben Shapiro, *Viewpoint Discrimination with Algorithms*,
NAT'L REV. (Mar. 7, 2018), https://bit.ly/3cVPINM ............................................App. 1186

Grace Panetta, *Twitter Reportedly Won't Use an Algorithm to Crack Down on White Supremacists Because Some GOP Politicians Could End Up Getting Barred Too*,
INSIDER (Apr. 25, 2019), https://bit.ly/2Up3IJu......................................................App. 1191

Niam Yaraghi, *Twitter's Ban on Political Advertisements Hurts Our Democracy*,
BROOKINGS (Jan. 8, 2020), https://brook.gs/35DosiP.............................................App. 1195

Kate Conger & Mike Isaac, *Twitter Permanently Bans Trump, Capping Online Revolt*,
N.Y. TIMES (Jan. 12, 2021), https://nyti.ms/2TRTy3A .........................................App. 1199

Evelyn Douek, *Trump Is Banned. Who Is Next?*,
THE ATLANTIC (Jan. 9, 2021), https://bit.ly/35DAlFN .........................................App. 1202

Kirby Wilson & Allison Ross, *YouTube Removes Video of DeSantis Coronavirus Roundtable*,
TAMPA BAY TIMES (Apr. 9, 2021), https://bit.ly/3vHkDni...................................App. 1208

News Release, *Governor Ron DeSantis Signs Bill to Stop the Censorship of Floridians by Big Tech*, FLA. GOVERNOR (May 24, 2021), https://bit.ly/3xvIhEQ ...........................App. 1211

*PragerU Takes Legal Action Against Google and YouTube for Discrimination*,
PRAGER UNIV. (last visited June 20, 2021), https://bit.ly/3zGFbj1 .......................App. 1213

Mike Snider, *YouTube to ban videos about gun sales and modification*,
USA TODAY (Mar. 22, 2018), https://bit.ly/3xCX28G...........................................App. 1217

Dan Sanchez, *YouTube's Censorship of Dissenting Doctors Will Backfire*,
FEE (Apr. 30, 2020), https://bit.ly/3xxajzO ........................................................App. 1219

Tobias Hoonhout, *Rep. Banks Demands Answers from Google over Alleged YouTube Censorship of CCP Criticism*, NAT'L REV. (May 26, 2020), https://bit.ly/3qeo6ZO .............App. 1227

David Harsany, *Israel-Video Crackdown Shows YouTube Does Not 'Carefully' Review Content*,
NAT'L REV. (June 3, 2021), https://bit.ly/3xzGAGy.............................................App. 1230

Emily Jashinsky, *Exclusive: Man Tried To Share His Regrets About Transgender Life. YouTube Censored It*, THE FEDERALIST (last visited June 20, 2021),
https://bit.ly/3wNHrTW...................................................................................App. 1234

The Editorial Board, Opinion, *YouTube's Political Censorship*,
WALL ST. J. (Sept. 14, 2020), https://on.wsj.com/3cTOOBt ...............................App. 1237

Ashley Gold, *YouTube temporarily suspends, demonetizes OANN*,
AXIOS (Nov. 24, 2020), https://bit.ly/3iWvR4W..................................................App. 1240

Mike Snider, *YouTube ban: Google extends suspension of former President Trump's channel*,
USA TODAY (Jan. 26, 2021), https://bit.ly/3xtKBMu ..........................................App. 1248

Ron Johnson, Opinion, *YouTube Cancels the U.S. Senate*,
WALL ST. J. (Feb. 2, 2021), https://on.wsj.com/3xEUgQB ..................................App. 1250

Alan Macleod, *"At First I Thought it Was a Joke": Academic Media Censorship Conference
Censored by YouTube*, MPN NEWS (Feb. 1, 2021), https://bit.ly/3cTOX7Z........App. 1253

CNA Staff, *LifeSiteNews' permanent ban by YouTube raises censorship alarms*,
THE B.C. CATHOLIC (Feb. 20, 2021), https://bit.ly/3gDy43A .............................App. 1260

Kristine Frazao, *YouTube accused of 'censorship' for removing Senate hearing video*,
FOX 11 NEWS (Feb. 4, 2021), https://bit.ly/3gKKkya...........................................App. 1264

Mike Robert Lee, *YouTube Censorship Continues: Video Platform Takes Down Newsmax Trump
Interview*, THE DAN BONGINO SHOW (Feb. 22, 2021), https://bit.ly/3xtKH6O....App. 1270

Jake Stofan, *DeSantis fires back after YouTube removes COVID-19 roundtable clip*,
NEWS4JAX (Apr. 13, 2021), https://bit.ly/2TJHEca...............................................App. 1274

Sean Hollister, *YouTube has removed Steven Crowder from its Partner Program indefinitely*,
THE VERGE (Mar. 30, 2021), https://bit.ly/3vHvePl .............................................App. 1278

Brett Molina, *YouTube bans channel of former Trump aide Sebastian Gorka over election
claims*, USA TODAY (Apr. 14, 2021), https://bit.ly/2SdCYLb ............................App. 1280

Ann Doss Helms & Steve Harrison, *YouTube Deletes Union School Board Video Over Mask
Comments, Then Reverses Itself*, WFAE 90.7
(May 13, 2021), https://bit.ly/3qaGEdj................................................................App. 1282

Amanda Prestigiacomo, *YouTube Places Ban On Steven Crowder Over Ma'Khia Bryant Video;
Crodwer: Look What YouTube Does Allow*,
DAILY WIRE (May 13, 2021), https://bit.ly/3gHsaON.........................................App. 1289

*YouTube bans US Sen. Ron Johnson from posting videos for 7 days*,
WISN ABC (June 11, 2021), https://bit.ly/3qkbYGE ...........................................App. 1294

Valerie Richardson, *'They whacked us': YouTube cancels Christian author Eric Metaxas*, WASH.
TIMES (June 2, 2021), https://bit.ly/3iW9Pir ......................................................App. 1297

William Turton, *Gun vloggers are flipping out at YouTube's crackdown on their videos*,
VICE (Apr. 23, 2018), https://bit.ly/2UfIptH.......................................................App. 1301

Ben Tobin, *YouTube censors Rand Paul by removing Trump impeachment question, and he's not
happy*, COURIER J. (Feb. 13, 2020), https://bit.ly/2SPtS7N ................................App. 1305

Dartunorro Clark, *YouTube suspends GOP Sen. Ron Johnson's account, says he violated Covid-
19 policy*, NBC (June 11, 2021), https://nbcnews.to/3zC1Qx4............................App. 1307

Kenneth Rapoza, *YouTube Takes Action Against Chinese Blogger's Post On Coronavirus
Origins*, FORBES (May 8, 2020), https://bit.ly/3zFsxRy .......................................App. 1310

Sam Dorman, *YouTube faces mass backlash after claiming it acted without 'political bias'*, FOX NEWS (June 26, 2019), https://fxn.ws/3xuM1pW ..................................................App. 1321

Pete Baklinski, *Youtube banned this powerful pro-life music video. Then the artist sued.*, LIFESITE (Dec. 18, 2015), https://bit.ly/3xEXwLP .................................................App. 1326

Jay Peters, *Inexplicably, YouTube says extremely racist Steven Crowder video isn't hate speech*, THE VERGE (Mar. 18, 2021), https://bit.ly/3ddPYIf .............................................App. 1333

Emily Birnbaum, *YouTube blocks controversial conservative from making money off ads*, THE HILL (June 5, 2019), https://bit.ly/2SMU5Ur ..................................................App. 1336

Rachel E. Greenspan, *YouTube bans far-right channels for hate speech including those of Richard Spencer, David Duke, and Stefan Molyneux*, INSIDER (June 29, 2020), https://bit.ly/3zDSP6E ....................................................................................App. 1339

Jane Coaston, *YouTube, Facebook, and Apple's ban on Alex Jones, explained*, VOX (Aug. 6, 2018), https://bit.ly/3cUVgrX ..........................................................App. 1344

Natalie Frank, *If You Are Going to Ban Someone Have the Courage to Do It in the Light Not the Shadows*, MEDIUM (Nov. 19, 2019), https://bit.ly/3zFVcG0 ...............................App. 1352

Rishika Pardikar, *Social Media Companies Like Instagram Are Censoring Dissent*, JACOBIN (June 1, 2021), https://bit.ly/3zEll85 ....................................................App. 1362

Doree Lewak, *How Social Media Censorship 'silences' conservative thoughts*, N.Y. POST (Oct. 10, 2020), https://bit.ly/3zHUs34 ................................................App. 1368

Omar Zahzah, *Digital apartheid: Palestinians being silenced on social media*, AL JAZEERA (May 13, 2021), https://bit.ly/3zz7DDH ...........................................App. 1371

Audrey Conklin & Sasha Savitsky, *Users on Instagram, Twitter, TikTok decry censorship of Israel posts*, FOX BUS. (May 14, 2021), https://fxn.ws/2SGAfKG .......................App. 1380

NMOGHAL, *Julio Gonzalez said Amazon censored his coronavirus book*, BOOK PUBL'G (June 10, 2020), https://bit.ly/3cSpZ92 .........................................App. 1385

Sarah Perez & Brian Heater, *Apple Suspends Parler from App Store*, TECH CRUNCH (Jan. 9, 2021), https://tcrn.ch/3vJMPpE...................................................................App. 1388

Cristiano Lima, *Snapchat stokes GOP ire for refusing to promote Trump's account*, POLITICO (June 3, 2020), https://politi.co/3gFETS1 ............................................................App. 1391

New Guard Staff, *TikTok Targets Conservatives: No Transparency, Vague Guidelines*, YOUNG AMERICA'S FOUND. (Feb. 8, 2020), https://bit.ly/3vD8EHr.....................App. 1397

Sarah Favot, *Dark money Influencers Are Placing Political Ads on TikTok, Mozilla Says*, DOT.LA (June 3, 2021), https://bit.ly/3wMFfMC ..................................................App. 1401

Scaachi Koul, *Conservative Teens On TikTok Are Going Though Some Growing Pains*, BUZZFEED.NEWS (July 1, 2020), https://bit.ly/3gFEWxb......................................App. 1404

Jack Morse, *Discord bans Reddit-linked pro-Trump server tied to attack on the U.S. Capitol*, MASHABLE (last visited June 20, 2021), https://bit.ly/3gFnjh1 ...........................App. 1419

Danny Sullivan, *Google says it's not deliberately filtering "Crooked Hillary" suggested search to favor Clinton*, SEARCH ENGINE LAND (June 4, 2016), https://bit.ly/3zyfRf8 ...App. 1421

Allana Akhtar, *Google isn't blocking searches for the 'lab leak' theory as the coronavirus' origin is being investigated, but it prioritizes 'authoritative' results to avoid leading users to misinformation*, INSIDER (June 10, 2021), https://bit.ly/3xrwyHo....................App. 1430

KUSI Newsroom, *Breitbart Senior Tech Correspondent details Facebook and Google's censorship of conservative news*, KUSI (July 30, 2020), https://bit.ly/35HcG7j.App. 1435

Lucas Matney, *Parler removed from Google Play store as Apple App Store suspension reportedly looms*, TECH CRUNCH (Jan. 8, 2021), https://tcrn.ch/3wLlIvP............App. 1437

John Crudele, *LinkedIn has discriminated against me because of my politics*, N.Y. POST (Jan. 18, 2020), https://bit.ly/3zErn8J .................................................App. 1439

Bradford Betz, *LinkedIn removes training seminar telling people to be 'less white', following Coca-Cola backlash*, FOX NEWS (Feb. 23, 2021), https://fxn.ws/3xymUCF .......App. 1441

Donald Trump Jr., *If Big Tech Can Censor Me, Think What It Can Do To You*, REAL CLEAR POLITICS (Feb. 22, 2019), https://bit.ly/3zEriSt....................................................App. 1444

Kirsten Grind, *How Google Interferes with its Search Algorithms and Changes Your Results*, WALL ST. J. (Nov. 15, 2019), https://on.wsj.com/31GLTXx...............................App. 1446

Kate Conger, *Google C.E.O. Denies Allegations of Political Bias in Search Results*, N.Y. TIMES (Sept. 21, 2018), https://tinyurl.com/y8hwo4rr...............................App. 1478

Allum Bokhari, *Election Interference: Google Purges Breitbart From Search Results*, BREITBART (July 28, 2020), https://bit.ly/2Z803zp ...............................................App. 1479

Eric Goldman, *Google Must Answer Lawsuit for Manually Removing Websites from Its Search Index*, FORBES (May 17, 2016), https://bit.ly/3vJPdNs .......................................App. 1487

Kay C. James, *Amazon Doubles Down on Excluding Some Conservatice Nonprofits From Customer Donations*, THE HERITAGE FOUND. (June 17, 2020), https://herit.ag/3h2CjVx...................................................................................App. 1491

Cameron Hilditch, *Amazon's Foolish Collaboration with the Southern Poverty Law Center*, NAT'L REV. (June 24, 2020), https://bit.ly/3xzg2oD ...........................................App. 1494

Avery Hartmans, *Jeff Bezos hinted Amazon might split from the SPLC over designation of extremist groups after pressure from a GOP lawmaker*, INSIDER (July 29, 2020), https://bit.ly/3xBq2xE..................................................App. 1498

Kevin Michael Biscoe, *Amazon Banned, Un-Banned Documentary About Michael Brown's Death Indicts 'American liberalism'*, ZENGER NEWS (Nov. 18, 2020), https://bit.ly/3xxSwse..................................................................................App. 1505

Brian Flood, *Amazon bans 'What Killed Michael Brown?' Documentary, director says*, FOX NEWS (Oct. 14, 2020), https://fxn.ws/3gLJ5Pc......................................................App. 1515

Ryan T. Anderson, Opinion, *When Amazon pulled my book on transgender issues, it tried to shut down debate*, USA TODAY (Mar. 19, 2021), https://bit.ly/3gHuKTQ..................App. 1520

Kim Lyons, *Parler is gone for now as Amazon terminates hosting*, THE VERGE (Jan. 11, 2021), https://bit.ly/3iVDybi ...............................................App. 1524

Jason L. Riley, Opinion, *Why Did Amazon Cancel Justice Thomas?*, WALL ST. J. (Mar. 2, 2021), https://on.wsj.com/3iZob1F ......................................................App. 1530

Ramya Sethuraman, *More Control and Context in News Feed*, FACEBOOK NEWSROOM (Mar. 31, 2021), https://bit.ly/3cQf1R5 ..........................................................App. 1534

Erik Wemple, Opinion, *Facebook Admits Mistake in Flagging Satire About CNN Spinning the News With a Washing Machine*, WASH. POST (Mar. 2, 2018), https://wapo.st/3d1SJMp ...................................................................App. 1539

You have **2** free member-only stories left this month. Sign up for Medium and get an extra one

SHADOW BANNING AND ONLINE ANONYMITY

# If You Are Going to Ban Someone Have the Courage to Do it In the Light Not the Shadows

The practice of shadow banning has become a cowards solution to not wanting to deal with the interpersonal conflict that can result when you ban someone openly.



Natalie Frank, Ph.D. Follow

Nov 19, 2019 · 12 min read ★

App. 1352



This first I heard of this practice of shadow banning people came when I was involved with Reddit. Reddit is a site that calls itself *The Front Page of the Internet* due to the wide range of topics it covers. It consists of communities based on different topics ranging from the most vital to the most trivial.

Reddit has always been controversial, for the extremely liberal allowance for all kinds of stories they allow on the site as well as for the wide berth they give moderators in the way the manage the subcommunities.

I got involved with Reddit because they have a huge number of followers and it seemed like a possible place to market my work. The main problem I ran into was that each subreddit is run by it's moderators with no oversight from anyone in administration.

Some of the subreddits I joined were fine and even supportive. But in general there was an overly hostile and critical vibe that I found disconcerting. Every time I logged in I

**App. 1353**

dreaded looking to see if I had any messages. Even worse were the comments on my stories. It seemed like people really took great joy in not just criticizing but sometimes even attacking, and they didn't just attack my work, they attacked me personally.

The occasion in question occurred when I posted something about unusual ways to make money online. Apparently, the group wasn't interested in anything unless it involved making a large amount of money for little work upfront. The ultimate purpose of the group was to find ways to make a six figure salary in passive income. There was no indication that this was what the group was about upfront in their description, FAQs, rules, or on the sidebar. It just said something like, "Helping each other find ways to earn online."

When I posted my article, I received an incredibly hostile public comment from someone. He attempted to discredit my education, my background and my experience saying that he had searched Google for me and found out I had barely graduated high school.

He attacked my character, my families character, and even made a heinous remark about my mother. He made comments suggesting I was unethical and immoral. And he stated that he would be going to sites I wrote for in order to warn them about me.

I was horrified. I couldn't believe that someone who was upset over an article they didn't feel enabled them to somehow manipulate a lot of money out of people, would respond with that kind of vehemence. I wrote a very detailed message to the editor. It included the fact that the only thing this person failed to attack was my article which was never even mentioned except to justify his claim that I was a "cheap whore who apparently sold herself for almost no money." I stated that based on Reddit's rules he should be banned for his post.

The response I received from the moderator was even more troubling however. The reply was as follows:

"I'll remove the comment this time but really you're going way overboard. This isn't a forgiving subreddit and most of the sub is about making big bucks with little work or looking for advice on how to make said money, and for an article with suggestions for

**App. 1354**

making just $400-$600 for each task, they were honestly pretty nice about it if you were only attacked by one person.

Next time, instead of telling me you have a PhD, if you in fact have one, prove it to me, to him and to the readers. If you have published elsewhere, prove it. If you actually have held a job as an editor, prove it. Get the idea? It's really very simple. Just say, 'here's a link to all the proof.' That is worth more than removing comments to circumvent the issue."

Yes, you read that right. That was the response of the moderator for the subreddit. He didn't feel removing slanderous comments that attacked me and members of my family and in which he threatened to ruin my reputation by lying to sites that I wrote for in order to get me fired was warranted. Ultimately, he only did so when I threatened to get a lawyer to sue for slander. The speed with which he responded at that point said that he knew not only was the person who attacked me wrong, but that he was wrong in his own comments and actions. If all of that wasn't bad enough, not only was the person who attacked me not banned, I was, and not just from the subreddit but from the entire site, although I wouldn't know it for quite some time.

There are some subreddits where it is policy to report certain members who aren't deemed "valuable enough" to the membership as spammers in order to get them banned. This might mean you don't spend enough time giving advice or suggestions or that the articles you promote don't have enough information that can directly benefit the members (despite being allowed to promote your own work 10% of the time). And on Reddit, while moderators can make it so that you can't post on an individual subreddit, a small number of site admins can "shadow ban" you, based on reports from the moderators.

## What is Shadow Banning?

It's not news that all types of social media sites have problems with trolls, spammers, bots and others who diminish the quality of interaction. Initially, this was thought to be a simple fix. You just shut down their accounts. But then a new problem started cropping up more frequently. This was individuals who started quarrels or upset people to create discord by posting inflammatory, tangential, or unrelated comments. This was done in order to provoke readers into responding negatively to their comment to redirect attention onto themselves.

**App. 1355**

The question was what to do about people like this who act in bad faith, who drive away other users and who easily open new accounts to get around a ban. To address this problem, social media sites created the practice of "shadow banning" to quietly shut down these types of individuals, in a way that wouldn't let them know that they had been banned.

The idea behind this was simple. Since the behavior of trolls is maintained by the attention they get from their behavior if they come to believe that their behavior is no longer resulting in the attention they crave, they will stop it or at least go to a different site.

Shadow banned users are not told that they have been banned and they don't realize it because they can continue to carry out the same activities they did before the ban. They can continue to post messages and links, add new followers and comment on or reply to other posts. But their actions are invisible to everyone but themselves. They also will not show up in searches for their username. The only hint that such a thing is happening would be a dip in the responses they normally receive or someone else alerting them to their disappearance.

While shadow banning makes some sense when used as it was originally intended, solely to shut down disruptive people who drive other users away, the practice has begun to be used in a host of other ways. In regard to Reddit and other social media sites, moderators and other types of administrators will shadow ban users when they don't like what they have to say.

Or in my case, a frequent poster in a subreddit, who I later came to learn had a habit of attacking people who posted articles he didn't feel were helpful to him personally, complained to the moderators. In order to keep a controversial user posting in order to receive a larger amount of traffic, or because they are fearful of what the person making the complaint might do if they were to be banned themselves, moderators will ban whoever the controversial figure takes issue with. This practice is not limited to Reddit. Instagram, Facebook, YouTube, TikTok and Twitter also use it, sometimes to censor undesirable viewpoints or keep controversial figures happy.

The problem with this is that the individual will spend time creating posts, commenting and sharing links, in an effort to increase their following, promote their work, establish

**App. 1356**

new connections and make themselves more visible to improve their reach. On Reddit, this takes an enormous amount of time, especially since you can only post one of your own links in every ten.

In order to maintain momentum in creating your brand, the other nine links you post must be high quality, highly relevant to the subreddit and meaningful to the users who frequent the community. They also have to be from diverse sites that aren't the same as the ones you will post your own links from.

This alone takes a lot of time and effort. Commenting on other users' content daily and becoming involved in discussions are likewise time consuming. So when someone who goes to the effort to do all this and they are shadow banned, they are continuing to put in all this effort for nothing since none of it will be seen by anyone other than the person posting it.

I don't know how many weeks went during which I was spending about four to five hours a day on Reddit before I realized something was wrong. Not knowing that shadow banning existed it took another couple of weeks before I posed the question on Quora and learned that it was possible that I had been banned across the site.

I am one of the few who managed to get my ban reversed. Once you are shadow banned many sites won't accept messages from you and there is no reversing the ruling. That is another problem given that it is now being used as a means of restricting opinions on some sites or keeping the most controversial members happy to increase viewership.



**App. 1557**



Image by Pexels from Pixabay

## A Reflection of Our Time?

The reason I'm spending so much time writing about this practice, is because I find myself wondering if it is an indication of how we seem to have become more comfortable with online anonymity. The Internet's ability to provide anonymity to its users is one of its greatest strengths. It allows marginalized individuals the ability to be heard. At the same time, it empowers the worst among us to be able to treat others in a way that is disrespectful and harmful without giving it a thought.

While I can understand shadow banning a troll who is purposely starting arguments, creating problems and running off other users, when the practice is abused it seems to me to be nothing more than cowardice plain and simple. Shadow banning used inappropriately can be a function of moderators who want to exercise power without putting in any effort to actually moderate the community or intervene in matters that involve conflict.

I think if moderators believe someone should be banned, they should ban them outright. Using this practice seems to suggest that the person in question either can't be banned based on the actual rules of the site or that the administrators or moderators haven't taken the time to establish a series of guidelines that set forth the purpose and scope of the site. On some sites while there may be a statement about what constitutes cause for a ban, moderators may make their own determinations for banning people that go beyond what was set forth in the rules.

Shadow banning, ghosting and other similar practices seem to be a reflection of the changes in social interaction that the internet has established. When there was no other option but to speak with someone on the phone or face to face, people developed the ability to discuss difficult topics and cope with the fallout that resulted. It wasn't always easy but it was an accepted part of what you did as an adult.

**App. 1358**

Online anonymity gets rid of the need to learn important norms of social interaction. It does this by decreasing the risk of having to deal with negative consequences such as other peoples' emotions.

Online sites that allow for anonymity also dehumanize people. It's easier to convince yourself that shadow banning or ghosting someone isn't a big deal when you are dealing with screen names and accounts instead of real live people in real time. Online anonymity also avoids the need to read context, such as background information about the person involved in the interaction that might otherwise make someone feel guilty about how they are treating others. Anonymity lets you decide to do the wrong thing to attain a goal while keeping your actions hidden.

With the ability to be anonymous, people no longer have a need to learn how to tolerate and address uncomfortable social interactions. It also gives them license to engage in bad behavior without the need to be fair because they can hide behind a false sense of righteousness provided by the belief that as an administrator they have the right to treat site users anyway they choose. They believe that their decisions don't have to be consistent, rational or fair because no one will know about them.



**App. 1359**

Image by <u>Jill Wellington</u> from <u>Pixabay</u>

## Conclusions and Take Away

Internet users sometimes need the ability to hide. For example, marginalized voices need the ability to protect themselves in order to speak their mind. But anonymity cannot be an absolute right or we will come to believe that it isn't necessary to interact with people in an open and honest way. Worse we may come to accept that certain types of bad behavior that gets us something we want, like more views, more responses or greater reach, justifies our silencing individuals that somehow get in the way of that.

Shadow banning is a practice that began for a good reason. Used judiciously, it still could be used in an appropriate and ethical manner. But currently it is often abused. It has become a means of making those whose views you don't like or who you just don't want to have to deal with disappear without them knowing.

Although justified in the person's mind, the reality is that this is just immature behavior displayed by those who have not learned important social skills for interacting on a real level with others. They have failed to internalize such basic moral properties as fairness, respect for others, and common decency. We need to turn back the clocks to a time when these ideals were considered to be basic and necessary skills for people to have.

Social media moderators and administrators have to take responsibility for how they treat and handle users on their sites. Banning people without their knowledge, such that the hours a day they put in amounts to nothing is not an acceptable practice. They need to stop valuing controversial users who increase readership through abuse, attacks, harassment and creating controversy, over the users who are there for legitimate reasons.

Banning people for the right reasons and doing so openly, despite it leading to the need to sometimes deal with negative responses from those being banned is an important goal. Having the courage to handle difficult interactions is part of what is needed in those who manage online communities. Those who are unable or unwilling to do so, should not be allowed to hold such positions.

The only way to make shadow banning work in a fair and ethical manner is to return to an acceptance of the ideal that we need to adhere to the same morals regarding how we

**App. 1360**

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 23 of 203

treat people whether our actions can be seen or not. It shouldn't matter whether others are aware of what we do. If we behave differently in the shadows than we do in the light then we have no true understanding of right and wrong.

Social websites need to re-evaluate the role of anonymity and secretive, behind the scenes actions to see if it actually enhances discourse and improves the site or leads to non-polarizing individuals leaving the site. And they need to invest in a combination of algorithmic and human monitors to identify harassing content on platforms and suspend the perpetrators not the victims.

Online interactions that personally attack, shame, or target another individuals should never be allowed, anonymously or not. We can help to ensure a better online environment by developing norms of social interaction, by setting examples for others, and by standing up to harassment when we see it. Only then, when norms of reciprocity, responsibility, fairness and maturity replace our worst aggressive tendencies, the need for power and the desire for attention, will we be able to bring practices like shadow banning out of the shadows and into the light.

·  ·  ·

Natalie C. Frank has a Ph.D. in Clinical Psychology. She specializes in Pediatric Psychology and Behavioral Medicine.



**If you enjoyed reading this story, then you might like these as well:**

### Canceling An Interview Via Text An Hour Before With No Explanation is Just Plain Bad Behavior

You may think ghosting an applicant is no big deal, but when this becomes the norm, it is an indication of what we...



App. 1381

# Social Media Companies Like Instagram Are Censoring Dissent

BY

RISHIKA PARDIKAR

In recent weeks, Instagram and Facebook have censored posts focused on COVID-19 in India and protests in Colombia and Palestine — with little explanation as to why.

On May 6 and 7, Instagram users in India noticed that some of their posts were starting to vanish. Gone were their COVID-19-related posts that demanded improved conditions for overworked crematorium workers, publicized volunteer-led relief efforts, and linked coronavirus deaths in the country to "abject callousness" of the government. Stranger still was the removal of private chats on the matter.

"There is a growing trend of internet shutdowns, takedown of social media content, particularly around political speech in India over the last few years," said Vidushi Marda, global AI research and advocacy lead at ARTICLE 19, an international freedom of expression organization that has been tracking the deleted content.

In India right now, whether or not people have access to COVID-19 information on social media is a matter of life and death. Such censorship, however, is not unique to the country. Over the past month, activists and researchers have also collected numerous examples of suppressed content related to unrest in Palestine and Colombia, as well as posts related to the National Day of Awareness for Missing and Murdered Indigenous Women in the United States and Canada.

On May 7, Instagram said that "this is a widespread global technical issue not related to any particular topic" and that the issue had been "fixed."

But the following day, the company acknowledged that there were issues with posts relating to unrest in Colombia and Palestine.

**App. 1362**

"We are so sorry this happened," Instagram noted in a statement. "Especially to those in Colombia, East Jerusalem, and Indigenous communities who felt this was an intentional suppression of their voices and stories — that was not our intent whatsoever."

But Instagram failed to acknowledge reports of censorship in India.

A representative of Facebook, which owns Instagram, wrote in response to questions about why dissent in India, Colombia, and Palestine seemed to have been disproportionately impacted: "This was a widespread global technical issue that affected users around the world, regardless of the topic of their Stories. We fixed it as fast as we could so users around the world could continue expressing themselves and connecting with each other through Stories."

Despite the company's claims that the takedowns were automatic and universal, Marda said there was "overwhelming evidence of the disproportionate impact these takedowns have had on political speech and dissent."

In India, she noted that ARTICLE 19 observed "significant overlap between posts about activism, COVID-19 relief and government critique." All of this, she said, points to "a significantly larger problem than just a single automation tool," and noted "the opacity of content moderation practices" means that there are gaps in accountability.

Such digital suppression isn't simply a matter of being able to speak freely. In each of these countries, thanks to government failures and limited media coverage, people have come to rely on social media to share information, track resources, and protect themselves from violence.

Part of the problem is automated content moderation, which uses machine learning to filter content. The systems are blunt instruments that often misunderstand context and remove too much or too little content, noted a report by the New Delhi–based Observer Research Foundation. These developments, adds the report, can negatively impact minority groups because these tools are often trained on English-language data sets, so they have trouble properly parsing dialects and rarely used languages.

"[There is] overwhelming evidence of the disproportionate impact these takedowns have had on political speech and dissent," said Marda. "[This is] precisely why . . . human rights organizations and defenders around the world have pointed to the dangers of automated content moderation for years."

# India's History of Digital Censorship

Because of the Indian government's monumental failure in tackling the coronavirus, people in the country have come to rely on social media to seek and provide COVID-related help like oxygen supplies and vaccinations. Many people have also used social media to collate lists of supplies into a larger, searchable database.

Silicon Valley–driven censorship in India, therefore, has become a matter of survival, despite the fact that Instagram has yet to acknowledge it.

"Despite documented instances of censorship [in India] and Instagram users highlighting them very prominently, there was a complete lack of recognition [by Instagram] of what's happening in India," said Apar Gupta, executive director of Internet Freedom Foundation (IFF), a New Delhi–based organization that seeks to ensure that technology respects fundamental rights.

Digital suppression in the country isn't new, despite the fact that the Indian Constitution guarantees the right to freedom of speech and expression.

In 2020, India had the highest number of government-instigated internet shutdowns in the world. The digital crackdowns were one of the reasons Reporters Without Borders recently ranked India 142 out of 180 countries in terms of press freedoms.

On April 28, Facebook temporarily hid posts critical of Indian prime minister Narendra Modi that included the hashtag #ResignModi for "violating its community standards." A Facebook spokesperson later said that the posts were hidden "by mistake, not because the Indian government asked us to."

"Silicon Valley platforms have a very natural interest in keeping governments happy in the regions that they operate," Gupta said, pointing to the fact that India is Facebook's biggest market.

The lack of institutionalized free speech protections is further compounded by laws and regulations in India that allow the Ministry of Electronics and Information Technology to not disclose censorship orders sent to social media companies, said Gupta.

Users are therefore often given no official explanation why their posts were suppressed.

# Content Moderation in Colombia

There have also been numerous reports of censorship related to ongoing protests in Colombia over proposed tax increases and the resulting police crackdowns.

"We identified a specific problem with Instagram," said Carolina Botero Cabrera, a researcher with Karisma, a Bogotá-based civil society organization that works on technology and human rights. "We have over 1,000 reports of censorship, around 90 percent of it was by Instagram and the content was overwhelmingly about the [ongoing] protests," she added.

Deleted posts reportedly related to the national unrest, unemployment numbers in the country, and the death of a protestor.

For Colombia, a country with a long-lasting civil war, such automated content moderation is all the more contentious because journalists and human rights activists often find that their content is removed, their reach is diminished, or their accounts are blocked because their content is deemed too violent.

Jesús Abad Colorado, an experienced Colombian photojournalist, recently had his Twitter account blocked after he posted photographs of an armed dispute in the Chocó Department in Western Colombia. A few days later, when an independent media outlet livestreamed an interview with Colorado about the dispute, their account was blocked, too.

Another challenge, said Botero, is that the Revolutionary Armed Forces of Colombia — People's Army (FARC), the longtime leftist guerrilla group that disarmed and became a political party in 2017, "was flagged as a terrorist organization [by social media companies at the time] even though they were in peace negotiations."

The peace process spanned about four years, culminating in a peace agreement in 2016. "Any research about the peace process will have to deal with important problems to [understand] FARC's position, actions, and voice," said Botero, noting that blocked social media accounts and deleted content hamper documentation of the process.

# Suppressing Palestinian Voices

As tensions escalated in Israel and Palestine, digital suppression in the region also appeared to increase.

"We have over 100 reports of censorship on Instagram," said Alison Carmel Ramer, a researcher at 7amleh, a digital rights organization based in Haifa, Israel.

Ramer's research and other reports found that most of the censored content was related to Israeli forces storming Jerusalem's Al-Aqsa mosque. Other censored content was related to the eviction of Palestinians from the Sheikh Jarrah neighborhood in East Jerusalem.

*Muslim*, a media publication, also documented blocks on Instagram livestreams related to Palestine.

According to Ramer, Facebook told 7amleh that a majority of the Instagram takedowns were mistakes because they did not violate community standards and that they have restored the content.

"This means there is a problem in the way content is moderated," said Ramer. "Why is content which is not against community standards being taken down? [Facebook] also did not tell users under which policy the content was taken down."

In general, Palestinian content is "over-moderated," Ramer added, noting posts are often suppressed either because they are considered hate speech, or the posts appear to be connected to terrorist organizations. Many Palestinian leaders are designated as terrorists by the United States, meaning Facebook censors content related to them. Ramer also explained how hate speech in the region written in Hebrew is not censored to the same extent as hate speech in Arabic.

A March 2021 report by 7amleh that analyzed 574,000 social media conversations in 2020 showed that one out of every 1ten Israeli posts about Palestinians and Arabs contained violent speech, a 16 percent increase compared to 2019. "We have sent reports like this one to Facebook for several years and every year, [but] we find that this content just remains online," Ramer said, adding that Facebook has not informed them of what, if any, actions it intends to take.

A recent report in the *Intercept* also noted how Facebook censors the word "Zionist."

"Zionism is a political ideology," Ramer said. "Political speech must be protected. Words like "Zionist" and "shahid" [martyr in Arabic] should be protected." Censorship in the region is especially concerning because of the long-standing lack of transparency around Israel's treatment of Palestinians, political activist Noam Chomsky told us.

**App. 1366**

"Israel's brutal repression of Palestinians for many years, with strong support from the United States particularly, is a shocking crime in itself and has ominous international repercussions as well," said Chomsky. "There have been extensive efforts to block efforts to bring the facts and their significance to the general public. These efforts amount to direct participation in the crimes."

When asked about social media companies' ability to freely censor content, Chomsky replied, "Their enormous power should not be tolerated."

# The Path Ahead

At ARTICLE 19, Marda said that, in order to align itself with international human rights standards, Facebook "must publicly and transparently acknowledge the reasons for recent takedowns" and "provide information for the substantive and legal reasons for takedown."

Marda added that Facebook should also "restore all blocked content" and "publicly commit to not bowing to governmental or judicial pressure that requires it to act in violation of international human rights standards and jurisdiction-specific standards on freedom of expression."

---

You can subscribe to David Sirota's investigative journalism project, the *Daily Poster*, here.

**ABOUT THE AUTHOR**

Rishika Pardikar is a climate change and wildlife reporter based in India.

**FILED UNDER**

POLITICS / SCIENCE AND TECHNOLOGY

SOCIAL MEDIA / CENSORSHIP

LIVING

# How social media censorship 'silences' conservative thoughts

By Doree Lewak

October 10, 2020 | 4:32pm



Filmmaker Maggie VandenBerghe says her videos, like one of Joe Biden's gaffes (in article below), have been unfairly censored by Instagram fact-checkers.

David Butow

For the past eight years, Esther Berg has been posting regularly for her 330,000-plus Instagram followers. Now she's locked out of her EstherandSasha account.

While the influencer normally covers a range of lighthearted lifestyle issues, on Sept. 14 the registered Republican posted a story comparing Ivanka Trump with Chiara de Blasio — juxtaposing a glam photo of the president's daughter with a picture of the NYC mayor's daughter curled up on the subway and baring her body, accompanied by the caption: "On November 3rd, you decide what kind of America you want your daughter growing up in … Vote."

**App. 1368**

The next day, Berg, who splits her time between Florida and Long Island, discovered her account was locked. A message from the platform said it had been disabled and to check back in 30 days. An Instagram representative told The Post: "We do not allow people to show intimate images of others without their consent."

But Berg notes that the same photo of Chiara is still up on other accounts.

"I believe that, although my post . . . may have been in poor taste compared to what I usually post, I didn't violate any community guidelines," Berg told The Post. "They censored me for my conservative views."

Berg, like other right-leaning influencers, is outraged over what she calls a "double standard" targeting pro-Trump voices. "There are multiple hashtags saying 'KillTrump' that incite violence. But posting a photo that might have been in poor taste yet doesn't violate guidelines gets you banned."

Allum Bokhari's new book, "#Deleted: Big Tech's Battle to Erase the Trump Movement and Steal the Election" (Center Street), delves into social media's silencing of right-wing voices.

"If you're going to have the rules, you should enforce them evenly, and that's not happening. And the reason for that is that the point of the rules is to go after right-wingers," the Breitbart News senior tech writer told The Post.

"The strategies [social-media platforms] are using to silence people on the right is getting crazier by the day," said Maggie VandenBerghe, a conservative filmmaker known as @fogcitymidge on Instagram.

In July, VandenBerghe, who has 202,000 Instagram followers, posted a video of Joe Biden with unambiguous jump cuts, showing a series of verbal gaffes. It racked up some 200,000 views before being hit with a disclaimer: "Partly False Information. Reviewed by independent fact-checkers." Instagram claimed the video was "deceptively edited to make him appear 'lost.' "

Esther Berg's Instagram account was locked for 30 days after she posted images comparing Ivanka Trump to Chiara de Blasio.

Esther Berg's Instagram account was locked for 30 days after she posted images comparing Ivanka Trump to Chiara de Blasio.
Getty Images

VandenBerghe told The Post: "I've never manipulated a video in my life. These fact-checkers are spreading disinformation by silencing the truth. It's about controlling what you're allowed to talk about."

She added that her fact-checked posts hurt her career and brand. "If there's a fact-check symbol on it, it won't be shared . . . it's a good way of delegitimizing my work."

The Instagram rep said: "While @fogcitymidge may not have edited the original video, we still applied the label to the video . . . to help others understand that fact-checkers confirmed it was deceptively edited."

Bokhari writes that shortly after the 2016 election, Facebook, which owns Instagram, ramped up efforts to " 'fix' what had gone wrong [in the election]," adding that meetings had "a clear focus on how to make elections 'better.' "

Last December, Instagram announced the rollout of 45 "third-party fact-checkers who are certified through the nonpartisan International Fact-Checking Network to help identify, review and label false information."

According to the platform's rep, "Many Democrats think we aren't doing enough, while many Republicans think we go too far, and that we censor them. That is why we have established rules that allow both sides to see what we will and won't

**App. 1369**

allow."

Former "Real Housewives of New Jersey" cast member Siggy Flicker, who has 430,000 Instagram followers, believes her posts have been hidden, or shadow-banned.

Several of her Instagram posts include disclaimers. One is a video posted on Sept. 23 showing Louisville, Ky., protesters, with Flicker commenting in part: "Who would ever vote for a party that supports this?? Who paid for the U-Haul? Who paid the protesters?"

**SEE ALSO**

**My pandemic side hustle was the best thing that ever happened to me**

A warning on the posts reads, "Missing Context: Independent fact-checkers say information in this post can mislead people." It also says there is "disinformation about Louisville, a U-Haul and George Soros."

But Flicker said, "I never mentioned George Soros' name!

"These so-called 'fact-checkers' allow posts comparing the first lady to dictators to stay up, but silence those on the right who dare to . . . back the president," Flicker said, citing an August post from the popular @diet_prada account, comparing Melania Trump's outfit to fascist leaders.

Said the Instagram rep: "Content isn't fact-checked because others find it offensive."

Flicker doesn't buy it. "The minute you put #Trump2020 on a post, you're a target."

For Berg, she'll wait out the month to find out her fate. "They shut me down because I have a loud mouth and making a lot of noise. And it's weeks before the election," she said. "There's censorship going on. They're silencing conservative voices and picking when the community guidelines are enforced."

Because she's not able to post "collaborated" content, "I lose money every day," Berg said, adding that the small businesses she regularly promotes lose out, too.

"It's like I never existed. You can't find me."

**FILED UNDER** **CENSORSHIP**, **CONSERVATIVES**, **INSTAGRAM**, **SIGGY FLICKER**, **SOCIAL MEDIA**





RECOMMENDED 1/5

App. 1370

  LIVE

News ⌄

Israel-Palestine conflict

Features

Economy

Opinion

Video

More ⌄



Flames and smoke rise after Israeli air strikes in the southern Gaza Strip May 11, 2021 [Ibraheem Abu Mustafa/Reuters]

Mustafa/Reuters]

In 1984, Palestinian American intellectual and Columbia University Professor Edward Said famously argued that Palestinians are denied "permission to narrate".

More than 30 years later, in 2020, Maha Nassar, a Palestinian American Associate Professor at the University of Arizona, analysed opinion articles published in two daily newspapers – The New York Times and The Washington Post – and two weekly news magazines – The New Republic and The Nation – over a 50-year period, from 1970 to 2019. Perhaps unsurprisingly, she found that "Editorial boards and columnists seem to have been quite consumed with talking about the Palestinians, often in condescending and even racist ways – yet they somehow did not feel the need to hear much from Palestinians themselves."

KEEP READING

India accuses Twitter of not complying with new IT rules

Teen who shot video of Floyd's death receives Pulitzer honour

Bangladesh to monitor TikTok after girls lured by traffickers

New kids on the block: Fresh batch of meme stocks arrives

Nassar's research, like many others before it, clearly demonstrates that more than three decades after the publication of Said's landmark essay, the exclusion of Palestinian voices from mainstream media narratives in the West – and the attempts to erase the humanity of the Palestinians or whitewash Israel's crimes against them – continue unabated.

In recent years, social media became a lifeline for many who want to raise awareness about causes and struggles ignored or undermined by mainstream

media outlets.

Yet tech companies are now actively working to exclude Palestinian voices from their platforms, thereby expanding the calculated erasure and silencing of the Palestinians to social media.

In April, for example, Zoom, Facebook and Youtube blocked the online academic event "Whose Narratives? What Free Speech for Palestine?" co-sponsored by the Arab and Muslim Ethnicities and Diasporas (AMED) Studies program at San Francisco State University, the Council of UC Faculty Associations (CUFCA), and the University of California Humanities Research Institute (UCHRI).

The event was to feature anti-apartheid activists from around the globe, including Palestinian resistance icon Leila Khaled and South Africa's former ANC military leader Ronnie Kasrils.

This event was in fact a repeat of an open classroom co-organised by Dr Rabab Ibrahim Abudulhadi (AMED Studies) and Dr Tomomi Kinukawa (Women and Gender Studies) of San Francisco State University that Zoom initially censored in September 2020. Then, as now, Zoom and other social media companies said they decided to block the event from their platforms due to the planned participation of Leila Khaled. They claimed, as Khaled is affiliated with the Popular Front for the Liberation of Palestine (PFLP), a "US-designated terrorist organisation", allowing the event to proceed would be in violation of US laws prohibiting material support for terrorism.

tack on academic freedoms.

Indeed, in an open letter to Zoom executives published in October last year, experts from Palestine Legal and other legal organisations stressed that Zoom's censoring of the AMED event constitutes "a dangerous attack on free speech and academic freedom, and an abuse of your contract with our public university systems". They added that "[Zoom's] status as an essential public service does not give you veto power over the content of the nation's classrooms and public events."

Sign up for Al Jazeera's

# Weekly Newsletter

Subscribe to stay up-to-date on all the latest news

Enter your email

Sign Up

By signing up, you agree to our **Privacy Policy**

These warnings, however, went unheeded, with Zoom and other social media companies completely ignoring the growing criticism of their biased policies and escalating their efforts to silence Palestinian speech on their platforms.

In April, after Zoom refused to host the "Whose Narratives?" event for the second time – following pressure from an Israeli government app and several right-wing Zionist organisations – Facebook not only took down publicity posts about the event, but also deleted the page of the AMED Studies program from its platform in its entirety, effectively erasing a vast archive of talks, discussions

the community at large to be able to engage with them free of charge and without restriction.

**App. 1374**

Coming on the heels of Zoom's repeated attempts to arbitrate what is and is not acceptable speech in academia, Facebook's deletion of the AMED page made clear Big Tech's modus operandi when it comes to Israel-Palestine: censor material related to the Palestinian struggle on Israel's demand, and ignore any criticism of these unlawful and unjust actions.

Israel and its allies are not only pressuring Big Tech to silence the Palestinians from outside. Facebook's oversight board, an independent body tasked with deliberating on the platform's content decisions, includes former director-general of the Israeli ministry of justice, Emi Palmor. Palmor personally managed Israel's Cyber Unit in the past, which successfully lobbied for the removal of thousands of pieces of Palestinian content from Facebook.

While it is only logical to assume Palmor's presence on the oversight board is contributing to Facebook's anti-Palestinian actions, Big Tech's routine silencing of Palestinian voices cannot be blamed on such overtly pro-Israeli actors in its higher echelons alone.

Since the very beginning, social media companies have gravitated towards and aligned with centres of power in the US capitalist and imperialist structures. They even partnered with the US Department of Defence, coordinating surveillance and big data analysis. So it is not that a few powerful pro-Israeli voices are coopting social media companies into silencing dissent; the industry itself is rotten to its core. Let us not forget how Big Tech executives and employees have orchestrated a huge land grab and gentrification in the San Francisco Bay Area, displacing thousands of working-class and poor communities of colour.

ternative platforms for the event to take place and engaged in messaging and programming that effectively delegitimised it.

Universities are far from being neutral arbiters in this story: by conceding to the monopoly of tech companies over pedagogical programming and by normalising anti-Palestinian rhetoric, they are complicit in these companies' overreaching erasure of Palestine and Palestinians from the curriculum.

And the repression of Palestinian voices on social media extends far beyond academia. In recent days, many individuals documenting Israeli settler and state violence against Palestinian families in the occupied East Jerusalem neighbourhood of Sheikh Jarrah reported that Facebook, Twitter and Instagram (owned by Facebook) has been "systematically censoring" their content.

In the latest chapter of Israel's ongoing ethnic cleansing of Palestine, the Palestinian families of Sheikh Jarrah face imminent forced removal from their homes and are contending with violent repression that is sanctioned and enabled by all levels of the Israeli state.

Last Friday, more than 200 people were wounded when Israeli police shot rubber bullets and threw stun grenades at Palestinians in Al-Aqsa mosque. Israeli forces tried to prevent medics from treating the injured and at least three Palestinians lost an eye as a result of the attack. On Monday, Israeli occupation forces again fired at Palestinians, who had gathered at Al-Aqsa to pray and protect the site from settler violence, with rubber-coated bullets, stun grenades, and tear gas; reporters, journalists and medics were among the wounded. In the latest act of collective punishment, Israel began a ruthless bombing campaign in the Gaza Strip on Monday night, flattening civilian infrastructure and media offices. The current death toll is estimated to be at least 65, 16 of whom are children, with 365 wounded, according to the Gaza Ministry of Health. On Wednes-

Musa Hassouna. Israeli Border Forces were eventually transferred to Lydd from the West Bank. Furthermore, fascist Israelis participated in an attempted lynch-

ing of a Palestinian man in Bat Yam, forcibly removing him from his car and beating him unconscious.

The Israeli Supreme Court has since delayed the Sheikh Jarrah forced removals for 30 days, but activists have identified this as a stalling tactic meant to diffuse momentum and support for the Sheikh Jarrah residents.

In a recent CNN interview, Mohamed El-Kurd, a Palestinian poet and activist from Sheikh Jarrah, powerfully turned the age-old media trope of Palestinians being inherently "violent" on its head by responding to the reporter's leading question with one of his own: "Do you support the violent dispossession of me and my family?" As usual, US mainstream media organisations attempt to hide the asymmetrical nature of Israel's aggression by defining its latest and ongoing attacks on the Palestinian people as "clashes" or a "conflict".

Mainstream media's ongoing efforts to whitewash Israel's deadly occupation, coupled with the dire and rapidly escalating situation of Palestinians in Sheikh Jarrah as well as all Palestinians resisting in support of them, make unrestricted access to social media especially crucial for Palestinians and their allies.

But rather than amplifying the righteous struggle of Palestinians resisting violence and displacement, social media companies are furthering the interests and agenda of the very government attacking them.

This latest round of social media censorship of Palestinian posts about Sheikh Jarrah is part of a larger pattern of repression, given the long and well-documented complicity between Israel and social media companies in regulating and

sequently reinstated following a huge social media outcry, was an "accident".

Activists and watchdog organisations have expressed doubts about such explanations, given the targeted nature of the removals and censures.

Decades after Edward Said's criticism of the US media's insistent refusal to allow Palestinians to narrate their own stories, the voices in support of the Palestinian liberation struggle are being silenced not only by mainstream media organisations but also social media companies.

But we must not give in. Despite efforts by social media companies and media organisations to silence Palestinians, those who truly believe in equality, justice and freedom should continue to endorse and amplify the calls to save Sheikh Jarrah, stop the expansion of illegal Israeli settlements, end all military funding for Israel, and bring an end to Israel's occupation of Palestinian lands and state-sanctioned discrimination against Palestinians. We should also support the Boycott, Divestment and Sanctions (BDS) movement, until Israel agrees to cease its colonial and apartheid practices for good. Media organisations and social media companies can try to control and distort narratives about Palestine, but they cannot hide the truth and silence Palestinians' righteous calls for justice forever.

This does not mean we should not try and expose the unethical and unlawful practices by these companies and organisations. We must fight the targeted, cross-platform censorship that echoes and reinforces the Israeli state's ongoing structural oppression of Palestinians and systematic erasure of Palestinian voices. By engaging in such behaviour, social media companies are practicing digital apartheid. We can not sit idly by. Now more than ever, we need to continue to expose and resist this discriminatory silencing as part of the larger fight for Palestinian freedom and liberation.



**Omar Zahzah**
Writer, poet and independent scholar.

Omar Zahzah is the Education and Advocacy Coordinator for Eyewitness Palestine, as well as a member of the US Campaign for the Cultural and Academic Boycott of Israel (USACBI) and the Palestinian Youth Movement (PYM.) Omar holds a PhD in Comparative Literature from the University of Los Angeles (UCLA)

# MORE FROM AUTHOR

OPINION
**Super powers are super reckless (and foolish)**

OPINION
**It's time for Tehran to start listening to ethnic minority groups**

OPINION
**As the drug war turns 50, the US is still public enemy number one**

OPINION



**FACEBOOK** · **Updated on** May 14

# Users on Instagram, Twitter, TikTok decry censorship of Israel posts

Automated content moderation systems are known to sometimes result in error

By **Audrey Conklin** , Sasha Savitsky  |  **FOXBusiness**

**Social media censorship 'frightening' for future of America: Lara Trump**

Fox News contributor Lara Trump reacts to Facebook's Oversight Board sticking with their decision to ban former President Donald Trump.

Users on Instagram, Twitter and TikTok are highlighting instances of post removals and other forms of censorship after sharing content related to the Israel-Palestinian conflict.

A spokesman for Israeli Justice Minister Benny Gantz on Thursday told executives of Facebook, which owns Instagram, and Tik Tok during a Zoom meeting that the current round of violence is being "intentionally stirred through social media by extremist elements" sworn to damage Israel.

The spokesman said the executives expressed their commitment to act quickly and effectively to prevent incitement on their networks.

Facebook, Twitter and TikTok all have policies against hateful conduct and posts that could lead to harm or violence; the companies may remove or otherwise censor posts that violate their policies, and automated content moderation systems are known to sometimes result in error.

But many social media users — several of whom spoke to FOX Business — argue that the companies are suppressing their voices online.

**App. 1380**

Many users complained of "shadowbanning," a term for when social media companies remove or censor content that creators share with their followers without notifying them first. Others highlighted significant drops in views on political content compared to the everyday creator content they usually post.

"...I normally get about 24,000 views, and since I started posting about Israel, one day to the next, it was immediately cut to half. That's what Instagram usually does when they shadow[ban]," Dalia Oziel, a Jewish singer and Instagram influencer with more than 36,000 followers, told FOX Business. "I put up [an Instagram] Reel on my page ... talking about people getting shadowbanned, and people were trying to add it to their story and tag me, and it wouldn't let them. It said 'upload failed' and 'try again,' and they tried without tagging my name and it worked."

## DEMOCRATIC DIVIDE OVER ISRAEL ON FULL DISPLAY AS JEWISH STATE CLASHES WITH HAMAS TERRORISTS

She continued: "Instagram is not allowing it to reach the voices it needs to reach. It's unreal to know that you actually don't have freedom of speech. It's our right as Americans but we don't have it."

A Facebook spokesperson said the company has "dedicated teams, which include native Arabic and Hebrew speakers, closely monitoring the situation on the ground."

"We're focused on removing content that breaks our rules to help keep our community safe, while making sure people can keep sharing what matters to them," the spokesperson said.

Oziel shared screenshots of people having trouble sharing her Reel, which are videos Instagram users can edit and post through the app with music and graphics.

Dalia Oziel Instagram screenshot (Credit: Dalia Oziel)

Dalia Oziel Instagram screenshot (Credit: Dalia Oziel)

---

Another Jewish influencer and hairstylist, Penina Sebbag-Kunstler, who has more than 33,000 followers, shared similar concerns after she tried to repost something from the Israeli Defense Force (IDF) on Instagram.

"There was no message from Instagram and there was no email, no alert, nothing like that. For me, I was reposting from the IDF and Stand With Us [Instagram accounts]. I was resharing that, as well, as I did have a couple videos of myself just speaking about the situation ... and then I woke up the next day, and my views were strangely low," she said.

**ISRAEL-PALESTINE CONFLICT CAUSES MAJOR US AIRLINES TO CANCEL FLIGHTS TO TEL AVIV**

She continued: "I'm an influencer, I post my work online every day so I have a pretty good gauge of what's normal. I know within a certain amount of time how many views I'll get."

Sebbag-Kunstler added that she believes Instagram is shadowbanning her because she usually reaches between 10,000 and 20,000 users within a 12-hour window but only reached half those numbers on Wednesday.

Another user, @RememberMeHome, who shares recipes on her page, told FOX Business she shared one political post among the various cooking videos and photos she shares on her Instagram story and said she was "shocked at my lack of view [numbers] and kept refreshing the page."

Even the Israel Defense Forces shared on Twitter they were experiencing issues.

**PROPOSED 'INSTAGRAM FOR KIDS' WOULD BE A DISASTER: MISSOURI AG**

One Instagrammer who wished to remain anonymous sent a screen-share video showing her trying to report Swastika comments on the app and being immediately sent back to the app's dashboard.

TikTok did not immediately respond to an inquiry from FOX Business.

Twitter told FOX Business in a statement that it is not taking action against posts specifically related to the Israel-Palestinian conflict.

"Defending and respecting the voices of the people who use our service is one of our core values at Twitter," the company said, adding that the company uses both human and automated moderators to review content and in some cases, its automated systems may take enforcement action in error through an automated spam filter.

A Facebook spokesperson said its "thoughts are with everyone affected by the horrific ongoing violence."

**GET FOX BUSINESS ON THE GO BY CLICKING HERE**

"We know there have been several issues that have impacted people's ability to share on our apps, including a technical bug that affected Stories around the world, and an error which temporarily restricted content from being viewed. ... While both issues have been fixed, they never should have happened in the first place. We're so sorry to everyone who felt they couldn't bring attention to important events, or who felt this was a deliberate suppression of their voice. This was never our intention," a spokesperson said.

Israeli actress and author Noa Tishby told Fox Business that social media sites should be monitoring users and taking action when necessary.

"As [actor] Sacha Baron Cohen said, they're not the city square, they're the biggest publisher[s] in the world," the author of "Israel: A Simple Guide to the Most

**App. 1383**

Misunderstood Country on Earth" explained. "If Johnson and Johnson said, 'Our baby oil is going to help your hair grow' but it doesn't ... there has to be truth in advertisements."

**CLICK HERE TO READ MORE ON FOX BUSINESS**

She added, however, that social media companies "do actually need to start to take responsibility for the anti-Semitism [on their platforms]."

"They can't sit by idly anymore. They're the biggest publisher[s] than anyone has ever seen," she said.

*The Associated Press contributed to this report.*

Quotes delayed at least 15 minutes. Real-time quotes provided by BATS BZX Real-Time Price. Market Data provided by Interactive Data (Terms & Conditions). Powered and Implemented by Interactive Data Managed Solutions. Company fundamental data provided by Morningstar. Earnings estimates data provided by Zacks. Mutual fund and ETF data provided by Lipper. Economic data provided by Econoday. Dow Jones & Company Terms & Conditions.

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX News Network, LLC. All rights reserved. FAQ - Updated Privacy Policy

# Julio Gonzalez said Amazon censored his coronavirus book

**Former lawmaker wanted to publish policy-focused e-book on COVID-19.**

Former Rep. **Julio Gonzalez** said Amazon censored a book he wrote on response to the **COVID-19 pandemic**.

Entitled "Coronalessons," the Venice Republican said he devoted much of his energy in the past two months to producing a well-researched e-book.

"I finished the book officially yesterday and sent it out to be published," Gonzalez said. "But I got a message back that they were not going to publish it and that regarding the virus, everything is going to be referred to official sources."

That's a frustrating response for the orthopedic surgeon and former state lawmaker. The book didn't focus primarily on the science of the novel coronavirus but on the policy and economic consequences of decisions made by leaders to contain the spread of the disease. Gonzalez, who has published multiple books on health care policy still available on Amazon, felt he qualified as a reliable source on those matters, even if publishers may disagree with particular points of view.

He has also been affected both as a doctor and author by the pandemic. His most recent book, "**The Case For Free Market Healthcare**," published in January but any speaking engagements and promotions were canceled amid lockdowns around the country.

**68%** of FL voting households watch cable.

Reach them today

effectv

At the same time, a ban on elective surgeries tremendously impacted his Venice practice, where business slowed by 70%. His wife's OB/GYN office was hit even harder.

Gov. **Ron DeSantis issued his order on surgeries** on March 20, and Gonzalez turned his attention to writing a new book. He chose to publish electronically to more quickly inform policy debate about further lockdowns and to get on the market at the height of interest.

"I thought this would be the first comprehensive look at this experience," he said.

But at the same time, Amazon was taking action to remove dubious titles related to the science of pandemics from its inventory amid complaints hoaxers were profiteering. The retail giant was flooded with hastily written e-books on the coronavirus in March, and **Wired** reports the outlet pulled a number of newly published works to stop the spread of disinformation.

Those works were often plagiarized or wrongly posing as medical tomes. Gonzalez doesn't see his book in the same category. But the Amazon **guidelines** used to justify pulling those works were linked in an email rejecting Gonzalez's submission.



Gonzalez said his work is more akin to another censored book by **Alex Berenson**, a former New York Times reporter. Berenson's "**Unreported Truths about COVID-19 and Lockdowns: Part 1**" was initially rejected by Amazon but released after high-profile advocates like Tesla founder **Elon Musk** and The Intercept founder **Glenn Greenwald** criticized the decision, **Fox News** reports.

As for the contents in Gonzalez's book, he knows there will be disagreement about his opinions. He questions the constitutionality of governments arresting those not wearing masks. He heavily criticizes the World Health Organization for its interactions with China.

"Americans went from being the most employed population in the nation's history, and probably the world, to one riddled with uncertainty and angst," he wrote early in the book. "The very fabrics of our society, our customs, natural courtesies, and the institutions we value were subjected to a massive assault, leaving many to ask whether it was better for us to abandon any or all of them."

On the elective surgery front, he withholds heavy criticism of DeSantis based on the information the Governor had at the time. But he said the consequence of regular **emergency room visits** going down shows part of the problem closures.

"People were just having heart attacks at home," he said.

In the book, he also carefully looks at state and national responses to isolating nursing home populations and to closing down travel. That Italy continued allowing travel with China after it became clear person-to-person transmission was possible was a mistake, he writes. He also tackles what he sees as attacks on religious freedom that happened in various U.S. states.

The tome isn't an extremist screed. He doesn't embrace the Swedish low-intervention model heralded by some on the far right.

"Whether Sweden's approach was worthwhile is up for debate. Like in other countries, more than half of Sweden's deaths occurred in nursing homes, and despite its efforts at not shutting down its economy, Sweden's unemployment rate still rose dramatically," Gonzalez writes.

He does explore whether high surveillance actions like those taken in South Korea were more successful than the lockdown strategy employed in much of the U.S.

And he praises tight borders, which have helped countries like New Zealand and Australia contain the pandemic, granted the island nations have the best natural borders in the world.



Jacob Ogles

June 10, 2020

8 min

Amazon    China

Coronalessons

Julio Gonzalez

New Zealand

Ron DeSantis

South Korea

The Case For Free Market Healthcare

World Health Organization

## Related Articles

CORONA ECONOMICS     HEADLINES

**As Florida recovers with more jobs, unemployment still ticks up in May**

# Apple suspends Parler from App Store

[Sarah Perez](#) [Brian Heater](#) 5 months



Apple confirmed that it has suspended the conservative social media app Parler from the App Store, shortly after Google banned it from Google Play. The app, which became a home to Trump supporters and several high-profile conservatives in the days leading up to the Capitol riots, had been operating in violation of Apple's rules.

The company tells TechCrunch:

> We have always supported diverse points of view being represented on the App Store, but there is no place on our platform for threats of violence and illegal activity. Parler has not taken adequate measures to address the proliferation of these threats to people's safety. We have suspended Parler from the App Store until they resolve these issues.

In the wake of its decision Apple sent Parler's developers the following note:

> To the developers of the Parler app,

> Thank you for your response regarding dangerous and harmful content on Parler. We have determined that the measures you describe are inadequate to address the proliferation of dangerous and objectionable content on your app.

> Parler has not upheld its commitment to moderate and remove harmful or dangerous content encouraging violence and illegal activity, and is not in compliance with the App Store Review Guidelines.

> In your response, you referenced that Parler has been taking this content "very seriously for weeks." However, the processes Parler has put in place to moderate or prevent the spread of dangerous and illegal content have proved insufficient. Specifically, we have continued to find direct threats of violence and calls to incite lawless action in violation of Guideline 1.1 – Safety – Objectionable Content.

> Your response also references a moderation plan "for the time being," which does not meet the ongoing requirements in Guideline 1.2 – Safety – User Generated content. While there is no perfect system to prevent all dangerous or hateful user content, apps are required to have robust content moderation plans in place to proactively and effectively address these issues. A temporary "task force" is not a sufficient response given the widespread proliferation of harmful content.

> For these reasons, your app will be removed from the App Store until we receive an update that is compliant with the App Store Review Guidelines and you have demonstrated your ability to effectively moderate and filter the dangerous and harmful content on your service.

> Regards,

> App Review Board

Conservative commentator and Parler investor Dan Bongino posted about Apple's decision on the site:

> The tech tyrants at Apple have pulled the app from their App Store. Apple is no different than the Chinese communist party in their preference for totalitarian thought control. I'm proud of the remaining liberty-loving people of this great country. And I'm embarrassed, and horrified by the tech totalitarians who've taken control of it.

Bongino was among those recently suspended from Twitter. He noted, however, that [he had no intention to return to the site](#).

While Parler is no longer available through the store at present, it seems it will still be available to access for those who have already downloaded it. As The New York Times noted earlier this week,

> If Apple pulls Parler from the App Store, people would not be able to download the app to their iPhones or iPads. People who had already downloaded the Parler iPhone app would still be able to use it, but the company would not be able to update the app, meaning it would eventually be rendered obsolete as Apple updated the iPhone software.

But Parler's future remains more uncertain than most, as there's [a growing push inside Amazon](#) to pull the plug on Parler, too.

[The deplatforming of President Trump](#)

Case 4:21-cv-00220-RH-MAF   Document 106-5   Filed 06/21/21   Page 51 of 203

The news comes shortly after Google banned it from Google Play. The app, which became a home to Trump supporters and several high-profile conservatives in the days leading up the Capitol riots, had been operating in violation of Apple's rules, we understand. Apple's App Store guidelines require apps hosting user-generated content to have moderation policies to remove content that incites violence.

Despite these policies, neither Apple nor Google had taken action to remove Parler in prior weeks, even though Trump supporters and other far-right users had used the app to call for violence and organize their plans to storm the Capitol. The insurrection left five people dead, over 50 police officers injured, and more than a dozen facing federal charges, in addition to the growing number of arrests emerging as suspects are identified.

**Image Credits:** Parler via the App Store

BuzzFeed News on Friday reported Parler had received a letter from Apple which warned that the app would be removed from the App Store within 24 hours, unless the company submitted a content moderation improvement plan.

Apple's notice read:

> *We have received numerous complaints regarding objectionable content in your Parler service, accusations that the Parler app was used to plan, coordinate, and facilitate the illegal activities in Washington D.C. on January 6, 2021 that led (among other things) to loss of life, numerous injuries, and the destruction of property. The app also appears to continue to be used to plan and facilitate yet further illegal and dangerous activities.*

(TechCrunch additionally confirmed BuzzFeed's reporting.)

Parler CEO John Matze posted about Apple's ultimatum to his own Parler account, saying he would not cave to "those authoritarians who hate free speech." Earlier today, it was noted that the service reportedly removed a post from Trump associate Lin Wood over calls for violence against Vice President, Mike Pence.

**App. 1389**

Parler jumps to No. 1 on App Store after Facebook and Twitter ban Trump

Ahead of its removal, Parler had ranked No. 1 in News on the iPhone App Store and No. 13 Overall, according to data from App Annie. On Friday, it was ranking as high as No. 1, at times, on the iPhone's Top Charts of free non-game apps, though final data was not available.

**Image Credits:** App Annie

Currently, the app is hosted by Amazon Web Services (AWS), but it appears to be in violation of the AWS Acceptable Use Policy which could serve as grounds for its removal.

The collective action of tech company employees is playing a key role in some of the decisions being made regarding Trump and his supporters' access to platforms to communicate and organize in the days following the Capitol riots. According to The Washington Post, for example, over 350 Twitter employees signed a letter urging CEO Jack Dorsey and other execs to permanently suspend Trump's account before the company followed through.

The deplatforming of President Trump

Trump has now lost his ability to post to Facebook, Twitter, Snapchat, and Twitch, to name a few. Meanwhile, Parler's removal from both app stores will limit the reach of the more radical and violent Trump supporter movement to some extent, forcing them to more obscure corners of the web. However, many argue these measures have come too late, as the damage to not only Capitol, but to the nation's psyche as whole, has already been done.

We have reached out to Parler for additional comment.

Parler reportedly removed posts by Trump affiliate Lin Wood calling for execution of VP Mike Pence

**App. 1390**



# POLITICO

Refinance Calculator

CURRENT RATES

## 1.99%

Rate

Terms & Conditions apply. NMLS#1136

**TECHNOLOGY**

## Snapchat stokes GOP ire for refusing to promote Trump's account

The decision may be one of the strongest stances yet from a social media company on how to handle incendiary remarks from the president.



The Snapchat app is shown on a mobile device. | Richard Drew, File/AP Photo

By **CRISTIANO LIMA** and **STEVEN OVERLY**
06/03/2020 01:44 PM EDT
Updated: 06/03/2020 08:18 PM EDT

   

Snapchat drew a wave of repudiations from top Republicans but praise from Democrat Joe Biden after becoming the latest social media platform to penalize President Donald Trump for threatening violence against protesters.

The multimedia messaging company's decision to stop promoting Trump's account to other users instantly pulled the app's parent company, Snap, deeper into the Washington political-speech fight that has mainly focused on its peers.

Advertisement

Snap said it was reacting to threatening statements the president has made on other platforms, such as Twitter, not on Snapchat itself. And that made its action particularly troublesome, said one prominent Trump ally, Sen. Ted Cruz (R-Texas).

**App. 1392**

"At this point, it is no surprise to anyone that Big Tech doesn't believe in free speech and will happily censor views with which they disagree. But this move is extraordinary even when measured by that low bar," Cruz, a frequent critic of the tech industry, told POLITICO in a statement. "Snapchat is explicitly censoring admittedly unobjectionable speech as punishment for completely unrelated speech off of Snapchat's platform."

The Trump campaign, which has railed against Twitter and at Silicon Valley more broadly over accusations they stifle conservative viewpoints, accused Snapchat and its leaders of "trying to rig the 2020 election, illegally using their corporate funding to promote Joe Biden and suppress President Trump."



**WHITE HOUSE**

**Trump's Twitter war aims to unite divided conservatives**

BY **TINA NGUYEN**

"Radical Snapchat CEO Evan Spiegel would rather promote extreme left riot videos and encourage their users to destroy America than share the positive words of unity, justice, and law and order from our President," Trump campaign manager Brad Parscale said in a statement.

Biden, in contrast, appeared to voice support for Snapchat's decision — and take a dig at Trump — in a video posted on the platform Wednesday.

"I just wanted to tell you I'm proud to be able to run for president and still be on Snapchat," the presumptive Democratic nominee said.

AD

**App. 1393**

Snapchat stokes Looch after refusing to promote Trump's account - Politico

Twitter's decisions last week to slap fact-checking notices and warning labels on some of Trump's tweets prompted the president to call for regulators and Congress to roll back legal protections for online businesses. It also became the latest occasion for Trump and other Republicans to accuse the dominant social media platforms of pervasive bias against conservatives, despite a lack of evidence that such a pattern exists.

Trump last week signed an executive order that tasks federal regulators with taking a hard look at whether online companies' liability protections should be narrowed, dramatically escalating his feud with Silicon Valley. The president singled out Twitter, Facebook and other social media companies in the order, but did not mention Snapchat.



Snap said in a statement Wednesday that it took the action against Trump's account in an effort to "not amplify voices who incite racial violence and injustice by giving them free promotion." The move applies to Snap's "Discover" feature, a curated section of the app that allows people to find the accounts of celebrities, news organizations and other prominent users.

"Racial violence and injustice have no place in our society and we stand together with all who seek peace, love, equality, and justice in America," the company continued.

No other platform has taken action based on Trump's rhetoric elsewhere online. Twitter labeled one of his tweets as "glorifying violence" for containing the phrase "when the looting starts, the shooting starts," and before that it placed fact-checking notices on two of his tweets alleging widespread fraud in mail-in voting. Facebook, in contrast, has declined to take any action on the same words posted to its platform.

AD

Twitter has since faced withering criticism from Trump and his allies, while Republicans have applauded Facebook's decision to stand down on the president's posts.

Snap made its decision after a tweet on Saturday in which the president remarked, in part, that any demonstrators who intruded onto the White House grounds would be "greeted with the most vicious dogs and ominous weapons, I have ever seen."

Spiegel, the CEO of parent-company Snap, wrote in a blog post the following day that the company "simply cannot promote accounts in America that are linked to people who incite racial violence, whether they do so on or off our platform." The New York Times first reported Snap's decision.

**App. 1395**

The move prompted blowback from Trump's allies on Capitol Hill, who have accused social media companies of taking editorial stances in their decisions about whether to act against posts by the president and his supporters.



Sen. Marsha Blackburn. | Greg Nash-Pool/Getty Images

"Taking President Trump off the Snap Discover page is a decision rooted in partisanship," said Sen. Marsha Blackburn (R-Tenn.), another prominent GOP tech critic. "Snap should spend less time targeting our Commander in Chief and more time taking down drug dealers and child predators on its platform."

But free speech experts said Wednesday the company has the right under the Constitution to refuse to promote Trump's account.

"This is well within Snapchat's right to make a decision about how it's going to moderate speech on its platform," said Katie Fallow, a senior staff attorney at the Knight First Amendment Institute. "There's certainly no First Amendment violation because the First Amendment only applies to actions by the government, not by private companies."

**App. 1396**

Last Friday, the Founder and President of Live Action, Lila Rose, announced on Twitter that social networking platform TikTok had taken action to permanently ban Live Action.

The Chinese owned and controlled video sharing network claimed that Live Action's content, one post in particular, had violated TikTok's established "community guidelines."

What sticks out in TikTok's community guidelines is the "hate speech" provision.

## Hate speech

We do not tolerate content that attacks or incites violence against an individual or a group of individuals on the basis of protected attributes. We do not allow content that includes hate speech, and we remove it from our platform. We also suspend or ban accounts that have multiple hate speech violations.

### Attacks on protected groups

We define hate speech as content that does or intends to attack, threaten, incite violence against, or dehumanize an individual or a group of individuals on the basis of protected attributes. We also do not allow content that verbally or physically threatens violence or depicts harm to an individual or a group based on any of the following protected attributes:

- Race
- Ethnicity
- National origin
- Religion
- Caste
- Sexual orientation
- Sex
- Gender
- Gender identity
- Serious disease or disability
- Immigration status

[https://www.yaf.org/wp-content/uploads/2020/02/Screen-Shot-2020-02-07-at-11.42.45-PM.png]

None of Live Action's pro-life content runs counter to TikTok's stated guidelines. It is leftist policy designed to snub conservatives in the digital media sphere, with subjective and vague

App. 1397

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 60 of 203

standards.

Live Action's content is not alone in being targeted by TikTok. The platform has faced several allegations that conservative content, as well as content critical of Mainland China in the conflict with Hong Kong, has been punished in the TikTok algorithm, or removed altogether.

Young America's Foundation has experienced its own fair share of unprecedented and often unexplained censorship.



**Your video appeal result**: We've reviewed your content and determined it violates our community guidelines, and so have not reinstated it. No further action on your part is necessary. 12w



System Notification: A video you posted on 2019-11-05 12:14 has been removed for violating our Community Guidelines. Please observe these guidelines to help us maintain a safe, respectful TikTok community. 12w

[https://www.yaf.org/wp-content/uploads/2020/02/Screen-Shot-2020-02-07-at-11.46.23-PM.png]

    

[https://www.yaf.org/wp-content/uploads/2020/02/Screen-Shot-2020-02-07-at-11.46.30-PM.png]

TikTok claimed that one video was in violation of their community guidelines. The video in question asked climate alarmist demonstrators [https://www.youtube.com/watch?v=BIn6WvZcrw4] whether they thought that climate change or ISIS was a greater personal threat to them. Without fail, the students feared for their safety from the climate over a terrorist organization.

YAF followed up and appealed the claim against the video, yet the appeal was denied without any specification what or where TikTok argued that facet of the community guidelines was violated.

**App. 1399**

Just two weeks later, TikTok targeted another YAF video [https://www.youtube.com/watch?v=_X2-96gt9MI] —this time without any explanation, notification, or appeal process. This video depicted a deranged leftist protestor at Binghamton University in New York justifying mob-like behavior on the basis that the conservative students whom they were protesting were white.

Anyone with common sense who watched this short clip would know that it carries a profoundly ANTI-racist message, where YAF affirms the principle that all men and women are created equal, and firmly rejects the Left's racist intersectional identity politics.

After Live Action was permanently banned from TikTok, YAF made sure that pro-life voices would still be heard on the platform, by sharing a clip [https://www.youtube.com/watch?v=f66gLxD1zws] of Live Action founder and president Lila Rose speaking at YAF's 41st annual National Conservative Student Conference.

YAF stands with Live Action against censorship of conservative views and for more speech, not less. It's time for TikTok to inject some transparency into their community guidelines and allow conservative ideas to have a fair hearing.

Thankfully, the outpouring of support from conservative organizations who stood with Live Action against TikTok's censorious actions seemed to have scared the platform into reinstating Live Action on the platform, which now claims the ban was an accident caused by "human error."

Forgive us for not taking TikTok's word on this one.

Follow YAF on TikTok: @yaf_

Follow Live Action on TikTok: @liveactionorg

---

*Kevin McMahon is a program assistant for Young America's Foundation.*

    

**App. 1400**



**SOCIAL MEDIA**

## Dark Money Influencers Are Placing Political Ads on TikTok, Mozilla Says

Sarah Favot  -  05:35 PM | June 03, 2021

When TikTok proudly announced in 2019 that it would ban political advertisements on its platform, the social networking service was met with widespread praise. At a time when Facebook, Twitter, and Instagram refused to take a stand against political powers, many praised TikTok's commitment to neutrality.

Yet two years later, it's clear TikTok has succumbed to those forces as well: A report published Thursday by Mozilla suggests that misleading political ads and "dark money" have seeped onto the app.

A team of Mozilla researchers found that TikTok influencers in the U.S. are "being paid by political organizations to post content espousing their views," and that not all of these posts are disclosed as paid partnerships.

The report, titled "Th€se Are Not Po£itical Ad$: How Partisan Influencers Are Evading TikTok's [...]ok with lax oversight and policies that contain loopholes that



Platinum Partner

[...]l enforce its rule that creators must disclose paid [...]or does the platform proactively label sponsored posts as

In response to the Mozilla report, TikTok released a statement on Thursday saying, "Political advertising is not allowed on TikTok, and we continue to invest in people and technology to consistently enforce this policy and build tools for creators on our platform. As we evolve, [...]

App. 1401



☰   **NEWS**

**BIG TECH**

**EVENTS   PODCASTS   NEWSLETTER   ABOUT**   🔍

promote transparency, accountability and creativity.


TikTok Political Ads
*Image courtesy of Mozilla*

The use of political ads on social media drew attention following the 2016 presidential election when it was revealed that **Russia weaponized social platforms by spreading misinformation** in an attempt to influence the election. Facebook banned political ads after the 2020 election "to avoid confusion or abuse following Election Day," but **lifted the ban in March**.

TikTok, however, said in 2019 that political advertising did not fit the app's "light-hearted and irreverent" experience. The Mozilla report suggests that TikTok has not only failed in this promise, but has eschewed the transparency mechanisms in place that other platforms have adopted in the wake of the attention on the dangers of political ads.

Mozilla found that several right-wing TikTok influencers appear to be funded by Turning Point USA, a tax-exempt nonprofit which has a dedicated influencer program intended to fund conservative content creators on social media.

The report points to **one post** by a TikTok user with 67,000 followers that appears to have been recorded at a Turning Point USA conference. The post features the hashtags #tpusa and #trump2020, and includes images of people in red Make America Great Again hats and holding Trump flags. It does not include a hashtag that indicates it is sponsored content.

*Image courtesy of Mozilla*

On the other end of the political spectrum, Mozilla pointed to **a report by Reuters** that found influencers were paid by a progressive PAC, The 99 Problems, to create pro-Biden TikTok posts without disclaimers.

**Platinum Partner**



• ● •

TikTok doesn't enforce its rule that creators must disclose paid label sponsored posts, saying it "doesn't seem to monitor rogramming Interface to see the metadata associated with unded hashtag challenges were marked as advertising in the used the hashtag #ad or #sponsored were not.

Like other social media services, the Federal Trade Commission requires advertising disclosures for social media influencers by using the hashtag #ad. Mozilla says other platforms are better at



NEWS

BIG TECH

EVENTS    PODCASTS    NEWSLETTER    ABOUT

has a tool creators can use to mark their content as branded. (TikTok also differs from other social media platforms in that it doesn't have a publicly-searchable database of advertising data.)

"Of course, it's hard to know exactly how self-disclosure ad policies are being enforced across platforms but TikTok is significantly far behind Instagram and YouTube when it comes to providing tools and enacting clear, strict, and transparent policies," the Mozilla researchers wrote in the report.

The Mozilla researchers made recommendations to TikTok to address these issues it uncovered, such as developing mechanisms for creators to disclose paid partnerships, introducing an ad database that includes paid partnerships, and updating its policies and enforcement processes on political advertisements to ensure they address all ways that paid political influence occurs on the platform.

### More on dot.LA

[Facebook Fails to Stop Spanish-Language Misinformation - dot.LA ›](#)

[TikTok Under Scrutiny From Child Privacy Advocates - dot.LA ›](#)

[TikTok a 'Direct Threat' to US Security, Justice Dept. Says - dot.LA ›](#)

#### Related links

[How TikTok got political ›](#)

[TikTok explains its ban on political advertising | TechCrunch ›](#)

[Understanding our policies around paid ads | TikTok Newsroom ›](#)

TikTok    mozilla    Influencer Economy    Social Media

**About the author(s):**

Platinum Partner



djunct instructor at USC's Annenberg School for Communication and Journalism. ta reporter at national education news site The 74 and local news site LA School ws. She was a Livingston Award finalist in 2011 and holds a Master's degree in niversity of Windsor in Ontario, Canada.



App. 1403

 

READER

# Conservative Teens On TikTok Are Going Through Some Growing Pains

TikTok has given pro-Trump teens a platform to make memes — and get attention. But what happens when the news isn't funny anymore?

**By Scaachi Koul**
Posted on July 1, 2020, at 11:30 a.m. ET



*BuzzFeed News; Alamy*

**At first glance,** Elicia Drew's TikTok account looks like standard teenage girl fare. The 18-year-old is tall with straight brown hair, and

1.4 million likes. About half of her TikToks are of her dancing and lip-synching, as is now customary for the platform. In one popular video, she does the "Cannibal" dance; in another, she and a friend do the ZaeHD and CEO "Cookie Shop" dance challenge together — pretty benign, uncontroversial content. But then there are her other videos.

In a TikTok from February, Drew wraps herself in a giant Trump 2020 flag, lip-synching the president's words: "If you hate our country, if you're not happy here, you can leave." In another, also from February, she mouths the title lyrics to Lizzo's "Exactly How I Feel" as she points to the text overlaid on the video: "2 genders," "any race can be racist," "stop antagonizing straight white men." (I do not know how Lizzo would feel about her music appearing in this video, but I have a few guesses.)

Amid the dance routines and the Vine-indebted comedy on TikTok are a sizable number of conservative TikToks made by teens like Drew. In this TikTok universe, teens confess their love for Donald Trump, post dance videos about how "abortion is murder," and compare injecting cows with hormones to gender-affirming hormone therapy. Tagged with hashtags like #MAGA or #Trump2020, these videos are both outreach tools and entertainment. They use the popular memes of the moment to make a case for electing Trump to a second term and to generally remind (or convince) liberals of their own shortsighted stupidity.

## In this TikTok universe, teens post dance videos about how "abortion is murder."

"In terms of youth political expression, while there's a dynamic and influential liberal activist community on TikTok, there's actually plenty of conservative political expression, and pro-Trump voices definitely find an audience on the platform," Ioana Literat, assistant



TikTok teens to sustain more than a few group chats — some on Instagram, others on Snapchat. One is called "Super Secret Conservative Groupchat," where members discuss current events, the greatness of the president, and who else on TikTok they might want to invite into their chat. They also discuss people like me. Back in February, when I initially DM'd and emailed interview requests to a few of the group chat's members, they talked it out among themselves first.

"I sent this to the group chat and they were like, 'Lance, I don't know if you should do it,'" Lance Johnston, an 18-year-old high school senior living in Sherman, Texas, who now has more than 106,000 TikTok followers, told me in a phone interview in February. He seemed OK making an exception, saying, "I trust you. I think you'll be fine."

In addition to these chats, there's the Republican Hype House, a group account maintained by and featuring a collective of conservative TikTok users, similar to the Hype House that hosts semi-famous TikTok stars like Charli D'Amelio and Addison Rae. The Republican Hype House doesn't have a corresponding physical location, unlike its namesake — but it certainly is influential, with nearly 700,000 followers.

Nick Lowenberg, a 17-year-old who goes by @nickvideos on TikTok, was one of the founding members of the Republican Hype House, though he's no longer affiliated. His own account has just more than 333,000 followers (a number that has dipped quite a bit in the last few weeks), and more than 16 million likes. In late 2019 and for the first few months of 2020, he regularly posted videos of himself mugging for the camera, mocking liberals, and showing off his bedroom adorned with Trump memorabilia. Lowenberg spent most of his final year of high school spreading the Trump gospel.

supports Trump and "will no longer be making political content on [his] TikTok"; many of his old videos have been deleted. "He's just an idiot," he said about Trump in a TikTok last week. "Guys. Come on. Trump just ain't it."

He has criticized Trump's business acumen, his divisive rhetoric, and called conservatives "hypocrites" (while also reassuring his viewers he

BuzzFeed News   Conservative Teens On TikTok Are Going Through Some Gr

is one of the most-followed Republican boosters on TikTok, who once referred to himself in his account bio as the "CEO of Politics."

"The political community on TikTok is just so toxic," Lowenberg told me last week. "I want to get away from that."

The first interviews for this story were done in a very different version of the world — before Joe Biden effectively won the Democratic primary, before the coronavirus pandemic devastated the US, and before Black Lives Matter protests made a powerful resurgence around the country and throughout the world. In that time, a few of the pro-Trump teens I spoke to, like Lowenberg, have also taken a step back from posting political content on TikTok altogether.

It's hard to give wry political commentary on news that is fundamentally depressing. And perhaps it's harder than it was a few months ago to score points and make cool friends online by supporting a president who seems unconcerned by the deaths of Black people in police custody, or the more than 127,000 Americans who have died of COVID-19. So we don't necessarily know how much any teenager's cooling enthusiasm for making pro-Trump, own-the-libs TikToks reflects a true shift in their opinions as much as it is demonstrative of a confused young person reacting to an audience who suddenly isn't laughing at their jokes.

As Johnston told me when I spoke to him in February, "Who's gonna wanna be on your side if you're not having fun?"

---

**The last few years** have seemingly been a watershed moment for young people becoming politically involved — or rather, young people have effectively harnessed the internet to amplify their voices and ideas, and forced old people to recognize how politically aware and



moment is that, in addition to protesting in old-fashioned ways, a large number of them are using memes and thirst videos to get their messages to the masses.

Before the last few months of global turmoil, TikTok wasn't known for its political discourse, at least not in the way that Twitter or Facebook are. TikTok is, in many ways, an expected response to the death of Vine: It features funny, short, digestible videos, where the medium is also the message. But the Black Lives Matter protests and COVID-19 have given ample material to Gen Z kids on TikTok, often to criticize Republicans. Teenagers on TikTok post about how capitalism is inherently broken, ICE, Elijah McClain, and their ideological opposition to Trump.

## "Who's gonna wanna be on your side if you're not having fun?"

But while teens like Greta Thunberg and Emma González are asking for radical change in how we tackle things like climate change and gun control, Lance Johnston and Elicia Drew think the status quo is just fine. The conservative TikTok teens I talked to first joined the app to follow their friends. Johnston made a TikTok about being Christian that went semi-viral, which prompted him to make more political content. (That said, he hasn't made a staunchly conservative TikTok since June 11.)

"You see a lot of people say, 'Oh, don't bring politics to TikTok,'" Drew told me in February. "But what apps are most young, impressionable people on nowadays? Where is the biggest platform to reach out to especially younger people, but I mean, people of all ages? And it's TikTok."

Most of these teens range from 15 to 18, and the November 2020



TikTok are absolutely pumped to cast their first ballot, and they're working hard to convince their online peers to be more politically engaged. "Most of the people at my school don't know anything about politics," said Johnston. "I think by me doing this on TikTok, it's really opening their eyes to see *Oh, politics looks kind of fun; politics can be cool*. I want them to think for themselves, but if I can influence and say, 'Here's my side of things,' that's what we're really trying to do on TikTok."

Kiah King, an 18-year-old high school senior living in Michigan, originally had an account on Musical.ly, the lip-synching app that later became TikTok. "I started getting a lot of political videos into my feed and so I was like, I support Trump and I'm not afraid to show it, so why not post about it?" King told me in February. "And all of a sudden I'm just, like, going through my phone, and it's just blowing up out of nowhere and I was like, holy crap, maybe I could make something out of this."

These teens' political beliefs are pretty typical of modern Republicans. Most of them claim to be just fine with marriage for same-sex couples, but their own statements <u>and videos</u> express a clear anxiety about trans people. "I don't personally feel safe with a transgender using the women's bathroom," King told me in February. "There are creepy men out there who will dress up as women and go into bathrooms. This world has changed so much."

## These teens are determined to show that being a hard-right Republican isn't just for boomers.

Many of them say they believe in an unregulated economy and think healthcare for all is an expensive, unrealistic, socialist program that will bankrupt the country. They are generally against abortion. They think (or in some cases, used to think) Trump is the greatest president



might hear on Fox News. But the kids on TikTok are less fire and brimstone and more good lighting and clever editing, a smart way to repackage beliefs that have been cornerstones of the Republican ideology for decades.

These teens are determined to show that being a hard-right Republican isn't just for boomers. "I think there's a whole, like, you know, 'Let's let the boomers die off because they're all conservative,'" Drew said in February. "It's just surprising that a party that people think is dying off is still strong and alive today."

It makes sense that conservative Gen Z teens, who have grown up online with dark humor, would love Trump — a president whom history, at best, might remember as a mudslinger who said whatever he wanted. (At worst, he will be remembered as a racist, a sexist, and an alleged abuser.) Though he's 74, Trump has a way of communicating that is perfectly suited to the contemporary internet — full of owns and trolling.

"Trump makes it fun," Johnston said. "He's like America's dad. He doesn't care what anyone says, and he roasts people. Trump is the only one who really posts memes and goes at it from that angle, and a lot of people love that because they're like, 'Trump's a savage. He's hilarious. I love him.'"

The tone in these teens' TikToks often resonates on the same frequency: They're sometimes harsh and sneering, but often funny. "What I see is funny videos appeal more to the left and to the right," Johnston said. "It can change your viewpoint."

These teens started making TikToks because they sincerely wanted to get Trump elected to a second term — and maybe, in that pursuit, make liberals upset. A few of them might even want to become a voice

America right now," Johnston said in February. "It's like, wait, why are

they trying to stop Trump if he's trying to make [America] great? Do they not like America or something?"

---

**When we initially spoke** in February, most of the teens said they had little conflict in their day-to-day life due to their politics. They mostly live in states that Trump won in 2016 — Florida, Texas, Michigan — and are being raised in conservative Christian families. "I have a lot of liberal friends at school, and we'll talk — but me and them, we always tend to find common ground," Drew said. "If you actually have a conversation with me, you'll realize I'm a very understanding and rational person."

But as with a lot of political discourse on the internet, what teens say in these videos is a lot harsher than what they might say when being interviewed over the phone after a long school day — and that, in turn, can draw heated responses. One functionality of TikTok that's markedly different from Instagram or Twitter is the "duet" feature, which lets you appear right next to someone else's video. Users typically sing or lip-synch with someone else, react to a prank video, or just stare emotionlessly at the camera while something bonkers happens on the split screen. In Digital Trump Country, the teens use this function to debate their liberal and socialist peers.

That duet function in particular has, according to King, forced her to take a break from posting pro-Trump videos in the last few months. Her most recent TikTok is from June 28th, about her boyfriend's glow-up; before that, she hadn't posted since late April. A video she posted at the end of March, however, ended up being duetted by someone else (the duet has since been deleted), and elicited a flood of comments on her TikTok and Instagram pages. In the video, she lip-synchs with Trump insisting it's not racist to call COVID-19 "the Chinese virus."



"All these people were commenting, like, 'racist pig' and a bunch of stuff like that," King told me when I spoke to her again in June. "They were telling me to kill myself; they were calling me orange, 'just like Trump,' saying, 'of course she's white.' Just nasty things." King has since made her account private.

The toxicity of political TikTok has overwhelmed King, so much so

Conservative Teens On TikTok Are Going Through Some Gr

"great" job handling the coronavirus outbreak. She's also upset with the "thugs" causing riots at Black Lives Matter protests. Her avatar is currently a fist made up of different skin tones, a nod to the All Lives Matter maxim.

## "I'm a young kid," he said. "I'm still learning. I'm not set in my ways."

King is not the only TikToker second-guessing their political posts. In the last few months, Lowenberg's affection for Trump's antics has waned; he's become vocal on TikTok about no longer supporting him. After seeing his anti-Trump videos, I spoke to him again last week. Although he has walked back his previously full-throated support of Donald Trump, he's still conservative. He refers to himself as a Libertarian. The proverbial final straw was Trump's response to the coronavirus outbreak.

"I live in Houston," Lowenberg said. "Our mayor, Sylvester Turner, he said that we're being forced to shut down four of our testing locations because of the funding that Trump withdrew." This is somewhat ironic since earlier this month, he rented a house near Houston with 17 other TikTokers — in the middle of COVID's second wave — where they all hung out together making content. Johnston was also there. Lowenberg said he is not worried about getting sick with the coronavirus.

Otherwise, his ideologies remain the same as before — he still opposes abortion, doesn't think white privilege exists, and is opposed to too much government intervention. But despite all the government regulation that Lowenberg *does* want, including a vetting process for allowing immigrants into the country and more federal funding for COVID testing centers, his biggest issue with Trump as of late is his governmental interference. "I like the free market," he told me last



In a month, Lowenberg will turn 18. And this November, he will vote
for the first time. Even though he's pissing off his TikTok base —
including Johnston, who left a comment on one of Lowenberg's no-
more-Trump videos, saying, "Not a vibe" — he will still be voting for
Trump, though with far less enthusiasm.

"Biden would cause more collateral damage," he said. But maybe
there's a future where Lowenberg will be even more liberal than he is
now, a future he concedes is possible. "I'm a young kid," he said. "I'm
still learning. I'm not set in my ways."

---

**COVID-19 and the Black Lives Matter protests** seem like two
unavoidable topics that are forcing the hands of more than a few
prolific pro-Trump TikTokers. For teens like Lowenberg, Trump's
failure to adequately respond to the coronavirus crisis has made him
impossible to defend so vocally. And weeks of nationwide protests
have turned a statement like "Black lives matter" from something
perceived as a peripheral ideology to something nearly every company
has posted to their corporate Instagram account. Systemic problems
like racism, police brutality, and a broken healthcare system aren't
new to anyone who grew up in the United States, but they have been
magnified in the past few months to a degree most people didn't
anticipate.

There's been very little actual commentary or defense of Trump on
any of these topics from these teenagers. They're all mostly memeing
the same Trump comment on the "Chinese virus" because, according
to King, it's "funny." Drew, though still clearly conservative, has also
eased up on overtly pro-Trump content in the last few months, and
has posted nothing about Black Lives Matter. Mostly, she wants to
remind you that, while she may be a Trump supporter, she's cute.

But it seems like some of the proverbial "haters" have gotten to these kids. In the beginning of April, Drew posted a TikTok defending Lowenberg, who was apparently being doxed and harassed on the app. "You have every right to have our opinion. So do I," she said. "You guys took this way too fucking far. I hope you're happy with what you did. This is embarrassing for you guys." Drew has since ceased contact with me since we spoke in February. Johnston, too, has posted less and less political content on his TikTok, with the exception of mocking the quarantine. He hasn't said anything about BLM either. He has also

**BuzzFeed News**   Conservative Teens On TikTok Are Going Through Some Gr

# They don't have a clear, easily articulated opinion on what's happening in the news right now.

It's clear these young adults don't agree with the protests, nor do they like that they have to stay home because of the coronavirus. But it also seems like they don't really know how to communicate these feelings effectively. Unlike their anti-abortion videos or their vague screeds against Sen. Bernie Sanders, they don't have a clear, easily articulated opinion on what's happening in the news right now.

"I think that all of the 'Lives Matter' organizations are just kind of regressive," Lowenberg told me last week. "Black people definitely have it worse when it comes to, like, not necessarily getting killed by the police, but when it comes to getting arrested, being beat by the police, they definitely have it worse." This is a clunky ideology; Lowenberg believes Black people "have it worse," but when I asked if he thought Black people are disproportionately targeted by police more so than white people are, he gave an unequivocal no.

How do you even make a video about this? How do you articulate your own nuance or work through deeply complicated realities if your brand is built on aggressive and gleeful support of a fundamentally and thoroughly unsubtle president? And while Lowenberg believes federal funding to ensure coronavirus testing is important, he *still* went on a trip to hang out in a house with a bunch of people he hadn't met before — including some who, as Johnston put it, "don't agree on political stuff" — while COVID-19 cases in Texas skyrocketed. These contradictions are typical for a young person still sorting through their politics, but confusion and nuance don't necessarily make for viral content.

## Confusion and nuance don't necessarily make



A clear, core trait of Trump's that so many of these teens like is that he's a troll, and he makes his base laugh. "I thought it was so funny the way he was talking to the reporter," King told me last week in reference to the "Chinese virus" meme that conservative TikTokers keep replicating. But the teens know that people dying from the coronavirus is *bad*, and that people being killed by the police is *bad* — not fun, or funny, or cute — which makes it hard to troll people about this stuff and maintain a conscience. No matter where you are on the political spectrum, it's not clever to laugh at human suffering, whatever form it takes. So what do you do when the gag stops being funny?

There are still plenty of teens making pro-Trump, conservative, Democrat-mocking, media-hating TikToks (many of which aren't funny and aren't trying to be). As Lowenberg's @nickvideos account becomes more and more dedicated to explaining why he's not a Trump supporter (and videos of his car), Johnston seems poised and ready to take the crown: He left a few comments on his videos, gently chastising him for criticizing the president, and he also duetted this video of another TikToker calling Lowenberg "a clown" and praising Johnston.

But for now, Lowenberg at least seems to have learned an important life lesson: The guy who makes you laugh might not be the guy you want in a crisis. "You know, [Trump's] really funny. And I'll admit that I really like that, you know, like, when the country's doing good, you can be funny," he told me. "But right now, we don't need a comedian." ●



Scaachi Koul is a senior culture writer for BuzzFeed News and is based in New York.

Contact Scaachi Koul at scaachi.koul@buzzfeed.com.

Got a confidential tip? Submit it here.

FINCEN FILES

App. 1418

Search

- More
  - Channels
    - Video
    - Entertainment
    - Culture
    - Tech
    - Science
    - Social Good
    - AMPLIFY
  - Company
    - Masthead
    - Licensing & Reprints
    - Archive
    - Mashable Careers
  - Contact
    - Contact Us
    - Submit News
    - Mashable Shop
  - Advertise
    - Advertise
    - AdChoices
  - Legal
    - Privacy Policy
    - Terms of Use
    - Cookie Policy
    - Accessibility Statement
    - Do Not Sell My Personal Information
  - Resources
    - Travel
    - Security
    - How To
    - Mashable Deals
    - Gift Guides
  - Sites
    - Job Board
    - Social Good Summit
  - International
    - Mashable Australia
    - Mashable Benelux
    - Mashable India
    - Mashable Italia
    - Mashable ME
    - Mashable Pakistan
    - Mashable SE Asia
    - Mashable UK



Share on Facebook Share on Twitter

# Discord bans Reddit-linked pro-Trump server tied to attack on the U.S. Capitol

Discord bans pro-Trump server, citing links to armed insurrection



Locking the barn door.

*IMAGE: BILL O'LEARY / GETTY*

Following the Jan. 6 storming of the U.S. Capitol building by pro-Trump extremists, an action which led to five deaths, Reddit banned the r/DonaldTrump subreddit for "inciting violence." Thedonald.win, itself an offshoot of a previously banned subreddit r/The_Donald, was likewise home to numerous calls for violence.

"While there is no evidence of that server being used to organize the Jan 6 riots, Discord decided to ban the server called TheDonald yesterday due to its overt connection to an online forum used to incite violence, plan an armed insurrection in the United States, and spread harmful misinformation related to 2020 U.S. election fraud," a Discord spokesperson confirmed over email.

This is not the first time Discord has moved to ban rightwing extremists from its platform. In 2017, following the deadly "Unite the Right" rally in Charlottesville, Discord shuttered a server associated with a white supremacist website.

"We have a zero-tolerance policy against hate and violence of any kind on the platform, or the use of Discord to support or organize around violent extremism," added the Discord spokesperson.

Members of thedonald.win did not take the ban well, calling Discord "pedos" and saying "these CEOs need to be dragged out into the street."



hollow_fang 1 point 17 hours ago +1 / -0
They're pedos themselves. Why would they go after their own?
permalink parent save report block reply

Katarina_Reset 3 points 17 hours ago +3 / -0
These CEOs need to be dragged out into the street!!!
permalink save report block reply

*IMAGE: SCREENSHOT / THEDONALD*

Notably, as of the time of this writing, there are active discussions on thedonald.win about committing violence against politicians: "hunt these corrupt politicians that stole this election like stalking deer, a few shots from long range and then vanish. Then plan for the next one and repeat, see who can get the high score."

**SEE ALSO: Reddit just banned r/DonaldTrump for 'inciting violence'**

With this in mind, it's no wonder that Discord finally washed its hands of the entire thing.

One has to wonder what took it so long.

**TOPICS:** BIG-TECH-COMPANIES, DISCORD, DONALD TRUMP, 2020 U.S. PRESIDENTIAL ELECTION, REDDIT, TECH

Search

SUBMIT

**SEO**

# Google says it's not deliberately filtering "Crooked Hillary" suggested search to favor Clinton

Google offers an autocomplete suggestion of "Lying Ted" for "lying" but fails to do something similar for Clinton, raising questions.

Danny Sullivan on June 4, 2016 at 2:00 am



Type "lying" into Google, and it will suggest "Lying Ted," the moniker US Republican presidential candidate Donald

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

App. 1421

It's not because Google has done anything deliberate to favor Clinton, either through automated or manual means, the company told Search Engine Land. It sent this statement:

> Autocomplete predictions are produced based on a number of factors including the popularity of search terms. Our systems are periodically updated to improve Search, and our users' search activity varies, so the terms that appear in Autocomplete may change over time.
>
> Additionally, our systems automatically filter a small set of offensive or inappropriate content from autocomplete predictions.
>
> There is no difference between how our removal filters operate among candidates.

In short, if Google's systems are filtering out the "Crooked Hillary" suggestion, it's not because Google is trying to favor Hillary Clinton. Beyond that, the company isn't going into more detail about why the change is happening.

The company notes that when searches are done for the full names of candidates, such as "Lying Ted Cruz" or "Crooked Hillary Clinton," no suggestions at all appear — a sign of how both are being equally treated when their full and unambiguous names are involved.

## Why is it happening?

So what is going on to cause this? That's what I was trying to figure out when I first posted this story at 6:15 p.m. ET on June 3. At that time, Google had only provided an ambiguous statement without a denial that said:

> Autocomplete predictions are produced based on a number of factors including the popularity of search terms. Our systems are periodically updated to improve Search, and our users' search activity varies, so the terms that appear in Autocomplete may change over time.

With that effective non-answer, my original headline was "Google has no good explanation for why 'Crooked Hillary' isn't a suggested search" and the original story dived into trying to figure out what was happening. That original exploration is below, my analysis of the weirdness in the situation.

## Google autocomplete & the Trump insults

Vice's Motherboard site has a good article on the situation, which was initially raised on a Reddit thread where many suspect a Google conspiracy.

As I told Motherboard, it was certainly weird to me. My initial thought was that perhaps because "Lying Ted" had been out there longer, it had more time to attract enough searches that, in turn, caused it to become a suggested search.

That's how Google's autocomplete suggestions work: it shows the most popular searches Google is seeing that are related to the words or characters you initially type in.

Here you can see it in action for a search on "lying," which brings up "lying ted" as a suggestion:

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

But for a search on "crooked," you don't get a similar situation for "crooked hillary," as you can see:

Even if you expand the search to "crooked h," you don't get "crooked hillary" as a suggestion but instead the strange "crooked hillary bernie" coming up:



## "Crooked Hillary" as search popular as "Lying Ted"

As it turns out, "Lying Ted" and "Crooked Hillary" are pretty much even in terms of search popularity, according to Google Trends, for this year within the United States. And while "Lying Ted" became popular earlier, at this point, "Crooked Hillary" has been out there long enough that you'd think it would be a suggested term also:

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

Of course, if "Lying Ted" is more popular among all the various lying-related searches than "Crooked Hillary" is among the various crooked-related searches, that might explain the absence of "Crooked Hillary." But once again, Google Trends debunks this possible explanation:



For over a month, "Crooked Hillary" has been more popular than "crooked smile" in the US, yet "crooked smile" appears as the top suggested search, while "crooked hillary" does not. Crooked Hillary is even more popular than "Crooked Hillary Bernie," yet only the latter shows if you do a "crooked h…" search.

## Why Google filters autocomplete

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

App. 1424

Google does use various methods that it doesn't discuss much to filter out some suggestions. What suggestions and for what reasons, it doesn't specify. I asked again about this, twice today, and got no answer.

When I last wrote about autocomplete in detail about five years ago, Google had told me the reasons below might cause a suggestion to be censored either through an automated or human review process:

- Hate or violence-related suggestions

- Personally identifiable information in suggestions

- Porn and adult content-related suggestions

- Legally mandated removals

- Piracy-related suggestions

Since then, Google still hasn't posted any of these reasons to its site. Its help page on autocomplete simply says that some terms might get filtered for "policy reasons," as I've bolded below, without any further detail:

> If no predictions appear for a particular word or topic, it could be that:
>
> - The search term isn't popular.
>
> - The search term is too new. You might need to wait a few days or weeks to see predictions.
>
> - **The search term was mistaken for a policy violation**.

# Then again… Chicken Trump

Shortly after I wrote this story, Tom Bruning noted on Twitter that "Chicken Trump" isn't a suggestion when you type in "chicken" into Google — a label attached to Trump by many on Twitter, after Trump recently declined to debate the other Democratic candidate, Bernie Sanders.

This is true — and all the same weirdness about why "Crooked Hillary" doesn't appear also applies to "Chicken Trump," which works against the anti-Trump conspiracy argument.

Google Trends shows that "Chicken Trump" has been more popular than "Crooked Hillary" on average in the US for the past 90 days:

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

**App. 1425**

Despite this, typing in "chicken" doesn't suggest "Chicken Trump," as you can see:

in

🐦

f

Google Trends also shows that "Chicken Trump" has been about as popular as the top suggestion of "Chicken George" and certainly more than "chicken maison," as shown below:

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

**App. 1426**

What's going on? Chances are, "Chicken George" — a character in "Roots" — has shot to the top of the list based on a very recent spike in popularity as the "Roots" remake has been airing. That's despite the fact that "chicken recipes" and "chicken pox," which are two and three on the list, easily beat "Chicken George" in search popularity. Meanwhile, "chicken maison" is likely showing up for me because of my geographic location near a restaurant of the same name.

As you can see, Google's suggestions aren't simply down to everyone seeing the same list or the most popular thing always being first. It would be so much better if Google were transparent about how it works. But in lieu of that, those who want to believe that Chicken Trump has been filtered out as part of a pro-Trump conspiracy are free to do so.

## Meanwhile, over at Bing

To further complicate matters, let's bring in Google's chief rival, Bing. It also shows suggested searches. There, "Crooked Hillary" is suggested, while "Chicken Trump" is not:



The Clinton suggestion at Bing can be taken as a further sign that Google is somehow working to prevent the same thing from happening. After all, both search engines offer search suggestions largely based on popularity. Then again, the lack of a Trump suggestion could indicate that Bing is somehow favoring Trump. Or… both are a reminder that Bing is an entirely different search engine, so you can't expect it to behave exactly like Google.

## The bigger issue: no favoritism for Clinton in search results

While it's easy to get concerned with Google over this — and it does deserve some criticism, especially when it effectively responded in silence — the bigger issue is whether Google is perhaps slanting search results themselves to favor Clinton. That certainly does not seem to be the case.

Someone who starts to type in "crooked" in hopes of finding information about "Crooked Hillary" is almost certainly

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

**App. 1427**



As with the flap over Facebook Trending Topics, concerns over suggestions are real, but far more important is what people get in the stuff they actually see the most. Are Facebook News Feed content or Google search results being skewed for some political agenda?

This doesn't appear to be happening with Google (nor did it seem the case with Facebook). Still, a weird situation with the suggestions isn't going to help Google's credibility.

**NOTE:** As explained within the story, this has been updated with a new top to reflect Google's effective denial of

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

**App. 1428**

ABOUT THE AUTHOR

**Danny Sullivan**

Danny Sullivan was a journalist and analyst who covered the digital and search marketing space from 1996 through 2017. He was also a cofounder of Third Door Media, which publishes Search Engine Land, Marketing Land, MarTech Today and produces the SMX: Search Marketing Expo and MarTech events. He retired from journalism and Third Door Media in June 2017. You can learn more about him on his personal site & blog He can also be found on Facebook and Twitter.





**ATTEND OUR EVENTS**

Learn actionable search marketing tactics that can help you drive more traffic, leads, and revenue.

June 21-22, 2021: SMX Advanced Europe

August 17, 2021: SMX Convert

November 9-10, 2021: SMX Next

December 14, 2021: SMX Code

On-Demand: SMX

On-Demand: SMX Report

On-Demand: SMX Create

On-Demand: SMX Advanced

Your privacy means the world to us. We share your personal information only when you give us explicit permission to do so, and confirm we have your permission each time. Learn more by viewing our privacy policy.

Ok

App. 1429



# INSIDER

Subscribe

**US MARKETS OPEN**   In the news

 **Dow Jones**
**-1.15%**

 **Nasdaq**
**-0.8%**

▲ **S&P 500**
**-0.95%**

 **TSLA**
**-0.19%**

▲ **FB**
**-1.57%**

▼ **BABA**
**+0.21%**

**HOME**  ›  **SCIENCE**

## Google isn't blocking searches for the 'lab leak' theory as the coronavirus' origin is being investigated, but it prioritizes 'authoritative' results to avoid leading users to misinformation

**Allana Akhtar**   Jun 10, 2021, 7:53 AM



HOMEPAGE                    Subscribe



**The P4 laboratory at the Wuhan Institute of Virology in Wuhan in China's central Hubei province, April 17, 2020.**
HECTOR RETAMAL/AFP via Getty Images

**Google's health lead David Feinberg said the firm aims not to lead people to non-authoritative info.**

**That includes on searches for the "lab leak" theory as the coronavirus' origin is investigated.**

**Biden set a 90-day deadline for intelligence officials to report the likely origin of COVID-19.**

**See more stories on Insider's business page.**

< HOMEPAGE                                                          Subscribe

The head of Google's health division David Feinberg said the company does not auto-complete searches for certain unverified theories to ensure users aren't led "down pathways" to more misinformation.

During the Wall Street Journal's Tech Health conference on June 9, WSJ reporter Jamie Heller said her colleague noticed Google does not autofill searches for "coronavirus lab leak" the way it does for other queries.

**A Google search for 'coronavirus lab leak' does not autofill.** Allana Akhtar/Insider

Feinberg responded by saying Google employs a group of clinicians on its Search team and YouTube team to make sure the tech giant isn't "leading people down pathways that we would find to be not authoritative information."

He added users can find whatever they are looking for using Google — including misinformation — but the tech firm aims to ensure the first thing users see is information coming from the Centers for Disease Control and Prevention, the World

"If you're looking for a conspiracy, you can certainly find it on the internet," Feinberg said during the conference. "We just don't want it to be the first thing that you see."

**Read more:** *Why a top vaccine expert thinks we won't need COVID-19 booster shots for 3 to 5 years*

A Google spokesperson told Insider autofill on search queries depend on a variety of factors, including whether the predicted search is common or trending. Google does not have a blanket ban on autocomplete for all search queries related to the Wuhan lab theory, as "lab leak" predicts "lab leak theory" for some users.

"We do have policies around medical misinformation and our systems will avoid showing predictions that may provide information that could lead to serious or acute physical harm," the spokesperson said over email.

‹ HOMEPAGE                                                                 Subscribe

The World Health Organization reported the virus that causes COVID-19 likely jumped from bats to people through an intermediary animal host, potentially at a wildlife farm in China. But the AP reported the Chinese government had strictly controlled all research into the origins of the new coronavirus as of December 2020.

Some experts, including David Relman, an immunologist from Stanford University School of Medicine, penned a letter pushing back on the WHO's report and requesting more research into the lab leak theory.

President Joe Biden set a 90-day deadline in late May for US intelligence officials to gather evidence into the origins of the deadly virus.





**Sign up for notifications from Insider! Stay up to date with what you want to know.**

**Subscribe to push notifications**

 **HOMEPAGE**                                    Subscribe

**Sign up for the Insider Healthcare newsletter for the latest healthcare news and analysis delivered straight to your inbox.**

App. 1434



# Breitbart Senior Tech Correspondent details Facebook and Google's censorship of conservative news

Posted: July 30, 2020

Updated: 11:32 AM by KUSI Newsroom (https://www.kusi.com/author/kusinewsroom/)



SAN DIEGO (KUSI) – Breitbart News has found that tech giant Google is deliberately working to interfere with the reelection of President Donald Trump.

Breitbart believes that there are several ways Google is interfering in searches specifically related to politics and specifically conservative news.

Search visibility is a key industry measure of how findable a publisher's content is when searched in Google. According to a report done by Breitbart News, Google has suppressed Breitbart's search visibility by 99.7% since 2016.

App. 1435



(https://www.kusi.com/content/uploads/2020/07/Breitbart-google-search-diminishing-chart.png)

This chart shows the visibility of Breitbart News content in the Google search engine.

In the chart above, you can see the first drop in visibility took place very shortly after the 2016 election.

The next in July of 2019, and the third in May of this year.

Breitbart Senior Technology Correspondent, Allum Bokhari, detailed the ways the tech giants are suppressing their content on other conservative voices with KUSI's Paul Rudy on Good Morning San Diego.

Bokhari also explained how the censorship of conservative voices is being done to hurt Donald Trump's re-election support, and help his opponent, Democrat Joe Biden.



Categories: Good Evening San Diego (https://www.kusi.com/category/good-evening-san-diego/), Good Morning San Diego (https://www.kusi.com/category/good-morning-san-diego/), National & International News (https://www.kusi.com/category/national-international-news/)
Tags: Allum Bokhari (https://www.kusi.com/tag/allum-bokhari/), Breitbart (https://www.kusi.com/tag/breitbart/)

*RELATED POSTS:*

**App. 1436**

**Join Extra Crunch**   Login

Search 🔍

TC Sessions: Mobility 2021
Startups
Videos
Audio
Newsletters
Extra Crunch
EC-1s
The TC List
Advertise
Events
More

# Parler removed from Google Play store App Store suspension reportedly looms

**Lucas Matney**

@lucasmtny  /  7:05 PM CST • January 8, 2021



📷 **Image Credits:** Drew Angerer/Getty Images / Getty Images

Shortly after Twitter announced Friday afternoon that they were permanently suspending the Trump, Google shared that they were removing Parler, a conservative social media app, fror immediately, saying in a statement that they were suspending the app until the developers c and enforcement policy that could handle objectionable content on the platform.

In a statement to TechCrunch, a Google spokesperson said:

> "In order to protect user safety on Google Play, our longstanding policies require that apps displaying u moderation policies and enforcement that removes egregious content like posts that incite violence. Al terms and we have reminded Parler of this clear policy in recent months. We're aware of continued po seeks to incite ongoing violence in the US. We recognize that there can be reasonable debate about c be difficult for apps to immediately remove all violative content, but for us to distribute an app through C that apps implement robust moderation for egregious content. In light of this ongoing and urgent public suspending the app's listings from the Play Store until it addresses these issues."

**App. 1437**

# The Daily Crunch
## Tech's biggest headlines

SIGN

Join Extra Crunch        Login

Search 🔍

TC Sessions: Mobility 2021

Startups

Videos

Audio

Newsletters

Extra Crunch

EC-1s

The TC List

Advertise

Events

More

Parler's Play Store page is currently down.

The conservative platform garnered attention this week after posts surfaced detailing threats around Tuesday's chaotic Capitol building riots which led to the deaths of 5 people including While more mainstream social media sites raced to take down violent content related to the violence were easy to find across the Parler platform.

The app hosts accounts from a variety of conservative figures including many in the Preside President himself.

## Twitter permanently bans President Trump



Twitter permanently removed the president of the United States from its platform Friday, incitement of violence" and Trump's previous transgressions. "In the context of horrific ev Wednesday that additional violations of the Twitter Rules would potentially result in this v

TechCrunch

On Friday, Buzzfeed News reported that Parler had received a letter from Apple informing th removed from the App Store within 24 hours unless the company submitted an update with a plan. Parler CEO John Matze confirmed the action from Apple in a post on his Parler accoun screenshot of the notification from Apple.

"We want to be clear that Parler is in fact responsible for all the user generated content pres ensuring that this content meets App Store requirements for the safety and protection of our screenshot reads. "We won't distribute apps that present dangerous and harmful content.

The app remains available in the App Store, though users are currently complaining of techn

We have reached out to Apple for additional comment.

LinkedIn has discriminated against me because of my political beliefs



## *JOHN CRUDELE*

**BUSINESS**  DEAR JOHN

# LinkedIn has discriminated against me because of my political beliefs

By John Crudele

January 18, 2020 | 10:08pm



Getty Images

**Dear John: I've been a victim of massive political bias from LinkedIn.**

It has discriminated against me and shut me down, to the point of harassment and bullying, and completely silenced me solely because of my political affiliation.

I've tried to speak to someone who is in a management role there, but it is very careful to not allow access and just puts up a wall.

**App. 1439**

Case 4:21-cv-00220-RH-MAF   Document 106-5   Filed 06/21/21   Page 102 of 203

**If you know of a way for me to talk to someone in a real management and decision-making capacity, I would appreciate the opportunity to point out what its people are doing. K.Z.**

**Dear K.Z.:** Nope, I don't know how to get through to LinkedIn management. In fact, I'm getting as stonewalled as you are.

Just so readers know, you are a conservative Republican. I can't see your postings because they have been taken down. But you say they were "regarding accomplishments of the conservatives or conservative policies, or pointing out the hypocrisy or failures of the left."

I asked LinkedIn about your situation. And all I got was a boilerplate answer: "Our customer service teams communicate with members in situations like these, before a restriction is taken, including providing the opportunity to appeal a decision," was the answer I got.

Then LinkedIn said, "We do not comment on individual member accounts." This is sort of a HIPAA policy for techies where they can't reveal personal information to me. Pretty convenient.

So the best I have in this situation is to ask LinkedIn's management — in print — to call me and explain your situation, after of course, you sign a consent form.

**FILED UNDER**   **BIAS**, **CONSERVATIVES**, **DEAR JOHN**, **LINKEDIN**, **1/18/20**



Smartfeed

**NEW YORK POST**

**RECOMMENDED**   **1/5**

Get notifications from The New York Post

Click 'Sign Up' then 'Allow'

Dismiss   Sign Up

Some companies are OK with remote workers — unless they're from Colorado

Read More

**App. 1440**

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 103 of 203

Login   Watch TV

US  ·  **Published** February 23

# LinkedIn removes training seminar telling people to be 'less white,' following Coca-Cola backlash

The seminar featured Robin DiAngelo, the white author of the best-seller, 'White Fragility'

By **Bradford Betz** | **Fox News**

     



**JD Vance: Power-hungry 'woke' leaders are 'destroying our society'**

'Hillbilly Elegy' author discusses impact of corporate America's radical race demands on 'Tucker Carlson Tonight'

A LinkedIn training seminar that told employees to "be less white" and "less oppressive" has been removed from the professional social media platform, following news that Coca-Cola had included it in its diversity training program.

**App. 1441**

The LinkedIn training seminar made headlines this week after screenshots of the slides were shared on social media.



**Karlyn Borysenko, most dangerous knitter alive**
@DrKarlynB

       BREAKING: Coca-Cola is forcing employees to complete online training telling them to "try to be less white."

These images are from an internal whistleblower:

8:42 AM · Feb 19, 2021                                          ⓘ

♡ 35.7K        💬 9.5K        ↑ Share this Tweet

The slides featured texts on what it supposedly means to be "less white" (be less oppressive, be less arrogant…break with white solidarity, etc.) and claimed that white people in the U.S. and other Western nations are socialized to feel that they are "inherently superior" because of their skin color.

The seminar featured interviews with the white author Robin DiAngelo, author of the best-selling book "White Fragility."

**[NEWT GINGRICH: 'WOKE' AMERICAN MILITARY PUTS US IN DANGER. HERE'S HOW](#)**

A spokesman for Coca-Cola told Fox News on Monday that the seminar was not part of the company's "learning curriculum," but was offered to employees as part of a broader training on

**App. 1442**

"diversity, equity, and inclusion."

Fox News has reached out to LinkedIn with a request for comment. In a statement provided to Newsweek, Nicole Leverich, vice president of corporate communications said the website provides a "wide variety of learning content, including more than 270 courses on the topics of diversity, inclusion and belonging."

LinkedIn is owned by Microsoft, which bought the platform in 2016 in an all-cash transaction of $26.2 billion.

**CLICK HERE TO GET THE FOX NEWS APP**

"We will continue to add new courses to help people learn the skills they need to be more successful in their career, including the foundational skills we all need to be effective allies and help build a more equitable future."

Bradford Betz is an editor for Fox News. Follow him on Twitter @bradford_betz.







# If Big Tech Can Censor Me, Think What It Can Do to You

COMMENTARY

By Donald Trump Jr. February 22, 2019
AP Photo/Marcio Jose Sanchez, File

Anti-conservative censorship online has gone from bad to worse. As major social media platforms start to target me for censorship, I shudder to think what it means for millions of other Americans, especially as we approach the 2020 presidential campaign.

As Jussie Smollett's preposterous story about being beaten in a racist, homophobic attack was falling apart, I posted about it on Facebook-owned Instagram, pointing out how unbelievable his allegation was in the first place.

After I let my followers know my thoughts on the Smollett hoax, I received a notification that Instagram deleted my post. When I complained about this blatant censorship, Instagram claimed it was a mistake. My post had just been removed "in error," the company said. Rather than get better, though, the situation just got worse. Conservatives soon let me know by direct message that Instagram was preventing them from following my account, or even sharing or liking any of my posts.

I'm sure Instagram will claim that this, too, was all just a terrible mistake. It's funny how these "mistakes" never seem to happen to liberals at the critical moment of a news cycle. More to the point, if this is really a "mistake," then why does it keep happening?

Just as the Smollett hoax is merely the latest of dozens of nonexistent hate crimes blamed on Trump supporters, my experience isn't nearly the first time that conservatives have been censored by social media platforms.

Instagram also deleted a post from former Republican National Committee spokeswoman Kayleigh McEnany when she tried to highlight Elizabeth Warren's lies about her ancestry. As soon as censorship of M...

App. 1444

when she tried to highlight Elizabeth Warren's lies about her ancestry. As soon as censorship of McEnany became a headline, Instagram once again claimed it was all a "mistake." If not for conservative media, the social media giant may never be held accountable.

Facebook offered the same lame excuse after banning several videos posted by conservative nonprofit PragerU for alleged "hate speech." It was an "employee error," the tech giant proclaimed after PragerU publicly complained about the censorship. Likewise, when Facebook encountered pushback for banning an ad for a Republican U.S. Senate candidate in the middle of last year's midterm election campaign, it quickly restored the video and offered a weak apology for its "mistake."

Even worse than the censorship itself is the fact that it takes public outrage just to get Big Tech to treat conservative voices fairly. When social media censorship comes after someone like me, a prominent businessman and the son president of the United States, it's a story. The same is not true for the millions of conservative Americans who have no recourse whatsoever when Twitter or Facebook bans their accounts, limits their reach, and otherwise silences their voices because of their political opinions. It is they who are hurt the most by Big Tech's manipulative partisan agenda.

Worryingly, there seems to be no limit to that manipulation. The tech giants are now tinkering with their terms of service to mandate that users adhere to liberal orthodoxy in their posts. It is now, for example, a banishment offense to "misgender" or "deadname" transgender people on Twitter, as even a radical feminist discovered when she tweeted that "men are not women."

The stakes in all this could not be higher. The social media revolution upended people's relationship with the overwhelmingly liberal media. As the Smollett hoax illustrates, the political left and establishment journalists want nothing more than to return to a world in which their narrative is the only one that matters -- and the truth is whatever they decree it to be.

Unfortunately, Silicon Valley is showing us that tech companies, too, can manipulate information for partisan ends. Their censorship is increasing at an alarming rate, just in time for them to try to spoil my father's re-election bid, but we won't let them get away with it.

Those of us with a big enough public profile to hold the tech giants accountable for their partisan speech-policing have a duty to do so. Ordinary conservatives can't force multibillion-dollar companies to guarantee their right to free speech, which is exactly what the liberals are counting on.

They've gone too far, though. They've poked the hornet's nest of conservative activists, and we will continue to vigilantly shame them for their censorship, because so much is at stake.

*Donald Trump Jr. is the Executive Vice President at The Trump Organization.*

**App. 1445**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/how-google-interferes-with-its-search-algorithms-and-changes-your-results-11573823753

## WSJ INVESTIGATION

# How Google Interferes With Its Search Algorithms and Changes Your Results

The internet giant uses blacklists, algorithm tweaks and an army of contractors to shape what you see

*By [Kirsten Grind](#), [Sam Schechner](#), [Robert McMillan](#) and [John West](#)*
Nov. 15, 2019 8:15 am ET

Every minute, an estimated 3.8 million queries are typed into Google, prompting its algorithms to spit out results for hotel rates or breast-cancer treatments or the latest news about President Trump.

They are arguably the most powerful lines of computer code in the global economy, controlling how much of the world accesses information found on the internet, and the starting point for billions of dollars of commerce.

Twenty years ago, Google founders began building a goliath on the premise that its search algorithms could do a better job combing the web for useful information than humans. Google executives have said repeatedly—in private meetings with outside groups and in congressional testimony—that the algorithms are objective and essentially autonomous, unsullied by human biases or business considerations.

The company states in a Google blog, "We do not use human curation to collect or arrange the results on a page." It says it can't divulge details about how the algorithms work because the company is involved in a long-running and high-stakes battle with those who want to profit by gaming the system.

But that message often clashes with what happens behind the scenes. Over time, Google has increasingly re-engineered and interfered with search results to a far greater degree than the company and its executives have acknowledged, a Wall Street Journal investigation has found.

**App. 1446**

Those actions often come in response to <u>pressure from businesses, outside interest groups and governments around the world</u>. They have increased sharply since the 2016 election and the rise of online misinformation, the Journal found.

Google's evolving approach marks a shift from its founding philosophy of "organizing the world's information," to one that is far more active in deciding how that information should appear.

More than 100 interviews and the Journal's own testing of Google's search results reveal:

• Google made algorithmic changes to its search results that favor big businesses over smaller ones, and in at least one case made changes on behalf of a major advertiser, <u>eBay</u> Inc., contrary to its public position that it never takes that type of action. The company also boosts some major websites, such as <u>Amazon.com</u> Inc. and <u>Facebook</u> Inc., according to people familiar with the matter.

• Google engineers regularly make behind-the-scenes adjustments to other <u>information the company is increasingly layering on top of its basic search</u> results. These features include auto-complete suggestions, boxes called "knowledge panels" and "featured snippets," and news results, which aren't subject to the same company policies limiting what engineers can remove or change.

• Despite publicly denying doing so, Google keeps blacklists to remove certain sites or prevent others from surfacing in certain types of results. These moves are separate from those that block sites as required by U.S. or foreign law, such as those featuring child abuse or with copyright infringement, and from changes designed to demote spam sites, which attempt to game the system to appear higher in results.

• In auto-complete, the feature that predicts search terms as the user types a query, Google's engineers have created algorithms and blacklists to weed out more-incendiary suggestions for controversial subjects, such as abortion or immigration, in effect filtering out inflammatory results on high-profile topics.

• Google employees and executives, including co-founders Larry Page and Sergey Brin, have disagreed on how much to intervene on search results and to what extent. Employees can push for revisions in specific search results, including on topics such as vaccinations and autism.

**App. 1447**

• To evaluate its search results, Google employs thousands of low-paid contractors whose purpose the company says is to assess the quality of the algorithms' rankings. Even so, contractors said Google gave feedback to these workers to convey what it considered to be the correct ranking of results, and they revised their assessments accordingly, according to contractors interviewed by the Journal. The contractors' collective evaluations are then used to adjust algorithms.

THE JOURNAL'S FINDINGS undercut one of Google's core defenses against global regulators worried about how it wields its immense power—that the company doesn't exert editorial control over what it shows users. Regulators' areas of concern include anticompetitive practices, political bias and online misinformation.

Far from being autonomous computer programs oblivious to outside pressure, Google's algorithms are subject to regular tinkering from executives and engineers who are trying to deliver relevant search results, while also pleasing a wide variety of powerful interests and driving its parent company's more than $30 billion in annual profit. Google is now the most highly trafficked website in the world, surpassing 90% of the market share for all search engines. The market capitalization of its parent, Alphabet Inc., is more than $900 billion.

Google made more than 3,200 changes to its algorithms in 2018, up from more than 2,400 in 2017 and from about 500 in 2010, according to Google and a person familiar with the matter. Google said 15% of queries today are for words, or combinations of words, that the company has never seen before, putting more demands on engineers to make sure the algorithms deliver useful results.

A Google spokeswoman disputed the Journal's conclusions, saying, "We do today what we have done all along, provide relevant results from the most reliable sources available."

Lara Levin, the spokeswoman, said the company is transparent in its guidelines for evaluators and in what it designs the algorithms to do.



**AS PART OF ITS EXAMINATION,** the Journal tested Google's search results over several weeks this summer and compared them with results from two competing search engines, Microsoft Corp.'s Bing and DuckDuckGo, a privacy-focused company that builds its results from syndicated feeds from other companies, including Verizon Communications Inc.'s Yahoo search engine.

The testing showed wide discrepancies in how Google handled auto-complete queries and some of what Google calls organic search results—the list of websites that Google says are algorithmically sorted by relevance in response to a user's query. (Read about the methodology for the Journal's analysis.)

Ms. Levin, the Google spokeswoman, declined to comment on specific results of the Journal's testing. In general, she said, "Our systems aim to provide relevant results from authoritative sources," adding that organic search results alone "are not representative of the information made accessible via search."

The Journal tested the auto-complete feature, which Google says draws from its vast database of search information to predict what a user intends to type, as well as data such as a user's location and search history. The testing showed the extent to which Google doesn't offer certain suggestions compared with other search engines.

Typing "Joe Biden is" or "Donald Trump is" in auto-complete, Google offered predicted language that was more innocuous than the other search engines. Similar differences were shown for other presidential candidates tested by the Journal.

The Journal also tested several search terms in auto-complete such as "immigrants are" and "abortion is." Google's predicted searches were less inflammatory than those of the other engines.

## See the results of the Journal's auto-complete tests

Use the lookup tool below to select the search terms analyzed. Percentages indicate how many times each suggestion appeared during the WSJ's testing.



| Joe Biden is | ▼ |
| --- | --- |

**GOOGLE**

| done | 100% |
| --- | --- |
| how old | 100% |
| from | 99% |
| running for president | 79% |
| he democrat | 78% |
| he running for president | 76% |
| toast | 71% |
| a democrat | 70% |

**DUCKDUCKGO**    SHOW BING

| an idiot | 100% |
| --- | --- |
| creepy | 100% |
| from what state | 100% |
| too old to run for president | 100% |
| a moron | 94% |
| a liar | 84% |
| a joke | 78% |
| done | 22% |
| a creep | 22% |

View more auto-complete suggestions:

Donald Trump    Immigrants    Abortion    Democratic debate

Gabriel Weinberg, DuckDuckGo's chief executive, said that for certain words or phrases entered into the search box, such as ones that might be offensive, DuckDuckGo has decided to block all of its auto-complete suggestions, which it licenses from Yahoo. He said that type of block wasn't triggered in the Journal's searches for Donald Trump or Joe Biden.

A spokeswoman for Yahoo operator Verizon Media said, "We are committed to delivering a safe and trustworthy search experience to our users and partners, and we work diligently to ensure that search suggestions within Yahoo Search reflect that commitment."

Said a Microsoft spokeswoman: "We work to ensure that our search results are as relevant, balanced, and trustworthy as possible, and in general, our rule is to minimize interference with the normal algorithmic operation."

In other areas of the Journal analysis, Google's results in organic search and news for a number of hot-button terms and politicians' names showed prominent representation of both conservative and liberal news outlets.

**ALGORITHMS ARE** effectively recipes in code form, providing step-by-step instructions for how computers should solve certain problems. They drive not just the internet, but the apps that populate phones and tablets.

Algorithms determine which friends show up in a Facebook user's news feed, which Twitter posts are most likely to go viral and how much an Uber ride should cost during rush hour as opposed to the middle of the night. They are used by banks to screen loan applications, businesses to look for the best job applicants and insurers to determine a person's expected lifespan.

In the beginning, their power was rarely questioned. At Google in particular, its innovative algorithms ranked web content in a way that was groundbreaking, and hugely lucrative. The company aimed to make the web useful while relying on the assumption that code alone could do the heavy lifting of figuring out how to rank information.

But bad actors are increasingly trying to manipulate search results, businesses are trying to game the system and misinformation is rampant across tech platforms. Google found itself facing a version of the pressures on Facebook, which long said it was just connecting people but has been forced to more aggressively police content on its platform.

A 2016 internal investigation at Google showed between a 10th of a percent and a quarter of a percent of search queries were returning misinformation of some kind, according to one Google executive who works on search. It was a small number percentage-wise, but given the huge volume of Google searches it would amount to nearly two billion searches a year.

By comparison, Facebook faced congressional scrutiny for Russian misinformation that was viewed by 126 million users.

Google's Ms. Levin said the number includes not just misinformation but also a "wide range of other content defined as lowest quality." She disputed the Journal's estimate of the number of searches that were affected. The company doesn't disclose metrics on Google searches.

**App. 1451**

Google assembled a small SWAT team to work on the problem that became known internally as "Project Owl." Borrowing from the strategy used earlier to fight spam, engineers worked to emphasize factors on a page that are proxies for "authoritativeness," effectively pushing down pages that don't display those attributes.

Other tech platforms, including Facebook, have taken a more aggressive approach, manually removing problem content and devising rules around what it defines as misinformation. Google, for its part, said its role "indexing" content versus "hosting" content, as Facebook does, means it shouldn't take a more active role.

One Google search executive described the problem of defining misinformation as incredibly hard, and said the company didn't want to go down the path of figuring it out.

Around the time Google started addressing issues such as misinformation, it started fielding even more complaints, to the point where human interference became more routine, according to people familiar with the matter, putting it in the position of arbitrating some of society's most complicated issues. Some changes to search results might be considered reasonable—boosting trusted websites like the National Suicide Prevention Lifeline, for example—but Google has made little disclosure about when changes are made, or why.

Businesses, lawmakers and advertisers are worried about fairness and competition within the markets where Google is a leading player, and as a result its operations are coming under heavy scrutiny.

The U.S. Justice Department earlier this year opened an antitrust probe, in which Google's search policies and practices are expected to be areas of focus. Google executives have twice been called to testify before Congress in the past year over concerns about political bias. In the European Union, Google has been fined more than $9 billion in the past three years for anticompetitive practices, including allegedly using its search engine to favor its own products.

In response, Google has said it faces tough competition in a dynamic tech sector, and that its behavior is aimed at helping create choice for consumers, not hurting rivals. The company is currently appealing the decisions against it in the EU, and it has denied claims of political bias.



**App. 1452**



**GOOGLE RARELY RELEASES** detailed information on algorithm changes, and its moves have bedeviled companies and interest groups, who feel they are operating at the tech giant's whim.

In one change hotly contested within Google, engineers opted to tilt results to favor prominent businesses over smaller ones, based on the argument that customers were more likely to get what they wanted at larger outlets. One effect of the change was a boost to Amazon's products, even if the items had been discontinued, according to people familiar with the matter.

The issue came up repeatedly over the years at meetings in which Google search executives discuss algorithm changes. Each time, they chose not to reverse the change, according to a person familiar with the matter.

Google engineers said it is widely acknowledged within the company that search is a zero-sum game: A change that helps lift one result inevitably pushes down another, often with considerable impact on the businesses involved.

Ms. Levin said there is no guidance in Google's rater guidelines that suggest big sites are inherently more authoritative than small sites. "It's inaccurate to suggest we did not address issues like discontinued products appearing high up in results," she added.

Many of the changes within Google have coincided with its gradual evolution from a company with an engineering-focused, almost academic culture into an advertising behemoth and one of the most profitable companies in the world. Advertising revenue—

**App. 1453**

which includes ads on search as well as on other products such as maps and YouTube—was $116.3 billion last year.

Some very big advertisers received direct advice on how to improve their organic search results, a perk not available to businesses with no contacts at Google, according to people familiar with the matter. In some cases, that help included sending in search engineers to explain a problem, they said.

"If they have an [algorithm] update, our teams may get on the phone with them and they will go through it," said Jeremy Cornfeldt, the chief executive of the Americas of Dentsu Inc.'s iProspect, which Mr. Cornfeldt said is one of Google's largest advertising agency clients. He said the agency doesn't get information Google wouldn't share publicly. Among others it can disclose, iProspect represents Levi Strauss & Co., Alcon Inc. and Wolverine World Wide Inc.

One former executive at a Fortune 500 company that received such advice said Google frequently adjusts how it crawls the web and ranks pages to deal with specific big websites.

Google updates its index of some sites such as Facebook and Amazon more frequently, a move that helps them appear more often in search results, according to a person familiar with the matter.

"There's this idea that the search algorithm is all neutral and goes out and combs the web and comes back and shows what it found, and that's total BS," the former executive said. "Google deals with special cases all the time."

Ms. Levin, the Google spokeswoman, said the search team's practice is to not provide specialized guidance to website owners. She also said that faster indexing of a site isn't a guarantee that it will rank higher. "We prioritize issues based on impact, not any commercial relationships," she said.

**App. 1454**



**Alphabet's net income**

Note: 2017 figure reflects a one-time charge of $9.9 billion related to new U.S. tax law. Alphabet was created through a corporate restructuring of Google in 2015. Figures for prior years are for Google Inc.
Source: FactSet

Online marketplace eBay had long relied on Google for as much as a third of its internet traffic. In 2014, traffic suddenly plummeted—contributing to a $200 million hit in its revenue guidance for that year.

Google told the company it had made a decision to lower the ranking of a large number of eBay pages that were a big source of traffic.

EBay executives debated pulling their quarterly advertising spending of around $30 million from Google to protest, but ultimately decided to step up lobbying pressure on Google, with employees and executives calling and meeting with search engineers, according to people familiar with the matter. A similar episode had hit traffic several years earlier, and eBay had marshaled its lobbying might to persuade Google to give it advice about how to fix the problem, even relying on a former Google staffer who was then employed at eBay to work his contacts, according to one of those people.

This time, Google ultimately agreed to improve the ranking of a number of pages it had demoted while eBay completed a broader revision of its website to make the pages more "useful and relevant," the people said. The revision was arduous and costly to complete,

**App. 1455**

Case 4:21-cv-00220-RK-MAF Document 106-5 Filed 06/21/21 Page 118 of 203

one of the people said, adding that eBay was later hit by other downrankings that Google didn't help with.

"We've experienced significant and consistent drops in Google SEO for many years, which has been disproportionally detrimental to those small businesses that we support," an eBay spokesman said. SEO, or search-engine optimization, is the practice of trying to generate more search-engine traffic for a website.

Google's Ms. Levin declined to comment on eBay.

Companies without eBay's clout had different experiences.

Dan Baxter can remember the exact moment his website, DealCatcher, was caught in a Google algorithm change. It was 6 p.m. on Sunday, Feb. 17. Mr. Baxter, who founded the Wilmington, Del., coupon website 20 years ago, got a call from one of his 12 employees the next morning.

"Have you looked at our traffic?" the worker asked, frantically, Mr. Baxter recalled. It was suddenly down 93% for no apparent reason. That Saturday, DealCatcher saw about 31,000 visitors from Google. Now it was posting about 2,400. It had disappeared almost entirely on Google search.

Mr. Baxter said he didn't know whom to contact at Google, so he hired a consultant to help him identify what might have happened. The expert reached out directly to a contact at Google but never heard back. Mr. Baxter tried posting to a YouTube forum hosted by a Google "webmaster" to ask if it might have been a technical problem, but the webmaster seemed to shoot down that idea.

One month to the day after his traffic disappeared, it inexplicably came back, and he still doesn't know why.

"You're kind of just left in the dark, and that's the scary part of the whole thing," said Mr. Baxter.

Google's Ms. Levin declined to comment on DealCatcher.

(The Wall Street Journal is owned by News Corp, which has complained publicly about Google's moves to play down news sites that charge for subscriptions. Google ended the policy after intensive lobbying by News Corp and other paywalled publishers. More recently, News Corp has called for an "algorithm review board" to oversee Google,

**App. 1456**

Facebook and other tech giants. News Corp has a commercial agreement to supply news through Facebook, and Dow Jones & Co., publisher of The Wall Street Journal, has a commercial agreement to supply news through <u>Apple</u> services. Google's Ms. Levin and News Corp declined to comment.)

**GOOGLE IN RECENT** months has made additional efforts to clarify how its services operate by updating general information on its site. At the end of October it posted a new video titled "How Google Search Works."

Jonathan Zittrain, a Harvard Law School professor and faculty director of the Berkman Klein Center for Internet & Society, said Google has poorly defined how often or when it intervenes on search results. The company's argument that it can't reveal those details because it is fighting spam "seems nuts," said Mr. Zittrain.

"That argument may have made sense 10 or 15 years ago but not anymore," he said. "That's called 'security through obscurity,' " a reference to the now-unfashionable engineering idea that systems can be made more secure by restricting information about how they operate.

Google's Ms. Levin said "extreme transparency has historically proven to empower bad actors in a way that hurts our users and website owners who play by the rules."

"Building a service like this means making tens of thousands of really, really complicated human decisions, and that's not what people think," said John Bowers, a research associate at the Berkman Klein Center.

On one extreme, those decisions at Google are made by the world's most accomplished and highest-paid engineers, whose job is to turn the dials within millions of lines of complex code. On the other is an army of more than 10,000 contract workers, who work from home and get paid by the hour to evaluate search results.

The rankings supplied by the contractors, who work from a Google manual that runs to hundreds of pages, can indirectly move a site higher or lower in results, according to people familiar with the matter. And their collective responses are measured by Google executives and used to affect the search algorithms.

## Mixed Results

Google's results page has become a complex mix of search results, advertisements and featured content, not always distinguishable by the user. While these features are all driven by algorithms, Google has different policies and attitudes toward changing the results shown in each of the additional features. Featured snippets and knowledge panels are two common features.



**Organic search results**     **Other features**

**Featured snippet**
Highlights web pages that Google thinks will contain content a user is looking for. Google says it will remove content from the feature if it violates policies around harmful and hateful content.

**Knowledge panel**
Information Google has compiled from various sources on the web, such as Wikipedia, that provides basic facts about the subject of your query. Google is willing to adjust this material.

**Organic search results**
Links to results that Google's algorithms have determined are relevant to your query. Google says it doesn't curate these results.

One of those evaluators was Zack Langley, now a 27-year-old logistics manager at a tour company in New Orleans. Mr. Langley got a one-year contract in the spring of 2016

**App. 1458**

evaluating Google's search results through Lionbridge Technologies Inc., one of several companies Google and other tech platforms use for contract work.

During his time as a contractor, Mr. Langley said he never had any contact with anyone at Google, nor was he told what his results would be used for. Like all of Google's evaluators, he signed a nondisclosure agreement. He made $13.50 an hour and worked up to 20 hours a week from home.

Sometimes working in his pajamas, Mr. Langley was given hundreds of real search results and told to use his judgment to rate them according to quality, reputation and usefulness, among other factors.

At one point, Mr. Langley said he was unhappy with the search results for "best way to kill myself," which were turning up links that were like "how-to" manuals. He said he down-ranked all the other results for suicide until the National Suicide Prevention Lifeline was the No. 1 result.

Soon after, Mr. Langley said, Google sent a note through Lionbridge saying the hotline should be ranked as the top result across all searches related to suicide, so that the collective rankings of the evaluators would adjust the algorithms to deliver that result. He said he never learned if his actions had anything to do with the change.

Mr. Langley said it seemed like Google wanted him to change content on search so Google would have what he called plausible deniability about making those decisions. He said contractors would get notes from Lionbridge that he believed came from Google telling them the "correct" results on other searches.

He said that in late 2016, as the election approached, Google officials got more involved in dictating the best results, although not necessarily on issues related to the campaign. "They used to have a hands-off approach, and then it seemed to change," he said.

Ms. Levin, the Google spokeswoman, said the company "long ago evolved our approach to collecting feedback on these types of queries, which help us develop algorithmic solutions and features in this area." She added that, "we provide updates to our rater guidelines to ensure all raters are following the same general framework."

Lionbridge didn't reply to requests for comment.



**App. 1459**

Case 4:21-cv-00220-RH-MAF　Document 106-5　Filed 06/21/21　Page 122 of 203



**AT GOOGLE, EMPLOYEES** routinely use the <u>company's internal message boards</u> as well as a form called "go/bad" to push for changes in specific search results. (Go/bad is a reporting system meant to allow Google staff to point out problematic search results.)

One of the first hot-button issues surfaced in 2015, according to people familiar with the matter, when some employees complained that a search for "how do vaccines cause autism" delivered misinformation through sites that oppose vaccinations.

At least one employee defended the result, writing that Google should "let the algorithms decide" what shows up, according to one person familiar with the matter. Instead, the people said, Google made a change so that the first result is a site called howdovaccinescauseautism.com—which states on its home page in large black letters, "They f—ing don't." (The phrase has become a meme within Google.)

Google's Ms. Levin declined to comment.

In the fall of 2018, the conservative news site Breitbart News Network posted a leaked video of Google executives, including Mr. Brin and Google CEO Sundar Pichai, upset and addressing staffers following President Trump's election two years earlier. A group of Google employees noticed the video was appearing on the 12th page of search results when Googling "leaked Google video Trump," which made it seem like Google was burying it. They complained on one of the company's internal message boards, according to people familiar with the matter. Shortly after, the leaked video began appearing higher in search results.

**App. 1460**

"When we receive reports of our product not behaving as people might expect, we investigate to see if there's any useful insight to inform future improvements," said Ms. Levin.



**FROM GOOGLE'S FOUNDING,** Messrs. Page and Brin knew that ranking webpages was a matter of opinion. "The importance of a Web page is an inherently subjective matter, which depends on the [readers'] interests, knowledge and attitudes," they wrote in their 1998 paper introducing the PageRank algorithm, the founding system that launched the search engine.

PageRank, they wrote, would measure the level of human interest and attention, but it would do so "objectively and mechanically." They contended that the system would mathematically measure the relevance of a site by the number of times other relevant sites linked to it on the web.

Today, PageRank has been updated and subsumed into more than 200 different algorithms, attuned to hundreds of signals, now used by Google. (The company replaced PageRank in 2005 with a newer version that could better keep up with the vast traffic that the site was attracting. Internally, it was called "PageRankNG," ostensibly named for "next generation," according to people familiar with the matter. In public, the company still points to PageRank—and on its website links to the original algorithm published by Messrs. Page and Brin—in explaining how search works. "The original insight and notion of using link patterns is something that we still use in our systems," said Ms. Levin.)

By the early 2000s, spammers were overwhelming Google's algorithms with tactics that made their sites appear more popular than they were, skewing search results. Messrs. Page and Brin disagreed over how to tackle the problem.

Mr. Brin argued against human intervention, contending that Google should deliver the most accurate results as delivered by the algorithms, and that the algorithms should be tweaked only in the most extreme cases. Mr. Page countered that the user experience was getting damaged when users encountered spam rather than useful results, according to people familiar with the matter.

Google already had been taking what the company calls "manual actions" against specific websites that were abusing the algorithm. In that process, Google engineers demote a website's ranking by changing its specific "weighting." For example, if a website is artificially boosted by paying other websites to link to it, a behavior that Google frowns upon, Google engineers could turn down the dial on that specific weighting. The company could also blacklist a website, or remove it altogether.

Mr. Brin still opposed making large-scale efforts to fight spam, because it involved more human intervention. Mr. Brin, whose parents were Jewish émigrés from the former Soviet Union, even personally decided to allow anti-Semitic sites that were in the results for the query "Jew," according to people familiar with the decision. Google posted a disclaimer with results for that query saying, "Our search results are generated completely objectively and are independent of the beliefs and preferences of those who work at Google."

Finally, in 2004, in the bathroom one day at Google's headquarters in Mountain View, Calif., Mr. Page approached Ben Gomes, one of Google's early search executives, to express support for his efforts fighting spam. "Just do what you need to do," said Mr. Page, according to a person familiar with the conversation. "Sergey is going to ruin this f—ing company."

Ms. Levin, the Google spokeswoman, said Messrs. Page, Brin and Gomes declined to comment.

After that, the company revised its algorithms to fight spam and loosened rules for manual interventions, according to people familiar with the matter.

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 125 of 203

Google has guidelines for changing its ranking algorithms, a grueling process called the "launch committee." Google executives have pointed to this process in a general way in congressional testimony when asked about algorithm changes.

The process is like defending a thesis, and the meetings can be contentious, according to people familiar with them.

In part because the process is laborious, some engineers aim to avoid it if they can, one of these people said, and small changes can sometimes get pushed through without the committee's approval. Mr. Gomes is on the committee that decides whether to approve the changes, and other senior officials sometimes attend as well.

Google's Ms. Levin said not every algorithm change is discussed in a meeting, but "there are other processes for reviewing more straightforward launches at different levels of the organization," such as an email review. Those reviews still involve members of the launch committee, she said.

Today, Google discloses only a few of the factors being measured by its algorithms. Known ones include "freshness," which gives preference to recently created content for searches relating to things such as breaking news or a sports event. Another is where a user is located—if a user searches for "zoo," Google engineers want the algorithms to provide the best zoo in the user's area. Language signals—how meanings change when words are used together, such as April and fools—are among the most important, as they help determine what a user is actually asking for.

Other important signals have included the length of time users would stay on pages they clicked on before clicking back to Google, according to a former Google employee. Long stays would boost a page's ranking. Quick bounce backs, indicating a site wasn't relevant, would severely hurt a ranking, the former employee said.

Over the years, Google's database recording this user activity has become a competitive advantage, helping cement its position in the search market. Other search engines don't have the vast quantity of data that is available to Google, search's market-leader.

That makes the impact of its operating decisions immense. When <u>Pinterest</u> Inc. filed to go public earlier this year, it said that "search engines, such as Google, may modify their algorithms and policies or enforce those policies in ways that are detrimental to us." It

added: "Our ability to appeal these actions is limited." A spokeswoman for Pinterest declined to comment.

Search-engine optimization consultants have proliferated to try to decipher Google's signals on behalf of large and small businesses. But even those experts said the algorithms remain borderline indecipherable. "It's black magic," said Glenn Gabe, an SEO expert who has spent years analyzing Google's algorithms and tried to help DealCatcher find a solution to its drop in traffic earlier this year.



**ALONG WITH ADVERTISEMENTS,** Google's own features now take up large amounts of space on the first page of results—with few obvious distinctions for users. These include news headlines and videos across the top, information panels along the side and "People also ask" boxes highlighting related questions.

Google engineers view the features as separate products from Google search, and there is less resistance to manually changing their content in response to outside requests, according to people familiar with the matter.

These features have become more prominent as Google attempts to keep users on its results page, where ads are placed, instead of losing the users as they click through to other sites. In September, about 55% of Google searches on mobile were "no-click" searches, according to research firm Jumpshot, meaning users never left the results page.

Two typical features on the results page—knowledge panels, which are collections of relevant information about people, events or other things; and featured snippets, which are highlighted results that Google thinks will contain content a user is looking for—are areas where Google engineers make changes to fix results, the Journal found.

**App. 1464**

## Curated Features

Google has looser policies about making adjustments to these features than organic search results. The features include Google News and People also ask.



**Top stories**

News articles surfaced as being particularly relevant. Google blocks some sites that don't meet its policies.

**People also ask**

A predictive feature that suggests related questions, providing short answers with links. Google says it weeds out and blocks some phrases in this feature as it does in its auto-complete feature.

**Organic search results**

In April, the conservative Heritage Foundation called Google to complain that a coming movie called "Unplanned" had been labeled in a knowledge panel as "propaganda," according to a person familiar with the matter. The film is about a former Planned Parenthood director who had a change of heart and became pro-life.

After the Heritage Foundation complained to a contact at Google, the company apologized and removed "propaganda" from the description, that person said.

Google's Ms. Levin said the change "was not the result of pressure from an outside group, it was a violation of the feature's policy."

On the auto-complete feature, Google reached a confidential settlement in France in 2012 with several outside groups that had complained it was anti-Semitic that Google was suggesting the French word for "Jew" when searchers typed in the name of several prominent politicians. Google agreed to "algorithmically mitigate" such suggestions as part of a pact that barred the parties from disclosing its terms, according to people familiar with the matter.

In recent years, Google changed its auto-complete algorithms to remove "sensitive and disparaging remarks." The policy, now detailed on its website, says that Google doesn't allow predictions that may be related to "harassment, bullying, threats, inappropriate sexualization, or predictions that expose private or sensitive information."



**GOOGLE HAS BECOME** more open about its moderation of auto-complete but still doesn't disclose its use of blacklists. Kevin Gibbs, who created auto-complete in 2004 when he

**App. 1466**

was a Google engineer, originally developed the list of terms that wouldn't be suggested, even if they were the most popular queries that independent algorithms would normally supply.

For example, if a user searched "Britney Spears"—a popular search on Google at the time —Mr. Gibbs didn't want a piece of human anatomy or the description of a sex act to appear when someone started typing the singer's name. The unfiltered results were "kind of horrible," Mr. Gibbs said in an interview.

He said deciding what should and shouldn't be on the list was challenging. "It was uncomfortable, and I felt a lot of pressure," said Mr. Gibbs, who worked on auto-complete for about a year, and left the company in 2012. "I wanted to make sure it represented the world fairly and didn't leave out any groups."

Google still maintains lists of phrases and terms that are manually blacklisted from auto-complete, according to people familiar with the matter.

The company internally has a "clearly articulated set of policies" about what terms or phrases might be blacklisted in auto-complete, and that it follows those rules, according to a person familiar with the matter.

Blacklists also affect the results in organic search and Google News, as well as other search products, such as Web answers and knowledge panels, according to people familiar with the matter.

Google has said in congressional testimony it doesn't use blacklists. Asked in a 2018 hearing whether Google had ever blacklisted a "company, group, individual or outlet...for political reasons," Karan Bhatia, Google's vice president of public policy, responded: "No, ma'am, we don't use blacklists/whitelists to influence our search results," according to the transcript.

Ms. Levin said those statements were related to blacklists targeting political groups, which she said the company doesn't keep.

Google's first blacklists date to the early 2000s, when the company made a list of spam sites that it removed from its index, one of those people said. This means the sites wouldn't appear in search results.

**App. 1467**

Engineers known as "maintainers" are authorized to make and approve changes to blacklists. It takes at least two people to do this; one person makes the change, while a second approves it, according to the person familiar with the matter.

The Journal reviewed a draft policy document from August 2018 that outlines how Google employees should implement an anti-misinformation blacklist aimed at blocking certain publishers from appearing in Google News and other search products. The document says engineers should focus on "a publisher misrepresenting their ownership or web properties" and having "deceptive content"—that is, sites that actively aim to mislead—as opposed to those that have inaccurate content.

"The purpose of the blacklist will be to bar the sites from surfacing in any Search feature or news product sites," the document states.

Ms. Levin said Google does "not manually determine the order of any search result." She said sites that don't adhere to Google News "inclusion policies" are "not eligible to appear on news surfaces or in information boxes in Search."

**SOME INDIVIDUALS** and companies said changes made by the company seem ad hoc, or inconsistent. People familiar with the matter said Google increasingly will make manual or algorithmic changes that aren't acknowledged publicly in order to maintain that it isn't affected by outside pressure.

"It's very convenient for us to say that the algorithms make all the decisions," said one former Google executive.

In March 2017, Google updated the guidelines it gives contractors who evaluate search results, instructing them for the first time to give low-quality ratings to sites "created with the sole purpose of promoting hate or violence against a group of people"—something that would help adjust Google algorithms to lower those sites in search.

The next year, the company broadened the guidance to any pages that promote such hate or violence, even if it isn't the page's sole purpose and even if it is "expressed in polite or even academic-sounding language."

Google has resisted entirely removing some content that outsiders complained should be blocked. In May 2018, Ignacio Wenley Palacios, a Spain-based lawyer working for the

**App. 1468**

Lawfare Project, a nonprofit that funds litigation to protect Jewish people, asked Google to remove an anti-Semitic article lauding a German Holocaust denier posted on a Spanish-language neo-Nazi blog.

The company declined. In an email to Mr. Wenley Palacios, lawyers for Google contended that "while such content is detestable" it isn't "manifestly illegal" in Spain.

Mr. Wenley Palacios then filed a lawsuit, but in the spring of this year, before the suit could be heard, he said, Google lawyers told him the company was changing its policy on such removals in Spain.

According to Mr. Wenley Palacios, the lawyers said the firm would now remove from searches conducted in Spain any links to Holocaust denial and other content that could hurt vulnerable minorities, once they are pointed out to the company. The results would still be accessible outside of Spain. He said both sides agreed to dismiss the case.

Google's Ms. Levin described the action as a "legal removal" in accordance with local law. Holocaust denial isn't illegal in Spain, but if it is coupled with an intent to spread hate, it can fall under Spanish criminal law banning certain forms of hate speech.

"Google used to say, 'We don't approve of the content, but that's what it is,' " Mr. Wenley Palacios said. "That has changed dramatically."

## Business Model

Google's search results page has changed over the years, becoming much more ad-heavy.



■ Organic search results   ■ Other features

**Ads**

Ads in recent years claim more space at the top of the results page.

**Vertical search results**

Various features that present specialized results for specific topics, like hotels or places, often with photos or maps. The results in some of these features are paid advertisements.

**Organic search results**

As Google has placed more ads and verticals at the top of the page, organic search results have shrunk.

**App. 1470**

Health policy consultant Greg Williams said he helped lead a campaign to push Google to make changes that would stifle misleading results for queries such as "rehab."

At the time, in 2017, addiction centers with spotty records were constantly showing up in search results, typically the first place family members and addicts go in search of help.

Google routed Diane Hentges several times over the last year to call centers as she desperately researched drug addiction treatment centers for her 22-year-old son, she said.

Each time she called one of the facilities listed on Google, a customer-service representative would ask for her financial information, but the representatives weren't seemingly attached to any legitimate company.

"If you look at a place on Google, it sends you straight to a call center," Ms. Hentges said, adding that parents who are struggling with a child with addiction "will do anything to get our child healthy. We'll believe anything."

After intense lobbying by Mr. Williams and others, Google changed its ad policy around such queries. But addiction industry officials also noticed a significant change to Google search results. Many searches for "rehab" or related terms began returning the website for the Substance Abuse and Mental Health Services Administration, the national help hotline run by the U.S. Department of Health and Human Services, as the top result.

A spokesman for SAMHSA said the agency had a partnership with Google.

Google never acknowledged the change. Ms. Levin said that "resources are not listed because of any type of partnership" and that "we have algorithmic solutions designed to prioritize authoritative resources (including official hotlines) in our results for queries like these as well as for suicide and self-harm queries."

Google's search algorithms have been a major focus of Hollywood in its effort to fight pirated TV shows and movies.

**App. 1471**

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 134 of 203



**Alphabet's revenue, by type**

Note: Alphabet was created through a corporate restructuring of Google in 2015. Figures for prior years are for Google Inc.
Source: the company

Studios "saw this as the potential death knell of their business," said Dan Glickman, chairman and chief executive of the Motion Picture Association of America from 2004 to 2010. The association has been a public critic of Google. "A hundred million dollars to market a major movie could be thrown away if someone could stream it illegally online."

Google received a record 1.6 million requests to remove web pages for copyright issues last year, according to the company's published Transparency Report and a Journal analysis. Those requests pertained to more than 740 million pages, about 12 times the number of web pages it was asked to take down in 2012.

A decade ago, in concession to the industry, Google removed "download" from its auto-complete suggestions after the name of a movie or TV show, so that at least it wouldn't be encouraging searches for pirated content.

In 2012, it applied a filter to search results that would lower the ranking of sites that received a large number of piracy complaints under U.S. copyright law. That effectively pushed many pirate sites off the front page of results for general searches for movies or

**App. 1472**

music, although it still showed them when a user specifically typed in the pirate site names.

In recent months the industry has gotten more cooperation from Google on piracy in search results than at any point in the organization's history, according to people familiar with the matter.

"Google is under great cosmic pressure, as is Facebook," Mr. Glickman said. "These are companies that are in danger of being federally regulated to an extent that they never anticipated."

Mr. Pichai, who became CEO of Google in 2015, is more willing to entertain complaints about the search results from outside parties than Messrs. Page and Brin, the co-founders, according to people familiar with his leadership.

Google's Ms. Levin said Mr. Pichai's "style of engaging and listening to feedback has not shifted. He has always been very open to feedback."



CRITICISM ALLEGING political bias in Google's search results has sharpened since the 2016 election.

Interest groups from the right and left have besieged Google with questions about content displayed in search results and about why the company's algorithms returned certain information over others.

Google appointed an executive in Washington, Max Pappas, to handle complaints from conservative groups, according to people familiar with the matter. Mr. Pappas works with Google engineers on changes to search when conservative viewpoints aren't being represented fairly, according to interest groups interviewed by the Journal, although that is just one part of his job.

"Conservatives need people they can go to at these companies," said Dan Gainor, an executive at the conservative Media Research Center, which has complained about various issues to Google.

Google also appointed at least one other executive in Washington, Chanelle Hardy, to work with outside liberal groups, according to people familiar with the matter.

**App. 1473**

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 136 of 203

Ms. Levin said both positions have existed for many years. She said in general Google believes it's "the responsible thing to do" to understand feedback from the groups and said Google's algorithms and policies don't attempt to make any judgment based on the political leanings of a website.

Mr. Pappas declined to comment, and Ms. Hardy didn't reply to a request for comment.

---

SHARE YOUR THOUGHTS

*Does Google give you what you expect in search results? Join the discussion below.*

---

Over the past year, abortion-rights groups have complained about search results that turned up the websites of what are known as "crisis pregnancy centers," organizations that counsel women against having abortions, according to people familiar with the matter.

One of the complaining organizations was Naral Pro-Choice America, which tracks the activities of anti-abortion groups through its opposition research department, said spokeswoman Kristin Ford.

Naral complained to Google and other tech platforms that some of the ads, posts and search results from crisis pregnancy centers are misleading and deceptive, she said. Some of the organizations claimed to offer abortions and then counseled women against it. "They do not disclose what their agenda is," Ms. Ford said.

In June, Google updated its advertising policies related to abortion, saying that advertisers must state whether they provide abortions or not, according to its website. Ms. Ford said Naral wasn't told in advance of the policy change.

Ms. Levin said Google didn't implement any changes with regard to how crisis pregnancy centers rank for abortion queries.

The Journal tested the term "abortion" in organic search results over 17 days in July and August. Thirty-nine percent of all results on the first page had the hostname www.plannedparenthood.org, the site of Planned Parenthood Federation of America, the nonprofit, abortion-rights organization.

**App. 1474**

By comparison, 14% of Bing's first page of search results and 16% of DuckDuckGo's first page of results were from Planned Parenthood.

Ms. Levin said Google doesn't have any particular ranking implementations aimed at promoting Planned Parenthood.

### See the results of the Journal's search tests

Use the lookup tool below to select search terms analyzed. Percentages indicate how many times each web page appeared during the WSJ's testing.



The practice of creating blacklists for certain types of sites or searches has fueled cries of political bias from some Google engineers and right-wing publications that said they have viewed portions of the blacklists. Some of the websites Google appears to have targeted in Google News were conservative sites and blogs, according to documents reviewed by the Journal. In one partial blacklist reviewed by the Journal, some conservative and right-wing websites, including The Gateway Pundit and The United West, were included on a list of hundreds of websites that wouldn't appear in news or featured products, although they could appear in organic search results.

**App. 1475**

Google has said repeatedly it doesn't make decisions based on politics, and current and former employees told the Journal they haven't seen evidence of political bias. And yet, they said, Google's shifting policies on interference—and its lack of transparency about them—inevitably force employees to become arbiters of what is acceptable, a dilemma that opens the door to charges of bias or favoritism.

Google's Ms. Levin declined to comment.



**DEMANDS FROM GOVERNMENTS** for changes have grown rapidly since 2016.

From 2010 to 2018, Google fielded such requests from countries including the U.S. to remove 685,000 links from what Google calls web search. The requests came from courts or other authorities that said the links broke local laws or should be removed for other reasons.

Nearly 78% of those removal requests have been since the beginning of 2016, according to reports that Google publishes on its website. Google's ultimate actions on those requests weren't disclosed.

Russia has been by far the most prolific, demanding the removal of about 255,000 links from search last year, three-quarters of all government requests for removal from Google search in that period, the data show. Nearly all of the country's requests came under an information-security law Russia put into effect in late 2017, according to a Journal examination of disclosures in a database run by the Berkman Klein Center.

Google said the Russian law doesn't allow it to disclose which URLs were requested to be removed. A person familiar with the matter said the removal demands are for content ruled illegal in Russia for a variety of reasons, such as for promoting drug use or encouraging suicide.

Requests can include demands to remove links to information the government defines as extremist, which can be used to target political opposition, the person said.

Google, whose staff reviews the requests, at times declines those that appear focused on political opposition, the person said, adding that in those cases, it tries not to draw attention to its decisions to avoid provoking Russian regulators.

The approach has led to stiff internal debate. On one side, some Google employees say that the company shouldn't cooperate at all with takedown requests from countries such as Russia or Turkey. Others say it is important to follow the laws of countries where they are based.

"There is a real question internally about whether a private company should be making these calls," the person said.

Google's Ms. Levin said, "Maximizing access to information has always been a core principle of Search, and that hasn't changed."

Google's culture of publicly resisting demands to change results has diminished, current and former employees said. A few years ago, the company dismantled a global team focused on free-speech issues that, among other things, publicized the company's legal battles to fight changes to search results, in part because Google had lost several of those battles in court, according to a person familiar with the change.

"Free expression was no longer a winner," the person said.

—*Keach Hagey, Andrea Fuller, Rob Copeland, Jim Oberman and Mythili Sankara contributed to this article.*

—*Illustrations by Martin Tognola*

—*Graphics by Elliot Bentley and Kara Dapena*

**Write to** Kirsten Grind at kirsten.grind@wsj.com, Sam Schechner at sam.schechner@wsj.com and Robert McMillan at Robert.Mcmillan@wsj.com

**App. 1477**

Case 4:21-cv-00229-P KMAF Document 106-5 Filed 06/21/21 Page 140 of 203

**The New York Times** | https://www.nytimes.com/2018/09/21/technology/google-search-political-bias.html

# Google C.E.O. Denies Allegations of Political Bias in Search Results

**By Kate Conger**

Sept. 21, 2018

SAN FRANCISCO — Sundar Pichai, Google's chief executive, said in an email to employees on Friday that the company has never and will never bias its search results for political purposes.

Mr. Pichai's message followed a report in The Wall Street Journal this week about an internal email thread from early 2017 in which Google employees discussed President Trump's travel ban, enacted by executive order shortly after his inauguration.

The ban restricted travel to the United States from Iran, Iraq, Libya, Somalia, Sudan, Syria and Yemen for 90 days and was met with wide condemnation throughout the tech industry. More than 100 tech companies — including Google — signed an amicus brief asking an appeals court to strike down the ban.

On an internal email thread at Google, employees discussed the possibility of including pro-immigration content in search, according to The Journal. The email thread was a brainstorming session among employees and none of the ideas were put into effect, said Gina Scigliano, a Google spokeswoman.

"Recent news stories reference an internal email to suggest that we would compromise the integrity of our Search results for a political end. This is absolutely false," Mr. Pichai wrote in the email, which was obtained by The New York Times. "We do not bias our products to favor any political agenda. The trust our users place in us is our greatest asset and we must always protect it."

Mr. Pichai's email did not address recent reports that Google is developing a search product for use in China that would censor certain results at the behest of the Chinese government. Google employees have said in an internal letter that the project, code-named Dragonfly, raises "urgent moral and ethical issues."

Google did not immediately have a comment on Mr. Pichai's email to staff.

Google has recently been under scrutiny for whether its search results are biased after Mr. Trump said last month that the internet company was intentionally suppressing conservative news outlets supportive of his administration. The company did not show up at a congressional hearing this month that was attended by Twitter's chief executive, Jack Dorsey, and Facebook's chief operating officer, Sheryl Sandberg, to address lawmakers' questions about social media manipulation.

*Follow Kate Conger on Twitter: @kateconger.*

Daisuke Wakabayashi contributed reporting.

**Interested in All Things Tech?** Get the Bits newsletter delivered to your inbox weekly for the latest from Silicon Valley and the technology industry.

A version of this article appears in print on , Section B, Page 2 of the New York edition with the headline: Google C.E.O. Denies Charges of Political Bias in Search

**App. 1478**





**TRENDING:**    **SLOW JOE**    **WOKE WARS**    **CHINA LAB LEAK THEORY**    **KAMALA BORDER CRISIS**    **MASTERS OF THE UNIVERS**

# ELECTION INTERFERENCE: GOOGLE PURGES BREITBART FROM SEARCH RESULTS

 169,896     EMAIL     PARLER     TWEET





Netflix, Edit: BNN

*by* ALLUM BOKHARI ⋮ 28 Jul 2020 

▶　　　🎧 LISTEN TO STORY　　　11:14

A few days after the 2016 election, at an internal meeting later leaked to Breitbart News, top Google executives, including Sundar Pichai, Sergey Brin, and Kent Walker, lamented President Trump's victory, comparing Trump voters to "extremists" and discussing their desire to make Trump's election and the populist movement a "blip" in history.

True to their word, four years later, Google is deliberately working to interfere with the reelection of Trump in 2020.



advertisement

There are several ways in which Google is interfering in the 2020 election, but this article will focus primarily on one of them: political search bias.

**Google Has Been Purging Breitbart Content from Search Results Since the 2016 Election**

Search visibility is a key industry measure of how findable a publisher's content is in Google search. New data shows that Google has suppressed Breitbart's search visibility by 99.7 percent since 2016.

On April 4, 2016, Breitbart ranked in the top ten search positions (i.e., on the first page of Google search results) for 355 key search terms; but now, as of July 20, 2020, Breitbart ranks in the top ten search positions for only one search term. And, on April 4, 2016, Breitbart ranked in the top 100 search positions for 16,820 key search terms; but now, as of July 20, 2020, Breitbart ranks in the top 100 search positions for only 55 search terms.

Moreover, organic Google search traffic to Breitbart (measured by unique visitors) is down 63 percent when comparing the first half of 2016 with the first half of 2020.

The following chart shows the visibility of Breitbart content in the Google search engine since 2011. It shows that Google has nearly eliminated Breitbart content from its search results.



**App. 1481**





*A close-up of the visibility decline following Google's May 2020 core update.*



advertisement

This foregoing graph also shows three major drops in Breitbart's search visibility (these drops are highlighted by the bright red lines). The first drop took place shortly after (and inferentially in response to) the 2016 election. The second took place in July of 2019. The third took place in May of this year, after which (1) unless a user types "Breitbart" into the search bar (and even then), they are highly unlikely to get any Breitbart content search results, and (2) Breitbart search results for "Joe Biden" and other Biden-related search terms have gone to zero. Even if you specifically search for Breitbart News headlines, you are unlikely to find them in Google search.


**Google Just Killed All Search Traffic to Breitbart for Joe Biden and Joe Biden-Related Searches**

After Google's May core search update on or about May 5, 2020, Google search impressions and search traffic to Breitbart for "Joe Biden" and other Biden-related search terms has gone to zero. *Zero*. The following graph clearly illustrates the foregoing.

**App. 1482**



*On May 1, Google searches for "Joe Biden" generated approximately 30,000 impressions (views, used as a metric for advertisers) for Breitbart links. After May 5, both impressions and clicks went to zero.*

Breitbart News spoke to an SEO (Search Engine Optimization) expert, a 25-year industry veteran, whose job consists of analyzing traffic data from Google's own website performance portal, Google Search Console.

The expert, who wished to remain anonymous, said he had never seen anything like this graph — and that it indicates highly probable manipulation on the part of Google.

"I've never experienced such a wholesale removal of rank and visibility on specific concepts on a site as I have seen being applied to Breitbart," said the expert. "Removal is the key, not dropping in rank, which would be an organic devaluing. These ranks are just simply gone, overnight, while other topics have been untouched."

"The sheer fact that there are thousands of pages of Breitbart content that reference Biden that were ranking before May 6, that now have no rank or impressions on search is a sign of manipulation, not algorithmic devaluing."



*A longer view: Google search traffic to Breitbart News from the search term "Joe Biden" from July 2019 to the present. A regular heartbeat followed by a flatline as the election grows closer.*

### The Percentage of Traffic to Breitbart from Google Search (9%) Is Just a Fraction of the Average Publisher's (30-50%); Expert Believes Breitbart Being Blacklisted

Dr. Robert Epstein, a psychologist and former Hillary Clinton supporter who has spent the last half-decade studying the effects of search engine bias on voters, said he believes Breitbart News is currently



# BREITBART

"For news websites large and small, Google — in combination with its YouTube offshoot — typically drives between 30 and 50 percent of the traffic to those sites," Dr. Epstein told Breitbart News via email. "For the New York Times, the percentage is currently 39.3%. At the moment, Google is responsible for just 9 percent of Breitbart's traffic, and YouTube is sending a negligible amount, if any. Given the size of Breitbart's audience, this suggests to me that Breitbart is listed on one or more of Google's blacklists."

"Those are the lists that Google denies having — even under oath in Congressional hearings — even though two of those blacklists were leaked from the company last year by whistleblower Zach Vorhies."

"How many blacklists they actually maintain is unknown, but it wouldn't surprise me if it's a hundred or more," continued Epstein.

Dr. Epstein recently told Breitbart News's Alex Marlow that Google is likely to shift ten percent of voters away from Trump to fulfill its executives' stated goal of avoiding a repeat of 2016.

The psychologist has previously explained how Google's search bias can affect undecided voters by offering them selective information about political candidates. This is because voters are not inclined to suspect search results of bias in the same way that they might suspect a CNN or *New York Times* report to be biased.

In testimony before the Senate Judiciary Committee last year, Epstein warned lawmakers that big tech could influence an extraordinary number of voters without any trace.

"In 2020 — if all these [big tech] companies are supporting the same candidate — there are 15 million votes on the line that can be shifted without people's knowledge, and without leaving a paper trail for authorities to trace."

In a comment to Breitbart News, a Google spokeswoman denied allegations of political bias.

"There is no validity whatsoever to these allegations of political bias," said the spokeswoman. "Our systems do not take political ideology into account, and we go to extraordinary lengths to build our products for everyone in an apolitical way. Anyone can easily cherry-pick a range of conservative, progressive or non-political sites that have seen traffic changes over time. The improvements we make to Search undergo a rigorous testing process and are done to provide helpful information for the billions of queries we get every day."

**Google Search Rankings Suggest More Wholesale Suppression of Conservative Publishers**

Breitbart News isn't the only conservative news site that has an unusually low position in Google's search rankings. Alexa data shows that the percentage of traffic to conservative websites that come from Google is far lower than that of corporate media sites.



*Percentages of website traffic from Google, via Alexa web rankings. Red = media sources with conservative or libertarian-leaning editorial stances. Data is a six-month average as of July 7, 2020.*

 **BREITBART**

Meanwhile, all ten of the top-ranked sites, with the arguable exception of heavy.com, are from the corporate, liberal-leaning, or leftist media. Far-left Vox.com is placed third.

The highest-ranking conservative-leaning news publishers — the *New York Post,* the *Wall Street Journal,* and the British *Daily Mail* are all newspapers and part of the media establishment and are relatively centrist. Yet even they are far behind leftist outlets like Vox and the *Guardian* in Google traffic. The top online-only conservative outlets — Breitbart News, The Daily Caller, and The Blaze — are all near the bottom.

Last week, several conservatives on social media recently noticed that their articles were not appearing at all in Google search. Breitbart News was similarly affected. Google claimed to have investigated the issue, which the company has attributed to an error, and conservative journalists and websites have reported their search results returning. What last week's incident shows is Google's incredible power to control what people do and do not see with the flick of a switch.

But the data in this article shows that Google's manipulation of search results, and its systematic undermining of conservative media, has been far more long-running and pervasive than this one incident.


**Takeaways**

Google has stated its intention clearly: to make sure the 2016 election of President Trump was a "blip" in history. Sure enough, with less than five months before the election, Google is manipulating election-related search results. The scope and audacity (and hubris) make any alleged foreign interference in the 2016 election pale by comparison. And, it will surely warrant an even greater post-election congressional scrutiny. It will greatly strengthen the contention of Sens. Josh Hawley (R-MO) and Richard Blumenthal (D-CT), and of Sens. Tom Cotton (R-AR) and Kelly Loeffler (R-GA), that search result manipulation ought to be a major subject of the Department of Justice's antitrust investigation into Google. Not surprisingly, when recently asked about political search bias, Vice President Pence told Breitbart News that "we're going to watch it closely."

**Are you an insider at Google, Reddit, Facebook, Twitter, or any other company who wants to confidentially blow the whistle on wrongdoing or political bias? Reach out to Allum Bokhari at allumbokhari@protonmail.com.**

*Allum Bokhari is the senior technology correspondent at Breitbart News. His book #DELETED: Big Tech's Battle to Erase the Trump Movement and Steal The Election is out in September.*


**READ MORE STORIES ABOUT:**

2020 Election, Politics, Tech, Biden, Donald Trump, Google, Joe Biden, Masters of the Universe, Sundar Pichai, YouTube

May 17, 2016, 11:07am EDT

# Google Must Answer Lawsuit For Manually Removing Websites From Its Search Index



**Eric Goldman** Former Contributor ⓘ
Tech
*I write about Internet law, intellectual property and advertising law*

⏱ **This article is more than 5 years old.**

You'd probably be hopping mad if Google manually kicked your website out of its search index; and if you're an SEO company and Google also kicked all of your clients out, you'd probably feel pretty litigious. But courts have repeatedly ruled that Google has virtually absolute discretion to decide what sites it indexes and how to present them, so any lawsuit over Google de-indexing is surely doomed...right? Not so fast, a Florida federal judge said.



App. 1487

(Photo credit: LEON NEAL/AFP/Getty Images)

The court summarizes the plaintiff E-ventures's allegations:

> on September 19, 2014, Google removed 231 of its
> websites from being displayed on Google or Google-
> affiliated websites because they had been identified
> as "pure spam." Over time, 365 such websites were
> removed. As a result of these removals, plaintiff's
> websites could not be located by anyone using the
> Google.com search engine. Plaintiff attempted to
> cause new websites to be listed in Google's search
> results, but these new websites were rejected by
> Google because of their affiliation with plaintiff.
> Plaintiff alleges that the removal of its websites was
> inconsistent with statements published by Google
> in its "Removal Policies," both in terms of what the
> Policy says and what it fails to say. Plaintiff alleges
> that Google's public statements about its removal
> policy were false, deceptive, and misleading
> because they are inconsistent with what Google did
> to plaintiff, and identifies eight specific false
> statements. Plaintiff alleges that Google's conduct
> towards it was motivated by anti-competitive
> reasons and to punish plaintiff for engaging in "pure
> spam" and not on the content of the websites.

Google moved to dismiss the lawsuit. The court rejected virtually all of
Google's arguments.

*Section 230*. Google argued that its actions were protected by 47 U.S.C.
230(c)(2), the 1996 federal law that says websites aren't liable for their
content filtering decisions. However, the section that the filtering decisions
be made "in good faith," and the plaintiff argued that Google's decisions
lacked good faith. Citing a quirky 2010 New Jersey opinion, Smith v.
TRUSTe, the court says the plaintiff's bare allegation was good enough to
survive a motion to dismiss. This article explains why Section 230(c)(2)
should have been a winning argument for Google.

**App. 1488**

*First Amendment*. Google argued that E-ventures' claims violated the First Amendment. The court says (correctly) that "search engine output results are protected by the First Amendment" (cites to Zhang, Langdon, Kinderstart and the old Search King case). The court adds:

> The Court finds these cases persuasive that Google's PageRanks are pure opinions of the website's relevancy to a user's search query, incapable of being proven true or false.

So far, this sounds good for Google. But then the court then says Google allegedly lied by saying E-ventures' websites didn't comply with Google's policies. If true, the court says that would be a statement of fact, not opinion, and thus not protected by the First Amendment. Sadly, the court's "analysis" jumbles together several different First Amendment concepts in a completely nonsensical way. Furthermore, where there's a strong anti-SLAPP statute (which Florida does not have), a plaintiff needs to offer more proof than just claiming defendant falsity. This is yet another reason why I favor a federal anti-SLAPP law.

Google correctly responded that the First Amendment protects its editorial judgments, but the court says the plaintiff sufficiently alleged that Google's judgments were "based upon anti-competitive motives." That allegation was enough for the judge to reject Google's First Amendment arguments.

The court allowed most of E-ventures' other claims to continue as well. Some allegations are based on the plaintiff's thorough dissection of Google's self-descriptions on its website, which apparently retain some vestigial language from when Google tried to portray its search index as a neutral mirror of the Internet (even though we've known that isn't true for more than a decade).

Overall, the court sided with the plaintiff at virtually every juncture, even using some pretty jaw-droppingly dubious legal conclusions to do so, so this ruling hardly could have gone worse for Google. Still, there's no certainty the

**App. 1489**

plaintiff will win this case. Some judges give substantial benefit of the doubt to the plaintiff in response to a motion to dismiss (because the judge must accept plaintiff's factual story), but then take a very different tone later in the case when plaintiffs' allegations get less legal deference. While a judicial impulse to give plaintiffs their day in court is understandable, these judges often don't fully comprehend the tangible and intangible costs that litigation can impose on defendants and other similarly situated companies-- especially in a case like this, where there are major free speech and free press considerations. If a lawsuit is bogus, society benefits when the case tossed as soon as possible, so letting an obviously bogus case survive a motion to dismiss, only to kill it later, is often a bad social outcome even if it reaches the right result. (As the colloquialism goes, justice delayed is justice denied).

If, for whatever reason, the plaintiff actually makes real substantive progress in this lawsuit, the implications for Google could be seismic. The plaintiff's allegations go to the core of Google's search indexing practices. If Google can't freely decide to downgrade or de-index what it considers to be "pure spam," then Google faces liability pretty much any time it automatically or manually rejiggers its index (which always creates some winners and some potentially-litigious losers). It seems hard to believe that this case will be the one to break Google, especially given all of the prior attempts from more sympathetic plaintiffs, but that's what makes this court's initial ruling so disquieting.

Lawyers for both sides declined comment.

**Case citation**: E-ventures Worldwide, LLC v. Google, Inc., 2016 WL 2758889 (M.D. Fla. May 12, 2016). E-ventures' original complaint.

 **Eric Goldman**

I am a professor at Santa Clara University School of Law, where I teach and write about Internet Law, Intellectual Property and Advertising Law. Before I became a... **Read More**

App. 1490

Amazon Doubles Down on Excluding Some Conservative Nonprofits From Customer Donations | The Heritage Foundation

☐

COMMENTARY Progressivism

Amazon Doubles Down on Excluding Some Conservative Nonprofits From Customer Donations

Jun 17th, 2020 3 min read

Kay C. James

@KayColesJames

President of The Heritage Foundation

James is a leader in government, academia and the conservative movement.

KEY TAKEAWAYS

Amazon.com doubled down on its policy that prohibits customers from donating proceeds from their purchases to some well-established conservative nonprofits.

Amazon wants to show it is diverse and inclusive—just not diverse and inclusive enough to include groups with certain beliefs.

Consumers have a right to complain to Amazon and to ultimately decide not to do business with the retailer if their complaints aren't taken seriously.

In yet another slap in the face from far-left tech giants to conservatives, Amazon.com recently doubled down on its policy that prohibits customers from donating proceeds from their purchases to well-established conservative nonprofits like the Family Research Council and the Alliance Defending Freedom.

While Amazon customers can use the AmazonSmile program to donate a portion of each purchase to left-leaning organizations like Planned Parenthood, the Freedom From Religion Foundation, and the Center for American Progress (and to be fair, to many right-leaning organizations, too), Amazon has decided to single out a few well-known conservative organizations like FRC and ADF from receiving part of the tens of millions of dollars the program raises each year from customers.

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 154 of 203

That's because the company uses the radical, left-wing Southern Poverty Law Center (SPLC) as the standard-bearer to decide which nonprofits' customers are allowed to direct their contributions to.

Get exclusive insider information from Heritage experts delivered straight to your inbox each week. Subscribe to The Agenda >>

The SPLC has labeled some of the mainstream conservative organizations it disagrees with as "hate groups" and publishes their names in a directory alongside real hate groups like the Ku Klux Klan and neo-Nazis. Amazon won't allow any group that's on the SPLC's "hate list" to participate in AmazonSmile.

The SPLC itself is a completely discredited organization. It bills itself as being on the front lines in the fight against racial inequality and injustice, yet last year its own staffers accused its leadership of years of racial and gender discrimination and of widespread sexual harassment. Whistleblowers said that the organization had a "systemic culture of racism and sexism within its workplace." As a result, its cofounder and president were both forced out.

With all this baggage and the SPLC's known bias against conservatives, one has to wonder why Amazon is using the center to determine which nonprofits are acceptable and which are not. Yet, recently, at the urging of Amazon's board of directors, shareholders defeated a resolution that would have ended the use of the SPLC's defamatory list.

That means long-established, venerable organizations like the Family Research Council continue to be excluded from receiving contributions because the SPLC considers an organization that adheres to traditional Christian teachings about marriage a hate group.

Alliance Defending Freedom, a respected organization of Christian lawyers dedicated to defending religious liberty and free speech rights, was also designated an anti-LGBT hate group because of its defense of traditional marriage in the courts. The SPLC also considers groups like the Center for Immigration Studies that advocate for stricter border enforcement as anti-immigrant hate groups.

The people at the SPLC certainly have a right to disagree with these groups' policy positions; but it's unconscionable that they would label decent people as hateful and consider them on equal footing with neo-Nazis and the Klan.

**App. 1492**

6/18/2021
Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 155 of 203
Amazon doubles down on excluding some conservative nonprofits from customer donations | The Heritage Foundation

It's also unconscionable that Amazon would legitimize the SPLC's list. In doing so, Amazon is telling millions of its customers who share the same traditional Christian or conservative beliefs that they are hateful, too.

A piece of free advice for Amazon's board of directors: I've served on several corporate boards during my career, and it's just bad business to alienate upwards of half of your customers.

When Amazon's board recommended that shareholders reject the resolution, it said, "The policies and procedures we have in place for our employees, sellers, and customers are intended to foster diversity and inclusion and promote respect for all people."

How ironic. Amazon wants to show it is diverse and inclusive—just not diverse and inclusive enough to include religious groups that espouse traditional Christian beliefs or immigration groups that believe in protecting the nation's borders.

While Amazon is within its rights as a private company to conduct its business the way it wants, consumers also have a right to complain to Amazon and to ultimately decide not to do business with the retailer if their complaints aren't taken seriously.

In the wake of COVID-19, there are plenty of local businesses that need our support to help bring the U.S. economy back. Perhaps that fact, combined with Amazon's refusal to change its ways, will provide the impetus for people to shop locally more often. Local business owners may have their own political opinions, but most are smart enough not to insult half of their customers by injecting those opinions into the shopping experience.

This piece originally appeared in The Washington Times

Get Inside Information on the Policies Shaping America

Each week, The Heritage Foundation publishes a limited-release newsletter with all of the latest news and updates on the critical policy issues being discussed on the Hill. Stay in the know when you sign up today.

First Name:


Last Name:


Email:

**App. 1493**



**THE CORNER**

POLITICS & POLICY

# Amazon's Foolish Collaboration with the Southern Poverty Law Center

**By CAMERON HILDITCH** | June 24, 2020 12:37 PM



(Mike Segar/Reuters)

 Listen to this article

The next time you buy something from Amazon (I say "the next time" because there's really no point using the conditional tense anymore when it comes to our

App. 1494

make a donation to a charity under the auspices of their "Amazon Smile" program. This donation won't cost you a thing. Amazon themselves donate 0.5 percent of the cost all eligible products to the charity of your choice if you opt into "Smile," and over $160 million has been raised so far through this program for various charities across the world. The only shortcoming of this otherwise laudable venture is that Amazon have outsourced the decision-making process for which nonprofits are eligible for Smile to the extremely dubious Southern Poverty Law Center.

For those who do not know, the SPLC is a legal-advocacy organization that tries to police the Overton Window of acceptable discourse in the United States. They are notorious for their famous list of "hate groups," which names nonprofits like the Alliance Defending Freedom and the American College of Pediatricians alongside groups like the Ku Klux Klan and the Nation of Islam. The SPLC's promiscuous proclivity for damning any group or individual to the right of Samantha Bee on social issues now restricts the ability of Amazon's customers to donate to nonprofit organizations of their choice. It's somewhat baffling that Amazon would choose to place their flagship charitable enterprise under the yoke of the SPLC given that its reputation has been in free-fall for some time, and not only in the eyes of those on the right. The nonprofit watchdog CharityWatch gives the SPLC an F, its lowest grade, on account of the fact that it has over six and a half years worth of available assets in reserve. Philanthropy Roundtable, another nonprofit-monitoring group, has this to say about the group's financial structure.





**App. 1495**



Learn More

Its two largest expenses are propaganda operations: creating its annual lists of "haters" and "extremists," and running a big effort that pushes "tolerance education" through more than 400,000 public-school teachers. And the single biggest effort undertaken by the SPLC? Fundraising. On the organization's 2015 IRS 990 form it declared $10 million of direct fundraising expenses, far more than it has ever spent on legal services.

The National Center for Public Policy Research sent a petition to Amazon's board of directors opposing of the SPLC and also spearheaded a shareholder resolution on viewpoint discrimination in May during one of Amazon's shareholder meetings. Unfortunately, the resolution was defeated. After the meeting, Justin Danhof, director of the Free Enterprise Project at the National Center for Public Policy Research, said, "Today, Amazon's board of directors publicly and unequivocally endorsed viewpoint discrimination against Christian and conservative organizations."

The SPLC has consistently attempted to employ the strategy of legal and moral excommunication of its enemies that was so justly successful for the civil-rights movement in the 1960s. The 1964 Civil Rights Act used the coercive force of law to restrain the interests of those who opposed the advancement of African-Americans in every sphere of public life. The problem is that groups like the SPLC have become intoxicated by this strategy of binding and loosing behaviors and opinions in the public square using the force of law. Because this method was so effective in subduing the menace of the KKK, for example, these groups are now attempting to operationalize the same tactics against all who oppose the

**App. 1496**



courts of law, at the ballot box, and by the way they treat their neighbors that this kind of moral equivalency between the institutionalized prejudices of the past and right-of-center politics in the present is thoroughly unpersuasive and will not yield the results that the hard Left hopes it will.

   

 **RETURN TO THE CORNER**

---

**CAMERON HILDITCH** is a William F. Buckley Fellow in Political Journalism at National Review Institute. **@cameronhilditch**

## AROUND THE WEB

revcontent



**10 Discounts Seniors Get But Only If They Know**

SENIOR SAVINGS



**The Worst College In Every US State, Ranked**

MONEYWISE.COM



**States Where Americans Don't Want To Live Anymore (#3 Will Surprise You)**

MONEYWISE.COM

https://www.nationalreview.com/corner/amazons-foolish-collaboration-with-the-southern-poverty-law-center/

**App. 1497**

# INSIDER

Subscribe

**US MARKETS OPEN**    In the news

| ▲ **Dow Jones** | ▲ **Nasdaq** | ▲ **S&P 500** | ▼ **TSLA** | ▲ **FB** | ▼ **BABA** |
| -1.18% | -0.66% | -0.91% | +0.2% | -1.41% | +0.33% |





HOME  >  TECH

# Jeff Bezos hinted Amazon might split from the SPLC over designation of extremist groups after pressure from a GOP lawmaker

**Avery Hartmans**   Jul 29, 2020, 5:52 PM

  



‹ HOMEPAGE

Subscribe

**App. 1498**



**Amazon CEO Jeff Bezos testifies at the House antitrust hearing.** Mandel Ngan-Pool/Getty Images

- **Amazon CEO Jeff Bezos crumpled under questioning at the hands of Rep. Matt Gaetz during Wednesday's tech antitrust hearing.**

- **Gaetz asked Bezos about the company's Amazon Smile program, which allows customers to designate charities they'd like to support. Amazon will donate a portion of some of their sales to that organization.**

- **The company relies on the U.S. Office of Foreign Assets Control and the Southern Poverty Law Center to determine any charities that are ineligible for Amazon Smile, which includes groups that promote hate, terrorism, intolerance, or violence.**

- **Gaetz mentioned a handful of groups such as Catholic Family News, American Family Association, and Jewish Defense League that are flagged by the SPLC and therefore not eligible to participate in Amazon Smile, and Bezos responded that it's "an imperfect system" and said Amazon would "like suggestions on better or additional sources" to guide the program.**

- **The groups mentioned by Gaetz promote a range of hateful ideologies, including anti-Semitism and anti-LGBTQ rights, according to the SPLC.**

- **Visit Business Insider's homepage for more stories.**

<  HOMEPAGE                        Subscribe

Amazon CEO Jeff Bezos folded under questioning from Rep. Matt Gaetz during Wednesday's tech antitrust hearing.

Gaetz, a Republican representative from Florida, asked Bezos about Amazon's Smile program, which donates 0.5% of eligible purchases to the charitable organization of a customer's choice. Amazon relies on the U.S. Office of Foreign Assets Control and the Southern Poverty Law Center (SPLC), a nonprofit that identifies hate groups and extremist groups in the US, to help it determine ineligible charities.

Amazon says it does not allow customers to donate to organizations that "engage in, support, encourage, or promote intolerance, hate, terrorism, violence, money laundering, or other illegal activities."

Gaetz questioned why certain organizations — including Catholic Family News, American Family Association, and Jewish Defense League — are not included as options for customers.

<    HOMEPAGE                                                    Subscribe

**App. 1500**

"I'm just wondering why you would place your confidence in a group that seems to be so out of step and seems to take mainstream Christian doctrine and label it as hate?" Gaetz asked Bezos.

Here's the full exchange:

**Bezos:** We use the Southern Poverty Law Center data to say which charities are extremist organizations, we also use the US Foreign Asset Office to do the same thing, those two together ...

**Gaetz:** But why? Since they're calling Catholics and these Jewish groups hateful groups, why would you trust them?

---

< HOMEPAGE                                                                    Subscribe

**Gaetz:** No doubt.

**App. 1501**

**Bezos:** And I would like suggestions on better or additional sources for how to ...

**Gaetz:** My suggestion would be a divorce from the SPLC.

The SPLC came up again a few minutes later in another line of questioning, and Bezos again implied that Amazon would explore other options besides the SPLC when determining appropriate charitable organizations.

"While I accept what you're saying that the SPLC and US Foreign Asset Office are not perfect, and I would like a better source if I can get it, that is what we use today," Bezos said.

While Gaetz described a handful of groups that he sees as promoting "mainstream Christian doctrine," the groups specifically mentioned by Gaetz are described very differently by the SPLC:

- Catholic Family Ministries publishes Catholic Family News, which has printed



‹  HOMEPAGE                                                    Subscribe

**App. 1502**    5/9

- Federation for Federal Immigration Reform, which the SPLC says has ties to white supremacist groups and pushes to "severely limit immigration" into the US.

- American Family Association, an anti-LGBTQ organization that organizes boycotts against companies that support LGBTQ rights, according to the SPLC.

- Family Research Council, an anti-LGBTQ group that the SPLC says has campaigned against same-sex marriage.

- Jewish Defense League, which the SPLC describes as "a violent form of anti-Arab, Jewish nationalism" that has organized terrorist attacks.

- While Gaetz cited Housing and Urban Development Secretary Ben Carson as being on the SPLC's list of extremist groups, that wasn't quite correct — while the SPLC posted an "extremist file" of Carson in 2014, it later took that page down and apologized to Carson.

Gaetz questioning of Bezos came after more than four hours of questioning from the House Judiciary Committee, interrupting once by something Bezos' lawyers claimed to be technical difficulties.

< HOMEPAGE                                    Subscribe

In the latter portion of the hearing, Bezos was pressed on a range of topics, including Amazon's treatment of third-party sellers and counterfeit products on the platform.



**Sign up for notifications from Insider! Stay up to date with what you want to know.**

**Subscribe to push notifications**

NEWSLETTER

**Sign up for the 10 Things in Tech newsletter for the latest trends & developments in tech.**



By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

## SEE ALSO: Lawmakers question the CEOs of Apple, Google, Facebook, and Amazon in historic House investigation »

## NOW WATCH:



‹   HOMEPAGE                Subscribe



SYNDICATE    ADVERTISE    VIDEO

**ZENGER** BETA

🔍 Search

LOG IN
JOIN US

PITCH
A
STORY

OFFBEAT    SCIENCE    WORLD    POLITICS    BUSINESS    TECH    URBAN    LATINO    *EN ESPAÑOL*    VIDEO

# Amazon Banned, Un-Banned Documentary about Michael Brown's Death that Indicts 'American liberalism'

*Black conservative author Shelby Steele says his film "asks questions Black Lives Matter would not allow."*

By Kevin Michael Briscoe / November 18 , 2020

f Facebook    🐦 Twitter    in Linkedin    ✉ Email



New documentary, "What Killed Michael Brown?", illuminates new narrative on historic Ferguson conflict.(Pictured: Tear gas reigns down on a woman kneeling in the street with her hands in the air after a demonstration over the killing of teenager Michael Brown by a Ferguson police officer on August 17, 2014 in Ferguson, Missouri. (Photo by Scott Olson/Getty Images)



## TRENDING NOW

**ASIA**



**India's Online Gaming Industry Projected To Hit $3.9 Billion By FY25: KPMG**

**ASIA**

**Indian Used Cars Platform CARS24 Sets Aside $100 Million For Expansion**

**PICTURE OF THE DAY**



**U.S. President Joe Biden signs the Juneteenth National Independence Day Act into law in the East Room of the White House on June 17, 2021 in Washington, DC. The Juneteenth holiday marks the end of slavery in the United States and the Juneteenth National Independence Day will become the 12th legal federal holiday — the first new one since Martin Luther King Jr. Day was signed into law in 1983. (Photo by Drew Angerer/Getty Images**

**ANIMALS**



**VIDEO: Wing And A Prayer: Hopes For Endangered Bald Ibises Released Into The Wild**

**App. 1505**





×
Ad removed. <u>Details</u>

multiculturalism and affirmative action. His new documentary *What Killed Michael Brown?*, a collaboration with his award-winning filmmaker son Eli Steele, turns the culturally dominant view about the unarmed black teenager's death on its head.



### RECENT UPDATES



**1,600-Year-Old Mosaic To Go On Display In Israel**



**Video Games Could Help Treat Mental Health Issues**



**Cybercriminals Target Indians With Fake Covid-19 Subsidies**



**Third Wave May Not Hit More Children Than Adults In India, WHO Survey Indicates**

## The Smarter News Quiz

 By Rachel McMahon,
Quizmaster for Zenger News

**Which soccer player became the all-time goal scorer in the UEFA European Champ**

Chaos Soccer Ge

Bastian Schweinsteiger    Neymar

Cristiano Ronaldo    Leo Mes



Award-winning filmmaker Eli Steele, in collaboration with his father Shelby Steele, released their new documentary "What Killed Michael Brown" to much acclaim. Eli Steele goes on the record with Zenger News. (Photo courtesy of Eli Steele)

**App. 1506**

"We wanted to understand what really happened in Ferguson. What did it mean for us as Americans?" Eli told Zenger News. "And why had Americans responded to Ferguson the way it did? These questions about America's response to Ferguson—not the actual shooting of Brown—were really what drove the focus of our documentary."

The Steeles believe their conservative politics led to Amazon Prime Video initially pulling the plug on the documentary, which was slated to begin streaming on October 16. Amazon later reinstated the film.





"The film ... is a unique take on race relations in the U.S. because it asks questions Black Lives Matter would not allow, for example, 'Is Michael Brown in any way responsible for his own death?'" Steele said in a statement. "When Amazon decided to cancel [the film], they let themselves be captured by white guilt. Amazon doesn't want justice for blacks, as they claim. They want the look of racial innocence attached to their brand."

Amazon told the Steeles in an email that their film "doesn't meet Prime Video's content quality expectations" and that the company "will not be accepting resubmission of this title and this decision may not be appealed."

Amazon did not respond to a request for comment.

**App. 1507**

What Killed Michael Brown? (Official trailer)





TAAT

**Taat Global Alternatives Inc. (OTC: TOBAF | CSE: TAAT) Could Soon Dominate This $814B Sector...**

**READ MORE**

*The Poetic Truth*

On screen, Shelby Steele stands in front of the Canfield Green apartment complex, just feet from where Michael Brown was killed and left in the street for four hours, while a narrator sets the tone: "Groups pass on their identity to their young by telling them cautionary tales, 'Watch out for the whites.' So if you're black and you step outside of any of these apartments and see Michael Brown's body … at that moment, before any evidence or witness testimony, all you can see is a victim of American racism."

**App. 1508**



Steele's unconventional approach is questionable, according to one scholar who argues that when black Americans talk about racism every individual has an individual story.

"Dr. Steele makes a long-standing argument that blacks are complicit in their own suffering," said Dr. Donn Worgs, a political science professor and program director for the African and African American studies program at Towson University in Maryland. "It's troubling to see people discount black people's personal, lived experience. Any journalist worth his salt could go into [a black neighborhood in Ferguson] and talk to the people, and no doubt they'd all present different perspectives on how racism has touched them."

Worgs says Steele is wrong to blame liberalism for Brown's death, calling it a case of bad policing. That view is shared by the U.S. Department of Justice. "Black Lives Matter is a genius concept because it is critical of police violence and the systematic dehumanization of black people," Worgs said. "Whether Brown committed a crime or not, he did not deserve to die. It's not enough just to not kill innocent people; the police should not be killing guilty people either."

**App. 1509**



Attorney General Eric Holder makes a separated statement on the unrest after the unarmed 18-year-old Michael Brown was shot by a police officer in Ferguson, Missouri, during a major financial fraud announcement press conference August 21, 2014 at the Justice Department in Washington, DC. Holder spoke on the current situation in Ferguson one day after his visit to the town and met with Browns family, saying the investigation of the shooting will be thorough and will be fair, and Department of Justice stands with the people of Ferguson. (Photo by Alex Wong/Getty Images)

*White Guilt and Post-'60s Liberalism*

The flip side of black victimization is white guilt, Steele says.

When U.S. Attorney General Eric Holder went to Ferguson in August 2014 to investigate Brown's death, he came as both the nation's top law enforcement official and "also as a black man," leading some to believe his agenda was set beforehand and the Obama administration was already aligned against the Ferguson Police Department.

"Eric Holder came to Ferguson as an envoy of the Black Power movement, but there was no evidence of white racism in the shooting of Michael Brown," Steele says in his film. "Where did he find the momentum to go on? I think it was white guilt. Since the '60s, whites have lived under the accusation that they are racists. Thus, there is a compulsion to prove their innocence of racism. This compulsion is white guilt; it is not actual guilt.

"For Holder, it wasn't just [police officer] Darren Wilson who pulled that trigger; it was the thousands of other officers dating back to the oppressions of slavery and segregation. The weight of all of that history is the measure of systemic racism today."

**App. 1510**

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 173 of 203

Steele said modern American liberalism falsely promises to remove blacks from the grips of white supremacy.

"Back in the '60s, we blacks made a very bad deal with America. We demanded that America help us develop," he said. "But if that was logical, it was also naive. It seduced us into putting our faith right back into the hands of the same white America that had oppressed us in the first place.

"The liberalism that insists on Michael Brown being a victim of racism also makes him an invisible man. We have no chance to know what really ailed him when he arrived at that profoundly bad decision to slam his fist into the officer's face, wrestle him for his gun and make that final, fateful charge at Officer Wilson. I don't believe racism drove Darren Wilson to shoot Michael Brown. I think the motive was so simple as to be unbelievable: He feared for his life."

Despite initial allegations that Brown poetically surrendered, hands in the air, before Wilson shot him dead, an investigation later proved that "Hands up, don't shoot" was a fabrication.

Wilson was justified in using deadly force, Steele said.

Holder's report concluded "that Ferguson police officers routinely violate the Fourth Amendment in stopping people without reasonable suspicion, arresting them without probable cause and using unreasonable force against them."



ST. LOUIS, MO – NOVEMBER 26 : Demonstrators protest the shooting death of Michael Brown November 26, 2014 in St. Louis, Missouri. Brown, a 18-year-old

**App. 1511**

Case 4:21-cv-00220-RH-MAF  Document 106-5  Filed 06/21/21  Page 174 of 203

black male teenager was fatally wounded by Darren Wilson, a white Ferguson Police officer on August 9, 2014. A St. Louis County 12-member grand jury who reviewed evidence related to the shooting decided not to indict Wilson with charges sparking riots through out Ferguson. (Photo by Joshua Lott/Getty Images)

*Black Conservatism in the Arena*

Steele does have supporters who stick their necks out routinely to stir America's race discussion.

"Black Lives Matter doesn't give a damn about blacks. They care about a narrative based on Marxism and being an adjunct of the Democratic Party," said Clarence McKee, a former Reagan administration official and author of *How Obama Failed Black America and How Trump Is Helping It.* "If you don't think like they do, you can get blacked out in much of the mainstream media and corporate America. They do know how to make people feel guilty."

Like the Steeles, McKee is a critic of "Critical Race Theory," an academic discipline that drives much of today's race politics.

Steele's son, Eli, agreed. "The problem with the systemic racism argument is that it comes out of the Critical Race Theory, which demands that everything be viewed through racial lenses. While racism may explain things in some cases, it is often the exception and not the rule," said the younger Steele.

**App. 1512**



Shelby Steele, research fellow at the Hoover Institution in Stanford, CA sits for a portrait in this undated photo. Shelby, who's study specialty is race relations, multiculturalism, and affirmative action has published several books and articles on those subjects and has appeared on numerous national affairs and news programs. He is against slave reparations. (File photo courtesy of the Hoover Institution/Getty Images)

*Big Tech as Censor?*

Shelby Steele believes Amazon risked a massive backlash by trying to silence him, and predicts both ends of the political spectrum don't like when billion-dollar technology companies play favorites.

"Political pressure is building on the left, which dislikes Big Tech's success and size; and on the right, which resents its leftward bias in suppressing cultural messages it doesn't want people to hear," said Sandye McIntyre, an IT and management consultant.

"Amazon Prime Video isn't a journalistic enterprise/news media outlet; it's a content and distribution platform," McIntyre said. "The leadership of many media and tech companies are biased, either toward the left or the right,

App. 1513

Case 4:21-cv-00220-RH-MAF Document 106-5 Filed 06/21/21 Page 176 of 203

but all are biased toward financial benefit, risk aversion and long-term survival."

McIntyre also believes online platforms have an obligation to ensure they're not providing a platform for misinformation and disinformation.

"The progressive roots of the Black Lives Matter movement have been falsely recast as violent, anti-American anarchy," he said. "It's possible that Amazon didn't want to be complicit in smearing the movement ... by streaming the documentary."

*(Edited by Allison Elyse Gualtieri and Anne Denbok.)*

Taboola Feed

**Experts Discover Girl Born From Two Different Species**
Elite Herald | Sponsored

**$11/Month Gets Seniors Under 86 of Age $100,000 in Life Insurance**
American Life Insurance Today | Sponsored

**Windows Users Must Remember To Do This Before Tomorrow**
SecuritySavers | Sponsored                    Learn More

**Couple Makes A Bet: No Eating Out, No Cheat Meals, No Alcohol. A Year After, This Is Them**
HealthyGem | Sponsored

**Kate Middleton Just Dropped An Unexpected Baby Bombshell**
Elite Herald | Sponsored

**Lily From The AT&T Ads Is Causing A Stir For One Reason**
Parenting Factor | Sponsored

**Man Finds Wierd Cave In Millington, Enters And Drops To His Knees**
Interesticle | Sponsored

**Serena Williams Now Owns The Miami Dolphins**
FinanceChatter | Sponsored

**He Used To Be Handsome In 81s Now It's Hard To Look At Him**
WTFacts | Sponsored

**App. 1514**


Login    Watch TV

AMAZON · Published October 14

# Amazon bans 'What Killed Michael Brown?' documentary, director says

'We speak the truth... we make no assumptions, no conspiracy, we don't do any of that,' director Eli Steele says

 By **Brian Flood** | **Fox News**

   



**Ferguson demonstrators remember Michael Brown**

Family, friends participate in silent walk

Filmmaker Eli Steele said Amazon has blocked a new film about the death of Michael Brown from appearing on its platform and he feels it's simply because his story "is not the politically correct narrative."

Brown's 2014 death sparked massive demonstrations in Ferguson, Mo., and around the country, helping solidify the Black Lives Matter movement in the process.

### IN 2014 SHOOTING OF MICHAEL BROWN, ST. LOUIS' TOP PROSECUTOR ANNOUNCES NO CHARGES AGAINST DARREN WILSON

Amazon told Steele, who directed "What Killed Michael Brown?", via email that the film did not meet the tech giant's "content quality expectations" and would not be eligible to appear on the service.

"We will not be accepting resubmission of this title and this decision may not be appealed," Amazon's email added.

Amazon did not immediately respond to a request for comment.

The decision came shortly after Wall Street Journal columnist Jason Riley essentially predicted the outcome with a piece headlined, "Will Amazon Suppress the True Michael Brown Story?"

Riley wrote that the "fashionable explanation for what happened to Brown" was "so-called systemic racism," but Steele's film didn't fit the typical agenda of mainstream media when telling the story.

Eli's father, the well-known conservative race scholar Shelby Steele, wrote and narrated the film.

6/18/2021
Case 4:21-cv-00220-RH-MAF   Document 106-5   Filed 06/31/21   Page 179 of 203
Amazon bans 'What Killed Michael Brown?' documentary, creator says | Fox News



**What Killed Michael Brown?**
from **ManOfSteeleProductions**

Buy $19.99

02:31

Steele first assumed the email was a result of technical problems with the lengthy process of getting a film to appear on Amazon's video platform.

**AMAZON PRIME DAY PACKAGE SURGE WON'T AFFECT ELECTION MAIL, USPS SAYS**

"Never once did it occur to me that the film would be rejected for content," Steele told Fox News. "It was shocking to me... if you watch the film, you hear voices from all over."

He said Amazon allows other Brown-related films that are the "appropriate narrative," compared to the one his father penned.

"Our side is not the politically correct narrative," he said. "We speak the truth... we make no assumptions, no conspiracy, we don't do any of that. It's an intellectual film, it's not a conspiracy film or anything that would warrant being blocked."

The younger Steele artculated his thoughts with an open letter published online.

"So, there you have it. Cancelled. Plain and simple. To confuse things further, there are other Ferguson related documentaries on the Amazon platform. 'What Killed Michael Brown?' would have offered a different perspective. As we made this film, including people from all different walks of life and perspectives, never once did we think that our film would be rejected. It is quite a startling

thing to realize that you are on the wrong side of the line that determines what is acceptable in our culture or not," Eli Steele wrote on the film's website.

### MISSOURI COP WAS BADLY BEATEN BEFORE SHOOTING MICHAEL BROWN, SAYS SOURCE

"If they did cancel us because of our differing views, then that is truly sad, especially when black voices speaking truth to power have been repeatedly silenced in America when they do not fit the acceptable narrative," he added. "What I'm most proud of in this film is the wide diversity of black voices that is raw and unfiltered. Amazon has silenced those voices."



A St. Louis County, Mo., prosecutor said in July that he will not be charging the White police officer who shot 18-year-old Brown in 2014, after quietly reopening the investigation.

Civil rights leaders and Brown's mother reportedly hoped that prosecuting attorney Wesley Bell, who became the county's first Black prosecutor in January 2019, would reopen the investigation into police officer Darren Wilson, who shot Brown six years ago.

Bell told reporters today that his decision was "one of the most difficult things I've had to do."

**App. 1518**

A federal investigation and a grand jury cleared Wilson of all charges months after Brown's death in 2014.

**CLICK HERE TO GET THE FOX NEWS APP**

Brown, accompanied by his friend, was told to get out of the middle to the street in a residential neighborhood by Wilson, when Brown approached the police vehicle. In the entire altercation, which lasted about 90 seconds, Wilson fired a total of twelve bullets, six of which struck Brown in the front of his body.

Witnesses said Brown, who was unarmed, had his hands up when he was shot, but federal investigators and the grand jury said the evidence showed otherwise.

"What Killed Michael Brown?" is available on Vimeo and the film's website.

*Fox News' Caitlin McFall contributed to this report.*

Brian Flood covers the media for Fox News. Follow him on Twitter at @briansflood.

## On Our Radar


**Hurley STUNS in bikini**
TMZ


**Pam Anderson's lingerie shoot**
TMZ


**See what star looks like NOW**
TMZ

**App. 1519**

Case 4:21-cv-00220-RH-MAF   Document 106-5   Filed 06/21/21   Page 182 of 203



**USA TODAY**

---

<u>**VOICES**</u> | **Opinion**   *This piece expresses the views of its author(s), separate from those of this publication.*

# When Amazon pulled my book on transgender issues, it tried to shut down debate

*People with gender dysphoria aren't faking it and their situation is tragic. But there is genuine disagreement about the best treatment.*

**Ryan T. Anderson**   Opinion contributor
Published 7:01 a.m. ET Mar. 19, 2021

Imagine feeling so alienated from your body that you would consider taking cross-sex hormones and removing your genitals. That's the tragic situation that many people with gender dysphoria experience. They aren't faking it, and they didn't actively choose it.

But they aren't getting the care they deserve — and, even worse, Big Government and Big Tech are working to deny or conceal the truth in service of a new transgender orthodoxy. I've tried to sound the alarm about the real harms that would result, but the activists have a lot of corporate and political power on their side — as I was reminded recently when Amazon canceled my book.

Some activists and self-proclaimed gender experts say the best solution to gender dysphoria lies in hormonal and surgical transition, a claim my book disputes.

## Get the full story about surgery

For instance, media outlets trumpeted a 2019 study that claimed to offer evidence in support of such interventions. But last August, the American Journal of Psychiatry was forced to issue a correction, acknowledging that "the results demonstrated no advantage of surgery in relation to subsequent mood or anxiety disorder-related health care." In fact, the study's authors also admitted that those who surgically transitioned "were more likely to be treated for anxiety disorders" than those who had not.

But media outlets seemed to all but totally ignore the correction. Just as they ignored what the health experts in the Obama administration had to say.

**App. 1520**

In August 2016, the Centers for Medicare and Medicaid wrote that "the four best designed and conducted studies that assessed quality of life before and after surgery ... did not demonstrate clinically significant changes ... after (gender reassignment surgery)."

What does that mean in plain English? A population of patients is suffering so much that they go through radical surgeries, and the best research the Obama administration could find suggests that these surgeries bring them no meaningful improvements in their quality of life.

**_Undoing what Trump did:_** _After Trump sabotage, 3 things Biden must do to restore gay, lesbian and trans rights_

Things are even worse for children. Right now an experimental medical regime is being pushed — the off-label use of puberty blocking drugs to indefinitely block biologically appropriate puberty, administration of cross-sex hormones, and even double mastectomies on teens. Don't believe that last claim? In a study published in 2018, mastectomies were even performed on two 13-year-old girls with gender dysphoria.

Most people recognize that children are too young to know what it even means to be a man or a woman, let alone to consent to such procedures. Indeed, for many of today's genderfluid teens, something other than historic gender dysphoria may be at issue.

## Learning the stakes

From 2009 to 2018, the United Kingdom gender clinic saw a 4,400% increase in the number of girls being referred for gender treatment. This suggests to some researchers that there is a social contagion aspect to these teens' experience and we should not rush to pharmacological solutions.

On Dec. 1, three High Court judges in the United Kingdom ruled on behalf of a 23-year-old woman who at age 16 had been placed on puberty blocking drugs and testosterone, and at age 20 had a double mastectomy. She thought it would bring her happiness. It didn't. Now, before treatments like this may be performed on a minor in the UK, they'll usually require permission from the court.

In the United States, there are no such protections. But the reality is that so-called "gender affirmation" procedures violate sound medical ethics.

It is profoundly unethical to intervene in the normal physical development of a child as part of "affirming" a "gender identity" at odds with bodily sex. While puberty-blocking drugs may be an appropriate treatment for precocious puberty — the early onset of puberty — in order to

delay puberty to a biologically appropriate age, the use of puberty blockers to delay or permanently block natural biological puberty is unethical and violates the bodily integrity of a child. So, too, is administering cross-sex hormones and surgically removing anatomy or secondary sex-characteristics as part of "gender affirmation."

***Not a fair fight:*** *Our athlete daughters shouldn't have to compete with transgender women.*

## Amazon wants to end the debate

Because I had the gall to make such arguments, Amazon, the world's largest retailer, has removed my book on the scientific, medical, philosophical, and legal aspects of transgender issues.

In response to a question from lawmakers, Amazon eventually claimed it has "chosen not to sell books that frame LGBTQ+ identity as a mental illness." My book, of course, does nothing of the sort. It acknowledges what everyone agrees on: that gender dysphoria is a serious condition that can cause great suffering. The only disagreement is how best to treat patients who experience gender dysphoria. That's the debate Amazon is shutting down.

We shouldn't be naïve about the long-term impacts of a move like this. My book is still sold by other retailers (for now) but Amazon's deplatforming will harm the entire culture of book authoring, publishing and reading — as it will have a chilling effect on all aspects of the book market. How many authors will think twice before telling the truth on controversial issues? How many publishers will simply decline to publish books they're afraid will be barred from Amazon? How many readers will never even hear of the banned books?

***Pass the Equality Act:*** *Discriminatory rhetoric and laws are devastating to LGBTQ youth*

Likewise, book delisting cuts off vital political and cultural discussion about important matters when we need it most. The timing of Amazon's move is suspicious, coming the weekend before the House of Representatives passed the so-called "Equality Act," of which I am one of the most outspoken critics.

We must all recognize that both Big Government and Big Tech can be threats to our freedom and our flourishing. And if both insist on imposing a new orthodoxy, the future is bleak — not only in terms of the new civil "rights" for men identifying as women to spend the night in women's shelters, disrobe in women's locker rooms, and compete in women's athletics, but also in terms of what medicine would be mandated and which therapies would be prohibited.

**App. 1522**

It doesn't take much effort to see how the Biden administration will argue that any therapy to help someone feel comfortable with his or her own body should be prohibited as discrimination.

But rather than attempting to reassign bodies to line up with misguided thoughts and feelings, we should at least attempt what is possible: helping people to align their thoughts and feelings with the reality of the body. That's what the research in my book reveals. I pray that more people will not be harmed because Amazon refuses to let its customers read it.

*Ryan T. Anderson is the president of the Ethics and Public Policy Center and the author of "When Harry Became Sally: Responding to the Transgender Moment." Follow him on Twitter: @RyanTAnd*

**App. 1523**



# THE VERGE

APPLE \ GOOGLE \ TECH

# Parler is gone for now as Amazon terminates hosting

*The proliferation of violent content on the site pushed Apple and Google to ban it as well*

By Kim Lyons | Jan 11, 2021, 3:13am EST

*If you buy something from a Verge link, Vox Media may earn a commission. See our ethics statement.*



*Parler has been taken offline* | Photo by OLIVIER DOULIERY/AFP via Getty Images

After Parler was banned on both the Apple and Google app stores for failing to curb violent and threatening content on its platform, the social media site is now completely

**App. 1524**

offline as a result of Amazon terminating Parler's web hosting services. The official Parler website now returns a 403 error, while its app is showing networking errors and can't load content.

Amazon told Parler of its decision late Saturday, in a letter to chief policy officer Amy Peikoff. Its Amazon Web Service (AWS) "cannot provide services to a customer that is unable to effectively identify and remove content that encourages or incites violence against others," the letter to Peikoff states, adding that Parler "poses a very real risk to public safety."

Parler is good for now as Amazon terminates hosting - The Verge





*Parler's iOS app, which now can't load content.* | Screenshot: Parler

[Posts on Parler that encouraged violence](#) leading up to the Wednesday attack on the Capitol that left five people dead were circulated on other platforms in the wake of the riot. An example: "take zip ties with you, sneak up on them like ninjas and zip tie their hands and feet," to which another poster replied: "around their neck, can't get it off in time, they die."

According to the AWS [acceptable use policy](#) customers may not use its services "for any illegal, harmful, fraudulent, infringing or offensive use."

Parler launched in 2018 presenting itself as a free-speech haven and an alternative to other social media sites. The site [saw its user numbers spike](#) in recent months, as Twitter and Facebook [tightened their moderation policies](#), especially around election and coronavirus information. The ["Stop the Steal" campaign](#) challenging President Trump's

loss gained momentum among Parler users, as did other conspiracy theories around the election. Parler's less-strict moderation policies were part of its appeal for many users, but the lack of content moderation is a big part of why companies suspended their services.

When it pulled Parler from the Play Store, Google said while reasonable debate about content policy was possible, and it can be hard for apps to remove violative content immediately, "for us to distribute an app through Google Play, we do require that apps implement robust moderation for egregious content." Apple told the company that "the processes Parler has put in place to moderate or prevent the spread of dangerous and illegal content have proved insufficient. Specifically, we have continued to find direct threats of violence and calls to incite lawless action."

Even with the app removed from the Play Store users could still install Parler on their Android devices by downloading it directly from Parler's website and sideloading it. However, with its AWS services now disabled, the website and apps no longer work.

Parler CEO John Matze — who, according to his LinkedIn page worked for AWS for three months in 2017 — wrote in a post on Parler late Saturday that he believes Amazon, Google, and Apple "worked together to try and ensure they don't have competition," adding "They will NOT win! We are the worlds [sic] last hope for free speech and free information."

An Amazon spokesperson confirmed to *The Verge* that there was no coordination with any other companies.

Matze said in a separate post that the Parler could be offline for up to a week "as we rebuild from scratch." Matze added, "You can expect the war on competition and free speech to continue, but don't count us out."

Perhaps the best-known recent instance of a site being deplatformed for violent content was social network Gab. After a gunman killed eleven people in a Pittsburgh synagogue in 2018, PayPal banned Gab from its platform, when it was revealed that suspect Robert Bowers had posted anti-Semitic threats on Gab ahead of the shooting. Apple rejected Gab's application to appear in its App Store in 2016, and Twitter removed Gab's access to its API. Google booted Gab app from its Play store in 2017 for violating its hate

**App. 1528**

[speech policy](#), and AWS [cut ties with Gab](#) in 2019, for violating its policy against hateful content.

Parler has not responded to multiple requests for comment from *The Verge*.

**Update January 11th 5:22PM ET**: *Added comment from Amazon*

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/why-did-amazon-cancel-justice-thomas-11614727562

OPINION | UPWARD MOBILITY

# *Why Did Amazon Cancel Justice Thomas?*

Without explanation, the company took down a popular documentary during Black History Month.

 By

<u>Jason L. Riley</u>

March 2, 2021 6:26 pm ET



Justice Clarence Thomas in the documentary 'Created Equal: Clarence Thomas in His Own Words.'

**PHOTO:** MEGHAN A. T. B. REESE/PBS

Now that another February has come and gone, perhaps <u>Amazon</u> will revert to offering customers a broader and more variegated view of black history.

**App. 1530**

READ MORE UPWARD MOBILITY

'Will Crime Keep Rising? Not Necessarily June 15, 2021

'The Democrats' Problem Isn't Joe Manchin June 8, 2021

'Liberals Choose Racial Catharsis Over Progress for Blacks June 1, 2021

'Correcting 1619's Falsehoods About the American Founding May 25, 2021

'Shrinking Blue States Have 'Defund the Police' to Blame May 18, 2021

Early last month Amazon deleted a documentary film about Justice Clarence Thomas from its popular streaming service. Titled "Created Equal: Clarence Thomas in His Own Words," and culled from more than 30 hours of interviews with its subject, the film recounts Justice Thomas's rise from poverty in segregated Georgia to Yale Law School and, eventually, to the Supreme Court. Along the way, viewers learn about the justice's views on race, religion, politics and the role of the judiciary.

The documentary began airing on PBS in May 2020 and streaming on Amazon in October. But it was taken down by Amazon on Feb. 8, according to the director, Michael Pack, and he has never been told why. "Our distributor, who's the one who made the deal with Amazon, has repeatedly asked them for explanations but they haven't given any," Mr. Pack told me by phone this week. "They have the right to pull anything from their site, and they don't have to give an explanation. So it's not a contract violation. But many people have complained, and they haven't put it back up."

Advertisement - Scroll to Continue

If this episode sounds familiar, it's because Amazon pulled a similar stunt last fall. Eli Steele's "What Killed Michael Brown ?"—a critique of liberal social policies that was written and narrated by his father, the race scholar Shelby Steele —was slated to stream on Amazon in October, then held up for reasons the company never fully explained.

**App. 1531**

Amazon eventually relented and made the film available, but only after these pages weighed in and made a fuss.

Mr. Pack said that "Created Equal" was doing well on Amazon, so it wasn't pulled because no one wanted to see it. "For a while our film was, briefly, No. 1 in documentaries. And I think it's still No. 25 or 30, so it's been selling," he said. Notably, he added, less-popular documentaries about Anita Hill and Justice Ruth Bader Ginsburg continue to be available for streaming on Amazon. "So why don't they offer 'Created Equal'? There's obviously customer demand."

There seems to be plenty of demand these days for positive assessments of black conservatives, even while one of the country's most popular streaming services is ambivalent about showcasing them. In addition to Messrs. Pack's and Steele's documentaries, the past year has brought Larry Elder's "Uncle Tom," which is about the treatment of blacks who challenge liberal orthodoxy, as well as " Thomas Sowell : Common Sense in a Senseless World," a profile of the Hoover Institution economist narrated by yours truly.

Mr. Pack was particularly dismayed that his film was pulled during Black History Month. "Clarence Thomas, to my mind, is the most important African-American leader in America today," he said, adding that people ought to be exposed to a range of black opinions. He's right, and what Amazon has done is a disservice to anyone—black or white —who is interested in the rich history of black Americans.

"The spectrum of thought amongst African-Americans is and has always been much broader and multifarious than commonly perceived," the black legal scholar Randall Kennedy wrote in a recent essay for Heterodox Academy. "Fervent debates about scores of subjects—indeed every imaginable subject—have roiled African-Americans ideologically: accommodation versus protest; interracial socialism versus black nationalism; Gandhian non-violence versus 'by any means necessary,' support for affirmative action versus detestation of 'lowered standards,' 'integration' versus 'black power.' "

One reason for this misperception is Black History Month, whose emphasis is on celebrating the achievements of blacks who fit a liberal narrative while ignoring or minimizing the achievements of those who don't. If you are a prominent black figure who has been more focused on black development than on black victimhood (Clarence Thomas, Shelby Steele, Robert Woodson ), or someone who is more interested in the

**App. 1532**

results of a policy than in its intentions (Thomas Sowell, Walter Williams ), there is an attempt to write you out of black history. Wittingly or not, Amazon has used its power to abet this effort.

"I don't think Amazon should get away with doing these things without suffering at least some PR consequences," Mr. Pack said. "I think it's great that the Steele film got reinstated after the controversy. Deplatforming will go on if people don't write about it and complain about it."

*Appeared in the March 3, 2021, print edition.*

## UPCOMING EVENTS                                                                    〉

---

June
**24**
2021

**11:00 AM - 5:00 PM EDT**

Global Food Forum

---

June
**30**
2021

**1:00 PM - 1:45 PM EDT**

WSJ Pro Cybersecurity Webinar: Aligning IT and Cybersecurity

---

June
**30**
2021

**7:00 PM - 7:45 PM EDT**

WSJ+ Live: Daniel Kahneman and His Co-Authors on the Crisis of 'Noise'

---

ADD TO CALENDAR

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

**App. 1533**

# FACEBOOK

Back to Newsroom

<u>Facebook app</u>

# More Control and Context in News Feed

March 31, 2021
By Ramya Sethuraman, Product Manager



## Control What You Share

Today we're introducing a new tool to give you more control over what you share to News Feed by managing who can comment on your public posts. Now, you can <u>control</u> your commenting audience for a given public post by choosing from a menu of options ranging from anyone who can see the post to only the people and Pages you tag.




The goal of News Feed is to connect you to what matters most to you: the people in your life, interesting content and the world around you. The friends you add, the Pages you like, the groups you join and the things you interact with <u>all shape</u> how your News Feed looks on any given day.

By adjusting your commenting audience, you can further control how you want to invite conversation onto your public posts and limit potentially unwanted interactions. And if you're a public figure, creator or brand, you too can choose to limit your commenting audience on your public posts to help you feel safe and engage in more meaningful conversations with your community.

This new tool is the latest example of how we're helping you control and curate your News Feed to best reflect who you are as your interests and priorities evolve. We also want to continue to help you understand why you see the content you do on News Feed.

## Control What You See

We're also making it easier to sort and browse News Feed, giving you more control over what you see. We recently launched Favorites, a new tool where you can control and prioritize posts from the friends and Pages you care about most in News Feed. By selecting up to 30 friends and Pages to include in Favorites, their posts will appear higher in ranked News Feed and can also be viewed as a separate filter. People who use Favorites frequently can access it from the Feed Filter Bar, a new menu at the top of News Feed.

The Feed Filter Bar offers easier access to Most Recent too, making it simpler to switch between an algorithmically-ranked News Feed and a feed sorted chronologically with the newest posts first. Android app users can access the Feed Filter Bar when they scroll up on News Feed. The same functionality will be available in the iOS app in the coming weeks. Regardless of how often you use them, you can find Most Recent and Favorites in the Shortcuts menu.

These are just the latest additions to our existing controls suite designed to help you control what you see in News Feed, including tools such as Snooze (where you can temporarily hide posts from a person, Page, or group) and the ability to turn off political ads.

**App. 1536**

  

# Understand Why You See Suggested Posts in News Feed

To help you discover new and relevant content, we suggest posts in your News Feed from places like Pages and Groups that you don't already follow, but we think you may be interested in. These post suggestions are primarily based on factors such as post engagement, related topics, and location. Because you haven't chosen to follow these accounts on Facebook, we have clear guidelines about what content we aim to recommend to people.

Today, we're also providing more context around the content we suggest in News Feed by expanding "Why am I seeing this?." This means that you'll be able to tap on posts from the friends, Pages, and Groups you follow as well as some of the posts we suggest to you and get more context on why they're appearing in your News Feed.

Several factors influence your suggested posts in News Feed such as:

• **Related engagement:** A post may be suggested for you if other people who interacted with the post also previously interacted with the same group, Page or post as you.

- **Related topics:** If you've recently engaged with a certain topic on Facebook, we may suggest other posts that are related to that topic. For example, if you recently liked or commented on a post from a basketball Page, we could suggest other posts about basketball.

- **Location:** You may see a suggested post based on where you are and what people near you are interacting with on Facebook.



To update what you want to see and how you share to your News Feed, check out your News Feed preferences and privacy settings in the app and adjust them to your liking. We know that helping you better manage your experience on Facebook can support wellbeing, so we will continue to invest in ways to give you more control and context.

Categories: Facebook app, Product News

Tags: Controls, News Feed

Like    Share    Tweet    ✉ Email

**App. 1538**

# The Washington Post

*Democracy Dies in Darkness*

## Opinion: Facebook admits mistake in flagging satire about CNN spinning the news with a washing machine

Opinion by Erik Wemple
Media critic

March 2, 2018 at 3:52 p.m. EST



No, CNN doesn't actually use a household appliance to prepare its daily output of scoops and analysis. That was the point that fact-checking site Snopes made in a March 2 story under the headline: "Did CNN Purchase an Industrial-Sized Washing Machine to Spin News?"

Huh?

As it turns out, Snopes felt the need to set the record straight after the Babylon Bee published a story with precisely that implication. "CNN Purchases Industrial-Sized Washing Machine To Spin News Before Publication," reads its headline. If you thought that headline was a satirical stretch, your suspicions were confirmed by the text of the "story," which includes this: "The custom-made device allows CNN reporters to load just the facts of a given issue, turn a dial to 'spin cycle,' and within five minutes, receive a nearly unrecognizable version of the story that's been spun to fit with the news station's agenda," it reads.

Snopes busies itself with investigations into plausible falsehoods — stuff about Harvey Weinstein, about the Parkland school shooting, about public health and so on. So why was it checking into the notion that the 24/7 network was spraying OxiClean on its interviews and then putting them on "Prewash"?

Here's the site's explanation:

> Although it should have been obvious that the Babylon Bee piece was just a spoof of the ongoing political brouhaha over alleged news media "bias" and "fake news," some readers missed that aspect of the article and interpreted it literally. But the site's footer gives away the Babylon Bee's nature by describing it as "Your Trusted Source For Christian News Satire." The site has been responsible for a number of other (usually religiously themed) spoofs that have been mistaken for real news articles.

Adam Ford, founder and editor of the Babylon Bee, tells the Erik Wemple Blog via email, "I didn't see people sharing it as though it were meant to be a real news story, no. I don't see how anybody could think that. It's about as over-the-top as satire can be. Even if someone tried to take it literally, it's completely nonsensical. A washing machine to put news

This particular hoax story has another, very compelling layer. In the aftermath of the fake-news scare following the 2016 presidential election, Facebook teamed up with fact-checking sites to deliver warnings to users alerting them to problems with the content they encounter. One of the partners is Snopes.

Facebook enabled its users to flag stories as bogus. If a particular piece receives enough such designations, it's sent to the inboxes of a fact-checking organization with which Facebook has established a partnership. The organization then evaluates the story. As this Facebook explainer notes, it's still possible to share stories dissed by the fact-checkers, but a warning box will mar the conscience of anyone who chooses to do so.

The system "worked" against the CNN washing machine story:



**Adam Ford**
@Adam4d

Really, Facebook??

9:52 PM · Mar 1, 2018

♡ 13.2K   💬 605   ⬆ Share this Tweet

Facebook admitted its bad: "There's a difference between false news and satire. This was a mistake and should not have been rated false in our system. It's since been corrected and won't count against the domain in any way," an official statement from the social media giant said. According to a Facebook source, fact-checking protocols provide for the labeling of something as satire by outside fact-checkers. Apparently it didn't happen on this occasion.

In his comments to the Erik Wemple Blog, Ford strikes a tone of frustration: "There is no question in my mind that Snopes and Facebook are biased against conservative-leaning content. It's clear that this is the case," he writes. "There are always going to be some people who misinterpret satire, but we were intentional from the get-go about not blurring the line between satire and misinformation. This is why, for instance, we identity ourselves as satire in our tag line. And our tag line is on every page of our website  and in every social media bio  'Your Trusted Source For Christian

Ford in publicizing Facebook's alert on Twitter whipped up public interest, which preceded the response from the company. But: "When this exact thing happens to smaller sites, or to people who are unable to make sufficient noise about it when it happens, what can they do? The answer is nothing. They're out of luck," Ford notes.

Opinion by Erik Wemple

Erik Wemple, The Washington Post's media critic, focuses on the cable-news industry. Before joining The Post, he ran a short-lived and much publicized local online news operation, and for eight years served as editor of Washington City Paper.

Twitter

---



## Today's Headlines

The most important news stories of the day, curated by Post editors and delivered every morning.

**Sign up**

---