UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

| | |
|---|---|
| NetChoice et al. <br> *Plaintiffs*, <br> v. <br><br> MOODY, in her official capacity as Attorney General of the State of Florida, et al. <br><br> *Defendants* | Case **4:21-cv-00220-RH-MAF** <br> ***AMICUS CURIAE* BRIEF IN SUPPORT OF THE DEFENDANTS** <br><br> Hon. Robert L. Hinkle |

**MOTION OF LEONID GOLDSTEIN**

**FOR LEAVE TO FILE AN AMICUS BRIEF**

**IN SUPPORT OF DEFENDENTS IN OPPOSITION**

**TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

*Individual, pro se*

1

FILED USDC FLND TL
JUN 22 '21 AM 11:43

INTEREST OF THE AMICUS CURIAE

Leonid Goldstein ("The Amicus"), moves for leave to file the attached brief as *amicus curiae* in support of the Defendants in opposition to Plaintiffs' motion for a preliminary injunction in the above-captioned case.

The Amicus is a US citizen and an editor of *defyccc.com*, publishing research and commentary on the intersection of science and technology with public policy[1]. His professional career comprises more than 20 years of technical and business experience in computer software and networks, in a wide range of positions, from an engineer to Chief Technology Officer. For some time, he worked for a small social media company in California. That equips the Amicus with technical and business knowledge of the underlying subjects.

Significant part of the Amicus' audience is in Florida. Amicus' interest is in being able to reach it through the telecommunications services, provided by members of the plaintiffs without censorship, deplatforming, and harassment, conducted by them and their employees as state actors and unregistered agents of foreign governments (in violation of *18 U.S. Code § 951*), and in violation of other US and States' laws. The Amicus is also interested in receiving communication from individuals, media enterprises, and public figures in Florida.

Finally, the Amicus feels moral duty to do all he can to stop malicious interference by certain plaintiffs' members with medical information about treatment and prophylaxis of COVID-19, which causes daily loss of life in

---

[1] No counsel for a party authored this brief in whole or in part. No party, no party's counsel, and no person other than Amicus made a monetary contribution intended to fund the preparation or submission of this brief.

Florida and elsewhere and leads to proliferation of dangerous variants of the coronavirus, which might lead to catastrophic consequences in the fall or winter 2021-2022.

Dated: June 21, 2021

Respectfully Submitted,

By: _____

Leonid Goldstein

*pro se*

4400 Troup Hwy

Apt. 508

Tyler, TX 75703

Leo5533@att.net

Phone: (408) 921-1110

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rule 7.1(B), I conferred with the attorneys for the Plaintiffs and the Defendants and obtained their consent to filing this Motion.

Leonid Goldstein
*pro se*

June 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I have sent to the attorneys for the Plaintiffs and the Defendants copies of the Motion and the Brief, and the Proposed Order by email today, June 21, 2021. All parties to the proceeding are registered in ECF and are to receive the foregoing documents when this filing is entered in ECF.

_____

Leonid Goldstein
*pro se*

June 21, 2021

STATEMENT OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and N.D. FL Local Rule 7.1(F) because it contains less than 3,600 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a) and Local Rule 7.1(F), and the type style requirements of Fed. R. App. P. 32(a) because this motion has been prepared in a proportionally spaced typeface (14-point) using Microsoft Word.

*[signature]*

Leonid Goldstein
*pro se*

June 21, 2021