IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                            CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER ALLOWING GOLDSTEIN AMICUS BRIEF

Leonid Goldstein's unopposed motion for leave to file an amicus brief, ECF No. 107, is granted. The brief is deemed properly filed.

SO ORDERED on June 24, 2021.

                                    s/Robert L. Hinkle
                                    United States District Judge