# United States District Court
### CIVIL MINUTES - GENERAL

Time: __1:30 - 4:07 p.m.__                                                                 Case # __4:21cv220-RH__
Date __June 28, 2021__

_____NETCHOICE LLC, et al. v. ASHLEY BROOKE MOODY, et al._____

DOCKET ENTRY:  PRELIMINARY INJUNCTION HEARING held. Court hears argument re: [22] Motion for Preliminary Injunction.  Ruling by Court: [22] Motion for Preliminary Injunction taken under advisement. Order to follow.

PRESENT:    HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

    __Victoria Milton McGee/Sherrye Stephens__        __Judy Gagnon__
                         Deputy Clerk                                       Court Reporter


ATTORNEY(S) APPEARING FOR PLAINTIFF NETCHOICE LLC:

Brian Willen, Ilana Eisenstein, and Peter Karanjia, Lauren White, Meng Yang, Steffen Johnson, and Christopher Oprison


ATTORNEY(S) APPEARING FOR PLAINTIFF COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION:

Douglas Kilby and Christopher Clark


ATTORNEY(S) APPEARING FOR DEFENDANT(S) ASHLEY BROOKE MOODY, JONI ALEXIS POITIER, JASON TODD ALLEN, JOHN MARTIN HAYES and KYMBERLEE CURRY SMITH:

Blaine Winship


ATTORNEY(S) APPEARING FOR DEFENDANT(S) PATRICK GILLESPIE:

Brian Barnes, Charles Cooper, David Thompson, Joseph Masterman and Raymond Treadwell

ATTORNEY(S) APPEARING FOR AMICUS TECHFREEDOM:

Berin Szoka


ATTORNEY(S) APPEARING FOR AMICI CHAMBER OF PROGRESS, CONNECTED COMMERCE COUNCIL, CONSUMER TECHNOLOGY ASSOCIATION, ENGINE ADVOCACY, INFORMATION TECHNOLOGY & INNOVATION FOUNDATION, NATIONAL BLACK JUSTICE COALITION, PROGRESSIVE POLICY INSTITUTE, TECHNET, and WASHINGTON CENTER FOR TECHNOLOGY POLICY INCLUSION:

Nury Siekkinen


ATTORNEY(S) APPEARING FOR AMICI REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF FLORIDA, AUTHORS GUILD INC, CENTER FOR DEMOCRACY AND TECHNOLOGY, MEDIA LAW RESOURCE CENTER INC and PEN AMERICAN CENTER INC:

Deanna Shulman


Initials of the Clerk:  VMM