IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization; and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida; JONI ALEXIS POITIER, in her official
capacity as Commissioner of the Florida
Elections Commission; JASON TODD ALLEN,
in his official capacity as Commissioner of the
Florida Elections Commission; JOHN MARTIN
HAYES, in his official capacity as
Commissioner of the Florida Elections
Commission; KYMBERLEE CURRY SMITH,
in her official capacity as Commissioner of the
Florida Elections Commission; and PATRICK
GILLESPIE, in his official capacity as Deputy
Secretary of Business Operations of the Florida
Department of Management Services,

    Defendants.

Civil Action No.
4:21-cv-00220-RH-MAF

## PLAINTIFFS' UNDERTAKING IN SUPPORT OF PRELIMINARY INJUNCTION

Plaintiffs, NetChoice, LLC, and Computer & Communications Industry Association (collectively, "Plaintiffs"), in consideration of the Court's Order

granting preliminary injunctive relief in this action (ECF No. 113), agree to pay up to $1,000 for costs and damages sustained by a party found to have been wrongfully enjoined.

Respectfully submitted,

/s/ Glenn Burhans, Jr.

| | |
|---|---|
| Ilana H. Eisenstein (pro hac vice)<br>Ben C. Fabens-Lassen (pro hac vice)<br>Danielle T. Morrison (pro hac vice)<br>Jonathan Green (pro hac vice)<br>DLA PIPER LLP (US)<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103-7300<br>Phone: 215-656-3300<br>Fax: 215-656-3301<br>Email: ilana.eisenstein@dlapiper.com<br>ben.fabens-lassen@dlapiper.com<br>danielle.morrison@dlapiper.com<br>jonathan.green@dlapiper.com | Glenn Burhans, Jr.<br>Florida Bar No. 0605867<br>Douglas L. Kilby<br>Florida Bar No. 0073407<br>Bridget Smitha<br>Florida Bar No. 0709581<br>Christopher R. Clark<br>Florida Bar No. 1002388<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Highpoint Center<br>106 East College Avenue, Suite 700<br>Tallahassee, FL 32301<br>Phone: (850) 580-7200<br>Email: dkilby@stearnsweaver.com<br>gburhans@stearnsweaver.com<br>bsmitha@stearnsweaver.com<br>crclark@stearnsweaver.com |
| Christopher G. Oprison<br>Florida Bar No. 0122080<br>J. Trumon Phillips<br>Florida Bar No. 84568<br>DLA PIPER LLP (US)<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>Phone: 305-423-8500<br>Fax: 305-675-6366 | Lauren Gallo White (pro hac vice)<br>Meng Jia Yang (pro hac vice)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Phone: (415) 947-2000<br>Email: lwhite@wsgr.com |

Email: chris.oprison@dlapiper.com
trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

mjyang@wsgr.com

Peter Karanjia (pro hac vice)
James J. Halpert (pro hac vice)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

Brian M. Willen
(pro hac vice)
Steffen N. Johnson
(pro hac vice)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff NetChoice, LLC*

*Attorneys for Plaintiff Computer & Communications Industry Association*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 30th day of June, 2021.

Respectfully submitted,

*/s/ Glenn Burhans, Jr.*