# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

      Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

      Defendants.

_____

Civil Action No. 4:21-cv-00220-RH-MAF

## **PLAINTIFFS' NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Plaintiffs, NetChoice, LLC d/b/a NetChoice and Computer & Communications Industry Association d/b/a CCIA, hereby provide notice to the

1

court that on this 2nd day of August, 2021, they served their Initial Disclosures by email on counsel of record for each of the Defendants in this case.

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Christopher G. Oprison<br>Florida Bar No. 0122080<br>J. Trumon Phillips<br>Florida Bar No. 84568<br>DLA PIPER LLP (US)<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>Phone: 305-423-8500<br>Fax: 305-675-6366<br>Email: chris.oprison@dlapiper.com<br>trumon.phillips@dlapiper.com<br>sheila.hall@dlapiper.com | Douglas L. Kilby<br>Florida Bar No. 0073407<br>Glenn Burhans, Jr.<br>Florida Bar No. 0605867<br>Bridget Smitha<br>Florida Bar No. 0709581<br>Christopher R. Clark<br>Florida Bar No. 1002388<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Highpoint Center<br>106 East College Avenue, Suite 700<br>Tallahassee, FL 32301<br>Phone: (850) 580-7200<br>Email: dkilby@stearnsweaver.com<br>gburhans@stearnsweaver.com<br>bsmitha@stearnsweaver.com<br>crclark@stearnsweaver.com |
| Ilana H. Eisenstein (pro hac vice)<br>Ben C. Fabens-Lassen (pro hac vice)<br>Danielle T. Morrison (pro hac vice)<br>Jonathan Green (pro hac vice )<br>DLA PIPER LLP (US)<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103-7300<br>Phone: 215-656-3300<br>Fax: 215-656-3301<br>Email: ilana.eisenstein@dlapiper.com<br>ben.fabens-lassen@dlapiper.com | Lauren Gallo White<br>(pro hac vice)<br>Meng Jia Yang<br>(pro hac vice)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Phone: (415) 947-2000<br>Email: lwhite@wsgr.com<br>mjyang@wsgr.com |

2

danielle.morrison@dlapiper.com
jonathan.green@dlapiper.com

| | |
|---|---|
| Peter Karanjia (pro hac vice) | Brian M. Willen (pro hac vice) |
| James J. Halpert (pro hac vice forthcoming) | Steffen N. Johnson (pro hac vice) |
| DLA PIPER LLP (US) | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 500 Eighth Street, NW | 1700 K St NW |
| Washington, DC 20004 | Washington, DC 20006 |
| Phone: 202-799-4000 | Phone: (202) 973-8800 |
| Fax: 202-799-5000 | Email: bwillen@wsgr.com |
| Email: peter.karanjia@dlapiper.com | sjohnson@wsgr.com |
| jim.halpert@dlapiper.com | |
| *Attorneys for Plaintiff NetChoice, LLC* | *Attorneys for Plaintiff Computer & Communications Industry Association* |

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing Notice of Service was electronically was served on all counsel of record via the CM/ECF system on this 2nd day of August, 2021.

Respectfully submitted,

*/s/ Douglas L. Kilby*

3
#9694434 v1