# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| NETCHOICE, et al.,<br><br>    *Plaintiffs,*<br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida, et al.,<br><br>    *Defendants.* | Civil Action No.<br>4:21-cv-00220-RH-MAF |

## MOTION TO WITHDRAW AS COUNSEL FOR AMICUS INTERNET ASSOCIATION

Pursuant to Local Rule 11.1(H), Amicus Internet Association respectfully requests that attorney Paul R.Q. Wolfson, admitted *pro hac vice*, be permitted to withdraw as its counsel. Amicus Internet Association specifically consents to the withdrawal, and will continue to be represented by Patrick Carome and Ari Holtzblatt of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and Peter Homer of the law firm Homer Bonner.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/Peter W. Homer* |
| Patrick J. Carome (*pro hac vice*) | Peter W. Homer |
| Ari Holtzblatt (*pro hac vice*) | HOMER BONNER |
| WILMER CUTLER PICKERING | 1200 Four Seasons Tower |
|   HALE AND DORR LLP | 1441 Brickell Avenue |
| 1875 Pennsylvania Avenue, NW | Miami, Florida 33131 |
| Washington, DC 20006 | 1441 Brickell Avenue |
| (202) 663-6000 | (305) 350-5139 |
|  | phomer@homerbonner.com |
|  | Florida Bar No.: 291250 |

August 13, 2021

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that correct copies of this motion were served by filing in this Court's CM/ECF system this 13th day of August, 2021 on all attorneys of record in this matter.

*/s/Peter W. Homer*
Peter W. Homer
