IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, et al.,

     *Plaintiffs*,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida, et al.,

     *Defendants*.

Civil Action No.
4:21-cv-00220-RH-MAF

## ORDER

THIS CAUSE came before the Court upon attorney Paul R.Q. Wolfson's motion to withdraw. Paul R.Q. Wolfson seeks to withdraw his appearance as counsel for Amicus, Internet Association, but Patrick Carome and Ari Holtblatt of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and Peter Homer of the law firm Homer Bonner, will continue to represent Amicus Internet Association. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Paul R.Q. Wolfson is hereby discharged as counsel for Amicus, Internet Association. Patrick Carome and Ari Holtblatt of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and Peter Homer of the law firm Homer Bonner, will continue to represent Amicus Internet Association.

**DONE AND ORDERED** in Tallahassee, Florida, this ___ day of August 2021.

                                                _____
                                                U.S. District Judge Robert Hinkle

cc: Counsel of Record