# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

  Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

  Defendants.

**Civil Action No. 4:21-cv-00220-RH-MAF**

_____

**PLAINTIFFS' STATEMENT RESPONDING TO THE COURT'S ORDER DATED AUGUST 4, 2021**

1

By Order dated August 4, 2021, this Court directed the parties to "confer and file by August 18, 2021 a joint statement or separate unilateral statements, together with any supporting argument, on whether proceedings should be stayed pending a ruling on the appeal of the preliminary injunction." Order at 1. Pursuant to the Order, the parties have conferred and were unable to reach agreement. Plaintiffs submit the following unilateral statement.

Plaintiffs respectfully submit that the proceedings should be stayed pending the Eleventh Circuit's ruling on the appeal of this Court's order granting the preliminary injunction. As Plaintiffs explained in the joint report following the parties' initial conference, their challenge to S.B. 7072 can be resolved on legal grounds, with little, if any further factual development.[1] Accordingly, the Eleventh Circuit's decision on the preliminary injunction will go a long way towards resolving the merits of this case, thereby vastly reducing the need for further briefing or discovery and saving this Court from wading through the discovery disputes that have already emerged. *See, e.g.*, *Solantic, LLC v. City of Neptune Beach*, 410 F.3d 1250, 1274 (11th Cir. 2005) (resolving merits of First Amendment facial challenge where "[t]he First Amendment questions . . . [we]re purely legal" and "only minimally intertwined with the facts."). At the very least, the decision will narrow the issues and may provide guidance as to the appropriate

---

[1] *See* Joint Report of Rule 26 Initial Conference, Dkt. No. 122, at 3-4, 9-11.

2

scope of discovery, which Plaintiffs continue to contend is minimal. In short, staying the proceedings pending appeal would promote efficiency and conserve judicial resources.

Respectfully submitted,

/s/ Douglas L. Kilby

| | |
|---|---|
| Ilana H. Eisenstein | Douglas L. Kilby |
| (admitted pro hac vice) | Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen | Glenn Burhans, Jr. |
| (admitted pro hac vice) | Florida Bar No. 0605867 |
| Danielle T. Morrison | Bridget Smitha |
| (admitted pro hac vice) | Florida Bar No. 0709581 |
| DLA PIPER LLP (US) | Christopher R. Clark |
| One Liberty Place | Florida Bar No. 1002388 |
| 1650 Market Street, Suite 5000 | STEARNS WEAVER MILLER |
| Philadelphia, PA 19103-7300 | WEISSLER ALHADEFF & |
| Phone: 215-656-3300 | SITTERSON, P.A. |
| Fax: 215-656-3301 | Highpoint Center |
| Email: ilana.eisenstein@dlapiper.com | 106 East College Avenue, Suite 700 |
| ben.fabens-lassen@dlapiper.com | Tallahassee, FL 32301 |
| danielle.morrison@dlapiper.com | Phone: (850) 580-7200 |
| jonathan.green@dlapiper.com | Email: dkilby@stearnsweaver.com |
| | gburhans@stearnsweaver.com |
| | bsmitha@stearnsweaver.com |
| | crclark@stearnsweaver.com |
| | |
| Christopher G. Oprison | Lauren Gallo White |
| Florida Bar No. 0122080 | (admitted pro hac vice) |
| J. Trumon Phillips | Meng Jia Yang |

Florida Bar No. 84568
DLA PIPER LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax: 305-675-6366
Email: chris.oprison@dlapiper.com
trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia
(admitted pro hac vice)
James J. Halpert
(pro hac vice forthcoming)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com
jim.halpert@dlapiper.com

(admitted pro hac vice)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
Email: lwhite@wsgr.com
mjyang@wsgr.com

Brian M. Willen
(admitted pro hac vice)
Steffen N. Johnson
(admitted pro hac vice)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

*Attorneys for Plaintiff NetChoice, LLC*

*Attorneys for Plaintiff Computer & Communications Industry Association*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 18th day of August, 2021.

Respectfully submitted,

*/s/ Douglas L. Kilby*

#9740235 v1