IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.        CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

### ORDER GRANTING LEAVE TO WITHDRAW—WOLFSON

The motion for leave for the attorney Paul R.Q. Wolfson to withdraw, ECF No. 124, is granted, effective immediately.

SO ORDERED on August 23, 2021.

    s/Robert L. Hinkle
    United States District Judge