# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER FOR ADDITIONAL 26(f) ATTORNEY CONFERENCE

The attorneys must confer again and file a revised Federal Rule of Civil Procedure 26(f) report by June 16, 2022. The report should address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), and may address any other scheduling or case-management issue.

SO ORDERED on May 26, 2022.

                                          s/Robert L. Hinkle
                                          United States District Judge