UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

        Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

        Defendants.

Case No. 4:21-cv-00220-RH-MAF

_____

## MOTION TO WITHDRAW

Pursuant to Local Rule 11(H), undersigned counsel files on behalf of Meng Jia Yang ("Yang") this motion for Yang to withdraw as counsel for Computer & Communications Industry Association ("CCIA"). CCIA consents to her withdrawal, and CCIA will continue to be represented by Brian Willen, Lauren Gallo White, and Steffen Johnson of the law firm Wilson Sonsini Goodrich and Rosati, P.C., and Douglas Kilby, Glenn Burhans, Jr., Bridget Smitha, and Christopher R. Clark of the law firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

Respectfully submitted,

*/s/ Douglas L. Kilby*

Douglas L. Kilby
  Florida Bar No. 0073407
Glenn Burhans, Jr.
  Florida Bar No. 0605867
Bridget Smitha
  Florida Bar No. 0709581
Christopher R. Clark
  Florida Bar No. 1002388
**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
Email: dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com

Counsel for Plaintiff, Computer &<br>Communications Industry Association

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Plaintiff Computer & Communications Industry Association certifies that he conferred with counsel for Defendants in a good faith effort to resolve the issue set forth herein. Defendants consent to the relief requested herein.

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiff Computer & Communications Industry Association certifies that this motion contains 88 words.

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 27th day of May, 2022.

<u>/s/ Douglas L. Kilby</u>