# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                                 CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO WITHDRAW—YANG

The motion for leave for the attorney Meng Jia Yang to withdraw, ECF No. 132, is granted, effective immediately.

SO ORDERED on May 31, 2022.

                                          s/Robert L. Hinkle
                                          United States District Judge