# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a 501(c)(6) District of Columbia organization; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation,

  Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida; JONI ALEXIS POITIER, in her official capacity as Commissioner of the Florida Elections Commission; JASON TODD ALLEN, in his official capacity as Commissioner of the Florida Elections Commission; JOHN MARTIN HAYES, in his official capacity as Commissioner of the Florida Elections Commission; KYMBERLEE CURRY SMITH, in her official capacity as Commissioner of the Florida Elections Commission; and PATRICK GILLESPIE, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services,

  Defendants.

_____

**Civil Action No. 4:21-cv-00220-RH-MAF**

## JOINT MOTION TO CONTINUE STAY OF CASE

Pursuant to Local Rule 7.1, the Parties jointly and respectfully request that the Court stay the proceedings in this case pending efforts by the parties to obtain further review of the decision recently issued by the United States Court of Appeals for the Eleventh Circuit. In support thereof, the Parties state as follows:

1. On June 30, 2021, this Court entered a Preliminary Injunction (ECF No. 113) enjoining enforcement of sections 106.072 and 501.2041, Florida Statutes.

2. Defendants appealed the Preliminary Injunction and on August 25, 2021, the Court entered an Order Staying Proceedings (ECF No. 129) until the Eleventh Circuit handed down its decision on the appeal.

3. On May 23, 2022, a panel of the Eleventh Circuit issued its opinion affirming in part, and vacating and remanding in part, the Preliminary Injunction. *See*, ECF No. 131.

4. On May 26, 2022, this Court issued its Order For Additional 26(f) Attorney Conference (ECF No. 130). Pursuant to that Order, on June 13, 2022, counsel for the Parties met by telephone, at which time the Parties confirmed their shared view that this case warrants further review in the United States Supreme Court. The parties further agreed that they will file a joint motion in the Eleventh Circuit to stay issuance of the mandate by that Court pending Supreme Court review. And the parties agreed that the most efficient course (for many of the same reasons stated by the Court in ECF No. 129) would be to request a stay of further proceedings

in this case at the District Court pending the Supreme Court's disposition of the parties' anticipated petition(s) for a writ of certiorari.

WHEREFORE, the Parties jointly and respectfully request that the Court stay further proceedings in this case until the Supreme Court disposes of the forthcoming petition(s) for a writ of certiorari and the mandate issues from the Eleventh Circuit.

Respectfully submitted,

*/s/ Douglas L. Kilby*

| | |
|---|---|
| Ilana H. Eisenstein | Douglas L. Kilby |
| (admitted pro hac vice) | Florida Bar No. 0073407 |
| Ben C. Fabens-Lassen | Glenn Burhans, Jr. |
| (admitted pro hac vice) | Florida Bar No. 0605867 |
| Danielle T. Morrison | Bridget Smitha |
| (admitted pro hac vice) | Florida Bar No. 0709581 |
| DLA PIPER LLP (US) | Christopher R. Clark |
| One Liberty Place | Florida Bar No. 1002388 |
| 1650 Market Street, Suite 5000 | STEARNS WEAVER MILLER |
| Philadelphia, PA 19103-7300 | WEISSLER ALHADEFF & |
| Phone: 215-656-3300 | SITTERSON, P.A. |
| Fax: 215-656-3301 | Highpoint Center |
| Email: ilana.eisenstein@dlapiper.com | 106 East College Avenue, Suite 700 |
| ben.fabens-lassen@dlapiper.com | Tallahassee, FL 32301 |
| danielle.morrison@dlapiper.com | Phone: (850) 580-7200 |
| jonathan.green@dlapiper.com | Email: dkilby@stearnsweaver.com |
| | gburhans@stearnsweaver.com |
| | bsmitha@stearnsweaver.com |
| | crclark@stearnsweaver.com |

Christopher G. Oprison
Florida Bar No. 0122080
J. Trumon Phillips
Florida Bar No. 84568
DLA PIPER LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Phone: 305-423-8500
Fax: 305-675-6366
Email: chris.oprison@dlapiper.com
trumon.phillips@dlapiper.com
sheila.hall@dlapiper.com

Peter Karanjia (admitted hac vice)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Phone: 202-799-4000
Fax: 202-799-5000
Email: peter.karanjia@dlapiper.com

*Attorneys for Plaintiff NetChoice, LLC*

/s/Blaine H. Winship
Blaine H. Winship
Florida Bar No. 356913
Chief Assistant Attorney General
Complex Litigation Bureau

Daniel W. Bell
Florida Bar No. 1008587
Chief Deputy Solicitor General

Brian M. Willen
(admitted pro hac vice)
Steffen N. Johnson
(admitted pro hac vice)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K St NW
Washington, DC 20006
Phone: (202) 973-8800
Email: bwillen@wsgr.com
sjohnson@wsgr.com

Lauren Gallo White
(admitted *pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: (415) 947-2000
Email: lwhite@wsgr.com

*Attorneys for Plaintiff Computer &
Communications Industry Association*

/s/Charles J. Cooper
Charles J. Cooper (248070DC)
David H. Thompson (450503DC)
Brian W. Barnes*
Joseph O. Masterman (Florida Bar
No. 1004179)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

Office of the Attorney General of Florida
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Blaine.winship@myfloridalegal.com
Daniel.bell@myfloridalegal.com

*Attorneys for Defendants Ashley Moody, in her official capacity as Attorney General of Florida; Joni Alexis Poitier, in her official capacity as Commissioner of the Florida Elections Commission; Jason Todd Allen, in his official capacity as Commissioner of the Florida Elections Commission; John Martin Hayes, in his official capacity as Commissioner of the Florida Elections Commission; and Kymberlee Curry Smith, in her official capacity as Commissioner of the Florida Elections Commission*

(202) 220-9600
ccooper@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jmasterman@cooperkirk.com
 *Admitted *pro hac vice*

Raymond F. Treadwell
Florida Bar No. 93834
Chief Deputy General Counsel
EXECUTIVE OFFICE OF GOVERNOR RON DESANTIS
Office of the General Counsel
The Capitol, PL-05
Tallahassee, FL 32399
(850) 717-9310
Ray.Treadwell@eog.myflorida.com

*Attorneys for Defendant Patrick Gillespie, in his official capacity as Deputy Secretary of Business Operations of the Florida Department of Management Services*

5

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiff Computer & Communications Industry Association certifies that this motion contains 319 words.

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 16th day of June, 2022.

Respectfully submitted,

*/s/ Douglas L. Kilby*

#10715956 v1