# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER EXTENDING THE STAY

The joint motion to extend the stay, ECF No. 134, is granted. All proceedings in this court are stayed until the deadline for a petition to the Supreme Court for a writ of certiorari passes without the filing of a petition or, if a timely petition is filed, until certiorari is denied, or, if a petition is granted, until the Supreme Court issues its decision.

    SO ORDERED on June 18, 2022.

                                s/Robert L. Hinkle
                                United States District Judge