# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

Case No. 4:21-cv-00220-RH-MAF

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization, et al.

    Plaintiffs,

        v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of
Florida, et al.,

    Defendants.

_____/

## NOTICE OF APPEARANCE

William H. Stafford III hereby gives notice of his appearance in this cause as counsel or record for Defendants Ashley Moody, in her official capacity as the Attorney General of Florida, and Joni Alexis Poitier, Jason Todd Allen, John Martin Hayes, and Kymberlee Curry Smith, in their official capacities as Commissioners of the Florida Elections Commission, and designates the following email addresses for notice and service of filings and other papers in this proceeding:

        william.stafford@myfloridalegal.com;
        alisha.robinson@myfloridalegal.com.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL OF FLORIDA**

<u>/s/ *William H. Stafford III*</u>
WILLIAM H. STAFFORD III
Special Counsel
Florida Bar Number 70394
Office of the Attorney General
General Civil Litigation Division
State Programs Bureau
PL – 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3785
william.stafford@myfloridalegal.com
*Attorneys for Defendants Ashley Moody, in her official capacity as Attorney General of Florida; Joni Alexis Poitier, in her official capacity as Commissioner of the Florida Elections Commission; Jason Todd Allen, in his official capacity as Commissioner of the Florida Elections Commission; John Martin Hayes, in his official capacity as Commissioner of the Florida Elections Commission; and Kymberlee Curry Smith, in her official capacity as Commissioner of the Florida Elections Commission*