In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-12355

_____

NETCHOICE, LLC,
d.b.a. Netchoice,
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,
d.b.a. CCIA,

                                                Plaintiffs-Appellees,

*versus*

ATTORNEY GENERAL, STATE OF FLORIDA,
in their official capacity,
JONI ALEXIS POITIER,
in her official capacity as Commissioner of
the Florida Elections Commission,
JASON TODD ALLEN,
in his official capacity as Commissioner of
the Florida Elections Commission,
JOHN MARTIN HAYES,
in his official capacity as Commissioner of

2            Order of the Court            21-12355

the Florida Elections Commission,

KYMBERLEE CURRY SMITH,

in her official capacity as Commissioner of

Florida Elections Commission,

DEPUTY SECRETARY OF BUSINESS OPERATIONS OF THE FLORIDA DEPARTMENT OF MANAGEMENT SERVICES,

in their official capacity,

                                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00220-RH-MAF

_____

ORDER:

       Raymond Treadwell's motion to withdraw as counsel for Appellant Deputy Secretary of Business Operations of the Florida Department of Management Services is GRANTED.

                                            DAVID J. SMITH
                   Clerk of the United States Court of
                           Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION