# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER EXTENDING THE STAY

The stay of proceedings in this court, *see* ECF Nos. 129 and 135, is extended until issuance of a decision of the United States Court of Appeals for the Eleventh Circuit on remand from the Supreme Court, or until otherwise ordered.

SO ORDERED on July 2, 2024.

                            s/Robert L. Hinkle
                            United States District Judge