IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                  CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

## ORDER DENYING MR. ROSENBERG'S MOTION TO INTERVENE

Nonparty Erwin Rosenberg has moved to intervene as a plaintiff. He has not alleged a sufficient interest in this litigation to establish standing, and his motion and proposed complaint make clear that his participation would detract from, not enhance, the orderly consideration of the issues. This case does not present a forum for the discussion of First Amendment issues at large. As a matter of discretion,

IT IS ORDERED:

Mr. Rosenberg's motion to intervene, ECF No. 161, is denied.

SO ORDERED on September 5, 2024.

                                        s/Robert L. Hinkle
                                        United States District Judge