IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                    CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

### ORDER DENYING MR. ROSENBERG'S MOTION TO ALTER OR AMEND

    Nonparty Erwin Rosenberg moved to intervene as a plaintiff. The order of September 5, 2024 denied the motion and briefly explained the ruling. He has moved to alter or amend the order. The order was correct and needs no further explanation.

    Only one part of the new motion warrants mention. Mr. Rosenberg asserts it was somehow improper to deny his motion before requiring the parties to respond. Not so. The Local Rules require a response to a motion, but that does not mean the court cannot deny a plainly unfounded motion without awaiting the response. There is no rule requiring litigation to take longer or cost more than necessary.

With rare exceptions, a party is entitled to be heard before a ruling is entered *against* the party, but Mr. Rosenberg had a full and fair opportunity to be heard on his motion to intervene; the motion was properly denied without further delay.

IT IS ORDERED:

Mr. Rosenberg's motion to alter or amend, ECF No. 163, is denied.

SO ORDERED on September 19, 2024.

s/Robert L. Hinkle<br>United States District Judge