# United States District Court
## CIVIL MINUTES - GENERAL

Date: September 25, 2024                                  Case No.: 4:21cv220-RH
Time: 10:01 – 11:13 a.m.

NETCHOICE, LLC et al. v. ASHLEY BROOKE MOODY et al.

DOCKET ENTRY: Telephonic Status Conference held. Ruling by Court: Plaintiffs may file amended complaint by November 1. Response to motion for judgment on the pleadings is due November 1 unless an amended complaint is filed. Discovery deadline and trial will likely be moved back a couple months. An order will follow.

PRESENT:    **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Cindy Markley | Dawn Savino |
|---|---|
| Deputy Clerk | Official Court Reporter |

ATTORNEYS APPEARING FOR PLAINTIFFS:
Brian Willen
Douglas Kilby
Steffen Johnson


ATTORNEYS APPEARING FOR DEFENDANTS:
Kevin Golembiewski
Henry Whitaker
Darrick Monson