# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


NETCHOICE, LLC et al.,

      Plaintiffs,

v.                                CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

      Defendants.

_____/


## ORDER GRANTING LEAVE TO AMEND THE
## COMPLAINT AND SETTING THE SCHEDULE


This order confirms and adds to the schedule discussed on the record of the status conference on September 25, 2024. The order sets a deadline for summary-judgment motions and sets a summary-judgment hearing. But motions may be filed earlier, and an earlier hearing may be set if warranted. Even if a hearing has been or is set, a motion may be adjudicated on the briefs and written record without awaiting the hearing. *See* N.D. Fla. Loc. R. 56.1(G).

IT IS ORDERED:

1. The plaintiffs are granted leave to file an amended complaint by November 1, 2024.

2. The deadline to respond to the defendants' motion for judgment on the pleadings, ECF No. 166, is extended to November 1, 2024. But if the plaintiffs file an amended complaint, they need not respond to the motion for judgment on the pleadings unless separately ordered to do so.

3. The discovery deadline is extended to May 12, 2025.

4. The deadline to move for summary judgment is June 9, 2025. The deadline to respond to a summary judgment motion is 28 days after the motion is filed. The deadline for a reply memorandum is 7 days after the response is filed.

5. By a separate notice, the clerk must set a summary-judgment hearing for the first available date on or after July 28, 2025.

6. The trial is rescheduled for the trial period that begins on November 3, 2025.

7. The attorneys must confer and file by December 2, 2024 a supplement to their Federal Rule of Civil Procedure 26(f) report addressing the deadlines for Rule 26(a)(2) disclosures.

SO ORDERED on October 2, 2024.

s/Robert L. Hinkle
United States District Judge