IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                      CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/


## ORDER DENYING AS MOOT THE MOTION FOR JUDGMENT ON THE ORIGINAL PLEADINGS

The plaintiffs having filed an amended complaint, the defendants' motion, ECF No. 166, for judgment on the original pleadings is denied as moot.

SO ORDERED on November 9, 2024.

                                      s/Robert L. Hinkle
                                      United States District Judge