IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.     CASE NO.  4:21-cv-220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

**JOINT MOTION TO EXTEND DEADLINE TO
RESPOND TO MOTION TO DISMISS AND SET DEADLINE TO REPLY**

The Parties, by and through their undersigned attorneys, and pursuant to N.D. Fla. Local Rule 6.1, move this Court for entry of an order extending the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss, and allowing Defendant to file a reply memorandum in support of that motion.

On November 15, 2024, Defendant filed a Motion to Dismiss Plaintiffs' Amended Complaint. ECF No. 173. Under N.D. Fla. Local Rule 7.1(E), Plaintiffs' memorandum in opposition to such a motion would be due on November 29, 2024. The Parties have conferred and wish to: (a) extend that deadline to **January 8, 2025**; and (b) permit Defendant to file a reply in support of the Motion to Dismiss, with a filing deadline of **January 29, 2025** for that reply.

Wherefore, the Parties respectfully request the Court:

1

i. Extend Plaintiffs' deadline to respond in opposition to Defendant's Motion to Dismiss until January 8, 2025;

ii. Permit Defendant to file a reply in support of the Motion to Dismiss; and

iii. Extend Defendant's deadline to file a reply in support of Defendant's Motion Dismiss until January 29, 2025.

Dated: November 26, 2024

Respectfully submitted,

/s/ *Douglas L. Kilby*

| | |
|---|---|
| Charles J. Cooper | Douglas L. Kilby |
| David H. Thompson | Florida Bar No. 0073407 |
| Brian W. Barnes | Glenn Burhans, Jr. |
| COOPER & KIRK PLLC | Florida Bar No. 0605867 |
| 1523 New Hampshire Ave. NW | Bridget Smitha |
| Washington, DC 20036 | Florida Bar No. 0709581 |
| (202) 220-9600 | Christopher R. Clark |
| ccooper@cooperkirk.com | Florida Bar No. 1002388 |
| dthompson@cooperkirk.com | Hannah E. Murphy |
| bbarnes@cooperkirk.com | Florida Bar No. 1032759 |
| | STEARNS WEAVER MILLER |
| Henry Charles Whitaker | WEISSLER ALHADEFF & |
| Daniel William Bell | SITTERSON, P.A. |
| Kevin A. Golembiewski | 106 East College Avenue, Suite 700 |
| Darrick William Monson | Tallahassee, FL 32301 |
| William Henry Stafford, III | Phone: (850) 580-7200 |
| ATTORNEY GENERAL | dkilby@stearnsweaver.com |
| STATE OF FLORIDA | gburhans@stearnsweaver.com |
| PL-01 The Capitol | bsmitha@stearnsweaver.com |
| Tallahassee, FL 32399 | crclark@stearnsweaver.com |
| (850) 414-3300 | hmurphy@stearnsweaver.com |
| henry.whitaker@myfloridalegal.com | |

2

daniel.bell@myfloridalegal.com
kevin.golembiewski@myfloridalegal.com
darrick.monson@myfloridalegal.com
william.stafford@myfloridalegal.com

*Counsel for Defendants*

Paul D. Clement
Erin E. Murphy
James Y. Xi (*pro hac vice*)
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com

Lauren Gallo White
WILSON SONSINI GOODRICH ETC
One Market Plaza
Spear Tower Suite 3300
San Francisco, CA 94105-1126
(414) 947-2000
lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH ETC
1301 Avenue of the Americas, 40th flr
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com

Steffen N. Johnson
WILSON SONSINI GOODRICH ETC
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
(202) 973-8888
sjohnson@wsgr.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF WORD COUNT

Pursuant to Northern District of Florida Rule 7.1(F), I HEREBY CERTIFY that the foregoing Response, including body, headings, quotations, and footnotes, and excluding those portions exempt by Local Rule 7.1(F), is 200 words as measured by Microsoft Office for Word.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 26th day of November, 2024.

*s/Douglas L. Kilby*
Douglas L. Kilby

#13283947 v1