IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                      CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

**ORDER EXTENDING THE DEADLINE
TO RESPOND TO THE MOTION TO DISMISS
AND GRANTING LEAVE TO FILE A REPLY**

The joint motion, ECF No. 174, to extend the deadline to respond to the motion to dismiss and for leave to file a reply is granted. The plaintiffs' deadline to respond is extended to January 8, 2025. The defendants may file a reply by January 29, 2025.

SO ORDERED on November 27, 2024.

                                            s/Robert L. Hinkle
                                            United States District Judge