**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


NETCHOICE, LLC et al.,

     Plaintiffs,

v.                                                                                CASE NO. 4:21-cv-220-RH-MAF

ASHLEY BROOKE MOODY et al.,

     Defendants.

_____/

**JOINT SUPPLEMENT TO JOINT REPORT OF RULE 26(F) CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 26 and the Court's October 2, 2024 Order (Dkt. 169) directing the Parties to file "a supplement to their Federal Rule of Civil Procedure 26(f) report addressing the deadlines for Rule 26(a)(2) disclosures," the Parties respectfully submit this joint supplement to their Rule 26(f) Conference Report (Dkt. 164) concerning the deadlines for expert disclosures:

**I.        Proposed Timetables and Cutoff Dates**

The Parties conferred and agreed upon the following deadlines for Rule 26(a)(2) disclosures, without prejudice to any party seeking an extension of deadlines at a later date:

| Event | Date Set By The Court | Parties' Proposed Date |
|---|---|---|
| Opening Expert Disclosures | Not Set | May 5, 2025 |
| Close of Fact Discovery | May 12, 2025 | *** |
| Rebuttal Expert Disclosures | Not Set | May 26, 2025 |
| Deadline for Summary Judgment Motions | June 9, 2025 | *** |
| Close of Expert Discovery | Not Set | June 16, 2025 |

| Event | Date Set By The Court | Parties' Proposed Date |
|---|---|---|
| Oppositions to Summary Judgment Motions | July 7, 2025 | *** |
| Replies in Support of Summary Judgment Motions | July 14, 2025 | *** |
| Hearing on Summary Judgment Motions | July 31, 2025 | *** |
| First Day of Trial | November 3, 2025 | *** |

Dated:          December 2, 2024

Respectfully submitted,

/s/ Douglas L. Kilby

Charles J. Cooper
David H. Thompson
Brian W. Barnes
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com

Henry Charles Whitaker
Daniel William Bell
Kevin A. Golembiewski
Darrick William Monson
William Henry Stafford, III
ATTORNEY GENERAL
STATE OF FLORIDA
PL-01 The Capitol
Tallahassee, FL 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com
daniel.bell@myfloridalegal.com
kevin.golembiewski@myfloridalegal.com
darrick.monson@myfloridalegal.com
william.stafford@myfloridalegal.com

*Counsel for Defendants*

Douglas L. Kilby
Florida Bar No. 0073407
Glenn Burhans, Jr.
Florida Bar No. 0605867
Bridget Smitha
Florida Bar No. 0709581
Christopher R. Clark
Florida Bar No. 1002388
Hannah E. Murphy
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Phone: (850) 580-7200
dkilby@stearnsweaver.com
gburhans@stearnsweaver.com
bsmitha@stearnsweaver.com
crclark@stearnsweaver.com
hmurphy@stearnsweaver.com

Paul D. Clement
Erin E. Murphy
James Y. Xi (pro hac vice)
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314

(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com

Lauren Gallo White
WILSON SONSINI GOODRICH &
ROSATI
One Market Plaza
Spear Tower Suite 3300
San Francisco, CA 94105-1126
(414) 947-2000
lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH &
ROSATI
1301 Avenue of the Americas, 40th flr
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com

Steffen N. Johnson
WILSON SONSINI GOODRICH &
ROSATI
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
(202) 973-8888
sjohnson@wsgr.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 2nd day of December, 2024.

*/s/ Douglas L. Kilby*
Douglas L. Kilby