IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                      CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

    Defendants.

_____/

**ORDER SETTING 26(a)(2) DEADLINES
AND AMENDING THE SCHEDULE**

The parties' supplemental Federal Rule of Civil Procedure 26(f) report proposes reasonable deadlines for Rule 26(a)(2) disclosures. This order adopts the proposed deadlines and makes corresponding changes to the summary-judgment and trial schedule. An earlier summary-judgment hearing may be set on any summary-judgment motion filed long enough before the deadline to allow briefing to be completed in time to make an earlier hearing appropriate. And any summary-judgment motion may be adjudicated on the written record without a hearing, even if a hearing has been scheduled.

IT IS ORDERED:

1. The deadline for each side's Rule 26(a)(2) disclosures is May 5, 2025. But if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), the deadline is May 26, 2025.

2. The deadline for expert discovery is June 16, 2025.

3. The deadline to move for summary judgment is July 14, 2025.

4. The deadline to respond to a summary-judgment motion is 28 days after the motion is filed.

5. The deadline for a reply memorandum in support of a summary-judgment motion is 7 days after the response is filed.

6. The clerk must reschedule the summary-judgment hearing for the first available date on or after September 4, 2025.

7. The trial is rescheduled for January 5, 2026. A party with a conflict with that date must file a notice of the conflict by December 19, 2024.

SO ORDERED on December 5, 2024.

                    s/Robert L. Hinkle
                    United States District Judge