# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

        Plaintiffs,

v.                                                        CASE NO. 4:21cv220-RH-MAF

ASHLEY BROOKE MOODY et al.,

        Defendants.

_____/

## ORDER AMENDING THE PRELIMINARY INJUNCTION

The unopposed motion, ECF No. 180, to amend the preliminary injunction, ECF No. 113, is granted. The preliminary injunction is amended so that it no longer enjoins enforcement of Florida Statutes §§ 106.072(4) and 501.2041(2)(a), (e), (i), and the inform-each-user clause of (c); no longer applies to the Florida Department of Management Services; and no longer prevents enforcement of any provision against entities that are not members of the plaintiff trade associations.

SO ORDERED on January 9, 2025.

                        s/Robert L. Hinkle
                        United States District Judge