# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: <u>4:21cv220-RH-MAF</u>                                        Date: <u>May 6, 2025</u>

### NETCHOICE LLC et al. v. JAMES UTHMEIER et al.

---

DOCKET ENTRY:  Pending Motions Hearing Held                    9:00 – 11:05 a.m.
                                                               11:16 – 11:58 a.m.

Court hears argument of counsel on defendants' motion to dismiss and motion to compel. Parties discuss schedule. Ruling by Court: An order will follow detailing the ruling on the motions.

---

PRESENT:  **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**


<u>Cindy Markley</u>                            <u>Megan Hague</u>
Deputy Clerk                            Official Court Reporter


Attorneys for Plaintiffs:               Attorneys for Defendants:
James Xi                                Darrick Monson
Brian Willen                            Clark Hildabrand
Mitchell Pallaki                        Kevin Golembiewski
Doug Kilby                              David Costello
Paul Harold                             Jeffrey DeSousa

---

PROCEEDINGS:

9:00    Court in session
9:01    Defense argues motion to dismiss (Monson)
9:44    Response by plaintiffs (Xi)
10:10   Rebuttal by defense (Monson)
10:30   Defense argues motion to compel (Hildabrand)
11:05   Court in recess

11:16   Court in session
        Response by plaintiffs (Willen)
11:40   Rebuttal by defense (Hildabrand)
11:55   Ruling by Court: An order will follow detailing the ruling on the motions.
11:58   Court adjourned