IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                                          CASE NO. 4:21cv220-RH-MAF

JAMES UTHMEIER et al.,

    Defendants.

_____/

ORDER MODIFYING THE SCHEDULE
AND CONFIRMING THE SUBSTITUTION
OF THE DEFENDANTS

    IT IS ORDERED:

    1. The defendants' motion to modify the schedule, ECF No. 244, is granted.

    2. The deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is December 26, 2025. But if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), the deadline is the later of (a) 21 days after the other party's disclosure or (b) the deadline that would otherwise apply.

    3. The fact-discovery deadline is January 2, 2026.

4. The expert-discovery deadline is February 11, 2026.

5. The deadline to move for summary judgment is March 11, 2026.

6. By separate notice, the clerk must reschedule the summary-judgment hearing for the first available date on or after May 18, 2026.

7. The trial is rescheduled for September 8, 2026. A party with a conflict must file a notice identifying the conflict by November 19, 2025.

8. Joseph Van de Bogart and Patrick Kilbane, in in their official capacities as Commissioners of the Florida Elections Commission, are substituted as defendants in place of their predecessors Chad Mizelle and Carlos Lopez-Cantera.

SO ORDERED on November 5, 2025.

s/Robert L. Hinkle
United States District Judge