IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

    Plaintiffs,

v.                                        CASE NO. 4:21cv220-RH-MAF

JAMES UTHMEIER et al.,

    Defendants.

_____/

ORDER REVISING THE SCHEDULE AND ADVANCING
THE DEADLINE TO RESPOND TO THE MOTION
TO AMEND THE PROTECTIVE ORDER

    IT IS ORDERED:

    1. The joint motion to amend the schedule, ECF No. 264, is granted in part, and additional revisions are made as set out in this order.

    2. The deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is January 23, 2026. But if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), the deadline is the later of (a) 21 days after the other party's disclosure or (b) the deadline that would otherwise apply.

3. The fact-discovery deadline remains January 2, 2026. But Neil Potts's deposition may be taken on or before January 30, 2026.

4. The expert-discovery deadline is March 13, 2026.

5. The deadline for the defendants to respond to the plaintiffs' pending summary-judgment motion, ECF No. 233, is April 3, 2026.

6. The deadline for the plaintiffs to amend or supplement the pending summary-judgment motion is March 20, 2026.

7. The deadline to file any other summary-judgment motion is April 3, 2026.

8. The deadline for *Daubert* motions is April 3, 2026.

9. The deadline to respond to any summary-judgment motion, other than the pending summary-judgment motion, or to any related *Daubert* motion is 28 days after the motion is filed.

10. By separate notice, the clerk must set a summary-judgment hearing for the first available date on or after May 29, 2026. The hearing previously set for May 28 is canceled.

11. The deadline for the attorney conference to address pretrial matters is July 14, 2026.

12. The deadline for the pretrial stipulation and trial briefs is August 4, 2026.

13. By separate notice, the clerk must reschedule the pretrial conference for the first available date on or after August 11, 2026.

14. The trial remains set for September 8, 2026.

15. The deadline to respond to the defendants' motion, ECF No. 265, to amend the nonparty protective order, ECF No. 239, is advanced to December 22, 2025. Nonparties Meta Platforms, Inc. and Google LLC may file responses without being deemed to have appeared in this action for any other purpose. The attorneys should confer again prior to that date in a good-faith effort to reach agreement.

SO ORDERED on December 15, 2025.

s/Robert L. Hinkle<br>United States District Judge