# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

NETCHOICE, LLC, et al.,

     Plaintiffs,

v.                            Case No. 4:21-cv-220-RH/MAF

JAMES UTHMEIER, in his official
capacity as Attorney General of the
State of Florida, et al.,

     Defendants.

_____/

## DEFENDANTS AND NON-PARTIES META PLATFORMS, INC., AND GOOGLE LLC'S JOINT MOTION TO MODIFY PROTECTIVE ORDER REGARDING NON-PARTY DISCOVERY

Defendants James Uthmeier, in his official capacity as Attorney General of the State of Florida, and Joni Alexis Poitier, John Martin Hayes, Kymberlee Curry Smith, Patrick Kilbane, Joseph Van de Bogart, Marva Preston, and Rick Joyce, in their official capacities as Commissioners of the Florida Elections Commission (collectively, "Defendants"), and non-parties Meta Platforms, Inc. ("Meta") and Google LLC ("Google") respectfully move to modify Section 7.3 "Disclosure of 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY' Information or Items" in the Protective Order Regarding Non-Party Discovery. DE239. As shown in the attached clean and redline versions of the proposed modified Protective Order Regarding Non-Party Discovery, the revised Section 7.3 would expressly allow,

subject to the requirements in that section, Kevin A. Golembiewski and William Stafford of the Florida Attorney General's Office to access material designated as Highly Confidential – Attorneys' Eyes Only. Those two attorneys have appeared as counsel of record for all Defendants in this action.

Good cause supports this modification. *See In re Chiquita Brands Int'l, Inc.*, 965 F.3d 1238, 1250-52 (11th Cir. 2020); *Boca Raton Cmty. Hosp., Inc. v. Tenet Healthcare Corp.*, 271 F.R.D. 530, 537-38 (S.D. Fla. 2010). Counsel for Defendants, Meta, and Google met and conferred in good faith to reach an agreement that resolves the issues raised by Defendants' previous motion to modify the protective order, DE265, while also providing protections for material that non-parties have designated as Highly Confidential – Attorneys' Eyes Only. This proposed modification incorporates suggestions made by the Court at the December 12, 2025 hearing, including limitations on Mr. Golembiewski's and Mr. Stafford's ability to participate in certain investigations and decision-making processes by the Florida Attorney General's Office.

Accordingly, the Court should grant this joint motion to modify the Protective Order Regarding Non-Party Discovery.

Dated: January 20, 2026

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

*/s/ Kevin A. Golembiewski*
JEFFREY P. DESOUSA
  *Acting Solicitor General*
KEVIN A. GOLEMBIEWSKI
  *Senior Deputy Solicitor General*
WILLIAM H. STAFFORD III
  *Special Counsel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300

*Counsel for Defendants*

CHARLES J. COOPER
DAVID H. THOMPSON
BRIAN W. BARNES
CLARK L. HILDABRAND
JACK TUCKER
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600

*Counsel for FEC Defendants*

3

*/s/ Kasdin M. Mitchell*
Kasdin M. Mitchell (admitted *pro hac vice*)
Jordon L. Greene (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
kasdin.mitchell@kirkland.com
jordan.greene@kirkland.com

and

Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
billie.wallace@hwhlaw.com
Hill Ward & Henderson, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Nonparty Meta Platforms, Inc.*

4

*/s/ Jonathan A. Patchen*
Jonathan A. Patchen (*admitted Pro Hac Vice*)
jpatchen@cooley.com
Ankia Holland (*admitted Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: (415) 693-2000

Michael A. Rome (*admitted Pro Hac Vice*)
mrome@cooley.com
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Tel: (213) 561-3250

and

Hala Sandridge, FBN 0454362
hala.sandridge@bipc.com
Richard G. Salazar, FBN 0899615
richard.salazar@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Truist Place
401 E. Jackson St., Suite 2400
Tampa, FL  33602
Tel:  (813) 222-8180

*Counsel for Nonparty, Google LLC*

## LOCAL RULE 7.1(B) CERTIFICATION

I hereby certify I complied with L.R. 7.1(B) by attempting in good faith to resolve the issue through a meaningful conference with attorneys for the adverse parties, including counsel for Meta and Google. Counsel for Plaintiffs has not responded regarding Plaintiffs' position on the motion.

*/s/ Kevin A. Golembiewski*
Counsel for Defendants

## LOCAL RULE 7.1(F) CERTIFICATE OF WORD COUNT

I hereby certify that pursuant to L.R. 7.1(F), the foregoing motion contains 306 words, excluding the case style, signature block, and certificate of service, as determined by Microsoft Word for Microsoft Office 365.

*/s/ Kevin A. Golembiewski*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on January 20, 2026, the foregoing filing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

*/s/ Kevin A. Golembiewski*
Counsel for Defendants

6