**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| |
|---|
| NETCHOICE, LLC; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, et al., <br><br> *Defendants*. |

Case No. 4:21-cv-0220-RH-MAF

**PLAINTIFFS' AMENDED MOTION FOR SUMMARY JUDGMENT**
(Oral Argument Requested)

Pursuant to Federal Rule of Civil Procedure 56 and Northern District of Florida Local Rule 56.1, Plaintiffs NetChoice, LLC, and Computer & Communications Industry Association (collectively, "Plaintiffs"), for the reasons set forth in the memorandum of law filed concurrently herewith, respectfully move for an Order of Summary Judgment. Specifically, Plaintiffs move for summary judgment on:

1. Their as-applied claims as to the consistency provision, Fla. Stat. §501.2041(2)(b), the provision addressing posts by or about political candidates, §501.2041(2)(h), the candidate-deplatforming provision, §106.072(2), the journalistic-enterprise provision, §501.2041(2)(j), the rule-

change provision, §501.2041(2)(c), the user opt-out provisions, §501.2041(2)(f)-(g), and the detailed-explanation provisions, §501.2041(2)(d), (3);

2. Their facial claims as to the consistency provision, Fla. Stat. §501.2041(2)(b), the provision addressing posts by or about political candidates, §501.2041(2)(h), the journalistic-enterprise provision, §501.2041(2)(j), the user opt-out provisions, §501.2041(2)(f)-(g), and the detailed-explanation provisions, §501.2041(2)(d), (3); and

3. Their vagueness claims.

And Plaintiffs request that the Court permanently enjoin Defendants as well as all officers, agents, and employees subject to their supervision, direction, or control, from enforcing all of these provisions.

<h2 style="text-align:center">REQUEST FOR ORAL ARGUMENT</h2>

Pursuant to Local Rule 7.1(K), Plaintiffs respectfully request oral argument on this Motion and estimate that the hearing will require one and a half hours of argument time.

Respectfully submitted,

s/Erin E. Murphy

Brian M. Willen
Steffen N. Johnson
Paul N. Harold
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street NW
Washington DC 20006
(202) 973-8800
bwillen@wsgr.com
sjohnson@wsgr.com
pharold@wsgr.com

Lauren Gallo White
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Benjamin S. Hewitt
WILSON SONSINI GOODRICH &
ROSATI, P.C.
31 West 52nd Street, 5th Floor
New York, NY 10019
(212) 453-2804
bhewitt@wsgr.com

Paul D. Clement
Erin E. Murphy
James Y. Xi
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
mitchell.pallaki@clementmurphy.com

Douglas L. Kilby
Florida Bar No. 0073407
Hannah E. Murphy
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com

*Counsel for Plaintiffs NetChoice, LLC and
Computer & Communications Industry Association*

March 20, 2026

3

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel for Plaintiffs certifies that this Motion contains 213 words. Plaintiffs certify that the accompanying Memorandum of Law contains 12,698 words, which is under the 12,750-word limit that Plaintiffs have requested in their Motion to Enlarge the Word Count pursuant to Local Rules 7.1(F) and (G). Dkt.282.

March 20, 2026                                     s/Erin E. Murphy
                                                   Erin E. Murphy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 20th day of March, 2026.

March 20, 2026                                     s/Erin E. Murphy
                                                   Erin E. Murphy

4