**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC; and COMPUTER
& COMMUNICATIONS INDUSTRY
ASSOCIATION,

    *Plaintiffs*,

v.

JAMES UTHMEIER, et al.,

    *Defendants*.

Case No. 4:21-cv-0220-RH-MAF

**JOINT MOTION TO MODIFY WORD COUNT LIMITATIONS AND
DEADLINES RELATED TO PLAINTIFFS' AMENDED MOTION FOR
SUMMARY JUDGMENT**

Pursuant to Local Rules 7.1(F) and (G) of the United States District Court for the Northern District of Florida, the parties respectfully request that the Court enter an Order enlarging the word count for certain filings related to Plaintiffs' amended motion for summary judgment, clarifying or confirming the deadline for Defendants to file their opposition to that amended motion, and extending the deadline for Plaintiffs to file their reply memorandum. In support thereof, the parties state:

1.    Plaintiffs have filed a Motion for Partial Summary Judgment, ECF No. 233, and supporting Memorandum of Law, ECF No. 234-1. Plaintiffs intend to file an amended motion for summary judgment on March 20, 2026, the deadline set by this Court. ECF No. 268. Plaintiffs seek leave of the Court to file a memorandum of law

1

with up to 12,750 words.  Good cause exists for this request given the number and complexity of issues to be addressed in that amended motion.  Defendants do not oppose that request.  In accordance with Local Rule 7.1(F), Plaintiffs have attached to this request the proposed memorandum of law in support of their amended motion for summary judgment.

2.      In turn, Defendants request a like expansion of the word count for their opposition to Plaintiffs' amended motion for summary judgment, allowing Defendants to submit a memorandum with up to 12,750 words.  For the same reasons, good cause exists for this request, and Plaintiffs do not oppose that request.

3.      The parties have some disagreement or uncertainty as to the deadline for Defendants to submit their opposition to Plaintiffs' amended motion for partial summary judgment.  Local Rule 56.1(C) normally requires a party opposing summary judgment to file their opposition within 21 days of the filing of the motion.  However, this Court entered an Order Revising The Schedule And Advancing The Deadline To Respond To The Motion To Amend The Protective Order, ECF No. 268, providing that the deadline to respond to the pending summary-judgment motion, ECF No. 233, is April 3, 2026, but also providing that the deadline to respond to any summary-judgment motion, other than the pending summary-judgment motion, is 28 days after the motion is filed.  As Plaintiffs intend to file an amended motion for summary judgment, along with a supporting memorandum, Defendants understand their deadline to respond to be 28 days after the amended motion for summary

judgment is filed. To avoid any uncertainty, Plaintiffs consent to Defendants having up to 28 days from the filing of the amended motion for summary judgment to file their opposition.

4. Finally, Local Rule 56.1(D) provides that the deadline for Plaintiffs to file their reply in support of their amended motion for summary judgment would be 7 days after the opposing memorandum is filed. Due to the anticipated length of Defendants' opposition, and the number and complexity of issues to be addressed, Plaintiffs request that the deadline for submitting their reply be extended to 21 days after the filing of Defendants' opposition. Defendants do not oppose this request.

**WHEREFORE**, the parties respectfully request that the Court enter an Order: (a) permitting Plaintiffs to file a memorandum in support of their amended motion for summary judgment with an expanded word count not to exceed 12,750 words; (b) permitting Defendants to file a memorandum in opposition to Plaintiffs' amended motion for summary judgment with an expanded word count not to exceed 12,750 words; (c) clarifying or confirming that the deadline for Defendants to file their memorandum in opposition to Plaintiffs' amended motion for summary judgment is 28 days after the filing of that amended motion; (d) extending the deadline for Plaintiffs to file their reply memorandum in support of their amended motion for summary judgment to 21 days after Defendants file their opposition; and (e) such further relief as may be appropriate.

Respectfully submitted,

Brian M. Willen
Steffen N. Johnson
Paul N. Harold
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street NW
Washington DC 20006
(202) 973-8800
bwillen@wsgr.com
sjohnson@wsgr.com
pharold@wsgr.com

Lauren Gallo White
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

s/Erin E. Murphy
Paul D. Clement
Erin E. Murphy
James Y. Xi
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
mitchell.pallaki@clementmurphy.com

Douglas L. Kilby
Florida Bar No. 0073407
Hannah E. Murphy
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com

*Counsel for Plaintiffs NetChoice, LLC and Computer & Communications
Industry Association*

March 20, 2026

Dated: March 20, 2026

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General of Florida*

*/s/ William H. Stafford III*
JEFFREY P. DESOUSA
  *Acting Solicitor General*
WILLIAM H. STAFFORD III
  *Special Counsel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300

CHARLES J. COOPER
DAVID H. THOMPSON
BRIAN W. BARNES
CLARK L. HILDABRAND
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036

*Counsel for Florida Elections*
  *Commission Defendants*

*Counsel for Defendants*

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel for Plaintiffs certifies that this Motion complies with Local Rule 7.1(F) because it contains 647 words.

March 20, 2026                                    s/Erin E. Murphy
                                                    Erin E. Murphy


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 20th day of March, 2026.

                                                    s/Erin E. Murphy
                                                    Erin E. Murphy