**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

NETCHOICE, LLC; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

    *Plaintiffs*,

v.

JAMES UTHMEIER, et al.,

    *Defendants*.

Case No. 4:21-cv-0220-RH-MAF

**JOINT NOTICE REGARDING DEFENDANTS' MOTION TO CONSOLIDATE PLAINTIFFS' SUMMARY-JUDGMENT MEMORANDA OR FOR LEAVE TO FILE AN OMNIBUS OPPOSITION**

The parties respectfully provide notice that, after meeting and conferring, they have reached agreement regarding the briefing of Plaintiffs' summary-judgment motions which, if the Court agrees, would render unnecessary further briefing regarding Defendants' Motion to Consolidate Plaintiffs' Summary-Judgment Memoranda or For Leave to File an Omnibus Opposition, DE298. As explained further herein, the parties respectfully ask the Court to enter an order that (1) allows Defendants until May 1, 2026, to file an omnibus response to both of Plaintiffs' summary-judgment motions, with a limit of 18,782 words for the omnibus response;

1

and (2) allows Plaintiffs to file a consolidated reply by May 22, 2026, with a limit of 9,350 words for the consolidated reply. In support thereof, the parties state:

1.  Plaintiffs filed an Amended Motion for Summary Judgment on March 20, 2026, DE281, supported by a memorandum that was 12,698 words long, DE282-1. On April 3, 2026, Plaintiffs filed a Second Motion for Summary Judgment, DE287, supported by a memorandum that was 6,084 words long, DE288.

2.  On April 10, 2026, Defendants filed a Motion to Consolidate Plaintiffs' Summary-Judgment Memoranda or For Leave to File an Omnibus Opposition, DE298 ("Defendants' Motion"). In that motion, Defendants argued that Plaintiffs' filing of a second summary-judgment motion was improper and contrary to the Court's orders. Defendants requested that the Court order Plaintiffs to consolidate the two memoranda into a single memorandum that complied with the 12,750-word limit in the Order on Summary Judgment Procedures, DE283. Alternatively, Defendants requested the Court to authorize Defendants to file an omnibus response to both of Plaintiffs' summary-judgment motions by May 1, 2026, with a limit of 18,782 words—equal to the number of words in Plaintiffs' memoranda in support of their summary-judgment motions.

3.  Plaintiffs dispute Defendants' contention that Plaintiffs' filing of a second summary-judgment motion was improper.

4.  However, the parties have met and conferred and mutually agree to resolution of Defendants' Motion via a court order that is similar to the alternative

relief that Defendants sought. Specifically, the parties ask the Court to enter an order that (1) allows Defendants until May 1, 2026, to file an omnibus response to both of Plaintiffs' summary-judgment motions, with a limit of 18,782 words for the omnibus response; and (2) allows Plaintiffs to file a consolidated reply by May 22, 2026, with a limit of 9,350 words for the consolidated reply.

5.    While the parties have reached agreement on how to resolve Defendants' Motion, both parties maintain their positions regarding whether Plaintiffs properly filed a second summary-judgment motion on April 3, 2026.

**WHEREFORE**, the parties respectfully request that the Court enter an Order: (1) allowing Defendants until May 1, 2026, to file an omnibus response to both of Plaintiffs' summary-judgment motions, with a limit of 18,782 words for the omnibus response; and (2) allowing Plaintiffs to file a consolidated reply by May 22, 2026, with a limit of 9,350 words for the consolidated reply.

Respectfully submitted,

/s/ *Douglas L. Kilby*

| | |
|---|---|
| Brian M. Willen | Paul D. Clement |
| Steffen N. Johnson | Erin E. Murphy |
| Paul N. Harold | James Y. Xi |
| WILSON SONSINI GOODRICH & | Mitchell K. Pallaki |
| ROSATI, P.C. | CLEMENT & MURPHY, PLLC |
| 1700 K Street NW | 706 Duke Street |
| Washington DC 20006 | Alexandria, VA 22314 |
| (202) 973-8800 | (202) 742-8900 |
| bwillen@wsgr.com | paul.clement@clementmurphy.com |
| sjohnson@wsgr.com | erin.murphy@clementmurphy.com |
| pharold@wsgr.com | james.xi@clementmurphy.com |
| | mitchell.pallaki@clementmurphy.com |
| Lauren Gallo White | |
| WILSON SONSINI GOODRICH & | Douglas L. Kilby |
| ROSATI, P.C. | Florida Bar No. 0073407 |
| One Market Plaza | Hannah E. Murphy |
| Spear Tower, Suite 3300 | Florida Bar No. 1032759 |
| San Francisco, CA 94105 | STEARNS WEAVER MILLER |
| (415) 947-2000 | WEISSLER ALHADEFF & |
| lwhite@wsgr.com | SITTERSON, P.A. |
| | Highpoint Center |
| | 106 East College Avenue, Suite 700 |
| | Tallahassee, FL 32301 |
| | (850) 580-7200 |
| | dkilby@stearnsweaver.com |
| | hmurphy@stearnsweaver.com |

*Counsel for Plaintiffs NetChoice, LLC and Computer & Communications Industry Association*

April 14, 2026

4

Dated: April 13, 2026                    Respectfully submitted,

                                         JAMES UTHMEIER
                                            *Attorney General of Florida*

CHARLES J. COOPER                        */s/ William H. Stafford III*
DAVID H. THOMPSON                        WILLIAM H. STAFFORD III
BRIAN W. BARNES                             *Special Counsel*
CLARK L. HILDABRAND                      Office of the Attorney General
COOPER & KIRK, PLLC                      The Capitol, PL-01
1523 New Hampshire Ave., N.W.            Tallahassee, Florida 32399
Washington, DC 20036                     (850) 414-3300

*Counsel for Florida Elections*          *Counsel for Defendants*
   *Commission Defendants*

6

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2026, the foregoing Joint Notice was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

*/s/ William H. Stafford III*
William H. Stafford III

*Counsel for Defendants*