**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC, et al.,

      Plaintiffs,

v.                                 Case No. 4:21-cv-220-RH/MAF

JAMES UTHMEIER, in his official

capacity as Attorney General of the
State of Florida, et al.,

      Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING EXHIBITS IN SUPPORT OF
THEIR MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
<u>AMENDED FIRST MOTION FOR SUMMARY JUDGMENT</u>**

Defendants hereby file the following exhibits in support of their Memorandum

in Opposition to Plaintiffs' Amended First Motion for Summary Judgment:

1. Excerpted Transcript of Alexandra Veitch Deposition (Nov. 19, 2025) (filed under seal)

2. Excerpted Transcript of Bartlett Cleland Deposition (Sep. 3, 2025)

3. META_NC_NDFL_0003556 (filed under seal)

4. Excerpted Transcript of Jasmine Vasquez Deposition (Nov. 12, 2025) (filed, in part, under seal)

5. Excerpted Transcript of Rachel Callaway Deposition (Nov. 10, 2025)

6. Excerpted Transcript of Matthew Schruers Deposition (Sep. 9, 2025)

7. Excerpted Transcript of Sophie Duba Deposition (Nov. 21, 2025)

8. Declaration of Jack Tucker, dated April 17, 2026.

Dated: April 17, 2026

Charles J. Cooper
David H. Thompson
Brian W. Barnes
Clark L. Hildabrand
Jack Tucker
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

Respectfully submitted,

JAMES UTHMEIER
*Attorney General of Florida*

/s/William H. Stafford, III
William H. Stafford, III

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3694
(850) 410-2672 (fax)

*Counsel for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 17th day of April, 2026.

/s/William H. Stafford, III
William H. Stafford, III