# EXHIBIT 1
## FILED UNDER SEAL

*(This exhibit has been filed under seal and is not included in the public record.)*