# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

_____

NETCHOICE, LLC, et al.,

     Plaintiffs,

   v.                        Case No.

JAMES UTHMEIER, in his Official    4:21-cv-220-RH/MAF

Capacity as Attorney General of

the State of Florida, et al.

     Defendants.

_____

VIDEOTAPED DEPOSITION OF BARTLETT CLELAND

IN HIS INDIVIDUAL CAPACITY AND AS 30(b)(6)

CORPORATE REPRESENTATIVE FOR NETCHOICE, LLC

DATE:         Wednesday, September 3, 2025

TIME:         9:43 a.m.

LOCATION:     Wilson Sonsini Goodrich & Rosati

               1700 K Street Northwest, 5th Floor

               Washington, DC 20006

REPORTED BY:  Samuel Pachon

JOB NO.:     7570503

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 59

changing our Community Guidelines.  We change our Community Guidelines when we believe they merit being changed.

BY MR. HILDABRAND:

Q.    How many times has YouTube changed Community Guidelines in 2025?

MS. CORBO:  Object to the form.

THE WITNESS:  As I sit here, I don't know.

BY MR. HILDABRAND:

Q.    I think you mentioned earlier publicly available.  Are there non-publicly available Community Guidelines?

MS. CORBO:  Object to the form.

THE WITNESS:  Our Community Guidelines are publicly available.

BY MR. HILDABRAND:

Q.    Are there any rules that YouTube has for content that are not publicly available?

MS. CORBO:  Object to the form.

THE WITNESS:  Mr. Hildabrand, if I could take a step back here in an effort to answer your question.

Page 115

couldn't name the --

Q    Just have to ask the question.  All right. So going back here to page 60 of the amended interrogatory responses, do you see about a little over halfway down where it says that Nextdoor uses a combination of community moderators?  It goes on, and it says "and Nextdoor operation staff to review content that is reported by Nextdoor users or detected by automated systems"?

A    Yes.

Q    Do you know what automated systems Nextdoor uses to report content for review?

A    Other than algorithms, is that ...

Q    So what automated systems are referred to here in this response?

A    So the -- the same or similar to virtually all my member companies or virtually all software, and that is algorithms.

Q    Have you reviewed the coding for those algorithms or any of the other -- sorry.  I'll ask specifically.  Have you reviewed the coding for the algorithms used by Nextdoor?

Page 116

A    Again, you're asking about the programming language?

Q    Yes.

A    No.

Q    What is your knowledge of Nextdoor's automated systems based on?

A    So both what I can find on their website, but also by using their website and just with a generic understanding of software and algorithms.  I know that when I'm making a selection, there's kind of only one way that that happens, one way; but it's a huge way.  It's called algorithm.  It's called software.  Right?

So I'm not trying to be pedantic, but it -- there is only one way to effectuate those things to happen.  And that is an algorithm.  So if I electronically slide a slide, if I choose an option, if I whatever, the -- the way that I'm being directed to whatever that next thing is is via software, which is an algorithm.

Q    So is your understanding of Nextdoor's automated systems to review content based on what they

Page 117

would publicly say about those automated systems?

MR. HAROLD:  Objection to form.

THE WITNESS:  That and what I just explained, which is, so my understanding of software, software industry, how computers work, and then my use of the website and seeing that when I click a button that says "I don't want to hear from this person," that I no longer hear from that person.

BY MR. HILDABRAND:

Q    So have you used any Nextdoor system to report content?

MR. HAROLD:  Objection, outside the scope of the 30(b)(6) notice.

BY MR. HILDABRAND:

Q    So asking about you personally.  So you've talked about that you acknowledge based on what they publicly say and then your personal use.  I just understand your personal use here.  Have you used any system on Nextdoor to report content that is on Nextdoor?

A    Report, you mean like -- like this?

Q    So it says here "To review content that is

Page 118

reported by Nextdoor users or detected by automated systems."  And so I want to understand what those automated systems are, and I want to understand have you used any automated system on Nextdoor to report content?

MR. HAROLD:  Objection to form.

THE WITNESS:  No.  Not to best of my knowledge.  I -- I suspect when I do stuff on there, there's information being gathered so they can better serve me.  But no.  I didn't -- as I read that, and as I understand your question, that sounds like reporting some kind of offensive content.  No.  I've not done that.

BY MR. HILDABRAND:

Q    Thank you.  Do you know the identities of Nextdoor's community moderators?

MR. HAROLD:  Objection, outside the scope of the 30(b)(6) notice.

THE WITNESS:  No.  And my understanding is they're largely volunteer.

BY MR. HILDABRAND:

Q    Here down at the bottom, do you see where it

Page 221

BY MR. HILDABRAND:

Q    Here is what's been marked as Exhibit 29. Have you ever seen this item before?

A    I have not.

Q    Is this item described as "1789 anti-Trump shirt, comfort colors, feeling French shirt, anti-fascism, no kings, protest shirt, guillotine shirt, resist shirt, feels like 1789"?

MR. HAROLD:  Objection to form. Objection, outside the scope of the 30(b)(6) notice.

THE WITNESS:  The most discombobulated description ever, but yes.  That's what it says.

BY MR. HILDABRAND:

Q    All right.  And above the description, is there an image of a shirt that says "Feels like 1789 is coming" with a guillotine in the middle of the shirt?

MR. HAROLD:  Objection to form. Outside the scope.

THE WITNESS:  Yes.

BY MR. HILDABRAND:

Q    Are you aware of any attempts to assassinate

Page 222

President Trump in the past two years?

MR. HAROLD:  Objection to form. Outside the scope.

THE WITNESS:  You mean, was that in Pennsylvania?  Yes.  Kind of made the news.

BY MR. HILDABRAND:

Q    Is this item objectionable?

MR. HAROLD:  Objection to form. Outside the scope.

THE WITNESS:  So that's an interesting ploy, but I'm not going to let you pull me into that. I don't find this objectionable.  Nor do I think it's okay to assassinate the president, nor do I doubt this T-shirt led to any potential assassination of the president.

BY MR. HILDABRAND:

Q    Is this item family-friendly?

MR. HAROLD:  Objection to form, outside the scope.

THE WITNESS:  I believe it -- I believe in the very description you read, it was a protest. So I'm going to go to exactly what I said before.  I

Page 223

don't know how many times I have to say it.  I am firmly in support of the First Amendment of the United States and think that protest is a great form of expression.

BY MR. HILDABRAND:

Q    What is a guillotine used for?

MR. HAROLD:  Objection to form, outside the scope.

THE WITNESS:  So I know it more in a historic context, but Henry VIII was a fan.  But to -- and so was Robespierre, cut off people's heads.  It was a form of execution, not unlike today.  We use whatever.  I can't remember what they use in Florida.  Lethal injection maybe.

BY MR. HILDABRAND:

Q    And was Robespierre, was he guillotined as well?

A    He --

MR. HAROLD:  Objection, outside the scope.

THE WITNESS:  He was because he has such a big ego and thought he could control people

Page 224

with laws and rules.

MR. HILDABRAND:  All right.  I think we're at a natural stopping point.

THE VIDEOGRAPHER:  This marks the end of Media Unit Number 3.  Going off the record.  The time is 14:33 p.m.

(Off the record.)

THE VIDEOGRAPHER:  This marks the beginning of Media Unit Number 4.  Going back on the record.  The time is 14:45 p.m.

BY MR. HILDABRAND:

Q   All right.  Let's go back to the NetChoice Szabo preliminary injunction declaration, which was marked as Exhibit 13.  If you can, please turn to paragraph 20, which is on page 13 using the page numbers at the bottom of the page?

A   Got it.

Q   Do you see in paragraph 20 where this paragraph uses the phrase "foreign propaganda"?

MR. HAROLD:  Objection to form.

THE WITNESS:  Oh, yes.  So "foreign propaganda posted by RT," is that where you're --

Page 225

MR. HILDABRAND:  Right, yes.

THE WITNESS:  Okay.

BY MR. HILDABRAND:

Q    What does the phrase -- other than "posted by RT," what does "foreign propaganda" mean as used in this paragraph?

MR. HAROLD:  Objection to form. Objection, outside the scope.

THE WITNESS:  I don't know that I have an excellent definition of propaganda.  But foreign is certainly not from the U.S.  So outside the U.S. Propaganda, I -- you know what?  I'm -- I don't have a good definition of propaganda to tell you the truth.

BY MR. HILDABRAND:

Q    Do any of NetChoice's members have websites that have foreign propaganda on them?

MR. HAROLD:  Objection to form.

THE WITNESS:  I -- I don't know as a matter of fact.

BY MR. HILDABRAND:

Q    Are you aware of any study or research done by NetChoice on whether its members have websites with