# EXHIBIT 3

## FILED UNDER SEAL

*(This exhibit has been filed under seal and is not included in the public record.)*