# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

```
                              )
                              )
NETCHOICE, LLC, et al.,       )
                              )
                              )
        Plaintiffs,           )
                              )
                              )
           VS.                ) Case No. 4:21-cv-220-RH/MAF
                              )
                              )
JAMES UTHMEIER, in his        )
official capacity as          )
Attorney General of the       )
State of Florida, et al.,     )
                              )
                              )
        Defendants.           )
_____)
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY REDACTED

DEPOSITION OF:

RACHEL WEBER CALLAWAY

MONDAY, NOVEMBER 10, 2025

9:00 A.M.

Reported by:   GINA M. CLOUD

CSR No. 6315

Page 52

Are these algorithms that are written, or what do you mean by tools that moderators use?

A.    In my personal experience and understanding, an example of this would be an automated account or auto-mod account that takes specific actions inside

10:49:56

of a subreddit.

Q.    Can you explain to me what auto-mod is.

A.    To the best of my personal understanding, auto-mod is a tool that is available to moderators that can take automatic actions in their community.

10:50:23

Q.    What sort of tool?  Is that a program? What kind of tool is auto-mod?

A.    I couldn't define it specifically because I'm not on the team that works on it, but again, my best personal understanding is it is code.

10:50:43

Q.    Does auto-mod incorporate any algorithms?

MR. SCHOTTLAENDER:  Objection.

THE WITNESS:  I don't know.

BY MR. HILDABRAND:

Q.    I think you said an auto-mod account.  Do

10:51:05

different subreddit auto-mods have their own accounts, or is there one site-wide auto-mod account?  Can you explain that?

A.    Again, I'm not on the team that specifically works on this, but in my best personal understanding,

10:51:25

Page 88

BY MR. HILDABRAND:

Q.    Have you looked into this concern at all?

A.    Personally, no, I have not.

Q.    Are you personally involved with content moderation of transgender posts on Change My View?

12:37:59

A.    Personally no, I am not.

Q.    Do you know how often the moderators of Change My View modified the subreddit tools?

A.    Personally, no, I do not.

Q.    Let's go back to what we marked as

12:38:19

Exhibit 1 or Exhibit 1a, which was your August 2025 declaration.

A.    Okay.

Q.    When you get to that, if you want to turn to paragraph 5 which is on page 1 that goes down to

12:38:51

page 2.

A.    Yes.

Q.    Do you see where you say:  "Subreddits are each organized around a specific topic or collection of topics which can vary widely, from the

12:39:09

straightforward, e.g., r/music, to the specific e.g. r/DisneyWorldTransport, a subreddit dedicated to discussing monorails, skyliners buses, ferries, trains, trollies, shuttles and other modes of transportation at Walt Disney World," and then the

12:39:31

paragraph continues?

A.    Yes, I see that.

Q.    Did you write this sentence here?

THE WITNESS:  Hayden, this was part that was drafted --

12:39:52

MR. SCHOTTLAENDER:  There is a privilege concern about who wrote specific portions, and so -- yeah.

To the extent your answers requires you to reveal who wrote specific portions, I think it's

12:39:59

fine to say -- just answer a yes-or-no question whether you personally drafted certain language I think is appropriate to answer for Clark.

BY MR. HILDABRAND:

Q.    That's fine.  Go ahead.

12:40:12

A.    Personally I did not draft this exact language.

Q.    Was there any other language in your declaration that you did not personally draft?

MR. SCHOTTLAENDER:  Objection, I also want

12:40:38

to be clear about the language.  What do you mean by personally draft?  Obviously she's personally executed the declarations of, like, did she physically write out the words?  Did she come up with the words?  Etcetera.  I'm just not --

12:40:50

Page 90

MR. HILDABRAND:  I'm just using the language that she used there, so just trying to understand what she --

BY MR. HILDABRAND:

Q.   Let me ask you the question.  I assume you didn't write this, but you executed down at the bottom of the end of the declaration; is that correct, Rachel?

A.   Yes, that is correct.

Q.   Have you visited the Disney World Transport

12:41:16

subreddit before?

A.   Personally, no, I've not visited the subreddit directly.

Q.   You haven't reviewed the rules of the Disney World Transport subreddit; correct?

12:41:35

A.   That's correct.

Q.   Do you know when the last time anyone has posted on the Disney World subreddit was?

A.   I do not know.

Q.   Has it been over 40 years since someone

12:42:00

last posted on Disney World Transport subreddit?

MR. SCHOTTLAENDER:  I do not know.

BY MR. HILDABRAND:

Q.   Do you know why there hasn't been more activity on the Disney World Transport subreddit?

12:42:10

Page 91

A.    I do not know.

Q.    Do you know who the moderators of the Disney World Transport subreddit are?

A.    No, I do not.

Q.    I see here you also mentioned, or the

12:42:35

declaration mentions, the music subreddit.  Do you see where it has "r/music"?

A.    Yes, I see that.

Q.    Do you know who the moderators of the music subreddit are?

12:42:51

A.    No, I do not.

Q.    Have you ever seen a declaration by Jeremy Kessel?

A.    No, I have not.

Q.    I'm going to introduce the next exhibit.

12:43:27

If you want to, while I'm doing this, look at the language in paragraph 5.  I'm going to ask you a question that relates to that in a second.  If you look at the language in paragraph 5 of your declaration, and we'll get this to you.

12:43:40

I'm introducing what's marked as Exhibit 12.

(The document referred to was marked as Exhibit 12 for identification and is attached hereto.)

12:44:07

Page 97

Q.   So you don't know if some marketing strategies simply siphon creations from communities and spit advertisements back at them?

MR. SCHOTTLAENDER:  Objection.

THE WITNESS:  I suppose I don't.  I'm not

12:53:32

working with advertisers in the same capacity.

BY MR. HILDABRAND:

Q.   At the time you made this statement, were you working with advertisers?

A.   Yes, I was.

12:53:46

Q.   So would you agree that at the time that you made this statement, it was true?

A.   I would say at the time it was my personal belief.

Q.   How often have you visited the FSU

12:54:09

subreddit?

A.   I don't know that I have ever visited the FSU subreddit.

Q.   Do you know what FSU stands for?

A.   I'm assuming Florida State University.

12:54:23

Q.   Have you ever reviewed the FSU subreddit's rules?

A.   No, I have not.

Q.   Do you know who the moderators of the FSU subreddit are?

12:54:38

Page 98

A.   No, I do not.

Q.   How often have you visited the FSUsports subreddit?

A.   I don't know that I've ever visited it.

Q.   Just to be clear, you don't know if you've

12:54:54

ever visited the FSUsports subreddit?

A.   Correct.

Q.   Have you ever reviewed the rules of the FSUsports subreddit?

A.   No, I have not.

12:55:11

Q.   The FSU subreddit prohibits all posts about politics, right?

A.   I don't know.

Q.   Does the FSUsports subreddit allow posts about politics if they relate to Florida State

12:55:45

athletics?

A.   I don't know.

Q.   Do you know if there is a University of Florida subreddit?

A.   I don't know.

12:56:01

Q.   Do you know if there is a UFL subreddit?

A.   I don't know.

Q.   Have you ever been to the UFL subreddit before?

A.   I don't know that I have.  I don't think so.

12:56:15