# EXHIBIT 7

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

--oOo--

NETCHOICE, LLC, et al.,

            Plaintiffs,

vs.                          Case No.

                             4:21-cv-220-RH/MAF

JAMES UTHMEIER, in his official

capacity as Attorney General of

the State of Florida, et al.,

            Defendants.

_____/


HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

REDACTED


VIDEO-RECORDED DEPOSITION OF SOPHIE DUBA

IN HER 30(b)(1) CAPACITY

VERITEXT VIRTUAL

FRIDAY, NOVEMBER 21, 2025


Reported by:

Anrae Wimberley, CSR No. 7778

Job No.  7732525

Page 11

A.    I have not.                                            10:40:05

Q.    Have you ever been convicted of a crime?

A.    I have not.

Q.    Do you work for Etsy?

A.    I do.                                                  10:40:19

Q.    Specifically, do you work for Etsy
Incorporated?

A.    That's correct.  I work for Etsy, Inc.

Q.    What is your current role at Etsy?

A.    I am the senior director of marketplace              10:40:33
policy.

Q.    Have you spoken to anyone for purposes of
preparing for this deposition?

A.    Yes, I've spoken to a few people.

Q.    Who did you speak to?                                 10:40:55

A.    I spoke to Alice Wu, who's the head of
trust and safety.  I spoke to a product manager on
the search team.  I spoke to our head of
merchandising as well to make sure that my
understanding was accurate of their respective          10:41:17
spaces.

Q.    When you say "to make sure that your
understanding of their respective spaces was
accurate," what do you mean?

A.    I was filing a declaration and I wanted to          10:41:29

Page 66

Q.   Paragraph 13 of your declaration,                12:36:53
Exhibit 1, you state that you lead Etsy's content
development process.

What does that process detail?

A.   At a high level, that entails thinking          12:37:21
about a certain type of content and understanding
what content should and shouldn't be prohibited from
the site based on a variety of different
considerations.

Most importantly, considering whether that       12:37:39
content is in service or not in service of our
mission to keep commerce human as well as other
values that we hold, such as human connection, human
creativity and expression, the uniqueness of human
creativity and, like, our sellers' unique items.     12:37:56

Q.   How often does Etsy revise its content
policies?

A.   It depends on the needs of the platform.

So, yeah, it depends.  There's not like a
consistent cadence or anything like that.            12:38:35

Q.   When was the last time that your team
revised the content policy for which it's
responsible?

A.   It depends kind of what level you're
talking about.  So we might fix a typo that makes it  12:38:51

Page 67

easier for our content moderators to understand how        12:39:01

to enforce our policy, or we might make, like, a

formal update to our user-facing house rules page.

So it just kind of depends what type of

change you're talking about.        12:39:17

Q.    What is the house rules page?

A.    The house rules basically is the

user-facing expression of our policies.

Q.    So when you talk about setting policies

with your team, is that the policy that your team        12:39:44

sets?

A.    So that is the policy as it relates to our

users.  And what I mean by that is, obviously we

have -- we need to express our policies to different

audiences.  When we're expressing our policies to        12:40:05

our users and that's our audience, the house rules

is the document that we use for that.

Q.    Who are the other audiences besides users?

A.    I mentioned our trust and safety team that

has to enforce our policies.  They're a completely        12:40:20

different audience with a completely different set

of needs.

Q.    Who else?

A.    Internal stakeholders who need to

understand our policies for the purpose of        12:40:32

Page 123

Q.   Did Etsy deplatform any political                15:21:09
candidates in the 2024 election cycle?

A.   I am not aware of us having removed the
account of a candidate, no.

Q.   Would Etsy deplatform a political                15:21:28
candidate for any other reason other than violating
Etsy's content-moderation policies?

MR. HOLTZBLATT:  Objection; calls for
speculation.

You can answer.                                        15:21:41

THE WITNESS:  Yeah, like, what I was going to
say is we -- I have no idea why we might do
something in the future.  What I know is what we
have rules for right now.  Those are content
moderation policies.  In general, we remove accounts  15:21:58
because of violations of our content moderation
policies.

BY MR. TUCKER:

Q.   So Etsy doesn't have any policy against
political candidates maintaining an account?          15:22:13

A.   No.

Q.   Paragraph 62 --

A.   Sorry.  Just to clarify your last
question.

You're just asking, like, do we prohibit              15:22:34

Page 124

political candidates from having an Etsy account?          15:22:37

Q.    Right.

A.    Okay.  Yeah, no.

Q.    Paragraph 62 states, "I understand that S.B. 7072 prohibits taking any content-moderation    15:22:51 action with respect to content posted by a 'journalistic enterprise,' which I understand includes entities doing business in Florida that publish over 100,000 words online with at least 50,000 paid subscribers or 100,000 monthly active    15:23:17 users or that publish 100 hours of audio or video online with at least 100 million annual viewers."

      What is your understanding based on?

A.    My understanding is based on my lawyer asked me to assume, for the purpose of this    15:23:55 declaration and this conversation, that this is one of the requirements of S.B. 7072.

Q.    Do any cable television networks have Etsy accounts?

A.    Not that I'm aware of.    15:24:15

Q.    Do any newspapers have Etsy accounts?

A.    I don't know.  It's entirely possible.  I don't know.

Q.    Paragraph 65.

      Paragraph 65 states, "I understand that    15:24:44

Page 125

S.B. 7072 also requires platforms to inform users of    15:24:47

any changes to its terms before implementing those

changes and prohibits platforms from changing their

terms more than once every 30 days."

          What is your understanding based on?    15:25:18

     A.   My lawyer asked me to assume that this is

one of the requirements of S.B. 7072.

     Q.   Paragraph 67.

          Paragraph 67 states, "I understand that

S.B. 7072 also requires platforms to provide    15:25:40

detailed notifications to users regarding any action

to 'censor' or 'shadow ban' their content, and must

do so within seven days of the relevant action."

          What is your understanding based on?

     A.   My lawyer told me to assume that this is a    15:26:16

requirement of S.B. 7072.

     Q.   Does Etsy have an appeals process for

content moderation actions?

     A.   We do have an appeals process, yes.

     Q.   What does that process entail?    15:26:34

     A.   It differs depending on what is being

appealed.  At a high level, basically it involves a

user saying that they think we got a content

moderation decision wrong, maybe telling us why they

think we got it wrong and us reviewing that appeal.    15:26:55

Page 127

listing removals?                                    15:28:52

A.   I have not personally reviewed appeals.
I'm not on the operations team.

Q.   What is the appeal of action taken against
an account look like?                                15:29:10

A.   That looks like a user saying that they
believe that their account was removed in error and
us reviewing that appeal.

Q.   And you've never reviewed any of those
appeals, have you?                                   15:29:28

A.   That's not my job, no.

Q.   Does Etsy inform users the reason why it
took action on their listings?

A.   In most cases, we do.  There are some
exceptions where that could potentially cause        15:29:47
problems.

So, for example, we wouldn't -- if there's
like certain types of fraud, very, very rare
instances where there's certain types of, like,
fraud or illegal activity, where it could            15:30:01
potentially interfere with a law enforcement
investigation or something like that, we might not.
But we strive, in the vast majority of cases, to let
users know that their content has been enforced on
and why.                                             15:30:20

Page 128

THE VIDEOGRAPHER:  Counsel, we have about five minutes.    15:30:22

MR. TUCKER:  Okay.  I'm going to ask a couple more questions on this topic, and then it's a good spot for a break.    15:30:32

BY MR. TUCKER:

Q.  Does Etsy inform users the reason why it took action on their account?

A.  Yes.  We provide notice of an account being suspended, and we let them know that it was a result of violation of our policies.    15:30:43

Again, there might be some, like, very outlier cases where that's not the case, for the reasons I mentioned, but that's -- that's generally our approach.    15:30:59

Q.  Does Etsy inform users the reason for a decision and an appeal?

A.  I actually don't know exactly what that process looks like or what the communications to these look like specifically.    15:31:15

Q.  Okay.

MR. TUCKER:  We can go off the record.  Take a break.  Ten minutes?

THE VIDEOGRAPHER:  This ends Media 3.  We're now going off the record.  The time is 3:31 p.m.    15:31:31

Page 149

might not have the same views as we do as to what's    16:24:42

consistent, which might undermine our ability to

show what we do and don't want to show on the site.

Q.   Do you understand that S.B. 7072 limits

moderation of certain content posted by or about    16:25:02

political candidates?

A.   I do understand that.

Q.   What impact would this requirement have on

Etsy, in your view?

A.   One impact that we talked about earlier    16:25:15

was -- you know, for example, we -- in the run-up to

the 2024 election, we wanted to be sure that we

weren't accidentally seeming to suggest that we

supported any specific political candidate or any

specific political party.  And so in order to convey    16:25:36

that value of political neutrality to our users, we

prevented certain terms associated with the election

from showing up on the home page.

So, for example

16:26:04

We wouldn't have

been able to do that if we were not able to moderate

content that was about a political candidate.

Q.   What impact would the prohibition on    16:26:13

Page 150

deplatforming the account of a known candidate have          16:26:17

on Etsy?

    A.   So what I understand deplatforming to mean

in the case of Etsy is account removal.  And so if

we were not able to remove the account of a                 16:26:29

political candidate, it would mean that if they

violated our policies, for example, if they were

selling items that we prohibit, like illegal drugs,

firearms, things like that, or even, you know,

resold items, mass-produced merchandise, campaign           16:26:49

merchandise, for example, we wouldn't be able to

remove their account.  And so we would be forced to

host content on the platform that doesn't align with

our mission or that we think is actually actively

harmful to our users.                                       16:27:08

    Q.   Do you understand that S.B. 7072 limits

moderation of certain content posted by journalistic

enterprises?

    A.   I understand that.

    Q.   What impact would this requirement have on         16:27:18

Etsy?

    A.   Very similar to the requirement regarding

political candidates, if a journalistic enterprise

were -- if we weren't allowed to take enforcement

action on a journalistic enterprise.                        16:27:36

Page 151

For example, if Pornhub were considered a                16:27:39
journalistic enterprise under this definition and
then they were to create an account and post
pornography on Etsy, it would prevent us from taking
down that content that goes against our values, goes     16:27:52
against our policies, but we would not be able to
moderate that content because they meet the
definition of a journalistic enterprise.

Q.   Do you understand that S.B. 7072 mandates
that a social media platform provide a thorough          16:28:08
rationale in writing any time it moderates user
content?

A.   I do understand that, yes.

Q.   What impact would that requirement have on
Etsy?                                                    16:28:22

A.   So I mentioned earlier that we have over
100 million listings on Etsy and that there are all
sorts of things that we do to communicate with our
users about those listings.  So, for example, we
might decide, by running our quality score, to show      16:28:44
we're not showing certain content.  We might prevent
certain content from showing up on the home page,
like I just described a moment ago.  We might apply
a disclaimer or a badge to certain content to say,
for example, that something is, you know, nearby,        16:29:06

Page 152

that there might be quick shipping times.                          16:29:12

There are all sorts of things that we might do with a user's content.  And if we had to send written notification every single time that we did that, it would be incredibly burdensome, from an    16:29:25 operational perspective.

We also think that it would be a poor user experience.  If we had to tell a user that every single time someone searched and their content was shown or not shown in line with our search    16:29:40 algorithm, our quality score, our content moderation policies or any of the ways that we express our values in what we want to show our users, that could be hundreds, thousands, millions.

You know, it's really hard to say how many    16:29:57 notices we would be sending to each and every user, and that likely would inundate them with notifications that we don't think would add to their user experience.  I think it would actively get in the way of us communicating with our users the way    16:30:14 that we want to.

Q.   Do you understand that S.B. 7072 restricts a social media platform from changing user rules, terms and agreements more than once every 30 days?

A.   I do.                                          16:30:29

Page 153

Q.   And in your view, what impact would that requirement have on Etsy?

A.   So I mentioned earlier that there are lots of different reasons that we might update our terms. Reasons like updating to clarify a typo or just make a minor adjustment or because laws have changed or there might be current events that lead us to update our policies.

And so if we were prevented from updating our policies in any time frame shorter than 30 days, it would mean that -- say, we update our policies one day because a new law is passed.  If the next day some important world event occurred that would lead us to change our policies in another way, we would potentially have to host content that we decided was not aligned with our values, not aligned with our mission for an additional 30 days until we were allowed to update our policies again.

And, frankly, we also think really hard about how we communicate with our users about our policies.  It's -- one of our values is making sure that we're being as transparent and clear about what our policies are with our users as possible.

And so, again, when we explain updates that we've made about our policies, we're really

Page 157

oath?                                                            16:37:19

A.    I do.

Q.    Does Etsy ever send notices to users when it makes a major or substantive change to its policies?                                                        16:37:31

A.    Yes.  We -- yes.

Q.    How does it notify users of a major substantive change to the policies?

A.    So we will send e-mails to users notifying them that there will be an update to our house            16:37:53 rules.

Q.    Do those e-mails explain what the update to the house rules will be?

A.    Yes, they typically do.  If it's about a policy update, yes.                                                  16:38:17

MR. TUCKER:  That's all I've got.  Thank you.

THE VIDEOGRAPHER:  Is there anyone else?

MR. HOLTZBLATT:  No.  I think we can go off the record.

THE VIDEOGRAPHER:  Okay.  Before we go off the     16:38:38 record, Mr. Hewitt, would you like a copy of the transcript?

MR. HEWITT:  Yes, please.

THE VIDEOGRAPHER:  And what about the video?

MR. HEWITT:  Oh, sure.                                           16:38:48