# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

NETCHOICE, LLC, et al.,

      Plaintiffs,

v.                               Case No. 4:21-cv-220-RH/MAF

JAMES UTHMEIER, in his official

capacity as Attorney General of the
State of Florida, et al.,

      Defendants.

_____/

## JACK TUCKER DECLARATION IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' AMENDED FIRST MOTION FOR SUMMARY JUDGMENT

I, Jack Tucker, declare as follows:

1. I am counsel for Defendants in the above-captioned action. I am over 18 years of age and competent to make this declaration.

2. I submit this declaration in support of Defendants' Memorandum in Opposition to Plaintiffs' Amended First Motion for Summary Judgment, which references the exhibit listed in the concurrently filed Notice of Filing.

3. Exhibit 3 is a true and correct copy of a document that Meta produced to Defendants during discovery in this action, META_NC_NDFL_0003556.

4. Exhibit 7 is a true and correct copy of an excerpted transcript of the deposition of Sophie Duba on November 21, 2025. Defendants previously filed parts of this excerpted transcript under seal, DE293-10. Counsel for Defendants have conferred with counsel for Etsy, Ms. Duba's employer, who informed Defendants that none of the materials filed under seal contained confidential material. Accordingly,

Defendants are publicly filing those excerpts in support of their Memorandum in Opposition to Plaintiffs' Amended First Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 17, 2026

_____

Jack Tucker