**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

   Plaintiffs,

v.          CASE NO. 4:21cv220-RH-MAF

JAMES UTHMEIER et al.,

   Defendants.

_____/

**ORDER ON SUMMARY-JUDGMENT BRIEFING**

The plaintiffs filed a summary-judgment motion, supplemented it by the deadline for doing so, and filed a second summary-judgment motion by the deadline for doing so. The defendants assert this was improper, but it was not.

The defendants asserted the plaintiffs should be required to file a new, consolidated memorandum in support of the two motions and to keep the new memorandum within the specially set word limit, or alternatively that the defendants should be allowed to file a consolidated memorandum in response to both of the plaintiffs' motions and to use as many words as are in both of the plaintiffs' memoranda.

Case No. 4:21cv220-RH-MAF

The parties conferred and agreed on the path forward. But this order was not entered before the deadline for a response to the first motion, and the defendants filed a timely response to that motion. This order allows but does not require the defendants to replace that response with a consolidated response to both summary-judgment motions—in effect, the procedure the parties agreed on that would have been approved even in the absence of an agreement. The defendants may instead file a separate response to the second summary-judgment motion. If the defendants file a consolidated response, the original response to the first motion will be disregarded.

Either way, the plaintiffs may file a consolidated reply memorandum 21 days after the defendants have responded to both motions.

IT IS ORDERED:

The defendants' motion addressing summary-judgment procedures, ECF No. 298, is granted in part and denied in part. The defendants may but need not file a consolidated memorandum of up to 18,272 words in response to the plaintiffs' summary-judgment motions. Or the defendants may respond separately to the second motion. The plaintiffs may file a reply memorandum of up to 9,350 words within 21 days after the defendants have responded to both motions.

SO ORDERED on April 20, 2026.

s/Robert L. Hinkle
United States District Judge

Case No. 4:21cv220-RH-MAF