**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

NETCHOICE, LLC, et al.,

      Plaintiffs,

v.                          Case No. 4:21-cv-220-RH/MAF

JAMES UTHMEIER, in his official
capacity as Attorney General of the
State of Florida, et al.,

      Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING EXHIBITS IN SUPPORT OF
THEIR OMNIBUS MEMORANDUM IN OPPOSITION TO
<u>PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT</u>**

Defendants hereby file the following exhibits in support of their Omnibus

Memorandum in Opposition to Plaintiffs' Motions for Summary Judgment:

1. Excerpted Transcript of Bartlett Cleland Deposition (Sep. 3, 2025)

2. Excerpted Transcript of Sophie Duba Deposition (Nov. 21, 2025)

3. GOOG-NTCHFL7072-00001482

4. GOOG-NTCHFL7072-00001489

5. GOOG-NTCHFL7072-00001499

6. Excerpted Transcript of Jasmine Vasquez Deposition (Nov. 12, 2025) (filed under seal)

7. Excerpted Transcript of Alexandra Veitch Deposition (Nov. 19, 2025) (filed under seal)

8. META_NC_NDFL_0003556 (filed under seal)

9. Excerpted Transcript of Rachel Callaway Deposition (Nov. 10, 2025)

10. Excerpted Transcript of Matthew Schruers Deposition (Sep. 9, 2025)

11. Declaration of Jack Tucker dated May 1, 2026.


Dated: May 1, 2026                            Respectfully submitted,

                                              JAMES UTHMEIER
                                              *Attorney General of Florida*

                                              /s/William H. Stafford, III
                                              William H. Stafford, III

Charles J. Cooper
David H. Thompson                             Office of the Attorney General
Brian W. Barnes                               The Capitol, PL-01
Clark L. Hildabrand                           Tallahassee, Florida 32399-1050
Jack Tucker                                   (850) 414-3694
COOPER & KIRK, PLLC                           (850) 410-2672 (fax)
1523 New Hampshire Ave., NW
Washington, D.C. 20036


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 1st day of May, 2026.

/s/William H. Stafford, III
William H. Stafford, III