**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

|  |  |
|---|---|
| NETCHOICE, LLC; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>  *Plaintiffs*,<br><br>v.<br><br>JAMES UTHMEIER, et al.,<br><br>  *Defendants*. | Case No. 4:21-cv-0220-RH-MAF |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY FROM DEFENDANTS' PROPOSED EXPERT RAVI BAPNA

Pursuant to Local Rule 7.1(I), Plaintiffs NetChoice, LLC and Computer & Communications Industry Association ("Plaintiffs") respectfully move for leave to file a reply memorandum in support of their Motion to Exclude the Testimony of Dr. Ravi Bapna. ECF No. 295. If leave is granted, Plaintiffs propose filing the reply by May 22, 2026, the same deadline for filing Plaintiffs' summary judgment reply. *See* ECF No. 303. Counsel for Defendants stated they do not oppose Plaintiffs' request for leave to file a reply and would not oppose the proposed May 22 filing date, if the Court also grants, by May 8, Defendants' pending motion to extend their summary judgment motion reply deadline to May 22. *See* ECF No. 307.

1

"Extraordinary circumstances" warrant granting Plaintiffs leave to file a reply brief. *See* L.R. 7.1(I). First, Defendants' opposition to Plaintiffs' motion to exclude relies on new authorities and introduces novel justifications for admitting Dr. Bapna's opinions. Second, since the filing of Plaintiffs' motion to exclude, Defendants have filed a motion for summary judgment and an opposition to Plaintiffs' motions for summary judgment, both of which rely heavily on Dr. Bapna's opinions and illuminate the purpose and scope of Dr. Bapna's anticipated testimony. *E.g.*, ECF No. 292 at 3–5, 7-9, 23-25, 30; ECF No. 311 at 2, 5, 15-17, 21, 43. Granting leave would allow Plaintiffs to clarify the issues for the Court's consideration and aid in its adjudication of Plaintiffs' motion to exclude and the parties' cross-motions for summary judgment.

For these reasons, Plaintiffs respectfully ask the Court for leave to file a reply memorandum in support of their Motion to Exclude the Testimony of Dr. Ravi Bapna.

Respectfully submitted on this 6th day of May, 2026.

| | |
|---|---|
| | /s/ *Douglas L. Kilby* |
| Paul D. Clement | Douglas L. Kilby |
| Erin E. Murphy | Florida Bar No. 0073407 |
| James Y. Xi | Hannah E. Murphy |
| Mitchell K. Pallaki | Florida Bar No. 1032759 |
| CLEMENT & MURPHY, PLLC | STEARNS WEAVER MILLER |
| 706 Duke Street | WEISSLER ALHADEFF & |
| Alexandria, VA 22314 | SITTERSON, P.A. |
| (202) 742-8900 | Highpoint Center |

2

paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
mitchell.pallaki@clementmurphy.com

Brian M. Willen
Steffen N. Johnson
Paul N. Harold
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street NW
Washington DC 20006
(202) 973-8800
bwillen@wsgr.com
sjohnson@wsgr.com
pharold@wsgr.com

Lauren Gallo White
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Benjamin S. Hewitt
WILSON SONSINI GOODRICH &
ROSATI, P.C.
31 West 52nd Street, 5th Floor
New York, NY 10019
(212) 453-2804 bhewitt@wsgr.com

106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com

*Counsel for Plaintiffs NetChoice, LLC and*
*Computer & Communications Industry Association*

## LOCAL RULE 7.1(B) CERTIFICATION

I hereby certify that Plaintiffs' counsel complied with L.R. 7.1(B) by conferring with counsel for Defendants regarding the relief sought by this motion. Counsel for Defendants stated they do not oppose Plaintiffs' request for leave to file a reply and would not oppose the proposed May 22 filing date, if the Court also grants, by May 8, Defendants' pending motion to extend their summary judgment motion reply deadline to May 22.

## LOCAL RULE 7.1(F) CERTIFICATE OF WORD COUNT

I hereby certify that pursuant to L.R. 7.1(F), the foregoing Motion contains 280 words, excluding the case style, signature block, and certificate of service, as determined by Microsoft Word for Microsoft Office 365.

## CERTIFICATE OF SERVICE

I certify that on May 6, 2026, the foregoing Motion was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

/s/ *Douglas L. Kilby*
Douglas L. Kilby
*Counsel for Plaintiffs*

4