# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

      Plaintiffs,

v.                              CASE NO. 4:21cv220-RH-MAF

JAMES UTHMEIER et al.,

      Defendants.

_____/

## ORDER EXTENDING THE DEADLINE AND WORD LIMIT FOR A REPLY MEMORANDUM ON THE DEFENDANTS' SUMMARY-JUDGMENT MOTION

The defendants' unopposed motion, ECF No. 307, to extend the deadline and increase the word limit for a reply memorandum in support of their summary-judgment motion is granted. The defendants may file a reply memorandum of up to 6,375 words within 21 days after the plaintiffs respond to the summary-judgment motion.

SO ORDERED on May 9, 2026.

s/Robert L. Hinkle
United States District Judge