# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NETCHOICE, LLC et al.,

      Plaintiffs,

v.                                   CASE NO. 4:21cv220-RH-MAF

JAMES UTHMEIER et al.,

      Defendants.

_____/

## ORDER ALLOWING A
## REPLY MEMORANDUM
## ON THE BAPNA MOTION

The plaintiffs' unopposed motion, ECF No. 313, for leave to file a reply memorandum in support of their motion to exclude testimony of Dr. Ravi Bapna is granted. The plaintiffs may file a reply memorandum of up to 3,200 words by May 22, 2026.

SO ORDERED on May 9, 2026.

                       s/Robert L. Hinkle_____
                       United States District Judge