**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES UTHMEIER, et al.,<br><br>*Defendants*. | Case No. 4:21-cv-0220-RH-MAF |

**JOINT STATEMENT OF THE PARTIES**
**REGARDING MEDIATION**

On June 25, 2026, the Court entered its Order Requiring the Parties to Consider Mediation. ECF No. 336. The parties have conferred and have agreed to submit the matter to mediation. The parties are working to select a mediator and will provide an update to the Court once a mediator has been selected and a date for mediation set (or if they are unable to agree on a mediator). To accommodate that mediation, the parties respectfully request that the Court modify the schedule for this case as set out in the Joint Motion to Continue Trial and Amend Pretrial Schedule, ECF No. 337.

Respectfully submitted this 8th day of July, 2026.

JAMES UTHMEIER
*Attorney General of Florida*

/s/ *William H. Stafford, III*
William H. Stafford, III
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3694
(850) 410-2672 (fax)
william.stafford@myfloridalegal.com

Charles J. Cooper
David H. Thompson
Brian W. Barnes
Clark L. Hildabrand
Jack Tucker
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
childabrand@cooperkirk.com
jtucker@cooperkirk.com

*Counsel for Defendants*

/s/ *Douglas L. Kilby*
Douglas L. Kilby
Florida Bar No. 0073407
Hannah E. Murphy
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com

Paul D. Clement
Erin E. Murphy
James Y. Xi
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
mitchell.pallaki@clementmurphy.com

Brian M. Willen
Steffen N. Johnson
Paul N. Harold
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street NW
Washington DC 20006
(202) 973-8800
bwillen@wsgr.com

sjohnson@wsgr.com
pharold@wsgr.com

Lauren Gallo White
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Benjamin S. Hewitt
WILSON SONSINI GOODRICH & ROSATI, P.C.
31 West 52nd Street
Fifth Floor
New York, NY 10019
(212) 453-2804
bhewitt@wsgr.com

*Counsel for Plaintiffs NetChoice, LLC and Computer & Communications Industry Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2026, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Douglas L. Kilby*
Douglas L. Kilby