**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

NETCHOICE, LLC et al.,

Plaintiffs,

v. CASE NO. 4:21cv220-RH-MAF

JAMES UTHMEIER et al.,

Defendants.

_______________________________/

**ORDER REVISING THE SCHEDULE AND REQUIRING MEDIATION**

IT IS ORDERED:

1. The joint motion to continue the trial and amend the pretrial schedule, ECF No. 337, is granted.

2. The trial is rescheduled to begin on February 8, 2027. But the trial will be rescheduled to begin on an alternative date if a fully consented motion to move the trial to that date is filed by July 31, 2026. The available alternative dates are November 9, December 7, and January 11 through January 25.

3. The deadline for the attorney conference required by the Order for Pretrial Conference, ECF No. 211, is December 14, 2026, or if the trial is moved to an alternative date, 56 days before the trial.

4. The deadline to file the pretrial stipulation and other papers required by the Order for Pretrial Conference is January 8, 2027, or if the trial is moved to an alternative date, 35 days before the trial.

5. The clerk must reschedule the pretrial conference for the first available date on or after January 15, 2027, or if the trial is moved to an alternative date, 21 days before the trial.

6. The parties must mediate this case in accordance with the Rules for Certified and Court-Appointed Mediators adopted by the Florida Supreme Court and the following additional procedures:

(a) The parties may select a mediator by agreement. If the parties have not agreed by August 17, 2026, the plaintiffs must immediately file a notice so indicating, and I will appoint a mediator.

(b) Unless otherwise agreed, the fee of the mediator must be paid equally by the two sides. The fee must be paid in the manner determined by the mediator.

(c) Mediation should begin as soon as feasible. The deadline to begin mediation is January 4, 2027, but mediation may continue after that date if the mediator determines, after substantial mediation proceedings, that further

mediation is warranted. The mediator or a party must file a report within 14 days after mediation ends indicating when mediation occurred and the outcome (that is, whether the case was settled or impasse was declared). If the case is settled in full, notice to the court must be immediate.

(d) A representative for each party and an attorney for each party must attend the mediation.

(e) Everything said during mediation—other than the terms of any settlement agreement itself—is confidential and inadmissible as a settlement negotiation.

SO ORDERED on July 10, 2026.

s/Robert L. Hinkle
United States District Judge