**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

NETCHOICE, LLC; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,

*Plaintiffs*,

v.

JAMES UTHMEIER, et al.,

*Defendants*.

Case No. 4:21-cv-0220-RH-MAF

**JOINT NOTICE OF THE PARTIES**
**REGARDING SELECTION OF A MEDIATOR BY AGREEMENT**

On July 10, 2026, the Court entered its Order Revising The Schedule And Requiring Mediation. ECF No. 339. That order provided that "[t]he parties may select a mediator by agreement," and that "[i]f the parties have not agreed by August 17, 2026, the plaintiffs must immediately file a notice so indicating, and [the Court] will select a mediator." *Id.* at 2. The parties have conferred and have been able to select a mediator by agreement.

Respectfully submitted this 17th day of August, 2026.

JAMES UTHMEIER
*Attorney General of Florida*

/s/ *William H. Stafford, III*
William H. Stafford, III
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3694
(850) 410-2672 (fax)
william.stafford@myfloridalegal.com

Charles J. Cooper
David H. Thompson
Brian W. Barnes
Clark L. Hildabrand
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
ccooper@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
childabrand@cooperkirk.com

*Counsel for Defendants*

/s/ *Douglas L. Kilby*
Douglas L. Kilby
Florida Bar No. 0073407
Hannah E. Murphy
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com

Paul D. Clement
Erin E. Murphy
James Y. Xi
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
mitchell.pallaki@clementmurphy.com

Brian M. Willen
Steffen N. Johnson
Paul N. Harold
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1700 K Street NW
Washington DC 20006
(202) 973-8800
bwillen@wsgr.com
sjohnson@wsgr.com
pharold@wsgr.com

Lauren Gallo White
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Benjamin S. Hewitt
WILSON SONSINI GOODRICH &
ROSATI, P.C.
31 West 52nd Street
Fifth Floor
New York, NY 10019
(212) 453-2804
bhewitt@wsgr.com

*Counsel for Plaintiffs NetChoice, LLC and Computer & Communications Industry Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2026, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Douglas L. Kilby*
Douglas L. Kilby